AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Kansas

| | |
|---|---|
| JARED NALLY and THE INDIAN LEADER ASSOCIATION <br><br> *Plaintiff(s)* <br><br> v. <br><br> RONALD J. GRAHAM, in his individual and official capacity as President of Haskell Indian Nations University; HASKELL INDIAN NATIONS UNIVERSITY; TONY L. DEARMAN, in his official capacity as Director of the Bureau of Indian Education; and THE BUREAU OF INDIAN EDUCATION <br> *Defendant(s)* | Civil Action No. 2:21-cv-02113 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  US Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Stephen Douglas Bonney
5542 Crestwood Drive
Kansas City, MO 64110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  3/3/2021

/s/ Lisa Bateman

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-02113

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney General
was received by me on *(date)* 3/3/21 .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summons and complaint were served on the U.S. Attorney General by Certified Mail, Return Receipt Requested.  Return receipt is attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/26/21

/s/ Stephen Douglas Bonney
*Server's signature*

Stephen Douglas Bonney, Attorney for Plaintiffs
*Printed name and title*

5542 Crestwood Dr., KCMO 64110
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Attorney General
   US Department of Justice
   950 Pennsylvania Avenue NW
   Washington, DC 20530

   9590 9402 3184 7166 6583 59

2. Article Number (Transfer from service label)

   7017 1450 0002 3768 7088

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                   JAN 12 2021

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt