# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JARED NALLY and<br>THE INDIAN LEADER ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD J. GRAHAM, in his individual and official capacity as President of Haskell Indian Nations University,<br><br>HASKELL INDIAN NATIONS UNIVERSITY,<br><br>TONY L. DEARMAN, in his official capacity as Director of the Bureau of Indian Education, and<br><br>BUREAU OF INDIAN EDUCATION,<br><br>    Defendants. | No. 21-2113-JAR-TJJ |

## CLERK'S FOURTEEN DAY EXTENSION OF TIME
## TO ANSWER OR OTHERWISE PLEAD

By order of the Clerk, the United States of America is hereby granted an additional fourteen (14) days to answer or otherwise plead to Plaintiff's complaint, pursuant to Local Rule 77.2(a)(2). The United States' answer is due May 18, 2021. The time to answer has not expired. The time for responding is hereby extended to June 1, 2021.

DATED this  7th  day of May, 2021.

                TIMOTHY M. O'BRIEN
                Clerk of the United States District Court

                By:  /s/ Lisa Bateman
                DEPUTY CLERK

Submitted

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
KS St. Ct. No. 14225
500 State Avenue, Suite 360
Kansas City, Kansas 66101
PH: (913) 551-6730
FX: (913) 551-6541
Email: Chris.Allman@usdoj.gov

    Attorneys for the Defendants