IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JARED NALLY and
THE INDIAN LEADER ASSOCIATION,

        Plaintiffs,

vs.                                              Case No. 21-2113-JAR-TJJ

RONALD J. GRAHAM, in his individual and
official capacity as President of Haskell Indian
Nations University,

HASKELL INDIAN NATIONS UNIVERSITY,

TONY L. DEARMAN, in his official capacity as
Director of the Bureau of Indian Education, and

THE BUREAU OF INDIAN EDUCATION,

        Defendants.

ENTRY OF APPEARANCE

COMES NOW Terra D. Morehead, Assistant United States Attorneys for the District of Kansas, and hereby enters her appearance as an attorney for the Defendants. Copies of all pleadings and correspondence should be served on her at the office of the United States Attorney, as shown below.

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

_s/ Terra D. Morehead_
Terra D. Morehead
Assistant United States Attorney
500 State Ave., Suite 360
Kansas City, KS  66101
Ks.S.Ct. No. 12759
Tele:   913-551-6730
Fax:    913-551-6541
Email:  Terra.Morehead@usdoj.gov

Attorney for the Defendants

CERTIFICATE OF SERVICE

I further certify that on May 10, 2021, the foregoing document and the notice of electronic filing were served by using the CM/ECF system which will send a notice of electronic filing to the following:

**Darpana M. Sheth**
Foundation for Individual Rights in Education
700 Pennsylvania Avenue SE
Washington, DC 20003
215-717-3473
Fax: 215-717-3440
Email: darpana.sheth@thefire.org

**Katlyn A. Patton**
Foundation for Individual Rights in Education
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
215-717-3473
Fax: 215-717-3440
Email: katlyn.patton@thefire.org

**Stephen D. Bonney**
Bonney Arbitration & Mediation
5542 Crestwood Drive
Kansas City, MO 64110
816-363-3675
Email: sdbonney@outlook.com
*Attorneys for Plaintiff*

                                            *s/ Terra D. Morehead*
                                            Terra D. Morehead
                                            Assistant United States Attorney