IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JARED NALLY**, et al.,<br><br>     **Plaintiffs,**<br><br>v.<br><br>**RONALD GRAHAM,** et al.,<br><br>     **Defendants.** | Case No. 21-2113-JAR-TJJ |

## ORDER

This matter is before the Court on Plaintiffs' Motion for Preliminary Injunction on Claims 4 and 5 (Doc. 12), filed on May 19, 2021. The following schedule shall apply to this motion:

Defendants' Memorandum in Opposition is due no later than **June 21, 2021**.

Plaintiffs' Reply Memorandum is due no later than **July 14, 2021**.

The Court sets this matter for hearing on **July 22, 2021, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: May 27, 2021

     S/ Julie A. Robinson
     JULIE A. ROBINSON
     CHIEF UNITED STATES DISTRICT JUDGE