IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JARED NALLY and<br>THE INDIAN LEADER ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>RONALD J. GRAHAM, in his individual and official capacity as President of Haskell Indian Nations University,<br><br>HASKELL INDIAN NATIONS UNIVERSITY,<br><br>TONY L. DEARMAN, in his official capacity as Director of the Bureau of Indian Education, and<br><br>BUREAU OF INDIAN EDUCATION,<br><br>Defendants. | No. 21-2113-JAR-TJJ |

## DEFENDANT RONALD J. GRAHAM'S MOTION TO DISMISS INDIVIDUAL CAPACITY CLAIMS AGAINST HIM UNDER FED. R. CIV. P. 12(b)(6)

Defendant Ronald J. Graham, by and through Duston J. Slinkard, Acting United States Attorney for the District of Kansas, and Christopher Allman and Terra Morehead, Assistant United States Attorneys for the District of Kansas, seeks dismissal of the individual capacity *Bivens* claims filed against him for failure to state a claim under Fed. R. Civ. P. 12(b)(6) for the reasons set forth in the Memorandum in Support of this motion, which is incorporated by reference.

Respectfully submitted,

DUSTIN J. SLINKARD
Acting United States Attorney
District of Kansas

                s/ Terra D. Morehead
                Terra D. Morehead
                Assistant United States Attorney
                Ks. S. Ct. No. 12759
                500 State Ave., Suite 360
                Kansas City, KS 66101
                Tele: (913) 551-6730
                Fax: (913) 551-6541
                Email: terra.morehead@usdoj.gov

                s/ Christopher Allman
                CHRISTOPHER ALLMAN
                Assistant United States Attorney
                Ks. S. Ct. No. 14225
                500 State Avenue, Suite 360
                Kansas City, Kansas 66101
                Tele: (913) 551-6730
                Fax: (913) 551-6541
                Email: chris.allman@usdoj.gov

            Attorneys for Defendants

## CERTIFICATE OF SERVICE

   I hereby certify that on June 1, 2021, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of filing to all CM/CMECF participants for this case.

                s/ Christopher Allman
                CHRISTOPHER ALLMAN
                Assistant United States Attorney