IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JARED NALLY and<br>THE INDIAN LEADER ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>RONALD J. GRAHAM, in his individual and official capacity as President of Haskell Indian Nations University,<br><br>HASKELL INDIAN NATIONS UNIVERSITY,<br><br>TONY L. DEARMAN, in his official capacity as Director of the Bureau of Indian Education, and<br><br>BUREAU OF INDIAN EDUCATION,<br><br>Defendants. | No. 21-2113-JAR-TJJ |

**JOINT MOTION FOR EXTENSION OF TIME FOR THE FEDERAL DEFENDANTS TO FILE THE ADMINISTRATIVE RECORD AND DEFENDANT GRAHAM'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS (DOC. 19) AND FOR PLAINTIFFS TO REPLY IN SUPPORT OF THEIR MOTION FOR A PRELIMINARY INJUNCTION MOTION (DOC. 12)**

The parties respectfully move the Court for an order extending the time to file the Administrative Record, Defendant Graham's reply in support of his Motion to Dismiss (Doc. 19), and the Plaintiffs' reply in support of the Plaintiffs' Motion for a Preliminary Injunction (Doc. 12). In support of its motion, the parties state as follows:

1. Based upon a Clerk's Fourteen Day Extension (Doc. 10), the Federal Defendants' Answer or other Responsive Pleading was originally due on June 1, 2021.

1

2. The Federal Defendants sought an unopposed 30-day extension within which to file the administrative record.  The Court granted this request (Doc. 17) and set at July 1, 2021 deadline for filing of the administrative record.

3. During this time, the Federal Defendants have diligently worked to compile, review and produce the record in this case.

4. Documents within the possession of both the Department of the Interior (DOI) and HINU were gathered from numerous custodians and found on varying storage systems.

5. In order to properly review the documents, the United States Attorneys' Office for the District of Kansas coordinated with DOJ's Litigation Technology Service Center (LTSC) in Columbia, South Carolina to upload the potentially responsive documents into a Relativity database.  Due to the press of other litigation throughout the DOJ, this process took three weeks.  Time was also spent performing background checks on agency personnel assigned to assist in the review, a requirement of the DOJ before being able to access the Relativity system.  Once available for review, the DOI assigned two supervisory attorneys, four line attorneys and one paralegal to review more than 3,000 documents for relevance and privilege.  The DOJ has also allocated one supervisory attorney, two line attorneys and one paralegal to also review the documents.  Review is still ongoing.

6. Once review of the documents is complete, the DOJ LTSC requires seven to ten days to process and output the administrative record.

7. Based upon the current projected timeline to finish agency and DOJ review of the documents, along with the time to process and output the data, the DOJ believes it

can file the administrative record by Monday, July 19, 2021. Should the project be completed sooner, the DOJ will file the administrative record beforehand.

8. During the conferral process, the parties mutually agreed that Plaintiffs should be afforded 30 days within which to review the administrative record before filing a reply in support of their motion for a preliminary injunction (Doc. 12).

9. The parties have also agreed to a 7-day extension of time for Defendant Graham, in his personal capacity, to file a reply in support of his pending Motion to Dismiss (Doc. 19).

10. The parties understand that this will necessitate rescheduling the oral argument on Plaintiffs' motion for preliminary injunction — currently set for July 22, 2021 — and counsel are available to discuss availability with the Court. The argument currently scheduled for July 22 can go forward regarding Defendant Graham's motion to dismiss.

WHEREFORE, the parties seek an order from the Court extending the time to (1) file the Administrative Record until July 19, 2021; (2) for the Plaintiffs to file a reply in support of their motion for preliminary injunction (Doc. 12) until 30 days after the Administrative Record is filed; and (3) to the extend the time for Defendant Graham to file his reply in support of his motion dismiss Plaintiffs' First Amendment *Bivens* claims (Doc. 19) to July 13, 2021.

Respectfully submitted,

DUSTON J. SLINKARD

Acting United States Attorney
District of Kansas

*s/ Terra D. Morehead*
Terra D. Morehead
Assistant United States Attorney
Ks. S. Ct. No. 12759
500 State Ave., Suite 360
Kansas City, KS 66101
PH: (913) 551-6730
FX: (913) 551-6541
Email: terra.morehead@usdoj.gov

*s/ Christopher Allman*
CHRISTOPHER ALLMAN
Assistant United States Attorney
Ks. S. Ct. No. 14225
500 State Avenue, Suite 360
Kansas City, Kansas 66101
PH: (913) 551-6730
FX: (913) 551-6541
Email: chris.allman@usdoj.gov

s/ Wendy A. Lynn
Wendy A. Lynn
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ks. S.Ct. No. 23594
(913) 551-6737 (telephone)
(913) 551-6541(facsimile)
E-mail: Wendy.Lynn@usdoj.gov

Attorneys for Federal Defendants

/s/ Stephen Douglas Bonney
STEPHEN DOUGLAS BONNEY
KS. Bar No. 12322
5542 Crestwood Drive
Kansas City, MO 64110
(816) 363–3675
sdbonney@outlook.com

/s/ Darpana M. Sheth
DARPANA M. SHETH
NY Bar No. 4287918

KATLYN A. PATTON
PA Bar No. 328353; OH Bar No. 097911
Admitted *Pro Hac Vice*
FOUNDATION FOR INDIVIDUAL
  RIGHTS IN EDUCATION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (215) 717-3440
darpana.sheth@thefire.org
katlyn.patton@thefire.org

Attorneys for Plaintiffs Jared Nally and the Indian Leader Association

CERTIFICATE OF SERVICE

      I hereby certify that on June 28, 2021, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of filing to all CM/CMECF participants for this case.

                                            s/ Christopher Allman
                                            CHRISTOPHER ALLMAN
                                            Assistant United States Attorney