UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JARED NALLY and THE INDIAN LEADER ASSOCIATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>RONALD J. GRAHAM, in his individual and official capacity as President of Haskell Indian Nations University;<br><br>HASKELL INDIAN NATIONS UNIVERSITY;<br><br>TONY L. DEARMAN, in his official capacity as Director of the Bureau of Indian Education; and<br><br>THE BUREAU OF INDIAN EDUCATION,<br><br>*Defendants*. | Civil Case No. 21-2113-JAR/TJJ |

# ADMINISTRATIVE RECORD

## Filing Index

| DESCRIPTION | Pages |
|---|---|
| Certification and Index | 10 |
| USA000001-528 | 528 |
| USA000529-914 | 386 |
| USA000915-1129 | 215 |
| USA001130-1475 | Unfiled due to unknown technical problems |

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

*s/ Terra D. Morehead*
Terra D. Morehead
Assistant United States Attorney
Ks. S. Ct. No. 12759
500 State Ave., Suite 360
Kansas City, KS 66101
Tele: (913) 551-6730
Fax: (913) 551-6541
Email: terra.morehead@usdoj.gov

*s/ Christopher Allman*
CHRISTOPHER ALLMAN
Assistant United States Attorney
Ks. S. Ct. No. 14225
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Tele: (913) 551-6730
Fax: (913) 551-6541
Email: chris.allman@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2021, the Administrative Record (except pages USA001130-1475 due to unknown technical problems) was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of filing to all CM/CMECF participants for this case.

s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney