**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

JARED NALLY and
THE INDIAN LEADER ASSOCIATION,

Plaintiff,

v.

RONALD J. GRAHAM, in his individual and official capacity as President of Haskell Indian Nations University,

HASKELL INDIAN NATIONS UNIVERSITY,

TONY L. DEARMAN, in his official capacity as Director of the Bureau of Indian Education, and

BUREAU OF INDIAN EDUCATION,

Defendants.

No. 21-2113-JAR-TJJ

**CERTIFICATION OF THE ADMINISTRATIVE RECORD**

I, Connie Briggs, hereby, declare, and state as follows:

1. I am an Attorney-Advisor in the Department of the Interior's Office of the Solicitor, Division of Indian Affairs, Branch of Tribal Government Services. The Department of the Interior's Office of the Solicitor provides advice, counsel, and legal representation to the Department of the Interior and all bureaus and offices overseen by the Secretary of the Department of the Interior, including the Bureau of Indian Education ("BIE"), which operates Haskell Indian Nations University ("HINU").

2. On March 3, 2020, HINU student Jared Nally ("Nally") and HINU student organization The Indian Leader Association (collectively, "Plaintiffs"), filed a complaint ("Complaint") against HINU, BIE, Tony L. Dearman, in his official capacity, and Ronald J. Graham, in his

official capacity (collectively, "Federal Defendants"), asserting six causes of action against Federal Defendants, including a First Amendment retaliation claim based on a "Directive" issued by Dr. Graham on October 16, 2020, and allegations that Federal Defendants interfered with the recognition and operations of HINU's student newspaper, *The Indian Leader*.

3. The documents described in the attached index are the responsive documents, including email attachments, which were received or generated by Federal Defendants in connection with the causes of action alleged against Federal Defendants in the Complaint.

4. Federal Defendant Dr. Ronald Graham, who served as President of HINU until May 7, 2021, is no longer employed by the Bureau of Indian Education and, therefore, unable to certify any of the documents described in the attached index.

5. As the Attorney-Advisor responsible for managing the collection of documents that comprise this administrative record, I hereby certify that, to the best of my knowledge, the documents described in the attached index constitute a true and complete administrative record of Plaintiffs' claims against Federal Defendants. Privileged, confidential, and non-record information has been redacted or otherwise withheld.

Pursuant to 28 U.S.C. § 1746, I, Connie Briggs, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 7/19/2021

Connie Briggs

Exhibit Index

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 1 | Order Approving Settlement Agreement | USA000001 | 19 |
| 2 | Haskell Indian Nations University Student Handbook Code of Student Conduct | USA000020 | 98 |
| 3 | DOI Hotline Complaint Form | USA000118 | 46 |
| 4 | July 10, 2020 Email From Jim Rains to Deans and Faculty | USA000164 | 1 |
| 5 | July 31, 2020 Email From Jim Rains to Rhonda Levaldo & Jared Nally | USA000165 | 1 |
| 6 | August 3, 2020 Letter from Jared Nally to Jim Rains re: Advisor Response | USA000166 | 2 |
| 7 | August 14, 2020 Email from Jim Rains to The Indian Leader re: Advisor | USA000168 | 1 |
| 8 | August 14, 2020 Email from Jared Nally to Jim Rains re: Adviors | USA000169 | 20 |
| 9 | April 24, 2020 Letter from FIRE to Jim Rains | USA000189 | 6 |
| 10 | October 26, 2020 Letter from FIRE to Dr. Ronald Graham | USA000195 | 17 |
| 11 | Undated Letter from Dr. Ronald Graham to Jared Nally | USA000212 | 1 |
| 12 | January 19, 2021 Letter from FIRE to Dr. Ronald Graham | USA000213 | 11 |
| 13 | March 25, 2021 Letter from FIRE to Jennifer Wiginton | USA000224 | 8 |
| 14 | October 16, 2020 Memorandum from Dr. Ronald Graham to Jared Nally | USA000232 | 2 |
| 15 | October 17, 2020 Reporting Behavior of Subordinate Jared Nally to Tony Dearman | USA000234 | 5 |
| 16 | October 21, 2020 Email from Tony Dearman to Jared Nally | USA000239 | 6 |
| 17 | Harassing Conduct Fact-Finding Investigation February 9, 2021 | USA000245 | 22 |
| 18 | Harassing Conduct Fact-Finding Investigation February 9, 2021 | USA000267 | 262 |
| 19 | October 9, 2020 Ethics Complaint from Jared Nally to Lawrence City Manager | USA000529 | 3 |
| 20 | January 13, 2021 Declaration of Ronald Joseph Graham | USA000532 | 7 |
| 21 | January 14, 2021 Declaration of James W. Raines, Jr. | USA000539 | 7 |
| 22 | January 15, 2021 Declaration of Tonia Salvini | USA000546 | 11 |
| 23 | October 9, 2020 Ethics Complaint from Jared Nally to Lawrence City Manager | USA000557 | 3 |

| | | | |
|---|---|---|---|
| 24 | January 19, 2021 Declaration of Joshua Levi Falleaf | USA000560 | 6 |
| 25 | January 15, 2021 Declaration of Carlene Morris | USA000566 | 4 |
| 26 | January 18, 2021 Declaration of Rhonda Levaldo | USA000570 | 5 |
| 27 | The Indian Leader February 11, 2020 Volume 123 Issue 1 | USA000575 | 9 |
| 28 | The Indian Leader April 13, 2020 Volume 123 Issue 3 | USA000584 | 9 |
| 29 | Student Safety Jeopardized by Violation of Fifth Amendment by Jared Nally April 15, 2020 | USA000593 | 4 |
| 30 | April 27, 2020 FOIA from Jared Nally | USA000597 | 3 |
| 31 | May 1, 2020 Letter from Janet Ingersoll to Julia Goodfox re: FOIA Case Number BIA-2020-00695 (Jared Nally) | USA000600 | 4 |
| 32 | It's Not Just $475 by Jared Nally July 10, 2020 | USA000604 | 3 |
| 33 | City of Lawrence Police Review Board Meeting Minutes September 30, 2020 | USA000607 | 6 |
| 34 | August 26, 2020 Letter from Jared Nally to Walthall re: Public Comment | USA000613 | 2 |
| 35 | September 29, 2020 Email from Jared Nally to Bobbie Walthall | USA000615 | 13 |
| 36 | October 9, 2020 Email from Jared Nally to Craig Owens | USA000628 | 5 |
| 37 | December 17, 2020 Letter from Toni R. Wheeler to Jared Nally | USA000633 | 4 |
| 38 | April 16, 2020 Email Chain re: Census Recruiting in Lawerence | USA000637 | 9 |
| 39 | July 10, 2020 Email From Jim Rains to Deans and Faculty | USA000646 | 2 |
| 40 | November 7, 2014 Letter from Dr. Venida Chenault to Beverly Fortner re: Student Fee Distribution Proposal | USA000648 | 59 |
| 41 | October 9, 2020 Email from Jared Nally to Ronald Graham re: Request for Racial Identiy Acknowledgement | USA000707 | 3 |
| 42 | October 9, 2020 Letter from Jared Nally to Ronald Graham re: Request for Racial Identiy Acknowledgement | USA000710 | 2 |
| 43 | August 26, 2020 Letter from Jared Nally to Walthall re: Public Comment | USA000712 | 2 |
| 44 | August 28, 2020 Letter from Jared Nally to Tonia Salvini re: Letter of Apology | USA000714 | 1 |

| | | | |
|---|---|---|---|
| 45 | September 29, 2020 Email Chain from Jared Nally to Bobbie Walthall | USA000715 | 13 |
| 46 | September 29, 2020 Letter from Jared Nally to Community Police Review Board re: Public Comment | USA000728 | 11 |
| 47 | October 9, 2020 Email from Jared Nally to Craig Owens | USA000739 | 5 |
| 48 | December 17, 2020 Letter from Toni R. Wheeler to Jared Nally | USA000744 | 4 |
| 49 | April 16, 2020 Email Chain re: Census Recruiting in Lawerence | USA000748 | 9 |
| 50 | April 17, 2020 Email from Tonia Salvini to Jared Nally re: Census Recruiting in Lawrence | USA000757 | 2 |
| 51 | June 20, 2020 Letter from Jared Nally to President Graham re: HINU 2020 Census Efforts | USA000759 | 3 |
| 52 | October 5, 2020 Email from Jared Nally to Patrick Compton | USA000762 | 2 |
| 53 | University president threatens student newspaper editor for asking questions, not treating administration with 'highest respect' by FIRE October 26, 2020 | USA000764 | 4 |
| 54 | LJW Haskell president warns student editor against 'attacks,' threatens discipline; groups denounce action as First Amendment violation | USA000768 | 5 |
| 55 | Student Safety Jeopardized by Violation of Fifth Amendment by Jared Nally April 15, 2020 | USA000773 | 4 |
| 56 | November 7, 2014 Letter from Dr. Venida Chenault to Beverly Fortner re: Student Fee Distribution Proposal | USA000777 | 59 |
| 57 | Haskell Indian Nations University Indian Leader Association | USA000836 | 16 |
| 58 | The Indian Leader Association 2020-2021 Plan of Operations | USA000852 | 61 |
| 59 | Haskell Indian Nations University Guidelines for Registration of Clubs/Organizations | USA000913 | 2 |
| 60 | August 17, 2020 Message to all SGA Student Organizations of 2019-2020 | USA000915 | 3 |
| 61 | Appendix for BIE Student Banks | USA000918 | 2 |
| 62 | October 27, 2020 Email from Steve Byinton to Stephen Prue re: Indian Leader Funding | USA000920 | 1 |

| | | | |
|---|---|---|---|
| 63 | April 1, 2021 Email from Steven Byinton re: Indian Leader Payroll | USA000921 | 1 |
| 64 | January 11, 2021 Email from Jeri Sledd to Jared Nally re: Indian Leader Payroll | USA000922 | 1 |
| 65 | Student Bank Vendor Ledgers January - December 2020 | USA000923 | 1 |
| 66 | March 2, 2021 Email from Steven Byinton to Ronald Graham re: Fall 2020 Pell Grant Activity Fees | USA000924 | 1 |
| 67 | March 2, 2021 Email from Mona Franklin to Klarissa Jensen | USA000925 | 1 |
| 68 | Fall 2020 Indian Leader Association Expense Report | USA000926 | 8 |
| 69 | HINU Student Bank Card | USA000934 | 1 |
| 70 | HINU Policies and Procedures for Student Bank | USA000935 | 14 |
| 71 | November 7, 2014 Letter from Dr. Venida Chenault to Beverly Fortner re: Student Fee Distribution Proposal | USA000949 | 59 |
| 72 | November 7, 2014 Memo from Dr. Venida Chenault to Beverly Fortner re: Student Fee Distribution Proposal | USA001008 | 1 |
| 73 | March 2, 2021 Email from Steven Byinton to Ronald Graham re: Fall 2020 Pell Grant Activity Fees | USA001009 | 1 |
| 74 | HINU Standard Operation Procedures | USA001010 | 120 |
| 75 | October 17, 2020 Email from Jared Nally to Tony Dearman | USA001130 | 1 |
| 76 | October 17, 2020 Reporting Behavior of Subordinate Jared Nally to Tony Dearman | USA001131 | 3 |
| 77 | October 17, 2020 Email from Jared Nally to Tony Dearman | USA001134 | 1 |
| 78 | October 5, 2020 Email from Jared Nally - REDACTED | USA001135 | 2 |
| 79 | October 19, 2020 Email from Tina Hall to Tanisha Edmonds | USA001137 | 1 |
| 80 | October 17, 2020 Letter from Jared Nally to Sloan Farell re: Violation of Execitive Order 13160 | USA001138 | 3 |
| 81 | August 4, 2020 Email from Steve Byington to Jeri Sledd | USA001141 | 1 |
| 82 | Public Voucher for Purchases and Services Other than Personal | USA001142 | 1 |
| 83 | March 2, 2021 Email from Steve Byington | USA001143 | 1 |
| 84 | Public Voucher for Purchases and Services Other than Personal | USA001144 | 1 |

| | | | |
|---|---|---|---|
| 85 | October 17, 2020 Email from Jared Nally to Tony Dearman | USA001145 | 1 |
| 86 | October 5, 2020 Email from Jared Nally to Patrick Compton | USA001146 | 2 |
| 87 | HINU Student Code of Conduct Spring 2021 - Fall 2021 | USA001148 | 96 |
| 88 | January 21, 2021 Email from David Conrad to Klarissa Jensen | USA001244 | 6 |
| 89 | January 13, 2021 Email from Jennifer Wiginton to Ronald Graham | USA001250 | 2 |
| 90 | Undated Letter from Dr. Ronald Graham to Jared Nally | USA001252 | 1 |
| 91 | January 19, 2021 Email Chain from Jennifer Wiginton to Lindsie Rank | USA001253 | 3 |
| 92 | January 19, 2021 Email from Lindsie Rank to Ronald Graham | USA001256 | 2 |
| 93 | January 19, 2021 Letter from FIRE to Dr. Ronald Graham | USA001258 | 11 |
| 94 | October 17, 2020 Email from Jared Nally to Tony Dearman | USA001269 | 1 |
| 95 | October 17, 2020 Letter from Jared Nally to Tony Dearman re: Reporting Behavior of Subordinate | USA001270 | 3 |
| 96 | March 25, 2020 Email from Jim Rains to Stephen Prue | USA001273 | 1 |
| 97 | November 2, 2020 Email from Tonia Salvini to Ronald Graham | USA001274 | 2 |
| 98 | September 20, 2020 Email from Tonia Salvini to Joshua Falleaf | USA001276 | 2 |
| 99 | September 29, 2020 Letter from Jared Nally to Community Police Review Board re: Public Comment | USA001278 | 11 |
| 100 | January 18, 2021 Email from Joshua Falleaf to Sandra Wyllie | USA001289 | 1 |
| 101 | January 19, 2021 Declaration of Joshua Levi Falleaf | USA001290 | 6 |
| 102 | April 15, 2020 Email from Jim Rains to The Indian Leader | USA001296 | 3 |
| 103 | July 31, 2020 Email From Jim Rains to Rhonda Levaldo & Jared Nally | USA001299 | 1 |
| 104 | June 21, 2021 Email from Jeri Sledd to Connie Briggs | USA001300 | 4 |
| 105 | The Indian Leader Association 2020-2021 Plan of Operations | USA001304 | 61 |
| 106 | June 21, 2021 Email from Jeri Sledd to Connie Briggs | USA001365 | 2 |
| 107 | IL Payroll 4th Issue Spring 2020 | USA001367 | 1 |

| | | | |
|---|---|---|---|
| 108 | Mailing Addresses for The Indian Leader Payroll | USA001368 | 1 |
| 109 | June 21, 2021 Email from Jeri Sledd to Connie Briggs | USA001369 | 2 |
| 110 | June 21, 2021 Email from Jeri Sledd to Connie Briggs | USA001371 | 2 |
| 111 | June 21, 2021 Email from Jeri Sledd to Connie Briggs | USA001373 | 2 |
| 112 | June 21, 2021 Email from Jeri Sledd to Connie Briggs | USA001375 | 2 |
| 113 | June 21, 2021 Email from Jeri Sledd to Connie Briggs | USA001377 | 1 |
| 114 | June 21, 2021 Email from Jeri Sledd to Connie Briggs | USA001378 | 1 |
| 115 | June 21, 2021 Email from Jeri Sledd to Connie Briggs | USA001379 | 1 |
| 116 | Mailing Addresses for The Indian Leader Payroll | USA001380 | 1 |
| 117 | IL Payroll 3rd Issue Spring 2020 | USA001381 | 1 |
| 118 | June 21, 2021 Email from Jeri Sledd to Connie Briggs | USA001382 | 1 |
| 119 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001383 | 1 |
| 120 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001384 | 1 |
| 121 | July 8, 2020 Letter from Jared Nally to Ronald Graham re: Fall 2020 Fees | USA001385 | 2 |
| 122 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001387 | 3 |
| 123 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001390 | 3 |
| 124 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001393 | 4 |
| 125 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001397 | 1 |
| 126 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001398 | 1 |
| 127 | June 20, 2020 Letter from Jared Nally to President Graham re: HINU 2020 Census Efforts | USA001399 | 3 |
| 128 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001402 | 2 |
| 129 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001404 | 2 |
| 130 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001406 | 1 |

| | | | |
|---|---|---|---|
| 131 | Mailing Addresses for The Indian Leader Payroll | USA001407 | 1 |
| 132 | IL Payroll 3rd Issue Spring 2020 | USA001408 | 1 |
| 133 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001409 | 1 |
| 134 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001410 | 1 |
| 135 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001411 | 2 |
| 136 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001413 | 2 |
| 137 | HINU Statement May 25, 2020 | USA001415 | 1 |
| 138 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001416 | 2 |
| 139 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001418 | 2 |
| 140 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001420 | 2 |
| 142 | Student Bank Vendor Ledgers January - December 2020 | USA001422 | 1 |
| 143 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001423 | 3 |
| 144 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001426 | 3 |
| 145 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001429 | 1 |
| 146 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001430 | 1 |
| 147 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001431 | 1 |
| 148 | The Indian Leader April 13, 2020 Volume 123 Issue 3 | USA001432 | 8 |
| 149 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001440 | 2 |
| 150 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001442 | 1 |
| 151 | The Indian Leader April 13, 2020 Volume 123 Issue 3 | USA001443 | 8 |
| 152 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001451 | 1 |
| 153 | The Indian Leader April 13, 2020 Volume 123 Issue 3 | USA001452 | 8 |
| 154 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001460 | 3 |
| 155 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001463 | 2 |

| | | | |
|---|---|---|---|
| 156 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001465 | 2 |
| 157 | June 20, 2021 Email from Rhonda Levaldo to Connie Briggs | USA001467 | 2 |
| 158 | March 25, 2020 Email from Jeri Sledd to The Indian Leader | USA001469 | 7 |