October 9, 2020

Craig Owens
City Manager
City Hall
6 E 6th St
PO Box 708
Lawrence, KS 66044

Ethics Complaint

To The City Manager:

Introduction

I'm writing the City Manager regarding a complaint against Community Police Review Board (CPRB) member Tonia Salvini. The complaint alleges Salvini has violated the board's set of ethics while acting as a public figure in the Lawrence community. A subsidiary complaint is also being lodged related to the response of the board when the complaint was presented directly to the CPRB.

**Complaint Against Tonia Salvini**

While Tonia Salvini operates as a Lawrence public figure serving as a board member on the Community Police Review Board, she is also a Lawrence public figure as the Vice President of Student Services at Haskell Indian Nations University (HINU). While I do not credit Salvini with the creation of the systems in place that oppress my identity as a mixed-race student at HINU, she has made the conscious decision to not engage with me and act as an agent protecting these systems and furthering the disenfranchisement of my racial identity and abusing her position of authority.

I understand that these allegations take place outside the institution of the City of Lawrence, but hold firm that any public action has consequences that can either erode or build public trust, and with any other role or job, you are a sum of all your parts—actions outside the workplace affect individuals all the time. It is for this reason I hold Salvini's actions accountable the City Manager's Office, to the Ethics Policy (Resolution No. 7269), and to CPRB bylaws and affirm that she (a) has eroded public trust, (b) she has treated me differently on the basis of race, (c) that upholding a system of racial prejudice poses a conflict with the goals of her position on the CPRB for "reviewing completed racial or other bias-based policing investigations", and (d) is antithetical to the ideals of the board to have members demonstrate understanding of racial bias which is in discussion for city ordinance no. 9324.

Complaint Background

Haskell Indian Nations University (HINU) has violated my right to self identify my race, has violated my FERPA rights by reporting racial and gender information to the US. Census Bureau without my consent, and has created a system that doesn't offer identification of racial biases and racial protections for multi-racial students. Board member Tonia Salvini acts as the Vice President of University Services for HINU and supervises all departments involved with the complaint and whom I continue to reach out to.

For six months, Tonia Salvini and other HINU faculty have ignored my requests to provide my own racial identity to the school. The intent was to have this information used for the 2020 Census, but the neglect and disregard by Tonia Salvini, Vice President of University Services; Ronald Graham, President; Stephen Prue, Office of the President; and Ernest Wilson, Acting Supervisor of Student Housing, has shown a systemic problem with how HINU handles racial identities and has resulted in me being marginalized and disenfranchised as a student who identifies as multi-racial.

USA000529

Despite multiple attempts to engage with Salvini and HINU before and during the 2020 Census, I found out on August 28, 2020 that HINU filed on behalf of students without engaging me or capturing my "self reported racial identity" which is a question on the census. The completion of this census also indicates a violation of my rights under The Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99) since I gave no prior permission to release information with my race/ ethnicity or gender.

Currently and historically, Haskell Indian Nations University (HINU) violates federal guidance for reporting racial and ethnic data to the U.S. Department of Education, 72 FR 59266. This standard was implemented in 2007, but goes back to standards set in 1997 that HINU would still be in violation of today, twenty-three years later. This guidance stipulates that HINU (a) "will be required to collect racial and ethnic data using a two-part question on the educational institution's or other recipient's survey instrument" and (b) "should allow students, parents, and staff to "self-identify" race and ethnicity unless self-identification is not practicable or feasible."

HINU currently does not have a survey instrument for students to self identify their racial identity—there is no two part questionnaire on admissions applications or housing applications (Both overseen by Salvini). HINU instead uses students' Certificate of Degree of Indian Blood (Which is not a racial identity) to provide "observer identification" and reports all students as Native American with no secondary racial identities. It should also be noted that the practice of "observer identification" of race has historic problems in Native American populations, and is an inappropriate policy. **The Integrated Postsecondary Education Data System (IPEDS) shows HINU has never reported a student as two or more races since it's oldest report from 2001.**

I do not identify as only Native American, and yet the school reported me as only Native American in previous semesters according to IPEDS. The malignant neglect not collecting student's self identified racial identities not only affects US Census data, but also university reports along racial lines. If every student is considered the same on paper, it is impossible to identify patterns of systemic racism along the lines of students marginalized racial identities. For example, many students including myself feel that Student Rights (supervised by Salvini) has racially biased disciplinary practices for multi-racial Black students on campus, however, their Black identities are not recorded by HINU and thus there is no traceable bias or accountability.

I have engaged Tonia Salvini multiple times to have my racial identity represented, and it is her decision to not engage with me that furthers these systems already in place to marginalize multi-racial identities. I've already been misrepresented on the 2020 census and I am set up to be misidentified again when Salvini's subordinate reports racial data for the university to the IPEDS system for fall enrollment. **Her passive actions to ignore me are an active hurdle for me in being recognized as multi racial and why I don't feel she is fit for additional community duties to hold the Lawrence Police Department accountable since she cannot engage with a student on their personal racial concerns.**

### Subsidiary Complaint Against Community Police Review Board

I would also like to lodge a complaint with the City Manager's Office on the behavior of the Community Police Review Board (CPRB) with how they handled the the presentation of my complaints directly to the board. I admit to my lack of knowledge to the operation of city committee meetings, and suggest to add a section to the bylaws to instruct those of us with grievances where they can be filed. I understand now that I inappropriately aired my grievance in the public comments not knowing this was supposed to go to the City Manager. That being said, I'm upset that Chair Member Tonia Salvini did not provide a statement of where my grievance could be filed or that the board did not assign staff to provide information for how to file a grievance—both of which I've now discovered are common practice with handling public comments that need additional information. To me this is just another

hurdle that Salvini has used to protect her from being held accountable for her actions by not providing an option to file a complaint and further embarrassed me with my continued use of public comments to incorrectly try and find justice for her actions.

Not only was there a lack of direction for my complaint, but in the initial meeting on August 27th where I presented my first grievance in public comments, board members William Graybill and Jane Gibson broke what I understand is decorum to discuss my complaint and choose to do so with language that was dismissive of the nature of my complaint and gaslit my complaint saying it didn't concern the board in an effort to silence my grievance. See the summary of meetings and actions below.

### Summary of Complaints Already Presented to the CPRB

Complaints against Salvini were presented directly to the board during the August 27th and September 30th meetings (Documents on file with CPRB Agendas) as public comments. I present the following summary of those meetings related to my complaint.

During the August 27th Meeting, the agenda included my initial complaint letter. My letter was not acknowledged during public comment section of the agenda. Before adjournment, board member William Graybill asked the board to acknowledge my letter, "I don't really want to wake up tomorrow and read the newspaper accusing this board or myself of white-washing material..." Board member Jane Gibson responded, "I don't see how it is even marginally relevant to the board. So I don't see any reason to respond to it because it's not about what we do."

For the September 30th meeting, I rewrote my complaint which held criticism for Graybill and Gibson's responses to my letter at the previous meeting. Graybill presented dialogue that relegated my complaint to a public image issue rather then acknowledging the nature of my complaint. I also brought attention to the White privilege present in Gibson's response where she (a) refused to view my complaint from my perspective as a racially marginalized member and (b) invalidated and gaslit my complaint dismissing it as something that doesn't concern the board. Additional information was provided in my letter expanding on my original complaint against Tonia Salvini. After presenting my complaint to the board, board member Marie Taylor posed questions to City Attorney Toni Wheeler which resulted in the advisement to present my ethics complaint to the City Manager.

Thank you for handling my complaint,

*Jared*

Jared Nally

Cc: Diane Stoddard, Casey Toomay, Brandon McGuire, Tonia Salvini, Jennifer Robinson, William Graybill, Stephanie Littleton, Sanjay Mishra, Jane Gibson, Marie Taylor, LJ World

DECLARATION OF _____ **RONALD JOSEPH GRAHAM** _____

**Title: President**
**Location:   Haskell Indian Nations University, Lawrence, Kansas**
**Date of Interview: January 13, 2021**
**Case Number:  DOI-21-HCI-011-BIA**

I, **Ronald Joseph Graham**, hereby make this Declaration.

I understand that I am making this statement under penalty of perjury; that it is the equivalent of a sworn statement made under oath; and that it may be filed in proceedings in accordance with or before the Merit Systems Protection Board (MSPB) or the Equal Employment Opportunity Commission (EEOC), in the grievance process or before an Arbitrator, in court, or in any other similar proceeding. This statement is voluntary and no promises of any kind have been made to me and I have not been subjected to any threatening or coercive behavior for the purpose of obtaining this declaration. I understand that this declaration is part of an official management investigation and that this investigation is not part of the Equal Employment Opportunity (EEO) process.

1.   This interview and the subject matter discussed, including the identity of the individuals mentioned are confidential in nature.  You should not discuss any information divulged during this interview with any other person.  Do you understand?

    **Response:**

    **Yes.**

2.   For the record, please state your full name.

    **Response:**

    **Ronald Joseph Graham**

3.   Please state your:

    Address:

    **155 Indian Ave.**
    **Lawrence, KS  66046**

    Telephone Number:

    **785-749-8497**

Initials _____

USA000532

**DOI-21-HCI-011-BIA**
**Declaration – Ronald Graham**
**Page 2**

Email Address:

**Ronald.Graham@bie.edu**

4.   Please identify your position with Haskell Indian Nations University.

**Response:**

**President**

5.   How long have you held this position?

**Response:**

**Eight months.**

6.   How long have you been with the Agency?

**Response:**

**Eight months.**

7.   Please identify your role and responsibilities associated with the Indian Leader newspaper.

**Response:**

**Absolutely nothing.  I have a faculty member who does the oversight.  I don't get personally involved in it.  I just learned I am in charge of their bank account.**

8.   Describe your professional relationship with Jared Nally pertaining to his role as Editor-in-Chief of the Indian Leader newspaper.

**Response:**

**Absolutely nothing.**

9.   Describe in detail the purpose of the Indian Leader newspaper.

**Response:**

**I really don't know.  Apparently, it is a paper that reports the news like any other paper.  It's for the BIA and Native American kids here.  They have a journalist instructor that guides and directs them.  They just report the news.  The University of Kansas has the same thing, and the faculty and students work together.  They want to**

**partner with us and work with our journalist department, but I'm going to hold off and see how things are going. I don't know what is going on with the paper, how it's being handled, or the relationship. The paper itself starts a lot of drama. It has a lot of irritating stuff instead of reporting. Jared made it his own personal paper. I don't read it or have any contact with it. The Indian Leader has in the past received a lot of awards and had a large journalist department. It is not that way now. I don't really know anyone who works on that paper.**

10.   If not previously addressed, identify the individuals/entities to whom the Indian Leader is circulated.

**Response:**

**I honestly don't know. I'm guessing just the University. It might go outside. It's also online.**

11.   Did you send the Directive dated October 16, 2020, to Mr. Nally?

**Response:**

**I probably did.**

12.   Was anyone else involved in the decision to send the Directive to Complainant? If so, identify them by first/last name and position. Describe their involvement in detail.

**Response:**

**No.**

13.   Explain in detail why you sent the Directive to Mr. Nally.

**Response:**

**I think what really triggered it was when Jared stalked my female Vice President, Tonia Salvini. He was basically harassing her and following her to meetings downtown at Lawrence where she is a chair on a committee. He stood up during a meeting and called her a racist. He is a student, and I referred to the Student Conduct. I wrote a long response and sent it to the BIA Solicitors regarding why I sent the Directive. I laid out several student violations Jared was doing, and I wanted it stop. I also think Jared was recording one of my Deans, and he did a few other things too. I am a retired homicide cop and my background in Law has been criminal. Jared said I violated his First Amendment. I sent a retraction notice to Jared. I guess because he is a journalist or serves as a leader, he felt he could go to all these meetings and do what he does due to his position with the Indian Leader. I had a Student Conduct Committee that was going to remove him from the Indian Leader, and they had enough**

information to remove him from campus, and I stopped it. I asked to handle it from my end. This is not against the First Amendment. I was only going by Student Conduct. I was basically telling him to knock it off, do your job as student, and quit what you're doing.

He contacted FIRE, NAJA, and SPLC. They accused me of violating his First Amendment right. I sent the letter to our solicitors. I worked with them, and subsequently I sent a letter to FIRE, NAJA, and SPLC, retracting the Directive.

14. Was the Directive intended as a reprimand to Mr. Nally?

Response:

No. It was a Directive to stop what he was doing. Stop the abuse and the things he was doing to the Vice President and the Deans. He didn't have that right.

15. In the Directive you stated Mr. Nally routinely attacked Haskell employees/officials with letters and attacked a Haskell official during a community event. Please describe in detail your basis for these comments (specifically, dates when this occurred, who he attacked, how he attacked them, etc.).

Response:

He was attacking the Vice President almost constantly. She actually went to an attorney and was going to have him served with a cease and desist order. She was so scared of him, that she had it stopped. My Dean did the same thing. I have women scared to death of him on campus. He goes after anybody with authority. He will go after an Indian leader and write horrible things about them. That's why I sent the Directive.

16. In the Directive you referenced Mr. Nally contacting the police department on behalf of the University. Please describe this incident in detail.

Response:

We had a person die on campus. I was actually there. Jared contacted the police department and said he was a journalist, and he was not asking, but demanding the name of the deceased. They basically blew him off and hung up on him. They were nice about it, but they don't give out that kind of information. I think he was representing himself as the Indian Leader from Haskell Indian University. We have a person who contacts newspapers and gives out information with the permission of the family. I had already given this person that information.

17. In the Directive, you directed Mr. Nally to not attempt to countermand decisions of Haskell personnel assigned by you or anyone else to positions in an effort to replace them. Explain in detail why directed Mr. Nally to not do this.

**Response:**

**The Acting Vice President of Academics, Jim Rains, reassigned Josh Falleaf as Advisor to the Indian Leader, and he was doing it because we are doing a lot of restructuring. Falleaf went in as the new Advisor.   Jared did not like that, and he and his colleagues got together and voted him out. They don't have that authority because it's a university position. It is not for Jared or any other student to vote anyone out. I basically told him he could not do that.**

18. In the Directive, you directed Mr. Nally to not record anyone at Haskell in his interviews unless he advised them first and they granted him permission. Explain in detail why you directed Mr. Nally not to do this.

**Response:**

**He was recording the conversation of one of the employees on campus. You can't do that. Under Kansas law if one side knows they are recording the other side you can do that. What he failed to understand was that if you record a person unbeknownst to the other person on Federal property, you have committed a felony act. His side was claiming Kansas law, but they failed to understand he did it on Federal property. This is Federal property.**

19. Do you recall receiving a letter dated October 26, 2020, from Lindsie Rank, Program Officer, FIRE; Francine Compton, President NAJA; and Sommer Ingram Dean, Staff Attorney, SPLC? If so, did you respond to the letter? If so, state when.

**Response:**

**Yes. I forwarded it to my Solicitors for advice. I said I was not going under First Amendment, but I was going under Student Conduct. After the Solicitors said the Directive was a First Amendment violation, I wrote a letter of retraction. I don't recall the date. I signed the letter and sent it to the Solicitors to send to them.**

20. Did Complainant ever tell you that he found your behavior unwelcome, offensive, inappropriate, etc.? If so, state the date, describe in detail what he told you, describe in detail your response, if any.

**Response:**

**Only via the newspapers. He wrote a big newspaper article that was outlandish. I didn't respond to anything.**

USA000536

DOI-21-HCI-011-BIA
**Declaration – Ronald Graham**
**Page 6**

21. Have you attended training regarding anti-harassment?  If so, state the date(s).

    **Response:**

    **Yes.  I took an online course through DOI.  I also did it several times when I was in the military.**

22. Are you aware of the school having an anti-harassment policy?

    **Response:**

    **Yes.  The policy covers the harassment of students by faculty and administration.**

23. Is the policy posted anywhere on the school property?  If so, state where it is posted.

    **Response:**

    **I've seen it on the intranet.  Especially in between semesters when we work with Faculty and staff.  I mention it in my cabinet meetings.**

24. Are you aware of anyone else who may have information relevant to the issues we have discussed?  If so, identify them by first/last name and position, and describe in detail what relevant information you believe they have.

    **Response:**

    **Tonya Salvini**
    **Carlene Morris**

25. Do you any additional information or documents that might be relevant to the issues referenced in this matter or that may be helpful in this investigation?  If so, please provide the information and/or copies of the documents with an explanation of each.

    **Response:**

    **No.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  This declaration, including this page, consists of____ pages.

_____
Declarant's Signature

**DOI-21-HCI-011-BIA**
**Declaration – Ronald Graham**
**Page 7**

**President**
Position

1/13/2021
Date

**DECLARATION OF  _____James W. Rains, Jr._____**

**Title:   Dean of the College of Humanities and Arts, Currently detailed as Acting Director of Special Projects**
**Location:   Haskell Indian Nations University, Lawrence, Kansas**
**Date of Interview: January 14, 2021**
**Case Number:  DOI-21-HCI-011-BIA**

I,  \_\_**James W. Rains, Jr.**\_\_, hereby make this Declaration.

I understand that I am making this statement under penalty of perjury; that it is the equivalent of a sworn statement made under oath; and that it may be filed in proceedings in accordance with or before the Merit Systems Protection Board (MSPB) or the Equal Employment Opportunity Commission (EEOC), in the grievance process or before an Arbitrator, in court, or in any other similar proceeding. This statement is voluntary and no promises of any kind have been made to me and I have not been subjected to any threatening or coercive behavior for the purpose of obtaining this declaration. I understand that this declaration is part of an official management investigation and that this investigation is not part of the Equal Employment Opportunity (EEO) process.

1. This interview and the subject matter discussed, including the identity of the individuals mentioned are confidential in nature.  You should not discuss any information divulged during this interview with any other person.  Do you understand?

    **Response:**

    **Yes.**

2. For the record, please state your full name.

    **Response:**

    **James W. Rains, Jr.**

3. Please state your:

    Address:

    **155 Indian Ave.**
    **Lawrence, KS  66046**

USA000539

Declaration C
Page 2 of 27

USA000540

Telephone Number:

 **785-813-9630**

Email Address:

**James.Rains@bie.edu**

4. Please identify your position with Haskell Indian Nations University.

**Response:**

**Dean of the College of Humanities and Arts, Currently detailed as Acting Director of Special Projects**

5. How long have you held this position?

**Response:**

**I have been Dean of the College of Humanities and Arts since May 2018.  I had been acting in this position in November 2017.  I was detailed as Acting VPA and Acting President off and on since November 2018.**

6. How long have you been with the Agency?

**Response:**

**I started in August 2014.**

7. Please identify your role and responsibilities associated with the Indian Leader newspaper.

**Response:**

**The only role I played was that of Acting Vice President; in that role I was responsible for identifying a faculty advisor.  This was in the summer of 2020, in perhaps July.**

8. Describe your professional relationship with Jared Nally pertaining to his role as Editor-in-Chief of the Indian Leader newspaper.

**Response:**



**None.  He is a Haskell student, but I've never had him as a student.  I don't provide oversight for the newspaper, which independent from the University, except to identify the faculty advisor.**

9. Describe in detail the purpose of the Indian Leader newspaper.

   **Response:**

   **We regard it as a student club.  It is an independent student organization that reports news for the benefit of students.  It is written by students and edited by students.**

10. Are you aware of a Directive dated October 16, 2020, that Dr. Graham sent to Mr. Nally?

    **Response:**

    **Yes.**

11. Did you have any involvement or input into the decision to send the Directive to Mr. Nally? If so, describe your involvement or input in detail.

    **Response:**

    **I assisted the President with the editing.  My PhD is in English.  I helped with grammar, etc., but I didn't change the content of it.**

12. Do you know why Dr. Graham sent the Directive to Mr. Nally?   If so, explain in detail why.

    **Response:**

    **Yes.  In February 2020, our Acting President was Dr. Daniel Wildcat, and he suffered a medical condition.  I assumed the President's role until Dr. Graham arrived sometime in May 2020.  During that time, on March 23, 2020, we evacuated the campus because of Covid-19 so our students would not be infected.  A few students remained on campus, less than 100.  Jared Nally remained on campus. Jared was always looking for stories and information.  We were in an information lock-down, everything we reported to the media or inquiries had to be referred to Tony Deerman's office (BIE Director) in DC.  When Jared solicited information from us, we were not allowed to reply because he was regarded as a separate media enterprise.  We forwarded his inquiries to Mr. Deerman.  I think Jared grew frustrated with this and in my opinion, he became kind of harassing towards the administration and antagonized us about not being able to respond directly to his requests for information.  I began to get FOIA requests for things not related in any way to the events at time.  We responded to the requests.  Many of them were about Jared, and our not responding directly to his inquiries and releasing information to**

him.  We felt we were being antagonized by him.  Later in the summer, Jared had some animosity towards the Vice President, University Services, Tonia Salvini. She is on the Police Review Board.  Jared would show up at those city meetings and basically antagonize her and try to embarrass her on behalf of the Indian Leader.  I understand he was unhappy with Ms. Salvini because during the census he was not allowed to represent himself as white as well as Native American.  I think that was the basis of his complaint against Ms. Salvini.  Russell Parker, a student, had been expelled because he became belligerent with a Haskell employee during the pandemic.  Jared, representing himself as the editor of the Indian Leader, took exception to that disciplinary action and used the Indian Leader to complain about and pursue that.  Mr. Parker was given plenty of opportunity to appeal his disciplinary action.  The Indian Leader became an advocate for Mr. Parker, and this may have created some of the animosity.  I think Dr. Graham felt Jared was sort of exploiting his position as the Editor of the Indian Leader to represent himself at the Police Board meetings to antagonize Ms. Salvini.

All the student clubs have sponsors. We had a sponsor for the Indian Leader, Rhonda LeValdo, an instructor, who had been in place for quite some time.  All our faculty had to begin to prepare for fall classes online.  During that time, as the Acting Vice President and with the advice and permission of Human Resources, we asked all faculty to discontinue their sponsorship with the student organizations and prepare to improve their classes online.  The Indian Leader was one of those organizations.  The fall was going to be a full 15 weeks online.  We invested a lot into getting online and improving the quality of our courses.  The sponsor at that time, Rhonda LeValdo, was asked to step away from the Indian Leadership sponsorship role to prepare for online teaching.  I was Acting Vice President and Josh Falleaf replaced me as the Dean of Humanities.  While I was in the President's office, I asked Josh Fallef to serve as the Acting Director of Special Projects; I also asked Josh to serve as the faculty advisor for the Indian Leader. He did not have teaching duties because he was in an administrative role.  Jared took exception because he wanted Ms. LeValdo to stay in place.  He rejected our explanation that Ms. LeValdo had to prepare for courses.  In an email to me, he called me a "liar" because he said Josh Falleaf was not a faculty person. That is Josh's position of record, however.

There was a court settlement in 1989 where the President at the time had tried to interfere with the content of the Indian Leader.  The ACLU brought a court case. The settlement was that administration could exert no influence over the Indian Leader.  We do have administrative influence over who the advisor is, but the settlement indicates the Indian Leader does not have to follow the advice of the advisor.  Indian Leader rejected our naming Josh Falleaf for no particular reason except Jared wanted the former advisor.  For that reason, I think Jared adopted an attitude of antagonism towards the administration.  I think what Dr. Graham was trying to do with the Directive was to get Jared to not attack the administration.

USA000543

**There was an incident with Carlene Morris. Jared recorded a conversation with her and posted it on social media without her authorization. She felt violated and there was an inquiry to see if he broke any laws. There was apparently no legal issue, but journalistically it was not proper. I saw an email where Ms. Morris told Jared she did not appreciate it, but he was unapologetic. I think the President felt Jared was exploiting his position as Editor of the Indian Leader to harass the administration. I think it was just the one letter that Jared received and not a series of events that would constitute harassment.**

13.    Have you attended training regarding anti-harassment?  If so, state the date(s).

   **Response:**

   **Yes. I'm not sure of the date, but it was at least three years ago.**

14.    Are you aware of the school having an anti-harassment policy?

   **Response:**

   **Yes, I am aware. I don't have any specific experiential knowledge of it based on direct experience of it in my duties.**

15.    Is the policy posted anywhere on the school property?  If so, state where it is posted.

   **Response:**

   **It seems there was some signage around the campus, but I can't say with certainty.**

16.    Are you aware of anyone else who may have information relevant to the issues we have discussed?  If so, identify them by first/last name and position, and describe in detail what relevant information you believe they have.

   **Response:**

   **Josh Falleaf, Acting Dean of Humanities. He is probably one of the best writers on the campus and would have been great in the advisor position. I think the most beneficial thing about being on the Indian Leader staff is to get writing experience.**

17.    Do you any additional information or documents that might be relevant to the issues referenced in this matter or that may be helpful in this investigation?  If so, please provide the information and/or copies of the documents with an explanation of each.

   **Response:**

   **Email from Jared.**

Declaration C
Page 6 of 27

USA000544

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  This declaration, including this page, consists of ____ pages.

*James Rains*
_____
Declarant's Signature


**Dean of the College of Humanities and Arts**
Position

1/15/2021
_____
Date

USA000545

**DECLARATION OF <u>TONIA SALVINI</u>**

**Title:   Vice President of University Services**
**Location:    Haskell Indian Nations University, Lawrence, Kansas**
**Date of Interview: January 15, 2021**
**Case Number:  DOI-21-HCI-011-BIA**

I,  <u>**Tonia Salvini**</u> , hereby make this Declaration.

I understand that I am making this statement under penalty of perjury; that it is the equivalent of a sworn statement made under oath; and that it may be filed in proceedings in accordance with or before the Merit Systems Protection Board (MSPB) or the Equal Employment Opportunity Commission (EEOC), in the grievance process or before an Arbitrator, in court, or in any other similar proceeding. This statement is voluntary, and no promises of any kind have been made to me and I have not been subjected to any threatening or coercive behavior for the purpose of obtaining this declaration. I understand that this declaration is part of an official management investigation and that this investigation is not part of the Equal Employment Opportunity (EEO) process.

1.    This interview and the subject matter discussed, including the identity of the individuals mentioned are confidential in nature.  You should not discuss any information divulged during this interview with any other person.  Do you understand?

   **Response:**

   **Yes.**

2.    For the record, please state your full name.

   **Response:**

   **Tonia Salvini**

3.    Please state your:

   Address:

   **155 Indian Ave.**
   **Lawrence, KS  66046**

   Telephone Number:

Page __1___ of __8___

Declaration F
Page 1 of 11

Initials *TLS*

**DOI-21-HCI-011-BIA**
**Declaration – Tonia Salvini**
**Page 2**

**785-749-8457**

Email Address:

**Tonia.Salvini@bie.edu**

4.   Please identify your position with Haskell Indian Nations University.

**Response:**

**Vice President of University Services**

5.   How long have you held this position?

**Response:**

**Five years and around eight months.**

6.   How long have you been with the Agency?

**Response:**

**Five years and around eight months.**

7.   Please identify your role and responsibilities associated with the Indian Leader newspaper.

**Response:**

**None.**

8.   Describe your professional relationship with Jared Nally pertaining to his role as Editor-in-Chief of the Indian Leader newspaper.

**Response:**

**None.**

9.   Describe in detail the purpose of the Indian Leader newspaper.

**Response:**

**It's a school newspaper, and a student-run newspaper. It probably should be reporting on issues of the University and providing some assistance to**

Declaration F
Page 2 of 11 Initial

USA000547

DOI-21-HCI-011-BIA
Declaration – Tonia Salvini
Page 3

**students to inform them as they achieve their academic success, such as resource support services and reporting on activities and events that contribute to the student academic life on campus.  They should present issues that affect Native populations.   There could perhaps be advocacy centered information. I'm not sure their role is to do advocacy, but this is an observation I have.  We don't have a journalism program, so I don't know how it fits into an academic program in terms of honoring and respecting journalist ethics.  That is my observation.**

10.    Are you aware of a Directive dated October 16, 2020, that Dr. Graham sent to Mr. Nally?

       **Response:**

       **Yes.**

11.    Did you have any involvement or input into the decision to send the Directive to Mr. Nally?  If so, describe your involvement or input in detail.

       **Response:**

       **No.**

12.    Do you know why Dr. Graham sent the Directive to Mr. Nally?   If so, explain in detail why.

       **Response:**

       **I don't know.  The President is my supervisor, and I reported to him some of my concerns that I have had with Mr. Nally that are not based in the University, but with the city.  I volunteer on a Police Review Board.  I reported to Dr. Graham my concerns about my privacy as a citizen because Mr. Nally was encroaching on my private life.  My role on the board was as a citizen, and it had nothing to do with my role with the University.  My work with the board is public and on record.  My concern was that Mr. Nally sought me out.  It is not public knowledge with the University what my private life is off campus with my family and with the community.  I don't know how he found me, and although my board involvement is definitely public, it is hard to find on the website.  He inserted himself into the work that we're doing which he clearly didn't understand. He got on the agenda with the Police Board. We take public comments and invite the public in on the work we're doing, which is online. We are working on an ordinance.  He inserted himself into the situation just to harass and stalk me.  He had the right to do that as a citizen, but he represented himself as part of the newspaper at Haskell.  It caused confusion with some of the board members.  Our protocol is to allow community members to voice**

Page 3|5

Initial _____

USA000548

DOI-21-HCI-011-BIA
Declaration – Tonia Salvini
Page 4

concerns about the work we're doing, but we don't act on it.  We just hear it and if we can fold it into our work, we do.  It is a specific separate exercise.  He signed up to do this and he had a document on letterhead for the Indian Leader suggesting I wasn't fit to be on the board.  I have read it several times and I still don't understand what his complaint is.  The complaint was relevant to the University and not the board.  I think he tried to maybe conflate what his concern was here on campus concerning not feeling he was truly represented of all his ethnicity, but counted in the census as a tribe member.  That is between the census bureau and the registrar.  I don't really know what they asked about ethnicity.  I just know we wanted our students counted and there was a way to do that.  We worked with the census bureau and had census people on campus all the time.  He had a chance to meet with them.  He was upset that his full ethnicity was not represented on the census bureau.  Because I didn't allow for that, he suggested it was my fault and I was not capable of being on a Police Board that dealt with racial profiling.  I sought private counsel to get another person's perspective.  I hired a local attorney to guide me through what constitutes harassment and what constitutes stalking.  I was prepared to get a protective order if the behavior escalated.  Mr. Nally filed a formal complaint against me to the city in November 2020, and I had to respond to it in December 2020.  This has been going on since probably August 2020.  I was invited by the City Attorney staff to respond to the complaint, and I did.  I told them if they didn't think I was fit to be on the board, I would respectfully leave.  I still wasn't sure what the concern was, but it was completely dismissed and found there was no cause for pursuing it.

13.  Have you attended training regarding anti-harassment?  If so, state the date(s).

Response:

Yes. It was civility training which identified harassment.  It was a couple of years ago.

14.  Are you aware of the school having an anti-harassment policy?

Response:

Yes.  I don't know whether it is for students, faculty, and/or administration.

15.  Is the policy posted anywhere on the school property?  If so, state where it is posted.

Response:

It was at my former office, but I just moved.

Page 4|5

Declaration F
Page 4 of 11 Initial _____

DOI-21-HCI-011-BIA
Declaration – Tonia Salvini
Page 5

16.  Are you aware of anyone else who may have information relevant to the issues we
     have discussed?  If so, identify them by first/last name and position, and describe in
     detail what relevant information you believe they have.

     **Response:**

     **No.**

17.  Do you any additional information or documents that might be relevant to the issues
     referenced in this matter or that may be helpful in this investigation?  If so, please
     provide the information and/or copies of the documents with an explanation of each.

     **Response:**

     **I'll provide relevant document.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge and belief.  This declaration, including this page, consists of____ pages.

TONIA SALVINI Digitally signed by TONIA SALVINI
Date: 2021.01.15 16:36:58 -06'00'
_____
Declarant's Signature

Vice-President/University Services
_____
Position

January 15, 2021
_____
Date

Page 5|5

Declaration Initial_____
Page 5 of 11

USA000550

| | |
|---|---|
| **From:** | Jared Nally |
| **To:** | craigowens@lawrenceks.org |
| **Cc:** | ctoomay@lawrenceks.org; bmcguire@lawrenceks.org; [PII] [PII] [PII] dstoddard@lawrenceks.org; smishra@ku.edu; jwqc13@gmail.com |
| **Subject:** | Ethics Complaint Against Community Police Review Board |
| **Date:** | Friday, October 9, 2020 3:30:38 PM |
| **Attachments:** | Letter to City Manager.pdf |
| | Untitled attachment 00116.txt |

City Manager Craig Owens,

Please see the attached ethics complaint letter for the Community Police Review Board. I was told to deliver complaints against the Community Police Review Board to you and would like instruction if I am to submit this complaint otherwise. Please keep in contact with how you will process the complaint.

Thank You,
-Jared Nally

USA000551

October 9, 2020

Craig Owens
City Manager
City Hall
6 E 6th St
PO Box 708
Lawrence, KS 66044

Ethics Complaint

To The City Manager:

Introduction

I'm writing the City Manager regarding a complaint against Community Police Review Board (CPRB) member Tonia Salvini. The complaint alleges Salvini has violated the board's set of ethics while acting as a public figure in the Lawrence community. A subsidiary complaint is also being lodged related to the response of the board when the complaint was presented directly to the CPRB.

**Complaint Against Tonia Salvini**

While Tonia Salvini operates as a Lawrence public figure serving as a board member on the Community Police Review Board, she is also a Lawrence public figure as the Vice President of Student Services at Haskell Indian Nations University (HINU). While I do not credit Salvini with the creation of the systems in place that oppress my identity as a mixed-race student at HINU, she has made the conscious decision to not engage with me and act as an agent protecting these systems and furthering the disenfranchisement of my racial identity and abusing her position of authority.

I understand that these allegations take place outside the institution of the City of Lawrence, but hold firm that any public action has consequences that can either erode or build public trust, and with any other role or job, you are a sum of all your parts—actions outside the workplace affect individuals all the time. It is for this reason I hold Salvini's actions accountable the City Manager's Office, to the Ethics Policy (Resolution No. 7269), and to CPRB bylaws and affirm that she (a) has eroded public trust, (b) she has treated me differently on the basis of race, (c) that upholding a system of racial prejudice poses a conflict with the goals of her position on the CPRB for "reviewing completed racial or other bias-based policing investigations", and (d) is antithetical to the ideals of the board to have members demonstrate understanding of racial bias which is in discussion for city ordinance no. 9324.

Complaint Background

Haskell Indian Nations University (HINU) has violated my right to self identify my race, has violated my FERPA rights by reporting racial and gender information to the US. Census Bureau without my consent, and has created a system that doesn't offer identification of racial biases and racial protections for multi-racial students. Board member Tonia Salvini acts as the Vice President of University Services for HINU and supervises all departments involved with the complaint and whom I continue to reach out to.

For six months, Tonia Salvini and other HINU faculty have ignored my requests to provide my own racial identity to the school. The intent was to have this information used for the 2020 Census, but the neglect and disregard by Tonia Salvini, Vice President of University Services; Ronald Graham, President; Stephen Prue, Office of the President; and Ernest Wilson, Acting Supervisor of Student Housing, has shown a systemic problem with how HINU handles racial identities and has resulted in me being marginalized and disenfranchised as a student who identifies as multi-racial.

Despite multiple attempts to engage with Salvini and HINU before and during the 2020 Census, I found out on August 28, 2020 that HINU filed on behalf of students without engaging me or capturing my "self reported racial identity" which is a question on the census. The completion of this census also indicates a violation of my rights under The Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99) since I gave no prior permission to release information with my race/ethnicity or gender.

Currently and historically, Haskell Indian Nations University (HINU) violates federal guidance for reporting racial and ethnic data to the U.S. Department of Education, 72 FR 59266. This standard was implemented in 2007, but goes back to standards set in 1997 that HINU would still be in violation of today, twenty-three years later. This guidance stipulates that HINU (a) "will be required to collect racial and ethnic data using a two-part question on the educational institution's or other recipient's survey instrument" and (b) "should allow students, parents, and staff to "self-identify" race and ethnicity unless self-identification is not practicable or feasible."

HINU currently does not have a survey instrument for students to self identify their racial identity—there is no two part questionnaire on admissions applications or housing applications (Both overseen by Salvini). HINU instead uses students' Certificate of Degree of Indian Blood (Which is not a racial identity) to provide "observer  identification" and reports all students as Native American with no secondary racial identities. It should also be noted that the practice of "observer identification" of race has historic problems in Native American populations, and is an inappropriate policy. **The Integrated Postsecondary Education Data System (IPEDS) shows HINU has never reported a student as two or more races since it's oldest report from 2001.**

I do not identify as only Native American, and yet the school reported me as only Native American in previous semesters according to IPEDS. The malignant neglect not collecting student's self identified racial identities not only affects US Census data, but also university reports along racial lines. If every student is considered the same on paper, it is impossible to identify patterns of systemic racism along the lines of students marginalized racial identities. For example, many students including myself feel that Student Rights (supervised by Salvini) has racially biased disciplinary practices for multi-racial Black students on campus, however, their Black identities are not recorded by HINU and thus there is no traceable bias or accountability.

I have engaged Tonia Salvini multiple times to have my racial identity represented, and it is her decision to not engage with me that furthers these systems already in place to marginalize multi-racial identities. I've already been misrepresented on the 2020 census and I am set up to be misidentified again when Salvini's subordinate reports racial data for the university to the IPEDS system for fall enrollment. **Her passive actions to ignore me are an active hurdle for me in being recognized as multi racial and why I don't feel she is fit for additional community duties to hold the Lawrence Police Department accountable since she cannot engage with a student on their personal racial concerns.**

### Subsidiary Complaint Against Community Police Review Board

I would also like to lodge a complaint with the City Manager's Office on the behavior of the Community Police Review Board (CPRB) with how they handled the the presentation of my complaints directly to the board. I admit to my lack of knowledge to the operation of city committee meetings, and suggest to add a section to the bylaws to instruct those of us with grievances where they can be filed. I understand now that I inappropriately aired my grievance in the public comments not knowing this was supposed to go to the City Manager. That being said, I'm upset that Chair Member Tonia Salvini did not provide a statement of where my grievance could be filed or that the board did not assign staff to provide information for how to file a grievance—both of which I've now discovered are common practice with handling public comments that need additional information. To me this is just another

USA000553

hurdle that Salvini has used to protect her from being held accountable for her actions by not providing an option to file a complaint and further embarrassed me with my continued use of public comments to incorrectly try and find justice for her actions.

Not only was there a lack of direction for my complaint, but in the initial meeting on August 27th where I presented my first grievance in public comments, board members William Graybill and Jane Gibson broke what I understand is decorum to discuss my complaint and choose to do so with language that was dismissive of the nature of my complaint and gaslit my complaint saying it didn't concern the board in an effort to silence my grievance. See the summary of meetings and actions below.

### Summary of Complaints Already Presented to the CPRB

Complaints against Salvini were presented directly to the board during the August 27th and September 30th meetings (Documents on file with CPRB Agendas) as public comments. I present the following summary of those meetings related to my complaint.

During the August 27th Meeting, the agenda included my initial complaint letter. My letter was not acknowledged during public comment section of the agenda. Before adjournment, board member William Graybill asked the board to acknowledge my letter, "I don't really want to wake up tomorrow and read the newspaper accusing this board or myself of white-washing material..." Board member Jane Gibson responded, "I don't see how it is even marginally relevant to the board. So I don't see any reason to respond to it because it's not about what we do."

For the September 30th meeting, I rewrote my complaint which held criticism for Graybill and Gibson's responses to my letter at the previous meeting. Graybill presented dialogue that relegated my complaint to a public image issue rather then acknowledging the nature of my complaint. I also brought attention to the White privilege present in Gibson's response where she (a) refused to view my complaint from my perspective as a racially marginalized member and (b) invalidated and gaslit my complaint dismissing it as something that doesn't concern the board. Additional information was provided in my letter expanding on my original complaint against Tonia Salvini. After presenting my complaint to the board, board member Marie Taylor posed questions to City Attorney Toni Wheeler which resulted in the advisement to present my ethics complaint to the City Manager.

Thank you for handling my complaint,

Jared Nally

Cc: Diane Stoddard, Casey Toomay, Brandon McGuire, Tonia Salvini, Jennifer Robinson, William Graybill, Stephanie Littleton, Sanjay Mishra, Jane Gibson, Marie Taylor, LJ World

USA000554



CITY COMMISSION

MAYOR
BRADLEY R. FINKELDEI

COMMISSIONERS
COURTNEY SHIPLEY
STUART BOLEY
LISA LARSEN
JENNIFER ANANDA, JD, MSW

CRAIG S. OWENS
CITY MANAGER

City Offices
PO Box 708 66044-0708
www.lawrenceks.org

6 East 6th St
785-832-3000
FAX 785-832-3405

December 17, 2020

Mr. Jared Nally
Delivered Via Electronic Communication to
  Address: jarednally@gmail.com

Re: Correspondence to City Manager Craig Owens Concerning Tonia Salvini

Dear Jared:

I am writing to follow up on your correspondence to City Manager Craig Owens referenced above. At the outset, we wish to express our appreciation to you for your patience as we have carefully considered the concerns you raised in your letter.

Your letter concerns a member of the Community Police Review Board (CPRB), Ms. Tonia Salvini. In your letter you complain that Ms. Salvini in her role as an administrator at Haskell Indian Nations University (HINU), along with other HINU faculty, ignored your requests to provide your own racial identity to the school in certain reports made by HINU. You also complain that Ms. Salvini did not engage with you when you made multiple attempts to engage with her and other HINU officials regarding your concerns.

After careful consideration, I find that the allegations stated in your complaint, even if everything in the letter is true, are not violations of the City's Ethics Policy or the bylaws of the CPRB. The actions of which you complain largely concern policies, practices, or actions of HINU. The allegation that Ms. Salvini, in her role as a HINU administrator, did not engage with you regarding your concerns is not a violation of the Ethics Policy or the CPRB bylaws. The conclusion I have reached should not be interpreted to mean that the concerns you raised regarding HINU's reporting and communication protocols are not valid. The City of Lawrence, however, is not the proper forum to address those concerns.

In your letter you also expressed dissatisfaction with the manner in which the Community Police Review Board handled the presentation of your complaint. Jared, we appreciate your honest feedback on this matter. The board is not tasked with or responsible for addressing or investigating complaints made against its members. City staff will endeavor to assist in directing persons making complaints in the future to the appropriate City office.

We are committed to providing excellent city services that enhance the quality of life for the Lawrence Community

Mr. Nally
Dec. 17, 2020
Page 2

Thank you again for contacting the City.  We wish you the very best as you continue your studies.

Sincerely,

Toni R. Wheeler
City Attorney

C: Craig Owens, City Manager

USA000556

October 9, 2020

Craig Owens
City Manager
City Hall
6 E 6th St
PO Box 708
Lawrence, KS 66044

Ethics Complaint

To The City Manager:

Introduction

I'm writing the City Manager regarding a complaint against Community Police Review Board (CPRB) member Tonia Salvini. The complaint alleges Salvini has violated the board's set of ethics while acting as a public figure in the Lawrence community. A subsidiary complaint is also being lodged related to the response of the board when the complaint was presented directly to the CPRB.

**Complaint Against Tonia Salvini**

While Tonia Salvini operates as a Lawrence public figure serving as a board member on the Community Police Review Board, she is also a Lawrence public figure as the Vice President of Student Services at Haskell Indian Nations University (HINU). While I do not credit Salvini with the creation of the systems in place that oppress my identity as a mixed-race student at HINU, she has made the conscious decision to not engage with me and act as an agent protecting these systems and furthering the disenfranchisement of my racial identity and abusing her position of authority.

I understand that these allegations take place outside the institution of the City of Lawrence, but hold firm that any public action has consequences that can either erode or build public trust, and with any other role or job, you are a sum of all your parts—actions outside the workplace affect individuals all the time. It is for this reason I hold Salvini's actions accountable the City Manager's Office, to the Ethics Policy (Resolution No. 7269), and to CPRB bylaws and affirm that she (a) has eroded public trust, (b) she has treated me differently on the basis of race, (c) that upholding a system of racial prejudice poses a conflict with the goals of her position on the CPRB for "reviewing completed racial or other bias-based policing investigations", and (d) is antithetical to the ideals of the board to have members demonstrate understanding of racial bias which is in discussion for city ordinance no. 9324.

Complaint Background

Haskell Indian Nations University (HINU) has violated my right to self identify my race, has violated my FERPA rights by reporting racial and gender information to the US. Census Bureau without my consent, and has created a system that doesn't offer identification of racial biases and racial protections for multi-racial students. Board member Tonia Salvini acts as the Vice President of University Services for HINU and supervises all departments involved with the complaint and whom I continue to reach out to.

For six months, Tonia Salvini and other HINU faculty have ignored my requests to provide my own racial identity to the school. The intent was to have this information used for the 2020 Census, but the neglect and disregard by Tonia Salvini, Vice President of University Services; Ronald Graham, President; Stephen Prue, Office of the President; and Ernest Wilson, Acting Supervisor of Student Housing, has shown a systemic problem with how HINU handles racial identities and has resulted in me being marginalized and disenfranchised as a student who identifies as multi-racial.

USA000557

Despite multiple attempts to engage with Salvini and HINU before and during the 2020 Census, I found out on August 28, 2020 that HINU filed on behalf of students without engaging me or capturing my "self reported racial identity" which is a question on the census. The completion of this census also indicates a violation of my rights under The Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99) since I gave no prior permission to release information with my race/ethnicity or gender.

Currently and historically, Haskell Indian Nations University (HINU) violates federal guidance for reporting racial and ethnic data to the U.S. Department of Education, 72 FR 59266. This standard was implemented in 2007, but goes back to standards set in 1997 that HINU would still be in violation of today, twenty-three years later. This guidance stipulates that HINU (a) "will be required to collect racial and ethnic data using a two-part question on the educational institution's or other recipient's survey instrument" and (b) "should allow students, parents, and staff to "self-identify" race and ethnicity unless self-identification is not practicable or feasible."

HINU currently does not have a survey instrument for students to self identify their racial identity—there is no two part questionnaire on admissions applications or housing applications (Both overseen by Salvini). HINU instead uses students' Certificate of Degree of Indian Blood (Which is not a racial identity) to provide "observer  identification" and reports all students as Native American with no secondary racial identities. It should also be noted that the practice of "observer identification" of race has historic problems in Native American populations, and is an inappropriate policy. **The Integrated Postsecondary Education Data System (IPEDS) shows HINU has never reported a student as two or more races since it's oldest report from 2001.**

I do not identify as only Native American, and yet the school reported me as only Native American in previous semesters according to IPEDS. The malignant neglect not collecting student's self identified racial identities not only affects US Census data, but also university reports along racial lines. If every student is considered the same on paper, it is impossible to identify patterns of systemic racism along the lines of students marginalized racial identities. For example, many students including myself feel that Student Rights (supervised by Salvini) has racially biased disciplinary practices for multi-racial Black students on campus, however, their Black identities are not recorded by HINU and thus there is no traceable bias or accountability.

I have engaged Tonia Salvini multiple times to have my racial identity represented, and it is her decision to not engage with me that furthers these systems already in place to marginalize multi-racial identities. I've already been misrepresented on the 2020 census and I am set up to be misidentified again when Salvini's subordinate reports racial data for the university to the IPEDS system for fall enrollment. **Her passive actions to ignore me are an active hurdle for me in being recognized as multi racial and why I don't feel she is fit for additional community duties to hold the Lawrence Police Department accountable since she cannot engage with a student on their personal racial concerns.**

### Subsidiary Complaint Against Community Police Review Board

I would also like to lodge a complaint with the City Manager's Office on the behavior of the Community Police Review Board (CPRB) with how they handled the the presentation of my complaints directly to the board. I admit to my lack of knowledge to the operation of city committee meetings, and suggest to add a section to the bylaws to instruct those of us with grievances where they can be filed. I understand now that I inappropriately aired my grievance in the public comments not knowing this was supposed to go to the City Manager. That being said, I'm upset that Chair Member Tonia Salvini did not provide a statement of where my grievance could be filed or that the board did not assign staff to provide information for how to file a grievance—both of which I've now discovered are common practice with handling public comments that need additional information. To me this is just another

USA000558

hurdle that Salvini has used to protect her from being held accountable for her actions by not providing an option to file a complaint and further embarrassed me with my continued use of public comments to incorrectly try and find justice for her actions.

Not only was there a lack of direction for my complaint, but in the initial meeting on August 27th where I presented my first grievance in public comments, board members William Graybill and Jane Gibson broke what I understand is decorum to discuss my complaint and choose to do so with language that was dismissive of the nature of my complaint and gaslit my complaint saying it didn't concern the board in an effort to silence my grievance. See the summary of meetings and actions below.

## Summary of Complaints Already Presented to the CPRB

Complaints against Salvini were presented directly to the board during the August 27th and September 30th meetings (Documents on file with CPRB Agendas) as public comments. I present the following summary of those meetings related to my complaint.

During the August 27th Meeting, the agenda included my initial complaint letter. My letter was not acknowledged during public comment section of the agenda. Before adjournment, board member William Graybill asked the board to acknowledge my letter, "I don't really want to wake up tomorrow and read the newspaper accusing this board or myself of white-washing material..." Board member Jane Gibson responded, "I don't see how it is even marginally relevant to the board. So I don't see any reason to respond to it because it's not about what we do."

For the September 30th meeting, I rewrote my complaint which held criticism for Graybill and Gibson's responses to my letter at the previous meeting. Graybill presented dialogue that relegated my complaint to a public image issue rather then acknowledging the nature of my complaint. I also brought attention to the White privilege present in Gibson's response where she (a) refused to view my complaint from my perspective as a racially marginalized member and (b) invalidated and gaslit my complaint dismissing it as something that doesn't concern the board. Additional information was provided in my letter expanding on my original complaint against Tonia Salvini. After presenting my complaint to the board, board member Marie Taylor posed questions to City Attorney Toni Wheeler which resulted in the advisement to present my ethics complaint to the City Manager.

Thank you for handling my complaint,

*Jared*

Jared Nally

Cc: Diane Stoddard, Casey Toomay, Brandon McGuire, Tonia Salvini, Jennifer Robinson,William Graybill, Stephanie Littleton, Sanjay Mishra, Jane Gibson, Marie Taylor, LJ World

**DECLARATION OF <u>JOSHUA LEVI FALLEAF</u>**

**Title:    Acting Dean, College of Humanities and Arts, Instructor of English (position of record)**
**Location:   Haskell Indian Nations University, Lawrence, Kansas**
**Date of Interview: January 19, 2021**
**Case Number: DOI-21-HCI-011-BIA**

I, **Joshua Levi Falleaf**, hereby make this Declaration.

I understand that I am making this statement under penalty of perjury; that it is the equivalent of a sworn statement made under oath; and that it may be filed in proceedings in accordance with or before the Merit Systems Protection Board (MSPB) or the Equal Employment Opportunity Commission (EEOC), in the grievance process or before an Arbitrator, in court, or in any other similar proceeding. This statement is voluntary, and no promises of any kind have been made to me and I have not been subjected to any threatening or coercive behavior for the purpose of obtaining this declaration. I understand that this declaration is part of an official management investigation and that this investigation is not part of the Equal Employment Opportunity (EEO) process.

1.    This interview and the subject matter discussed, including the identity of the individuals mentioned are confidential in nature.  You should not discuss any information divulged during this interview with any other person.  Do you understand?

    **Response:**

    **Yes.**

2.    For the record, please state your full name.

    **Response:**

    **Joshua Levi Falleaf**

3.    Please state your:

    Address:

    **155 Indian Ave.**
    **Lawrence, KS  66046**

Initials_____

DOI-21-HCI-011-BIA
Declaration – Joshua Falleaf
Page 2

Telephone Number:

**785-813-5915**

Email Address:

jfalleaf@haskell.edu

4.    Please identify your position with Haskell Indian Nations University.

**Response:**

**Currently Acting Dean, College of Humanities and Arts. My position of record is Instructor of English.**

5.    How long have you held this position?

**Response:**

**I became an Instructor in the spring of 2012. I became Acting Dean in about 2014. I returned to being an instructor for a couple of years, but I returned to Acting Dean.**

6.    How long have you been with the Agency?

**Response:**

**Since spring of 2012. I was a contractor for one or two semesters when I provided parttime teaching, adjunct work.**

7.    Please identify your role and responsibilities associated with the Indian Leader newspaper.

**Response:**

**I supervise the faculty Advisor, Rhonda LeValdo.**

8.    Did you replace Rhonda LeValdo as Advisor for the Indian Leader?

**Response:**

**There was a short time in the summer 2020, when there was a Directive for faculty to focus on their teaching. This was our first fully online semester following the emergency transition we made in the Spring. There was a lot of**

USA000561

DOI-21-HCI-011-BIA
Declaration – Joshua Falleaf
Page 3

training and preparation. **Dr. Rains issued a Directive that all faculty, and their advisor roles to any student clubs – as well as other duties, needed to be nullified for the time being to prepare for classes. I believe the directive was temporary for a month or two. This was my reading of it. I replaced Ms. LeValdo during this time.**

9.  Are you aware of a Directive dated October 16, 2020, that Dr. Graham sent to Mr. Nally?

    **Response:**

    **I am.**

10. Did you have any involvement or input into the decision to send the Directive to Mr. Nally? If so, describe your involvement or input in detail.

    **Response:**

    **I did not.**

11. Do you know why Dr. Graham sent the Directive to Mr. Nally? If so, explain in detail why.

    **Response:**

    **I believe the President felt Mr. Nally was overstepping or presenting Haskell in an unfairly bad light and wanted to correct that, but that's only my perception from the outside. That was my reading of the directive. There was concern about Mr. Nally's ongoing harassment of Vice President Tonia Salvini in some of her public roles within the community. He tried to clarify that the Indian Leader is not entitled to certain information, but it can be provided to any who use and represent it accurately. I think it was to make Nally understand he was a student, and he had to uphold certain code of conduct and journalistic ethics. That was my interpretation. However, I don't think it was expressed particularly well.**

12. Did replacing Ms. LeValdo as Advisor to the Indian Leader have anything to do with the Directive Dr. Graham sent Mr. Nally or the incidents that occurred that resulted in the Directive being issued?

    **Response:**

    **No. The replacing of Advisers was campus-wide. I don't have readily available the initial communiqué, but the follow-up clarification with Mr. Nally and Ms. LeValdo – included – dates from July 31, 2020. President Graham's**

Page 3 | 5

Declaration D Initial_____
Page 3 of 6

USA000562

memo/directive to Mr. Nally dates Oct. 16, 2020, which was written and issued on his own timeline, in conjunction with whoever he was seeking guidance from at the time. The July 31st (really earlier) directive was made to streamline faculty focus on the delivery of their online classes. The President made his October 16th, 2020 directive without my knowledge or input. So I can't speak to his motivation or purpose. The intersection of these matters are not matters to which I am aware.

13.   Have you attended training regarding anti-harassment?  If so, state the date(s).

**Response:**

**Yes. The typical BIE or DOI Talent training that we do annually.**

14.   Are you aware of the school having an anti-harassment policy?

**Response:**

**Yes.**

15.   Is the policy posted anywhere on the school property?  If so, state where it is posted.

**Response:**

**I believe it is on the website.**

16.   Are you aware of anyone else who may have information relevant to the issues we have discussed?  If so, identify them by first/last name and position, and describe in detail what relevant information you believe they have.

**Response:**

**Dr. Graham, Dr. Rains, Ms. Salvini, Mr. Nally.**

17.   Do you any additional information or documents that might be relevant to the issues referenced in this matter or that may be helpful in this investigation?  If so, please provide the information and/or copies of the documents with an explanation of each.

**Response:**

**The Directive regarding faculty temporarily not having Advisor roles with school student organizations/clubs.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  This declaration, including this page, consists of__**5**__ pages.

Page 4|5

Declaration D
Page 4 of 6   Initial

USA000563

**DOI-21-HCI-011-BIA**
**Declaration – Joshua Falleaf**
**Page 5**

_____

Declarant's Signature

_____

Position

_____

Date

Page 5|5

Initial_____

# Joshua Falleaf

**From:**      Jim Rains
**Sent:**      Friday, July 31, 2020 4:16 PM
**To:**        Rhonda Levaldo; Jared Nally
**Cc:**        Joshua Falleaf; Mona Franklin
**Subject:**   Teaching, summer work, and the Indian leader

Rhonda and Jared,
By directive, all Haskell faculty have been asked to focus exclusively on preparation for teaching online this fall, program reviews, Blackboard training, and other University business; no faculty is excluded from this directive. Teaching is the University's core mission. In a related matter, per the The Settlement Agreement between the University and *The Indian Leader* (United States District Court For the District of Kansas. Entered September 11, 1989), the University holds the exclusive right to appoint a Faculty Adviser to "assist students in the publication of the Indian Leader" (p. 5). The Settlement Agreement and the Plan of Operation contain no language granting students the right to select the Faculty Adviser. As in the recent past, Haskell's current administration is indifferent to how *The Indian Leader* chooses its own student leadership and it remains generally disinterested in its editorial content -- and it has at no point demonstrated any attempt to "censor, edit or modify the contents of the Indian Leader" (p. 1). I hope this email clarifies any ambiguity on your summer duties, Rhonda, with respect to this matter. If you have any questions regarding these two points, either I or Josh Falleaf, your current supervisor, would be more than happy to respond.

**Jim Rains, Ph.D.**

Acting Vice President of Academics
Haskell Indian Nations University
155 Indian Avenue
Lawrence, KS 66046



Phone: (785) 749-8494

USA000565

## DECLARATION OF CARLENE MORRIS

**Title:   Financial Aid Officer**
**Location:    Haskell Indian Nations University, Lawrence, Kansas**
**Date of Interview: January 15, 2021**
**Case Number: DOI-21-HCI-011-BIA**

I, **Carlene Morris**, hereby make this Declaration.

I understand that I am making this statement under penalty of perjury; that it is the equivalent of a sworn statement made under oath; and that it may be filed in proceedings in accordance with or before the Merit Systems Protection Board (MSPB) or the Equal Employment Opportunity Commission (EEOC), in the grievance process or before an Arbitrator, in court, or in any other similar proceeding. This statement is voluntary, and no promises of any kind have been made to me and I have not been subjected to any threatening or coercive behavior for the purpose of obtaining this declaration. I understand that this declaration is part of an official management investigation and that this investigation is not part of the Equal Employment Opportunity (EEO) process.

1.     This interview and the subject matter discussed, including the identity of the individuals mentioned are confidential in nature.  You should not discuss any information divulged during this interview with any other person.  Do you understand?

    **Response:**

    **Yes.**

2.     For the record, please state your full name.

    **Response:**

    **Carlene Morris**

    Please state your:

    Address:

    **155 Indian Ave.**
    **Lawrence, KS  66046**

Declaration E
Page 1 of 4

Initials

USA000566

Telephone Number:

**785-830-2702**

Email Address:

**Carlene.Morris@bie.edu**

3.  Please identify your position with Haskell Indian Nations University.

    **Response:**

    **Financial Aid Officer**

4.  How long have you held this position?

    **Response:**

    **I was hired as a contractor in 2013. I was hired full-time February 2015.**

5.  How long have you been with the Agency?

    **Response:**

    **February 2015.**

6.  Please identify your role and responsibilities associated with the Indian Leader newspaper.

    **Response:**

    **None.**

7.  Describe your professional relationship with Jared Nally pertaining to his role as Editor-in-Chief of the Indian Leader newspaper.

    **Response:**

    **None. I process his financial aid, but that's about it.**

8.  Describe in detail the purpose of the Indian Leader newspaper.

    **Response:**

Initial

USA000567

DOI-21-HCI-011-BIA
Declaration – Carlene Morris
Page 3

**Just like any other newspaper. To share and disseminate info to our students. It goes to the alumni and community as well.**

9.   Are you aware of a Directive dated October 16, 2020, that Dr. Graham sent to Mr. Nally?

**Response:**

**I did hear about.**

10.   Did you have any involvement or input into the decision to send the Directive to Mr. Nally? If so, describe your involvement or input in detail.

**Response:**

**No. I don't really tell the President what to do. Dr. Graham talked to me about an incident that happened. Someone (I don't know who) told him about an issue I had, and I guess it all started with me when Jared chose to record our phone call. He called me to ask about his financial aid. I answered him to the best of my ability, but I did not know he recorded the phone discussion until one of my co-workers contacted me and said he recorded the call and posted it on Facebook. Once my co-worker informed me and said it was on Facebook, I looked, but couldn't find it. The co-worker then gave me the link and I saw it. I was a little upset that Jared did not inform me prior that he was recording it. I had worked with the Indian Leader before, and students have asked me if they could record our conversations, and I usually told them yes. Jared didn't ask me, and I was a little bit upset. I emailed him after I found out and asked him why. I didn't say anything inappropriate during the discussion he recorded, but for me, it was an issue of trust. I asked him if he would ask me the next time, and I would probably say yes. I wanted to understand why he didn't ask me if he could record it and post in on Facebook. He responded and said he didn't really have to because of the law. I was brought up that just because you can, doesn't mean you should. I don't know Jared very well except that he's with the Indian Leader. He was a very nice young man, but right now, my issue would be trust.**

11.   Have you attended training regarding anti-harassment? If so, state the date(s).

**Response:**

**Yes. Not too long ago.**

12.   Are you aware of the school having an anti-harassment policy?

**Response:**

**Yes. I think it is in our Policy Stats. We do training through BIE and DOI Talent.**

Page 3 | 5

Declaration E
Page 3 of 4

Initial ____

USA000568

DOI-21-HCI-011-BIA
Declaration – Carlene Morris
Page 4

13.   Is the policy posted anywhere on the school property?  If so, state where it is posted.

**Response:**

**I assume it is on the intranet.**

14.   Are you aware of anyone else who may have information relevant to the issues we have discussed?  If so, identify them by first/last name and position, and describe in detail what relevant information you believe they have.

**Response:**

**No.  I had a young man who emailed me and asked if I would make a comment about the situation that was going on.  I did not respond to him.  I'm not going to add more fuel to the fire.  I believe people should be treated fairly, but just because you can doesn't mean you should.  As Native people we are taught to respect our elders, and he could have asked.  I told Jared this.  I wanted him to learn something positive out of this situation.  I'm good with Jared right now.  Because of the situation, I may ask if they are recording in the future.  I may be leery.  I'm old fashioned and it's the way I was brought up.  I think trust is important, especially in journalism.**

15.   Do you any additional information or documents that might be relevant to the issues referenced in this matter or that may be helpful in this investigation?  If so, please provide the information and/or copies of the documents with an explanation of each.

**Response:**

**Email with Jared.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  This declaration, including this page, consists of _5_ pages.

_(signature)_
Declarant's Signature

_Financial Aid Officer_
Position

_1 – 21 – 2021_
Date

## DECLARATION OF RHONDA LEVALDO

Title:   Faculty, Media Communication, Humanities Department
Location:   Haskell Indian Nations University, Lawrence, Kansas
Date of Interview: January 18, 2021
Case Number: DOI-21-HCI-011-BIA

I, Rhonda LeValdo , hereby make this Declaration.

I understand that I am making this statement under penalty of perjury; that it is the equivalent of a sworn statement made under oath; and that it may be filed in proceedings in accordance with or before the Merit Systems Protection Board (MSPB) or the Equal Employment Opportunity Commission (EEOC), in the grievance process or before an Arbitrator, in court, or in any other similar proceeding. This statement is voluntary, and no promises of any kind have been made to me and I have not been subjected to any threatening or coercive behavior for the purpose of obtaining this declaration. I understand that this declaration is part of an official management investigation and that this investigation is not part of the Equal Employment Opportunity (EEO) process.

1.   This interview and the subject matter discussed, including the identity of the individuals mentioned are confidential in nature.   You should not discuss any information divulged during this interview with any other person.  Do you understand?

Response:

Yes.

2.   For the record, please state your full name.

Response:

Rhonda LeValdo

3.   Please state your:

Address:

155 Indian Ave.
Lawrence, KS  66046

Page __1__ of __8__

Initials

USA000570

DOI-21-HCI-011-BIA
Declaration – Rhonda LeValdo
Page 2

Telephone Number:

785-749-8442

Email Address:

Rhonda.Levaldo@bie.edu

4.    Please identify your position with Haskell Indian Nations University.

Response:

**Faculty, Media Communication, Humanities Department**

5.    How long have you held this position?

Response:

**I started as adjunct in 2008. I believe I became permanent in 2011.**

6.    How long have you been with the Agency?

Response:

**I have been working there since probably 2001.**

7.    Please identify your role and responsibilities associated with the Indian Leader newspaper.

Response:

**I am Advisor to the students.**

8.    Were you replaced in your role?

Response:

At the beginning of the summer Joshua Falleaf told me that because we were working on projects that would require my time, I would not have time to advise the newspaper, and that he would be taking the Advisor role temporarily through the summer until fall. We were switching to online school, and they had put us in a training course. More of my time would be focused on training. Apparently, that would require more of my time than usual. I asked for clarification because I didn't understand. I had done summer projects before that did not take that much time from me. My work on the newspaper it is basically like I don't do anything unless they need clarification

Page 2 | 5

Initial

USA000571

DOI-21-HCI-011-BIA
Declaration – Rhonda LeValdo
Page 3

about a story, editing help, or something about writing. For the most part, I'm just there. I sign any requests to be paid and that's just about it.

I asked Jim Rains about this. I asked for clarification on the situation because Mr. Falleaf had a discussion with Mr. Nally prior to this happening, and it wasn't very good. I felt like because of their relationship I would not have chosen him to be the Advisor. I thought there was some situation going on and I advised with Jim. He said there was a Directive. I said I hadn't seen it, and they sent me some emails that Mr. Falleaf was to be the temporary Advisor until the fall. I was kind of confused. At that time, I let the newspaper know what was going on, and they decided to try and change their plan of operation because they knew they did not have good discussions with Mr. Falleaf. Also, our prior lawsuit said no administration would have oversight over the newspaper. Mr. Falleaf is a Dean and part of administration. From my understanding Mr. Nally reached out to Mr. Falleaf to invite him to their weekly meeting, but Mr. Falleaf never attended. When he didn't attend, Jared decided they would have a meeting for a plan of operation and not have Mr. Falleaf voted in as their Advisor. Mr. Falleaf never responded. He was never really their Advisor. An Advisor must sign to get the students paid for being on the newspaper. The banker was not cutting the checks for them. The only time any checks were paid was to pay an outstanding debt. The students didn't get paid until last week. Jeri Sledd, the banker for the student bank, finally acknowledged that I was still the Advisor. She had not been acknowledging any requests from Jared since June 2020. I guess I am currently the Advisor, but no one has said anything about it.

9. Are you aware of a Directive dated October 16, 2020, that Dr. Graham sent to Mr. Nally?

   **Response:**

   Yes.

10. Did you have any involvement or input into the decision to send the Directive to Mr. Nally? If so, describe your involvement or input in detail.

   **Response:**

   **Nothing. I didn't know about it until Jared got it and called me. He was really upset. I can only imagine being a student and having an administrator tell you that. I felt terrible for him and told him to take a breather, go for a walk, and calm down. I think he was afraid he was going to get kicked out of school.**

11. Do you know why Dr. Graham sent the Directive to Mr. Nally? If so, explain in detail why.

   **Response:**

Page 3|5

Initial

I know Dr. Graham was not happy about some stories that were posted. One which gained national news attention was about a student who was kicked off campus during the Covid pandemic. There was no hearing or anything like that, he was just kicked off based on hearsay. It was picked up by a national organization that helps students, FIRE. The story went national and was picked up by more media sites. It made Haskell look bad. You shouldn't kick a student off campus based on hearsay. It was a bad situation.

12. Have you attended training regarding anti-harassment? If so, state the date(s).

Response:

I think we've done online training.

13. Are you aware of the school having an anti-harassment policy?

Response:

Not really.

14. Is the policy posted anywhere on the school property? If so, state where it is posted.

Response:

I know they talk about it. Because of the situation in spring and other things going on with myself, Mr. Rains, and Mr. Falleaf, I began the process of writing a complaint, but I stopped because I didn't want them to retaliate against me. This was right before the pandemic and I didn't want to rock the boat, so I stopped the process. After the pandemic, we sent all the students home, and these other things started happening.

15. Are you aware of anyone else who may have information relevant to the issues we have discussed? If so, identify them by first/last name and position, and describe in detail what relevant information you believe they have.

Response:

Mr. Falleaf and Mr. Rains.

16. Do you any additional information or documents that might be relevant to the issues referenced in this matter or that may be helpful in this investigation? If so, please provide the information and/or copies of the documents with an explanation of each.

Response:

Page 4 | 5

Initial _____

USA000573

DOI-21-HCI-011-BIA
Declaration – Rhonda LeVaido
Page 5

The email regarding the Directive. I am sending 4 e-mails. The 1. AIHEC story, I think this was the beginning of the bad relationship between the administration and the Indian Leader. In short, AIHEC (American Indian Higher Education Consortium) is a spring conference that students compete against other tribal colleges in academic, cultural and athletic events. I have traveled with the students for four years. In 2020, there was some confusion over who was allowed to go on the trip and at the time the students brought up the issue to then interim Vice President Rains. Jared Nally wrote a story about it, and it was not well received. 2. Distribution of Indian Leader PDF email- Because of the pandemic, we were not printing the paper and were wanting the school to send the students via e-mail, which the had done previously and Mr. Prue, administrative assistant is one of the few people who could send out a mass e-mail. If you look at the very start of the thread of e-mails, Jared had asked numerous times to send out and no response until Dr. Rains stated they could no longer do this, therefore stopping the Indian Leader from reaching all students. 3. Initial Directive sent out by Dr. Rains about faculty no longer sponsoring clubs 4. I had asked some questions about the Directive and this was the response from Mr. Falleaf.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  This declaration, including this page, consists of __5__ pages.

_____
Declarant's Signature

_____
Position

_____
Date

USA000574

# EXHIBIT 2

USA000575

# THE INDIAN LEADER
## HASKELL INDIAN NATIONS UNIVERSITY

Volume 123 - Issue 1      The oldest Native American student newspaper      February 11, 2020



An arborist trims a large tree branch.



A heap of tree trimmings piled in front of Tecumseh Hall.
Photos by Zachary Arquette

## Uprooted: Decaying Trees Plan to be Repurposed

Zachary Arquette

As you were on your way to class in the first week of February, you may have noticed numerous aerial lift trucks and tree chippers hard at work. The commotion was hard to miss. The Kansas Tree Care (KTC) company was commissioned to remove and trim various trees on Haskell Indian Nations University (HINU) campus. It begs the question as to the reasoning behind such a decision; at first glance, it may not seem like they even needed to be removed. For various reasons, there were 7 trees in total that were taken down. The professional arborists at KTC have provided substantial insight into the root of the problem.

Kenny Flanders, a Haskell alumnus, was one of the workers from KTC. He was able to clarify why trimming and cutting down certain campus trees was necessary. The biggest issue was the impact of the emerald ash borer on white ash trees. Originating in Asia, this beetle found its way to Michigan in 2002 through shipments and eventually made its way to 33 states and several territories in Canada — killing millions of white ash on the way. Unfortunately, there are no viable means to bring back a tree already infected with this beetle. Flanders spoke about the condition of the trees behind Pocahontas Hall saying, "...the top branches were visibly decaying". From a visible inspection of the pile of wood, there is evidence of extensive rotting. The emerald ash borer has no natural predators on Turtle Island. It became obvious that these white ash trees were going to meet their demise sooner or later.

Besides being cut down, many trees were also trimmed. Flanders also spoke about the importance of tree trimming in late winter. "This is usually to slow or stop the spreading of any diseases the trees may have been infected with and even to help the tree maximize their resources". Essentially, the water and nutrients that would have gone to the decaying branches can now be used much more efficiently throughout the whole tree. KTC plans to come back in a month to trim more.

The other trees that were taken down were considered hazards to either pedestrians or buildings. For instance, the tree in front of Sequoyah Hall was severely damaged from a fungus. Professor Tyler Kimbrell, who was a crucial decision-maker for this project, called the tree a "hotel for squirrels", speaking about the extent of the damage. Since this is an area where students and faculty frequently walk, there was no question on the fate of this tree. A few healthy trees by Coffin Complex were also taken down but for a different reasons; their proximity imposed a risk to the integrity of the building because of how close they were allowed to grow to it.

Now that these trees are taken down, they are considered resources for the HINU campus to utilize. In fact, Kimbrell expressed how this was part of the plan: for the wood to be repurposed to enrich the culture here on campus.
*(Continued on page 3.)*

USA000576

Page 2

## HINU SP20 Convocation
Jared Nally



**Leroy "Buster" Silva**
Photo by Connor MacDonald

Be engaged. Convocation speaker and Haskell Indian Nations University Alumni, Mr. Leroy "Buster" Silva, brought students and faculty to their feet delivering a message to engage with your friends and neighbors here at Haskell.

Silva started his Haskell journey through the encouragement of his family and community to go and play basketball. That journey was made possible through the connections he made along the way. Silva arrived in at the airport in Kansas City not knowing how he was going to get to Haskell, but a stranger noticed him and saw him already as part of the Haskell community and offered to give him a ride. That was a start to a shift in his attitude that Haskell was more than an outlet for him to pursue sports, but it was a connection that led him to be the person he is today and impactful in the work he does.

His message is encouraging to students, that through the activities he had students and staff engage in throughout his talk, they were building a community, fostering connections and that those will help you succeed. This is the magic of Haskell: the Haskell community.

## Haskell Visited by Chaney
Jared Nally

A Night with Chris Chaney — Haskell's event welcoming Chris Chaney, Senior Counsel for Law Enforcement and Information Sharing, part of the U.S. Department of Justice's Office of Tribal Justice brought students and community in to discuss national crime information, including the Tribal Access Program (TAP). The event promised knowledge, door prizes and pizza.

Chaney, an enrolled member of the Seneca-Cayuga Nation, said I consider it an honor to be here, and I want to thank Haskell Indian Nations University for asking me to come out. I want to encourage students to pursue law. I also want them to understand that law affects everyday lives and a career in law can help both communities and people.

Junior Laravie, a Haskell student, was part of the group honoring Chaney with a song. Laravie said "I respect where he's at and what he's trying to do and the task force he's trying to establish. That's good. We need people like that in there that are validating our voice and giving strength to our people." Laravie also said he thinks that "ultimately the solutions are going to have to come from us... where we come from and then here at Haskell."

## New Beginnings
Jamie Colvin

Orientation for Haskell Indian Nations University's new, transfer, and returning students was a successful turn out. Workshops ranging from advice panels, class scheduling and a lot more were taking place over the five days before the official start of classes. Students were settling in, taking care of logistics and finalizing personal affairs, but there were also opportunities for engagement with other students. Familiarizing themselves with their peers allows new students to feel comfortable. Group activities were created for this specific reason. Game night, dodge ball, icebreakers, and a trip to Main Event were just some of the many ways students had the chance to really understand that they have now entered the Haskell family. Thanks to our Haskell's faculty, staff and student ambassadors, Haskell welcomed 105 students that started their journey here for their spring 2020 semester. To our new, transfer, and returning students, have a wonderful and successful semester filled with excitement, accomplishments and growth; onward Haskell and make sure to go to class!

## Main Problems
Jared Nally

Haskell Indian Nations University's plumbing requires the water main for the entire campus to be turned off when working on a single building's plumbing. This weekend, attempts to fix plumbing in Navarre Hall required a projected two hour window for repairs. The reality was that campus water was shut off until 12 pm., 3 hours past the 7 am - 9 am window.

Curtis Hall, the student cafeteria, could only provide a partial menu that morning, without water they couldn't make gravy or wash dishes. This impacted their cooks and bakers. Students were given disposable plates, cups, and cutlery to cut down on backed up dishes as well as an assortment of bottled beverages since the beverage dispensers weren't working.

What worried students the most was their inability to shower, and after the first few visits, not having access to a clean toilet. Students were actively checking water taps to see if the water had been restored. It was a literal relief for some when they were.

USA000577

# AIHEC Uproar

Jared Nally

Students in the American Indian Higher Education Consortium Club were upset with Haskell's Administration. This club's focus is "to prepare Haskell students to participate and or compete in American Indian Higher Education Consortium's Annual Student Conference". The club's order of operations includes eligibility and requirements for attending AIHEC. Years prior, AIHEC Club sponsors selected active club members to take to AIHEC conferences; the club perceived that this year Haskell's administration was removing the club's ability to self elect participants and was making student selections outside of the club regardless of active club participation.

AIHEC Club members were disappointed. Many members who have been active participants and involved in previous semesters and leadership of the club were concerned they would be excluded from the list of approved students.

The AIHEC Club reached out to Jim Rains, PhD., expressing their concerns in a letter.

The main points in the letter were that the club disagreed with excluding students based on academic probation that didn't factor in their cumulative grade point average, that active AIHEC members were not prioritized, and that AIHEC Club's coaches were limited in the decision making. The AIHEC Club also felt that the unspoken attitude spurring these changes stemmed from an expectation for Haskell to bring back trophies.

A preliminary list of approved student participants was sent out to prospective conference attendants that echoed the concerns of the club; it excluded many active members and included students who were not part of the campus organization.

Concerns from students necessitated further meetings with administration. The results of the talks created explicit outlines for student selection. Students would be required to have a 2.0 cumulative GPA as well as good social standing; considerations would be made for active AIHEC Club members and students at sophomore status or above.

When pressed with questions, the administration defaulted and answered that all

misunderstandings were taken care of at the meeting which allowed for previously excluded AIHEC Club members to be considered for the final student selection.

Daniel Wildcat, PhD., acting President, said "...we are attempting to make sure we have the broadest student and university participation possible in as many competitions as possible. I have full confidence that the process and determination of student participation will be fair. We should expect nothing less. We do appreciate the AIHEC student club participation and are thankful for their enthusiasm".

What was not answered were questions regarding the legitimacy of the Student Government Association approving the sanctioning packet that included AIHEC's policies alluding to their authority to organize and oversee Haskell student participation at the AIHEC Student Conferences. This raises the question of whether the student government has the authority to delegate to a student organization the authority to oversee student interests when funding is provided by the administration who is wanting the most bang for its buck.

---

# Uprooted *(Continued from cover.)*

Zachary Arquette

One of the obvious ways to use the wood is for fires. The fire pit in front of the Auditorium can directly benefit. Some other ways the campus can use the firewood is for sweat lodges and even Native American Church services. It was made clear that with collaborative planning and predetermined intention, the wood can have boundless uses.

For instance, some of the thicker logs are being dried out so they can be turned into drums. Drums Kimbrell hopes can be in use at HINU for years to come. He also anticipates other projects that could require some logs to be turned into lumber. One proposed project is raised garden beds for medicinal

and vegetable plants, a project currently in the planning phase.

All that remains is the question on the replacement of the fallen trees or if they should be replaced at all. Kimbrell expressed the desire for there to be a geographic representation of the many tribal students that attend HINU. This would entail reaching out to tribal communities to potentially have trees from various geographic areas. Yet, there are also many native Kansas trees that can be propagated. These trees would have the best chance of thriving in the clayey soil type of eastern Kansas. After all, much of the reason trees start to decay is because the trees were stressed in some way. Whatever the decision, it is of utter importance we be mindful of the implications.

Overall, it is sad to see our elders leaving,

yet their legacy will not just be embers in the wind. It is our responsibility to make sure that is not the case. The re-purposing of the ones who have looked down upon us will, without a doubt, enrich our HINU experience. The framework for the re-purposing of decaying trees can be implemented in the future when others eventually meet their demise. Yet it is even more important to care for the ones that are still standing because many times the damage can be mitigated or even avoided altogether. The next time you come across a campus tree (or any, for that matter), remember to embody graciousness in their predetermined presence.

I solemnly acknowledge Tyler Kimbrell's leadership and planning in ensuring these trees were taken care of in a respectful way.

USA000578

Page 4

# Red Racism
Jared Nally, myaamia

Red racism is more than just a football game — it's systemic and the attitudes of professional sports teams and fans are an indicator of disproportionate racial issues Native Americans face outside of the stadium.

According to the National Congress of American Indians' website, the NCAI has been fighting against the use of "Indian" mascots since it launched its campaign efforts in 1968. Fifty-two years later, tensions are still high between Native American communities and Kansas City's football franchise who just won the Super Bowl — fans were dressed in insulting costumes, including redface, and participating in demeaning behavior. Celebrating a win they've been waiting 50 years for, while we're still waiting for ours…

The NCAI has seen the bigger picture surrounding mascots, something few fans are willing to see now. The publication Touchdown Wire credits fans saying: "...[they] have no issue with [the] controversial 'Arrowhead chop'." These fans fail to grasp that this single action is just part of a larger problem with Native Americans being negatively stereotyped, being dehumanized, and having culturally significant items and customs appropriated. This affects Native American communities in very measurable ways.

Erik Stegman and Victoria Phillips reported for the Center for American Progress that stereotypes created by these mascots create hostile environments for Native American children and these mascots negatively affect their self-esteem and mental health. Their article "Missing the Point" credits suicide as "...the second leading cause of death for [Native American] youth ages 15 to 24 — a rate that is 2.5 times higher than the national average." This is the highest rate among all ethnic groups according to the NCAI.

These mascots are also affecting non-native students. Stegman and Phillips say that mascots create cultural bias from these derogatory and stereotyped images representing Native Americans; this affects views of Native Americans both past and present and affects students' education surrounding Native People. This warping of historical contexts grows up from a playground prejudice to prejudice being fought in the courts, in the workplace, in the stadiums, and in the streets. Natives are the last race to still receive this type of overt racism in sports and it shows in racial statistics.

While racial disparities show up across the board, the most significant statistics are those relating to public safety. Public safety problems are largely caused by non-natives, a direct result of prejudice coming out of the stereotypes and dehumanization of Native people.

Native Americans have a higher rate of death among police shootings than any other race according to CNN.

Counties, consisting of a majority of Native land and subject to federal jurisdiction for homicide, are reported by the Department of Justice to have rates for homicides of Native American women up to 10 times higher than the national average.

The DOJ's 2008 report says Native American women are "significantly more likely to experience rape in their lifetime" at rates higher than both White and African American women.

According to a 2016 report from Urban Indian Health Institute, only 0.02% of reported cases of Missing and Murdered Indigenous Women and Girls were logged into the DOJ system.

All acts of red racism are significant.

# 2020 Career Fair
Jared Nally



One of the representatives at the Haskell Career Fair
Photo by Jared Nally

Over 30 businesses and organizations made an appearance at the 2020 Haskell Career Fair. The event included raffles, a resume contest, and a best-dressed contest. The booth setups contained a wide variety of occupations and organizations that gained student interest.

One booth had a message that both graduates and undergraduates could appreciate. Kathryn Holler, Ph.D.; Director of Community Engagement and Diversity Outreach for Harvard University, wanted to tell students, "You shouldn't let your financial situation dictate your dreams." The lesson is that there is funding to provide education to Native students.

Havard's endowment income goes directly to student financial aid which can provide a full-ride scholarship, including housing, for Native students accepted to Harvard for their undergraduate in the School of Engineering and Applied Sciences. Harvard offers extensive other financial aid options for Native Students, this also includes a graduate program that pays Native students in Science and Engineering. That's "pays students", not just having tuition paid for! Harvard has also come out with a law school scholarship and many of the other discipline schools offer their own forms of financial assistance.

The career fair offered many options for students to start their next steps or begin dreaming of the future — a future that doesn't need to be limited to what they can pay for today because there are options out there for them!

# Fightin' Indians
Jared Nally

ESPAÑOLA, NM, December 15 — Tensions were high last semester at the Northern New Mexico College and Haskell Indian Nations University men's basketball game. Throughout the course of the game, players from both sides racked up over five technical fouls. Ryan Cordova, Northern New Mexico's athletic director, said that by the second half, a loose ball was enough to set the players into a full-fledged fight according to an article in the Santa Fe New Mexican.

Ted Breidenthal, commissioner for the Association of Independent Institutions, qualified this event as the worst he'd seen in his 13 years working for this conference. He did, however, commend some of Haskell's athletes and coaches for their behavior in trying to stop the fight. Haskell players 22, 32, and 40; Aspen LaPointe, Albert Dean, and Robert Beaulieu were recognized for being on the court during the fight and not participating.

The game ended with 8 minutes and 15 seconds left. The clock stopped as players left the bench to join their teammates. The scuffle necessitated police escorts for Haskell's safety to leave campus however, no police report was filed says the Santa Fe New Mexican. A video of the fallout was reviewed by the A.I.I. which set strict penalties for the teams.

I was disappointed with how the Northern New Mexico team, both coaches and students, handled the situation said Breidenthal. A total of 11 players from the Northern New Mexico Eagles were suspended. Three of the players were suspended for the remainder of the season, three more suspended for five games, and five suspended for leaving the bench during the fight which required a one-game suspension.

While reviewing the tape, Breidenthal noted that one North New Mexico player tried to throw a punch at Matthew Downing Jr.,

Haskell's head coach and another of their players knocked Macaulay Brown, the assistant coach, to the ground. Both coaches were trying to stop the fight.

Haskell's own "Fightin' Indians" got their share of penalties too, thirteen in total. Number 11, Gino Torres was suspended for the remainder of the season; numbers 2 and 3, Robert Wesley and Tristan Keah-Tigh were suspended for 5 games; no. 5, Edward Chambers, was suspended for two games; no. 10, Bryon Elledge, was ejected from the game for two technical fouls and suspended for one game; and players 1, 4, 12, 14, 15, 20, 21, and 23, Elias Her Many Horses, Antwon Winn, Justin Curley, Kobey O'Rourke, Rueben LaSarge, Jordan Goodwill, and Xavier Littlehead, left the bench during the fight and were suspended for one game. Player no. 14 for Haskell was also reported as leaving the bench but did not show up on the roster.

A joint statement was released by the head coaches from both Haskell and Northern New Mexico with a subsequent statement by the Presidents of the Universities. These statements do not condone the actions of their players and address policy changes and procedures to ensure proper behavior in similar situations. When asked more about these policies Haskell's Athletic Director Gary Tanner said that Coach Downing was doing a great job with the players, meeting all the requirements of both the A.I.I. conference and Haskell. He was also noted as utilizing this experience as more than just punishment but a tool for training.

Initially the A.I.I. required Haskell to forfeit their next two games. That was later rescinded, but by that time arrangements with the other teams could not be undone. After forfeiting two games, Haskell's first game back was going to be a home court rematch against Northern New Mexico College — a show of sportsmanship.

Both teams were no less than professional when they came head to head again on Janu-

ary 3. Tanner described the atmosphere of that game as really good on both sides, but neither team wanted to lose. The game was close with Haskell edging out the Eagles in a 61-60 victory. In not winning, the Eagles showed great poise said Tanner.

# "Inter-nation-al"
Jared Nally

How many institutions can boast over 150 nations attending their university? Acting President Dan Wildcat, PhD. frames Haskell Indian Nations University as an "inter-nation-al" institution made up of the diverse tribal nations of Haskell's students.

Haskell is looking to add to student diversity through an exchange partnership with Te Whare Wānanga o Awanuiārangi, The Maori Indigenous University. This partnership would include a graduate program for Haskell students. Te Whare Wānanga o Awanuiārangi already has partnership programs with other schools and is looking to add Haskell to that framework.

University professor and Chief Executive Officer Wiremu Doherty from Te Whare Wānanga o Awanuiārangi visited the campus and met with Haskell's President, Vice-President, Academic Deans, and the Haskell Foundation Director.

The day ended with a presentation in Tommaney Hall. Doherty outlined the political and social issues the Maori have had to overcome to have Te Whare Wānanga o Awanuiārangi as their university and for it to serve the needs of their community. Doherty also highlighted the similar narratives both Native Americans and the Maori face as Indigenous People.

This opens up many opportunities for students, especially those studying Indigenous and American Indian Studies who can explore a broader sense of what it means to be Indigenous.

Page 6

## Emotional Support Animal Spotlight
Joe Singh

"Brown Sugar"
Brown Sugar was adopted out of Layton, OK in November 2017. She currently resides at Roe Cloud Hall and serves as an emotional support animal to her owner. Brown Sugar helps her owner control anxiety and depression. Brown Sugar is very sweet as her name states, but is also very protective. She likes to play hide and seek and go outside, but her favorite thing is to cuddle with her mom. She is a very private chihuahua and does not get along with other animals very well. Her favorite food is chicken, especially from Chick-Fil-A.
When interviewing Brown Sugar, I noticed she was wearing a pink sweatshirt that read "mommy's little princess" and I thought that was funny as it described her personality. As she sat nestled next to her owner, I could not help but feel that I was in the presence of royalty. If you happen across Brown Sugar on campus, be sure to approach her slowly and gently as she is a precious and valuable service animal. She likes Haskell and we like her. If you see any service animals on campus, please be respectful as these special creatures serve more purposes than we know.



## Student Retention and Attraction
Joe Singh

To keep students at Haskell until they complete their two year or four-year degrees, I would recommend uniting student life and offering a wider variety of bachelor degrees. In order to attract students here until their graduations I would suggest having a Master's Degree program, Changing the name of the school, and admitting Polynesian and Maori people. These are some far out ideas, but out-of-the-box thinking is good.

Student life is lonely. Many people have segregated into groups and small cliques, some of which participate in damaging activity. As such, there is not a uniting thread amongst students. I would suggest an increased amount of school sponsored events like concerts, proms, and parties.

Subsequently, offering more bachelor's degrees would be progressive. We have Environmental Science, AIS, Business, and Elementary Education. I would prescribe more programs that cater to the sovereignty of Indian Country like health care and medicine, biological science, and technology.
We could be leaders in health care if we exercised our sovereignty and capital; stem cell research and application, regenerative medicine, and DNA manipulation could be some degrees. Offering Masters Degrees would be key in the longevity of a student's education. Additionally, it would also create stronger and more prominent leaders.

The name of the school is dated. We should drop the "Indian" and replace it with Indigenous. I think it would improve moral and help bring our true identities back. Then we could allow students like Polynesians, Canadians, and transfer students from Indigenous communities here.

We are The People and should be all inclusive. If Haskell wants to change,then I believe some of these suggestions will be helpful.

## What's the Difference?
Delila Begay

Darla Harrison, College Residential Assistant, was attacked by an emotional support dog at OK hall, but generally, ESAs at Haskell Indian Nationa University are not a problem and are welcomed if you need them. They are, however, a responsibility for those who have them.

ESA stands for Emotional Support Animal; people who have mental health issues use ESAs to comfort them and help them feel better. Whether it's from social anxiety, panic attack or separation anxiety, the ESAs are there to help the person calm down. In order to get an ESA you must have a condition that requires one. Then you'd need to get a letter from your doctor or therapist for Dr. Perry Graves. He is the one that will see if all the paperwork is correct. Dee Hernandez has a cat as her Emotional Support Animal. She has stated that her cat, Sasha "...helps to calm me down and helps to talk about serious topics".

ESAs are not commonly talked about like service animals are. ESAs and service animals are very different; service animals are DOGS that are specially trained to perform tasks that benefit a person with disabilities. Although ESAs and Service Animals may seem similar they receive different treatment from businesses and people. Service animals are allowed in buildings and businesses while ESAs are not always allowed in. This is because service animals are specially trained for their owners. Since Service animals are working when with their owners you are NOT allowed to pet them; they will see you as a threat and act to protect their owners. An ESAs owner will tell you if you are okay to pet their animal. Remember ESAs are not service animals, they are for comfort and care for the person that owns them.

USA000581

## The Unsung Heroes of Curtis Hall

Joseph Singh

Being hungry sucks. I am grateful for the Curtis Hall staff and the food they prepare. In my life I have gone without; I have stolen food and eaten out of the trash. Life can be hard and the world can get cruel. I am all the more appreciative of having a hot, healthy, and delicious meal at Curtis Hall. For someone that does not have a home, at least I can enjoy, what I feel, is the best home cooking in Lawrence.

One of the best aspects of Haskell Indian Nations University is the Curtis Hall cuisine and their stellar staff. The workers in Curtis Hall do not get enough credit. These people have been working, cooking, and serving for many years. They have the recipes down to a science. They arrive on campus around 5 am, when most of us are still asleep, and they

get to work. Sometimes the weather does not permit classes to be held, and these essential staff members brave the elements so we may be nourished.

A great many thanks is owed to Margaret Wermy, Colin Medicinehorse, Cheryl Gillespie, Richard Allen, Henry Pohocsucut, Jason, Pat Thompson, Nia Schnexider, Debbie Griffin, Roberta Kay and Barbara Stumblingbear for always making us feel at home. I know they have brightened many a dark day for me personally. Many are people behind the scenes that we never see. Nonetheless, they do their part for us; cooking, lifting, opening, and cleaning are not the most luxurious of tasks, but they do them, and they do them for us. I think sometimes as students we forget these saints of scrumptiousness. Our lives are so focused on working, studying, and succeeding that we forget that some of the loudest voices cheering us on are the same ones that fill our bellies.

I have never been disappointed with a Curtis Hall breakfast, and I have these special individuals to thank for that. The food at Curtis is diverse, abundant, and made with love. The pizza always hits the spot along with side dishes like mozzarella sticks, jalapeño poppers, and mashed potatoes. I could not ask for more. There is so much on the Curtis menu that is delectable and delicious. The desserts are to die for. I give special praise to the magic bars, "better than sex" cake, and dirt pudding. There is some evidence for the freshman fifteen myth and it has to do with the excellent spread that Curtis Hall produces.

Just writing this article has made me very hungry and you know what? I am heading to Curtis right now. I am trying to lose weight, but they make it difficult to only stick to the salad bar. Thank you Curtis Hall staff! Keep up the great work! It is noticed.

## Athlete Recognition

Jared Nally

Over the break, Haskell Indian Nations University student athlete Nakia Hendricks was recognized as the Association of Independent Institutions' player of the week for the week of January 6. Hendricks' previous weeks score and rebound high was against Northern New Mexico college with 16 points and 22 rebounds along with the win. Haskell also played Wilberforce University that week bringing Hendricks' average for the week to 15.5 points and 14.5 rebounds.

Haskell Athletics also recognized Antwon Winn and Justine Butterfield both as a Hakell Athlete of the Week. Winn is credited with leading the Fightin' Indians in points the previous week and contributing to Haskell's win against Crowley's Ridge College. Butterfield was recognized for her contributions on the field as well as her soon to be status of the first triple sport athlete Haskell's had since



WHEN YOU WANT FRYBREAD, BUT YOU'RE BAD AT COOKING.

Comic by Jared Nally

Page 8

# Haskell Horoscopes
JOE SINGH

**Aquarius**
(Jan 20 - Feb 18)
Happy New Year Aquarius! You have done well. Though large tasks are at hand, you have what it takes to do it. You have leveled up. Be smart, intelligent, and compassionate with your new gifts. Do not forget with great power comes great responsibility. Congratulations!

**Pisces**
(Feb 19 - Mar 20)
You have done well as well Pisces. You have filled your emotional canteen and are ready for big moves. Be diligent and patient. Your future is unfolding before your very eyes.

**Aries**
(Mar 21 – Apr 19)
This is your month for love Aries. Look for the one who sees the true you. Do you know who that is? Make sure you are ready because worthy companionship is on its way.

**Taurus**
(Apr 20 - May 20)
Get a head start Taurus. Focus on the ability to do things as soon as they are given to you. Do not wait. The universe urges you to stay on top of things, and you will be pleasantly surprised by the relief you feel.

**Gemini**
(May 21 – June 20)
Hey Gems you are looking good! Keep on top of your health. Working out and being physically active will help you through the last winter months. Get good at racquetball.

**Cancer**
(June 21 – July 22)
I am so happy for you Cancer! The universe has blessed you with abundance, we hope you notice it and are grateful. Everyone watching is so proud of you. Keep it up.

**Leo**
(July 23 – Aug 22)
Some people in your life might not be at your level. Do not be afraid to politely move on from toxic relationships or any relationships that are not in line with what you want. Do you know what you want?

**Virgo**
(Aug 23 – Sept 22)
Careful with your emotions Virgo, they cannot be replaced once hurt, only grown back. Be on the lookout for energy vampires and see people by the works they do. Refuse to be deceived. It is alright to learn from your past. Do not repeat mistakes.

**Libra**
(Sept 23 – Oct 22)
Take time for yourself Libra. Binge watch shows you have been wanting to see, read that book you have been yearning to read, or write that song that has only been in your head. Be good to yourself, you have earned it.

**Scorpio**
(Oct 23 – Nov 21)
Time to get back to work Scorpio. Time to earn your next adventure. You can do it. Be gracious and kind to others as you charge ahead.

**Sagittarius**
(Nov 22 – Dec 21)
You will obtain advanced knowledge this month Sagittarius. You feel ready for the tests to come. Trust your feelings and be excited! Your growth is at hand. You are ready.

**Capricorn**
(Dec 22 – Jan 19)
Alright Capricorn, time to put your money where your mouth is, that is to say, match your works with your big talk. Take every advantage for aid. Aquarius and Pisces are especially helpful this month. Do not get frustrated, remember that everyone is on your side. Have a sense of humor this month.

# Steps Towards Sustainability
Luisa Garcia

Americans make up 5% of the world's population and consume 26% of the world's energy according to Point Park University's "Fun Facts about Sustainability". Just 5% of the world goes through 26% of the total energy! Ouch, that's hard to read isn't it? As reported from the U.S. Census Bureau's website, in the United States alone, the college and university population was 19.9 million as of fall 2018. As college students, our daily choices will accumulate to make a momentous mark on the planet. Here at Haskell, there is the Sustainability Program to help the university and its students. This program was founded in September of 2014 and is funded by the Equity grant from the National Institute of Food and Agriculture. Joe Brewer, Bill Welton, and Megan Fisher were all advocates for its start-up.

Since its beginning, the Sustainability Program has built a greenhouse and research vegetable garden as well as began a recycling program. The program has also been collecting recyclables at events like the art market or powwows. In addition, student interns have been hired to manage all the work and services. The long-term vision of the program is to grow in understanding of what sustainability and environmental resilience means on Haskell's campus and to meet those needs.



USA000583

# EXHIBIT 3

USA000584

# THE INDIAN LEADER

## HASKELL INDIAN NATIONS UNIVERSITY

Volume 123 - Issue 3      The oldest Native American student newspaper      April 13, 2020



VPUS Tonia Salvini addressing students. *Photo by Zachary Arquette*

## HINU Pandemic Response Summary

Jared Nally

March 12 — Haskell Indian Nations University students received their first of many directives from the university regarding their COVID-19 pandemic response. This email set into motion many questions and further university policies to act on the changing climate of the pandemic.

The email extended spring break an additional week providing the University time to create the infrastructure to continue courses through distance learning. This email originally intended to have student safety re-evaluated after several weeks, potentially resuming on-campus classes — this was later replaced with the message that distance learning would continue the remainder of the semester, that the summer semester would be online, and that fall semester

may potentially be held on campus.

Further information was given through the Vice President of Student Services who addressed students who were on campus for spring break directly. In her addresses, Salvini presented a message of student safety as a priority. Salvini wanted students to know that actions were informed through a continued partnership with the Douglas County Emergency Response Team. This information provided a safety-window for student travel that later public statements identified as of March 17, where until then, students could return to campus to get their belongings. This safety-window was coupled with a strong message that students who were home during spring break should remain at home, and that students should work with the university to create exit plans. These exit plans were created to make sure students had a safe environment to return to and to collect student's financial and personal needs for HINU to assist in the student's return. It is the

Indian Leader's current impression that HINU has been the only university to offer financial assistance in securing plane tickets, bus fares, lodging, and gas cards, among other travel aid for students. Salvini said, "The University is assisting financially with all the arrangements on all transpiration."

During this time, Danielle McKinney, who was coordinating transportation arrangements, had collected roughly 30 requests for aid at that time — 9 flights and 21 ground transportation. That number quickly rose after the 3 o'clock mandatory student meeting later that day. Additional funds were given by the Haskell Foundation and Student Government voted to donate their remaining $20,000 in student funds to help. HINU has not made itself available to comment on how student money was used, and how many students received travel aid. Students were able to request travel aid up-until Monday, March 16th.

Student "housekeeping" questions

were addressed. Students' belongings left on campus would be packed and recorded. Any illegal items would be turned over to authorities, and there would be no student write-ups with the exception of possession of weapons. Packed belongings would only be shipped to students graduating this semester and not returning in the fall.

Students were also instructed to update addresses and file electronic fund transfer requests with the student bank to assist with financial aid and student work payments. Students were also directed to update forwarding addresses with the post office and direct any additional questions to HINU's new information line phone number, 785-830-2770, and email, infoline@haskell.edu

*(Continued on page 2.)*

# CAMPUS NEWS

## Jude Thin Elk
Jamie Colvin

The news of our very own hits tremendously for Haskell Indian Nations University's community, but directions towards healing and rejoicing need to be lionized. On March 16th, 2020 the HINU campus experienced and received word of what no one wishes to hear, our beloved relative and Haskell student Jude Thin Elk suddenly passed away on campus.

The catastrophe created an uproar and sadness sweeping through the HINU community with this devastating news. We can remember and never forget this time of sorrow but may bask in the wonderful memories of getting to know this young man.

As we know him, Jude was here at HINU to pursue his education. When being accepted into this university you are not only becoming a student, you are becoming part of the Haskell family. This cohort of a family will always have a place for every HINU student on their journey. Jude's determination towards self-growth and gaining knowledge as a student is not now and never will be overlooked. The Haskell family is proud to say he was here to better himself while proceeding on his educational path.

Jude also made friendships along the way. Many saw him as a person always smiling and laughing. Current student Trey Jimboy says Jude was someone he could always talk to and about anything. They met when Jimboy's roommate brought Jude over, uniting them together.

Jimboy goes on to explain his memories and best moments with Jude; one memory of Jimboy, his roommate and Jude just having good time together, enjoying each other's company while walking towards Curtis Hall. These memories that were shared with this beautiful soul will not be forgotten. Jimboy says "I just hope that other people got to see Jude for who he was before passing," and he wishes for everyone to remember, "that he was just a kind, relaxed person who always seemed to be laughing or smiling and not letting things get to him."

May Jude forever be rejoiced.

## When Home Isn't "Home"
Jared Nally

Haskell Indian Nations University recently came under fire after releasing a statement documenting an on-campus student's self-reported positive test result for COVID-19. The public wanted to know why these students weren't "home" when weeks earlier HINU provided both financial and personal support to get students back to their families. This also comes during Kansas' mandated stay-at-home orders. So what does "home" mean for these students, and why aren't they with their families?

First, to contextualize HINU's message, during the travel safety window students were required to create travel safety plans. Tonia Salvini, Vice President of University Services, told students that if going home wasn't an option that they should write that on their travel plans. HINU administration did not make themselves available to comment on how many students remained on campus, but the Indian Leader estimates that number to be less than 10% of enrolled students.

HINU's pandemic policies humanized its students in creating a process that was meaningful to the safety of each student, and for some, it wasn't being sent away. One student, 69 years old and in the vulnerable category for COVID-19 said, "Haskell is a good place to be right now." HINU is also home for others during this time for various reasons.

Though each of these students has their own personal reasons for remaining on campus, the public should understand that many break the mold of teenage college students who have families to return to. For some students, being evicted would mean being homeless, the Haskell community is the only family for some. And in others, their families may be toxic, containing abusive relationships and dangerous situations involving drugs and other safety risks. Student safety considerations don't just surround COVID-19.

For others, there were health concerns, either being immune-compromised or having a family member who is and travel exacerbating the potential of infection or return to hotspots. Health safety is also a concern for those coming from non-reservation communities. Without access to Indian Health Services, they would not have access to healthcare for existing health conditions or assistance in the event of a COVID-19 infection.

The COVID-19 pandemic is exposing all types of privilege. While students remaining on campus have great gratitude to HINU and it's faculty for allowing them to stay when many universities evicted all of their students, community members should realize there is a privilege in having a safe alternative to return to other than HINU.

*(Continued from cover page.)*

However, students were not evicted from the campus as many institutions had done. HINU noted that there would be a population of students on campus who had to make an informed decision on their safety and situation. Exit plans were a strategy to prioritize student safety, reduce the on-campus population, and reduce the risk of spreading COVID-19.

Additional isolation policies were put into place for students remaining on campus. Campus facilities adapted to the challenge of self-isolation. Students were moved to single occupancy rooms in two dorms, Winona and Blalock, and a one-in-one-out rule went into effect for picking up to-go meals from Curtis. Students were also required to sign an updated housing contract and sign medical releases in the event students are tested for COVID-19.

Throughout these policies, HINU has been criticized for its ability to communicate. Instructor Freda Gipp addressed her concerns to the administration, "We have students out in Indian Country hearing from their friends when they should be hearing from you all". Faculty was blindsided by questions from students and parents after students on campus shared information from a dorm hall meeting over social media. This information was not shared with the faculty and did not go out through public statements. Off-campus students shared their own frustrations. One student commented on social media that the campus should "communicate with all students rather than relying on word of mouth."

Acting university President Jim Rains, Ph.D. explained that the Bureau of Indian Education needed to approve of any documents before they are made public and said, "You can expect the information not to come out as quickly as you would like." Public documents HINU released are available following this article on www.theindianleader.com.

USA000586

Vol. 123—Iss. 3



THE INDIAN LEADER **3**

## 2020 Census
Jared Nally

Many students have been displaced as a result of universities closing their campuses in efforts to slow the spread of COVID-19. This is all taking place right as the US Census Bureau is completing the 2020 census. It is important for students to know how they will be counted and what impact being counted has on their community.

The US Census Bureau wants Americans to know that though many lives have been impacted by the COVID-19 pandemic, it is important that everyone complete the census and understand their residence criteria. College students living off-campus should complete the census for their off-campus living arrangements. These students may fill out the census online at https://2020census.gov.

Students who live in student housing and living on campus on Census Day are counted with college/university student housing. However, due to the effects of COVID-19 shutting down campuses, the US Census Bureau has issued a statement that college students will still be counted as living on campus even if they were home on April 1st.

Parents of students filling out their own census should not include their children if they were living on a college campus. On-campus students do not need to complete a census; HINU will complete the census on the student's behalf as part of the Group Quarters Enumeration operation with the US Census Bureau.

It's important for census data to be reported accurately because census information affects community federal funding. It's vital that students are counted in the communities they are going to school in because they provide funding for roads, public transit, and health clinics according to the US Census Bureau. It is im-

portant then to make sure that HINU has updated contact information for students, so students may be contacted in case additional information is required to complete the census.

While HINU has not indicated their methodology for completing the census for students. There are two likely methods according to the US Census Bureau—a student housing representative will "complete one form listing all students, compiled using data from administrative records. The representative has the option to complete a version of this form online using a secure portal, or to have a census taker pick up a paper version " or the representative may "give each student a questionnaire and collect them after they are completed. Then, the census taker will return to pick them up from the representative." HINU and off-campus students have until August 14th to complete the census.

## The Haskell Glow-Up Coalition
Marklin Morales

The Experience of attending Haskell Indian Nations University (HINU) is comparable to no other. There are many factors that go into this experience. The unique academic, and social atmosphere make up a good portion, but there is also a great deal to be said about the surroundings.

The HINU campus, established in 1884, is rich in culture containing architecture designated as U.S. Historic National Landmarks. The experience one gains from being amongst these 12 nationally recognized buildings as well as the approximately 640 acres of land they occupy — including the HINU wetlands recognized as a National Natural Landmark — play just as important a role than any other in the overall experience.

This overall HINU experience, however, can be downgraded when the campus starts to show signs of wear


Glow-Up Coalition poses for picture. *Photo by Marklin Morales*

and tear. Aging and maintenance are, of course, a factor for any campus and is managed wonderfully by HINU facilities. Unfortunately, there is only so much facilities can do amid their various duties to this magnificently active campus.

That is where the Haskell Glow-Up Coalition steps in. This organization, initiated by HINU instructor Tyler Kimbrell, aims to keep the overall HINU experience up to par by involving, who better than, HINU students and staff who utilize the campus day to day. The brilliance of this concept is the ability to respond to the observations of students and staff who might see the need for campus improvements that facilities might not due to their busy schedules.

The starting agenda for the Glow-Up Coalition has been based on staff and student run cleanup activities. One such recent cleanup activity has been in response to the naturally occurring fallen branches from the many robust trees throughout campus that signify HINU's extensive history. It was important that this clean up be done while the winter weather was still active so that the new foliage could properly grow. Other activity goals in response to HINU's prolific history have been to touch up, or glow up, the campus by maintaining building appearances, adding a community tree swing, and helping repaint structures in need.

Still in its infancy, the Haskell Glow-Up Coalition is a HINU community-based organization taking initiative to create and fulfill goals for the enrichment of campus life. The ideas being generated can only enhance our time together at HINU because this coalition is in essence by the students for the students. The possibilities are limitless when our knowledge is shared to build a better experience for the next generation to enjoy which is an integral part of Native tradition.

USA000587

**4** THE INDIAN LEADER

# INDIAN COUNTRY

April 13, 2020

## Decolonzing Our Reaction to COVID-19
Kayla Bointy

This is a letter to my Haskell People and my people across Indian Country . Those who know the tight knit community Haskell Indian Nations University is made of, who have called 155 Indian Avenue home, we truly are a family. Some refer to Haskell as "The Rez" with affection, for others it is a safe haven.

Many of you feel we are in a current state of survival. Perhaps we are, perhaps we have always been. But perhaps this is a return to the Indigenous Community as it was intended to be, those pre-contact social structures that worked so well for Indigenous Peoples.

For example, in Plain's Culture a tribe survived and flourished by all members taking care of one another; from taking care of the children to tending to the elderly, making sure everyone was fed, and working together, the responsibility was shared by the collective. Each person or group had their task, yet it all went towards the benefit of the people. Each person had a purpose and value to the whole.

Applying that ideology into our situation now, the housing staff are doing more than their part in ensuring the safety of the students: those who are staying, those who are returning, and those who are moving. The elderly staff members are being protected. The HINU Administration is working to try and protect everyone.

Decolonizing our reaction to COVID-19 means we are choosing how to react to the present situation. HINU's Administration recognized and took the danger seriously, then acted. As staff and students do the same, rather than spreading panic and fear, let's educate ourselves and instill positivity.

Look out for one another: if you see someone without then share. The recent panic buying of supplies exemplifies the selfishness of the modern population. We do not behave in such a way traditionally; reciprocity, generosity and humility are statutes of Native societies. Act with the community in mind. Try not exposing yourself to potential danger thus endangering others.

Remaining respectful: despite heightened tensions, there is no reason to treat each other less than you would normally. In times such as this we should treat each other with more compassion. We are still human beings, do not allow fear to control your behavior.

Stay connected: despite social distancing, we can still build and strengthen our community. The live singing and dancing videos being shared on social media are making us all feel connected to one another which boosts morale. Check in on one another. Talk — if someone is scared try to reassure them.

Let's take this time to exercise and learn from our cultures, like taking time to craft. Teach or learn to bead or sew, celebrating our traditional ecological knowledge (TEK).

Make use of traditional medicines like, cedar teas & elder berries as well as the different uses for bear root, or liquorice root. Perhaps just drinking Navajo tea or ceyaka brings you comfort. Learning the how to, yet also knowing the cultural significance as well as how these affect your health are all important.

Despite Social Distancing we are still standing strong together. At a personal level, keeping yourself centered is important; if smudging is your go to, do that. Whatever it is to keep your peace and remain calm. Doing so will help keep others calm. Remember, we are the descendants of ancestors who survived generations of genocide and disease. We are strong. We are Haskell Strong.

## Lifting Spirits through Virtual Powwows
Jamie Colvin

Even though we may be miles apart, we are closer than ever. With the touch of our fingertips, people from around the world have access to interact and lately have been doing so even more. With the newest pandemic, COVID-19, stay-at-home orders and social distancing have been recommended from our cities, states, and countries to take action.

However, this has not stopped Indigenous peoples from Turtle Island from wondering of the 21st century, technology and social media, we have been doing that and more.

Indian country is filled with the love of tradition, customs, art, song, and dance. These things and much more are being showcased on the world wide web through the new Facebook group the Social Distance Powwow. This group was established on March 17, 2020 and is currently overflowing with more than 140,000 members and counting. Vogue says "...this healing act is more important than ever..." this group is celebrating and spreading positivity. The people are not falling into a path of sadness or worry but the opposite, being strong and resilient through these distant times.

This group is intended as an online powwow for dancers to share their footwork, artists to show their skills, singers to bust out their best leads and most of all healing for the people. The interactive Social Distance Powwow has accomplished much



**Social Distance Powwow** ›

in less than a month — dancing and singing specials being sponsored to t-shirts being made in commemoration of this joyous unity.

Navajo Times mentioned "its growth has been exponential, in a good way!" and the group mentions that this is a space for all to showcase themselves and their talents gifted to each other. May this be an inspiration to keep our heads high and stay Indigenous strong for this distance physically keeping us apart from each other; it will never keep our spirits apart.

USA000588

Vol. 123—Iss. 3        THE INDIAN LEADER **5**

## Erdrich Visits Haskell

Hayley Wells

March 11 — There was a reason for Haskell Indian Nations University students to stay in Lawrence over spring break. Lawrence welcomed acclaimed Ojibwe author Louise Erdrich.

Erdrich graced HINU's Auditorium stage with a reading of her latest novel, The Night Watchman, which is based on her grandfather and his fight against Native dispossession. This incredible event was made possible through the collaboration of HINU, the Raven Bookstore, and Lawrence Public Library.

Erdrich has published over two dozen books, many of which are bestsellers and award winners. In 2015, Erdrich was awarded the Lifetime

Achievement Award for the Writing of Fiction by the Library of Congress to honor her work. In addition to writing, she promotes learning and tradition at her bookstore, Birchbark Books, in Minnesota.

Erdrich's work is particularly impactful for HINU students, as she often writes based on personal experiences. As an author of poetry, short stories, and novels, she has brought life and attention to Native American literature throughout her career. From poetry, children's stories, or complex novels, there is something for every reader in Erdrich's canon.

Elementary education majors may be interested in her Birchbark House books in particular. This series of children's chapter books focus on an Ojibwe family and their experiences during the chaos of the 1800s. Fans of dystopian fiction should try Future


Louise Erdrich reading to an audience of 450. *Photo by Tyson Logg*

Home of the Living God, the story of an Ojibwe woman amid the chaos of a destroyed Earth. Readers of Erdrich's adult work should be aware; she does

not shy away from difficult topics; Her 2012 National Book Award winner, The Round House, centers around the sexual assault of an Ojibwe woman.

## Shining Elk Productions Presents its Virtual talking Circle to Haskell Students Amid Isolation

Mark Morales

During these times amid the COVID-19 pandemic, the only certain thing we've had is uncertainty. Uncertainty of this virus and the endless influx of changing news reveals how much we rely on stability. From this uncertainty grows a need for something to remain constant and this need has been answered over the airwaves in the form of broadcasts through telecommunication platforms like Zoom or Skype.

Up until this pandemic, these platforms were mainly used for business meetings or webinars but during this

time of isolation and quarantine, these platforms are being used as the main delivery method of entertainment and virtual community gatherings.

One such virtual gathering occurs at Haskell every Thursday evening from 9 to 11pm in the form of a talking circle that is providing much-needed consistency to our campus and its surrounding community. The Shining Elk Productions Virtual Talking Circle is the brainchild of Haskell Alumni Patricia Pena. Patricia says, "I came up with this idea to collaborate with artists mostly from the entertainment industry".

The Virtual Talking Circle is a mixture of Native American artists stemming from coastal based entertainment industries made possible by Pena's connections made during her years as a press credential holder at the Sundance Film Festival. Pena, along with DeLanna Studi (niece of actor Wes Studi) and Michelle Shining Elk bring together native enter-

tainers such as Kalini Queypo, Princess Lucaj, and Sheri Foster Blake (who's extensive film credentials must be looked up due to the brevity of this article) for weekly conversations that are known to reach well beyond film industry discussions.

Pena notes that "When people have good intentions, others can feel and see it and that makes everything come together. Each week I ask an interesting person via Facebook Messenger and they are always up for the idea of people helping people".

Past guests have included Valente Rodriguez of the George Lopez show; Tiffany Smith, Anoa'I Executive Vice President of Global Inclusion at CBS; and many other contributors in Native film and entertainment. Another contributor is Theda Newbreast of the Blackfeet nation who leads the syndication in prayer before every discussion.

The final product is a collabora-

tion made available to Haskell students via staff Tonia Salvini and Lori Hasselman as well as students Joseph Sing and myself. However, this collaboration is not limited to people interested in the entertainment industry. As Pena puts it, "Thursday is a collaboration of Native people who make themselves available because we all care about our tribal communities". For Native people, community has been a constant throughout history, leaving the doors open to all like-minded supporters of community-based projects. Bringing our community together through projects such as the Shining Elk Productions Virtual Talking Circle shows that during these times of uncertainty, some things will remain certain and one of them is the Native ability to consistently create ways to keep each other strong through communication.

**6** THE INDIAN LEADER

# LIFESTYLE

April 13, 2020

## Indigenizing Face Masks
Jamie Colvin

When there is a will, there is a way. Multiple orders from across the U.S. have instructed individuals to wear face masks in conjunction with taking precautions to prevent the spread of COVID-19. In some cases, these orders will be followed through with penalties when not in compliance.

The city of Los Angeles has done just that with consideration of protecting its people. The Los Angeles Times mentions multiple scenarios when a fine or penalty would be engaged. For example, if a business will not provide or reimburse their employees for purchasing their own personal protective equipment, it would result in a fine or further, not complying with the order could result in a misdemeanor.

The city of Laredo is just a little over 150 miles south from San An-tonio, Texas and sits on the Mexi-co border. Time says, "The penalty for violating the order is a Class C misdemeanor, punishable by a fine up to $1,000." This fine is for residents of Laredo who do not wear a face mask when going out into public or public buildings including transportation and pumping gas.

This brings an opportunity to use their creativity and include their style. Many have been gathering materials to follow these orders around the U.S. even if they are non-medical masks. Haskell student Kayla Bointy mentioned how she would utilize her Kookum scarves for going out in public. Indigenous people are having to find their balance in this modern world — let alone during this time — we strive to keep these traditions and customs alive.

Indigenous artists' creativity may come from within and demonstrates



Face masks made by Kayla Bointy. *Photo by Kayla Bointy.*

a sense of identity as indigenous people, maintaining our cultural identity of who we are as indigenous people, especially through the current pandemic. Haskell student Jared Nally expresses his views on indigenous artists' take on the face masks pieces that he has seen. Nally says, "I feel like seeing beaded masks on social media for me shows that great events we experience together, like COVID-19 pandemic, does not mean Indigenous erasure. These are symbols for me of Native Identity being present, resilient,

and crafting our own experiences."

Bointy comments on how there was a need to sew her own masks became of the necessity and gave her own preferred flair to her masks. She says, "Other native people who are beading and using Pendleton to make masks I think is awesome! It just shows the beauty and resilience of our people. It shows we can always adapt and make something ours."

---

## April Horoscopes
Joe Singh

**Aquarius**
(Jan 20 - Feb 18)
Make a homemade meal and take a bath. Doing the small and simple things will keep you grounded and content.

**Pisces**
(Feb 19 - Mar 20)
Life is happening in waves. Balance and perseverance are key. Great tasks await with greater rewards to follow.

**Aries**
(Mar 21 – Apr 19)
It is alright to let relationships go that don't serve you. This your life. Choose peace and happiness.

**Taurus**
(Apr 20 - May 20)
It seems the work is never done, but one day it will be. Do not give up or let up. So many are cheering you from the sidelines.

**Gemini**
(May 21 – June 20)
Adventure awaits! Go big or go home. Make your dreams come true and test yourself. You can do it!

**Cancer**
(June 21 – July 22)
A relationship is blossoming. Use this experience to grow and learn more about yourself. You deserve it.

**Leo**
(July 23 – Aug 22)
Your intensity could be intimidating to some, don't let this stop you.

Blaze trails and lead the way, no matter what anyone says.

**Virgo**
(Aug 23 – Sept 22)
We all know you don't believe in horoscopes, but the universe smiles upon you. Open your heart and be less critical of others. You are some of our greatest leaders if you don't get in your own way.

**Libra**
(Sept 23 – Oct 22)
Life may seem difficult right now, and it is. Growth hurts, but it is necessary to become stronger. Don't be afraid to ask for help.

**Scorpio**
(Oct 23 – Nov 21)
Enjoy the comfort of your life. The tests and trials to the next level are

on their way. Have no fear and look forward to new challenges and opportunities to grow.

**Sagittarius**
(Nov 22 – Dec 21)
Someone close to you needs help. Give it, but do not enable someone to not change. Know the difference between true love and co-dependence.

**Capricorn**
(Dec 22 – Jan 19)
When people are rude and negative, remember that that is only a reflection of them and nothing to do with you. Don't let someone hurt you because they are insecure and unhappy. Protect yourself. The ones who are worthy of your love are near.

USA000590

# ARTS & ENTERTAINMENT

## Follow @hinuarts
Jamie Colvin

The love for art is reaching new heights. Haskell Indian Nations University has a variety of art courses that are offered throughout the Fall and Spring semesters. Students are able and encouraged to participate based on the general education requirements in the Humanities and Arts section of a two-year degree checklist. Various courses go beyond this requirement — ceramics, drawing, and painting.

The finished products from these art courses are displayed on HINU's campus, but a new platform has the potential to showcase these art pieces. HINU's Antonio Martinez and David Tittterington, both art instructors, have decided these students' talents needed to be shared with more people.

An Instagram page was recently created by Martinez called hinuarts that includes "all things art" for HINU and already has an astonishing 635 followers. This page displays student art pieces themselves, guest indigenous artists that visit campus and HINU alumni art as well. This allows the opportunity to be interactive with current HINU art projects, speakers and students as well as indigenous art throughout the country.

Having the scope focused in on the art can let Instagram views get an inside look at what indigenous art can fully encompass. Some interesting posts illuminate the artists in action working on their pieces. Allowing social media to embark on this realm of HINU's indigenous art can really demonstrate a better understanding of what indigenous art truly signifies and represents. Art Instructor Titterington says, "Our students are so amazing, and their visions and voices are inspirational and benefit everyone."

The most recent posts on the Instagram page have been the current Spring 2020 semester students' unfinished art pieces. Because the university decided to transition into online classes, students were not able to fully complete their artwork. There will be additional upcoming posts that will display students' artwork as they are sent into Titterington. Even though the separation keeps students away from the studio, the productivity of the art is being accomplished. The art and ceramics room are at a stand-still, but once the new Fall 2020 semester comes

around, they will be filled with our hard-working students and their professor once again.



@hinuarts Instagram

## Socks and Sandals
Joe Singh

A familiar place we have never been
Classmates that become family and friends
Squirrels that hop to and fro
To classes and Curtis, we go
Laughter in the night echoes across the grounds
In the witching hour there are only ghost sounds
Long braided hair and basketball
We are trained and educated to stand tall
Children of the Creator and great Mother
If only we don't mess up at Brothers
Hand games and singing everyday
I am sad I have to go away
Make the grades and prove your worth
Getting ready to inherit the Earth
It can be easy to feel like lesser
We seek guidance from our ancestors
Find peace in the wetlands
Dance with a cute Lakota girl in the band-stand
Night conversations and the unknown
Some of us do not have a home
The magic of Haskell brings us together
Making good memories that will last forever
This is just beginning
Prepare to take life by the handles
I will leave Haskell grinning
As I remember all the socks and sandals



Artroom with unfinished paintings. *Photo by Jared Nally*

USA000591

**8** THE INDIAN LEADER

# SPORTS

## Cancelation of Spring Sports
Jared Nally

March 16 — Due to precautions to avoid the spread of COVID-19, spring semester athletics were canceled by the National Association of Intercollegiate Athletics (NAIA). For Haskell Indian Nations University, this meant that its student-athletes would not finish their softball, outdoor track, or golf seasons. While the NAIA restricts student's eligibility to play a specific sport only 4 seasons, exceptions are being made for spring athletes. Other eligibility requirements will still be in effect. We look forward to seeing our athletes compete in future seasons.

## Fastpitch Dreams Spring Classic and Season Wrap-up
Jared Nally

Before the cancelation of spring sports, Haskell Indian Nations University's softball team traveled to North Myrtle Beach, South Carolina. Four conferences attended the event — the National Collegiate Athletic Association Division II, the National Collegiate Athletic Association Division III, the National Association of Intercollegiate Athletics, and the National Junior College Athletic Association — which pulled in 103 teams.

HINU paired up against 7 different teams at the Fastpitch Dreams Spring Classic averaging 2 points a game with opponents averaging a 10 point victory over them. Due to postponements earlier in the season and a cancelation due to the COVID-19, the Fightin' Indians' season only consisted of 17 games and they ended their season with a 3-14 win loss record. We hope these girls are safe during this time and look forward to a new season. Onward Haskell!

## Recognizing Records
Jared Nally

Not only were sports seasons cut short, but banquets recognizing Haskell Indian Nation University's athletes were also canceled due to the COVID-19 pandemic. Haskell Athletics has been using it's social media platforms to show support for their athletes as well as shining a light on some of their achievements.

Janee Bates, senior, was recognized for two Coffin Sports Complex records, most points in a single game (39) and most assists in a single game (13). Her teammate Justine Butterfield joins her on the record board with most blocks in a single game (9). Haskell Athletics gave a shout out to Butterfield as "currently the only freshman to hold a statistic on [their] record board."

Men's basketball also had record-holders among their athletes. Senior Nakia Hendricks holds three records, most rebounds in a single game (23), most blocks in a season (41), and most blocks in a career (112). Bryon Elledge also a senior holds records in most assists in a season (119), highest assist average in a season (4.1), most assists in a career (365), and highest assist average in a career (3.4). Tristan Keah Tigh, senior, holds the complex's record for the highest scoring average in a career (13.3).

HINU volleyball saw record holders this year. Sophia Honahni, junior, now holds the record for highest digs per season (707) and highest digs per career (1681). Haskell Athletics notes that Honahni achieved this record over previous 4-year athletes and is still eligible for another season. Teammate Cailey Lujan, a senior, holds the record for the highest aces per career (117).

HINU remains proud of it's athletes despite being unable to compete this season. We look forward to new seasons and new records. Onward Haskell!

## The Indian Leader Staff

**Editor**
Jared Nally

**Assistant Editor**
Connor MacDonald

**Secretary & Treasurer**
Jamie Colvin

**Distribution Manager**
Diamond Williams

**Staff Writers**
Makayla Sloan
Zachary Arquette
Joseph Singh
Kayla Bointy

**Staff Advisor**
Rhonda LeValdo

All articles recieved are subject to edit and refusal of publication. By submitting a article, you are giving us permission to publish and edit. You also acknowledge that you are the author and accept all responsibilities. Your full name, Haskell email, and contact information MUST accompany all sunmissions and are subject to verification.

Please contact us with any concerns, issues, or suggestions for The Indian Leader by eami or stop by our office on the main floor (gym level) of Tecumseh Hall.

indianleader10@gmail.com
The Indian Leader
155 Indian Ave. Box #4999
Lawrence, KS 66046



EARTH DOES NATIVE  TIK TOK CHALLENGE
DRAWN BY JARED NALLY

# EXHIBIT 4

USA000593

# Student Safety Jeopardized by
# Violation of Fifth Amendment

BY: JARED NALLY  ON: APRIL 15, 2020  IN: HASKELL INDIAN
NATIONS UNIVERSITY, NEWS STORIES  WITH: 3 COMMENTS



A Haskell Indian Nations University (HINU) student was vacated from the university dorms during the height of the COVID-19 pandemic over allegations of intimidation and harassment of a Haskell employee without due process to appeal the decision.

HINU athlete Russell Parker received a HINU Action Notice for an Emergency Level II suspension from Danelle McKinney, Student Rights Specialist, that required Parker to leave campus during stay-at-home orders from the state. The notice outlined that Parker wasn't currently allowed to appeal allegations against him but was allowed to appeal his "Permanent Loss of Housing." Parker says he is unaware of how an appeal for housing would work at this time since there are policies in place to keep students who have left campus from returning among HINU's COVID-19 response efforts, and he's currently required to be off campus until his hearing.

Parker's suspension is based on allegations of "harassment of Haskell employee" and "intimidation by student to Haskell employee." These allegations came as a shock for Parker, and contrasts the Report Synopsis Overview in the Incident Reportwhich states that "[the] student failed to comply with verbal directives from Facilities Staff." The referenced directives in the report had asked Parker to move his car and golf mat and move onto the current golfing range.

According to the incident report, Steven LaCour, Acting Facilities Foreman stated "… I noticed that he had a golf club in his hand and was getting very agitated." The surrounding text does not support that Parker, who was golfing, threatened LaCour, but  mentions Parker accusing him of being on a "power trip" and calling him an "a–hole" when he walked away, both protected rights under the First Amendment as well as the Code of Student Conduct. Parker feels LaCour embellished his report by describing Parker as "belligerent" and "agitated"; LaCour referred to himself as acting "kindly."

In addition to LaCour's statement being taken in the incident report by Ernest Wilson, Acting Supervisor: College Resident Assistant, LaCour's account was also recorded in the activity logof Lead Security Officer

USA000594

James Yarnall who LaCour asked to confront Parker. Yarnall wrote that after asking Parker to move his car and to golf on the range, the "student packed up his stuff and left" and "did not say much to me." He did note that Parker seemed "irritated".

Parker's own experience was not documented by either the security activity log nor the Incident Report used to determine Parker's suspension. Despite his best efforts to advocate for himself, Student Rights is not currently allowing him to appeal their allegations.

As a federally funded school, HINU is bound by constitutional rights including the right to due process which is also part of the Code of Student Conduct. The code of conduct says "every student, student organization, and campus organization is entitled to due process and appeal in *every* instance of disciplinary action for alleged violation of Haskell expectations."

This decision and lack of due process puts Parker's life in danger. Parker said "it's like walking around with a bomb strapped to my chest" referring to him trying to find temporary housing off campus in the midst of the pandemic. Parker also showed concerns for it's effects on his financial situation and how it will affect his scholarships. Parker had told Tonia Salvini, Vice President of University Services, through email that this would "leave [him] homeless at the height of a pandemic."

For Parker to be charged with Intimidation or Threat outlined in the Code of Student Conduct, LaCour would have to have had "a fear of bodily harm" or feel threatened by word or action " of a perceived threat to inflict bodily harm." In Parker's message to Salvini, he told her that these allegations simply aren't true and that "at no point did [he] approach Mr. LaCour or say anything that would imply a threat or violence." Allegations of intimidation automatically trigger an additional charge of harassment due to HINU defining intimidation as a form of harassment.

Parker has been receiving support from his peers who have witnessed Parker golfing over the past few weeks during isolation before the incident. Haskell student, Michael King said "Haskell protects their employees more than they protect their students". The climate of the current COVID-19 pandemic has complicated relationships between students and staff. King said "I feel staff is targeting students and pointing blame at them for [COVID-19]" and that the staff thinks "… their health is at a greater risk than students…". One of LaCour's coworkers commented on an Indian Leader Facebook post that he felt it was a "very bad choice to let students live here" and he feels like staff aren't equipped to protect themselves. One of LaCour's relatives also posted concerns that "essential staff have families too" referencing the fact that students who are staying on campus put them, the staff and their families, at risk (see article "When Home isn't 'Home' ").

Not only is Parker up against a mindset that students on campus threaten staff safety, but Parker's peer, Marklin Morales says "I don't doubt race had something to do with it." Parker told Indian Leader that as a bi-racial non-traditional student, he doesn't look like his peers and that has caused challenges for him including this incident.

A study from the American Psychological Association (APA) found that black men, in hypothetical situations, were perceived as more "capable of causing harm…" Parker said, "I don't like playing the race card", but he finds that his bi-racial status affects his life, even in Black and Native communities. This comes several weeks after multi-racial Black students discussed their discrimination on HINU's campus at the Black History Month Student Panel.

According to a HINU Resident Assistant, Parker is one of at least five students who have been vacated during HINU's isolation through allegations of breaking the Code of Student Conduct, and it is unknown if the others were given their due process, and if there was any consideration for their safety during this pandemic. Parker's hearing for Permanent Loss of Housing will be Friday April 17, Parker's birthday.

**Notes:**
*Vice President of Student Services Toni Salvini, Student Rights Specialist Danelle McKinney, and Acting President Jim Rains were given an opportunity to comment before publication with no response.*

*There is a reference to an attached police report with the Action Report. To Parkers knowledge, this is just the security log from Yarnall. Parker contacted the Lawrence Police Department who has no record of this incident.*

Following the publication of the article, student rights organization Foundation for Individual Rights in Education has gotten involved on behalf of Parker, and the following news outlets have picked up the story.

---

# EXHIBIT 6

USA000597

FOIA from: Jared Nally

Webforms, DOI <doi-webforms@ios.doi.gov>
Mon 4/27/2020 10:46 AM
**To:** FOIA, BIA <foia@bia.gov>

Submitted on Monday, April 27, 2020 - 10:47am
Submitted by anonymous user: 169.203.248.97
Submitted values are:
Your Name: Jared Nally
Mailing Address: [PII]
City: Lawrence
State or Country: Kansas
Zip or Postal Code: 66046
Address Type: Business
Daytime Phone Number: (360) 600-2000
Fax Number:
E-mail Address: [PII]
Confirm E-mail Address : [PII]
Your Organization: The Indian Leader
Are you filing the request on behalf of another party? No
If so, who are you filing the request on behalf of?
Contact Information Certification:
Bureau/Office: Bureau of Indian Affairs (BIA)
Relevant park, refuge, site or other location: Haskell Indian Nations University of the Bureau of Indian
Education
Request Description: I request access to and copies of Haskell Indian Nations University (HINU)
information that includes current staff and faculty directories with job titles, organizational chart, all
current acting positions, and a student directory that includes tribal affiliations. I would also like
additional information on how long HINU has been operating with an acting president, and if there are
documents on why a president has bot been selected yet."
Requester's Communication Preferences: Electronic communication via email
Document Disclosure Preferences: Electronic copies via email
Select the applicable reason why you are requesting expedited processing:
Justification for Expedited Processing:
Expedited Processing Certification:
Please select the appropriate statement: I agree to pay fees up to a particular amount (see my response
below).
I agree to pay fees up to this particular amount: I agree to pay reasonable fees for the processing of this
request up to $10. Please notify me before incurring any expenses in excess of that amount.
To assist in determining my requester category to assess fees, you should know that I am: a
representative of the news media and this request is made as part of a news gathering effort and not for
commercial use
Affiliated Organization: I am  the student editor for the Indian Leader, Haskell Indian Nations University's
student newspaper.
Please explain why your request for a waiver of fees or a reduction in fees is justified.:


The results of this submission may be viewed at:

USA000598

https://www.doi.gov/node/32906/submission/606032

USA000599

# EXHIBIT 7

USA000600



# United States Department of the Interior

BUREAU OF INDIAN EDUCATION
School Operations
1001 Indian School Road NW, Suite 150
Albuquerque, New Mexico 87104

Date:   May 1, 2020

To:   Julia Goodfox

From:   Janet Ingersoll
BIE FOIA Officer

Subject:   FOIA Case number BIA-2020-00695 (Jared Nally)

Attached is a copy of the above-referenced request, under the Freedom of Information Act (FOIA) asking for documents that appear to be in your possession or control.

Please review your files and send copies of the requested agency documents to our office for review, which may or may not include emails. Only the FOIA Officer can make the determination to withhold a document. Therefore, all documents that meet the request should be sent, even if you believe that some, all, or parts of them should not be released. In forwarding the documents, please identify documents that you believe should not be released and your reason for your claimed exemption.

If you believe that the request will be extremely burdensome and cost the requester a sizable sum, please inform me so that I can find out from the requester whether they want us to go forward notwithstanding the estimated cost to them or if they wish to narrow the request. In such situations you may supply me with an estimated time that it would take to search, locate, and copy the documents as well as the number of estimated documents. If there are other BIE components that you do or do not routinely deal with in the normal course of carrying out your functions that you believe might have relevant documents, notify me so that I may request the documents.

When this office receives FOIA requests, we are required under the FOIA to respond to the requestor within 20 working days. This request should be processed with all deliberate speed.

Thank you very much for your assistance and cooperation.

Attachment: copy of FOIA request

**P.S. If the information is generally available to the public through your office, please let us know, so we can close the FOIA Request and direct the requester to your public repository.**

## FOIA from: Jared Nally

Webforms, DOI <doi-webforms@ios.doi.gov>
Mon 4/27/2020 11:10 AM
**To:** FOIA, BIA <foia@bia.gov>

Submitted on Monday, April 27, 2020 - 11:12am
Submitted by anonymous user: 169.203.248.97
Submitted values are:
Your Name: Jared Nally
Mailing Address: 155 Indian Ave Box #4999
City: Lawrence
State or Country: Kansas
Zip or Postal Code: 66046
Address Type: Business
Daytime Phone Number: 3606002000
Fax Number:
E-mail Address: [           PII           ]
Confirm E-mail Address : [           PII           ]
Your Organization: The Indian Leader
Are you filing the request on behalf of another party? No
If so, who are you filing the request on behalf of?
Contact Information Certification:
Bureau/Office: Bureau of Indian Affairs (BIA)
Relevant park, refuge, site or other location: Haskell Indian Nations University of the Bureau of Indian Education
Request Description: I request access to and copies of emails from the Bureau of Indian Education (BIE) to Haskell Indian Nations University (HINU) regarding actions taken by HINU for COVID-19 response that were not prior approved by BIE. This should include any emails that reprimand HINU staff such as Tonia Salvini, Vice President of Student Services, for taking action without BIE approval. I would also request copies of any write ups for HINU staff regarding their COVID-19 pandemic response actions. Relevant dates would be March 11, 2020 to present.
Requester's Communication Preferences: Electronic communication via email
Document Disclosure Preferences: Electronic copies via email
Select the applicable reason why you are requesting expedited processing:
Justification for Expedited Processing:
Expedited Processing Certification:
Please select the appropriate statement: I agree to pay fees up to a particular amount (see my response below).
I agree to pay fees up to this particular amount: I agree to pay reasonable fees for the processing of this request up to $10. Please notify me before incurring any expenses in excess of that amount.
To assist in determining my requester category to assess fees, you should know that I am: a representative of the news media and this request is made as part of a news gathering effort and not for commercial use
Affiliated Organization: The Indian Leader
Please explain why your request for a waiver of fees or a reduction in fees is justified.:


The results of this submission may be viewed at:

USA000602

https://www.doi.gov/node/32906/submission/606037

USA000603

# EXHIBIT 8

USA000604

# It's Not Just $475

BY: JARED NALLY  ON: JULY 10,
2020  IN: COMMENTARIES, OPINION STORIES  WITH: 6
COMMENTS



As a student at Haskell Indian Nations University (HINU) I don't want my concerns swept under the rug because "it's just $475", and "where are you going to find a better deal for your education?" This kind of thinking shouldn't be used to invalidate student concerns.

Students at HINU have been very vocal about the change in fall semester fees which were updated by the university on June 25, but made public by an Indian Leader Facebook post. The Student Government Association (SGA) promptly advocated for students by sending a letter to the HINU administration. However, following student concerns, some are insisting that students should be grateful for the low cost of attendance.

Haskell Alumnus Stace Loca commented and shared an Indian Leader Facebook post, "Quit complaining or go somewhere else, find a better deal! Move on..." and addressed the current students who are self advocating, "These current Haskell students are such cry babies, they don't appreciate ANYTHING!!"

The narrative appears to be that "us students" are just complaining about $475, which is far from the truth. We are complaining that the school is adding to new COVID-19 related financial burdens and that our school doesn't communicate or work with the students.

HINU reports 80% of students live on-campus during a normal year, and the HINU Net Price Calculator shows a yearly cost of attendance of $8,550 for those living on-campus. The decision to close down residence halls has forced an estimated 580 students to either live at home if that's an option or get an apartment. The Net Price Calculator estimates an increase of $1,150 in cost of attendance to those now living at home, and an increase of $8,622 for those who've had to find their own housing.

That is 80% of students who have seen or will see an increase to their cost of attendance at HINU just from shutting down the dorms. This doesn't even factor into account COVID-19 related expenses. The SGA wrote a letter to the Haskell Administration stating, "Since the COVID-19 pandemic reached the United States, Indian Country has been hit the hardest. Combined with mass unemployment, every dollar counts, now more than ever."

USA000605

With dramatic increases in yearly costs of attendance, some estimated at as much as 101%, many students were looking forward to the small concession of getting to pay off-campus fees of $240. But in the recent university update, online fees have increased would-be fees by 198%, totaling $715.

Sudden student financial burdens can't be alleviated by student loans either. When I called the Office of Financial Aid inquiring about student loans for myself, I was told by "No, we don't participate in student loans at Haskell… The school fees are so low, there is no rationale for that."

It's not just the financial aspects that have students concerned; the lack of messaging to students has students feeling uneasy. Fall semester fees were silently updated on the university website on June 25 and they did not issue a statement to students regarding these changes. Some students have recently reached out to the Indian Leader noticing that they've been charged $360 for summer school fees, despite the website listing off-campus tuition at $120 during that term. HINU is not being transparent or upfront updating students.

HINU pitfalls with communication and semester fees are only heightened by comparing it to the response by Southwestern Indian Polytechnic Institute (SIPI), the only other Bureau of Indian Education (BIE) operated Tribal College and University (TCU).  SIPI waived fees and is offering technology assistancefor their fall trimester. This has led to questions as to how each university may have received different guidance from the BIE.

Questions from students, the Indian Leader, Lawrence Journal World, and the SGA have gone unanswered prompting SGA Executive Vice President Will Wilkinson to post, "Haskell has an unhealthy habit of being silent whenever people ask the tough questions. That needs to end now."

All these numbers have personal consequences. As I'm entering my final year at HINU, I'm past the point of changing universities. I just signed a lease with two other HINU students because the dorms are closed and my annual cost of attendance has jumped from $8,550 to $17,172 — so it's not just $475. I have to cover those new costs somehow, and I wasn't prepared for the cost of my education to double.

These new fees may also impact the Indian Leader. Removal of activity fees which help fund the Indian Leader, may mean we don't receive fall funding. The Indian Leader has played a large part in getting information to students, and since the university has not been sending students statements, we are needed now more than ever to break the silence. Decisions by the HINU administration have rippling consequences that are most felt by the students, and it's time for students to feel they are supported by their university.

*Authors Note: All calculations for the Net Price Calculator were input with the author's personal data, and does not represent every student's estimated cost of attendance, but allows a side by side comparison of the difference between cost differences. In addition, the Net Price Calculator has not been updated by the university to show current academic year estimates.*

USA000606

# EXHIBIT 9

USA000607



# City of Lawrence
## MINUTES
**Community Police Review Board Meeting**
**Wednesday, September 30, 2020 @ 7:00 PM**
**City Commission Room, City Hall 6 E 6th St**
**Lawrence, KS 66044**

**PRESENT:**    Salvini, Robinson, Graybill, Littleton, Taylor, Mishra, and Gibson

**ABSENT:**

## A.    APPROVE MINUTES:

1.    Approve meeting minutes from 08/27/20.

> **ACTION:**    Approve minutes.
> Motion:        Mishra
> Second:        Littleton

| **RESULT:** | **Motion carried unanimously 7-0** |
|---|---|
| Ayes: | Salvini, Robinson, Graybill, Littleton, Taylor, Mishra, and Gibson |

## B.    PUBLIC COMMENT:

The Commission heard public comment on items and issues not scheduled on the agenda.

1.    Communications.

Jared Nally provided public comment regarding correspondence he submitted to the board which was placed on the agenda.

## C.    AGENDA ITEMS:

### 1.    DISCUSSION OF ORDINANCE:

a)    Continue discussion of proposed alternative draft ordinance.

The board walked through each section of the proposed alternative draft ordinance.

> **ACTION:**    Broaden the scope of the board as recommended by the working group with the changes discussed that would limit the complaints as received to community member complaints.

Page 1 of 3

USA000608

Motion:     Gibson
Second:     Littleton

| **RESULT:** | **Motion carried 5-2** |
|---|---|
| Ayes: | Salvini, Graybill, Littleton, Mishra, and Gibson |
| Nays: | Robinson and Taylor |
| **ACTION:** | Add the terms socio-economic status and housing status to the definitions. |

Motion:     Robinson
Second:     Littleton

| **RESULT:** | **Motion carried 6-1** |
|---|---|
| Ayes: | Salvini, Robinson, Littleton, Taylor, Mishra, and Gibson |
| Nays: | Graybill |
| **ACTION:** | Include a definition of the term "enforcement action" in the draft ordinance and request City staff recommend appropriate language to be reviewed by Board. |

Motion:     Graybill
Second:     Littleton

| **RESULT:** | **Motion carried unanimously 7-0** |
|---|---|
| Ayes: | Graybill, Littleton, Salvini, Robinson, Taylor, Mishra, and Gibson |
| **ACTION:** | Request City Staff to draft language based on the intent of the Board to incorporate the City Attorney's previous recommendation to strike the phrase "or other laws" from the subcommittee's draft ordinance. |

Motion:     Graybill
Second:     Gibson

| **RESULT:** | **Motion carried unanimously 7-0** |
|---|---|
| Ayes: | Salvini, Robinson, Graybill, Littleton, Taylor, Mishra, and Gibson |
| **ACTION:** | Add requirement for the Board to hold at least one annual communitywide forum for the purpose of building trust between the community and police under Section 1-2504 A, Subsection 3. |

Motion:     Mishra
Second:     Taylor

| **RESULT:** | **Motion carried unanimously 7-0** |
|---|---|
| Ayes: | Taylor, Mishra, Salvini, Robinson, Graybill, Littleton, and Gibson |

b)   Continue discussion of proposed draft ordinance.

This item was grouped into a single discussion under agenda item no. 1.

c)   Presentation on the number of complaints against the Lawrence Police Department received and reviewed by the Office of Professional Accountability from January 2017 to January 2020.

This item was grouped into a single discussion under agenda item no. 1.

The board did receive the presentation (item C) and provided feedback to staff about the usefulness of the data (being not very useful in its current format). They discussed ideas with City staff to improve the usefulness of the data.

**2.   SUBCOMMITTEE REPORT:**
This item was deferred to the October 8, 2020 Board meeting.

**D.   CALENDAR:**
The Commission reviewed calendar items.

1.   Next Scheduled Meeting Dates:
- Wednesday, October 21 at 6:00 p.m.
- Thursday, November 12 at 7:00 p.m.

**E.   ADJOURNMENT**
The meeting adjorned at 10:01pm.

Community Police Review Board
September 30, 2020
Page 3 of 3

USA000610



# City of Lawrence
## MINUTES
**Community Police Review Board Meeting**
**Wednesday, October 21, 2020 @ 6:00 PM**
**City Commission Room, City Hall 6 E 6th St**
**Lawrence, KS 66044**

**PRESENT:**   Gibson, Mishra, Robinson, Taylor, Salvini, and Littleton

**ABSENT:**   Graybill

**A.   APPROVE MINUTES:**

1.   Approve minutes from September 30, 2020 and October 8, 2020.

> **ACTION:**   The minutes were deferred to the next meeting as they were not attached to the agenda.

**B.   PUBLIC COMMENT:**

1.   Public Comment.

The Board heard public comment from Jared Nally and Steven Watts.

**C.   AGENDA ITEMS:**

1.   Continue training on bias-based policing.

The Board heard from Kate Carter, Deputy Attorney General for continued training on bias-based policing.

2.   Discussion of Community Police Review Board draft ordinance.

The Board went through each section of the ordinance for changes.

> **ACTION:**   Direct staff to incorporate the revisions as discussed by the board and return at the November 12 meeting for further discussion.
> Motion:   Gibson
> Second:   Mishra

| **RESULT:** | **Motion carried unanimously 6-0** |
|---|---|
| Ayes: | Gibson, Mishra, Robinson, Taylor, Salvini, and Littleton |
| Absent: | Graybill |

USA000611

3.   Election of chair and vice-chair positions.

**ACTION:**   Move that Salvini and Littleton remain as Chair and Vice-Chair.
Motion:   Gibson
Second:   Mishra

| **RESULT:** | **Motion carried unanimously 6-0** |
|---|---|
| Ayes: | Gibson, Mishra, Robinson, Taylor, Salvini, and Littleton |
| Absent: | Graybill |

4.   Board Member Mishra asked for an update on the Consultant process.

Assistant City Manager McGuire provided an update for the board.

**D.   CALENDAR:**
The Commission reviewed calendar items.

1.   Next meeting - November 12, 2020 at 7:00 p.m.

Assistant City McGuire reminded the Board they needed to work on future meeting dates.  Board member Gibson suggested tabling to the next meeting. Board member Taylor asked to send out a Doodle Poll of available dates for meetings in time for the next meeting.

2.   Discussion of future meeting dates.

**E.   ADJOURNMENT**

**ACTION:**   Move to adjourn.
Motion:   Robinson
Second:   Mishra

| **RESULT:** | **Motion carried unanimously 6-0** |
|---|---|
| Ayes: | Gibson, Mishra, Robinson, Taylor, Salvini, and Littleton |
| Absent: | Graybill |

USA000612

# EXHIBIT 10

USA000613

August 26, 2020

Walthall
Community Police Review Board
City Commission Room
City Hall 6 E 6th St
Lawrence, KS 66044

Public Comment

Dear Walthall:

      My comments are directed to board member Tonia Salvini whom I'd like to address two concerns that Salvini may be contributing to racial disenfranchisement within her role as Vice President of Student Services (VPSS) at Haskell Indian Nations University (HINU) and therefore making her unfit to fulfill her Community Police Review Board duties to minority communities.

      The first concern is that Salvini appears partially responsible in preventing approximately 1/5 of Lawrence's Native American Population from being counted on the 2020 census by ghosting student and press inquiries for information on how they may be counted — on campus students cannot self report as their census data is to be collected by the university as part of the Group Quarters Enumeration Project.

      My second concern is that Salvini, who over sees the Office of Student Rights, does not track racial bias despite student concerns that multi-racial students, especially mixed race Black students, receive bias treatment by the office of Student Rights. While HINU is an "all Native institution," racial identities for mixed race students are not recorded by the university and cannot be used to identify racial biases. It's concerning that despite serving two years on the board, Salvini has not initiated any public attempt to bring accountability to her own department and position of authority in a way similar to how the board holds the Lawrence Police Department accountable.

nipwaahkalo,

*Jared Nally*

Jared Nally

USA000614

# EXHIBIT 11

USA000615

**Bobbie Walthall**

| | |
|---|---|
| **From:** | Jared Nally [ PII ] |
| **Sent:** | Tuesday, September 29, 2020 1:46 PM |
| **To:** | Bobbie Walthall |
| **Subject:** | Public Comment |
| **Attachments:** | Public Comment.pdf |

External Email.    Be careful with links and attachments.
- City of Lawrence IT Helpdesk

aya Bobbie Walthall:

Included is my letter for public comment for tomorrow's meeting. I would also like to request remote participation in the meeting seeing as my public comment last meeting was almost insufficient for the acknowledgment of my complaint.

neewe (Thank You),
-Jared Nally

1

USA000616

September 29, 2020

Community Police Review Board
City Commission Room
City Hall 6 E 6th St
Lawrence, KS 66044

Public Comment

To the Community Police Review Board:

Introduction

I'm writing the Community Police Review Board (CPRB) as a follow up to my letter sent on August 26th. The purpose of this message is to (a) correct new information I've come across in my grievance related to board member Tonia Salvini, (b) restate my grievance with Tonia Salvini, and (c) bring up a new grievance with how the CPRB managed my complaint at the last meeting. While my initial letter was prepared for brevity, this message is prepared so as not to be as easily dismissed or misinterpreted.

Correction of Facts

In my previous letter, I made assertions that Haskell Indian Nations University (HINU), which involves Tonia Salvini—Vice President of Academic Affairs and the supervisor over Student Housing—had not completed the 2020 Census for students. This assertion was made with the understanding that (a) HINU had never contacted me regarding the census, (b) no message was sent to students regarding being counted or that the census had been completed, and (c) while HINU can submit directory information without the consent of a student, it is a violation FERPA regulations to release both race/ethnicity information and gender information without consent of the student—important information to be given to the census.

However, I found out on August 28th that HINU had completed the census earlier that summer. Prior attempts to engage the US. Census Bureau requesting this information had resulted in a legal wall quoting Title 13, U.S. Code which prevents them from disclosing whether an entity had completed the census; HINU and Salvini to this day have never responded to my questions about the census. While I wish our school or Salvini had been transparent about the census, it is only from a census worker violating Title 13 that I have been informed that HINU completed the census. The same day I received that information I sent an apology letter to Salvini regarding my use of misinformation presented to the CPRB. As I addressed in the letter, I felt responsible to present the correction of this information publicly to CPRB, but I also noted that this new detail does not dissolve my complaint, and that I still affirm that Salvini's actions—or rather lack of actions—have resulted in my racial marginalization. It is for this reason I've chosen to restate my original complaint and help connect it to why I've involved the CPRB.

Restated Grievance

In an effort to reframe my grievance presented to the CPRB regarding board member Tonia Salvini, I present the following:

**That board member Tonia Salvini is a Public Figure both in her position as Vice President of Academic Affairs at HINU and as a board member for the CPRB. That acting as a public figure, Salvini should be subject to the Ethics Policy (Resolution No. 7269) for the CPRB which requires (a) Public Trust and (b) not "treating any person differently on the basis of race". Furthermore, the bylaws of the CPRB involve "reviewing completed racial**

USA000617

or other bias-based policing investigations", that board members need to be familiar with the "Police Department's annual training on racial or other bias-based policing", and there are current discussions on racial bias training specifically for board members. All of this is moot if the board member participates in racial marginalization (knowingly or not) while acting as a public figure and eliminates the ethos that the board member can correctly complete their obligations to the community. It is for all of these reasons that I present my grievance to the CPRB that the experience I'm sharing with CPRB related to Tonia Salvini as a public figure has left me feeling racially marginalized and that I have no public trust for Salvini to complete her role in representing our community on the CPRB and I would like actions taken to hold Salvini accountable which may require an investigation and/or removal of her position on the board.

As identification of racism requires perspective taking, I invite the CPRB to share my experience trying to engage with board member Tonia Salvini about my multi-racial identity. My main argument has been related to the 2020 Census. My claims of racial marginalization stem from 6 months of outreach to Salvini and the university with concerns that I want to be able to fill out the census with my correct racial identity. HINU does not collect racial identity on any forms and a Certificate of Degree of Indian Blood (CDIB) is not a racial identity, especially for those who identify as mixed race (See Appendix A). In that 6 month time window, I have not received a response and as such my concerns about my racial identity and that of other mixed-race students have been dismissed and ignored both Salvini and other HINU faculty members. My concern has grown after hearing that not only was I ignored the whole time, but Student Housing under the direct supervision of Salvini completed the census without collecting my racial identity despite my attempts to engage with them and without my consent to release FERPA protected data. This is a huge issue of being able to have your own racial identity acknowledged, and to not have your race assumed because we are an "All Native" school which marginalizes those of us that have more complex racial identities than just Native American.

This ties into my next complaint that because the school does not collect racial identity information, racially biased policy and treatment cannot be tracked. This is severely infuriating to find that after many complaints from mixed raced students, especially multi-racial Black students, Salvini who is the direct supervisor over Student Housing, has sat on a board that reviews racial-bias policing policy for years now, but has not taken any initiative to offer the same checks and balances to the department she oversees despite complaints from students.

Salvini is a common denominator among departments that contribute to the racial marginalization of mixed-race students. Salvini operates as the Vice President of Academic Affairs and is the direct supervisor for Student Housing, Student Rights, and is the acting Title IX coordinator. I have tried to engage with Salvini to assert my identity as a mixed-race student and to bring to light challenges we are facing because of her departments and her inability to acknowledge mixed-race identities. I have no public trust in the way Salvini manages my racial identity as a public figure for HINU, and my cynicism extents to the concern of her operating within the same systemic systems of racism as a public figure for the CPRB. I want to see accountability, and I want community representation that carries my interest in mind.

Additional Grievance

It was my understanding that a letter would stand in place of my public comment and be read or addressed in the public comment portion of the meeting agenda on August 27. It was a great disappointment that didn't occur and I am appreciative to board member William Graybill who forced

public acknowledgment at the end of the meeting. However, I do still have criticism that the apparent reason to acknowledge the letter was to avoid a tarnished reputation rather than showing actual concern for the content. "I don't really want to wake up tomorrow and read the newspaper accusing this board or myself of white-washing material...".

Furthermore, board member Jane Gibson's response, "I don't see how it is even marginally relevant to the board. So I don't see any reason to respond to it because it's not about what we do" demonstrates a lack of perception taking (choosing to use her own perspective as a means to say it's irrelevant rather than attempting to see why I think it's relevant) and a sense of White privilege (the privilege to use her own perspective as the only correct or relevant perspective in this situation) to not even acknowledge the content that racially marginalized individual has concerns that a board member operating as a public figure responsible for the oppression of this individual's racial rights feels they will continue to be marginalized with that public figure continuing to operate in other public capacities. The board is not perfect vacuum where actions taken outside of the board meetings don't have rippling effects.

I offer this criticism as an opportunity for the board to discuss how they manage complaints and how they can avoid their own implicit biases. I understand this training is a topic of discussion in these meeting and find it contradictory that so much attention is being focused internally on how the board can show and demonstrate racial understanding and racial bias, and then completely dismiss a racial critique of the board as irrelevant. I understand that many of you may have dismissed my claim because (a) some of you have served with and developed professional and personal relationships with Tonia Salvini, but your experiences with her don't invalidate my experiences with her, or because (b)Tonia Salvini is a member of the same racial group I claim she is oppressing, which does not mean her actions aren't harmful or impactful to me and other mixed race students despite our shared identities.

I think the board needs to have deeper conversations with what the responsibilities and racial attitudes need to be on the board. I don't think personal accountability is going to cut it after taking implicit bias training, because anyone who has taken it learns that the test calls them out on racial biases to make them aware. It is going to take outside correction to continue to hold others accountable to racially biased actions. I also think your by-laws or other operational documents need to outline a complaint process for the board itself. I'm writing these letters because the by-laws don't offer any other guidance, and I would hope there is a better process to review complaints than someone voting to not acknowledge the complaint.

nipwaahkalo,

*Jared N.*

Jared Nally

USA000619

Appendix A

Inclusion of Student Forms that do not ask for racial
identity information. Additionally IPEDS data that
show HINU reporting all students as Native American
without mixed race options.

Note: Tribal Affiliations and Certificate of Degree of Indian Blood
(CDIB) are not full representations of racial identity.

USA000620





# Haskell Indian Nations University
## Office of Admissions
# Admission Application
OMB Control No. 1076-0114

***All Sections of this Application Must Be Completed***

| DEADLINES for Application: | Fall: June 1st | | Spring: November 15th | | Summer: April 15th |

What semester are you planning to attend Haskell? ☐ Fall 20___ ☐ Spring 20___ ☐ Summer 20___

**Legal Name** *(as appears on legal documents, i.e. birth certificates, court documents)*

_____    _____    _____
Last Name                  First Name                 Middle Name

_____    _____
Maiden / Other Names       Social Security Number

Please select which degree you are pursuing:
☐ Associate of Arts (A.A.) Degree       ☐ Associate of Science (A.S.) Degree
☐ Bachelor of Arts (B.A.) Degree        ☐ Bachelor of Science (B.S.) Degree

Please write your desired major on the line: _____

## Permanent Mailing Address

_____    _____    _____    _____
Street or P.O. Box         City                       State        ZIP

_____    _____
Telephone                  Email Address

Please select your enrollment status:
☐ Full-Time Student *(enrolled in 12 or more credits)*       ☐ Part-Time Student *(enrolled in less than 12 credits)*

Please select your housing status:
☐ On-campus *(must be enrolled in 12 credits)*       ☐ Off-campus *(please list local address below)*

_____    _____    _____    _____
Street or P.O. Box         City                       State        ZIP

## Emergency Contact

☐ Parent ☐ Spouse ☐ Other:
_____                                _____
Last & First Name                                      Please Specify Relationship

_____    _____    _____    _____
Street or P.O. Box         City                       State        ZIP

_____    _____
Telephone                  Email Address

USA000621

*Page 2: Haskell Indian Nations University - Admissions Application | OMB Control No. 1076-0114 | Confidential*

## Student Demographic Information

Date of Birth:

_____/_____/_____
MM / DD / YYYY

Place of Birth:

_____   _____
City                                                      State

Gender:
☐ Male   ☐ Female

Marital Status:
☐ Single   ☐ Married   ☐ Separated   ☐ Divorced

Are you currently on or pending criminal probation or parole?   ☐ No   ☐ Yes

If yes, please explain: _____

_____
*If more room is needed, please use separate sheet of paper*

## Tribal Information

_____          _____
Tribal Agency                                                    Degree of Blood or Tribal Roll Number

_____
Name of Tribe, Pueblo, Corporation, or Rancheria

## High School Information

| | | | | |
|---|---|---|---|---|
| Name of High School | City | State | Date From | Date To |

Have you graduated from high school?   ☐ Yes: _____   ☐ No: _____
                                                                       Date of Graduation            Anticipated Date of Graduation

Have you taken the GED?   ☐ No   ☐ Yes   ☐ NA   _____
                                                                                Date of GED exam

*If you have taken the GED please submit a copy of your scores*

Have you taken the ACT/SAT?   ☐ No   ☐ Yes   _____
                                                                           Date of exam

*If you have taken the ACT/SAT, please have your official scores sent to Haskell*

| School Code - 010438 | Haskell ACT Code - 1415 | Haskell SAT Code - 0919 |
|---|---|---|

## College or University Information

Have you ever attended a class at another college or university?   ☐ No   ☐ Yes
Have you been awarded an Associates Degree or will be completing a degree?   ☐ No   ☐ Yes

| | | | | |
|---|---|---|---|---|
| Name of College or University | City | State | MM/YYYY | MM/YYYY |
| Name of College or University | City | State | MM/YYYY | MM/YYYY |

*If more room is needed, please use separate sheet of paper*

USA000622

*Page 3: Haskell Indian Nations University - Admissions Application* | *OMB Control No. 1076-0114* | *Confidential*

## Miscellaneous Information

Please list any activities in which you would like to participate in at Haskell (i.e. Haskell Band, Basketball, High powered Rocketry Club, Student Senate, etc.):

_____

_____

## Certification of Information

*I certify that the information given on this application is correct and complete and all prior academic work is accounted for on this application (**Incomplete** applications **will not** be considered).*

_____     _____
Print Name                                                                  Date

_____
Student Signature

---

### <u>Please mail the applicable documents to the Office of Admissions</u>

☐ Completed Application

☐ $10 Money Order

☐ Official High School Transcript

☐ Official ACT/SAT Scores

☐ Copy of GED Scores *(if applicable)*

☐ Official College Transcripts

☐ Immunization Records Showing Measles, Mumps, and Rubella (MMR I and MMR II)

☐ Copy of Tribal Enrollment Documentation

☐ Admissions Entrance Essay



**Mailing Address:**
Office of Admission | Haskell Indian Nations University
155 Indian Ave, Box 5031 - Lawrence KS 66046-4800

---

USA000623

# Haskell Indian Nations University
## *ON CAMPUS HOUSING APPLICATION*

## PERSONAL DATA

| | | |
|---|---|---|
| Last Name | First | Middle |

Address

| | | |
|---|---|---|
| City | State | Zip Code |

| | | |
|---|---|---|
| Area Code | Telephone # | E-mail Address |

## EMERGENCY CONTACT

| | | |
|---|---|---|
| Last Name | First | Relationship |

Address

| | | |
|---|---|---|
| City | State | Zip Code |

| | |
|---|---|
| Area Code | Telephone # |

Applying for:   Fall _____   Spring _____   Summer _____

Male ☐          Female ☐

Age _____          Date of Birth _____

Have you ever attended Haskell before?   Yes ☐     No ☐

If yes, please list the date last attended and which dorm you reside in:

_____

## COLLEGE CLASSIFICATION

Freshmen ☐     Sophomore ☐     Junior ☐     Senior ☐

## SPECIAL ACCOMODATIONS

Handicap accessible rooms are available. Please notify our office if you have such a request. You may also contact Perry Graves, Disabilities Coordinator at (785) 832-6607.

---

**Housing fees are to be paid after you have received an acceptance letter.**

---

**Division of Residential Housing**

155 Indian Ave., Box 5032

Lawrence, KS 66046-4800

Phone (785) 749-8460
Fax (785) 832-6618

### FACILITIES AND SERVICES

Each residence hall has professional staff and student aides to assist with college life. Most halls contain television rooms. In addition, vending machine services are available to the residents. All rooms are equipped twin sized beds, wardrobe closets, drawer space, desks and chairs.

**Residential Halls are smoke free.**

Meals are served in the campus dining hall (Curtis). Students residing in the residence halls are entitled to three meals per day Monday through Friday, and two meals on week-ends and holidays.

Each student at Haskell is assigned a mailbox and will pick up their mail at the campus post office located in Navarre hall.

Disclaimer: Residential Hall programs will not be responsible for any damaged lost or stolen personal property. Personal property must be removed from the residential hall on the last day of the student's occupancy. Personal property remaining in residential halls after the student is no longer residing there will become property of the University and donated to charity or stored at the owner's expense.

USA000624

Please read the enclosed Housing Contract thoroughly before signing.
The contract and application should be returned to the following address:

Haskell Indian Nations University
Residential Housing
155 Indian Ave., Box 5032
Lawrence, KS 66046

Fees can be mailed to:  Haskell Business Office
                        155 Indian Ave., Box 5026
                        Lawrence, KS 66046

On Campus Fee:  $715.00 (includes the $180.00 Housing Fee)

Off Campus Fee:  $240.00

**DISCLAIMER:**
"Residential Housing will not be held legally responsible, should an incident occur, for any false or inaccurate information that is provided by the student in reference to this contract, including, but not limited to, personal history, personal property, or prior criminal convictions.  Should critical information in the contract be falsified by an applicant, Residential Housing reserves the right to take action against said individual."

_____
Signature

_____
Date

**FOR OFFICE USE ONLY**

Application received on: _____

Check one:
New ☐   Transfer ☐   Readmitted ☐   Double ☐   Continuing ☐

---

Cleared and approved by:

Admissions          _____

Student Conduct     _____

Business Office     _____

Money Order/Cashier's Check
Enclosed   Yes ☐      No ☐
Forwarded

Business Office     _____
Payment can also be made in person using cash and/or credit/debit cards. Please make sure to print your name and address on the money order.

Approved for Housing:   Yes ☐   No ☐

By:   _____

Date: _____

USA000625

# C☉LLEGENavigator

## Haskell Indian Nations University
165 Indian Ave, Lawrence, Kansas 66046-4800

| | |
|---|---|
| General information: | (785) 749-8404 |
| Website: | www.haskell.edu |
| Type: | 4-year, primarily associate's, Public |
| Awards offered: | Less than one year certificate |
| | Associate's degree |
| | Bachelor's degree |
| Campus setting: | City: Small |
| Campus housing: | Yes |
| Student population: | 789 (all undergraduate) |
| Student-to-faculty ratio: | 25 to 1 |

*View on Google Maps*

IPEDS ID: 155140
OPE ID: 01043800

⊙ GENERAL INFORMATION

⊙ TUITION, FEES, AND ESTIMATED STUDENT EXPENSES

⊕ FINANCIAL AID

⊕ NET PRICE

**IES ∴ NCES** National Center for Education Statistics  ≡ MENU

| | |
|---|---|
| TOTAL ENROLLMENT (ALL UNDERGRADUATE) | 789 |
| Undergraduate transfer-in enrollment | 63 |

### ATTENDANCE STATUS


3% Part-time
97% Full-time

### STUDENT GENDER


49% Male
50% Female

### STUDENT RACE/ETHNICITY


100%

| American Indian or Alaska... | Asian | Black or African American | Hispanic/ Latino | Native Hawaiian or other... | White | Two or more races | Racial ethnicity unknown | Non-resident alien |
|---|---|---|---|---|---|---|---|---|
| 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |

UNDERGRADUATE STUDENT AGE                    UNDERGRADUATE STUDENT RESIDENCE

USA000626



- Residence data are reported for first-time degree/certificate-seeking undergraduates, Fall 2018.

**UNDERGRADUATE DISTANCE EDUCATION STATUS**



- Haskell Indian Nations University does not offer distance education courses at this time.

⊕ ADMISSIONS

⊕ RETENTION AND GRADUATION RATES

⊕ OUTCOME MEASURES

⊕ PROGRAMS/MAJORS

⊕ SERVICEMEMBERS AND VETERANS

⊕ VARSITY ATHLETIC TEAMS

⊕ ACCREDITATION

⊕ CAMPUS SECURITY AND SAFETY

⊕ COHORT DEFAULT RATES

English | Español | ▶ About | Search Plug-in          College Navigator Home | College Costs | Prepare | Financial Aid | Careers

---

## IES ⵈ NCES  National Center for Education Statistics

| Explore the Institute of Education Sciences | IES Centers | IES Policies and Standards | Additional Resources |
|---|---|---|---|
| IES | IES Centers | IES Policies and Standards | ERIC |
| Home | NCEE | Public Access Policy | Sitemap |
| About | NCER | Privacy and Security Policies | Organizational Chart |
| Publications | NCES | NCES Statistical Standards | |
| Data | Home | Peer Review Process | |
| Funding | About | ED Data Inventory | |
| News | Programs | | |
| | Publications | Contact Us | |
| | Data | | |
| | Data Training | **U.S. Department of** | |
| | School Search | **Education** | |
| | News | | |
| | Kids' Zone | | |
| | NCSER | | |

USA000627

# EXHIBIT 12

USA000628

From: **Jared Nally** <[PII]>
Date: Fri, Oct 9, 2020 at 3:30 PM
Subject: Ethics Complaint Against Community Police Review Board
To: <craigowens@lawrenceks.org>
Cc: <ctoomay@lawrenceks.org>, <bmcguire@lawrenceks.org>, <[PII]>
<[PII]>
<[PII]> <dstoddard@lawrenceks.org>, <smishra@ku.edu>, <[PII]>

City Manager Craig Owens,

Please see the attached ethics complaint letter for the Community Police Review Board. I was told to deliver complaints against the Community Police Review Board to you and would like instruction if I am to submit this complaint otherwise. Please keep in contact with how you will process the complaint.

Thank You,
-Jared Nally

October 9, 2020

Craig Owens
City Manager
City Hall
6 E 6th St
PO Box 708
Lawrence, KS 66044

Ethics Complaint

To The City Manager:

Introduction

I'm writing the City Manager regarding a complaint against Community Police Review Board (CPRB) member Tonia Salvini. The complaint alleges Salvini has violated the board's set of ethics while acting as a public figure in the Lawrence community. A subsidiary complaint is also being lodged related to the response of the board when the complaint was presented directly to the CPRB.

**Complaint Against Tonia Salvini**

While Tonia Salvini operates as a Lawrence public figure serving as a board member on the Community Police Review Board, she is also a Lawrence public figure as the Vice President of Student Services at Haskell Indian Nations University (HINU). While I do not credit Salvini with the creation of the systems in place that oppress my identity as a mixed-race student at HINU, she has made the conscious decision to not engage with me and act as an agent protecting these systems and furthering the disenfranchisement of my racial identity and abusing her position of authority.

I understand that these allegations take place outside the institution of the City of Lawrence, but hold firm that any public action has consequences that can either erode or build public trust, and with any other role or job, you are a sum of all your parts—actions outside the workplace affect individuals all the time. It is for this reason I hold Salvini's actions accountable the City Manager's Office, to the Ethics Policy (Resolution No. 7269), and to CPRB bylaws and affirm that she (a) has eroded public trust, (b) she has treated me differently on the basis of race, (c) that upholding a system of racial prejudice poses a conflict with the goals of her position on the CPRB for "reviewing completed racial or other bias-based policing investigations", and (d) is antithetical to the ideals of the board to have members demonstrate understanding of racial bias which is in discussion for city ordinance no. 9324.

Complaint Background

Haskell Indian Nations University (HINU) has violated my right to self identify my race, has violated my FERPA rights by reporting racial and gender information to the US. Census Bureau without my consent, and has created a system that doesn't offer identification of racial biases and racial protections for multi-racial students. Board member Tonia Salvini acts as the Vice President of University Services for HINU and supervises all departments involved with the complaint and whom I continue to reach out to.

For six months, Tonia Salvini and other HINU faculty have ignored my requests to provide my own racial identity to the school. The intent was to have this information used for the 2020 Census, but the neglect and disregard by Tonia Salvini, Vice President of University Services; Ronald Graham, President; Stephen Prue, Office of the President; and Ernest Wilson, Acting Supervisor of Student Housing, has shown a systemic problem with how HINU handles racial identities and has resulted in me being marginalized and disenfranchised as a student who identifies as multi-racial.

Despite multiple attempts to engage with Salvini and HINU before and during the 2020 Census, I found out on August 28, 2020 that HINU filed on behalf of students without engaging me or capturing my "self reported racial identity" which is a question on the census. The completion of this census also indicates a violation of my rights under The Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99) since I gave no prior permission to release information with my race/ethnicity or gender.

Currently and historically, Haskell Indian Nations University (HINU) violates federal guidance for reporting racial and ethnic data to the U.S. Department of Education, 72 FR 59266. This standard was implemented in 2007, but goes back to standards set in 1997 that HINU would still be in violation of today, twenty-three years later. This guidance stipulates that HINU (a) "will be required to collect racial and ethnic data using a two-part question on the educational institution's or other recipient's survey instrument" and (b) "should allow students, parents, and staff to "self-identify" race and ethnicity unless self-identification is not practicable or feasible."

HINU currently does not have a survey instrument for students to self identify their racial identity—there is no two part questionnaire on admissions applications or housing applications (Both overseen by Salvini). HINU instead uses students' Certificate of Degree of Indian Blood (Which is not a racial identity) to provide "observer identification" and reports all students as Native American with no secondary racial identities. It should also be noted that the practice of "observer identification" of race has historic problems in Native American populations, and is an inappropriate policy. **The Integrated Postsecondary Education Data System (IPEDS) shows HINU has never reported a student as two or more races since it's oldest report from 2001.**

I do not identify as only Native American, and yet the school reported me as only Native American in previous semesters according to IPEDS. The malignant neglect not collecting student's self identified racial identities not only affects US Census data, but also university reports along racial lines. If every student is considered the same on paper, it is impossible to identify patterns of systemic racism along the lines of students marginalized racial identities. For example, many students including myself feel that Student Rights (supervised by Salvini) has racially biased disciplinary practices for multi-racial Black students on campus, however, their Black identities are not recorded by HINU and thus there is no traceable bias or accountability.

I have engaged Tonia Salvini multiple times to have my racial identity represented, and it is her decision to not engage with me that furthers these systems already in place to marginalize multi-racial identities. I've already been misrepresented on the 2020 census and I am set up to be misidentified again when Salvini's subordinate reports racial data for the university to the IPEDS system for fall enrollment. **Her passive actions to ignore me are an active hurdle for me in being recognized as multi racial and why I don't feel she is fit for additional community duties to hold the Lawrence Police Department accountable since she cannot engage with a student on their personal racial concerns.**

### Subsidiary Complaint Against Community Police Review Board

I would also like to lodge a complaint with the City Manager's Office on the behavior of the Community Police Review Board (CPRB) with how they handled the the presentation of my complaints directly to the board. I admit to my lack of knowledge to the operation of city committee meetings, and suggest to add a section to the bylaws to instruct those of us with grievances where they can be filed. I understand now that I inappropriately aired my grievance in the public comments not knowing this was supposed to go to the City Manager. That being said, I'm upset that Chair Member Tonia Salvini did not provide a statement of where my grievance could be filed or that the board did not assign staff to provide information for how to file a grievance—both of which I've now discovered are common practice with handling public comments that need additional information. To me this is just another

hurdle that Salvini has used to protect her from being held accountable for her actions by not providing an option to file a complaint and further embarrassed me with my continued use of public comments to incorrectly try and find justice for her actions.

Not only was there a lack of direction for my complaint, but in the initial meeting on August 27th where I presented my first grievance in public comments, board members William Graybill and Jane Gibson broke what I understand is decorum to discuss my complaint and choose to do so with language that was dismissive of the nature of my complaint and gaslit my complaint saying it didn't concern the board in an effort to silence my grievance. See the summary of meetings and actions below.

Summary of Complaints Already Presented to the CPRB

Complaints against Salvini were presented directly to the board during the August 27th and September 30th meetings (Documents on file with CPRB Agendas) as public comments. I present the following summary of those meetings related to my complaint.

During the August 27th Meeting, the agenda included my initial complaint letter. My letter was not acknowledged during public comment section of the agenda. Before adjournment, board member William Graybill asked the board to acknowledge my letter, "I don't really want to wake up tomorrow and read the newspaper accusing this board or myself of white-washing material..." Board member Jane Gibson responded, "I don't see how it is even marginally relevant to the board. So I don't see any reason to respond to it because it's not about what we do."

For the September 30th meeting, I rewrote my complaint which held criticism for Graybill and Gibson's responses to my letter at the previous meeting. Graybill presented dialogue that relegated my complaint to a public image issue rather then acknowledging the nature of my complaint. I also brought attention to the White privilege present in Gibson's response where she (a) refused to view my complaint from my perspective as a racially marginalized member and (b) invalidated and gaslit my complaint dismissing it as something that doesn't concern the board. Additional information was provided in my letter expanding on my original complaint against Tonia Salvini. After presenting my complaint to the board, board member Marie Taylor posed questions to City Attorney Toni Wheeler which resulted in the advisement to present my ethics complaint to the City Manager.

Thank you for handling my complaint,

*Jared Nally*

Jared Nally

Cc: Diane Stoddard, Casey Toomay, Brandon McGuire, Tonia Salvini, Jennifer Robinson, William Graybill, Stephanie Littleton, Sanjay Mishra, Jane Gibson, Marie Taylor, LJ World

# EXHIBIT 13

USA000633



# City *of* Lawrence
## CITY ATTORNEY'S OFFICE

CITY COMMISSION

MAYOR
BRADLEY R. FINKELDEI

COMMISSIONERS
COURTNEY SHIPLEY
STUART BOLEY
LISA LARSEN
JENNIFER ANANDA, JD, MSW

CRAIG S. OWENS
CITY MANAGER

City Offices
PO Box 708 66044-0708
www.lawrenceks.org

6 East 6th St
785-832-3000
FAX 785-832-3405

December 17, 2020

Mr. Jared Nally
Delivered Via Electronic Communication to
  Address: [       PII       ]

Re: Correspondence to City Manager Craig Owens Concerning Tonia Salvini

Dear Jared:

I am writing to follow up on your correspondence to City Manager Craig Owens referenced above. At the outset, we wish to express our appreciation to you for your patience as we have carefully considered the concerns you raised in your letter.

Your letter concerns a member of the Community Police Review Board (CPRB), Ms. Tonia Salvini. In your letter you complain that Ms. Salvini in her role as an administrator at Haskell Indian Nations University (HINU), along with other HINU faculty, ignored your requests to provide your own racial identity to the school in certain reports made by HINU. You also complain that Ms. Salvini did not engage with you when you made multiple attempts to engage with her and other HINU officials regarding your concerns.

After careful consideration, I find that the allegations stated in your complaint, even if everything in the letter is true, are not violations of the City's Ethics Policy or the bylaws of the CPRB. The actions of which you complain largely concern policies, practices, or actions of HINU. The allegation that Ms. Salvini, in her role as a HINU administrator, did not engage with you regarding your concerns is not a violation of the Ethics Policy or the CPRB bylaws. The conclusion I have reached should not be interpreted to mean that the concerns you raised regarding HINU's reporting and communication protocols are not valid. The City of Lawrence, however, is not the proper forum to address those concerns.

In your letter you also expressed dissatisfaction with the manner in which the Community Police Review Board handled the presentation of your complaint. Jared, we appreciate your honest feedback on this matter. The board is not tasked with or responsible for addressing or investigating complaints made against its members. City staff will endeavor to assist in directing persons making complaints in the future to the appropriate City office.



USA000634

Mr. Nally
Dec. 17, 2020
Page 2

Thank you again for contacting the City.  We wish you the very best as you continue your studies.

Sincerely,

Toni R. Wheeler
City Attorney

C: Craig Owens, City Manager

USA000635



CITY COMMISSION

MAYOR
JENNIFER ANANDA, JD, MSW

COMMISSIONERS
BRADLEY R. FINKELDEI
COURTNEY SHIPLEY
STUART BOLEY
LISA LARSEN

CRAIG S. OWENS
CITY MANAGER

City Offices
PO Box 708 66044-0708
www.lawrenceks.org

6 East 6th St.
785-832-3000
FAX  785-832-3405

December 8, 2020

Tonia Salvini, Chair
Community Police Review Board
725 Sheldon Place
Lawrence, KS  66046

Dear Tonia:

This letter serves to inform you that a complaint has been filed against you by Jared Nally, who alleges that you have violated the City's applicable ethics rules. The complaint along with Resolution 7269, which sets forth the City's Ethics and Professional Conduct Policy, is enclosed for your review.

The City Commission is currently working toward a procedure for handling complaints against advisory board members alleged to be in violation of the City's Ethics and Professional Conduct Policy under Resolution 7269. In the meantime before such procedure is memorialized in writing, the City Commission has directed my office to conduct a cursory investigation of the complaint to determine whether it is credible and whether it alleges a violation of the City policy.

Notice of the complaint is to be provided to you so that you have an opportunity to respond to me if you wish, in writing, within **seven (7)** calendar days of your receipt of this notice. Please note that any response you provide will be an open record subject to the Kansas Open Records Act. Upon receiving any response from you, I will finalize my review.

Please do not hesitate to contact me if you have any questions regarding this complaint, at twheeler@lawrenceks.org.

Sincerely,

Toni Wheeler
City Attorney

Encl.



USA000636

# EXHIBIT 14

USA000637

Census 2020

Jared Nally <‗‗‗‗‗‗‗‗‗ PII ‗‗‗‗‗‗‗‗‗>

Thu 2020-04-16 9:38 AM

**To:** tonia.salvini@bie.edu <tonia.salvini@bie.edu>; Ernest Wilson <ewilson@HASKELL.edu>

aya ceeki,

Could I please get information on how Haskell will be counting me in the 2020 census.

Thank you,
-Jared Nally

USA000638

**Fw: Census recruiting in Lawrence**

Salvini, Tonia <tonia.salvini@BIE.EDU>
Fri 4/17/2020 10:27 AM
**To:** jnally@haskell.edu <jnally@haskell.edu>
**Cc:** Melissa Holder <mholder@HASKELL.edu>; Tina Tourtillott <ttourtillott@HASKELL.edu>
Jared -- The University is working with several folk in preparing for education/information/direction re: census 2020.

Meanwhile, if you could put this word out (below) via the Indian Leader -- we have had folks on campus quite often this academic year -- for meetings and recruitment (mostly Curtis Hall).

If you could assist in any way, it would be greatly appreciated.

Many thanks,
Tonia


Tonia L. Salvini
Northern Paiute
Pronouns: she/her
Vice President - University Services
**Haskell Indian Nations University**
Pushmataha Hall  |Lawrence, KS  66046
785-830-2753

---

**From:** Robert R Evans Jr (CENSUS/PFLD FED) <robert.r.evans.jr@2020census.gov>
**Sent:** Friday, April 17, 2020 9:49 AM
**To:** Salvini, Tonia
**Subject:** Census recruiting in Lawrence

Hello Ms. Salvini,

Maria Boyd provided me with your email address in introducing us yesterday. Actually, Frankie Foster-Davis had suggested I contact you through Maria to see if you could help us.

Frankie is out of state and so not able to do recruiting work for the census until she returns. I have tried to follow up on her efforts here, especially in one tract bound by Barker in the north, Louisiana in the west and Haskell Avenue in the east. It extends south into Baker wetlands.

This tract needs one more applicant for the Census Taking position to reach the halfway goal set by the Census Bureau. In fact, with the possibility that some of those who have already applied may not be available when operations resume after the current shut down, we may need a number of additional Census Takers for this tract. I am not able to do anything on the ground so I have tried to reach people through social media.

If you know of anyone who might be interested in this part-time, flexible scheduling work, they should apply at 2020census.gov/jobs now. The training and work will not take place before mid-May or later but applications are still being processed. Applicants need to be 18 and have a social

USA000639

security number. It pays $15 an hour. Anyone with questions is welcome to contact me at this email address or by text message to 785-727-0414.

Thank you for your time and any assistance you can lend. Also, I would welcome any suggestions for how I might reach interested people in this tract or anywhere in Lawrence. I hope you don't mind my reaching out like this.

Best regards,

Robert


Robert Evans
Census Response Representative
U.S. Census Bureau
2020 Census
(785)727-0414
https://my2020census.gov

-----Original Message-----
From: The Indian Leader < **PII** >
Sent: Saturday, June 20, 2020 11:32 AM
To: rgraham@haskell.edu; rgraham@bie.edu; Graham, Ronald <RONALD.GRAHAM@BIE.EDU>
Cc: ewilson@haskell.edu; Salvini, Tonia <tonia.salvini@BIE.EDU>; tsalvini@haskell.edu;
lgoombi@haskell.edu
Subject: HINU 2020 Census Efforts

Dear President Graham:

Please see the attached letter from the Indian Leader.

Sincerely,

Jared Naily
Editor for The Indian Leader

# The Indian Leader

The oldest Native American Student Newspaper

June 20, 2020

Ronald Graham, Ed.D
President
Haskell Indian Nations University
155 Indian Ave
Lawrence, KS 66046

### HINU 2020 Census Efforts

Dear President Graham:

The Indian Leader has reached out to Haskell Indian Nations University (HINU) administration regarding the 2020 Census, with no responses or action taken towards getting students counted for the census.[1,2,3] Under your new leadership and with your involvement, the Indian Leader would like to see efforts to collect student census information.

I. HINU is responsible for reporting on-campus student census data.

Group housing for students living in residential dorms shall have their census information collected and reported by HINU as part of the Group Quarters Enumeration Project.[4] Students to be counted are those that would have been living in the dorms April 1, 2020 — students who were off campus April 1 as a result of COVID-19 pandemic response efforts are still to be counted if they, under normal circumstances, would have been living on campus on April 1, which is an estimated 500 students.[5,6]

II. HINU does not have sufficient information on file to report without student outreach.

Information collected by admissions and other HINU departments do not paint a full picture of student information to be reported to the United States Census Bureau. For example, HINU does not

---

[1] Email from the Indian Leader to Ernest Wilson and Tonia Salvini (Mar. 24, 2020) (on file with author).

[2] Email from the Indian Leader to Lenora Goombi (Mar. 25, 2020) (on file with author).

[3] Email from Jared Nally to Ernest Wilson and Tonia Salvini (Apr. 16, 2020) (on file with author).

[4] "Group Quarters Enumeration," https://2020census.gov/en/conducting-the-count/gq/gqe.html

[5] "Census Bureau Statement on Modifying 2020 Census Operations to Make Sure College Students are Counted" (Mar. 15, 2020), https://2020census.gov/en/news-events/press-releases/modifying-2020-operations.html

[6] Estimate made from fall 2019 enrollment numbers and HINU's website which says 80% of students live on campus. https://www.haskell.edu/registrar/enrollment-data/ & https://www.haskell.edu/admissions/why-haskell/

PII

USA000642

# The Indian Leader

The oldest Native American Student Newspaper

collect racial data other than tribal affiliation.[7] If HINU reported all students as Native American, they would overlook those that are mixed race and would either self identity as more than one race, or identify singularly as another race other than Native American.

III. HINU failure to report would have significant impacts.

There would be significant impacts if HINU did not collect census information. There are potential legal implications since everyone is legally required to fill out the census, and as part of the Group Enumeration Project, that responsibility falls on HINU to report for on campus students.[8,9] There may be additional impacts in Lawrence's Native community if HINU does not report student census data. Indian Health Services (IHS) service populations are based on official census data.[10] Lawrence's current Native population is estimated by the US Census Bureau at around 2,500 — not reporting 500 students would significantly impact service populations estimates and potentially funding for IHS until the 2030 census.[11,12]

IV. Closing

Indian Leader has previously tried to engage with HINU administration to collect student census data which personally affects Indian Leader staff writers who are part of the student population to be reported by HINU.[13] Indian Leader, as a result of HINU ghosting Indian Leader emails, has since published an article to spread awareness on how students should be counted and outlining the responsibility HINU has to it's students.[14] This is our final attempt to engage with HINU administration to collect and report census data by the extended deadline. The Indian Leader will be covering this story again, and hopes that it will be on actions the HINU administration has taken to report student census data and not on the failure by HINU to do so. Please remain in contact with the the Indian Leader as you take actions towards reporting. The Indian Leader would like fulfill our role in informing students and the HINU community by sharing any public statements or releases by the administration which may inform students on how they can work with HINU to be counted during the 2020 census.

---

[7] Admissions Application, https://www.haskell.edu/downloads/admission/Admissions%20Application_proof2_7-18-13.pdf

[8] "Who is Required to Respond", https://2020census.gov/en/am-i-required.html

[9] *surpa* Note 4

[10] Overview of the Indian Health Services Program, https://www.ihs.gov/publicinfo/publications/trends96/96trov.pdf

[11] US Census Bureau, "Quick Facts: Lawrence city, KS", https://www.census.gov/quickfacts/lawrencecitykansas

[12] *surpa* Note 6

[13] *surpa* Note 1, Note 2, and Note 3

[14] Indian Leader Article, "2020 Census" (Apr. 13, 2020), http://www.theindianleader.com/2020/04/13/2020-census/

USA000643

# The Indian Leader

The oldest Native American Student Newspaper

Thank you for your partnership and pride with working with the Indian Leader, the oldest Native American student newspaper, and one of HINU's oldest legacies.

Sincerely,

*Jared*

Jared Nally
Editor for The Indian Leader

Cc:     Steven Prue, Office of the President
        Tonia Salvini, Vice President of Student Services
        Ernest Wilson, Acting Supervisor, Student Housing
        Lenora Goombi, University Services Staff

USA000644

## FW: HINU 2020 Census Efforts

Salvini, Tonia L <tonia.salvini@BIE.EDU>

**To:** Graham, Ronald J <RONALD.GRAHAM@BIE.EDU>
**Cc:** Ernest Wilson <ewilson@HASKELL.edu>; Stephen Prue (BIE) <stephen.prue@BIE.EDU>; Tonia Salvini
[ PII ]

🔋 2 attachments (264 KB)
2020 Census Group Quarters eResponse Invitation; HINU 2020 Census Efforts;

Ron,

I have been working with Maria Boyd and Malinda Green from the Census Bureau 2020.

We are filing a "Group Quarters eResponse" through my office and the registrar.

The attached email was received on the 10th and were waiting for a revision and just received the go ahead to use this eprogram.

Lou Hara is drawing out the data from CAMS for each of the Halls to encode. I spoke with her this morning to begin work on the encoding and offered to assist her to complete this.

This is the first time Haskell has comprehensively participated in the Census.

As soon as we are completed -- ensuring we are fully loaded, I can respond to whomever at the Indian Leader.

If you have any questions, please let me know.

-- Tonia




Tonia L. Salvini
Northern Paiute
Pronouns: she/her
Vice President - University Services
Haskell Indian Nations University
Pushmataha Hall |Lawrence, KS 66046
785-830-2753
Haskell Indian Nations University - Viewbook
Haskell Indian Nations University

"The mission of Haskell Indian Nations University is to build the leadership capacity of our students by serving as the leading institution of academic excellence, cultural and intellectual prominence, and holistic education to address the needs of Indigenous communities."

USA000645

# EXHIBIT 15

USA000646

## Deans, please forward this message to your faculty

Jim Rains <jrains@HASKELL.edu>

Fri 7/10/2020 11:32 AM

**To:** Carrie Cornelius <ccornelius@HASKELL.edu>; Joshua Falleaf <jfalleaf@HASKELL.edu>; Julia GoodFox <jgoodfox@HASKELL.edu>; cheryl.chuckluck@bie.edu <cheryl.chuckluck@bie.edu>; tracy.pargeets@bie.edu <tracy.pargeets@bie.edu>
**Cc:** tracy.pargeets@bie.edu <tracy.pargeets@bie.edu>

Deans and Faculty,

The remainder of the summer weeks will be an especially busy time for Haskell's faculty. We are again preparing for a fully online semester, and we want to ensure a high-quality learning experience for our students. Appearing below is a list of activities that many of you will be asked to participate in:

- Department program reviews
- Course migration to the new Blackboard platform
- Training and certification on the new Blackboard platform
- Library textbook alternative training
- Presidential Strategic planning committees
- Various DOI Talent training
- Various department activities—new program development, program improvements, etc.

All of these activities are designed to contribute to the improvement of the student experience at Haskell — especially during the COVID-19 pandemic and the University's transition to online course delivery. In the days ahead, you will be receiving more scheduling information about these activities.

Due to the urgency of these activities and the need to focus on the successful completion of these tasks, Haskell's administration is directing all faculty to temporarily step down from faculty sponsorship roles in student clubs and other non-teaching activities; grant activities are exempt from this directive. Faculty sponsorship roles with student clubs may be resumed when in-person classes resume. The University will be implementing a new policy that establishes a rotating sponsorship process for student clubs, which is intended to allow equal opportunity for all faculty to participate in university service such as club sponsorship.

**Jim Rains, Ph.D.**

Acting Vice President of Academics
Haskell Indian Nations University
155 Indian Avenue
Lawrence, KS 66046

Phone: (785) 749-8494

USA000647

# EXHIBIT 16

USA000648



# United States Department of the Interior
### BUREAU OF INDIAN EDUCATION
### HASKELL INDIAN NATIONS UNIVERSITY
#### Office of the President
Lawrence, Kansas 66046-4800
Phone: (785)749-8497   Fax: (785)749-8411



## MEMORANDUM

To:        Beverly Fortner – President, Haskell Student Senate
           Brenda Schildt – Acting Vice-President for University Services

Cc:        Steve Byington – Finance

From:      Dr. Venida Chenault, President   VChenault

Subject:   Student Fee Distribution Proposal

Date:      November 7, 2014

After conducting a review of the distribution of the student fee revenue, it is being proposed that a change be made in the distribution of student activity fees. Currently, these funds are distributed to Student Activities and the Indian Leader Association.

It is recommended that student fees also be used to properly support student governance and leadership by ensuring the Haskell Student Senate and its *sanctioned* Clubs and Organizations benefit from the student activity fees, as well as Student Activities and the Indian Leader Association.

This memo provides direction for the distribution of Student Fees collected each semester and changes that would be required to implement this recommendation. Student fees are to be used to support student activities that enrich and enhance student life at Haskell. These funds would be issued to Student Senate (1/3), Student Activities (1/3) and Indian Leader Association. Currently, Student Activities receives 2/3, Indian Leader Association 1/3 and Student Senate receives zero.

The Bursar's Office is responsible for the collection of student activity fees, with monthly disbursements of fees collected throughout the year. The amount distributed is based on total student enrollment and the student activity fee. Based on a sample enrollment of 750 students per semester and the fee of $35.00 per student, this would total $52,500 annually.

Upon a favorable vote of the Student Senate this proposal would be implemented and changes would be made effective Spring 2015.

The change would result in fee revenue being divided equally between Student Senate, the Indian Leader Association and Student Activities. The revenue amounts will vary each semester based on the number of enrolled students and fees collected.

This change in distribution will provide needed resources to support student governance, as represented by the Student Senate and the clubs and organizations that comprise the Senate. It will be the responsibility of the Student Senate to develop processes to properly administer the funds; requesting funds and awarding funds and ensuring these funds enhance the experiences of all Haskell students. These processes are required and must be in place in order to implement this change.

1884 – 2014
Celebrating 130 Years of Indian Education and Resilience

↰ Reply all ⌄    🗑 Delete   ⊘ Junk   Block   ⋯

**Student Senate message**



## HINU Student Government Association
August 17, 2020 at 3:15 PM · 🌐

**AUG 17, 2020**

# Message to all SGA Student Organizations of 2019-2020



As we addressed earlier, the Executive Board will not sanction any SGA Student Organizations (StuOrg.) until we resume safe in-person learning, and when it is 100% for large gatherings to continue. However, if a StuOrg. wants to be virtually active throughout the semester, that is a decision the StuOrg. will have to make for itself. **Since sanctioning will be not be happening, you are not bound by SGA rules and procedures.**

2 of 3

This Thursday, StuOrgs will have a chance to advertise and interact with incoming students at a Zoom meet-and-greet. If your StuOrg. is interested, please email Dr. Freda Gipp (fgipp@haskell.edu)

3 of 3



## HINU Student Government Association
August 17, 2020 at 2:56 AM · 🌐

USA000650

## Re: Indian Leader Funding

Byington, Steve K <steve.byington@BIE.EDU>
Tue 10/27/2020 10:35 AM
To: Prue, Stephen C <stephen.prue@BIE.EDU>

Jeri says they have access to their funding but no payroll has been submitted since the summer.

Steve Byington
Finance Specialist
Haskell Indian Nations University
Office: (785)830-2780  Fax: (785)830-2760
steve.byington@bie.edu

---

**From:** Byington, Steve K <steve.byington@BIE.EDU>
**Sent:** Tuesday, October 27, 2020 10:32 AM
**To:** Prue, Stephen C <stephen.prue@BIE.EDU>
**Subject:** Re: Indian Leader Funding

Jeri and I are separating the $35 Activity Fee this semester so the funding will be transferred into their account.  I am not aware of any restrictions to their account.  I will check with Jeri to see when the last batch of checks was written for their writers.  They are not sanctioned this semester because SGA decided against sanctioning any groups this semester.

Steve Byington
Finance Specialist
Haskell Indian Nations University
Office: (785)830-2780  Fax: (785)830-2760
steve.byington@bie.edu

---

**From:** Prue, Stephen C <stephen.prue@BIE.EDU>
**Sent:** Tuesday, October 27, 2020 10:27 AM
**To:** Byington, Steve K <steve.byington@BIE.EDU>
**Subject:** Indian Leader Funding

Steve,

Please update me on the Indian Leader's funding. Are they sanctioned and funded? The article in the LJ World indicates they are not funded.

USA000651

https://www2.ljworld.com/news/general-news/2020/oct/26/haskell-president-warns-student-editor-against-attacks-threatens-discipline-groups-denounce-action-as-first-amendment-violation/



## Haskell president warns student editor against 'attacks,' threatens discipline; groups denounce action as First Amendment violation

The editor in chief of the student newspaper at Haskell Indian Nations University says the university president is threatening his First Amendment rights and teaching Native American scholars that they don't have voices.

www2.ljworld.com

Stephen Prue
Special Assistant
Haskell Indian Nations University

*Our Mission at **Haskell Indian Nations University** is to build the leadership capacity of our students by serving as the leading institution of academic excellence, cultural and intellectual prominence, and holistic education that addresses the needs of Indigenous communities.*

USA000652

Fw: Indian Leader Payroll and Financial Document Request

Steven Byington <sbyington@HASKELL.edu>
Thu 2021-04-01 3:24 PM
**To:** Byington, Steve K <steve.byington@BIE.EDU>; Melanie Daniel <mdaniel@HASKELL.edu>

📎 1 attachments (262 KB)
ILA Fall 2020 Expense Report.pdf;

**Attached is the last withdrawal request from Indian Leader for Fall 2020.**

---

**From:** Jared Nally <jared.nally@HASKELL.edu>
**Sent:** Friday, January 8, 2021 12:44 PM
**To:** jeri.sledd@bie.edu <jeri.sledd@bie.edu>; Jeri Sledd <jsledd@HASKELL.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Indian Leader Payroll and Financial Document Request

aya Jeri,

I've attached the Indian Leader Association's pay roll to this email. Please let me know if I need to provide anything else to have our writers and photographers paid for their work for the fall semester.

Several times this semester (September 3rd, September 10th, and October 19th) I've attempted to engage you and the student bank to receive balance statements of the Indian Leader Association's student bank account—I am attempting again to ask you to please provide all past statements for our account for last year, 2020. This is crucial information for the planning of Indian leader Association activities.

I would also like to affirm whether or not HINU approved and acknowledged the Indian Leader Association's Plan of Operations sent to you on September 3rd.

I appreciate your cooperation in assisting the Indian Leader Association in their financial operations.

-Jared Nally, Editor-In-Chief

Get Outlook for iOS

**Fall 2020 Indian Leader Association Expense Report**

Jared E. Nally, Editor

Jayde Lanham, Secretary/Treasurer

The Indian Leader Association

Haskell Indian Nations University

155 Indian Ave. Box #4999

Lawrence, KS 66046

USA000654

FALL 2020 EXPENSE REPORT                                                              2

The following are the fall 2020 semester expenses for the Indian Leader Association

ending on December 31, 2020. Applicable receipts and invoices are included in the appendix.

**Fall 2020 Expenses**

| Item Description | Qty | Rate | Total |
|---|---|---|---|
| Arquette, Zachary | | | |
| *Article*: "New Mural Honors Wetlands..." | 938 | $0.10 | $93.80 |
| *Photography* : "New Mural Honors Wetlands..." | 3 | $5 | $15 |
| | | *Total* | *$108.80* |
| Banks, Tyran | | | |
| *Video*: "Interviews with Haskell Student..." | 1/2 | $15 | $7.50 |
| | | *Total* | *$7.50* |
| Begay, Delilah | | | |
| *Video*: "HINU Online Learning" | 1/3 | $15 | $5 |
| | | *Total* | *$5* |
| Bointy, Kayla | | | |
| *Distribution Manager Pay* | 1 | $50 | $50 |
| *Article*: "Graduating HINU Student..." | 485 | $0.10 | $48.50 |
| | | *Total* | *$98.50* |
| Chickaway, Shayla | | | |
| *Video*: "HINU Online Learning" | 1/3 | $15 | $5 |
| | | *Total* | *$5* |

USA000655

FALL 2020 EXPENSE REPORT                                                      3

Lanham, Jayde

| | | | |
|---|---|---|---|
| *Secretary/Treasurer Pay* | 1 | $50 | $50 |
| *Article*: "Student Responses to Presidential..." | 320 | $0.10 | $32.00 |
| | | *Total* | *$82.00* |

MacDonald, Connor

| | | | |
|---|---|---|---|
| *Assistant Editor Pay* | 1 | $50 | $50 |
| *Reimbursement*: Monthly Adobe License (Appendix) | 3 | $31.49 | $94.47 |
| | | *Total* | *$144.47* |

Manygoats, Alexander

| | | | |
|---|---|---|---|
| *Video*: "Interviews with Haskell Student..." | 1/2 | $15 | $7.50 |
| | | *Total* | *$7.50* |

Nally, Jared

| | | | |
|---|---|---|---|
| *Editor Pay* | 1 | $50 | $50 |
| *Article*: "Study Body President Steps Down" | 203 | $0.10 | $20.30 |
| *Article*: "Member of the Haskell Family..." | 113 | $0.10 | $11.30 |
| *Article*: "Curtis Worker Nia Schexnider..." | 120 | $0.10 | $12.00 |
| *Article*: "Change the Mascot?" | 208 | $0.10 | $20.80 |
| *Article*: "KC Football Honoree.." | 217 | $0.10 | $21.70 |
| *Article*: "Veterans Day Celebration" | 191 | $0.10 | $19.10 |
| *Article*: "The Indian Leader Wins..." | 110 | $0.10 | $11.00 |
| *Article*: "6th Grader Seeks Help..." | 396 | $0.10 | $39.60 |

USA000656

FALL 2020 EXPENSE REPORT                                                      4

| | | | |
|---|---|---|---|
| *Article*: "It's Not Just $475" | 763 | $0.10 | $76.30 |
| *Article*: "Native Author to Release..." | 270 | $0.10 | $27.00 |
| *Article*: "Haskell Alumni Involved in..." | 207 | $0.10 | $20.70 |
| *Article*: "President Supports Athletic..." | 288 | $0.10 | $28.80 |
| *Article*: "New Leadership in Women's..." | 259 | $0.10 | $25.90 |
| *Article*: "Haskell Instructor Honored..." | 301 | $0.10 | $30.10 |
| *Article*: "Native Themed Sports Mascots..." | 414 | $0.10 | $41.40 |
| *Photography*: "KC Football Honoree..." | 3 | $5 | $15 |
| *Photography*: "Veterans Day Celebration" | 3 | $5 | $15 |
| *Photography*: "President Supports Athletic..." | 1 | $5 | $5 |
| *Photography*: "Haskell Instructor Honored..." | 2 | $5 | $10 |
| *Video*: "KC Football Honoree..." | 1 | $15 | $15 |
| | | *Total* | *$519* |
| Sloan, Makayla | | | |
| *Article*: "Quarantine Creations..." | 519 | $0.10 | $51.90 |
| | | *Total* | *$51.90* |
| Walters, Christian | | | |
| *Video*: "HINU Online Learning" | 1/3 | $15 | $5 |
| | | *Total* | *$5* |
| | | *Grand Total* | *$1,034.67* |

FALL 2020 EXPENSE REPORT                                                    5

**Appendix**

USA000658

## INVOICE



**Adobe**

Adobe Inc.
345 Park Ave
San Jose, CA 95110

| | |
|---|---|
| Reprint | Page 1 of 1 |
| **Invoice Number:** | 1220905622 |
| **Invoice Date:** | JUL-03-20 |
| **Payment Terms:** | Credit Card |
| **Due Date:** | JUL-10-20 |
| **Purchase Order:** | ADD051216981 |
| **Contract No** | 00004490 |
| **Order Number:** | 7016866901 |
| **Order Date:** | JUL-03-20 |
| **Customer No.:** | 1452233 |
| **Bill to No.** | 1209578935 |

**Bill To:**
Connor MacDonald
6646 W KINSINGTON AVE
AK 99683-9832

**Adobe Contact Information:**
https://helpx.adobe.com/contact.html

| Line No. | Material No./ Description | UOM | Unit Price | Qty | Extended Price |
|---|---|---|---|---|---|
| 000010 | 65183258 | EA | 31.49 | 1 | 31.49 |
| | InDesign ALL MLP DSP Re: Inv 01 mnth MUN 1 MO DSP | | | | |

| North America | | | | | |
|---|---|---|---|---|---|

**Invoice Totals**

| | S & H | Sales Tax | Currency | Qty Shipped | Invoice Total |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | USD | 1 | 31.49 |

Comments:

USA000659



**INVOICE**

Adobe Inc.
345 Park Ave
San Jose, CA 95110

| | |
|---|---|
| Reprint | Page 1 of 1 |
| **Invoice Number:** | 1236658011 |
| **Invoice Date:** | AUG-03-20 |
| **Payment Terms:** | Credit Card |
| **Due Date:** | AUG-10-20 |
| **Purchase Order:** | ADD051216961 |
| **Contract No** | 00004490 |
| **Order Number:** | 7016866901 |
| **Order Date:** | JUL-03-20 |
| **Customer No.:** | 1452233 |
| **Bill to No.** | 1209578935 |

**Adobe Contact Information:**
https://helpx.adobe.com/contact.html

**Bill To:**
Connor MacDonald
6646 W KINSINGTON AVE
AK  99683-9832

| Line No. | Material No / Description | UOM | Unit Price | Qty | Extended Price |
|---|---|---|---|---|---|
| 000010 | 65183258 | EA | 31.49 | 1 | 31.49 |
| | InDesign ALL MLP DSP Ret Inv 01 mnth MUN 1 M/O DSP | | | | |

| North America | Invoice Totals | | | | |
|---|---|---|---|---|---|
| | | S & H | Sales Tax | Currency | Qty Shipped | Invoice Total |
| | | 0.00 | 0.00 | USD | 1 | 31.49 |

**Comments:**

USA000660

## INVOICE


**Adobe**

Adobe Inc.
345 Park Ave
San Jose, CA 95110

| | |
|---|---|
| Reprint | Page 1 of 1 |
| **Invoice Number:** | 1253404678 |
| **Invoice Date:** | SEP-03-20 |
| **Payment Terms:** | Credit Card |
| **Due Date:** | SEP-10-20 |
| **Purchase Order:** | ADD051216981 |
| **Contract No** | 00004490 |
| **Order Number:** | 7016866901 |
| **Order Date:** | JUL-03-20 |
| **Customer No.:** | 1452233 |
| **Bill to No.** | 1209578935 |

**Bill To:**
Connor MacDonald
6646 W KINSINGTON AVE
AK  99683-9832

**Adobe Contact Information:**
https://helpx.adobe.com/contact.html

| Line No | Material No / Description | UOM | Unit Price | Qty | Extended Price |
|---|---|---|---|---|---|
| 000010 | 65183258 | EA | 31.49 | 1 | 31.49 |
| | InDesign ALL MLP DSP Ret Inv 01 mnth MUN 1 MO DSP | | | | |

**North America**

**Invoice Totals**

| S & H | Sales Tax | Currency | Qty Shipped | Invoice Total |
|---|---|---|---|---|
| 0.00 | 0.00 | USD | 1 | 31.49 |

Comments:

USA000661

## Re: Indian Leader Payroll and Financial Document Request

Jeri Sledd <jsledd@HASKELL.edu>

Mon 1/11/2021 2:09 PM

**To:** Jared Nally <jared.nally@HASKELL.edu>; jeri.sledd@bie.edu <jeri.sledd@bie.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>

📎 1 attachments (595 KB)
ILA 2020 statement0001.pdf;

Jared,

I have received your request for checks to cut for the ILA staff. I will just need to have both you and Rhonda concur to the withdrawal of funds so that I can attach the email to a withdrawal slip in lieu of signatures.

I have also attached your 2020 statement of account. Please let me know if you have questions.

I am on campus daily now and I will read the plan of operations and forward them to the appropriate signers. Once it has been signed, I will forward you a copy.

Let me know if you need further assistance.

Jeri Sledd
Haskell Indian Nations University
785-749-8435
Student Bank
---------------------------------------------------------------------------------------------------------

**From:** Jared Nally <jared.nally@HASKELL.edu>
**Sent:** Friday, January 8, 2021 6:44 PM
**To:** jeri.sledd@bie.edu <jeri.sledd@bie.edu>; Jeri Sledd <jsledd@HASKELL.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Indian Leader Payroll and Financial Document Request

aya Jeri,

I've attached the Indian Leader Association's pay roll to this email. Please let me know if I need to provide anything else to have our writers and photographers paid for their work for the fall semester.

Several times this semester (September 3rd, September 10th, and October 19th) I've attempted to engage you and the student bank to receive balance statements of the Indian Leader Association's student bank account—I am attempting again to ask you to please provide all past statements for our account for last year, 2020. This is crucial information for the planning of Indian leader Association activities.

I would also like to affirm whether or not HINU approved and acknowledged the Indian Leader Association's Plan of Operations sent to you on September 3rd.

USA000662

1/11/21 at 13:14:53.45

**Student Bank**
**Vendor Ledgers**
**For the Period From Jan 1, 2020 to Dec 31, 2020**

Filter Criteria includes: 1) IDs: 23258. Report order is by ID.

| Vendor ID<br>Vendor | Date | Trans No | Type | Paid | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 23258 | 1/1/20 | Balance Fwd | | | | | 5,601.71 |
| INDIAN LEADER ASSOC | 2/6/20 | 053006 | CDJ | | 70.00 | | 5,531.71 |
| | 2/21/20 | 0417347 | CRJ | * | | 30.00 | 5,561.71 |
| | 2/24/20 | 68432 | CDJ | | 100.20 | | 5,461.51 |
| | 2/24/20 | 68433 | CDJ | | 145.00 | | 5,316.51 |
| | 2/24/20 | 68434 | CDJ | | 66.50 | | 5,250.01 |
| | 2/24/20 | 68435 | CDJ | | 343.20 | | 4,906.81 |
| | 2/24/20 | 68436 | CDJ | | 50.00 | | 4,856.81 |
| | 2/24/20 | 68437 | CDJ | | 55.00 | | 4,801.81 |
| | 2/24/20 | 68438 | CDJ | | 29.50 | | 4,772.31 |
| | 2/24/20 | 68439 | CDJ | | 21.10 | | 4,751.21 |
| | 2/24/20 | 68440 | CDJ | | 398.48 | | 4,352.73 |
| | 2/24/20 | T2JDSTRF224 | CRJ | | | 3,531.67 | 7,884.40 |
| | 2/26/20 | 053027 | CDJ | | 100.00 | | 7,784.40 |
| | 2/28/20 | 0417384 | CRJ | | | 26.47 | 7,810.87 |
| | 3/4/20 | 053033 | CDJ | | 80.00 | | 7,730.87 |
| | 3/5/20 | 68579 | CDJ | | 40.00 | | 7,690.87 |
| | 3/5/20 | 68580 | CDJ | | 192.70 | | 7,498.17 |
| | 3/5/20 | 68581 | CDJ | | 97.70 | | 7,400.47 |
| | 3/5/20 | 68582 | CDJ | | 154.50 | | 7,245.97 |
| | 3/5/20 | 68583 | CDJ | | 166.90 | | 7,079.07 |
| | 3/5/20 | 68584 | CDJ | | 95.60 | | 6,983.47 |
| | 3/5/20 | 68585 | CDJ | | 44.80 | | 6,938.67 |
| | 3/5/20 | 68586 | CDJ | | 63.70 | | 6,874.97 |
| | 3/10/20 | 0417418 | CRJ | | | 15.64 | 6,890.61 |
| | 5/26/20 | 68928 | CDJ | | 5.00 | | 6,885.61 |
| | 5/26/20 | 68929 | CDJ | | 54.40 | | 6,831.21 |
| | 5/26/20 | 68930 | CDJ | | 62.30 | | 6,768.91 |
| | 5/26/20 | 68931 | CDJ | | 192.10 | | 6,576.81 |
| | 5/26/20 | 68932 | CDJ | | 286.40 | | 6,290.41 |
| | 5/26/20 | 68933 | CDJ | | 50.00 | | 6,240.41 |
| | 5/26/20 | 68934 | CDJ | | 50.00 | | 6,190.41 |
| | 5/26/20 | 68935 | CDJ | | 27.10 | | 6,163.31 |
| | 5/26/20 | 68936 | CDJ | | 5.00 | | 6,158.31 |
| | 5/26/20 | 68937 | CDJ | | 95.30 | | 6,063.01 |
| | 5/26/20 | 68938 | CDJ | | 1,472.44 | | 4,590.57 |
| | 7/24/20 | 68982 | CDJ | | 112.50 | | 4,478.07 |
| | 7/24/20 | 68983 | CDJ | | 340.20 | | 4,137.87 |
| | 7/24/20 | 68984 | CDJ | | 137.10 | | 4,000.77 |
| | 7/24/20 | 68985 | CDJ | | 81.70 | | 3,919.07 |
| | 7/24/20 | 68986 | CDJ | | 32.20 | | 3,886.87 |
| | 7/24/20 | 68987 | CDJ | | 24.50 | | 3,862.37 |
| | 7/24/20 | 68988 | CDJ | | 57.00 | | 3,805.37 |
| | 7/24/20 | 68989 | CDJ | | 338.10 | | 3,467.27 |
| | 7/24/20 | 68990 | CDJ | | 66.00 | | 3,401.27 |
| | 7/24/20 | 68991 | CDJ | | 50.00 | | 3,351.27 |
| | 7/24/20 | 68992 | CDJ | | 50.00 | | 3,301.27 |
| | 7/24/20 | 68993 | CDJ | | 37.60 | | 3,263.67 |
| | 7/24/20 | 68994 | CDJ | | 37.30 | | 3,226.37 |
| | 7/24/20 | 68995 | CDJ | | 36.90 | | 3,189.47 |
| | 7/31/20 | 69004 | CDJ | | 430.00 | | 2,759.47 |
| | 8/7/20 | T2JDSTRF080 | CRJ | | | 4,526.00 | 7,285.47 |
| | 10/29/20 | T2JDSTRF102 | CRJ | | | 653.34 | 7,938.81 |
| **Report Total** | | | | | 6,446.02 | 8,783.12 | 7,938.81 |

USA000663

⤺ Reply all  ⌄   🗑 Delete   ⊘ Junk   Block   ⋯

**Fall 2020 Pell Grant Activity Fees**

BK    Byington, Steve K                                        🗑  👍  🗩  ↶  ⤺  →  ⋯
      Tue 3/2/2021 11:51 AM
      **To:** Graham, Ronald J; Franklin, Mona

There was $7280 total Activity Fees collected from Pell Grant in Fall 2020 so the Indian Leader, Recreation, and Student Senate will each receive $2,426.67.  This will likely be completed this week.


*Steve Byington*
Finance Specialist

*Bureau of Indian Education*
Haskell Indian Nations University
155 Indian Ave
Lawrence KS  66046
Office (785) 830-2780
Fax (785) 830-2760

Website: www.haskell.edu



Reply      Reply all      Forward

USA000664

⤺ Reply all  ⌄    ▥ Delete   ⊘ Junk   Block   ⋯

## Fw: [EXTERNAL] Re: Sanctioned Clubs

ⓘ   You forwarded this message on Tue 3/9/2021 4:12 PM

BK    Byington, Steve K                                   ▥  👍  🗩  ⤺  ⤺  →  ⋯
      Wed 3/3/2021 11:18 AM
      **To:** Franklin, Mona

      ┌─────────────────────────────┐
      │    clubs.pdf                │
      │    2 MB                     │
      └─────────────────────────────┘

*Steve Byington*
Finance Specialist

*Bureau of Indian Education*
Haskell Indian Nations University
155 Indian Ave
Lawrence KS  66046
Office (785) 830-2780
Fax (785) 830-2760

Website: www.haskell.edu

---

**From:** Jeri Sledd <jsledd@HASKELL.edu>
**Sent:** Wednesday, March 3, 2021 10:30 AM
**To:** Byington, Steve K <steve.byington@BIE.EDU>
**Subject:** [EXTERNAL] Re: Sanctioned Clubs

┌─────────────────────────────────────────────────────────────────────┐
│   **This email has been received from outside of DOI - Use caution before clicking on links,** │
│                **opening attachments, or responding.**                │
└─────────────────────────────────────────────────────────────────────┘

Not the Student Bank, but Student Senate does. Please see attached.

Jeri

**From:** Byington, Steve K <steve.byington@BIE.EDU>
**Sent:** Tuesday, March 2, 2021 11:32 PM
**To:** Jeri Sledd <jsledd@HASKELL.edu>
**Subject:** Fwd: Sanctioned Clubs

USA000665




*Recieved 1/28/15*

# Haskell Indian Nations University
## Guidelines for Registration of Clubs / Organizations

**General Statement**

All clubs and organizations at Haskell Indian Nations University are required to register with the Haskell Student Senate. Registration provides for official recognition as a group, use of University facilities and services, and the coordination and communication of the group's activities with the campus administration and other student groups.

**Classification**

The following types of organizations are eligible to register with Haskell Indian Nations University through the Haskell Student Senate:

1. *Residential Halls*: organized living groups and their associations;
2. *Academic*: groups related to academic discipline or interest of the University;
3. *Religious*: groups affiliated with or promoting religion, religious beliefs, or lack thereof;
4. *Common Interest*: groups formed for social interaction to promote or relate to a defined interest.

**Responsibilities of Student Clubs / Organizations**

Each student group must adhere to the following, which is taken from *Section IV* of the Haskell Student Senate Constitution:

1. Must have a full-time Haskell Indian Nations University Staff or Faculty as Sponsor/Advisor.
2. Must submit an Organizational Registration Application and Plan of Operations by the deadline to the Student Senate for approval.
3. Must appoint one (1) Senator and one (1) Alternate, who are in Good Academic and Social Standing, to attend meetings of the Student Senate.
4. Report major changes of their Plan of Operations to the Haskell Student Senate. Changes must be written and documented in a new version of the Plan of Operations.

**Duties of Student Senate Representatives**

Each Senator must adhere to the following, which is taken from *Section I, Article G* of the Haskell Student Senate Constitution:

1. Represent their group, is aware of opinions and ideas prevalent to their respective organization and votes accordingly.
2. Serve on at least one committee per semester and stay with that committee they have chosen for the remainder of their term.
3. Relay information to their groups so that they may be informed and aware of important details given at the Haskell Student Senate meetings.
4. Present a verbal presentation and written report of their group to the Haskell Student Senate on a monthly basis.
5. Follow and abide by all other obligations and duties as detailed in the Constitution of the Student Senate.

USA000666

## Role of a Sponsor/Advisor

All sponsors/advisors must provide constructive leadership to their student group, in addition to requirements regarding organizational responsibilities. This person is required to:

1. Attend as many club/organization meetings as possible, in accordance with each organization's plan of operations, constitution, or bylaws, whichever may apply.
2. Have knowledge regarding operational procedures, banking policies, and federal ethics.
3. Ensure the Senate Representative of the club/organization is attending Haskell Student Senate meetings to strengthen the communication between all clubs.

## The Registration Process

Student Clubs/Organizations must register once each academic year with Haskell Indian Nations University Student Senate. Steps 1 – 5 need to be completed by the designated deadline date. Any applications that are received after this date, without prior approval, will be referred to the General Assembly of Haskell Student Senate for a sanctioning vote.

1. Recruit at least 10 members to your group, hold a meeting, and elect officers.
2. Have the Sponsor/Advisor and Senate Representative fill out the Organizational Registration Application.
3. Complete the Signature Sheet.
4. Register with the Haskell Student Bank and submit a copy of the Organizational Registration Application with Plan of Operations attached.
5. Submit a completed and updated Organizational Registration Application with Plan of Operations attached to the Student Senate Office in Stidham Union.

## The Haskell Student Senate Executive Board will review the registration materials and determine:

1. If the group is eligible to register with Haskell Indian Nations University,
2. The group's request for classification category.
3. The responsibility for verification of membership rests with the student group and its sponsor/advisor.
4. When a student club/organization is granted official recognition (sanctioned), they will receive notice in writing (delivered to the organization's President, Senate Representative, and Alternate Senate Representative at their respective addresses as listed in the Organization Recognition Packet) and the date of the first General Assembly meeting that their Senate Representative will be required to attend.
5. Denial will be issued in writing.

Groups wishing to appeal a decision about registration status should submit a petition in writing, stating reasons why they deem their group should be sanctioned, to the Haskell Student Senate Executive Board. The petition will be presented to the General Assembly on their next meeting date and brought to a vote. A two-thirds (2/3) majority vote of the General Assembly is required to reverse the decision.

USA000667

↞ Reply all   ⌄   ⑪ Delete   ⊘ Junk   Block   ⋯

## Re: Plan of Operation: Haskell Indian Leader

**Bureau of Indian Education**
U.S. Department of the Interior
1849 C Street NW, MIB-3610
Washington, DC 20240
Cell Phone: (571) 732-7004

**Website:** www.bie.edu
**Facebook:** @BureauofIndianEducation
**Twitter:** @BureauIndianEdu

---

**From:** Franklin, Mona <mona.franklin@BIE.EDU>
**Sent:** Tuesday, March 2, 2021 4:52 PM
**To:** Jensen, Klarissa L <KLARISSA.JENSEN@BIE.EDU>
**Subject:** Plan of Operation: Haskell Indian Leader

Klarissa,

I am not sure this will be of any assistance to you, but I have included the newspaper (Indian Leader) plan of operation for the Haskell Bank.
The allegations of Haskell withholding 10K of course are inaccurate.

The reimbursable money is deposited as payments of fees (activity fees) are made throughout the academic year to the Indian Leader account. It is not a one-time deposit. Please let me know if you need any additional information from us. Thanks for your assistance.

Mona R. Franklin, MSM
Special Assistant to the President

Bureau of Indian Education
Haskell Indian Nations University
Lawrence KS  66046
Office (785) 832-6644
Cell (785) 766-0039
Fax (785) 749-8411

**Website:** www.haskell.edu
**Facebook:** @HaskellUniversity
**Twitter:** @HaskellUniversity

Reply      Forward

USA000668

Haskell Indian Nations University
Indian Leader Association



I.   Purpose
     The purpose of the Indian Leader Association is to provide a media outlet to serve the
     Haskell Indian Nations University campus and the local community by connecting
     mainstream or local news and cultural issues across Indian Country to the Haskell
     campus and community. The Indian Leader, the oldest Native American Student
     newspaper, is an independent student media outlet of Haskell Indian Nations University
     and will also serve the student body by communicating important information that
     impacts student academics and campus life.

     The Indian Leader will produce a minimum (5) issues per semester unless authorized by
     the Indian Leader Association Executive Board (consisting of consensus ruling) and
     authorized by the Indian Leader Association Advisor.

     The Indian Leader Association is published by the students of Haskell Indian Nations
     University. The newspaper exercises their individual rights to free speech and freedom of
     the press, guaranteed by the First Amendment Rights have been expressly recognized as
     rights, which individual students enjoy who attend Bureau of Indian Affairs school in
     Part 42 of Title 25 of the Code of Federal Regulations, Students' Rights and Due Process
     Procedures, 25 C.F.R. 42.3 (e)-(f) (1998). These basic rights have also been reaffirmed in
     Part II of the Code of Student Rights and Responsibilities of Haskell Indian Nations
     University (1998).

II.  Goals
     The goals of the Indian Leader Association will be to seek the truth and report the facts
     for the betterment of Haskell Indian Nations University and its students. The Indian
     Leader Association will initiate ethical standards while reporting on issues related to the
     student body of Haskell Indian Nations University.

     The Indian Leader Association will welcome all interested students that would like to
     participate.

     The main goal is to promote Native American issues and provide an outlet for those
     stories to be told, and to provide the Haskell Indian Nations University with accurate
     reporting while maintaining awareness of Journalism ethics and standards.

III. Faculty Advisor
     One or more faculty advisor(s) may be appointed by Haskell Indian Nations University to
     assist students in the publication of The Indian Leader.

        The faculty advisor may freely advise and instruct student editors and reporters in the
        subject of journalism and relevant professional standards, comment and critique the
        product of student journalists, and offer fiscal and technological guidance to the

Indian Leader Association. The advisor may provide what assistance needed to produce the Indian Leader newspaper.

A faculty advisor may make non-binding recommendations to the student editors, which the student editors may, in their sole discretion, take into consideration in the free exercise of the independent editorial judgment. Although a faculty advisor of the Chapter may freely offer advice or assistance to the student members of the Chapter, neither the faculty advisor nor other Haskell officer or employee has the right to censor, modify in any way, the content the Association produces.

IV.       Newsroom Policy
The publication titled "The Indian Leader Newsroom and Management Guidelines" will be policy for The Indian Leader newspaper. The Indian Leader operates in the same capacity as a business; therefore, everyone will be accountable for following regulations and procedures.

The Indian Leader Association receives 1/3 of the Student Activity Fee and divided among other groups (Student Activities 1/3 and Campus Activities Association 1/3). The financial backing of the Association is kept within the Haskell Student Bank and must follow banking procedures of the institution. The organization must follow banking policies under the supervision of the Haskell Student Bank. The monetary budget must reflect only with supplies, events, newspapers, magazines or a direct cost of the Indian Leader Association and not a subsidiary group or division. The money set forth toward the Association will be authorized for withdrawal under the supervision of the Haskell banking staff.

The Indian Leader Association is also under the Haskell NAJA (Native American Journalists Association) Student Chapter. The Haskell NAJA Student Chapter allows each branch to use money obtained for the chapter for supplies related to each identified field: Indian Leader (print), Haskell News (video/multimedia).

The Indian Leader Association will allow its active members with the use of equipment: cameras, voice recorders, etc. However, if the student does not return the property of the Indian Leader Association then the penalty amount (value of the equipment) will be charged to the student's account via the Haskell Business Office, with the approval of the Indian Leader Association advisor(s).

There will be no misuse of the equipment which is the sole property of the Indian Leader Association, under the supervision of the Indian Leader Executive Board. If there is a discrepancy of misusing equipment or the mistreatment of a fellow member, then the student breaking the procedures of the Association will revoke his/her membership (with the authority of the Editor and Assistant Editor, only) and will be asked not to participate the rest of the fiscal academic year.

USA000670

If an Indian Leader Association Executive Officer does not follow the procedures of the Association, then a majority vote of the active members will take place (nominated by the Advisor, only).

**Editor –In-Chief**
Requirements: must be in good academic/social standing with at least two semesters of Indian Leader experience.

Duties:
- Direct and supervise all Indian Leader functions.
- Sets semester deadlines with faculty advisor.
- Schedules and conducts weekly staff meetings.
- Does chief reads on all copy before web and print publication. Checks stories for legal and ethical concerns.
- Administration of The Indian Leader webpage.
- Prepares layout.
- Prepares final copy and distributes to Assistant Editor and one other Executive Officer for proofing.
- Sends final copy to printer.
- Reviews and approves payroll.
- Represents The Indian Leader on campus and in the community.

The Editor will also be President of the Haskell NAJA Student Chapter. The Editor may not vote during business meetings and will only vote during a tie breaker.

**Assistant Editor**
Duties:
- Supports the Editor in all Indian Leader functions.
- Does 2nd reads on all copy before web and print publication.
- Assists Editor with The Indian Leader webpage administration.
- Maintains advertising rates and fields advertising inquiries.
- Coordinates circulation and newspaper delivery to the following areas of campus:
  - Navarre Hall-Post office area, student bank area, admissions, Haskell Foundation offices, the President's office, the Registrar's office, the VP of Academics office, and financial aid.
  - Coffin Sports complex.
  - Sequoyah Hall-The Student Success Center, Dean's office (across the hall from SSC) math department (north end of building), and science department (middle, east side).
  - Ross Hall- humanities office, tables on both sides of building, Dean's office, and offices in far NE corner of building.
  - Pontiac Hall.

- o Parker Hall-Lobby area, department of education offices, and AIS wing.
- o Tam-i-nend Hall.
- o Facilities Management office-Winnemucca Hall.
- o Blalock Hall-All common areas.
- o Roe Cloud Hall-All common areas.
- o Curtis Hall lobby.
- o Tommaney Hall (library) including technology center and common areas.
- o Blue Eagle Hall.
- o Pocahontas Hall-All common areas.
- o Student Conduct Office-Minoka Hall.
- o Winona Hall-All common area.s
- o Stidham Union-The Eagles Nest, TRiO, Purple Threads, the Counseling Center, and Student Senate office.
- o OK Hall-all common areas and student housing offices.
- o Tecumseh Hall-Student Activities and Alumni Association room downstairs.
- Responsible for any Editor duties in his/her absence.

The Asst. Editor will be required to facilitate the fundraising opportunities for the Haskell NAJA Student Chapter as they arise. The Assistant Editor may vote.

**Secretary/Treasurer:** The Secretary/Treasurer will work with the Editor to help keep the Indian Leader Association on budget by maintaining financial records as well as providing accurate accounts of each meeting.

Duties:
- Provides financial report at each meeting.
- Provides meeting minutes. Minutes should be prepared and posted to the Indian Leader Google drive within 2 days of each meeting. Notification of posted minutes will be provided to news team via email or Indian Leader staff Facebook page.
- Payroll management as follows:
  - o The Editor will submit a final copy of the newspaper to Secretary/Treasurer upon submission to printer.
  - o Secretary/Treasurer will submit prepared payroll to Editor or Assistant Editor for approval.
  - o Once approved, Secretary/Treasurer will initiate meeting to vote on payroll.
  - o Secretary/Treasurer will obtain Advisor's signature and submit payroll to the student bank.
  - o Once checks are picked up from the bank, Secretary/Treasurer will notify check recipients via email or Indian Leader staff Facebook page of where/when to get checks.

- Ensures mail is picked up from the post office and delivered to the Indian Leader office before each weekly meeting.
- Maintains voicemail box and Indian Leader Gmail providing staff with a report of the activity of each at meetings or as needed.
- Maintains Google drive documents.
- Receives and tracks advertising payments.

**Student Senate Representative:** ~~Must attend all Student Senate Meetings and provide weekly report to news team paying particular attention to story opportunities. The Indian Leader Student Senate Representative must abstain from Student Senate voting in order to maintain an unbiased reporting position of the newspaper.~~

~~**Web/Social Media Manager:** Maintains Indian Leader social media outlets by producing daily content to Facebook and Twitter accounts.~~

~~Duties:~~
- ~~Responsible for maintaining student and community engagement with the Indian Leader through social media strategies.~~
- ~~Must generate at least one post per day.~~
- ~~Ensures Indian Leader web stories are posted to social media in a timely manner following notification from web administrators.~~
- ~~Aids in training staff on use of web page.~~
- ~~Gathers photos and/or information from news team to communicate to students and Haskell community through Indian Leader social media.~~
- ~~Works with Sports Editor to provide adequate representation of all Haskell teams on Indian Leader social media.~~
- ~~Provides weekly report of social media engagement —number of followers, posts that provided high or particularly low engagement numbers, etc.~~

**Cooperative Editor:** ~~This Editor is responsible for the production of the Indian Leader Journal magazine or other form of Indian Leader publication, outside of the newspaper. The Cooperative Editor is authorized by the Editor In Chief to work with the Association and Advisor. Any bills, invoices or decisions made by the Cooperative Editor may be vetoed by the Editor In Chief if the decision sets the budget of the Association back. The Cooperative Editor must make wise and conscious decisions for the betterment of the Association and its members. This Editor must coordinate an outside business meeting for each publication and find staff to help with the production of said publication.~~

**Indian Leader Writers/Reporters/Active Members:** Each student at Haskell Indian Nations University may participate with the Indian Leader Association. Active members of The Indian Leader are students who contribute to the publication of each issue of the newspaper OR social media/web content.

Executive staff listed below must have one published article in each issue in order to receive staff pay.

V.          Pay scale

| | |
|---|---|
| Editor: | $  50.00 per newspaper |
| Asst. Editor: | $  50.00 per newspaper |
| ~~Sports Editor:~~ | ~~$  50.00 per newspaper~~ |
| ~~Web Editor:~~ | ~~$  50.00 per newspaper~~ |
| Secretary/Treasurer: | $  50.00 per newspaper |
| Student Senate Rep: | $  50.00 per newspaper |
| Cooperative Editor: | $300.00 ½ paid midway and ½ paid after project is final |

**Articles:** Web or print $.05 per word
**Photos:**  ($5.00) per published photo with the max limit of 3 per article. Rate includes photos published on social media. Payee must be owner of all photos provided.
**Photo Collages:** ($15.00) with permission only.
**Other social media content:**  ($5.00) per published submission of original (this means created by you) creation of video, podcast, radio, audio, or infographic. Content will be reviewed on a case-by-case basis.

Additional pay may be authorized if the tasks and duties of members are related to an officer status. Officers may be authorized double pay if they reach more than 30 hours with Indian Leader Association activities, events, and responsibilities. Individual pay shall not exceed $350.00 per issue unless approved by sponsor.

VI.         Use of Funds
Funds for the operation of *The Indian Leader* will be used for the following:
- Invoices
- Office supplies
- Payroll
- Campus events conducted or sponsored by *The Indian Leader*

Requests for reimbursement will be considered, but as a general rule, requests for funds should be submitted in advance through executive staff vote, recorded in meeting minutes, and submitted to Haskell bank for withdrawal.

The individual staff member who signs for bank withdrawals will be the responsible party for the full amount of funds that includes returning receipts and unused funds. Discrepancies will be the sole responsibility of the individual handling the monies. Failure to return receipts and unused funds, regardless of whether the individual has left campus at the close of the semester, will result in a hold being placed on the responsible party's student account until funds/receipts are returned.

# The Indian Leader Newsroom Policy and Management Guide

Credits: The policy and management guide is adopted from *The University Daily Kansas* with permission and modified for *The Indian Leader.* Thanks to the *Kansas* for their input and direction.

USA000675

# The Indian Leader
# Newsroom Policy and Management Guide

## Introduction

Welcome to *The Indian Leader.* The Indian Leader Newsroom Policy and Management Manual is developed to help orient students, faculty, staff, and others in the management and production of *The Indian Leader.*

*The Indian Leader Newsroom Policy and Management Guide* was approved in the Spring of 1993 by the Indian Leader Association, publishers of the Indian Leader and the Haskell Yearbook.

*The Indian Leader* is edited and published by students at Haskell Indian Junior College for the purpose of promoting the free and informed debate and discussion of (1) topics of special interest to Haskell students and alumni, (2) issues of special importance to Native Americans generally, and (3) all newsworthy topics and public issues of general interest to American citizens. The Haskell Yearbook is edited and published by students at Haskell Indian Junior CollegeNations University for the purpose of maintaining records of the previous year's events.

The Indian Leader Association is committed to improving the ability of Native Americans to determine their own destiny by providing an open public forum in which all concerned citizens, regardless of race, creed, color, sex, religion or national origin, might freely discuss the important public issues of the day. The members of the Association believe that by providing a public forum, readers and contributors alike will improve their understanding of the true meaning of leadership, citizenship and democracy in contemporary American society through an open, honest and fair-minded exchange of views.

## Ethics and Policy

Standards of conduct for staff members of *The Indian Leader* are the same as those adhered to by any responsible professional newspaper. They are outlined here as guidelines that staff members are expected to follow.

This policy manual does not describe every circumstance that could pose a problem. It does not answer every question that might arise. Instead, it is designed to establish general rules that editors, reporters and photographers are to use in reporting the news and producing the newspaper. Violation of these standards can be grounds for dismissal.

**Advance Viewing:**
Outside review of copy, photographs or artwork is not permitted unless approved in advance by the editor. For some stories, such as those that involve complex scientific information, a knowledgeable source might be asked to verify the accuracy of specific elements of the story before it is published. An entire story should never be reviewed by someone outside *The Indian Leader* staff. Check with an editor or adviser about similar situations.

**Conflicts of Interest:** The first obligation of staff members is to perform their assigned *Leader duties.* To do so, staff members, or anyone who writes for the *Leader,* must be free from any obligation to any interest other than the public's right to the distribution of news and enlightened opinion.

USA000676

Staff members should exercise great care before becoming involved in any political context beyond voting. Under no circumstances may a staff member work, for pay or as a volunteer, in political organizations or campaigns.

If a relative or close friend is involved in any political activity, a staff member should tell the editors and refrain from covering or making news or editorial judgments about such a campaign or organization. Such precautions should be taken on all types of stories or photographs.

Because of the nature of the *Leader* and its readership, student politics and campus political organizations are even more likely to create the appearance of partiality than traditional political organizations. Remember that the appearance of bias is devastating to the newspaper's credibility as is actual bias.

**Other conflicts:** A *Leader* staff member may not work as a staff member, editor or contributor for any other publication or news service without the consent of the *Leader* editor. Staff members who wish to free-lance periodically for other publications also must seek permission from the editor. Any staff member who is found hiding his affiliation with another publication also must seek permission from the editor. Any staff member who is found hiding his affiliation with another publication will be dismissed.

Appearances on radio or television by *Leader* staff members may be permissible only if reported in advance to the editor. Remember, however, that only the editor may talk as a representative for the *Leader*.

**Gifts:** As journalists, the obligations of staff members are clear--gather and report the news with vigor and compassion and report it without prejudice.

Staff members must not use their positions at the *Leader* to obtain any benefit or advantage not afforded to the public generally. Staff members do not accept business-related gifts or favors, either at home or in the office.

Staff members should not accept free rooms, sample equipment or goods of any kind. Staff members may not accept free trips. Free tickets or access to events may be accepted, but only when special arrangements for the press are necessary. The press box at sporting events is an example. Editors are responsible for making certain that advantage is not being taken of certain situations. Friends or guests are not allowed to use Leader passes to events.

The *Leader* pays for tickets to entertainment events that staff members are reviewing. Books and records are accepted only as news releases and become the property of the *Leader*.

*Leader* members should not accept free meals or drinks. This does not mean that staff members cannot accept a cup of coffee or something that can be repaid later. Reporters should not, however, be wined and dined while pursuing a story. The cost of meals incurred in the course of gathering stories will be paid by the *Leader*. Generally, however, it is difficult to take accurate and complete notes while eating.

Any travel must be approved by the editor and the Association.

When in doubt, please follow the American Society of Professional Journalists code of ethics in the back of the booklet.

USA000677

# Dealing with the public

Courteous and professional treatment is afforded anyone who telephones or walks into the newsroom.

**Telephone Etiquette:** When taking messages, be sure to get the correct name and phone number.

Also include your name, the time and date the message was received. The telephone is for business use only. Do not leave this number for personal messages to be taken by any staff member or the faculty adviser.

**Complaints:** Complaints should be referred to the editor. If no editor is available, take a name and phone number and tell the person that an editor will call back. If a complaint is in any way abusive or if the staff member is threatened, write a short but thorough memo and give it to the editor.

**Corrections:** The decision to run a correction is made by the editor. When the *Leader* incorrectly has reported a story or misidentified someone in a photograph, the editor will arrange for a correction to appear promptly. It may appear on Page 1 if the story was on Page 1. Otherwise corrections will appear on Page 2. When talking to someone who has a complaint, do not verify the mistake, blame anyone, agree with anything or promise anything. Do not give your personal opinion as to what should be done. Refer the person to those mentioned above. Any staff member who makes a mistake requiring a correction must fill out a correction form and turn it in to the editor.

**News Tip:** When readers call in with news tips or photo ideas, staff members are expected to treat them with courtesy. The *Leader* encourages readers to call or to stop by the newsroom when they have story ideas. It's a way for them to let the editors know what they want to see in the paper, and those ideas often turn into the best stories and photos. Listen patiently to callers, write down the tips and thank them for calling or stopping by the newsroom.

**Letters Policy:** The *Leader* accepts letters to the editor with the understanding that the editor may edit or reject the letters. When readers bring letters to the newsroom, make sure that the letter has a signature     and a phone number.

# Police News and Obituaries

**Crime Stories:** In crime stories, description of the incident must be attributed carefully. Police records are protected in cases of libel, but they might be wrong nonetheless. Let readers know where the information came from. When the *Leader* reports that someone has been accused of a crime, the newspaper incurs the obligation to follow the case to trial and to its conclusion.

**Suspect Identification: The** *Leader* **does not identify suspects in crime stories unless the suspects have been charged in the court system.** An arrest does not mean a suspect has been or will be charged. Identify a person charged with a crime with age and address. Also, the term "alleged" should be used with care. "Alleged murderer" is libelous.

A suspect's race or ethnicity should not be mentioned in a story unless the information is part of a detailed description including age, height, weight, attire, and distinguishing characteristics.

**Victim's Names:** The names of juveniles, rape victims and people who have attempted suicide are not published except in circumstances approved by the editor. Consult with the editor when naming the victims of any traumatic event or violent crime.

USA000678

**Here are some guidelines that staff members should use to determine whether a victim's name should be used.**

**Living or dead.** Did the victim die, or is he or she still living? If the victim survived, it is probably not a good idea to use the name, especially if it was a private individual in a common type of traumatic event. If the victim died, it lends more weight to using the name(as in an obituary).

**Juvenile or adult.** Kansas law protects the identity of juveniles involved in criminal proceedings. The same kind of protection should be given to juveniles involved in traumatic events.

**Prominence/public figure.** Is the person well known? In what context: national, regionally or locally? Determining whether someone is a public or private person should be done in the same manner as it is determined for libel.

**Newsworthiness/manner.** Is the event newsworthy enough to justify it. Unusual circumstances often are cited, but be careful not to sensationalize a tragic event needlessly.

**Rape.** As stated before, rape victim's names should not be used. Do not name the suspect of a rape until the suspect has been charged in court.

**Suicide.** Generally, names should not be used in stories dealing with suicide attempts. If the suicide was newsworthy only because it was a suicide, consider using an obituary format. Then it is appropriate to use the victim's name.

# Dealing with Sources

Staff members must identify themselves when covering any event for the *Leader,* unless the editor has given approval for reporters or photographers not to disclose their identity.

To help reporters and news sources understand what information is fair to report, under what conditions the information may be used and how that information may be obtained, complicated news gathering practices have evolved. Even among journalists, there is disagreement about defining these terms. Listed are some reporting procedures that *Leader* reporters are expected to follow.

**The Leader Policy:** Our policy is for reporters never to agree to conduct an interview in any way other than on the record, unless the editor has been consulted before the interview. There almost always is some other way to get information. Not for attribution, off the record and background (explained below) many times serve only to tie the hands of both the reporters and the newspaper. Remember, unless a specific agreement is made before the interview, the interview is on the record.

In some cases, exceptions to this policy may be justified. Again, speak to the editor for questions about this.

**On the record:** All the information and name of the news source may be used in a story. Interviews are on the record unless an agreement to the contrary is made in advance. In most cases, reporters will not

USA000679

say an interview is on the record. The assumption is that if someone is talking to a reporter, the information is for the record. Sometimes out of courtesy, however, reporters should explain to people who are not used to dealing with the press that all information could be used in a story.

**Anonymous Sources:** This is information given to a reporter that can be published, but the identity of the source cannot be used. For example, a district attorney might tell a reporter of plans to move for a mistrial in a murder case. But the district attorney tells the reporter he or she can use the information as long as the reporter identifies the source only as one close to the case. This way the district attorney will not offend witnesses who may first learn about the move by reading the paper.

**Background:** This is a difficult area. Generally, background information is intended to educate and guide the reporter in writing a story, and the gist of the information can be used if the source is identified.

A writer should make clear for the reader that the writer is not the original source for the information. For example, an administrative assistant might brief reporters about the college's coming budget and the rationale behind parts of it so they will be better prepared for a news conference or a meeting later in the week.

# Reporting Standards

**Report News; Do Not Make It:** *Leader* staff members should not put themselves in situations that result in their making news or in their altering their presentation. *Leader* reporters should not ask questions during public question-and-answer forums or during public meetings, such as faculty meetings or student senate. Ask questions after the meeting or during intermission.

Likewise, the newspaper generally should not intrude into news stories with such phrases as "told the *Leader*" or "the *Leader* has learned."

**Fairness:** Any viewpoint in a story must be balanced by an opposing viewpoint. This does not mean a reporter should dig up or create controversy. But people or groups that have been criticized in a story must have a chance to respond in the same issue.

One call to obtain the other side of an issue is rarely enough. The reporter's obligation is to present a true reflection of the situation.

Do not tarnish the *Leader's* reputation by acquiring information through questionable means. If in an extreme case the editor approves an extraordinary way to get information, the story will explain how the information was obtained and why it was gathered that way.

**Cultural Sensitivity:** Be sensitive to the concerns of members of other minority groups. Realize that not all people celebrate the same holidays or have the same values. Try to stay abreast of the events that are going on in your sources' lives, no matter what race, religion or sex.

As a forum for a diverse community, the *Leader* cannot afford and will not tolerate prejudice from its staff. Racial slurs, sexual harassment and similar discriminatory misconduct will be grounds for dismissal.

USA000680

**Direct Quotes:** Except for minor grammatical errors in the speech of ordinary persons, quotations are not to be altered. The *Leader* does correct minor errors that might otherwise take on undue importance or cause the speaker to look foolish. Mispronunciations rarely should be used, even for color, as they tend to make a speaker appear inarticulate.

**Verification:** In general, do not quote from news releases, other paper's stories or news broadcasts without verifying the information or attributing it. *Leader* reporters are expected to verify information in news releases and then rewrite the releases. Information from another newspaper should be identified as being from that newspaper. Reporters should try to get quotations directly from the source instead of quoting from prepared statements. If quotations are taken from prepared statements, the story should say so. When covering a speech, reporters should try to get a copy of the text to quote the speaker accurately and talk to the speaker afterward for elaboration about specific points.

**Obscenities:** Obscenities and vulgarities should not be used simply to add color or humor. Use them sparingly and only when imperative to give a full portrayal to the reader. The number of listeners--one or two reporters as opposed to an auditorium full of people--often enters into news judgement in questions of obscenity. The editor or assistant editor decides whether to use questionable language.

# Newsroom Management

**Personnel:** The editor handles all problems in the news department. Any staff member with a complaint or scheduling conflict should talk to the editor. Suggestions are welcome.

**Mail Boxes:** Staff members will have mailboxes for messages and assignments. Staff members should check their mailboxes several times a week. They also should not let papers accumulate in their boxes.

**Phones:** Personal long-distance calls will not be tolerated. Making such call is grounds for dismissal. All long-distance calls are to be logged on the out-going telephone log.

**Travel:** Travel must be approved by the editor. Most travel should be authorized first by the Indian Leader Association.

**Materials:** The Leader provides staff with a computer and other materials to layout the paper. The Leader does not provide notebooks.

**Office Access:** Navarre Hall is open from 8-5 p.m. Staff members are expected to organize their time to reflect these hours. If you need in the building beyond specific hours, the time needs to be arranged in advance. This is for *Leader* staff and yearbook activities only. Tecumseh Hall is open at various hours. A key to Tecumseh and to the *Leader* office will be available to staff at the front desk of the library. Staff must sign keys in and out. In the event a staff member forgets to return the key to the library the Editor or sponsor must be notified. A lost key charge of $200 will be submitted to the business office under a staff member's account for lost keys.

**Maintenance:** The newsroom should be clean all the time. The public, faculty and administrators frequently visit, and the newsroom must project every aspect of professionalism. Reporters and editors are expected to clean up around computer terminal(s). Otherwise, loose notebooks and belongings will be thrown away.

USA000681

Smoking is prohibited in the building. This includes the newsroom, and other offices. Keep food and beverages away from the terminals. Staff members will be responsible for any damage they cause to them.

**Newsroom Conduct:** Staff members should act as professionals in the newsroom. Less-than-professional behavior will not be tolerated and is grounds for dismissal. Alcohol and substance abuse will not be tolerated and is grounds for dismissal.

# Newsroom Procedures

**Deadlines:** They must be met. The *Leader* reporters are to complete their assignments on deadlines given by the editor. To meet our responsibilities, deadlines need to be staggered. Failure to meet a deadline on schedule is grounds for dismissal.

**Style:** The *Leader* uses *The Associated Press Stylebook.* In addition, a Leader style guide at the end of this pamphlet explains the newspaper's exceptions.

**Datelines and Bylines:** A dateline is not used on a byline unless the reporter was actually at the place named in the dateline and provided a substantial part of the information in the article from that area.

**Staff Meetings:** Staff meetings are held twice a month. Meetings should last no more than 30 minutes. The meetings are for the entire staff. Attendance is mandatory.

**Style Supplement**

**AIDS** People do not die of AIDS; they die of complications of AIDS.

**Black** Use when African-American is inappropriate or inaccurate. Capitalize in all instances when referring to people of African ancestry.

**Board of Regents** Use Board of Regents on first reference, then Regents. No apostrophe in any usage.

**chairperson** Do not use chairman or chairwoman. When possible, construct the sentence with the verb "to head" instead of chairperson. For example, "John Doe, who heads the HIJC student board, .. ."

**cities in Kansas** Do not use Kansas or Kan. after Kansas towns, unless they are likely to be confused with big cities in other states, such as Minneapolis, Kan., and Kansas City, Kan.

**coed** do not use coed to refer to a female student. More descriptive uses of the word are acceptable: coed softball, coed residence halls.

**departments** Athletic Department is uppercase, but don't capitalize academic departments (department of history) unless a word normally would be capitalized (department of English, department of History). Governmental departments appear as you normally see them: Department of the Interior.

**grade point average** on first reference, then GPA.

**Coffin Sports Complex** on first reference, the Complex.

**homecoming** It is Homecoming Day, but homecoming.

**Haskell Indian Nations University** When referring to Haskell Indian Nations University use Haskell

**Identification:** Faculty members are identified as thus, Rhonda LeValdo Instructor of Media Communications. Professors who hold distinguished or named professorships should be identified with their complete titles. Thus: John Doe, professor emeritus of history.

Haskell students are identified thus; John Doe, (Creek), Tulsa freshman. Put tribal affiliation in ( ). But, individuals should always be identified in a manner most appropriate to the context of the story.

**The Indian Leader** *Leader* on second reference.

**names** On second reference, normally use a person's last name only. First names may be used on second reference in stories about children under the age of 10. In stories about several people with the same last name, use first and last names to avoid confusion.

**newspaper names** Italicize names of newspapers and other publications.

**quotes** Avoid using colons to introduce quotes.

**Representatives and Senators** refer to AP Stylebook.

**semesters** When followed by a year, the season is capitalized. For example, Fall 1989. However, fall semester is lowercase.

**senators** Identify student senators by the groups they represent or by their position in Senate, whichever is more important. John Doe, Bialock senator.

USA000683

**sheriff's office** Douglas County Sheriff's Office on first reference, then sheriff's office. Refer to deputies as deputy sheriff.

**streets** Use AP Stylebook

**theater** Use this spelling except for proper names

**time** The order is time, day, place: 10 a.m. Friday in 141 Ross Hall.

**titles** In the title of a book a lecture or a play, don't capitalize an article (a, an, the), the "to" of an infinitive, a preposition with fewer than five letters, or "and" as, but, if, nor, or," unless the word is the first or the last word of the title. Capitalize the titles of all publications.

**United States** Except in quotes or editorial page copy, change America to United States and American used as an adjective to U.S. whereever the meaning is the nation, not the hemisphere. However, be reluctant to change American used as a noun to U.S. citizen; the meanings are not necessarily synonymous.

USA000684

# BUREAU OF INDIAN AFFAIRS MANUAL                62 BIAM

## EDUCATION

## POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

USA000685

BUREAU OF INDIAN AFFAIRS MANUAL                    62 BIAM 7.1
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

### 7. POST SECONDARY SCHOOL ENTERPRISES

7.3 Post Secondary School Enterprises

- A.  Enterprise accounts will be dual controlled. Including, but not limited to, reconciling cash drawers, recording daily deposits and receiving inventory.
- B.  Enterprise accounts will be required to submit monthly income statements to be retained in the student bank.
- C.  Enterprise accounts are prohibited from obtaining credit lines. (i.e. may not order any goods or supplies on credit.)
- D.  Independent daily reconciliation of cash register ending cash and credit receipts to sales at end of business day.
- E.  Independent controls on inventory will be maintained.
- F.  Excess cash will be deposited daily.


BUREAU OF INDIAN AFFAIRS MANUAL                    62 BIAM 8.6
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

8.6     Group Funds of Older Students in Larger Schools

B.1.    Post Secondary Sponsorship
The sponsor/sponsors shall be responsible for conducting the activities in conformance with the plan of operations, but shall require the students to carry out the operation. The sponsor/sponsors shall not be required to handle or account for activity funds, but should give adequate instructions and supervision for proper handling and accounting of funds by the designated student officers. (i.e. secured lock box/bag or locked drawer.)

The sponsor/sponsors of a club should be a school employee. However, the official in charge of the school has the authority to designate a non-employee to be a sponsor as long as it is stated in writing and submitted to the Student Bank.

USA000686

C.1a.   Post Secondary Plan of Operation

(1A) A written plan of operations is required for <u>ALL</u> organizations that have an account at the Student Bank.  Every TWO years, your organization will be responsible for submitting a new plan of operations unless changes are made.  In this case, a new plan of operations is due immediately.

A Plan of operations shall be written and approved by members of each organization. This plan shall state the title, the purpose, membership eligibility and requirements, and details of operations such as, election of officers, schedule of meetings, fundraising and production activities, exact use of funds or product, and the accounting system.  The plan must include provisions for payment of withdrawals that are outstanding after the duly elected officers have left school.  Provision shall also be made for and audit of the clubs account if the sponsorship changes during the school year.

The plan of operations once finalized will then need to be approved and signed by the following:

STUDENT CLUBS:                          CAMPUS ORGANIZATIONS:
University President                        University President
Chief of Finance                             Chief of Finance
VP of University Services               Immediate Supervisor
Student Senate President

The Student Bank reserves the right to request a new plan of operations at any given time.

Note: A plan of operations shall not be required of a school group which organizes temporarily to raise funds by means of one project.

<u>BUREAU OF INDIAN AFFAIRS MANUAL</u>                    <u>62 BIAM 8.6</u>
EDUCATION
<u>POST SECONDARY APPENDIX FOR BIE STUDENT BANKS</u>

F.  <u>Post Secondary Signature Cards</u>

(1) All clubs, organizations, and committees must have a signature card on file at the
Student Bank before any business can be conducted. A student club will have four
officers and two sponsors.  A Campus Organization/Committee will need to have the
minimum requirement of three signers.

If a member resigns, a copy of any letters of resignation must be turned into the Student
Bank.  If any other changes occur, such as adding a member, deleting a member or
changing the organization name, or closing the account, then a new signature card needs
to be signed and meeting minutes must be provided stating the new information.

A new signature card will be submitted every school year regardless of changes or no
changes.

Only the signers on this card will be given account information, with the exception of the
official in charge requesting a balance.

G.  <u>POST SECONDARY MEETING MINUTES</u>

All Student clubs must provide meeting minutes when presenting a bank withdrawal
request.  They should be neatly typed, contain the names of members present at the
meeting, and outline the unanimous authorization of funds from the clubs account.

H.  <u>POST SECONDARY DEPOSITS</u>

The Student Bank will fill out the pre-numbered deposit slips for **ALL** clubs,
organizations and committees.  Make sure that whoever is presenting the deposit has
counted the deposit items and is aware of how much is being deposited.  The bank will
retain the original white copy and the duplicate yellow copy will be returned to the club,
organization or committee for their records.

Any funds being deposited into the Student Bank must have a credit reason.  This means,
the source in which the funds came from. Ex...taco sale, donation etc...This information
will be documented on the deposit slip for audit and referral purposes.

USA000688

BUREAU OF INDIAN AFFAIRS MANUAL                    62 BIAM 8.6
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

The Student Bank does **NOT** accept personal checks. If a club, organization or committee accepts personal checks, and said check is returned as unpaid for any reason, the club, organization or committee will be charged for the amount of the check and any fee associated with the transaction. The check will then be returned to the club for collection.

If you have an abundance of coin that will be deposited, the club, organization or committee will be responsible for rolling the coin in the proper increments. The bank has coin wrappers available upon request.

## I.   POST SECONDARY WITHDRAWAL REQUESTS

A withdrawal request is a form that a club, organization or committee can pick up at the Student Bank for the purpose of withdrawing funds from their account. Each withdrawal is numbered and can be used for either a cash withdrawal or check withdrawal or both. If more than one check is requested, attach another sheet of paper and list all additional checks needed.

All withdrawals require **TWO** signatures. One signature is the sponsor and the other signature is an authorized signer per the signature card or plan of operations. Campus organizations will require two authorized signers per their signature card.

If your club, organization or committee fills out a withdrawal request for a check, the check will be available the **NEXT** business day. Invoices should accompany these requests.

If a check is being requested for reimbursement purposes, the receipts must accompany the withdrawal request. Reimbursements are done by check **ONLY.**

Purchases should **NOT** be made prior to requesting a withdrawal form from the Student Bank. The proper procedure is to get the withdrawal request for funds and then if those funds are exceeded, a reimbursement will be deemed necessary.

IMPORTANT:

ANY WITHDRAWAL REQUEST THAT HAS NOT BEEN CLEARED WITHIN 30 DAYS WILL CAUSE THE CLUB, ORGANIZATION OR COMMITTEE ACCOUNT TO BE SUSPENDED AND NO ACTIVITY WILL BE ALLOWED. NO EXCEPTIONS!!!!!

BUREAU OF INDIAN AFFAIRS MANUAL                                62 BIAM 8.6
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

J.   Post Secondary Receipts

When a withdrawal is made from a club, organization or committee account, the person that signs for the cash or check(s) will be held accountable for supplying the receipts/invoices that prove the funds were used for the purpose intended as stated on the withdrawal request.  The date and purchased items on the receipts **MUST** correspond with the information on the withdrawal request.

If there are several receipts, they **MUST** be neatly taped onto a sheet of paper, to ensure proper verification.  The bank will **NOT** accept them otherwise.  If receipts are lost, the person that signed the withdrawal request will be held accountable for either obtaining another receipt or paying the cash to clear the withdrawal.  **NO HANDWRITTEN RECEIPTS WILL BE ACCEPTED!!!!!**

Receipts/invoices should equal the amount withdrawn from the account.  If the receipts/invoices equal less than is stated on the withdrawal request, then the remaining cash needs to be deposited back into the club, organization or committee account. If the receipts/invoices equal more than stated on the withdrawal, the club, organization or committee can request another withdrawal for a reimbursement.

All receipts presented to the Student Bank must be for the purpose stated on the withdrawal request i.e., if a gas receipt is presented and it is not listed as the purpose for the use of the funds then this receipt will **NOT** be accepted.

BUREAU OF INDIAN AFFAIRS MANUAL                                62 BIAM 8.7
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

8.7     School Banks

C.      Funds in School Bank

   **1.A.    Post Secondary Personal Funds**
All students are encouraged to open and maintain an account with the Student Bank.

BUREAU OF INDIAN AFFAIRS MANUAL                            62 BIAM 8.7
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

A signature card is required to open an account. The purpose of the signature card is to
have the information needed to contact a student of monies not claimed at the end of each
school year.  Immediate and aggressive action shall be taken to locate the depositor and
forward the balance of the account.  For amounts of $1.00 or less, one attempt shall be
made to locate the depositor.  If the depositor is not located, the account may be closed
by transferring the balance to the general student activity fund subject to claim and
payment any time requested by the student.  For amounts of more than $1.00, locator
action shall be actively pursued for a reasonable period in relation to the amount after
which the balances of such accounts may be disposed of in the same manner as those of
less than a $1.00.  Payment of all claims from individual depositors against this fund shall
be subject to approval of the official in charge of the school.

There is no minimum balance to open an account. This is your money that the Student
Bank is responsible for safekeeping. There are **NO** fees, minimum balance or ATM
cards. You can take your account to a zero balance and it will remain open for deposits
and withdrawals throughout the school year.

You will receive monthly statements and you can request a statement at any time.

**NOTE:** The Student Bank does **NOT** accept personal checks.

F.1. Post Secondary Safekeeping Facilities

1. Note: All vault openings will be by accomplished by two distinct staff persons
   inputting their unique/secure passwords simultaneously. Both parties will witness
   the opening, sign off on vault transactions/balances, and both will stay until vault
   is re-closed.
2. At start of business day Lead bank teller will withdraw estimated daily cash
   requirement for teller drawers out of vault including some amount of spare change
   rolls.
3. Immediately after beginning vault balance and teller drawer amount is verified by
   backup staff/teller.  The vault will be shut and stay closed until the end of the
   business day unless bank receives a cash delivery or needs to make a deposit to
   Douglas County Bank. The vault can be opened again briefly if there is an
   unforeseen (rare) cash shortage in Teller drawers.
4. Vault will be opened at end of business day to store operating cash and teller
   drawers. End of day vault balances will be verified and signed again same as
   above.

BUREAU OF INDIAN AFFAIRS MANUAL                    62 BIAM 8.7
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

G.11a.Post Secondary Statements to Depositors

Statements will be sent to the sponsor and their respective managers each month. The managers will be responsible for reviewing club bank statements in which their employees are sponsors and/or signers.

Managers will be responsible for periodically reviewing withdrawals to maintain accountability of their respective department.

A statement will be available upon request at any time.


CREDIT LINES ARE PROHIBITED

USA000692



## HASKELL INDIAN NATIONS UNIVERSITY
## POLICIES AND PROCEDURES FOR:

# STUDENT BANK

## HOURS SUBJECT TO CHANGE

### 9:00AM-4:00PM

USA000693



# PURPOSE

The Student Bank shall provide for the deposit and withdrawal of personal and group funds.

Students shall be encouraged to open and maintain personal accounts in the Student Bank for the purposes of learning how to use bank services and safekeeping of personal funds. Students who may have personal funds in sufficient amount to warrant it shall be encouraged to transfer their accounts to a bank off campus.

All group funds derived from class projects, student associations, or other types of group activities shall be deposited and expended through the school bank. These organizations shall be subject to the official supervision of the official in charge of the school or a designated official i.e. sponsor.

All clubs, organizations, committees and enterprise accounts shall be under the official supervision of the officer in charge of the school.

USA000694



## PLAN OF OPERATIONS

A plan of operations is required for <u>ALL</u> organizations that have an account at the Student Bank. Every TWO years, your organization will be responsible for submitting a new plan of operations unless changes are made. In this case, a new plan of operations is due immediately.

A Plan of operations shall be written and approved by members of each organization. This plan shall state the title, the purpose, membership eligibility and requirements, and details of operations such as, election of officers, schedule of meetings, fundraising and production activities, exact use of funds or product, and the accounting system. The plan must include provisions for payment of withdrawals that are outstanding after the duly elected officers have left school. Provision shall also be made for and audit of the clubs account if the sponsorship changes during the school year.

The plan of operations once finalized will then need to be approved and signed by the following:

STUDENT CLUBS:                    CAMPUS
ORGANIZATIONS:
University President              University President
Chief of Finance                 Chief of Finance
Student Senate President         Immediate Supervisor

The Student Bank reserves the right to request a new plan of operations at any given time.

<u>Note:</u> **A plan of operations shall not be required of a school group which organizes temporarily to raise funds by means of one project.**

USA000695



## SIGNATURE CARDS

All clubs, organizations, and committees must have a signature card on file at the Student Bank before any business can be conducted. A student club will have four officers and two sponsors. A Campus Organization/Committee will need to have the minimum requirement of three signers.

If a member resigns, a copy of any letters of resignation must be turned into the Student Bank. If any other changes occur, such as adding a member, deleting a member or changing the organization name, or closing the account, then a new signature card needs to be signed and meeting minutes must be provided stating the new information.

A new signature card will be submitted every school year regardless of changes or no changes.

Only the signers on this card will be given account information, with the exception of the official in charge requesting a balance.

The official in charge of the school has the authority to be the second signer on a withdrawal request in an emergency. Ex...sponsors are out of town.

USA000696



## SPONSORS

The sponsor/sponsors shall be responsible for conducting the activities in conformance with the plan of operations, but shall require the students to carry out the operation. The sponsor/sponsors shall not be required to handle or account for activity funds, but should give adequate instructions and supervision for proper handling and accounting of funds by the designated student officers.

The sponsor/sponsors of a club should be a school employee. However, the official in charge of the school has the authority to designate a non-employee to be a sponsor as long as it is stated in writing and submitted to the Student Bank.

USA000697



# MEETING MINUTES

All Student clubs must provide meeting minutes when presenting a
bank withdrawal request.  They should be neatly typed, contain the
names of member present at the meeting, and outline the
unanimous authorization of funds from the clubs account.

USA000698

# WITHDRAWAL REQUESTS



A withdrawal request is a form that a club, organization or committee can pick up at the Student Bank for the purpose of withdrawing funds from their account. Each withdrawal is numbered and can be used for either a cash withdrawal or check withdrawal or both. If more than one check is requested, attach another sheet of paper and list all additional checks needed.

All withdrawals require **TWO** signatures. One signature is the sponsor and the other signature is an authorized signer per the signature card or plan of operations. Campus organizations will require two authorized signers per their signature card.

If your club, organization or committee fills out a withdrawal request for a check, the check will be available the **NEXT** business day. Invoices should accompany these requests.

If a check is being requested for reimbursement purposes, the receipts must accompany the withdrawal request. Reimbursements are done by check **ONLY.**

Purchases should **NOT** be made prior to requesting a withdrawal form from the Student Bank. The proper procedure is to get the withdrawal request for funds and then if those funds are exceeded, a reimbursement will be deemed necessary.

**IMPORTANT:**

**ANY WITHDRAWAL REQUEST THAT HAS NOT BEEN CLEARED WITHIN 30 DAYS WILL CAUSE THE CLUB, ORGANIZATION OR COMMITTEE ACCOUNT TO BE SUSPENDED AND NO ACTIVITY WILL BE ALLOWED. NO EXCEPTIONS!!!!!**

USA000699



## RECEIPTS

When a withdrawal is made from a club, organization or committee account, the person that signs for the cash or check(s) will be held accountable for supplying the receipts/invoices that prove the funds were used for the purpose intended as stated on the withdrawal request. The date and purchased items on the receipts **MUST** correspond with the information on the withdrawal request.

If there are several receipts, they **MUST** be neatly taped onto a sheet of paper, to ensure proper verification. The bank will **NOT** accept them otherwise. If receipts are lost, the person that signed the withdrawal request will be held accountable for either obtaining another receipt or paying the cash to clear the withdrawal. **NO HANDWRITTEN RECEIPTS WILL BE ACCEPTED!!!!!**

Receipts/invoices should equal the amount withdrawn from the account. If the receipts/invoices equal less than is stated on the withdrawal request, then the remaining cash needs to be deposited back into the club, organization or committee account. If the receipts/invoices equal more than stated on the withdrawal, the club, organization or committee can request another withdrawal for a reimbursement.

All receipts presented to the Student Bank must be for the purpose stated on the withdrawal request i.e., if a gas receipt is presented and it is not listed as the purpose for the use of the funds then this receipt will **NOT** be accepted.

USA000700



# FUNDRAISING

All fundraising activities must be approved by the club's membership and so stated in the minutes. All of the proceeds from the fundraising activity must be deposited into the club, organization or committee's account at the Student Bank as soon as possible.

The student activities authorized by their approved plans of operation to conduct entertainments, concerts, athletic events, etc., shall charge out pre-numbered admission tickets issued in numerical sequence to the individuals designated to sell tickets. Season tickets shall be serially numbered and a record kept of all sales. Total proceeds of such activities, including those acquired as profits from enterprise activities (such as sporting events), shall be deposited as received by the treasurer of the association or by other individuals authorized to make deposits.

USA000701



## DEPOSITS

The Student Bank will fill out the pre-numbered deposit slips for
**ALL** clubs, organizations and committees. Make sure that
whoever is presenting the deposit has counted the deposit items
and is aware of how much is being deposited. The bank will retain
the original white copy and the duplicate yellow copy will be
returned to the club, organization or committee for their records.

Any funds being deposited into the Student Bank must have a
credit reason. This means, the source in which the funds came
from. Ex…taco sale, donation etc…This information will be
documented on the deposit slip for audit and referral purposes.

The Student Bank does **NOT** accept personal checks. If a club,
organization or committee accepts personal checks, and said check
is returned as unpaid for any reason, the club, organization or
committee will be charged for the amount of the check and any fee
associated with the transaction. The check will then be returned to
the club for collection.

If you have an abundance of coin that will be deposited, the club,
organization or committee will be responsible for rolling the coin
in the proper increments. The bank has coin wrappers available.

## INACTIVE ACCOUNTS



Accounts which do not reflect any activity for a period of one year are considered inactive and the funds will be transferred upon approval of the official in charge of the school to an activity account.

The exception to this rule would be if the approved plan of operations for said club, organization or committee has stated contrary provisions.

USA000703

## MONTHLY BANK STATEMENTS

Statements will be sent to the sponsor and their respective managers each month. The managers will be responsible for reviewing club bank statements in which their employees are sponsors and/or signers.

Managers will be responsible for periodically reviewing withdrawals to maintain accountability of their respective department.

A statement will be available upon request at any time.

### CREDIT LINES ARE PROHIBITED

USA000704



## ENTERPRISE ACCOUNTS

Enterprise accounts must follow all policies/procedures set forth by the Student Bank. The day to day management of any enterprise account shall be under the direction of the official in charge of the school or a designated official. Care shall be taken to ensure that such enterprises do not interfere with the designated mission of the school, the education program. Each program shall comply with applicable health and safety standards.

It is the responsibility of the person in charge of the enterprise account to provide monthly operations statements to the Chief of Finance. These reports will be reviewed then retained in the appropriate file in the Student Bank.

Monthly credit card receipts will be turned into the Student Bank for credit.

Cash drawers will be dual controlled at the end of each business day and a balance sheet will be submitted with the daily deposit to the Student Bank.

An inventory tracking log must be maintained to reflect all inventory received. Inventory balances must be performed monthly and confirmed via inspection. Two signatures **ARE** required to maintain integrity of internal controls.

## CREDIT LINES ARE PROHIBITED

## PERSONAL STUDENT ACCOUNTS



All students are encouraged to open and maintain an account with the Student Bank.

A signature card is required to open an account. The purpose of the signature card is to have the information needed to contact a student of monies not claimed at the end of each school year.  Immediate and aggressive action shall be taken to locate the depositor and forward the balance of the account.  For amounts of $1.00 or less, one attempt shall be made to locate the depositor.  If the depositor is not located, the account may be closed by transferring the balance to the general student activity fund subject to claim and payment any time requested by the student.  For amounts of more than $1.00, locator action shall be actively pursued for a reasonable period in relation to the amount after which the balances of such accounts may be disposed of in the same manner as those of less than a $1.00.  Payment of all claims from individual depositors against this fund shall be subject to approval of the official in charge of the school.

There is no minimum balance to open an account. This is your money that the Student Bank is responsible for safekeeping. There are **NO** fees, minimum balance or ATM cards. You can take your account to a zero balance and it will remain open for deposits and withdrawals throughout the school year.

You will receive monthly statements and you can request a statement at any time.

**NOTE:** The Student Bank does **NOT** accept personal checks.

USA000706

| | |
|---|---|
| **From:** | Jared Nally |
| **To:** | Graham, Ronald J; rgraham@bie.edu; Ronald Graham |
| **Cc:** | Prue, Stephen; Salvini, Tonia L; Dearman, Tony L; Lou Hara |
| **Subject:** | Request for Racial Identity Acknowledgement.pdf |
| **Date:** | Friday, October 9, 2020 11:24:50 AM |
| **Attachments:** | Request for Racial Identity Acknowledgement.pdf |

President Graham:

Please see the attached letter with outlines a my grievance with Haskell Indian Nations University and asks for the restorative justice of acknowledging my Multi-racial identity.

-Jared Nally

USA000707

October 9, 2020

Ronald Graham, Ed.D
University President
155 Indian Avenue
Lawrence, KS 66046

Racial Identity Grievance

To President Graham:

Introduction

Haskell Indian Nations University (HINU) has violated my right to self identify my race, has violated my FERPA rights by reporting racial and gender information to the US. Census Bureau without my consent, and has created a system that doesn't offer identification of racial biases and racial protections for multi-racial students. I would like my racial identity to be acknowledged by HINU and used in reporting to The Integrated Postsecondary Education Data System (IPEDS) and other reports that use student racial identity.

Background

For six months, Haskell Indian Nations University has ignored my requests to provide my own racial identity to the school. The intent was to have this information used for the 2020 Census, but the neglect and disregard by Tonia Salvini, Vice President of University Services; Ronald Graham, President; Stephen Prue, Office of the President; and Ernest Wilson, Acting Supervisor of Student Housing, has shown a systemic problem with how HINU handles racial identities and has resulted in me being marginalized and disenfranchised as a student who identifies as multi-racial.

Despite multiple attempts to engage with HINU before and during the 2020 Census, I found out on August 28, 2020 that HINU filed on behalf of students without engaging me or capturing my "self reported racial identity" which is a question on the census. The completion of this census also indicates a violation of my rights under The Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99) since I gave no prior permission to release information with my race/ethnicity or gender.

Currently and historically, Haskell Indian Nations University (HINU) violates federal guidance for reporting racial and ethnic data to the U.S. Department of Education, 72 FR 59266. This standard was implemented in 2007, but goes back to standards set in 1997 that HINU would still be in violation of today, twenty-three years later. This guidance stipulates that HINU (a) "will be required to collect racial and ethnic data using a two-part question on the educational institution's or other recipient's survey instrument" and (b) "should allow students, parents, and staff to "self-identify" race and ethnicity unless self-identification is not practicable or feasible."

HINU currently does not have a survey instrument for students to self identify their racial identity—there is no two part questionnaire on admissions applications or housing applications. HINU instead uses students' Certificate of Degree of Indian Blood (Which is not a racial identity) to provide "observer identification" and reports all students as Native American with no secondary racial identities. It should also be noted that the practice of "observer identification" of race has historic problems in Native American populations, and is an inappropriate policy. The Integrated Postsecondary Education Data System (IPEDS) shows HINU has never reported a student as two or more races since it's oldest report from 2001.

USA000708

I do not identify as only Native American, and yet the school reported me as only Native American in previous semesters according to IPEDS. The malignant neglect of collecting student's self identified racial identities not only affects US Census data, but also university reports along racial lines. If every student is considered the same on paper, it is impossible to identify patterns of systemic racism along the lines of students marginalized racial identities. For example, many students including myself feel that Student Rights has racially biased disciplinary practices for multi-racial Black students on campus, however, their Black identities are not recorded by HINU and thus there is no traceable bias or accountability.

Non-Negotiable Actions

Exercising my rights under the The Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99) I request the following:

1. In compliance with FERPA, The Code of Student Conduct says, "Haskell must maintain a record of each disclosure of personally identifiable information about the student." I requested that record for the disclosure of my personally identifiable information on the student housing survey provided to the US Census Bureau. The request was made on September 10, 2020 and HINU has until October 25, 2020 to to comply with FERPA regulations and provide that record which should include who released the my information, what date the information was released, and the information released.

2. I have a right to request amendments to my educational records, and I request to amend my racial identity. Despite never collecting this information from me, IPEDS shows HINU has been reporting me as Native American and other race. I will provide the information for what I'd like my racial identity to be changed to Native American (Myaamia) and White (Volga German). With this request, I also expect to have my racial identity be reported correctly to IPEDS for the Fall 2020 Enrollment. If this information has already been submitted corrections may be submitted until October 28th.

Request for Restorative Justice

I simply want HINU to become compliant with U.S. Department of Education, 72 FR 59266. I would like to see an email or survey sent out to current students to collect their self identified racial identities using the required two questions and see these questions added to the admissions applications.

nipwaahkalo,

Jared Nally

Cc: Tony Dearman, Tonia Salvini, Stephen Prue, & Lou Hara.

USA000709

October 9, 2020

Ronald Graham, Ed.D
University President
155 Indian Avenue
Lawrence, KS 66046

Racial Identity Grievance

To President Graham:

Introduction

Haskell Indian Nations University (HINU) has violated my right to self identify my race, has violated my FERPA rights by reporting racial and gender information to the US. Census Bureau without my consent, and has created a system that doesn't offer identification of racial biases and racial protections for multi-racial students. I would like my racial identity to be acknowledged by HINU and used in reporting to The Integrated Postsecondary Education Data System (IPEDS) and other reports that use student racial identity.

Background

For six months, Haskell Indian Nations University has ignored my requests to provide my own racial identity to the school. The intent was to have this information used for the 2020 Census, but the neglect and disregard by Tonia Salvini, Vice President of University Services; Ronald Graham, President; Stephen Prue, Office of the President; and Ernest Wilson, Acting Supervisor of Student Housing, has shown a systemic problem with how HINU handles racial identities and has resulted in me being marginalized and disenfranchised as a student who identifies as multi-racial.

Despite multiple attempts to engage with HINU before and during the 2020 Census, I found out on August 28, 2020 that HINU filed on behalf of students without engaging me or capturing my "self reported racial identity" which is a question on the census. The completion of this census also indicates a violation of my rights under The Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99) since I gave no prior permission to release information with my race/ethnicity or gender.

Currently and historically, Haskell Indian Nations University (HINU) violates federal guidance for reporting racial and ethnic data to the U.S. Department of Education, 72 FR 59266. This standard was implemented in 2007, but goes back to standards set in 1997 that HINU would still be in violation of today, twenty-three years later. This guidance stipulates that HINU (a) "will be required to collect racial and ethnic data using a two-part question on the educational institution's or other recipient's survey instrument" and (b) "should allow students, parents, and staff to "self-identify" race and ethnicity unless self-identification is not practicable or feasible."

HINU currently does not have a survey instrument for students to self identify their racial identity—there is no two part questionnaire on admissions applications or housing applications. HINU instead uses students' Certificate of Degree of Indian Blood (Which is not a racial identity) to provide "observer identification" and reports all students as Native American with no secondary racial identities. It should also be noted that the practice of "observer identification" of race has historic problems in Native American populations, and is an inappropriate policy. The Integrated Postsecondary Education Data System (IPEDS) shows HINU has never reported a student as two or more races since it's oldest report from 2001.

USA000710

I do not identify as only Native American, and yet the school reported me as only Native American in previous semesters according to IPEDS. The malignant neglect of collecting student's self identified racial identities not only affects US Census data, but also university reports along racial lines. If every student is considered the same on paper, it is impossible to identify patterns of systemic racism along the lines of students marginalized racial identities. For example, many students including myself feel that Student Rights has racially biased disciplinary practices for multi-racial Black students on campus, however, their Black identities are not recorded by HINU and thus there is no traceable bias or accountability.

Non-Negotiable Actions

Exercising my rights under the The Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99) I request the following:

1. In compliance with FERPA, The Code of Student Conduct says, "Haskell must maintain a record of each disclosure of personally identifiable information about the student." I requested that record for the disclosure of my personally identifiable information on the student housing survey provided to the US Census Bureau. The request was made on September 10, 2020 and HINU has until October 25, 2020 to to comply with FERPA regulations and provide that record which should include who released the my information, what date the information was released, and the information released.

2. I have a right to request amendments to my educational records, and I request to amend my racial identity. Despite never collecting this information from me, IPEDS shows HINU has been reporting me as Native American and other race. I will provide the information for what I'd like my racial identity to be changed to Native American (Myaamia) and White (Volga German). With this request, I also expect to have my racial identity be reported correctly to IPEDS for the Fall 2020 Enrollment. If this information has already been submitted corrections may be submitted until October 28th.

Request for Restorative Justice

I simply want HINU to become compliant with U.S. Department of Education, 72 FR 59266. I would like to see an email or survey sent out to current students to collect their self identified racial identities using the required two questions and see these questions added to the admissions applications.

nipwaahkalo,

Jared Nally

Cc: Tony Dearman, Tonia Salvini, Stephen Prue, & Lou Hara.

USA000711

# EXHIBIT 10

USA000712

August 26, 2020

Walthall
Community Police Review Board
City Commission Room
City Hall 6 E 6th St
Lawrence, KS 66044

Public Comment

Dear Walthall:

My comments are directed to board member Tonia Salvini whom I'd like to address two concerns that Salvini may be contributing to racial disenfranchisement within her role as Vice President of Student Services (VPSS) at Haskell Indian Nations University (HINU) and therefore making her unfit to fulfill her Community Police Review Board duties to minority communities.

The first concern is that Salvini appears partially responsible in preventing approximately 1/5 of Lawrence's Native American Population from being counted on the 2020 census by ghosting student and press inquiries for information on how they may be counted — on campus students cannot self report as their census data is to be collected by the university as part of the Group Quarters Enumeration Project.

My second concern is that Salvini, who over sees the Office of Student Rights, does not track racial bias despite student concerns that multi-racial students, especially mixed race Black students, receive bias treatment by the office of Student Rights. While HINU is an "all Native institution," racial identities for mixed race students are not recorded by the university and cannot be used to identify racial biases. It's concerning that despite serving two years on the board, Salvini has not initiated any public attempt to bring accountability to her own department and position of authority in a way similar to how the board holds the Lawrence Police Department accountable.

nipwaahkalo,

Jared Nally

theindianleader.com | 155 Indian Ave Box 4999, Lawrence, KS 66046 | i PII

USA000713

August 28, 2020

Tonia Salvini
Haskell Indian Nations University
155 Indian Ave
Lawrence, KS 66046

Letter of Apology

Dear Tonia Salvini:

I'm reaching out to you to express an apology regarding allegations I made to the Community Police Review Board that, from my perspective, you were partially responsible for preventing Haskell Indian Nations University (HINU) students from being counted on the census by "ghosting" communications and requests for information on how students would be counted. In the 5 months I've pursued this concern, I've reached out to you and your colleagues multiple times with no response. My attempts to get information from the US Census Bureau were hampered by Title 13, U.S. Code which prohibited the bureau from releasing information to indicate if HINU had reported student information or not. Today, I believe a Census employee broke that code by providing me information that HINU has already completed and submitted student census information. It's for this reason I apologize as I had not received any indication before that I may have already been counted.

However, I find it regrettable that after 5 months of questioning, the university could not provide neither myself nor the student body a message that they had been counted for the census. This message would have eliminated a student perception that HINU had no interest in reporting their data and eliminated a perceived need to self advocate to be counted.

While it is a relief to finally have information that HINU reported students, it is now a concern that HINU falsely reported my, and potentially other students, racial identity. HINU collects racially related information such as a Certificate of Degree of Indian Blood (CDIB) and other documents to show that students meet admissions requirements for being an enrolled member of a federally recognized tribe or Alaskan village. However, there are no documents that capture a student's self reported racial identity. Personally, I would not have filled out the census as Native American as my racial identity is mixed race. I find it egregious that HINU does not record racial identities, nor engaged students to answer the census question about race. This is an oversight of HINU's mixed race students. The US Census Bureau states that for the question about race, "Your answer to this question should be based on how you identify. Each person can decide how to answer." HINU has removed my agency to self identify my race if they submitted my identity as "Native American". I request a copy of the information HINU submitted about myself to the US Census Bureau.

Related to students' racial identities, I hold firm in my critique of the office of Student Rights which you oversee. By not accounting for student's racial identities, potential institutional racism toward HINU mixed race students cannot be tracked. I've heard from several students that they feel Student Rights operates with racial bias. I find it upsetting to hear that you've been serving on a board that holds the Lawrence Police Department accountable for racial mistreatment, but you've not publicly taken any action to hold yourself or your department accountable by not recording student racial data that my reveal trends of racial bias in the operations of the office of Student Rights.

Lastly, as I am on record at the Community Police Review Board, I will write an apology to send to the board as well.

Sincerely,
Jared Nally

# EXHIBIT 11

USA000715

**Bobbie Walthall**

| | |
|---|---|
| **From:** | Jared Nally <[PII] |
| **Sent:** | Tuesday, September 29, 2020 1:46 PM |
| **To:** | Bobbie Walthall |
| **Subject:** | Public Comment |
| **Attachments:** | Public Comment.pdf |

External Email.    Be careful with links and attachments.
- City of Lawrence IT Helpdesk

aya Bobbie Walthall:

Included is my letter for public comment for tomorrow's meeting. I would also like to request remote participation in the meeting seeing as my public comment last meeting was almost insufficient for the acknowledgment of my complaint.

neewe (Thank You),
-Jared Nally

1

USA000716

September 29, 2020

Community Police Review Board
City Commission Room
City Hall 6 E 6th St
Lawrence, KS 66044

Public Comment

To the Community Police Review Board:

Introduction

I'm writing the Community Police Review Board (CPRB) as a follow up to my letter sent on August 26th. The purpose of this message is to (a) correct new information I've come across in my grievance related to board member Tonia Salvini, (b) restate my grievance with Tonia Salvini, and (c) bring up a new grievance with how the CPRB managed my complaint at the last meeting. While my initial letter was prepared for brevity, this message is prepared so as not to be as easily dismissed or misinterpreted.

Correction of Facts

In my previous letter, I made assertions that Haskell Indian Nations University (HINU), which involves Tonia Salvini—Vice President of Academic Affairs and the supervisor over Student Housing—had not completed the 2020 Census for students. This assertion was made with the understanding that (a) HINU had never contacted me regarding the census, (b) no message was sent to students regarding being counted or that the census had been completed, and (c) while HINU can submit directory information without the consent of a student, it is a violation FERPA regulations to release both race/ethnicity information and gender information without consent of the student—important information to be given to the census.

However, I found out on August 28th that HINU had completed the census earlier that summer. Prior attempts to engage the US. Census Bureau requesting this information had resulted in a legal wall quoting Title 13, U.S. Code which prevents them from disclosing whether an entity had completed the census; HINU and Salvini to this day have never responded to my questions about the census. While I wish our school or Salvini had been transparent about the census, it is only from a census worker violating Title 13 that I have been informed that HINU completed the census. The same day I received that information I sent an apology letter to Salvini regarding my use of misinformation presented to the CPRB. As I addressed in the letter, I felt responsible to present the correction of this information publicly to CPRB, but I also noted that this new detail does not dissolve my complaint, and that I still affirm that Salvini's actions—or rather lack of actions—have resulted in my racial marginalization. It is for this reason I've chosen to restate my original complaint and help connect it to why I've involved the CPRB.

Restated Grievance

In an effort to reframe my grievance presented to the CPRB regarding board member Tonia Salvini, I present the following:

**That board member Tonia Salvini is a Public Figure both in her position as Vice President of Academic Affairs at HINU and as a board member for the CPRB. That acting as a public figure, Salvini should be subject to the Ethics Policy (Resolution No. 7269) for the CPRB which requires (a) Public Trust and (b) not "treating any person differently on the basis of race". Furthermore, the bylaws of the CPRB involve "reviewing completed racial**

USA000717

or other bias-based policing investigations", that board members need to be familiar with the "Police Department's annual training on racial or other bias-based policing", and there are current discussions on racial bias training specifically for board members. All of this is moot if the board member participates in racial marginalization (knowingly or not) while acting as a public figure and eliminates the ethos that the board member can correctly complete their obligations to the community. It is for all of these reasons that I present my grievance to the CPRB that the experience I'm sharing with CPRB related to Tonia Salvini as a public figure has left me feeling racially marginalized and that I have no public trust for Salvini to complete her role in representing our community on the CPRB and I would like actions taken to hold Salvini accountable which may require an investigation and/or removal of her position on the board.

As identification of racism requires perspective taking, I invite the CPRB to share my experience trying to engage with board member Tonia Salvini about my multi-racial identity. My main argument has been related to the 2020 Census. My claims of racial marginalization stem from 6 months of outreach to Salvini and the university with concerns that I want to be able to fill out the census with my correct racial identity. HINU does not collect racial identity on any forms and a Certificate of Degree of Indian Blood (CDIB) is not a racial identity, especially for those who identify as mixed race (See Appendix A). In that 6 month time window, I have not received a response and as such my concerns about my racial identity and that of other mixed-race students have been dismissed and ignored both Salvini and other HINU faculty members. My concern has grown after hearing that not only was I ignored the whole time, but Student Housing under the direct supervision of Salvini completed the census without collecting my racial identity despite my attempts to engage with them and without my consent to release FERPA protected data. This is a huge issue of being able to have your own racial identity acknowledged, and to not have your race assumed because we are an "All Native" school which marginalizes those of us that have more complex racial identities than just Native American.

This ties into my next complaint that because the school does not collect racial identity information, racially biased policy and treatment cannot be tracked. This is severely infuriating to find that after many complaints from mixed raced students, especially multi-racial Black students, Salvini who is the direct supervisor over Student Rights, has sat on a board that reviews racial-bias policing policy for years now, but has not taken any initiative to offer the same checks and balances to the department she oversees despite complaints from students.

Salvini is a common denominator among departments that contribute to the racial marginalization of mixed-race students. Salvini operates as the Vice President of Academic Affairs and is the direct supervisor for Student Housing, Student Rights, and is the acting Title IX coordinator. I have tried to engage with Salvini to assert my identity as a mixed-race student and to bring to light challenges we are facing because of her departments and her inability to acknowledge mixed-race identities. I have no public trust in the way Salvini manages my racial identity as a public figure for HINU, and my cynicism extents to the concern of her operating within the same systemic systems of racism as a public figure for the CPRB. I want to see accountability, and I want community representation that carries my interest in mind.

Additional Grievance

It was my understanding that a letter would stand in place of my public comment and be read or addressed in the public comment portion of the meeting agenda on August 27. It was a great disappointment that didn't occur and I am appreciative to board member William Graybill who forced

USA000718

public acknowledgment at the end of the meeting. However, I do still have criticism that the apparent reason to acknowledge the letter was to avoid a tarnished reputation rather than showing actual concern for the content. "I don't really want to wake up tomorrow and read the newspaper accusing this board or myself of white-washing material...".

Furthermore, board member Jane Gibson's response, "I don't see how it is even marginally relevant to the board. So I don't see any reason to respond to it because it's not about what we do" demonstrates a lack of perception taking (choosing to use her own perspective as a means to say it's irrelevant rather than attempting to see why I think it's relevant) and a sense of White privilege (the privilege to use her own perspective as the only correct or relevant perspective in this situation) to not even acknowledge the content that racially marginalized individual has concerns that a board member operating as a public figure responsible for the oppression of this individual's racial rights feels they will continue to be marginalized with that public figure continuing to operate in other public capacities. The board is not perfect vacuum where actions taken outside of the board meetings don't have rippling effects.

I offer this criticism as an opportunity for the board to discuss how they manage complaints and how they can avoid their own implicit biases. I understand this training is a topic of discussion in these meeting and find it contradictory that so much attention is being focused internally on how the board can show and demonstrate racial understanding and racial bias, and then completely dismiss a racial critique of the board as irrelevant. I understand that many of you may have dismissed my claim because (a) some of you have served with and developed professional and personal relationships with Tonia Salvini, but your experiences with her don't invalidate my experiences with her, or because (b)Tonia Salvini is a member of the same racial group I claim she is oppressing, which does not mean her actions aren't harmful or impactful to me and other mixed race students despite our shared identities.

I think the board needs to have deeper conversations with what the responsibilities and racial attitudes need to be on the board. I don't think personal accountability is going to cut it after taking implicit bias training, because anyone who has taken it learns that the test calls them out on racial biases to make them aware. It is going to take outside correction to continue to hold others accountable to racially biased actions. I also think your by-laws or other operational documents need to outline a complaint process for the board itself. I'm writing these letters because the by-laws don't offer any other guidance, and I would hope there is a better process to review complaints than someone voting to not acknowledge the complaint.

nipwaahkalo,

Jared Nally

Appendix A

Inclusion of Student Forms that do not ask for racial identity information. Additionally IPEDS data that show HINU reporting all students as Native American without mixed race options.

Note: Tribal Affiliations and Certificate of Degree of Indian Blood (CDIB) are not full representations of racial identity.



# Haskell Indian Nations University
## Office of Admissions
# Admission Application
OMB Control No. 1076-0114

***All Sections of this Application Must Be Completed***



| DEADLINES for Application: | Fall: June 1ˢᵗ | Spring: November 15ᵗʰ | Summer: April 15ᵗʰ |

What semester are you planning to attend Haskell?   ☐ Fall 20___   ☐ Spring 20___   ☐ Summer 20___

## Legal Name *(as appears on legal documents, i.e. birth certificates, court documents)*

_____   _____   _____
Last Name                        First Name                        Middle Name

_____                        _____
Maiden / Other Names                                  Social Security Number

Please select which degree you are pursuing:

☐ Associate of Arts (A.A.) Degree          ☐ Associate of Science (A.S.) Degree
☐ Bachelor of Arts (B.A.) Degree           ☐ Bachelor of Science (B.S.) Degree

Please write your desired major on the line: _____

## Permanent Mailing Address

_____   _____   _____   _____
Street or P.O. Box               City                      State          ZIP

_____                        _____
Telephone                                             Email Address

Please select your enrollment status:

☐ Full-Time Student *(enrolled in 12 or more credits)*     ☐ Part-Time Student *(enrolled in less than 12 credits)*

Please select your housing status:

☐ On-campus *(must be enrolled in 12 credits)*            ☐ Off-campus *(please list local address below)*

_____   _____   _____   _____
Street or P.O. Box               City                      State          ZIP

## Emergency Contact

                                        ☐ Parent  ☐ Spouse  ☐ Other:
_____                        _____
Last & First Name                                     Please Specify Relationship

_____   _____   _____   _____
Street or P.O. Box               City                      State          ZIP

_____                        _____
Telephone                                             Email Address

| Office of Admissions | 155 Indian Avenue, Box 5031 | Lawrence, KS 66046 | ☎ 785.749.8454 | 🖷 785.749.8429 |

USA000721

*Page 2: Haskell Indian Nations University - Admissions Application | OMB Control No. 1076-0114 | Confidential*

## Student Demographic Information

Date of Birth:

_____ / _____ /
MM / DD / YYYY

Place of Birth:

_____   _____
City                                              State

Gender:
☐ Male   ☐ Female

Marital Status:
☐ Single   ☐ Married   ☐ Separated   ☐ Divorced

Are you currently on or pending criminal probation or parole?   ☐ No   ☐ Yes

If yes, please explain: _____

_____
*If more room is needed, please use separate sheet of paper*

## Tribal Information

_____         _____
Tribal Agency                                              Degree of Blood or Tribal Roll Number

_____
Name of Tribe, Pueblo, Corporation, or Rancheria

## High School Information

_____   _____   _____   _____   _____
Name of High School              City              State        Date From      Date To

Have you graduated from high school?   ☐ Yes: _____   ☐ No: _____
                                                                Date of Graduation                    Anticipated Date of Graduation

Have you taken the GED?   ☐ No   ☐ Yes   ☐ NA   _____   *If you have taken the GED please*
                                                                       Date of GED exam        *submit a copy of your scores*

Have you taken the ACT/SAT?   ☐ No   ☐ Yes   _____   *If you have taken the ACT/SAT, please have*
                                                                      Date of exam           *your official scores sent to Haskell*

| School Code - 010438 | Haskell ACT Code - 1415 | Haskell SAT Code - 0919 |

## College or University Information

Have you ever attended a class at another college or university?   ☐ No   ☐ Yes
Have you been awarded an Associates Degree or will be completing a degree?   ☐ No   ☐ Yes

_____   _____   _____   _____   _____
Name of College or University   City              State        MM/YYYY        MM/YYYY

_____   _____   _____   _____   _____
Name of College or University   City              State        MM/YYYY        MM/YYYY
*If more room is needed, please use separate sheet of paper*

USA000722

## Miscellaneous Information

Please list any activities in which you would like to participate in at Haskell (i.e. Haskell Band, Basketball, High powered Rocketry Club, Student Senate, etc.):

_____

_____

## Certification of Information

*I certify that the information given on this application is correct and complete and all prior academic work is accounted for on this application (**Incomplete** applications **will not** be considered).*

_____        _____
Print Name                                                          Date

_____
Student Signature

---

## Please mail the applicable documents to the Office of Admissions

☐ Completed Application

☐ $10 Money Order

☐ Official High School Transcript

☐ Official ACT/SAT Scores

☐ Copy of GED Scores *(if applicable)*

☐ Official College Transcripts

☐ Immunization Records Showing Measles, Mumps, and Rubella (MMR I and MMR II)

☐ Copy of Tribal Enrollment Documentation

☐ Admissions Entrance Essay

**Mailing Address:**
Office of Admission | Haskell Indian Nations University
155 Indian Ave, Box 5031 - Lawrence KS 66046-4800

---

USA000723

# Haskell Indian Nations University
## *ON CAMPUS HOUSING APPLICATION*

## PERSONAL DATA

| Last Name | First | Middle |
|---|---|---|

Address

| City | State | Zip Code |
|---|---|---|

| Area Code | Telephone # | E-mail Address |
|---|---|---|

## EMERGENCY CONTACT

| Last Name | First | Relationship |
|---|---|---|

Address

| City | State | Zip Code |
|---|---|---|

| Area Code | Telephone # |
|---|---|

Applying for:   Fall _____   Spring _____   Summer _____

Male ☐          Female ☐

Age _____          Date of Birth _____

Have you ever attended Haskell before?   Yes ☐      No ☐

If yes, please list the date last attended and which dorm you reside in:

_____

## COLLEGE CLASSIFICATION

Freshmen ☐   Sophomore ☐   Junior ☐   Senior ☐

## SPECIAL ACCOMODATIONS

Handicap accessible rooms are available. Please notify our office if you have such a request. You may also contact Perry Graves, Disabilities Coordinator at (785) 832-6607.

---

**Housing fees are to be paid after you have received an acceptance letter.**

---

**Division of Residential Housing**

155 Indian Ave., Box 5032

Lawrence, KS 66046-4800

Phone (785) 749-8460
Fax (785) 832-6618

---

### FACILITIES AND SERVICES

Each residence hall has professional staff and student aides to assist with college life. Most halls contain television rooms. In addition, vending machine services are available to the residents. All rooms are equipped twin sized beds, wardrobe closets, drawer space, desks and chairs.

**Residential Halls are smoke free.**

Meals are served in the campus dining hall (Curtis). Students residing in the residence halls are entitled to three meals per day Monday through Friday, and two meals on week-ends and holidays.

Each student at Haskell is assigned a mailbox and will pick up their mail at the campus post office located in Navarre hall.

Disclaimer: Residential Hall programs will not be responsible for any damaged lost or stolen personal property. Personal property must be removed from the residential hall on the last day of the student's occupancy. Personal property remaining in residential halls after the student is no longer residing there will become property of the University and donated to charity or stored at the owner's expense.

USA000724

Please read the enclosed Housing Contract thoroughly before signing.
The contract and application should be returned to the following address:

Haskell Indian Nations University
Residential Housing
155 Indian Ave., Box 5032
Lawrence, KS 66046

Fees can be mailed to:  Haskell Business Office
155 Indian Ave., Box 5026
Lawrence, KS 66046

On Campus Fee:  $715.00 (includes the $180.00 Housing Fee)

Off Campus Fee:  $240.00

**DISCLAIMER:**
"Residential Housing will not be held legally responsible, should an incident occur, for any false or inaccurate information that is provided by the student in reference to this contract, including, but not limited to, personal history, personal property, or prior criminal convictions.  Should critical information in the contract be falsified by an applicant, Residential Housing reserves the right to take action against said individual."

_____
Signature

_____
Date

**FOR OFFICE USE ONLY**

Application received on: _____

Check one:
New ☐   Transfer ☐   Readmitted ☐   Double ☐   Continuing ☐

Cleared and approved by:

Admissions        _____

Student Conduct   _____

Business Office   _____

Money Order/Cashier's Check
Enclosed   Yes ☐      No ☐
Forwarded

Business Office   _____
Payment can also be made in person using cash and/or credit/debit cards. Please make sure to print your name and address on the money order.

Approved for Housing:   Yes ☐   No ☐

By:   _____

Date:   _____

USA000725

# C⊕LLEGENavigator

## Haskell Indian Nations University
165 Indian Ave, Lawrence, Kansas 66046-4800

| | |
|---|---|
| General Information: | (785) 749-8404 |
| Website: | www.haskell.edu |
| Type: | 4-year, primarily associate's, Public |
| Awards offered: | Less than one year certificate |
| | Associate's degree |
| | Bachelor's degree |
| Campus setting: | City: Small |
| Campus housing: | Yes |
| Student population: | 789 (all undergraduate) |
| Student-to-faculty ratio: | 25 to 1 |

*View on Google Maps*

IPEDS ID: 155140
OPE ID: 01043800

⊕ GENERAL INFORMATION

⊕ TUITION, FEES, AND ESTIMATED STUDENT EXPENSES

⊕ FINANCIAL AID

⊕ NET PRICE

## IES ⋮ NCES  National Center for Education Statistics  ☰ MENU

| | |
|---|---|
| **TOTAL ENROLLMENT (ALL UNDERGRADUATE)** | **789** |
| Undergraduate transfer-in enrollment | 63 |

ATTENDANCE STATUS



3% Part-time
97% Full-time

STUDENT GENDER



49% Male
50% Female

STUDENT RACE/ETHNICITY



| American Indian or Alaska... | Asian | Black or African American | Hispanic/ Latino | Native Hawaiian or other... | White | Two or more races | Racial/ ethnicity unknown | Non-resident alien |
|---|---|---|---|---|---|---|---|---|
| 100% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |

UNDERGRADUATE STUDENT AGE

UNDERGRADUATE STUDENT RESIDENCE

USA000726



- Residence data are reported for first-time degree/certificate-seeking undergraduates, Fall 2018.

UNDERGRADUATE DISTANCE EDUCATION STATUS



- Haskell Indian Nations University does not offer distance education courses at this time.

⊕ ADMISSIONS

⊕ RETENTION AND GRADUATION RATES

⊕ OUTCOME MEASURES

⊕ PROGRAMS/MAJORS

⊕ SERVICEMEMBERS AND VETERANS

⊕ VARSITY ATHLETIC TEAMS

⊕ ACCREDITATION

⊕ CAMPUS SECURITY AND SAFETY

⊕ COHORT DEFAULT RATES

English | Español | ▶ About | Search Plug-In         College Navigator Home | College Costs | Prepare | Financial Aid | Careers



USA000727

September 29, 2020

Community Police Review Board
City Commission Room
City Hall 6 E 6th St
Lawrence, KS 66044

Public Comment

To the Community Police Review Board:

Introduction

I'm writing the Community Police Review Board (CPRB) as a follow up to my letter sent on August 26th. The purpose of this message is to (a) correct new information I've come across in my grievance related to board member Tonia Salvini, (b) restate my grievance with Tonia Salvini, and (c) bring up a new grievance with how the CPRB managed my complaint at the last meeting. While my initial letter was prepared for brevity, this message is prepared so as not to be as easily dismissed or misinterpreted.

Correction of Facts

In my previous letter, I made assertions that Haskell Indian Nations University (HINU), which involves Tonia Salvini—Vice President of Academic Affairs and the supervisor over Student Housing—had not completed the 2020 Census for students. This assertion was made with the understanding that (a) HINU had never contacted me regarding the census, (b) no message was sent to students regarding being counted or that the census had been completed, and (c) while HINU can submit directory information without the consent of a student, it is a violation FERPA regulations to release both race/ethnicity information and gender information without consent of the student—important information to be given to the census.

However, I found out on August 28th that HINU had completed the census earlier that summer. Prior attempts to engage the US. Census Bureau requesting this information had resulted in a legal wall quoting Title 13, U.S. Code which prevents them from disclosing whether an entity had completed the census; HINU and Salvini to this day have never responded to my questions about the census. While I wish our school or Salvini had been transparent about the census, it is only from a census worker violating Title 13 that I have been informed that HINU completed the census. The same day I received that information I sent an apology letter to Salvini regarding my use of misinformation presented to the CPRB. As I addressed in the letter, I felt responsible to present the correction of this information publicly to CPRB, but I also noted that this new detail does not dissolve my complaint, and that I still affirm that Salvini's actions—or rather lack of actions—have resulted in my racial marginalization. It is for this reason I've chosen to restate my original complaint and help connect it to why I've involved the CPRB.

Restated Grievance

In an effort to reframe my grievance presented to the CPRB regarding board member Tonia Salvini, I present the following:

**That board member Tonia Salvini is a Public Figure both in her position as Vice President of Academic Affairs at HINU and as a board member for the CPRB. That acting as a public figure, Salvini should be subject to the Ethics Policy (Resolution No. 7269) for the CPRB which requires (a) Public Trust and (b) not "treating any person differently on the basis of race". Furthermore, the bylaws of the CPRB involve "reviewing completed racial**

USA000728

or other bias-based policing investigations", that board members need to be familiar with the "Police Department's annual training on racial or other bias-based policing", and there are current discussions on racial bias training specifically for board members. All of this is moot if the board member participates in racial marginalization (knowingly or not) while acting as a public figure and eliminates the ethos that the board member can correctly complete their obligations to the community. It is for all of these reasons that I present my grievance to the CPRB that the experience I'm sharing with CPRB related to Tonia Salvini as a public figure has left me feeling racially marginalized and that I have no public trust for Salvini to complete her role in representing our community on the CPRB and I would like actions taken to hold Salvini accountable which may require an investigation and/or removal of her position on the board.

As identification of racism requires perspective taking, I invite the CPRB to share my experience trying to engage with board member Tonia Salvini about my multi-racial identity. My main argument has been related to the 2020 Census. My claims of racial marginalization stem from 6 months of outreach to Salvini and the university with concerns that I want to be able to fill out the census with my correct racial identity. HINU does not collect racial identity on any forms and a Certificate of Degree of Indian Blood (CDIB) is not a racial identity, especially for those who identify as mixed race (See Appendix A). In that 6 month time window, I have not received a response and as such my concerns about my racial identity and that of other mixed-race students have been dismissed and ignored both Salvini and other HINU faculty members. My concern has grown after hearing that not only was I ignored the whole time, but Student Housing under the direct supervision of Salvini completed the census without collecting my racial identity despite my attempts to engage with them and without my consent to release FERPA protected data. This is a huge issue of being able to have your own racial identity acknowledged, and to not have your race assumed because we are an "All Native" school which marginalizes those of us that have more complex racial identities than just Native American.

This ties into my next complaint that because the school does not collect racial identity information, racially biased policy and treatment cannot be tracked. This is severely infuriating to find that after many complaints from mixed raced students, especially multi-racial Black students, Salvini who is the direct supervisor over Student Rights, has sat on a board that reviews racial-bias policing policy for years now, but has not taken any initiative to offer the same checks and balances to the department she oversees despite complaints from students.

Salvini is a common denominator among departments that contribute to the racial marginalization of mixed-race students. Salvini operates as the Vice President of Academic Affairs and is the direct supervisor for Student Housing, Student Rights, and is the acting Title IX coordinator. I have tried to engage with Salvini to assert my identity as a mixed-race student and to bring to light challenges we are facing because of her departments and her inability to acknowledge mixed-race identities. I have no public trust in the way Salvini manages my racial identity as a public figure for HINU, and my cynicism extents to the concern of her operating within the same systemic systems of racism as a public figure for the CPRB. I want to see accountability, and I want community representation that carries my interest in mind.

Additional Grievance

It was my understanding that a letter would stand in place of my public comment and be read or addressed in the public comment portion of the meeting agenda on August 27. It was a great disappointment that didn't occur and I am appreciative to board member William Graybill who forced

public acknowledgment at the end of the meeting. However, I do still have criticism that the apparent reason to acknowledge the letter was to avoid a tarnished reputation rather than showing actual concern for the content. "I don't really want to wake up tomorrow and read the newspaper accusing this board or myself of white-washing material…".

Furthermore, board member Jane Gibson's response, "I don't see how it is even marginally relevant to the board. So I don't see any reason to respond to it because it's not about what we do" demonstrates a lack of perception taking (choosing to use her own perspective as a means to say it's irrelevant rather than attempting to see why I think it's relevant) and a sense of White privilege (the privilege to use her own perspective as the only correct or relevant perspective in this situation) to not even acknowledge the content that racially marginalized individual has concerns that a board member operating as a public figure responsible for the oppression of this individual's racial rights feels they will continue to be marginalized with that public figure continuing to operate in other public capacities. The board is not perfect vacuum where actions taken outside of the board meetings don't have rippling effects.

I offer this criticism as an opportunity for the board to discuss how they manage complaints and how they can avoid their own implicit biases. I understand this training is a topic of discussion in these meeting and find it contradictory that so much attention is being focused internally on how the board can show and demonstrate racial understanding and racial bias, and then completely dismiss a racial critique of the board as irrelevant. I understand that many of you may have dismissed my claim because (a) some of you have served with and developed professional and personal relationships with Tonia Salvini, but your experiences with her don't invalidate my experiences with her, or because (b)Tonia Salvini is a member of the same racial group I claim she is oppressing, which does not mean her actions aren't harmful or impactful to me and other mixed race students despite our shared identities.

I think the board needs to have deeper conversations with what the responsibilities and racial attitudes need to be on the board. I don't think personal accountability is going to cut it after taking implicit bias training, because anyone who has taken it learns that the test calls them out on racial biases to make them aware. It is going to take outside correction to continue to hold others accountable to racially biased actions. I also think your by-laws or other operational documents need to outline a complaint process for the board itself. I'm writing these letters because the by-laws don't offer any other guidance, and I would hope there is a better process to review complaints than someone voting to not acknowledge the complaint.

nipwaahkalo,

Jared N.

Jared Nally

USA000730

Appendix A

Inclusion of Student Forms that do not ask for racial
identity information. Additionally IPEDS data that
show HINU reporting all students as Native American
without mixed race options.

Note: Tribal Affiliations and Certificate of Degree of Indian Blood
(CDIB) are not full representations of racial identity.

USA000731




# Haskell Indian Nations University
## Office of Admissions
# Admission Application
OMB Control No. 1076-0114

***All Sections of this Application Must Be Completed***

| DEADLINES for Application:   Fall: June 1st   |   Spring: November 15th   |   Summer: April 15th |
|---|

What semester are you planning to attend Haskell?   ☐ Fall 20___   ☐ Spring 20___   ☐ Summer 20___

## Legal Name (as appears on legal documents, i.e. birth certificates, court documents)

_____    _____    _____
Last Name                                First Name                                Middle Name

_____    _____
Maiden / Other Names                                              Social Security Number

Please select which degree you are pursuing:

☐ Associate of Arts (A.A.) Degree          ☐ Associate of Science (A.S.) Degree
☐ Bachelor of Arts (B.A.) Degree          ☐ Bachelor of Science (B.S.) Degree

Please write your desired major on the line: _____

## Permanent Mailing Address

_____    _____    _____    _____
Street or P.O. Box                      City                      State              ZIP

_____    _____
Telephone                                Email Address

Please select your enrollment status:

☐ Full-Time Student (enrolled in 12 or more credits)          ☐ Part-Time Student (enrolled in less than 12 credits)

Please select your housing status:

☐ On-campus (must be enrolled in 12 credits)          ☐ Off-campus (please list local address below)

_____    _____    _____    _____
Street or P.O. Box                      City                      State              ZIP

## Emergency Contact

☐ Parent   ☐ Spouse   ☐ Other: _____

_____                    _____
Last & First Name                                        Please Specify Relationship

_____    _____    _____    _____
Street or P.O. Box                      City                      State              ZIP

_____    _____
Telephone                                Email Address

Office of Admissions   |   155 Indian Avenue, Box 5031   |   Lawrence, KS 66046   |   ☎ 785.749.8454   |   📠 785.749.8429

USA000732

## Student Demographic Information

Date of Birth:

_____/_____/_____
MM / DD / YYYY

Place of Birth:

_____  _____
City                                                    State

Gender:
☐ Male   ☐ Female

Marital Status:
☐ Single   ☐ Married   ☐ Separated   ☐ Divorced

Are you currently on or pending criminal probation or parole?   ☐ No   ☐ Yes

If yes, please explain: _____

_____
*If more room is needed, please use separate sheet of paper*

## Tribal Information

_____                    _____
Tribal Agency                                          Degree of Blood or Tribal Roll Number

_____
Name of Tribe, Pueblo, Corporation, or Rancheria

## High School Information

_____  _____  _____  _____  _____
Name of High School                    City              State      Date From    Date To

Have you graduated from high school?   ☐ Yes: _____   ☐ No: _____
                                                                    Date of Graduation              Anticipated Date of Graduation

Have you taken the GED?   ☐ No   ☐ Yes   ☐ NA   _____   *If you have taken the GED please*
                                                                    Date of GED exam        *submit a copy of your scores*

Have you taken the ACT/SAT?   ☐ No   ☐ Yes   _____   *If you have taken the ACT/SAT, please have*
                                                                    Date of exam              *your official scores sent to Haskell*

| School Code - 010438 | Haskell ACT Code - 1415 | Haskell SAT Code - 0919 |

## College or University Information

Have you ever attended a class at another college or university?   ☐ No   ☐ Yes
Have you been awarded an Associates Degree or will be completing a degree?   ☐ No   ☐ Yes

_____  _____  _____  _____  _____
Name of College or University         City              State      MM/YYYY      MM/YYYY

_____  _____  _____  _____  _____
Name of College or University         City              State      MM/YYYY      MM/YYYY
*If more room is needed, please use separate sheet of paper*

USA000733

## Miscellaneous Information

Please list any activities in which you would like to participate in at Haskell (i.e. Haskell Band, Basketball, High powered Rocketry Club, Student Senate, etc.):

_____

_____

## Certification of Information

*I certify that the information given on this application is correct and complete and all prior academic work is accounted for on this application (**Incomplete** applications **will not** be considered).*

_____          _____
Print Name                                        Date

_____
Student Signature

---

### <u>Please mail the applicable documents to the Office of Admissions</u>

☐ Completed Application

☐ $10 Money Order

☐ Official High School Transcript

☐ Official ACT/SAT Scores

☐ Copy of GED Scores *(if applicable)*

☐ Official College Transcripts

☐ Immunization Records Showing Measles, Mumps, and Rubella (MMR I and MMR II)

☐ Copy of Tribal Enrollment Documentation

☐ Admissions Entrance Essay

**Mailing Address:**
Office of Admission | Haskell Indian Nations University
155 Indian Ave, Box 5031 - Lawrence KS 66046-4800

---

USA000734

# Haskell Indian Nations University
## *ON CAMPUS HOUSING APPLICATION*

## PERSONAL DATA

| | | |
|---|---|---|
| Last Name | First | Middle |
| Address | | |
| City | State | Zip Code |
| Area Code | Telephone # | E-mail Address |

## EMERGENCY CONTACT

| | | |
|---|---|---|
| Last Name | First | Relationship |
| Address | | |
| City | State | Zip Code |
| Area Code | Telephone # | |

Applying for:    Fall _____    Spring _____    Summer _____

Male ☐           Female ☐

Age _____    Date of Birth _____

Have you ever attended Haskell before?    Yes ☐    No ☐

If yes, please list the date last attended and which dorm you reside in:

_____

## COLLEGE CLASSIFICATION

Freshmen ☐    Sophomore ☐    Junior ☐    Senior ☐

## SPECIAL ACCOMODATIONS

Handicap accessible rooms are available. Please notify our office if you have such a request. You may also contact Perry Graves, Disabilities Coordinator at (785) 832-6607.

---

Housing fees are to be paid after you have received an acceptance letter.

---

**Division of Residential Housing**

155 Indian Ave., Box 5032

Lawrence, KS 66046-4800

Phone (785) 749-8460
Fax (785) 832-6618

---

### FACILITIES AND SERVICES

Each residence hall has professional staff and student aides to assist with college life. Most halls contain television rooms. In addition, vending machine services are available to the residents. All rooms are equipped twin sized beds, wardrobe closets, drawer space, desks and chairs.

**Residential Halls are smoke free.**

Meals are served in the campus dining hall (Curtis). Students residing in the residence halls are entitled to three meals per day Monday through Friday, and two meals on week-ends and holidays.

Each student at Haskell is assigned a mailbox and will pick up their mail at the campus post office located in Navarre hall.

Disclaimer: Residential Hall programs will not be responsible for any damaged lost or stolen personal property. Personal property must be removed from the residential hall on the last day of the student's occupancy. Personal property remaining in residential halls after the student is no longer residing there will become property of the University and donated to charity or stored at the owner's expense.

USA000735

Please read the enclosed Housing Contract thoroughly before signing.
The contract and application should be returned to the following address:

Haskell Indian Nations University
Residential Housing
155 Indian Ave. Box 5032
Lawrence, KS 66046

Fees can be mailed to:  Haskell Business Office
155 Indian Ave., Box 5026
Lawrence, KS 66046

On Campus Fee:  $715.00 (includes the $180.00 Housing Fee)

Off Campus Fee:  $240.00

**DISCLAIMER:**
"Residential Housing will not be held legally responsible, should an incident occur, for any false or inaccurate information that is provided by the student in reference to this contract, including, but not limited to, personal history, personal property, or prior criminal convictions.  Should critical information in the contract be falsified by an applicant, Residential Housing reserves the right to take action against said individual."

_____
Signature

_____
Date

**FOR OFFICE USE ONLY**

Application received on:  _____

Check one:
New ☐   Transfer ☐   Readmitted ☐   Double ☐   Continuing ☐

Cleared and approved by:

Admissions        _____

Student Conduct   _____

Business Office   _____

Money Order/Cashier's Check
Enclosed   Yes ☐   No ☐
Forwarded

Business Office   _____
Payment can also be made in person using cash and/or credit/debit cards. Please make sure to print your name and address on the money order.

Approved for Housing:   Yes ☐  No ☐

By:  _____

Date:  _____

USA000736





**Haskell Indian Nations University**
155 Indian Ave, Lawrence, Kansas 66046-4800

| | |
|---|---|
| General information: | (785) 749-8404 |
| Website: | www.haskell.edu |
| Type: | 4-year, primarily associate's, Public |
| Awards offered: | Less than one year certificate |
| | Associate's degree |
| | Bachelor's degree |
| Campus setting: | City: Small |
| Campus housing: | Yes |
| Student population: | 789 (all undergraduate) |
| Student-to-faculty ratio: | 25 to 1 |

*View on Google Maps*

IPEDS ID: 155140
OPE ID: 01043800

⊕ GENERAL INFORMATION

⊕ TUITION, FEES, AND ESTIMATED STUDENT EXPENSES

⊕ FINANCIAL AID

⊕ NET PRICE



IES ▸ NCES    National Center for Education Statistics    ☰ MENU

| | |
|---|---|
| TOTAL ENROLLMENT (ALL UNDERGRADUATE) | 789 |
| Undergraduate transfer-in enrollment | 63 |

ATTENDANCE STATUS

3% Part-time
97% Full-time

STUDENT GENDER

40% Male
60% Female

STUDENT RACE/ETHNICITY

100%
American Indian or Alaska...  100
Asian  0%
Black or African American  0%
Hispanic/ Latino  0%
Native Hawaiian or other .  0%
White  0%
Two or more races  0%
Race/ ethnicity unknown  0%
Non- resident alien  0%

UNDERGRADUATE STUDENT AGE        UNDERGRADUATE STUDENT RESIDENCE

USA000737



- Residence data are reported for first-time degree/certificate-seeking undergraduates, Fall 2018.

UNDERGRADUATE DISTANCE EDUCATION STATUS

- *Haskell Indian Nations University does not offer distance education courses at this time.*

⊕ ADMISSIONS

⊕ RETENTION AND GRADUATION RATES

⊕ OUTCOME MEASURES

⊕ PROGRAMS/MAJORS

⊕ SERVICEMEMBERS AND VETERANS

⊕ VARSITY ATHLETIC TEAMS

⊕ ACCREDITATION

⊕ CAMPUS SECURITY AND SAFETY

⊕ COHORT DEFAULT RATES

English | Español | ▣ About | Search Plug-in        College Navigator Home | College Costs | Prepare | Financial Aid | Careers

**IES** ❖ **NCES**  **National Center for Education Statistics**

Explore the Institute of Education Sciences

| IES | IES Centers | IES Policies and Standards | Additional Resources |
|---|---|---|---|
| Home | NCEE | Public Access Policy | ERIC |
| About | NCER | Privacy and Security Policies | Sitemap |
| Publications | NCES | NCES Statistical Standards | Organizational Chart |
| Data |   Home | Peer Review Process | |
| Funding |   About | ED Data Inventory | |
| News |   Programs | | |
| |   Publications | Contact Us | |
| |   Data | | |
| |   Data Training | **U.S. Department of Education** | |
| |   School Search | | |
| |   News | | |
| |   Kids' Zone | | |
| | NCSER | | |

USA000738

# EXHIBIT 12

USA000739

From: **Jared Nally** PII
Date: Fri, Oct 9, 2020 at 3:30 PM
Subject: Ethics Complaint Against Community Police Review Board
To: <craigowens@lawrenceks.org>
Cc: <ctoomay@lawrenceks.org>, <bmcguire@lawrenceks.org>, < PII ,
< PII
PII > <dstoddard@lawrenceks.org>, <smishra@ku.edu>, PII

City Manager Craig Owens,

Please see the attached ethics complaint letter for the Community Police Review Board. I was told to deliver complaints against the Community Police Review Board to you and would like instruction if I am to submit this complaint otherwise. Please keep in contact with how you will process the complaint.

Thank You,
-Jared Nally

October 9, 2020

Craig Owens
City Manager
City Hall
6 E 6th St
PO Box 708
Lawrence, KS 66044

Ethics Complaint

To The City Manager:

Introduction

I'm writing the City Manager regarding a complaint against Community Police Review Board (CPRB) member Tonia Salvini. The complaint alleges Salvini has violated the board's set of ethics while acting as a public figure in the Lawrence community. A subsidiary complaint is also being lodged related to the response of the board when the complaint was presented directly to the CPRB.

**Complaint Against Tonia Salvini**

While Tonia Salvini operates as a Lawrence public figure serving as a board member on the Community Police Review Board, she is also a Lawrence public figure as the Vice President of Student Services at Haskell Indian Nations University (HINU). While I do not credit Salvini with the creation of the systems in place that oppress my identity as a mixed-race student at HINU, she has made the conscious decision to not engage with me and act as an agent protecting these systems and furthering the disenfranchisement of my racial identity and abusing her position of authority.

I understand that these allegations take place outside the institution of the City of Lawrence, but hold firm that any public action has consequences that can either erode or build public trust, and with any other role or job, you are a sum of all your parts—actions outside the workplace affect individuals all the time. It is for this reason I hold Salvini's actions accountable the City Manager's Office, to the Ethics Policy (Resolution No. 7269), and to CPRB bylaws and affirm that she (a) has eroded public trust, (b) she has treated me differently on the basis of race, (c) that upholding a system of racial prejudice poses a conflict with the goals of her position on the CPRB for "reviewing completed racial or other bias-based policing investigations", and (d) is antithetical to the ideals of the board to have members demonstrate understanding of racial bias which is in discussion for city ordinance no. 9324.

Complaint Background

Haskell Indian Nations University (HINU) has violated my right to self identify my race, has violated my FERPA rights by reporting racial and gender information to the US. Census Bureau without my consent, and has created a system that doesn't offer identification of racial biases and racial protections for multi-racial students. Board member Tonia Salvini acts as the Vice President of University Services for HINU and supervises all departments involved with the complaint and whom I continue to reach out to.

For six months, Tonia Salvini and other HINU faculty have ignored my requests to provide my own racial identity to the school. The intent was to have this information used for the 2020 Census, but the neglect and disregard by Tonia Salvini, Vice President of University Services; Ronald Graham, President; Stephen Prue, Office of the President; and Ernest Wilson, Acting Supervisor of Student Housing, has shown a systemic problem with how HINU handles racial identities and has resulted in me being marginalized and disenfranchised as a student who identifies as multi-racial.

Despite multiple attempts to engage with Salvini and HINU before and during the 2020 Census, I found out on August 28, 2020 that HINU filed on behalf of students without engaging me or capturing my "self reported racial identity" which is a question on the census. The completion of this census also indicates a violation of my rights under The Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99) since I gave no prior permission to release information with my race/ ethnicity or gender.

Currently and historically, Haskell Indian Nations University (HINU) violates federal guidance for reporting racial and ethnic data to the U.S. Department of Education, 72 FR 59266. This standard was implemented in 2007, but goes back to standards set in 1997 that HINU would still be in violation of today, twenty-three years later. This guidance stipulates that HINU (a) "will be required to collect racial and ethnic data using a two-part question on the educational institution's or other recipient's survey instrument" and (b) "should allow students, parents, and staff to "self-identify" race and ethnicity unless self-identification is not practicable or feasible."

HINU currently does not have a survey instrument for students to self identify their racial identity—there is no two part questionnaire on admissions applications or housing applications (Both overseen by Salvini). HINU instead uses students' Certificate of Degree of Indian Blood (Which is not a racial identity) to provide "observer identification" and reports all students as Native American with no secondary racial identities. It should also be noted that the practice of "observer identification" of race has historic problems in Native American populations, and is an inappropriate policy. **The Integrated Postsecondary Education Data System (IPEDS) shows HINU has never reported a student as two or more races since it's oldest report from 2001.**

I do not identify as only Native American, and yet the school reported me as only Native American in previous semesters according to IPEDS. The malignant neglect not collecting student's self identified racial identities not only affects US Census data, but also university reports along racial lines. If every student is considered the same on paper, it is impossible to identify patterns of systemic racism along the lines of students marginalized racial identities. For example, many students including myself feel that Student Rights (supervised by Salvini) has racially biased disciplinary practices for multi-racial Black students on campus, however, their Black identities are not recorded by HINU and thus there is no traceable bias or accountability.

I have engaged Tonia Salvini multiple times to have my racial identity represented, and it is her decision to not engage with me that furthers these systems already in place to marginalize multi-racial identities. I've already been misrepresented on the 2020 census and I am set up to be misidentified again when Salvini's subordinate reports racial data for the university to the IPEDS system for fall enrollment. **Her passive actions to ignore me are an active hurdle for me in being recognized as multi racial and why I don't feel she is fit for additional community duties to hold the Lawrence Police Department accountable since she cannot engage with a student on their personal racial concerns.**

### Subsidiary Complaint Against Community Police Review Board

I would also like to lodge a complaint with the City Manager's Office on the behavior of the Community Police Review Board (CPRB) with how they handled the the presentation of my complaints directly to the board. I admit to my lack of knowledge to the operation of city committee meetings, and suggest to add a section to the bylaws to instruct those of us with grievances where they can be filed. I understand now that I inappropriately aired my grievance in the public comments not knowing this was supposed to go to the City Manager. That being said, I'm upset that Chair Member Tonia Salvini did not provide a statement of where my grievance could be filed or that the board did not assign staff to provide information for how to file a grievance—both of which I've now discovered are common practice with handling public comments that need additional information. To me this is just another

hurdle that Salvini has used to protect her from being held accountable for her actions by not providing an option to file a complaint and further embarrassed me with my continued use of public comments to incorrectly try and find justice for her actions.

Not only was there a lack of direction for my complaint, but in the initial meeting on August 27th where I presented my first grievance in public comments, board members William Graybill and Jane Gibson broke what I understand is decorum to discuss my complaint and choose to do so with language that was dismissive of the nature of my complaint and gaslit my complaint saying it didn't concern the board in an effort to silence my grievance. See the summary of meetings and actions below.

Summary of Complaints Already Presented to the CPRB

Complaints against Salvini were presented directly to the board during the August 27th and September 30th meetings (Documents on file with CPRB Agendas) as public comments. I present the following summary of those meetings related to my complaint.

During the August 27th Meeting, the agenda included my initial complaint letter. My letter was not acknowledged during public comment section of the agenda. Before adjournment, board member William Graybill asked the board to acknowledge my letter, "I don't really want to wake up tomorrow and read the newspaper accusing this board or myself of white-washing material..." Board member Jane Gibson responded, "I don't see how it is even marginally relevant to the board. So I don't see any reason to respond to it because it's not about what we do."

For the September 30th meeting, I rewrote my complaint which held criticism for Graybill and Gibson's responses to my letter at the previous meeting. Graybill presented dialogue that relegated my complaint to a public image issue rather then acknowledging the nature of my complaint. I also brought attention to the White privilege present in Gibson's response where she (a) refused to view my complaint from my perspective as a racially marginalized member and (b) invalidated and gaslit my complaint dismissing it as something that doesn't concern the board. Additional information was provided in my letter expanding on my original complaint against Tonia Salvini. After presenting my complaint to the board, board member Marie Taylor posed questions to City Attorney Toni Wheeler which resulted in the advisement to present my ethics complaint to the City Manager.

Thank you for handling my complaint,

*Jared Nally*

Jared Nally

Cc: Diane Stoddard, Casey Toomay, Brandon McGuire, Tonia Salvini, Jennifer Robinson, William Graybill, Stephanie Littleton, Sanjay Mishra, Jane Gibson, Marie Taylor, LJ World

# EXHIBIT 13

USA000744



# City *of* Lawrence

## CITY ATTORNEY'S OFFICE

CITY COMMISSION

MAYOR
BRADLEY R. FINKELDEI

COMMISSIONERS
COURTNEY SHIPLEY
STUART BOLEY
LISA LARSEN
JENNIFER ANANDA, JD, MSW

CRAIG S. OWENS
CITY MANAGER

City Offices
PO Box 708 66044-0708
www.lawrenceks.org

6 East 6th St
785-832-3000
FAX  785-832-3405

December 17, 2020

Mr. Jared Nally
Delivered Via Electronic Communication to
   Address: [      PII      ]

Re: Correspondence to City Manager Craig Owens Concerning Tonia Salvini

Dear Jared:

I am writing to follow up on your correspondence to City Manager Craig Owens referenced above.  At the outset, we wish to express our appreciation to you for your patience as we have carefully considered the concerns you raised in your letter.

Your letter concerns a member of the Community Police Review Board (CPRB), Ms. Tonia Salvini.  In your letter you complain that Ms. Salvini in her role as an administrator at Haskell Indian Nations University (HINU), along with other HINU faculty, ignored your requests to provide your own racial identity to the school in certain reports made by HINU.  You also complain that Ms. Salvini did not engage with you when you made multiple attempts to engage with her and other HINU officials regarding your concerns.

After careful consideration, I find that the allegations stated in your complaint, even if everything in the letter is true, are not violations of the City's Ethics Policy or the bylaws of the CPRB. The actions of which you complain largely concern policies, practices, or actions of HINU. The allegation that Ms. Salvini, in her role as a HINU administrator, did not engage with you regarding your concerns is not a violation of the Ethics Policy or the CPRB bylaws. The conclusion I have reached should not be interpreted to mean that the concerns you raised regarding HINU's reporting and communication protocols are not valid.  The City of Lawrence, however, is not the proper forum to address those concerns.

In your letter you also expressed dissatisfaction with the manner in which the Community Police Review Board handled the presentation of your complaint.  Jared, we appreciate your honest feedback on this matter. The board is not tasked with or responsible for addressing or investigating complaints made against its members.  City staff will endeavor to assist in directing persons making complaints in the future to the appropriate City office.

 We are committed to providing excellent city services that enhance the quality of life for the Lawrence Community

Mr. Nally
Dec. 17, 2020
Page 2

Thank you again for contacting the City.  We wish you the very best as you continue your studies.

Sincerely,

Toni R. Wheeler
City Attorney

C: Craig Owens, City Manager



CITY COMMISSION

MAYOR
JENNIFER ANANDA, JD, MSW

COMMISSIONERS
BRADLEY R. FINKELDEI
COURTNEY SHIPLEY
STUART BOLEY
LISA LARSEN

CRAIG S. OWENS
CITY MANAGER

City Offices
PO Box 708 66044-0708
www.lawrenceks.org

6 East 6th St
785-832-3000
FAX 785-832-3405

December 8, 2020

Tonia Salvini, Chair
Community Police Review Board
725 Sheldon Place
Lawrence, KS  66046

Dear Tonia:

This letter serves to inform you that a complaint has been filed against you by Jared Nally, who alleges that you have violated the City's applicable ethics rules. The complaint along with Resolution 7269, which sets forth the City's Ethics and Professional Conduct Policy, is enclosed for your review.

The City Commission is currently working toward a procedure for handling complaints against advisory board members alleged to be in violation of the City's Ethics and Professional Conduct Policy under Resolution 7269. In the meantime before such procedure is memorialized in writing, the City Commission has directed my office to conduct a cursory investigation of the complaint to determine whether it is credible and whether it alleges a violation of the City policy.

Notice of the complaint is to be provided to you so that you have an opportunity to respond to me if you wish, in writing, within **seven (7)** calendar days of your receipt of this notice. Please note that any response you provide will be an open record subject to the Kansas Open Records Act. Upon receiving any response from you, I will finalize my review.

Please do not hesitate to contact me if you have any questions regarding this complaint, at twheeler@lawrenceks.org.

Sincerely,

Toni Wheeler
City Attorney

Encl.

 We are committed to providing excellent city services that enhance the quality of life for the Lawrence Community

USA000747

# EXHIBIT 14

USA000748

Census 2020

Jared Nally <​PII​>

Thu 2020-04-16 9:38 AM

**To:** tonia.salvini@bie.edu <tonia.salvini@bie.edu>; Ernest Wilson <ewilson@HASKELL.edu>

aya ceeki,

Could I please get information on how Haskell will be counting me in the 2020 census.

Thank you,
-Jared Nally

USA000749

## Fw: Census recruiting in Lawrence

Salvini, Tonia <tonia.salvini@BIE.EDU>
Fri 4/17/2020 10:27 AM
**To:** jnally@haskell.edu <jnally@haskell.edu>
**Cc:** Melissa Holder <mholder@HASKELL.edu>; Tina Tourtillott <ttourtillott@HASKELL.edu>

Jared -- The University is working with several folk in preparing for education/information/direction re: census 2020.

Meanwhile, if you could put this word out (below) via the Indian Leader -- we have had folks on campus quite often this academic year -- for meetings and recruitment (mostly Curtis Hall).

If you could assist in any way, it would be greatly appreciated.

Many thanks,
Tonia


Tonia L. Salvini
Northern Paiute
Pronouns: she/her
Vice President - University Services
**Haskell Indian Nations University**
Pushmataha Hall |Lawrence, KS  66046
785-830-2753

---

**From:** Robert R Evans Jr (CENSUS/PFLD FED) <robert.r.evans.jr@2020census.gov>
**Sent:** Friday, April 17, 2020 9:49 AM
**To:** Salvini, Tonia
**Subject:** Census recruiting in Lawrence

Hello Ms. Salvini,

Maria Boyd provided me with your email address in introducing us yesterday. Actually, Frankie Foster-Davis had suggested I contact you through Maria to see if you could help us.

Frankie is out of state and so not able to do recruiting work for the census until she returns. I have tried to follow up on her efforts here, especially in one tract bound by Barker in the north, Louisiana in the west and Haskell Avenue in the east. It extends south into Baker wetlands.

This tract needs one more applicant for the Census Taking position to reach the halfway goal set by the Census Bureau. In fact, with the possibility that some of those who have already applied may not be available when operations resume after the current shut down, we may need a number of additional Census Takers for this tract. I am not able to do anything on the ground so I have tried to reach people through social media.

If you know of anyone who might be interested in this part-time, flexible scheduling work, they should apply at 2020census.gov/jobs now. The training and work will not take place before mid-May or later but applications are still being processed. Applicants need to be 18 and have a social

USA000750

security number. It pays $15 an hour. Anyone with questions is welcome to contact me at this email address or by text message to 785-727-0414.

Thank you for your time and any assistance you can lend. Also, I would welcome any suggestions for how I might reach interested people in this tract or anywhere in Lawrence. I hope you don't mind my reaching out like this.

Best regards,

Robert


Robert Evans
Census Response Representative
U.S. Census Bureau
2020 Census
(785)727-0414
https://my2020census.gov

USA000751

-----Original Message-----
From: The Indian Leader [ **PII** ]
Sent: Saturday, June 20, 2020 11:32 AM
To: rgraham@haskell.edu; rgraham@bie.edu; Graham, Ronald <RONALD.GRAHAM@BIE.EDU>
Cc: ewilson@haskell.edu; Salvini, Tonia <tonia.salvini@BIE.EDU>; tsalvini@haskell.edu;
lgoombi@haskell.edu
Subject: HINU 2020 Census Efforts

Dear President Graham:

Please see the attached letter from the Indian Leader.

Sincerely,

Jared Naily
Editor for The Indian Leader

# The Indian Leader

The oldest Native American Student Newspaper

June 20, 2020

Ronald Graham, Ed.D
President
Haskell Indian Nations University
155 Indian Ave
Lawrence, KS 66046

**HINU 2020 Census Efforts**

Dear President Graham:

The Indian Leader has reached out to Haskell Indian Nations University (HINU) administration regarding the 2020 Census, with no responses or action taken towards getting students counted for the census.[1,2,3] Under your new leadership and with your involvement, the Indian Leader would like to see efforts to collect student census information.

I. HINU is responsible for reporting on-campus student census data.

Group housing for students living in residential dorms shall have their census information collected and reported by HINU as part of the Group Quarters Enumeration Project.[4] Students to be counted are those that would have been living in the dorms April 1, 2020 — students who were off campus April 1 as a result of COVID-19 pandemic response efforts are still to be counted if they, under normal circumstances, would have been living on campus on April 1, which is an estimated 500 students.[5,6]

II. HINU does not have sufficient information on file to report without student outreach.

Information collected by admissions and other HINU departments do not paint a full picture of student information to be reported to the United States Census Bureau. For example, HINU does not

---

[1] Email from the Indian Leader to Ernest Wilson and Tonia Salvini (Mar. 24, 2020) (on file with author).

[2] Email from the Indian Leader to Lenora Goombi (Mar. 25, 2020) (on file with author).

[3] Email from Jared Nally to Ernest Wilson and Tonia Salvini (Apr. 16, 2020) (on file with author).

[4] "Group Quarters Enumeration," https://2020census.gov/en/conducting-the-count/gq/gqe.html

[5] "Census Bureau Statement on Modifying 2020 Census Operations to Make Sure College Students are Counted" (Mar. 15, 2020), https://2020census.gov/en/news-events/press-releases/modifying-2020-operations.html

[6] Estimate made from fall 2019 enrollment numbers and HINU's website which says 80% of students live on campus. https://www.haskell.edu/registrar/enrollment-data/ & https://www.haskell.edu/admissions/why-haskell/

USA000753

# The Indian Leader

The oldest Native American Student Newspaper

collect racial data other than tribal affiliation.[7] If HINU reported all students as Native American, they would overlook those that are mixed race and would either self identity as more than one race, or identify singularly as another race other than Native American.

III. HINU failure to report would have significant impacts.

There would be significant impacts if HINU did not collect census information. There are potential legal implications since everyone is legally required to fill out the census, and as part of the Group Enumeration Project, that responsibility falls on HINU to report for on campus students.[8,9] There may be additional impacts in Lawrence's Native community if HINU does not report student census data. Indian Health Services (IHS) service populations are based on official census data.[10] Lawrence's current Native population is estimated by the US Census Bureau at around 2,500 — not reporting 500 students would significantly impact service populations estimates and potentially funding for IHS until the 2030 census.[11,12]

IV. Closing

Indian Leader has previously tried to engage with HINU administration to collect student census data which personally affects Indian Leader staff writers who are part of the student population to be reported by HINU.[13] Indian Leader, as a result of HINU ghosting Indian Leader emails, has since published an article to spread awareness on how students should be counted and outlining the responsibility HINU has to it's students.[14] This is our final attempt to engage with HINU administration to collect and report census data by the extended deadline. The Indian Leader will be covering this story again, and hopes that it will be on actions the HINU administration has taken to report student census data and not on the failure by HINU to do so. Please remain in contact with the the Indian Leader as you take actions towards reporting. The Indian Leader would like fulfill our role in informing students and the HINU community by sharing any public statements or releases by the administration which may inform students on how they can work with HINU to be counted during the 2020 census.

---

[7] Admissions Application, https://www.haskell.edu/downloads/admission/Admissions%20Application_proof2_7-18-13.pdf

[8] "Who is Required to Respond", https://2020census.gov/en/am-i-required.html

[9] *surpa* Note 4

[10] Overview of the Indian Health Services Program, https://www.ihs.gov/publicinfo/publications/trends96/96trov.pdf

[11] US Census Bureau, "Quick Facts: Lawrence city, KS", https://www.census.gov/quickfacts/lawrencecitykansas

[12] *surpa* Note 6

[13] *surpa* Note 1, Note 2, and Note 3

[14] Indian Leader Article, "2020 Census" (Apr. 13, 2020), http://www.theindianleader.com/2020/04/13/2020-census/

USA000754

# The Indian Leader

The oldest Native American Student Newspaper

Thank you for your partnership and pride with working with the Indian Leader, the oldest Native American student newspaper, and one of HINU's oldest legacies.

Sincerely,

Jared Nally
Editor for The Indian Leader

Cc:     Steven Prue, Office of the President
        Tonia Salvini, Vice President of Student Services
        Ernest Wilson, Acting Supervisor, Student Housing
        Lenora Goombi, University Services Staff

USA000755

## FW: HINU 2020 Census Efforts

### Salvini, Tonia L <tonia.salvini@BIE.EDU>

**To:** Graham, Ronald J <RONALD.GRAHAM@BIE.EDU>
**Cc:** Ernest Wilson <ewilson@HASKELL.edu>; Stephen Prue (BIE) <stephen.prue@BIE.EDU>; Tonia Salvini
[_____ PII _____]

📎 2 attachments (264 KB)
2020 Census Group Quarters eResponse Invitation; HINU 2020 Census Efforts;

Ron,

I have been working with Maria Boyd and Malinda Green from the Census Bureau 2020.

We are filing a "Group Quarters eResponse" through my office and the registrar.

The attached email was received on the 10th and were waiting for a revision and just received the go ahead to use this eprogram.

Lou Hara is drawing out the data from CAMS for each of the Halls to encode. I spoke with her this morning to begin work on the encoding and offered to assist her to complete this.

This is the first time Haskell has comprehensively participated in the Census.

As soon as we are completed -- ensuring we are fully loaded, I can respond to whomever at the Indian Leader.

If you have any questions, please let me know.

-- Tonia

Tonia L. Salvini
Northern Paiute
Pronouns:  she/her
Vice President - University Services
Haskell Indian Nations University
Pushmataha Hall  |Lawrence, KS  66046
785-830-2753
Haskell Indian Nations University - Viewbook
Haskell Indian Nations University

"The mission of Haskell Indian Nations University is to build the leadership capacity of our students by serving as the leading institution of academic excellence, cultural and intellectual prominence, and holistic education to address the needs of Indigenous communities."

| | |
|---|---|
| **From:** | Salvini, Tonia L |
| **To:** | jnally@haskell.edu |
| **Cc:** | Melissa Holder; Tina Tourtillott |
| **Subject:** | Fw: Census recruiting in Lawrence |
| **Date:** | Friday, April 17, 2020 9:27:13 AM |

Jared -- The University is working with several folk in preparing for education/information/direction re: census 2020.

Meanwhile, if you could put this word out (below) via the Indian Leader -- we have had folks on campus quite often this academic year -- for meetings and recruitment (mostly Curtis Hall).

If you could assist in any way, it would be greatly appreciated.

Many thanks,
Tonia


Tonia L. Salvini
Northern Paiute
Pronouns:  she/her
Vice President - University Services
**Haskell Indian Nations University**
Pushmataha Hall |Lawrence, KS  66046
785-830-2753

---

**From:** Robert R Evans Jr (CENSUS/PFLD FED) <robert.r.evans.jr@2020census.gov>
**Sent:** Friday, April 17, 2020 9:49 AM
**To:** Salvini, Tonia
**Subject:** Census recruiting in Lawrence

Hello Ms. Salvini,

Maria Boyd provided me with your email address in introducing us yesterday.  Actually, Frankie Foster-Davis had suggested I contact you through Maria to see if you could help us.

Frankie is out of state and so not able to do recruiting work for the census until she returns.  I have tried to follow up on her efforts here, especially in one tract bound by Barker in the north, Louisiana in the west and Haskell Avenue in the east.  It extends south into Baker wetlands.

This tract needs one more applicant for the Census Taking position to reach the halfway goal set by the Census Bureau.  In fact, with the possibility that some of those who have already applied may not be available when operations resume after the current shut

USA000757

down, we may need a number of additional Census Takers for this tract.  I am not able to do anything on the ground so I have tried to reach people through social media.

If you know of anyone who might be interested in this part-time, flexible scheduling work, they should apply at 2020census.gov/jobs now.  The training and work will not take place before mid-May or later but applications are still being processed.  Applicants need to be 18 and have a social security number.  It pays $15 an hour.  Anyone with questions is welcome to contact me at this email address or by text message to 785-727-0414.

Thank you for your time and any assistance you can lend.  Also, I would welcome any suggestions for how I might reach interested people in this tract or anywhere in Lawrence.  I hope you don't mind my reaching out like this.

Best regards,

Robert

Robert Evans
Census Response Representative
U.S. Census Bureau
2020 Census
(785)727-0414
https://my2020census.gov

USA000758

# The Indian Leader

### The oldest Native American Student Newspaper

June 20, 2020

Ronald Graham, Ed.D
President
Haskell Indian Nations University
155 Indian Ave
Lawrence, KS 66046

### HINU 2020 Census Efforts

Dear President Graham:

      The Indian Leader has reached out to Haskell Indian Nations University (HINU) administration regarding the 2020 Census, with no responses or action taken towards getting students counted for the census.[1,2,3] Under your new leadership and with your involvement, the Indian Leader would like to see efforts to collect student census information.

I. HINU is responsible for reporting on-campus student census data.

      Group housing for students living in residential dorms shall have their census information collected and reported by HINU as part of the Group Quarters Enumeration Project.[4] Students to be counted are those that would have been living in the dorms April 1, 2020 — students who were off campus April 1 as a result of COVID-19 pandemic response efforts are still to be counted if they, under normal circumstances, would have been living on campus on April 1, which is an estimated 500 students.[5,6]

II. HINU does not have sufficient information on file to report without student outreach.

      Information collected by admissions and other HINU departments do not paint a full picture of student information to be reported to the United States Census Bureau. For example, HINU does not

_____

[1] Email from the Indian Leader to Ernest Wilson and Tonia Salvini (Mar. 24, 2020) (on file with author).

[2] Email from the Indian Leader to Lenora Goombi (Mar. 25, 2020) (on file with author).

[3] Email from Jared Nally to Ernest Wilson and Tonia Salvini (Apr. 16, 2020) (on file with author).

[4] "Group Quarters Enumeration," https://2020census.gov/en/conducting-the-count/gq/gqe.html

[5] "Census Bureau Statement on Modifying 2020 Census Operations to Make Sure College Students are Counted" (Mar. 15, 2020), https://2020census.gov/en/news-events/press-releases/modifying-2020-operations.html

[6] Estimate made from fall 2019 enrollment numbers and HINU's website which says 80% of students live on campus. https://www.haskell.edu/registrar/enrollment-data/ & https://www.haskell.edu/admissions/why-haskell/

USA000759

# The Indian Leader
The oldest Native American Student Newspaper

collect racial data other than tribal affiliation.[7] If HINU reported all students as Native American, they would overlook those that are mixed race and would either self identity as more than one race, or identify singularly as another race other than Native American.

III. HINU failure to report would have significant impacts.

There would be significant impacts if HINU did not collect census information. There are potential legal implications since everyone is legally required to fill out the census, and as part of the Group Enumeration Project, that responsibility falls on HINU to report for on campus students.[8,9] There may be additional impacts in Lawrence's Native community if HINU does not report student census data. Indian Health Services (IHS) service populations are based on official census data.[10] Lawrence's current Native population is estimated by the US Census Bureau at around 2,500 — not reporting 500 students would significantly impact service populations estimates and potentially funding for IHS until the 2030 census.[11,12]

IV. Closing

Indian Leader has previously tried to engage with HINU administration to collect student census data which personally affects Indian Leader staff writers who are part of the student population to be reported by HINU.[13] Indian Leader, as a result of HINU ghosting Indian Leader emails, has since published an article to spread awareness on how students should be counted and outlining the responsibility HINU has to it's students.[14] This is our final attempt to engage with HINU administration to collect and report census data by the extended deadline. The Indian Leader will be covering this story again, and hopes that it will be on actions the HINU administration has taken to report student census data and not on the failure by HINU to do so. Please remain in contact with the the Indian Leader as you take actions towards reporting. The Indian Leader would like fulfill our role in informing students and the HINU community by sharing any public statements or releases by the administration which may inform students on how they can work with HINU to be counted during the 2020 census.

---

[7] Admissions Application, https://www.haskell.edu/downloads/admission/Admissions%20Application_proof2_7-18-13.pdf

[8] "Who is Required to Respond", https://2020census.gov/en/am-i-required.html

[9] *surpa* Note 4

[10] Overview of the Indian Health Services Program,  https://www.ihs.gov/publicinfo/publications/trends96/96trov.pdf

[11] US Census Bureau, "Quick Facts: Lawrence city, KS", https://www.census.gov/quickfacts/lawrencecitykansas

[12] *surpa* Note 6

[13] *surpa* Note 1, Note 2, and Note 3

[14] Indian Leader Article, "2020 Census" (Apr. 13, 2020), http://www.theindianleader.com/2020/04/13/2020-census/

---

PII

USA000760

# The Indian Leader

The oldest Native American Student Newspaper

Thank you for your partnership and pride with working with the Indian Leader, the oldest Native American student newspaper, and one of HINU's oldest legacies.

Sincerely,

Jared Nally

Editor for The Indian Leader

Cc:    Steven Prue, Office of the President
       Tonia Salvini, Vice President of Student Services
       Ernest Wilson, Acting Supervisor, Student Housing
       Lenora Goombi, University Services Staff

USA000761

M Gmail                                    **Jared Nally**  ┊      **PII**      ┊ >

---

## Media Inquiry - The Indian Leader
2 messages

---

**Jared Nally** <┄┄┄┄┄┄PII┄┄┄┄┄>                          Mon, Oct 5, 9:13 AM
To: <lpdmedia@lkpd.org>

I'm reaching out the the Lawrence Police Department as a student writer for The Indian
Leader, Haskell Indian Nations University's student newspaper. I'm wanting to get
confirmation and information on the death of Neeoni Chex to provide our community with
a proper death notice. She was a community pilar and I would appreciate any information
you could provide.

She would have died sometime yesterday, October 4, before 4:00 PM CST. Please let me
know if LPD can confirm her death, cause of death, and provide a funeral home if
possible.

Thank You,
-Jared Nally, Editor-In-Chief

---

**Patrick S. Compton** <pscompton@lkpd.org>                Mon, Oct 5, 3:24 PM
To: Jared Nally <┄┄┄┄┄┄PII┄┄┄┄┄>

Jared,

Jared,

Thank you for inquiry.

My apologies, but we do not generally do police records searches by name. Do you have
any other information on the location (Was it in Lawrence?), or circumstances of her
death?

Best,

Patrick

USA000762

Patrick Compton
Public Affairs
Lawrence, Kansas Police Department
4820 Bob Billings Parkway
Lawrence, KS 66049
(785) 830-7409
pscompton@lkpd.org
https://www.facebook.com/LawrencePolice
https://twitter.com/lawrenceks_pd
[Quoted text hidden]

USA000763

✕

## Last month, 182 people came to FIRE when their rights were in jeopardy. Hear their stories — and how we're fighting back — by subscribing today.

Hear their stories — and how we're fighting back — by subscribing today.

☐ Student
☐ Faculty
☐ K-12 Teacher
☐ Alumni/Other

Enter email address

**SUBMIT**

# University president threatens student newspaper editor for asking questions, not treating administration with 'highest respect'

by FIRE
October 26, 2020

- Haskell Indian Nations University president issues student-editor a "directive" entirely incompatible with practice of actual journalism.

- Student-editor: "When our university challenges the free speech of students, they are silencing a whole generation of Native voices."

- Saga is a warning to student journalists across the country.

LAWRENCE, Kan., Oct. 26, 2020 — In a meandering, scolding screed that demonstrates shockingly little knowledge of how journalism or the First Amendment work, a public university president formally forbade a student from interviewing government agencies for the student newspaper. He also directed the student editor to start showing university administrators the "highest respect" — or else!

Today, the Foundation for Individual Rights in Education, the Native American Journalists Association and the Student Press Law Center **wrote to Haskell Indian Nations University**. The coalition demands that the federally-operated university immediately and explicitly rescind its threats against the award-winning student newspaper and reminds the university's leadership that they can be held personally and monetarily responsible for threatening freedom of speech and freedom of the press.

HINU President Ronald Graham issued a personally-signed **"directive"** on Oct. 16 to student journalist Jared Nally, threatening him with disciplinary action if he continued basic acts of journalism. Graham specifically prohibited Nally from recording interviews, interviewing government officials, and failing to treat members of the HINU community with the "highest respect."

USA000764

On Oct. 5, Nally, editor-in-chief of **The Indian Leader** student newspaper, emailed the Lawrence Police Department with a **routine request for information** about the death of an HINU employee. As is standard journalistic practice, Nally identified himself as a student reporter of The Indian Leader. For that, Graham wrote that Nally "discredited" himself and the university, and brought "unwanted attention" to the Kansas university.

"Under no circumstances," wrote Graham, "do you have the authority to contact the police department (or any other governmental agency) and demand anything on behalf of the university." (Read Nally's "**demand**" for yourself.)

"Native student journalists are our communities' next generation of storytellers," said Nally. "Journalism is about being community watchdogs, sharing information with our communities, and providing spaces for voices to be heard. When our university challenges the free speech of students, they are silencing a whole generation of Native voices."

In July, the administration unilaterally removed the newspaper's faculty adviser and installed its own pick — who happened to also be an administrator — which student editors feared would violate their editorial independence. Concerned that the appointment would imperil their right to engage as a free, independent student press, the Leader's officers unanimously voted to remove the administration's choice as faculty adviser.

Further complicating matters, the university ignored the Leader's repeated attempts to renew its position as a sanctioned organization, ascertain the balance of its account with the student bank, and gain recognition for its former adviser.

The contentious backstory also led Graham to accuse Nally of "attack[ing] Haskell employees with letters" — a colorful, if not overly-dramatic, description of Nally criticizing the actions of campus officials by lodging written and oral complaints.

"The only 'attack' here is Ronald Graham's egregious and unconstitutional attack on the free press," said Lindsie Rank, author of **FIRE's letter** to HINU. "President Graham must immediately disavow his threats against Jared's right to ask questions of those in power. That's Jared's job as a journalist. It's President Graham's job to understand his very real obligations under the Constitution."

### A NATIONAL PROBLEM: WATCH OUT FOR THE SEVEN WARNING SIGNS OF PRESS CENSORSHIP — HINU IS ENGAGING IN THREE

FIRE, NAJA, and SPLC's **letter** reminds the university that its directive goes against student journalists' constitutional rights and that threatening or carrying out retaliation against Nally or the Leader for their free expression violates the First Amendment.

HINU is an educational institution **operated by the federal government** and bound to uphold students' rights — not only by the Constitution, but by a **1989 settlement agreement** between the university and the student newspaper.

HINU, for its part, does not make it particularly easy for students to understand their rights on campus. HINU's student rights office website **helpfully points out** that "[l]orem ipsum dolor sit amet, consectetuer adipiscing elit, sed diam nonummy nibh euismod tincidunt ut laoreet dolore magna aliquam erat volutpat." (Lorem ipsum is **placeholder text**.)

"It appears that HINU is spending their time crafting nastygrams instead of giving at least a begrudging nod to students' rights on their website," Rank said. "These are not the actions of a university that understands its binding legal obligations to honor student rights."

FIRE requested a response by Nov. 2 and is committed to using all the resources at its disposal to ensure student rights are protected at HINU.

USA000765

11/5/2020

Case 2:21-cv-02113-JAR-TJJ   Document 29-3   Filed 07/19/21   Page 238 of 386

University president threatens student newspaper editor for asking questions, not treating administration with 'highest respect'

"The Indian Leader is the oldest Native American student newspaper and one of HINU's oldest continued legacies," Nally said. "We are an award-winning publication, and it's disappointing to feel like this amazing student legacy is not supported by our university."

Last month, the Leader **won 11 awards** from the Native American Journalists Association, including first place for general excellence.

This isn't the first time HINU left its students' rights out in the cold: Earlier this year, they actually forced a student out into the cold, banishing him from campus, and leaving him to live in his car during a global pandemic. In April, HINU **charged** student Russell Parker with "threatening a federal employee" when he said a campus employee was "being an asshole" for threatening to tow his car. The university then suspended him without a hearing or any due process — leaving him homeless during the state's stay-at-home order and forcing him to live in his car until he found temporary housing 800 miles away.

The Foundation for Individual Rights in Education (**FIRE**) is a nonpartisan, nonprofit organization dedicated to defending and sustaining the individual rights of students and faculty members at America's colleges and universities. These rights include freedom of speech, freedom of association, due process, legal equality, religious liberty, and sanctity of conscience — the essential qualities of liberty.

**CONTACT:**

Daniel Burnett, Director of Communications, FIRE: 215-717-3473; media@thefire.org

Ronald Graham, President, HINU: 785-749-8497; president@haskell.edu

**Tell Haskell President Ronald Graham to respect freedom of the press**

USA000766



University president threatens student newspaper editor for asking questions, not treating administration with 'highest respect'

Schools:   Haskell Indian Nations University

Cases:   Haskell Indian Nations University: President Sends "Directive" to Student Newspaper Editor About "Respect"
for Administrators

USA000767

Case 2:21-cv-02113-JAR-TJJ   Document 29-3   Filed 07/19/21   Page 240 of 386

11/5/2020      Haskell president warns student editor against 'attacks,' threatens discipline; groups denounce action as First Amendment violation | New…



# Haskell president warns student editor against 'attacks,' threatens discipline; groups denounce action as First Amendment violation



photo by: Jared Nally

Jared Nally is the editor in chief of the student newspaper at Haskell Indian Nations University.

The editor in chief of the student newspaper at Haskell Indian Nations University says the university president is threatening his First Amendment rights and teaching Native American scholars that they don't have voices.

USA000768

11/5/2020
Case 2:21-cv-02113-JAR-TJJ   Document 29-3   Filed 07/19/21   Page 241 of 386
Haskell president warns student editor against 'attacks,' threatens discipline; groups denounce action as First Amendment violation | New…

Jared Nally, a Haskell junior and editor of The Indian Leader student newspaper, received a "directive" from Haskell President Ronald Graham on Oct. 16 with specific instructions about what he is–and is not–allowed to do.

*In the letter*, Graham tells Nally, "you will NOT" attack any student, faculty member or staff member with letters or in public, make demands of any governmental agency while claiming to represent the student newspaper, attempt to countermand decisions of Haskell personnel or record anyone at Haskell in interviews unless first advising them and receiving their permission.

"Henceforth, you will conduct yourself in accordance with the Haskell Student Code of Conduct — now and in the future; and you will treat fellow students, University staff, and University officials with appropriate respect," Graham wrote. "Failure to do so, may result in disciplinary action."

Nally said he was upset when he received the directive from Graham, because he felt it was "negative" and painted an image of him that was in conflict with his own self-image. But after looking more at the directive, Nally realized it was "finally some proof of the retaliation I've been feeling for months."

Graham did not respond to a request for comment for this story, nor did Haskell's spokesperson, Stephen Prue.

*As the Journal-World has reported*, Nally said that responses from the Haskell administration have become increasingly sparse since the departure of former interim president Daniel Wildcat. He also stated that he has received comments from administrators criticizing his newspaper's coverage. Now, he feels the directive is a concrete example of the university president violating his First Amendment rights.

"Haskell is an all Native American school and if the mentality of the administration is to not allow students to have free speech, then they are teaching these native scholars and these native youth that they don't have voices," he said.

Representatives of the Foundation for Individual Rights in Education (FIRE), Native American Journalists Association and Student Press Law Center agree that Graham is violating the First Amendment. *In a letter to Graham*, they wrote that his directive "forbids Nally from carrying on normal journalistic activities, such as requesting information from government agencies, recording interviews, and criticizing members of the HINU community."

USA000769

11/5/2020  Haskell president warns student editor against 'attacks,' threatens discipline; groups denounce action as First Amendment violation | New…

Case 2:21-cv-02113-JAR-TJJ   Document 29-3   Filed 07/19/21   Page 242 of 386

In the letter, they tell Graham to rescind the directive, restore the newspaper's rights to university resources and access to its bank account, and to clarify that the university will not impede the free expression rights of students in the future.

"The only 'attack' here is Ronald Graham's egregious and unconstitutional attack on the free press," Lindsie Rank, a program officer with FIRE, said in *a press release from FIRE*. "President Graham must immediately disavow his threats against Jared's right to ask questions of those in power. That's Jared's job as a journalist. It's President Graham's job to understand his very real obligations under the Constitution."

**The directive**

In his directive to Nally, Graham brings up examples of ways Nally's behavior has "discredited" him and the university, and "brought yourself, The Indian Leader, Haskell, and me unwarranted attention."

In the directive, Graham mentions that Nally had recently contacted the Lawrence Police Department, "demanding information." *Nally emailed the Lawrence Police Department* on Oct. 5, identified himself as a student journalist at Haskell, and requested confirmation and information about the death of a Haskell employee.

"Under no circumstances do you have the authority to contact the police department (or any other governmental agency) and demand anything on behalf of the University," Graham's directive to Nally states.

That wasn't the only action of Nally's to which Graham took offense. Graham also mentions in his letter that Nally attempted to remove the faculty adviser of the student newspaper this August.

Joshua Falleaf was assigned as the faculty adviser of the student publication this summer, which Nally and other members of the newspaper staff did not agree with, due to Falleaf's current administrative position as an acting dean. The change came, Nally said, after the university decided faculty members must be removed from all advisory positions to focus on remote learning efforts. And it's a change, Nally said, that really only affects the student newspaper, as most other clubs and associations on campus are not happening this semester, since *Haskell opted to be entirely remote due to the COVID-19 pandemic.*

USA000770

11/5/2020
Haskell president warns student editor against 'attacks,' threatens discipline; groups denounce action as First Amendment violation | New...

Case 2:21-cv-02113-JAR-TJJ   Document 29-3   Filed 07/19/21   Page 243 of 386

Graham also disagreed with Nally's actions of recording a conversation with a university official without her permission. Nally did not identify himself as a reporter during the conversation — which he said was because the university has repeatedly refused to answer press questions. He did use information from the conversation to write a piece for the paper, which he labeled as commentary, not news.

According to Kansas law, however, only one person in a conversation must consent to that conversation being recorded.

But "in many states, this would be considered a felony," Graham writes. "You invoked Kansas law to justify disrespectful behavior toward a university official."

**The rights of the student newspaper**

*A 1989 settlement agreement* between The Indian Leader and the United States Department of the Interior, which runs Haskell, notes that students have editorial control of the newspaper.

It states that no officer, agent, instructor or employee of Haskell may "censor, edit or modify the contents of The Indian Leader newspaper in violation of the First Amendment of the United States Constitution."

The agreement also states that while the faculty adviser of the student publication has the right to offer advice and assistance, that person does not have the right to censor, edit or modify the content of the paper.

Another issue brought up by Nally and mentioned in the letter from FIRE, the Native American Journalists Association and the Student Press Law Center is that Nally has not been able to access the paper's funding because the group has not yet been sanctioned, or recognized, by the university this year. Normally, the newspaper gets sanctioned at the beginning of every year after having its first meeting, recording meeting minutes and electing officials, Nally said. This year, despite multiple attempts to receive sanctioning and thus get funding, Nally said he has not received any responses.

According to the 1989 settlement agreement, a monthly account statement prepared by the student bank must be presented to the leader of the student newspaper. Nally said he has not received any monthly account statements so far this year. The settlement agreement also notes that federal funding may be withdrawn from The Indian Leader, but that notice of the withdrawal of funding

USA000771

must be given 30 days in advance. And removing funding from the paper must not be exercised "in response to, or as a result of, articles, photographs or any other content of The Indian Leader."

Thus, in addition to calling on Graham to rescind the directive and not violate the First Amendment, Nally and members of FIRE, the Native American Journalists Association and the Student Press Law Center are calling on Haskell to restore the newspaper's rights to university resources and access to its bank account.

A press release from the Native American Journalists Association (NAJA) states that instead of condemning student journalists, Haskell should be commending them for their "dogged work."

"Graham's attempt to suppress student inquiry is fundamentally anti-Indigenous, and perpetuates the colonial goals of ignorance, isolation, and subjugation," NAJA's statement said. "NAJA joins the Foundation for Individual Rights in Education in urging Haskell officials to respect student reporters and calls on President Graham to rescind his authoritarian-style threats at Nally for upholding his obligations to the Haskell community with persistent, thorough reporting."

Graham, a former division dean of instruction at Victor Valley College in Victorville, Calif., began his presidency of Haskell in May of this year.

USA000772

# EXHIBIT 4

USA000773

# Student Safety Jeopardized by
# Violation of Fifth Amendment

BY: JARED NALLY  ON: APRIL 15, 2020  IN: HASKELL INDIAN
NATIONS UNIVERSITY, NEWS STORIES  WITH: 3 COMMENTS



A Haskell Indian Nations University (HINU) student was vacated from the university dorms during the height of the COVID-19 pandemic over allegations of intimidation and harassment of a Haskell employee without due process to appeal the decision.

HINU athlete Russell Parker received a HINU Action Notice for an Emergency Level II suspension from Danelle McKinney, Student Rights Specialist, that required Parker to leave campus during stay-at-home orders from the state. The notice outlined that Parker wasn't currently allowed to appeal allegations against him but was allowed to appeal his "Permanent Loss of Housing." Parker says he is unaware of how an appeal for housing would work at this time since there are policies in place to keep students who have left campus from returning among HINU's COVID-19 response efforts, and he's currently required to be off campus until his hearing.

Parker's suspension is based on allegations of "harassment of Haskell employee" and "intimidation by student to Haskell employee." These allegations came as a shock for Parker, and contrasts the Report Synopsis Overview in the Incident Reportwhich states that "[the] student failed to comply with verbal directives from Facilities Staff." The referenced directives in the report had asked Parker to move his car and golf mat and move onto the current golfing range.

According to the incident report, Steven LaCour, Acting Facilities Foreman stated "… I noticed that he had a golf club in his hand and was getting very agitated." The surrounding text does not support that Parker, who was golfing, threatened LaCour, but  mentions Parker accusing him of being on a "power trip" and calling him an "a–hole" when he walked away, both protected rights under the First Amendment as well as the Code of Student Conduct. Parker feels LaCour embellished his report by describing Parker as "belligerent" and "agitated"; LaCour referred to himself as acting "kindly."

In addition to LaCour's statement being taken in the incident report by Ernest Wilson, Acting Supervisor: College Resident Assistant, LaCour's account was also recorded in the activity logof Lead Security Officer

USA000774

James Yarnall who LaCour asked to confront Parker. Yarnall wrote that after asking Parker to move his car and to golf on the range, the "student packed up his stuff and left" and "did not say much to me." He did note that Parker seemed "irritated".

Parker's own experience was not documented by either the security activity log nor the Incident Report used to determine Parker's suspension. Despite his best efforts to advocate for himself, Student Rights is not currently allowing him to appeal their allegations.

As a federally funded school, HINU is bound by constitutional rights including the right to due process which is also part of the Code of Student Conduct. The code of conduct says "every student, student organization, and campus organization is entitled to due process and appeal in *every* instance of disciplinary action for alleged violation of Haskell expectations."

This decision and lack of due process puts Parker's life in danger. Parker said "it's like walking around with a bomb strapped to my chest" referring to him trying to find temporary housing off campus in the midst of the pandemic. Parker also showed concerns for it's effects on his financial situation and how it will affect his scholarships. Parker had told Tonia Salvini, Vice President of University Services, through email that this would "leave [him] homeless at the height of a pandemic."

For Parker to be charged with Intimidation or Threat outlined in the Code of Student Conduct, LaCour would have to have had "a fear of bodily harm" or feel threatened by word or action " of a perceived threat to inflict bodily harm." In Parker's message to Salvini,  he told her that these allegations simply aren't true and that "at no point did [he] approach Mr. LaCour or say anything that would imply a threat or violence." Allegations of intimidation automatically trigger an additional charge of harassment due to HINU defining intimidation as a form of harassment.

Parker has been receiving support from his peers who have witnessed Parker golfing over the past few weeks during isolation before the incident. Haskell student, Michael King said "Haskell protects their employees more than they protect their students". The climate of the current COVID-19 pandemic has complicated relationships between students and staff. King said "I feel staff is targeting students and pointing blame at them for [COVID-19]" and that the staff thinks "… their health is at a greater risk than students…". One of LaCour's coworkers commented on an Indian Leader Facebook post that he felt it was a "very bad choice to let students live here" and he feels like staff aren't equipped to protect themselves. One of LaCour's relatives also posted concerns that "essential staff have families too" referencing the fact that students who are staying on campus put them, the staff and their families, at risk (see article "When Home isn't 'Home' ").

Not only is Parker up against a mindset that students on campus threaten staff safety, but Parker's peer, Marklin Morales says "I don't doubt race had something to do with it." Parker told Indian Leader that as a bi-racial non-traditional student, he doesn't look like his peers and that has caused challenges for him including this incident.

A study from the American Psychological Association (APA) found that black men, in hypothetical situations, were perceived as more "capable of causing harm…" Parker said, "I don't like playing the race card", but he finds that his bi-racial status affects his life, even in Black and Native communities. This comes several weeks after multi-racial Black students discussed their discrimination  on HINU's campus at the Black History Month Student Panel.

According to a HINU Resident Assistant, Parker is one of at least five students who have been vacated during HINU's isolation through allegations of breaking the Code of Student Conduct, and it is unknown if the others were given their due process, and if there was any consideration for their safety during this pandemic. Parker's hearing for Permanent Loss of Housing will be Friday April 17, Parker's birthday.


**Notes:**
*Vice President of Student Services Toni Salvini, Student Rights Specialist Danelle McKinney, and Acting President Jim Rains were given an opportunity to comment before publication with no response.*

*There is a reference to an attached police report with the Action Report. To Parkers knowledge, this is just the security log from Yarnall. Parker contacted the Lawrence Police Department who has no record of this incident.*

Following the publication of the article, student rights organization Foundation for Individual Rights in Education has gotten involved on behalf of Parker, and the following news outlets have picked up the story.

USA000776

# EXHIBIT 16

USA000777



# United States Department of the Interior
### BUREAU OF INDIAN EDUCATION
### HASKELL INDIAN NATIONS UNIVERSITY
### Office of the President
Lawrence, Kansas 66046-4800
Phone: (785)749-8497   Fax: (785)749-8411



**MEMORANDUM**

To:       Beverly Fortner – President, Haskell Student Senate
          Brenda Schildt – Acting Vice-President for University Services

Cc:       Steve Byington – Finance

From:     Dr. Venida Chenault, President   *VChenault*

Subject:  Student Fee Distribution Proposal

Date:     November 7, 2014

After conducting a review of the distribution of the student fee revenue, it is being proposed that a change be made in the distribution of student activity fees. Currently, these funds are distributed to Student Activities and the Indian Leader Association.

It is recommended that student fees also be used to properly support student governance and leadership by ensuring the Haskell Student Senate and its *sanctioned* Clubs and Organizations benefit from the student activity fees, as well as Student Activities and the Indian Leader Association.

This memo provides direction for the distribution of Student Fees collected each semester and changes that would be required to implement this recommendation. Student fees are to be used to support student activities that enrich and enhance student life at Haskell. These funds would be issued to Student Senate (1/3), Student Activities (1/3) and Indian Leader Association. Currently, Student Activities receives 2/3, Indian Leader Association 1/3 and Student Senate receives zero.

The Bursar's Office is responsible for the collection of student activity fees, with monthly disbursements of fees collected throughout the year. The amount distributed is based on total student enrollment and the student activity fee. Based on a sample enrollment of 750 students per semester and the fee of $35.00 per student, this would total $52,500 annually.

Upon a favorable vote of the Student Senate this proposal would be implemented and changes would be made effective Spring 2015.

The change would result in fee revenue being divided equally between Student Senate, the Indian Leader Association and Student Activities. The revenue amounts will vary each semester based on the number of enrolled students and fees collected.

This change in distribution will provide needed resources to support student governance, as represented by the Student Senate and the clubs and organizations that comprise the Senate. It will be the responsibility of the Student Senate to develop processes to properly administer the funds; requesting funds and awarding funds and ensuring these funds enhance the experiences of all Haskell students. These processes are required and must be in place in order to implement this change.

1884 – 2014
Celebrating 130 Years of Indian Education and Resilience

USA000778

↩ Reply all   ∨   🗑 Delete   ⊘ Junk   Block   ⋯

**Student Senate message**



## HINU Student Government Association
August 17, 2020 at 3:15 PM · 🌐

### AUG 17, 2020

# Message to all SGA Student Organizations of 2019-2020



As we addressed earlier, the Executive Board will not sanction any SGA Student Organizations (StuOrg.) until we resume safe in-person learning, and when it is 100% for large gatherings to continue. However, if a StuOrg. wants to be virtually active throughout the semester, that is a decision the StuOrg. will have to make for itself. **Since sanctioning will be not be happening, you are not bound by SGA rules and procedures.**

2 of 3

This Thursday, StuOrgs will have a chance to advertise and interact with incoming students at a Zoom meet-and-greet. If your StuOrg. is interested, please email Dr. Freda Bipp (fbipp@haskell.edu)

3 of 3



## HINU Student Government Association
August 17, 2020 at 2:56 AM · 🌐

USA000779

## Re: Indian Leader Funding

Byington, Steve K <steve.byington@BIE.EDU>
Tue 10/27/2020 10:35 AM
To: Prue, Stephen C <stephen.prue@BIE.EDU>

Jeri says they have access to their funding but no payroll has been submitted since the summer.

Steve Byington
Finance Specialist
Haskell Indian Nations University
Office: (785)830-2780  Fax: (785)830-2760
steve.byington@bie.edu

---

**From:** Byington, Steve K <steve.byington@BIE.EDU>
**Sent:** Tuesday, October 27, 2020 10:32 AM
**To:** Prue, Stephen C <stephen.prue@BIE.EDU>
**Subject:** Re: Indian Leader Funding

Jeri and I are separating the $35 Activity Fee this semester so the funding will be transferred into their account.  I am not aware of any restrictions to their account.  I will check with Jeri to see when the last batch of checks was written for their writers.  They are not sanctioned this semester because SGA decided against sanctioning any groups this semester.

Steve Byington
Finance Specialist
Haskell Indian Nations University
Office: (785)830-2780  Fax: (785)830-2760
steve.byington@bie.edu

---

**From:** Prue, Stephen C <stephen.prue@BIE.EDU>
**Sent:** Tuesday, October 27, 2020 10:27 AM
**To:** Byington, Steve K <steve.byington@BIE.EDU>
**Subject:** Indian Leader Funding

Steve,

Please update me on the Indian Leader's funding. Are they sanctioned and funded? The article in the LJ World indicates they are not funded.

USA000780

https://www2.ljworld.com/news/general-news/2020/oct/26/haskell-president-warns-student-editor-against-attacks-threatens-discipline-groups-denounce-action-as-first-amendment-violation/



## Haskell president warns student editor against 'attacks,' threatens discipline; groups denounce action as First Amendment violation

The editor in chief of the student newspaper at Haskell Indian Nations University says the university president is threatening his First Amendment rights and teaching Native American scholars that they don't have voices.

www2.ljworld.com

Stephen Prue
Special Assistant
Haskell Indian Nations University

*Our Mission at **Haskell Indian Nations University** is to build the leadership capacity of our students by serving as the leading institution of academic excellence, cultural and intellectual prominence, and holistic education that addresses the needs of Indigenous communities.*

USA000781

Fw: Indian Leader Payroll and Financial Document Request

Steven Byington <sbyington@HASKELL.edu>
Thu 2021-04-01 3:24 PM
**To:** Byington, Steve K <steve.byington@BIE.EDU>; Melanie Daniel <mdaniel@HASKELL.edu>

📎 1 attachments (262 KB)
ILA Fall 2020 Expense Report.pdf;

Attached is the last withdrawal request from Indian Leader for Fall 2020.

---

**From:** Jared Nally <jared.nally@HASKELL.edu>
**Sent:** Friday, January 8, 2021 12:44 PM
**To:** jeri.sledd@bie.edu <jeri.sledd@bie.edu>; Jeri Sledd <jsledd@HASKELL.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Indian Leader Payroll and Financial Document Request

aya Jeri,

I've attached the Indian Leader Association's pay roll to this email. Please let me know if I need to provide anything else to have our writers and photographers paid for their work for the fall semester.

Several times this semester (September 3rd, September 10th, and October 19th) I've attempted to engage you and the student bank to receive balance statements of the Indian Leader Association's student bank account—I am attempting again to ask you to please provide all past statements for our account for last year, 2020. This is crucial information for the planning of Indian leader Association activities.

I would also like to affirm whether or not HINU approved and acknowledged the Indian Leader Association's Plan of Operations sent to you on September 3rd.

I appreciate your cooperation in assisting the Indian Leader Association in their financial operations.

-Jared Nally, Editor-In-Chief

Get Outlook for iOS

**Fall 2020 Indian Leader Association Expense Report**

Jared E. Nally, Editor

Jayde Lanham, Secretary/Treasurer

The Indian Leader Association

Haskell Indian Nations University

155 Indian Ave. Box #4999

Lawrence, KS 66046

USA000783

FALL 2020 EXPENSE REPORT                                                              2

 The following are the fall 2020 semester expenses for the Indian Leader Association ending on December 31, 2020. Applicable receipts and invoices are included in the appendix.

## Fall 2020 Expenses

| Item Description | Qty | Rate | Total |
|---|---|---|---|
| Arquette, Zachary | | | |
| *Article*: "New Mural Honors Wetlands..." | 938 | $0.10 | $93.80 |
| *Photography* : "New Mural Honors Wetlands..." | 3 | $5 | $15 |
| | | *Total* | *$108.80* |
| Banks, Tyran | | | |
| *Video*: "Interviews with Haskell Student..." | 1/2 | $15 | $7.50 |
| | | *Total* | *$7.50* |
| Begay, Delilah | | | |
| *Video*: "HINU Online Learning" | 1/3 | $15 | $5 |
| | | *Total* | *$5* |
| Bointy, Kayla | | | |
| *Distribution Manager Pay* | 1 | $50 | $50 |
| *Article*: "Graduating HINU Student..." | 485 | $0.10 | $48.50 |
| | | *Total* | *$98.50* |
| Chickaway, Shayla | | | |
| *Video*: "HINU Online Learning" | 1/3 | $15 | $5 |
| | | *Total* | *$5* |

USA000784

FALL 2020 EXPENSE REPORT

Lanham, Jayde

| | | | |
|---|---|---|---|
| *Secretary/Treasurer Pay* | 1 | $50 | $50 |
| *Article*: "Student Responses to Presidential..." | 320 | $0.10 | $32.00 |
| | | *Total* | *$82.00* |

MacDonald, Connor

| | | | |
|---|---|---|---|
| *Assistant Editor Pay* | 1 | $50 | $50 |
| *Reimbursement*: Monthly Adobe License (Appendix) | 3 | $31.49 | $94.47 |
| | | *Total* | *$144.47* |

Manygoats, Alexander

| | | | |
|---|---|---|---|
| *Video*: "Interviews with Haskell Student..." | 1/2 | $15 | $7.50 |
| | | *Total* | *$7.50* |

Nally, Jared

| | | | |
|---|---|---|---|
| *Editor Pay* | 1 | $50 | $50 |
| *Article*: "Study Body President Steps Down" | 203 | $0.10 | $20.30 |
| *Article*: "Member of the Haskell Family..." | 113 | $0.10 | $11.30 |
| *Article*: "Curtis Worker Nia Schexnider..." | 120 | $0.10 | $12.00 |
| *Article*: "Change the Mascot?" | 208 | $0.10 | $20.80 |
| *Article*: "KC Football Honoree.." | 217 | $0.10 | $21.70 |
| *Article*: "Veterans Day Celebration" | 191 | $0.10 | $19.10 |
| *Article*: "The Indian Leader Wins..." | 110 | $0.10 | $11.00 |
| *Article*: "6th Grader Seeks Help..." | 396 | $0.10 | $39.60 |

FALL 2020 EXPENSE REPORT                                                    4

| | | | |
|---|---|---|---|
| *Article*: "It's Not Just $475" | 763 | $0.10 | $76.30 |
| *Article*: "Native Author to Release..." | 270 | $0.10 | $27.00 |
| *Article*: "Haskell Alumni Involved in..." | 207 | $0.10 | $20.70 |
| *Article*: "President Supports Athletic..." | 288 | $0.10 | $28.80 |
| *Article*: "New Leadership in Women's..." | 259 | $0.10 | $25.90 |
| *Article*: "Haskell Instructor Honored..." | 301 | $0.10 | $30.10 |
| *Article*: "Native Themed Sports Mascots..." | 414 | $0.10 | $41.40 |
| *Photography*: "KC Football Honoree..." | 3 | $5 | $15 |
| *Photography*: "Veterans Day Celebration" | 3 | $5 | $15 |
| *Photography*: "President Supports Athletic..." | 1 | $5 | $5 |
| *Photography*: "Haskell Instructor Honored..." | 2 | $5 | $10 |
| *Video*: "KC Football Honoree..." | 1 | $15 | $15 |
| | | *Total* | *$519* |
| Sloan, Makayla | | | |
| *Article*: "Quarantine Creations..." | 519 | $0.10 | $51.90 |
| | | *Total* | *$51.90* |
| Walters, Christian | | | |
| *Video*: "HINU Online Learning" | 1/3 | $15 | $5 |
| | | *Total* | *$5* |
| | | *Grand Total* | *$1,034.67* |

USA000786

FALL 2020 EXPENSE REPORT                                                          5

**Appendix**

## INVOICE



**Adobe**

Adobe Inc.
345 Park Ave
San Jose, CA 95110

| | |
|---|---|
| Reprint | Page 1 of 1 |
| **Invoice Number:** | 1220905622 |
| **Invoice Date:** | JUL-03-20 |
| **Payment Terms:** | Credit Card |
| **Due Date:** | JUL-10-20 |
| **Purchase Order:** | ADD051216981 |
| **Contract No** | 00004490 |
| **Order Number:** | 7016866901 |
| **Order Date:** | JUL-03-20 |
| **Customer No.:** | 1452233 |
| **Bill to No.** | 1209578935 |

**Adobe Contact Information:**
https://helpx.adobe.com/contact.html

**Bill To:**
Connor MacDonald

**PII**

| Line No. | Material No / Description | UOM | Unit Price | Qty | Extended Price |
|---|---|---|---|---|---|
| 000010 | 65183258 | EA | 31.49 | 1 | 31.49 |
| | InDesign ALL MLP DSP Re: Inv 01 mnth MUN 1 MO DSP | | | | |

**North America**

**Invoice Totals**

| | S & H | Sales Tax | Currency | Qty Shipped | Invoice Total |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | USD | 1 | 31.49 |

Comments:

USA000788

## INVOICE



**Adobe**

Adobe Inc.
345 Park Ave
San Jose, CA 95110

Reprint                          Page 1 of 1
**Invoice Number:** 1236658011
**Invoice Date:** AUG-03-20
**Payment Terms:** Credit Card
**Due Date:** AUG-10-20
**Purchase Order:** ADD051216961
**Contract No** 00004490
**Order Number:** 7016866901
**Order Date:** JUL-03-20
**Customer No.:** 1452233
**Bill to No.** 1209578935

**Adobe Contact Information:**
https://helpx.adobe.com/contact.html

**Bill To:**
Connor MacDonald

PII

| Line No | Material No / Description | UOM | Unit Price | Qty | Extended Price |
|---------|---------------------------|-----|-----------|-----|----------------|
| 000010 | 65183258 | EA | 31.49 | 1 | 31.49 |
| | InDesign ALL MLP DSP Ret Inv 01 mnth MUN 1 MO DSP | | | | |

| North America | | | | | |
|---------------|---|---|---|---|---|

**Invoice Totals**

| S & H | Sales Tax | Currency | Qty Shipped | Invoice Total |
|-------|-----------|----------|-------------|---------------|
| 0.00 | 0.00 | USD | 1 | 31.49 |

Comments:

## INVOICE



**Adobe**

Adobe Inc.
345 Park Ave
San Jose, CA 95110

| | |
|---|---|
| Reprint | Page 1 of 1 |
| **Invoice Number:** | 1253404678 |
| **Invoice Date:** | SEP-03-20 |
| **Payment Terms:** | Credit Card |
| **Due Date:** | SEP-10-20 |
| **Purchase Order:** | ADD051216981 |
| **Contract No** | 00004490 |
| **Order Number:** | 7016866901 |
| **Order Date:** | JUL-03-20 |
| **Customer No.:** | 1452233 |
| **Bill to No.** | 1209578935 |

**Adobe Contact Information:**
https://helpx.adobe.com/contact.html

**Bill To:**
Connor MacDonald

**PII**

| Line No | Material No / Description | UOM | Unit Price | Qty | Extended Price |
|---|---|---|---|---|---|
| 000010 | 65183258 | EA | 31.49 | 1 | 31.49 |
| | InDesign ALL MLP DSP Ret Inv 01 mnth MUN 1 MO DSP | | | | |

| North America | | | | | |
|---|---|---|---|---|---|
| **Invoice Totals** | | | | | |
| | **S & H** | **Sales Tax** | **Currency** | **Qty Shipped** | **Invoice Total** |
| | 0.00 | 0.00 | USD | 1 | 31.49 |

Comments:

## Re: Indian Leader Payroll and Financial Document Request

Jeri Sledd <jsledd@HASKELL.edu>

Mon 1/11/2021 2:09 PM

**To:** Jared Nally <jared.nally@HASKELL.edu>; jeri.sledd@bie.edu <jeri.sledd@bie.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington
<sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>

📎 1 attachments (595 KB)

ILA 2020 statement0001.pdf;

Jared,

I have received your request for checks to cut for the ILA staff. I will just need to have both you and
Rhonda concur to the withdrawal of funds so that I can attach the email to a withdrawal slip in lieu of
signatures.

I have also attached your 2020 statement of account. Please let me know if you have questions.

I am on campus daily now and I will read the plan of operations and forward them to the appropriate
signers. Once it has been signed, I will forward you a copy.

Let me know if you need further assistance.

Jeri Sledd
Haskell Indian Nations University
785-749-8435
Student Bank

---

**From:** Jared Nally <jared.nally@HASKELL.edu>
**Sent:** Friday, January 8, 2021 6:44 PM
**To:** jeri.sledd@bie.edu <jeri.sledd@bie.edu>; Jeri Sledd <jsledd@HASKELL.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington
<sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Indian Leader Payroll and Financial Document Request

aya Jeri,

I've attached the Indian Leader Association's pay roll to this email. Please let me know if I need to
provide anything else to have our writers and photographers paid for their work for the fall semester.

Several times this semester (September 3rd, September 10th, and October 19th) I've attempted to
engage you and the student bank to receive balance statements of the Indian Leader Association's
student bank account—I am attempting again to ask you to please provide all past statements for our
account for last year, 2020. This is crucial information for the planning of Indian leader Association
activities.

I would also like to affirm whether or not HINU approved and acknowledged the Indian Leader
Association's Plan of Operations sent to you on September 3rd.

1/11/21 at 13:14:53.45

**Student Bank**
**Vendor Ledgers**
**For the Period From Jan 1, 2020 to Dec 31, 2020**

Filter Criteria includes: 1) IDs: 23258. Report order is by ID.

| Vendor ID Vendor | Date | Trans No | Type | Paid | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 23258 | 1/1/20 | Balance Fwd | | | | | 5,601.71 |
| INDIAN LEADER ASSOC | 2/6/20 | 053006 | CDJ | * | 70.00 | | 5,531.71 |
| | 2/21/20 | 0417347 | CRJ | * | | 30.00 | 5,561.71 |
| | 2/24/20 | 68432 | CDJ | | 100.20 | | 5,461.51 |
| | 2/24/20 | 68433 | CDJ | | 145.00 | | 5,316.51 |
| | 2/24/20 | 68434 | CDJ | | 66.50 | | 5,250.01 |
| | 2/24/20 | 68435 | CDJ | | 343.20 | | 4,906.81 |
| | 2/24/20 | 68436 | CDJ | | 50.00 | | 4,856.81 |
| | 2/24/20 | 68437 | CDJ | | 55.00 | | 4,801.81 |
| | 2/24/20 | 68438 | CDJ | | 29.50 | | 4,772.31 |
| | 2/24/20 | 68439 | CDJ | | 21.10 | | 4,751.21 |
| | 2/24/20 | 68440 | CDJ | | 398.48 | | 4,352.73 |
| | 2/24/20 | T2JDSTRF224 | CRJ | | | 3,531.67 | 7,884.40 |
| | 2/26/20 | 053027 | CDJ | | 100.00 | | 7,784.40 |
| | 2/28/20 | 0417384 | CRJ | | | 26.47 | 7,810.87 |
| | 3/4/20 | 053033 | CDJ | | 80.00 | | 7,730.87 |
| | 3/5/20 | 68579 | CDJ | | 40.00 | | 7,690.87 |
| | 3/5/20 | 68580 | CDJ | | 192.70 | | 7,498.17 |
| | 3/5/20 | 68581 | CDJ | | 97.70 | | 7,400.47 |
| | 3/5/20 | 68582 | CDJ | | 154.50 | | 7,245.97 |
| | 3/5/20 | 68583 | CDJ | | 166.90 | | 7,079.07 |
| | 3/5/20 | 68584 | CDJ | | 95.60 | | 6,983.47 |
| | 3/5/20 | 68585 | CDJ | | 44.80 | | 6,938.67 |
| | 3/5/20 | 68586 | CDJ | | 63.70 | | 6,874.97 |
| | 3/10/20 | 0417418 | CRJ | | | 15.64 | 6,890.61 |
| | 5/26/20 | 68928 | CDJ | | 5.00 | | 6,885.61 |
| | 5/26/20 | 68929 | CDJ | | 54.40 | | 6,831.21 |
| | 5/26/20 | 68930 | CDJ | | 62.30 | | 6,768.91 |
| | 5/26/20 | 68931 | CDJ | | 192.10 | | 6,576.81 |
| | 5/26/20 | 68932 | CDJ | | 286.40 | | 6,290.41 |
| | 5/26/20 | 68933 | CDJ | | 50.00 | | 6,240.41 |
| | 5/26/20 | 68934 | CDJ | | 50.00 | | 6,190.41 |
| | 5/26/20 | 68935 | CDJ | | 27.10 | | 6,163.31 |
| | 5/26/20 | 68936 | CDJ | | 5.00 | | 6,158.31 |
| | 5/26/20 | 68937 | CDJ | | 95.30 | | 6,063.01 |
| | 5/26/20 | 68938 | CDJ | | 1,472.44 | | 4,590.57 |
| | 7/24/20 | 68982 | CDJ | | 112.50 | | 4,478.07 |
| | 7/24/20 | 68983 | CDJ | | 340.20 | | 4,137.87 |
| | 7/24/20 | 68984 | CDJ | | 137.10 | | 4,000.77 |
| | 7/24/20 | 68985 | CDJ | | 81.70 | | 3,919.07 |
| | 7/24/20 | 68986 | CDJ | | 32.20 | | 3,886.87 |
| | 7/24/20 | 68987 | CDJ | | 24.50 | | 3,862.37 |
| | 7/24/20 | 68988 | CDJ | | 57.00 | | 3,805.37 |
| | 7/24/20 | 68989 | CDJ | | 338.10 | | 3,467.27 |
| | 7/24/20 | 68990 | CDJ | | 66.00 | | 3,401.27 |
| | 7/24/20 | 68991 | CDJ | | 50.00 | | 3,351.27 |
| | 7/24/20 | 68992 | CDJ | | 50.00 | | 3,301.27 |
| | 7/24/20 | 68993 | CDJ | | 37.60 | | 3,263.67 |
| | 7/24/20 | 68994 | CDJ | | 37.30 | | 3,226.37 |
| | 7/24/20 | 68995 | CDJ | | 36.90 | | 3,189.47 |
| | 7/31/20 | 69004 | CDJ | | 430.00 | | 2,759.47 |
| | 8/7/20 | T2JDSTRF080 | CRJ | | | 4,526.00 | 7,285.47 |
| | 10/29/20 | T2JDSTRF102 | CRJ | | | 653.34 | 7,938.81 |
| **Report Total** | | | | | **6,446.02** | **8,783.12** | **7,938.81** |

USA000792

Reply all  ∨   🗑 Delete   ⊘ Junk   Block   ⋯

**Fall 2020 Pell Grant Activity Fees**



BK   Byington, Steve K
      Tue 3/2/2021 11:51 AM
      **To:** Graham, Ronald J; Franklin, Mona

🗑 👍 🗩 ↩ ↩ → ⋯

There was $7280 total Activity Fees collected from Pell Grant in Fall 2020 so the Indian Leader, Recreation, and Student Senate will each receive $2,426.67.  This will likely be completed this week.

*Steve Byington*
Finance Specialist

*Bureau of Indian Education*
Haskell Indian Nations University
155 Indian Ave
Lawrence KS  66046
Office (785) 830-2780
Fax (785) 830-2760

Website: www.haskell.edu

Reply   Reply all   Forward

## Fw: [EXTERNAL] Re: Sanctioned Clubs

ⓘ   You forwarded this message on Tue 3/9/2021 4:12 PM

BK    Byington, Steve K
      Wed 3/3/2021 11:18 AM
      **To:** Franklin, Mona

      🗑  👍  🗨  ↶  «  →  ⋯

┌─────────────────────────────┐
│    clubs.pdf                │
│    2 MB                     │
└─────────────────────────────┘

*Steve Byington*
Finance Specialist

*Bureau of Indian Education*
Haskell Indian Nations University
155 Indian Ave
Lawrence KS  66046
Office (785) 830-2780
Fax (785) 830-2760

Website: www.haskell.edu

---

**From:** Jeri Sledd <jsledd@HASKELL.edu>
**Sent:** Wednesday, March 3, 2021 10:30 AM
**To:** Byington, Steve K <steve.byington@BIE.EDU>
**Subject:** [EXTERNAL] Re: Sanctioned Clubs

┌─────────────────────────────────────────────────────────────────┐
│  **This email has been received from outside of DOI - Use caution before clicking on links,** │
│  **opening attachments, or responding.**                          │
└─────────────────────────────────────────────────────────────────┘

Not the Student Bank, but Student Senate does. Please see attached.

Jeri

**From:** Byington, Steve K <steve.byington@BIE.EDU>
**Sent:** Tuesday, March 2, 2021 11:32 PM
**To:** Jeri Sledd <jsledd@HASKELL.edu>
**Subject:** Fwd: Sanctioned Clubs




*Recieved 1/28/15*

# Haskell Indian Nations University
## Guidelines for Registration of Clubs / Organizations

### General Statement

All clubs and organizations at Haskell Indian Nations University are required to register with the Haskell Student Senate. Registration provides for official recognition as a group, use of University facilities and services, and the coordination and communication of the group's activities with the campus administration and other student groups.

### Classification

The following types of organizations are eligible to register with Haskell Indian Nations University through the Haskell Student Senate:

1. *Residential Halls*: organized living groups and their associations;
2. *Academic*: groups related to academic discipline or interest of the University;
3. *Religious*: groups affiliated with or promoting religion, religious beliefs, or lack thereof;
4. *Common Interest*: groups formed for social interaction to promote or relate to a defined interest.

### Responsibilities of Student Clubs / Organizations

Each student group must adhere to the following, which is taken from *Section IV* of the Haskell Student Senate Constitution:

1. Must have a full-time Haskell Indian Nations University Staff or Faculty as Sponsor/Advisor.
2. Must submit an Organizational Registration Application and Plan of Operations by the deadline to the Student Senate for approval.
3. Must appoint one (1) Senator and one (1) Alternate, who are in Good Academic and Social Standing, to attend meetings of the Student Senate.
4. Report major changes of their Plan of Operations to the Haskell Student Senate. Changes must be written and documented in a new version of the Plan of Operations.

### Duties of Student Senate Representatives

Each Senator must adhere to the following, which is taken from *Section I, Article G* of the Haskell Student Senate Constitution:

1. Represent their group, is aware of opinions and ideas prevalent to their respective organization and votes accordingly.
2. Serve on at least one committee per semester and stay with that committee they have chosen for the remainder of their term.
3. Relay information to their groups so that they may be informed and aware of important details given at the Haskell Student Senate meetings.
4. Present a verbal presentation and written report of their group to the Haskell Student Senate on a monthly basis.
5. Follow and abide by all other obligations and duties as detailed in the Constitution of the Student Senate.

USA000795

## Role of a Sponsor/Advisor

All sponsors/advisors must provide constructive leadership to their student group, in addition to requirements regarding organizational responsibilities. This person is required to:

1. Attend as many club/organization meetings as possible, in accordance with each organization's plan of operations, constitution, or bylaws, whichever may apply.
2. Have knowledge regarding operational procedures, banking policies, and federal ethics.
3. Ensure the Senate Representative of the club/organization is attending Haskell Student Senate meetings to strengthen the communication between all clubs.

## The Registration Process

Student Clubs/Organizations must register once each academic year with Haskell Indian Nations University Student Senate. Steps 1 – 5 need to be completed by the designated deadline date. Any applications that are received after this date, without prior approval, will be referred to the General Assembly of Haskell Student Senate for a sanctioning vote.

1. Recruit at least 10 members to your group, hold a meeting, and elect officers.
2. Have the Sponsor/Advisor and Senate Representative fill out the Organizational Registration Application.
3. Complete the Signature Sheet.
4. Register with the Haskell Student Bank and submit a copy of the Organizational Registration Application with Plan of Operations attached.
5. Submit a completed and updated Organizational Registration Application with Plan of Operations attached to the Student Senate Office in Stidham Union.

## The Haskell Student Senate Executive Board will review the registration materials and determine:

1. If the group is eligible to register with Haskell Indian Nations University,
2. The group's request for classification category.
3. The responsibility for verification of membership rests with the student group and its sponsor/advisor.
4. When a student club/organization is granted official recognition (sanctioned), they will receive notice in writing (delivered to the organization's President, Senate Representative, and Alternate Senate Representative at their respective addresses as listed in the Organization Recognition Packet) and the date of the first General Assembly meeting that their Senate Representative will be required to attend.
5. Denial will be issued in writing.

Groups wishing to appeal a decision about registration status should submit a petition in writing, stating reasons why they deem their group should be sanctioned, to the Haskell Student Senate Executive Board. The petition will be presented to the General Assembly on their next meeting date and brought to a vote. A two-thirds (2/3) majority vote of the General Assembly is required to reverse the decision.

USA000796

↰ Reply all ⌄    🗑 Delete   ⊘ Junk   Block   ⋯

## Re: Plan of Operation: Haskell Indian Leader

***Bureau of Indian Education***
U.S. Department of the Interior
1849 C Street NW, MIB-3610
Washington, DC 20240
Cell Phone: (571) 732-7004

**Website:** www.bie.edu
**Facebook:** @BureauofIndianEducation
**Twitter:** @BureauIndianEdu

---

**From:** Franklin, Mona <mona.franklin@BIE.EDU>
**Sent:** Tuesday, March 2, 2021 4:52 PM
**To:** Jensen, Klarissa L <KLARISSA.JENSEN@BIE.EDU>
**Subject:** Plan of Operation: Haskell Indian Leader

Klarissa,

I am not sure this will be of any assistance to you, but I have included the newspaper (Indian Leader) plan of operation for the Haskell Bank.
The allegations of Haskell withholding 10K of course are inaccurate.

The reimbursable money is deposited as payments of fees (activity fees) are made throughout the academic year to the Indian Leader account. It is not a one-time deposit. Please let me know if you need any additional information from us. Thanks for your assistance.

Mona R. Franklin, MSM
Special Assistant to the President

Bureau of Indian Education
Haskell Indian Nations University
Lawrence KS 66046
Office (785) 832-6644
Cell (785) 766-0039
Fax (785) 749-8411

**Website:** www.haskell.edu
**Facebook:** @HaskellUniversity
**Twitter:** @HaskellUniversity

Reply    Forward



Haskell Indian Nations University
Indian Leader Association

I.   Purpose
The purpose of the Indian Leader Association is to provide a media outlet to serve the Haskell Indian Nations University campus and the local community by connecting mainstream or local news and cultural issues across Indian Country to the Haskell campus and community. The Indian Leader, the oldest Native American Student newspaper, is an independent student media outlet of Haskell Indian Nations University and will also serve the student body by communicating important information that impacts student academics and campus life.

The Indian Leader will produce a minimum (5) issues per semester unless authorized by the Indian Leader Association Executive Board (consisting of consensus ruling) and authorized by the Indian Leader Association Advisor.

The Indian Leader Association is published by the students of Haskell Indian Nations University. The newspaper exercises their individual rights to free speech and freedom of the press, guaranteed by the First Amendment Rights have been expressly recognized as rights, which individual students enjoy who attend Bureau of Indian Affairs school in Part 42 of Title 25 of the Code of Federal Regulations, Students' Rights and Due Process Procedures, 25 C.F.R. 42.3 (e)-(f) (1998). These basic rights have also been reaffirmed in Part II of the Code of Student Rights and Responsibilities of Haskell Indian Nations University (1998).

II.  Goals
The goals of the Indian Leader Association will be to seek the truth and report the facts for the betterment of Haskell Indian Nations University and its students. The Indian Leader Association will initiate ethical standards while reporting on issues related to the student body of Haskell Indian Nations University.

The Indian Leader Association will welcome all interested students that would like to participate.

The main goal is to promote Native American issues and provide an outlet for those stories to be told, and to provide the Haskell Indian Nations University with accurate reporting while maintaining awareness of Journalism ethics and standards.

III. Faculty Advisor
One or more faculty advisor(s) may be appointed by Haskell Indian Nations University to assist students in the publication of The Indian Leader.

The faculty advisor may freely advise and instruct student editors and reporters in the subject of journalism and relevant professional standards, comment and critique the product of student journalists, and offer fiscal and technological guidance to the

USA000798

Indian Leader Association. The advisor may provide what assistance needed to produce the Indian Leader newspaper.

A faculty advisor may make non-binding recommendations to the student editors, which the student editors may, in their sole discretion, take into consideration in the free exercise of the independent editorial judgment. Although a faculty advisor of the Chapter may freely offer advice or assistance to the student members of the Chapter, neither the faculty advisor nor other Haskell officer or employee has the right to censor, modify in any way, the content the Association produces.

IV.     Newsroom Policy
The publication titled "The Indian Leader Newsroom and Management Guidelines" will be policy for The Indian Leader newspaper. The Indian Leader operates in the same capacity as a business; therefore, everyone will be accountable for following regulations and procedures.

The Indian Leader Association receives 1/3 of the Student Activity Fee and divided among other groups (Student Activities 1/3 and Campus Activities Association 1/3). The financial backing of the Association is kept within the Haskell Student Bank and must follow banking procedures of the institution. The organization must follow banking policies under the supervision of the Haskell Student Bank. The monetary budget must reflect only with supplies, events, newspapers, magazines or a direct cost of the Indian Leader Association and not a subsidiary group or division. The money set forth toward the Association will be authorized for withdrawal under the supervision of the Haskell banking staff.

The Indian Leader Association is also under the Haskell NAJA (Native American Journalists Association) Student Chapter. The Haskell NAJA Student Chapter allows each branch to use money obtained for the chapter for supplies related to each identified field: Indian Leader (print), Haskell News (video/multimedia).

The Indian Leader Association will allow its active members with the use of equipment: cameras, voice recorders, etc. However, if the student does not return the property of the Indian Leader Association then the penalty amount (value of the equipment) will be charged to the student's account via the Haskell Business Office, with the approval of the Indian Leader Association advisor(s).

There will be no misuse of the equipment which is the sole property of the Indian Leader Association, under the supervision of the Indian Leader Executive Board. If there is a discrepancy of misusing equipment or the mistreatment of a fellow member, then the student breaking the procedures of the Association will revoke his/her membership (with the authority of the Editor and Assistant Editor, only) and will be asked not to participate the rest of the fiscal academic year.

USA000799

If an Indian Leader Association Executive Officer does not follow the procedures of the Association, then a majority vote of the active members will take place (nominated by the Advisor, only).

## Editor –In-Chief
Requirements: must be in good academic/social standing with at least two semesters of Indian Leader experience.

Duties:
- Direct and supervise all Indian Leader functions.
- Sets semester deadlines with faculty advisor.
- Schedules and conducts weekly staff meetings.
- Does chief reads on all copy before web and print publication. Checks stories for legal and ethical concerns.
- Administration of The Indian Leader webpage.
- Prepares layout.
- Prepares final copy and distributes to Assistant Editor and one other Executive Officer for proofing.
- Sends final copy to printer.
- Reviews and approves payroll.
- Represents The Indian Leader on campus and in the community.

The Editor will also be President of the Haskell NAJA Student Chapter. The Editor may not vote during business meetings and will only vote during a tie breaker.

## Assistant Editor
Duties:
- Supports the Editor in all Indian Leader functions.
- Does 2nd reads on all copy before web and print publication.
- Assists Editor with The Indian Leader webpage administration.
- Maintains advertising rates and fields advertising inquiries.
- Coordinates circulation and newspaper delivery to the following areas of campus:
  - Navarre Hall-Post office area, student bank area, admissions, Haskell Foundation offices, the President's office, the Registrar's office, the VP of Academics office, and financial aid.
  - Coffin Sports complex.
  - Sequoyah Hall-The Student Success Center, Dean's office (across the hall from SSC) math department (north end of building), and science department (middle, east side).
  - Ross Hall- humanities office, tables on both sides of building, Dean's office, and offices in far NE corner of building.
  - Pontiac Hall.

USA000800

- o  Parker Hall-Lobby area, department of education offices, and AIS wing.
- o  Tam-i-nend Hall.
- o  Facilities Management office-Winnemucca Hall.
- o  Blalock Hall-All common areas.
- o  Roe Cloud Hall-All common areas.
- o  Curtis Hall lobby.
- o  Tommaney Hall (library) including technology center and common areas.
- o  Blue Eagle Hall.
- o  Pocahontas Hall-All common areas.
- o  Student Conduct Office-Minoka Hall.
- o  Winona Hall-All common area.s
- o  Stidham Union-The Eagles Nest, TRiO, Purple Threads, the Counseling Center, and Student Senate office.
- o  OK Hall-all common areas and student housing offices.
- o  Tecumseh Hall-Student Activities and Alumni Association room downstairs.
- Responsible for any Editor duties in his/her absence.

The Asst. Editor will be required to facilitate the fundraising opportunities for the Haskell NAJA Student Chapter as they arise. The Assistant Editor may vote.

**Secretary/Treasurer:** The Secretary/Treasurer will work with the Editor to help keep the Indian Leader Association on budget by maintaining financial records as well as providing accurate accounts of each meeting.

Duties:
- Provides financial report at each meeting.
- Provides meeting minutes. Minutes should be prepared and posted to the Indian Leader Google drive within 2 days of each meeting. Notification of posted minutes will be provided to news team via email or Indian Leader staff Facebook page.
- Payroll management as follows:
    - o  The Editor will submit a final copy of the newspaper to Secretary/Treasurer upon submission to printer.
    - o  Secretary/Treasurer will submit prepared payroll to Editor or Assistant Editor for approval.
    - o  Once approved, Secretary/Treasurer will initiate meeting to vote on payroll.
    - o  Secretary/Treasurer will obtain Advisor's signature and submit payroll to the student bank.
    - o  Once checks are picked up from the bank, Secretary/Treasurer will notify check recipients via email or Indian Leader staff Facebook page of where/when to get checks.

- Ensures mail is picked up from the post office and delivered to the Indian Leader office before each weekly meeting.
- Maintains voicemail box and Indian Leader Gmail providing staff with a report of the activity of each at meetings or as needed.
- Maintains Google drive documents.
- Receives and tracks advertising payments.

**Student Senate Representative:** Must attend all Student Senate Meetings and provide weekly report to news team paying particular attention to story opportunities. The Indian Leader Student Senate Representative must abstain from Student Senate voting in order to maintain an unbiased reporting position of the newspaper.

**Web/Social Media Manager:** Maintains Indian Leader social media outlets by producing daily content to Facebook and Twitter accounts.

Duties:
- Responsible for maintaining student and community engagement with the Indian Leader through social media strategies.
- Must generate at least one post per day.
- Ensures Indian Leader web stories are posted to social media in a timely manner following notification from web administrators.
- Aids in training staff on use of web page.
- Gathers photos and/or information from news team to communicate to students and Haskell community through Indian Leader social media.
- Works with Sports Editor to provide adequate representation of all Haskell teams on Indian Leader social media.
- Provides weekly report of social media engagement – number of followers, posts that provided high or particularly low engagement numbers, etc.

**Cooperative Editor:** This Editor is responsible for the production of the Indian Leader Journal magazine or other form of Indian Leader publication, outside of the newspaper. The Cooperative Editor is authorized by the Editor In Chief to work with the Association and Advisor. Any bills, invoices or decisions made by the Cooperative Editor may be vetoed by the Editor In Chief if the decision sets the budget of the Association back. The Cooperative Editor must make wise and conscious decisions for the betterment of the Association and its members. This Editor must coordinate an outside business meeting for each publication and find staff to help with the production of said publication.

**Indian Leader Writers/Reporters/Active Members:** Each student at Haskell Indian Nations University may participate with the Indian Leader Association. Active members of The Indian Leader are students who contribute to the publication of each issue of the newspaper OR social media/web content.

USA000802

Executive staff listed below must have one published article in each issue in order to receive staff pay.

V.        Pay scale

| | |
|---|---|
| Editor: | $ 50.00 per newspaper |
| Asst. Editor: | $ 50.00 per newspaper |
| ~~Sports Editor:~~ | ~~$ 50.00 per newspaper~~ |
| ~~Web Editor:~~ | ~~$ 50.00 per newspaper~~ |
| Secretary/Treasurer: | $ 50.00 per newspaper |
| Student Senate Rep: | $ 50.00 per newspaper |
| Cooperative Editor: | $300.00 ½ paid midway and ½ paid after project is final |

**Articles:** Web or print $.05 per word
**Photos:** ($5.00) per published photo with the max limit of 3 per article. Rate includes photos published on social media. Payee must be owner of all photos provided.
**Photo Collages:** ($15.00) with permission only.
**Other social media content**: ($5.00) per published submission of original (this means created by you) creation of video, podcast, radio, audio, or infographic. Content will be reviewed on a case-by-case basis.

Additional pay may be authorized if the tasks and duties of members are related to an officer status. Officers may be authorized double pay if they reach more than 30 hours with Indian Leader Association activities, events, and responsibilities. Individual pay shall not exceed $350.00 per issue unless approved by sponsor.

VI.       Use of Funds

Funds for the operation of *The Indian Leader* will be used for the following:
- Invoices
- Office supplies
- Payroll
- Campus events conducted or sponsored by *The Indian Leader*

Requests for reimbursement will be considered, but as a general rule, requests for funds should be submitted in advance through executive staff vote, recorded in meeting minutes, and submitted to Haskell bank for withdrawal.

The individual staff member who signs for bank withdrawals will be the responsible party for the full amount of funds that includes returning receipts and unused funds. Discrepancies will be the sole responsibility of the individual handling the monies. Failure to return receipts and unused funds, regardless of whether the individual has left campus at the close of the semester, will result in a hold being placed on the responsible party's student account until funds/receipts are returned.

USA000803

# The Indian Leader Newsroom Policy and Management Guide

Credits: The policy and management guide is adopted from *The University Daily Kansas* with permission and modified for *The Indian Leader.* Thanks to the *Kansas* for their input and direction.

USA000804

# The Indian Leader
# Newsroom Policy and Management Guide

## Introduction

Welcome to *The Indian Leader.* The Indian Leader Newsroom Policy and Management Manual is developed to help orient students, faculty, staff, and others in the management and production of *The Indian Leader.*

*The Indian Leader Newsroom Policy and Management Guide* was approved in the Spring of 1993 by the Indian Leader Association, publishers of the Indian Leader and the Haskell Yearbook.

*The Indian Leader* is edited and published by students at Haskell Indian Junior College for the purpose of promoting the free and informed debate and discussion of (1) topics of special interest to Haskell students and alumni, (2) issues of special importance to Native Americans generally, and (3) all newsworthy topics and public issues of general interest to American citizens. The Haskell Yearbook is edited and published by students at Haskell Indian Junior CollegeNations University for the purpose of maintaining records of the previous year's events.

The Indian Leader Association is committed to improving the ability of Native Americans to determine their own destiny by providing an open public forum in which all concerned citizens, regardless of race, creed, color, sex, religion or national origin, might freely discuss the important public issues of the day. The members of the Association believe that by providing a public forum, readers and contributors alike will improve their understanding of the true meaning of leadership, citizenship and democracy in contemporary American society through an open, honest and fair-minded exchange of views.

## Ethics and Policy

Standards of conduct for staff members of *The Indian Leader* are the same as those adhered to by any responsible professional newspaper. They are outlined here as guidelines that staff members are expected to follow.

This policy manual does not describe every circumstance that could pose a problem. It does not answer every question that might arise. Instead, it is designed to establish general rules that editors, reporters and photographers are to use in reporting the news and producing the newspaper. Violation of these standards can be grounds for dismissal.

**Advance Viewing:**
Outside review of copy, photographs or artwork is not permitted unless approved in advance by the editor. For some stories, such as those that involve complex scientific information, a knowledgeable source might be asked to verify the accuracy of specific elements of the story before it is published. An entire story should never be reviewed by someone outside *The Indian Leader* staff. Check with an editor or adviser about similar situations.

**Conflicts of Interest:** The first obligation of staff members is to perform their assigned *Leader duties.* To do so, staff members, or anyone who writes for the *Leader,* must be free from any obligation to any interest other than the public's right to the distribution of news and enlightened opinion.

USA000805

Staff members should exercise great care before becoming involved in any political context beyond voting. Under no circumstances may a staff member work, for pay or as a volunteer, in political organizations or campaigns.

If a relative or close friend is involved in any political activity, a staff member should tell the editors and refrain from covering or making news or editorial judgments about such a campaign or organization. Such precautions should be taken on all types of stories or photographs.

Because of the nature of the *Leader* and its readership, student politics and campus political organizations are even more likely to create the appearance of partiality than traditional political organizations. Remember that the appearance of bias is devastating to the newspaper's credibility as is actual bias.

**Other conflicts:** A *Leader* staff member may not work as a staff member, editor or contributor for any other publication or news service without the consent of the *Leader* editor. Staff members who wish to free-lance periodically for other publications also must seek permission from the editor. Any staff member who is found hiding his affiliation with another publication also must seek permission from the editor. Any staff member who is found hiding his affiliation with another publication will be dismissed.

Appearances on radio or television by *Leader* staff members may be permissible only if reported in advance to the editor. Remember, however, that only the editor may talk as a representative for the *Leader*.

**Gifts:** As journalists, the obligations of staff members are clear--gather and report the news with vigor and compassion and report it without prejudice.

Staff members must not use their positions at the *Leader* to obtain any benefit or advantage not afforded to the public generally. Staff members do not accept business-related gifts or favors, either at home or in the office.

Staff members should not accept free rooms, sample equipment or goods of any kind. Staff members may not accept free trips. Free tickets or access to events may be accepted, but only when special arrangements for the press are necessary. The press box at sporting events is an example. Editors are responsible for making certain that advantage is not being taken of certain situations. Friends or guests are not allowed to use Leader passes to events.

The *Leader* pays for tickets to entertainment events that staff members are reviewing. Books and records are accepted only as news releases and become the property of the *Leader*.

*Leader* members should not accept free meals or drinks. This does not mean that staff members cannot accept a cup of coffee or something that can be repaid later. Reporters should not, however, be wined and dined while pursuing a story. The cost of meals incurred in the course of gathering stories will be paid by the *Leader*. Generally, however, it is difficult to take accurate and complete notes while eating.

Any travel must be approved by the editor and the Association.

When in doubt, please follow the American Society of Professional Journalists code of ethics in the back of the booklet.

USA000806

# Dealing with the public

Courteous and professional treatment is afforded anyone who telephones or walks into the newsroom.

**Telephone Etiquette:** When taking messages, be sure to get the correct name and phone number.

Also include your name, the time and date the message was received. The telephone is for business use only. Do not leave this number for personal messages to be taken by any staff member or the faculty adviser.

**Complaints:** Complaints should be referred to the editor. If no editor is available, take a name and phone number and tell the person that an editor will call back. If a complaint is in any way abusive or if the staff member is threatened, write a short but thorough memo and give it to the editor.

**Corrections:** The decision to run a correction is made by the editor. When the *Leader* incorrectly has reported a story or misidentified someone in a photograph, the editor will arrange for a correction to appear promptly. It may appear on Page 1 if the story was on Page 1. Otherwise corrections will appear on Page 2. When talking to someone who has a complaint, do not verify the mistake, blame anyone, agree with anything or promise anything. Do not give your personal opinion as to what should be done. Refer the person to those mentioned above. Any staff member who makes a mistake requiring a correction must fill out a correction form and turn it in to the editor.

**News Tip:** When readers call in with news tips or photo ideas, staff members are expected to treat them with courtesy. The *Leader* encourages readers to call or to stop by the newsroom when they have story ideas. It's a way for them to let the editors know what they want to see in the paper, and those ideas often turn into the best stories and photos. Listen patiently to callers, write down the tips and thank them for calling or stopping by the newsroom.

**Letters Policy:** The *Leader* accepts letters to the editor with the understanding that the editor may edit or reject the letters. When readers bring letters to the newsroom, make sure that the letter has a signature   and a phone number.

# Police News and Obituaries

**Crime Stories:** In crime stories, description of the incident must be attributed carefully. Police records are protected in cases of libel, but they might be wrong nonetheless. Let readers know where the information came from. When the *Leader* reports that someone has been accused of a crime, the newspaper incurs the obligation to follow the case to trial and to its conclusion.

**Suspect Identification: The *Leader* does not identify suspects in crime stories unless the suspects have been charged in the court system.** An arrest does not mean a suspect has been or will be charged. Identify a person charged with a crime with age and address. Also, the term "alleged" should be used with care. "Alleged murderer" is libelous.

A suspect's race or ethnicity should not be mentioned in a story unless the information is part of a detailed description including age, height, weight, attire, and distinguishing characteristics.

**Victim's Names:** The names of juveniles, rape victims and people who have attempted suicide are not published except in circumstances approved by the editor. Consult with the editor when naming the victims of any traumatic event or violent crime.

**Here are some guidelines that staff members should use to determine whether a victim's name should be used.**

**Living or dead.** Did the victim die, or is he or she still living? If the victim survived, it is probably not a good idea to use the name, especially if it was a private individual in a common type of traumatic event. If the victim died, it lends more weight to using the name (as in an obituary).

**Juvenile or adult.** Kansas law protects the identity of juveniles involved in criminal proceedings. The same kind of protection should be given to juveniles involved in traumatic events.

**Prominence/public figure.** Is the person well known? In what context: national, regionally or locally? Determining whether someone is a public or private person should be done in the same manner as it is determined for libel.

**Newsworthiness/manner.** Is the event newsworthy enough to justify it. Unusual circumstances often are cited, but be careful not to sensationalize a tragic event needlessly.

**Rape.** As stated before, rape victim's names should not be used. Do not name the suspect of a rape until the suspect has been charged in court.

**Suicide.** Generally, names should not be used in stories dealing with suicide attempts. If the suicide was newsworthy only because it was a suicide, consider using an obituary format. Then it is appropriate to use the victim's name.

# Dealing with Sources

Staff members must identify themselves when covering any event for the *Leader,* unless the editor has given approval for reporters or photographers not to disclose their identity.

To help reporters and news sources understand what information is fair to report, under what conditions the information may be used and how that information may be obtained, complicated news gathering practices have evolved. Even among journalists, there is disagreement about defining these terms. Listed are some reporting procedures that *Leader* reporters are expected to follow.

**The Leader Policy:** Our policy is for reporters never to agree to conduct an interview in any way other than on the record, unless the editor has been consulted before the interview. There almost always is some other way to get information. Not for attribution, off the record and background (explained below) many times serve only to tie the hands of both the reporters and the newspaper. Remember, unless a specific agreement is made before the interview, the interview is on the record.

In some cases, exceptions to this policy may be justified. Again, speak to the editor for questions about this.

**On the record:** All the information and name of the news source may be used in a story. Interviews are on the record unless an agreement to the contrary is made in advance. In most cases, reporters will not

USA000808

say an interview is on the record. The assumption is that if someone is talking to a reporter, the information is for the record. Sometimes out of courtesy, however, reporters should explain to people who are not used to dealing with the press that all information could be used in a story.

**Anonymous Sources:** This is information given to a reporter that can be published, but the identity of the source cannot be used. For example, a district attorney might tell a reporter of plans to move for a mistrial in a murder case. But the district attorney tells the reporter he or she can use the information as long as the reporter identifies the source only as one close to the case. This way the district attorney will not offend witnesses who may first learn about the move by reading the paper.

**Background:** This is a difficult area. Generally, background information is intended to educate and guide the reporter in writing a story, and the gist of the information can be used if the source is identified.

A writer should make clear for the reader that the writer is not the original source for the information. For example, an administrative assistant might brief reporters about the college's coming budget and the rationale behind parts of it so they will be better prepared for a news conference or a meeting later in the week.

# Reporting Standards

**Report News; Do Not Make It:** *Leader* staff members should not put themselves in situations that result in their making news or in their altering their presentation. *Leader* reporters should not ask questions during public question-and-answer forums or during public meetings, such as faculty meetings or student senate. Ask questions after the meeting or during intermission.

Likewise, the newspaper generally should not intrude into news stories with such phrases as "told the *Leader*" or "the *Leader* has learned."

**Fairness:** Any viewpoint in a story must be balanced by an opposing viewpoint. This does not mean a reporter should dig up or create controversy. But people or groups that have been criticized in a story must have a chance to respond in the same issue.

One call to obtain the other side of an issue is rarely enough. The reporter's obligation is to present a true reflection of the situation.

Do not tarnish the *Leader's* reputation by acquiring information through questionable means. If in an extreme case the editor approves an extraordinary way to get information, the story will explain how the information was obtained and why it was gathered that way.

**Cultural Sensitivity:** Be sensitive to the concerns of members of other minority groups. Realize that not all people celebrate the same holidays or have the same values. Try to stay abreast of the events that are going on in your sources' lives, no matter what race, religion or sex.

As a forum for a diverse community, the *Leader* cannot afford and will not tolerate prejudice from its staff. Racial slurs, sexual harassment and similar discriminatory misconduct will be grounds for dismissal.

USA000809

**Direct Quotes:** Except for minor grammatical errors in the speech of ordinary persons, quotations are not to be altered. The *Leader* does correct minor errors that might otherwise take on undue importance or cause the speaker to look foolish. Mispronunciations rarely should be used, even for color, as they tend to make a speaker appear inarticulate.

**Verification:** In general, do not quote from news releases, other paper's stories or news broadcasts without verifying the information or attributing it. *Leader* reporters are expected to verify information in news releases and then rewrite the releases. Information from another newspaper should be identified as being from that newspaper. Reporters should try to get quotations directly from the source instead of quoting from prepared statements. If quotations are taken from prepared statements, the story should say so. When covering a speech, reporters should try to get a copy of the text to quote the speaker accurately and talk to the speaker afterward for elaboration about specific points.

**Obscenities:** Obscenities and vulgarities should not be used simply to add color or humor. Use them sparingly and only when imperative to give a full portrayal to the reader. The number of listeners--one or two reporters as opposed to an auditorium full of people--often enters into news judgement in questions of obscenity. The editor or assistant editor decides whether to use questionable language.

# Newsroom Management

**Personnel:** The editor handles all problems in the news department. Any staff member with a complaint or scheduling conflict should talk to the editor. Suggestions are welcome.

**Mail Boxes:** Staff members will have mailboxes for messages and assignments. Staff members should check their mailboxes several times a week. They also should not let papers accumulate in their boxes.

**Phones:** Personal long-distance calls will not be tolerated. Making such call is grounds for dismissal. All long-distance calls are to be logged on the out-going telephone log.

**Travel:** Travel must be approved by the editor. Most travel should be authorized first by the Indian Leader Association.

**Materials:** The Leader provides staff with a computer and other materials to layout the paper. The Leader does not provide notebooks.

**Office Access:** Navarre Hall is open from 8-5 p.m. Staff members are expected to organize their time to reflect these hours. If you need in the building beyond specific hours, the time needs to be arranged in advance. This is for *Leader* staff and yearbook activities only. Tecumseh Hall is open at various hours. A key to Tecumseh and to the *Leader* office will be available to staff at the front desk of the library. Staff must sign keys in and out. In the event a staff member forgets to return the key to the library the Editor or sponsor must be notified. A lost key charge of $200 will be submitted to the business office under a staff member's account for lost keys.

**Maintenance:** The newsroom should be clean all the time. The public, faculty and administrators frequently visit, and the newsroom must project every aspect of professionalism. Reporters and editors are expected to clean up around computer terminal(s). Otherwise, loose notebooks and belongings will be thrown away.

USA000810

Smoking is prohibited in the building. This includes the newsroom, and other offices. Keep food and beverages away from the terminals. Staff members will be responsible for any damage they cause to them.

**Newsroom Conduct:** Staff members should act as professionals in the newsroom. Less-than-professional behavior will not be tolerated and is grounds for dismissal. Alcohol and substance abuse will not be tolerated and is grounds for dismissal.

# Newsroom Procedures

**Deadlines:** They must be met. The *Leader* reporters are to complete their assignments on deadlines given by the editor. To meet our responsibilities, deadlines need to be staggered. Failure to meet a deadline on schedule is grounds for dismissal.

**Style:** The *Leader* uses *The Associated Press Stylebook.* In addition, a Leader style guide at the end of this pamphlet explains the newspaper's exceptions.

**Datelines and Bylines:** A dateline is not used on a byline unless the reporter was actually at the place named in the dateline and provided a substantial part of the information in the article from that area.

**Staff Meetings:** Staff meetings are held twice a month. Meetings should last no more than 30 minutes. The meetings are for the entire staff. Attendance is mandatory.

**Style Supplement**

**AIDS** People do not die of AIDS; they die of complications of AIDS.

**Black** Use when African-American is inappropriate or inaccurate. Capitalize in all instances when referring to people of African ancestry.

**Board of Regents** Use Board of Regents on first reference, then Regents. No apostrophe in any usage.

**chairperson** Do not use chairman or chairwoman. When possible, construct the sentence with the verb "to head" instead of chairperson. For example, "John Doe, who heads the HIJC student board, .. ."

**cities in Kansas** Do not use Kansas or Kan. after Kansas towns, unless they are likely to be confused with big cities in other states, such as Minneapolis, Kan., and Kansas City, Kan.

**coed** do not use coed to refer to a female student. More descriptive uses of the word are acceptable: coed softball, coed residence halls.

**departments** Athletic Department is uppercase, but don't capitalize academic departments (department of history) unless a word normally would be capitalized (department of English, department of History). Governmental departments appear as you normally see them: Department of the Interior.

**grade point average** on first reference, then GPA.

**Coffin Sports Complex** on first reference, the Complex.

**homecoming** It is Homecoming Day, but homecoming.

**Haskell Indian Nations University** When referring to Haskell Indian Nations University use Haskell

**Identification:** Faculty members are identified as thus, Rhonda LeValdo Instructor of Media Communications. Professors who hold distinguished or named professorships should be identified with their complete titles. Thus: John Doe, professor emeritus of history.

Haskell students are identified thus; John Doe, (Creek), Tulsa freshman. Put tribal affiliation in ( ). But, individuals should always be identified in a manner most appropriate to the context of the story.

**The Indian Leader** *Leader* on second reference.

**names** On second reference, normally use a person's last name only. First names may be used on second reference in stories about children under the age of 10. In stories about several people with the same last name, use first and last names to avoid confusion.

**newspaper names** Italicize names of newspapers and other publications.

**quotes** Avoid using colons to introduce quotes.

**Representatives and Senators** refer to AP Stylebook.

**semesters** When followed by a year, the season is capitalized. For example, Fall 1989. However, fall semester is lowercase.

**senators** Identify student senators by the groups they represent or by their position in Senate, whichever is more important. John Doe, Bialock senator.

USA000812

10

**sheriff's office** Douglas County Sheriff's Office on first reference, then sheriff's office. Refer to deputies as deputy sheriff.

**streets** Use AP Stylebook

**theater** Use this spelling except for proper names

**time** The order is time, day, place: 10 a.m. Friday in 141 Ross Hall.

**titles** In the title of a book a lecture or a play, don't capitalize an article (a, an, the), the "to" of an infinitive, a preposition with fewer than five letters, or "and" as, but, if, nor, or," unless the word is the first or the last word of the title. Capitalize the titles of all publications.

**United States** Except in quotes or editorial page copy, change America to United States and American used as an adjective to U.S. whereever the meaning is the nation, not the hemisphere. However, be reluctant to change American used as a noun to U.S. citizen; the meanings are not necessarily synonymous.

USA000813

# BUREAU OF INDIAN AFFAIRS MANUAL          62 BIAM

## EDUCATION

## POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

USA000814

BUREAU OF INDIAN AFFAIRS MANUAL                         62 BIAM 7.1
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

## 7. POST SECONDARY SCHOOL ENTERPRISES

7.3 Post Secondary School Enterprises

    A.    Enterprise accounts will be dual controlled. Including, but not limited to, reconciling cash drawers, recording daily deposits and receiving inventory.

    B.    Enterprise accounts will be required to submit monthly income statements to be retained in the student bank.

    C.    Enterprise accounts are prohibited from obtaining credit lines. (i.e. may not order any goods or supplies on credit.)

    D.    Independent daily reconciliation of cash register ending cash and credit receipts to sales at end of business day.

    E.    Independent controls on inventory will be maintained.

    F.    Excess cash will be deposited daily.

BUREAU OF INDIAN AFFAIRS MANUAL                         62 BIAM 8.6
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

8.6    Group Funds of Older Students in Larger Schools

    B.1.    Post Secondary Sponsorship

The sponsor/sponsors shall be responsible for conducting the activities in conformance with the plan of operations, but shall require the students to carry out the operation. The sponsor/sponsors shall not be required to handle or account for activity funds, but should give adequate instructions and supervision for proper handling and accounting of funds by the designated student officers. (i.e. secured lock box/bag or locked drawer.)

The sponsor/sponsors of a club should be a school employee. However, the official in charge of the school has the authority to designate a non-employee to be a sponsor as long as it is stated in writing and submitted to the Student Bank.

BUREAU OF INDIAN AFFAIRS MANUAL                    62 BIAM 8.6
                              EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

C.1a.   Post Secondary Plan of Operation

(1A) A written plan of operations is required for ALL organizations that have an account
at the Student Bank.  Every TWO years, your organization will be responsible for
submitting a new plan of operations unless changes are made.  In this case, a new plan of
operations is due immediately.

A Plan of operations shall be written and approved by members of each organization.
This plan shall state the title, the purpose, membership eligibility and requirements, and
details of operations such as, election of officers, schedule of meetings, fundraising and
production activities, exact use of funds or product, and the accounting system.  The plan
must include provisions for payment of withdrawals that are outstanding after the duly
elected officers have left school.  Provision shall also be made for and audit of the clubs
account if the sponsorship changes during the school year.

The plan of operations once finalized will then need to be approved and signed by the
following:

STUDENT CLUBS:                          CAMPUS ORGANIZATIONS:
University President                        University President
Chief of Finance                               Chief of Finance
VP of University Services                 Immediate Supervisor
Student Senate President

The Student Bank reserves the right to request a new plan of operations at any given
time.

Note: A plan of operations shall not be required of a school group which organizes
temporarily to raise funds by means of one project.

USA000816

BUREAU OF INDIAN AFFAIRS MANUAL                              62 BIAM 8.6
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

F.  Post Secondary Signature Cards

(1) All clubs, organizations, and committees must have a signature card on file at the
Student Bank before any business can be conducted. A student club will have four
officers and two sponsors.  A Campus Organization/Committee will need to have the
minimum requirement of three signers.

If a member resigns, a copy of any letters of resignation must be turned into the Student
Bank.  If any other changes occur, such as adding a member, deleting a member or
changing the organization name, or closing the account, then a new signature card needs
to be signed and meeting minutes must be provided stating the new information.

A new signature card will be submitted every school year regardless of changes or no
changes.

Only the signers on this card will be given account information, with the exception of the
official in charge requesting a balance.

G.  POST SECONDARY MEETING MINUTES

All Student clubs must provide meeting minutes when presenting a bank withdrawal
request.  They should be neatly typed, contain the names of members present at the
meeting, and outline the unanimous authorization of funds from the clubs account.

H.  POST SECONDARY DEPOSITS

The Student Bank will fill out the pre-numbered deposit slips for **ALL** clubs,
organizations and committees.  Make sure that whoever is presenting the deposit has
counted the deposit items and is aware of how much is being deposited.  The bank will
retain the original white copy and the duplicate yellow copy will be returned to the club,
organization or committee for their records.

Any funds being deposited into the Student Bank must have a credit reason.  This means,
the source in which the funds came from. Ex…taco sale, donation etc…This information
will be documented on the deposit slip for audit and referral purposes.

BUREAU OF INDIAN AFFAIRS MANUAL                    62 BIAM 8.6
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

The Student Bank does **NOT** accept personal checks. If a club, organization or committee accepts personal checks, and said check is returned as unpaid for any reason, the club, organization or committee will be charged for the amount of the check and any fee associated with the transaction. The check will then be returned to the club for collection.

If you have an abundance of coin that will be deposited, the club, organization or committee will be responsible for rolling the coin in the proper increments. The bank has coin wrappers available upon request.

## I.   POST SECONDARY WITHDRAWAL REQUESTS

A withdrawal request is a form that a club, organization or committee can pick up at the Student Bank for the purpose of withdrawing funds from their account. Each withdrawal is numbered and can be used for either a cash withdrawal or check withdrawal or both. If more than one check is requested, attach another sheet of paper and list all additional checks needed.

All withdrawals require **TWO** signatures. One signature is the sponsor and the other signature is an authorized signer per the signature card or plan of operations. Campus organizations will require two authorized signers per their signature card.

If your club, organization or committee fills out a withdrawal request for a check, the check will be available the **NEXT** business day. Invoices should accompany these requests.

If a check is being requested for reimbursement purposes, the receipts must accompany the withdrawal request. Reimbursements are done by check **ONLY.**

Purchases should **NOT** be made prior to requesting a withdrawal form from the Student Bank. The proper procedure is to get the withdrawal request for funds and then if those funds are exceeded, a reimbursement will be deemed necessary.

IMPORTANT:

ANY WITHDRAWAL REQUEST THAT HAS NOT BEEN CLEARED WITHIN 30 DAYS WILL CAUSE THE CLUB, ORGANIZATION OR COMMITTEE ACCOUNT TO BE SUSPENDED AND NO ACTIVITY WILL BE ALLOWED. NO EXCEPTIONS!!!!!

USA000818

BUREAU OF INDIAN AFFAIRS MANUAL                    62 BIAM 8.6
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

J.   Post Secondary Receipts

When a withdrawal is made from a club, organization or committee account, the person
that signs for the cash or check(s) will be held accountable for supplying the
receipts/invoices that prove the funds were used for the purpose intended as stated on the
withdrawal request.  The date and purchased items on the receipts **MUST** correspond
with the information on the withdrawal request.

If there are several receipts, they **MUST** be neatly taped onto a sheet of paper, to ensure
proper verification.  The bank will **NOT** accept them otherwise.  If receipts are lost, the
person that signed the withdrawal request will be held accountable for either obtaining
another receipt or paying the cash to clear the withdrawal.  **NO HANDWRITTEN
RECEIPTS WILL BE ACCEPTED!!!!!**

Receipts/invoices should equal the amount withdrawn from the account.  If the
receipts/invoices equal less than is stated on the withdrawal request, then the remaining
cash needs to be deposited back into the club, organization or committee account. If the
receipts/invoices equal more than stated on the withdrawal, the club, organization or
committee can request another withdrawal for a reimbursement.

All receipts presented to the Student Bank must be for the purpose stated on the
withdrawal request i.e., if a gas receipt is presented and it is not listed as the purpose for
the use of the funds then this receipt will **NOT** be accepted.

BUREAU OF INDIAN AFFAIRS MANUAL                    62 BIAM 8.7
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

8.7    School Banks

C.    Funds in School Bank

   **1.A.    Post Secondary Personal Funds**
All students are encouraged to open and maintain an account with the Student Bank.

USA000819

BUREAU OF INDIAN AFFAIRS MANUAL                          62 BIAM 8.7
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

A signature card is required to open an account. The purpose of the signature card is to
have the information needed to contact a student of monies not claimed at the end of each
school year.  Immediate and aggressive action shall be taken to locate the depositor and
forward the balance of the account.  For amounts of $1.00 or less, one attempt shall be
made to locate the depositor.  If the depositor is not located, the account may be closed
by transferring the balance to the general student activity fund subject to claim and
payment any time requested by the student.  For amounts of more than $1.00, locator
action shall be actively pursued for a reasonable period in relation to the amount after
which the balances of such accounts may be disposed of in the same manner as those of
less than a $1.00.  Payment of all claims from individual depositors against this fund shall
be subject to approval of the official in charge of the school.

There is no minimum balance to open an account. This is your money that the Student
Bank is responsible for safekeeping. There are **NO** fees, minimum balance or ATM
cards. You can take your account to a zero balance and it will remain open for deposits
and withdrawals throughout the school year.

You will receive monthly statements and you can request a statement at any time.

**NOTE:** The Student Bank does **NOT** accept personal checks.

F.1. Post Secondary Safekeeping Facilities

1. Note: All vault openings will be by accomplished by two distinct staff persons
   inputting their unique/secure passwords simultaneously. Both parties will witness
   the opening, sign off on vault transactions/balances, and both will stay until vault
   is re-closed.
2. At start of business day Lead bank teller will withdraw estimated daily cash
   requirement for teller drawers out of vault including some amount of spare change
   rolls.
3. Immediately after beginning vault balance and teller drawer amount is verified by
   backup staff/teller.  The vault will be shut and stay closed until the end of the
   business day unless bank receives a cash delivery or needs to make a deposit to
   Douglas County Bank. The vault can be opened again briefly if there is an
   unforeseen (rare) cash shortage in Teller drawers.
4. Vault will be opened at end of business day to store operating cash and teller
   drawers. End of day vault balances will be verified and signed again same as
   above.

USA000820

BUREAU OF INDIAN AFFAIRS MANUAL                           62 BIAM 8.7
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

G.11a.Post Secondary Statements to Depositors

Statements will be sent to the sponsor and their respective managers each month. The
managers will be responsible for reviewing club bank statements in which their
employees are sponsors and/or signers.

Managers will be responsible for periodically reviewing withdrawals to maintain
accountability of their respective department.

A statement will be available upon request at any time.


CREDIT LINES ARE PROHIBITED

USA000821



# HASKELL INDIAN NATIONS UNIVERSITY
# POLICIES AND PROCEDURES FOR:

# STUDENT BANK

## HOURS SUBJECT TO CHANGE

## 9:00AM-4:00PM

USA000822



# PURPOSE

The Student Bank shall provide for the deposit and withdrawal of personal and group funds.

Students shall be encouraged to open and maintain personal accounts in the Student Bank for the purposes of learning how to use bank services and safekeeping of personal funds. Students who may have personal funds in sufficient amount to warrant it shall be encouraged to transfer their accounts to a bank off campus.

All group funds derived from class projects, student associations, or other types of group activities shall be deposited and expended through the school bank. These organizations shall be subject to the official supervision of the official in charge of the school or a designated official i.e. sponsor.

All clubs, organizations, committees and enterprise accounts shall be under the official supervision of the officer in charge of the school.

USA000823

# PLAN OF OPERATIONS



A plan of operations is required for <u>ALL</u> organizations that have an account at the Student Bank. Every TWO years, your organization will be responsible for submitting a new plan of operations unless changes are made. In this case, a new plan of operations is due immediately.

A Plan of operations shall be written and approved by members of each organization. This plan shall state the title, the purpose, membership eligibility and requirements, and details of operations such as, election of officers, schedule of meetings, fundraising and production activities, exact use of funds or product, and the accounting system. The plan must include provisions for payment of withdrawals that are outstanding after the duly elected officers have left school. Provision shall also be made for and audit of the clubs account if the sponsorship changes during the school year.

The plan of operations once finalized will then need to be approved and signed by the following:

STUDENT CLUBS:                      CAMPUS
ORGANIZATIONS:
University President                 University President
Chief of Finance                     Chief of Finance
Student Senate President             Immediate Supervisor

The Student Bank reserves the right to request a new plan of operations at any given time.

<u>Note:</u> **A plan of operations shall not be required of a school group which organizes temporarily to raise funds by means of one project.**

USA000824



# SIGNATURE CARDS

All clubs, organizations, and committees must have a signature card on file at the Student Bank before any business can be conducted. A student club will have four officers and two sponsors. A Campus Organization/Committee will need to have the minimum requirement of three signers.

If a member resigns, a copy of any letters of resignation must be turned into the Student Bank. If any other changes occur, such as adding a member, deleting a member or changing the organization name, or closing the account, then a new signature card needs to be signed and meeting minutes must be provided stating the new information.

A new signature card will be submitted every school year regardless of changes or no changes.

Only the signers on this card will be given account information, with the exception of the official in charge requesting a balance.

The official in charge of the school has the authority to be the second signer on a withdrawal request in an emergency. Ex…sponsors are out of town.

USA000825



## SPONSORS

The sponsor/sponsors shall be responsible for conducting the activities in conformance with the plan of operations, but shall require the students to carry out the operation.  The sponsor/sponsors shall not be required to handle or account for activity funds, but should give adequate instructions and supervision for proper handling and accounting of funds by the designated student officers.

The sponsor/sponsors of a club should be a school employee. However, the official in charge of the school has the authority to designate a non-employee to be a sponsor as long as it is stated in writing and submitted to the Student Bank.

USA000826



# MEETING MINUTES

All Student clubs must provide meeting minutes when presenting a bank withdrawal request.  They should be neatly typed, contain the names of member present at the meeting, and outline the unanimous authorization of funds from the clubs account.

USA000827



# WITHDRAWAL REQUESTS

A withdrawal request is a form that a club, organization or committee can pick up at the Student Bank for the purpose of withdrawing funds from their account. Each withdrawal is numbered and can be used for either a cash withdrawal or check withdrawal or both. If more than one check is requested, attach another sheet of paper and list all additional checks needed.

All withdrawals require **TWO** signatures. One signature is the sponsor and the other signature is an authorized signer per the signature card or plan of operations. Campus organizations will require two authorized signers per their signature card.

If your club, organization or committee fills out a withdrawal request for a check, the check will be available the **NEXT** business day. Invoices should accompany these requests.

If a check is being requested for reimbursement purposes, the receipts must accompany the withdrawal request. Reimbursements are done by check **ONLY.**

Purchases should **NOT** be made prior to requesting a withdrawal form from the Student Bank. The proper procedure is to get the withdrawal request for funds and then if those funds are exceeded, a reimbursement will be deemed necessary.

**IMPORTANT:**

**ANY WITHDRAWAL REQUEST THAT HAS NOT BEEN CLEARED WITHIN 30 DAYS WILL CAUSE THE CLUB, ORGANIZATION OR COMMITTEE ACCOUNT TO BE SUSPENDED AND NO ACTIVITY WILL BE ALLOWED. NO EXCEPTIONS!!!!!**



# RECEIPTS

When a withdrawal is made from a club, organization or committee account, the person that signs for the cash or check(s) will be held accountable for supplying the receipts/invoices that prove the funds were used for the purpose intended as stated on the withdrawal request. The date and purchased items on the receipts **MUST** correspond with the information on the withdrawal request.

If there are several receipts, they **MUST** be neatly taped onto a sheet of paper, to ensure proper verification. The bank will **NOT** accept them otherwise. If receipts are lost, the person that signed the withdrawal request will be held accountable for either obtaining another receipt or paying the cash to clear the withdrawal. **NO HANDWRITTEN RECEIPTS WILL BE ACCEPTED!!!!!**

Receipts/invoices should equal the amount withdrawn from the account. If the receipts/invoices equal less than is stated on the withdrawal request, then the remaining cash needs to be deposited back into the club, organization or committee account. If the receipts/invoices equal more than stated on the withdrawal, the club, organization or committee can request another withdrawal for a reimbursement.

All receipts presented to the Student Bank must be for the purpose stated on the withdrawal request i.e., if a gas receipt is presented and it is not listed as the purpose for the use of the funds then this receipt will **NOT** be accepted.

USA000829



# FUNDRAISING

All fundraising activities must be approved by the club's membership and so stated in the minutes.  All of the proceeds from the fundraising activity must be deposited into the club, organization or committee's account at the Student Bank as soon as possible.

The student activities authorized by their approved plans of operation to conduct entertainments, concerts, athletic events, etc., shall charge out pre-numbered admission tickets issued in numerical sequence to the individuals designated to sell tickets. Season tickets shall be serially numbered and a record kept of all sales.   Total proceeds of such activities, including those acquired as profits from enterprise activities (such as sporting events), shall be deposited as received by the treasurer of the association or by other individuals authorized to make deposits.

USA000830



## DEPOSITS

The Student Bank will fill out the pre-numbered deposit slips for
ALL clubs, organizations and committees. Make sure that
whoever is presenting the deposit has counted the deposit items
and is aware of how much is being deposited. The bank will retain
the original white copy and the duplicate yellow copy will be
returned to the club, organization or committee for their records.

Any funds being deposited into the Student Bank must have a
credit reason. This means, the source in which the funds came
from. Ex...taco sale, donation etc...This information will be
documented on the deposit slip for audit and referral purposes.

The Student Bank does **NOT** accept personal checks. If a club,
organization or committee accepts personal checks, and said check
is returned as unpaid for any reason, the club, organization or
committee will be charged for the amount of the check and any fee
associated with the transaction. The check will then be returned to
the club for collection.

If you have an abundance of coin that will be deposited, the club,
organization or committee will be responsible for rolling the coin
in the proper increments. The bank has coin wrappers available.

USA000831



## INACTIVE ACCOUNTS

Accounts which do not reflect any activity for a period of one year are considered inactive and the funds will be transferred upon approval of the official in charge of the school to an activity account.

The exception to this rule would be if the approved plan of operations for said club, organization or committee has stated contrary provisions.

USA000832

## MONTHLY BANK STATEMENTS

Statements will be sent to the sponsor and their respective managers each month. The managers will be responsible for reviewing club bank statements in which their employees are sponsors and/or signers.

Managers will be responsible for periodically reviewing withdrawals to maintain accountability of their respective department.

A statement will be available upon request at any time.

## CREDIT LINES ARE PROHIBITED

USA000833



## ENTERPRISE ACCOUNTS

Enterprise accounts must follow all policies/procedures set forth by the Student Bank. The day to day management of any enterprise account shall be under the direction of the official in charge of the school or a designated official. Care shall be taken to ensure that such enterprises do not interfere with the designated mission of the school, the education program. Each program shall comply with applicable health and safety standards.

It is the responsibility of the person in charge of the enterprise account to provide monthly operations statements to the Chief of Finance. These reports will be reviewed then retained in the appropriate file in the Student Bank.

Monthly credit card receipts will be turned into the Student Bank for credit.

Cash drawers will be dual controlled at the end of each business day and a balance sheet will be submitted with the daily deposit to the Student Bank.

An inventory tracking log must be maintained to reflect all inventory received. Inventory balances must be performed monthly and confirmed via inspection. Two signatures **ARE** required to maintain integrity of internal controls.

## CREDIT LINES ARE PROHIBITED



## PERSONAL STUDENT ACCOUNTS

All students are encouraged to open and maintain an account with the Student Bank.

A signature card is required to open an account. The purpose of the signature card is to have the information needed to contact a student of monies not claimed at the end of each school year. Immediate and aggressive action shall be taken to locate the depositor and forward the balance of the account. For amounts of $1.00 or less, one attempt shall be made to locate the depositor. If the depositor is not located, the account may be closed by transferring the balance to the general student activity fund subject to claim and payment any time requested by the student. For amounts of more than $1.00, locator action shall be actively pursued for a reasonable period in relation to the amount after which the balances of such accounts may be disposed of in the same manner as those of less than a $1.00. Payment of all claims from individual depositors against this fund shall be subject to approval of the official in charge of the school.

There is no minimum balance to open an account. This is your money that the Student Bank is responsible for safekeeping. There are **NO** fees, minimum balance or ATM cards. You can take your account to a zero balance and it will remain open for deposits and withdrawals throughout the school year.

You will receive monthly statements and you can request a statement at any time.

**NOTE:** The Student Bank does **NOT** accept personal checks.

USA000835

Haskell Indian Nations University
Indian Leader Association



I.     Purpose
The purpose of the Indian Leader Association is to provide a media outlet to serve the
Haskell Indian Nations University campus and the local community by connecting
mainstream or local news and cultural issues across Indian Country to the Haskell
campus and community. The Indian Leader, the oldest Native American Student
newspaper, is an independent student media outlet of Haskell Indian Nations University
and will also serve the student body by communicating important information that
impacts student academics and campus life.

The Indian Leader will produce a minimum (5) issues per semester unless authorized by
the Indian Leader Association Executive Board (consisting of consensus ruling) and
authorized by the Indian Leader Association Advisor.

The Indian Leader Association is published by the students of Haskell Indian Nations
University. The newspaper exercises their individual rights to free speech and freedom of
the press, guaranteed by the First Amendment Rights have been expressly recognized as
rights, which individual students enjoy who attend Bureau of Indian Affairs school in
Part 42 of Title 25 of the Code of Federal Regulations, Students' Rights and Due Process
Procedures, 25 C.F.R. 42.3 (e)-(f) (1998). These basic rights have also been reaffirmed in
Part II of the Code of Student Rights and Responsibilities of Haskell Indian Nations
University (1998).

II.    Goals
The goals of the Indian Leader Association will be to seek the truth and report the facts
for the betterment of Haskell Indian Nations University and its students. The Indian
Leader Association will initiate ethical standards while reporting on issues related to the
student body of Haskell Indian Nations University.

The Indian Leader Association will welcome all interested students that would like to
participate.

The main goal is to promote Native American issues and provide an outlet for those
stories to be told, and to provide the Haskell Indian Nations University with accurate
reporting while maintaining awareness of Journalism ethics and standards.

III.   Faculty Advisor
One or more faculty advisor(s) may be appointed by Haskell Indian Nations University to
assist students in the publication of The Indian Leader.

The faculty advisor may freely advise and instruct student editors and reporters in the
subject of journalism and relevant professional standards, comment and critique the
product of student journalists, and offer fiscal and technological guidance to the

USA000836

Indian Leader Association. The advisor may provide what assistance needed to produce the Indian Leader newspaper.

A faculty advisor may make non-binding recommendations to the student editors, which the student editors may, in their sole discretion, take into consideration in the free exercise of the independent editorial judgment. Although a faculty advisor of the Chapter may freely offer advice or assistance to the student members of the Chapter, neither the faculty advisor nor other Haskell officer or employee has the right to censor, modify in any way, the content the Association produces.

IV.       Newsroom Policy
The publication titled "The Indian Leader Newsroom and Management Guidelines" will be policy for The Indian Leader newspaper. The Indian Leader operates in the same capacity as a business; therefore, everyone will be accountable for following regulations and procedures.

The Indian Leader Association receives 1/3 of the Student Activity Fee and divided among other groups (Student Activities 1/3 and Campus Activities Association 1/3). The financial backing of the Association is kept within the Haskell Student Bank and must follow banking procedures of the institution. The organization must follow banking policies under the supervision of the Haskell Student Bank. The monetary budget must reflect only with supplies, events, newspapers, magazines or a direct cost of the Indian Leader Association and not a subsidiary group or division. The money set forth toward the Association will be authorized for withdrawal under the supervision of the Haskell banking staff.

The Indian Leader Association is also under the Haskell NAJA (Native American Journalists Association) Student Chapter. The Haskell NAJA Student Chapter allows each branch to use money obtained for the chapter for supplies related to each identified field: Indian Leader (print), Haskell News (video/multimedia).

The Indian Leader Association will allow its active members with the use of equipment: cameras, voice recorders, etc. However, if the student does not return the property of the Indian Leader Association then the penalty amount (value of the equipment) will be charged to the student's account via the Haskell Business Office, with the approval of the Indian Leader Association advisor(s).

There will be no misuse of the equipment which is the sole property of the Indian Leader Association, under the supervision of the Indian Leader Executive Board. If there is a discrepancy of misusing equipment or the mistreatment of a fellow member, then the student breaking the procedures of the Association will revoke his/her membership (with the authority of the Editor and Assistant Editor, only) and will be asked not to participate the rest of the fiscal academic year.

USA000837

If an Indian Leader Association Executive Officer does not follow the procedures of the Association, then a majority vote of the active members will take place (nominated by the Advisor, only).

## Editor –In-Chief

Requirements: must be in good academic/social standing with at least two semesters of Indian Leader experience.

Duties:
- Direct and supervise all Indian Leader functions.
- Sets semester deadlines with faculty advisor.
- Schedules and conducts weekly staff meetings.
- Does chief reads on all copy before web and print publication. Checks stories for legal and ethical concerns.
- Administration of The Indian Leader webpage.
- Prepares layout.
- Prepares final copy and distributes to Assistant Editor and one other Executive Officer for proofing.
- Sends final copy to printer.
- Reviews and approves payroll.
- Represents The Indian Leader on campus and in the community.

The Editor will also be President of the Haskell NAJA Student Chapter. The Editor may not vote during business meetings and will only vote during a tie breaker.

## Assistant Editor

Duties:
- Supports the Editor in all Indian Leader functions.
- Does 2nd reads on all copy before web and print publication.
- Assists Editor with The Indian Leader webpage administration.
- Maintains advertising rates and fields advertising inquiries.
- Coordinates circulation and newspaper delivery to the following areas of campus:
  - Navarre Hall-Post office area, student bank area, admissions, Haskell Foundation offices, the President's office, the Registrar's office, the VP of Academics office, and financial aid.
  - Coffin Sports complex.
  - Sequoyah Hall-The Student Success Center, Dean's office (across the hall from SSC) math department (north end of building), and science department (middle, east side).
  - Ross Hall- humanities office, tables on both sides of building, Dean's office, and offices in far NE corner of building.
  - Pontiac Hall.

USA000838

- o Parker Hall-Lobby area, department of education offices, and AIS wing.
- o Tam-i-nend Hall.
- o Facilities Management office-Winnemucca Hall.
- o Blalock Hall-All common areas.
- o Roe Cloud Hall-All common areas.
- o Curtis Hall lobby.
- o Tommaney Hall (library) including technology center and common areas.
- o Blue Eagle Hall.
- o Pocahontas Hall-All common areas.
- o Student Conduct Office-Minoka Hall.
- o Winona Hall-All common area.s
- o Stidham Union-The Eagles Nest, TRiO, Purple Threads, the Counseling Center, and Student Senate office.
- o OK Hall-all common areas and student housing offices.
- o Tecumseh Hall-Student Activities and Alumni Association room downstairs.
- Responsible for any Editor duties in his/her absence.

The Asst. Editor will be required to facilitate the fundraising opportunities for the Haskell NAJA Student Chapter as they arise. The Assistant Editor may vote.

**Secretary/Treasurer:** The Secretary/Treasurer will work with the Editor to help keep the Indian Leader Association on budget by maintaining financial records as well as providing accurate accounts of each meeting.

Duties:
- Provides financial report at each meeting.
- Provides meeting minutes. Minutes should be prepared and posted to the Indian Leader Google drive within 2 days of each meeting. Notification of posted minutes will be provided to news team via email or Indian Leader staff Facebook page.
- Payroll management as follows:
  - o The Editor will submit a final copy of the newspaper to Secretary/Treasurer upon submission to printer.
  - o Secretary/Treasurer will submit prepared payroll to Editor or Assistant Editor for approval.
  - o Once approved, Secretary/Treasurer will initiate meeting to vote on payroll.
  - o Secretary/Treasurer will obtain Advisor's signature and submit payroll to the student bank.
  - o Once checks are picked up from the bank, Secretary/Treasurer will notify check recipients via email or Indian Leader staff Facebook page of where/when to get checks.

- Ensures mail is picked up from the post office and delivered to the Indian Leader office before each weekly meeting.
- Maintains voicemail box and Indian Leader Gmail providing staff with a report of the activity of each at meetings or as needed.
- Maintains Google drive documents.
- Receives and tracks advertising payments.

~~**Student Senate Representative**: Must attend all Student Senate Meetings and provide weekly report to news team paying particular attention to story opportunities. The Indian Leader Student Senate Representative must abstain from Student Senate voting in order to maintain an unbiased reporting position of the newspaper.~~

~~**Web/Social Media Manager:** Maintains Indian Leader social media outlets by producing daily content to Facebook and Twitter accounts.~~

~~**Duties:**~~
- ~~Responsible for maintaining student and community engagement with the Indian Leader through social media strategies.~~
- ~~Must generate at least one post per day.~~
- ~~Ensures Indian Leader web stories are posted to social media in a timely manner following notification from web administrators.~~
- ~~Aids in training staff on use of web page.~~
- ~~Gathers photos and/or information from news team to communicate to students and Haskell community through Indian Leader social media.~~
- ~~Works with Sports Editor to provide adequate representation of all Haskell teams on Indian Leader social media.~~
- ~~Provides weekly report of social media engagement—number of followers, posts that provided high or particularly low engagement numbers, etc.~~

~~**Cooperative Editor**: This Editor is responsible for the production of the Indian Leader Journal magazine or other form of Indian Leader publication, outside of the newspaper. The Cooperative Editor is authorized by the Editor In Chief to work with the Association and Advisor. Any bills, invoices or decisions made by the Cooperative Editor may be vetoed by the Editor In Chief if the decision sets the budget of the Association back. The Cooperative Editor must make wise and conscious decisions for the betterment of the Association and its members. This Editor must coordinate an outside business meeting for each publication and find staff to help with the production of said publication.~~

**Indian Leader Writers/Reporters/Active Members**: Each student at Haskell Indian Nations University may participate with the Indian Leader Association. Active members of The Indian Leader are students who contribute to the publication of each issue of the newspaper OR social media/web content.

USA000840

Executive staff listed below must have one published article in each issue in order to receive staff pay.

V.      Pay scale

| | |
|---|---|
| Editor: | $  50.00 per newspaper |
| Asst. Editor: | $  50.00 per newspaper |
| ~~Sports Editor:~~ | ~~$  50.00 per newspaper~~ |
| ~~Web Editor:~~ | ~~$  50.00 per newspaper~~ |
| Secretary/Treasurer: | $  50.00 per newspaper |
| Student Senate Rep: | $  50.00 per newspaper |
| Cooperative Editor: | $300.00 ½ paid midway and ½ paid after project is final |

**Articles:** Web or print $.05 per word
**Photos:** ($5.00) per published photo with the max limit of 3 per article. Rate includes photos published on social media. Payee must be owner of all photos provided.
**Photo Collages:** ($15.00) with permission only.
**Other social media content:** ($5.00) per published submission of original (this means created by you) creation of video, podcast, radio, audio, or infographic. Content will be reviewed on a case-by-case basis.

Additional pay may be authorized if the tasks and duties of members are related to an officer status. Officers may be authorized double pay if they reach more than 30 hours with Indian Leader Association activities, events, and responsibilities. Individual pay shall not exceed $350.00 per issue unless approved by sponsor.

VI.     Use of Funds
Funds for the operation of *The Indian Leader* will be used for the following:
- Invoices
- Office supplies
- Payroll
- Campus events conducted or sponsored by *The Indian Leader*

Requests for reimbursement will be considered, but as a general rule, requests for funds should be submitted in advance through executive staff vote, recorded in meeting minutes, and submitted to Haskell bank for withdrawal.

The individual staff member who signs for bank withdrawals will be the responsible party for the full amount of funds that includes returning receipts and unused funds. Discrepancies will be the sole responsibility of the individual handling the monies. Failure to return receipts and unused funds, regardless of whether  the individual has left campus at the close of the semester, will result in a hold being placed on the responsible party's student account until funds/receipts are returned.

USA000841

# The Indian Leader Newsroom Policy and Management Guide

Credits: The policy and management guide is adopted from *The University Daily Kansas* with permission and modified for *The Indian Leader*. Thanks to the *Kansas* for their input and direction.

USA000842

# The Indian Leader
# Newsroom Policy and Management Guide

## Introduction

Welcome to *The Indian Leader*. The Indian Leader Newsroom Policy and Management Manual is developed to help orient students, faculty, staff, and others in the management and production of *The Indian Leader*.

*The Indian Leader Newsroom Policy and Management Guide* was approved in the Spring of 1993 by the Indian Leader Association, publishers of the Indian Leader and the Haskell Yearbook.

*The Indian Leader* is edited and published by students at Haskell Indian Junior College for the purpose of promoting the free and informed debate and discussion of (1) topics of special interest to Haskell students and alumni, (2) issues of special importance to Native Americans generally, and (3) all newsworthy topics and public issues of general interest to American citizens. The Haskell Yearbook is edited and published by students at Haskell Indian Junior CollegeNations University for the purpose of maintaining records of the previous year's events.

The Indian Leader Association is committed to improving the ability of Native Americans to determine their own destiny by providing an open public forum in which all concerned citizens, regardless of race, creed, color, sex, religion or national origin, might freely discuss the important public issues of the day. The members of the Association believe that by providing a public forum, readers and contributors alike will improve their understanding of the true meaning of leadership, citizenship and democracy in contemporary American society through an open, honest and fair-minded exchange of views.

## Ethics and Policy

Standards of conduct for staff members of *The Indian Leader* are the same as those adhered to by any responsible professional newspaper. They are outlined here as guidelines that staff members are expected to follow.

This policy manual does not describe every circumstance that could pose a problem. It does not answer every question that might arise. Instead, it is designed to establish general rules that editors, reporters and photographers are to use in reporting the news and producing the newspaper. Violation of these standards can be grounds for dismissal.

**Advance Viewing:**
Outside review of copy, photographs or artwork is not permitted unless approved in advance by the editor. For some stories, such as those that involve complex scientific information, a knowledgeable source might be asked to verify the accuracy of specific elements of the story before it is published. An entire story should never be reviewed by someone outside *The Indian Leader* staff. Check with an editor or adviser about similar situations.

**Conflicts of Interest:** The first obligation of staff members is to perform their assigned *Leader* duties. To do so, staff members, or anyone who writes for the *Leader,* must be free from any obligation to any interest other than the public's right to the distribution of news and enlightened opinion.

USA000843

Staff members should exercise great care before becoming involved in any political context beyond voting. Under no circumstances may a staff member work, for pay or as a volunteer, in political organizations or campaigns.

If a relative or close friend is involved in any political activity, a staff member should tell the editors and refrain from covering or making news or editorial judgments about such a campaign or organization. Such precautions should be taken on all types of stories or photographs.

Because of the nature of the *Leader* and its readership, student politics and campus political organizations are even more likely to create the appearance of partiality than traditional political organizations. Remember that the appearance of bias is devastating to the newspaper's credibility as is actual bias.

**Other conflicts:** A *Leader* staff member may not work as a staff member, editor or contributor for any other publication or news service without the consent of the *Leader* editor. Staff members who wish to free-lance periodically for other publications also must seek permission from the editor. Any staff member who is found hiding his affiliation with another publication also must seek permission from the editor. Any staff member who is found hiding his affiliation with another publication will be dismissed.

Appearances on radio or television by *Leader* staff members may be permissible only if reported in advance to the editor. Remember, however, that only the editor may talk as a representative for the *Leader.*

**Gifts:** As journalists, the obligations of staff members are clear--gather and report the news with vigor and compassion and report it without prejudice.

Staff members must not use their positions at the *Leader* to obtain any benefit or advantage not afforded to the public generally. Staff members do not accept business-related gifts or favors, either at home or in the office.

Staff members should not accept free rooms, sample equipment or goods of any kind. Staff members may not accept free trips. Free tickets or access to events may be accepted, but only when special arrangements for the press are necessary. The press box at sporting events is an example. Editors are responsible for making certain that advantage is not being taken of certain situations. Friends or guests are not allowed to use Leader passes to events.

The *Leader* pays for tickets to entertainment events that staff members are reviewing. Books and records are accepted only as news releases and become the property of the *Leader.*

*Leader* members should not accept free meals or drinks. This does not mean that staff members cannot accept a cup of coffee or something that can be repaid later. Reporters should not, however, be wined and dined while pursuing a story. The cost of meals incurred in the course of gathering stories will be paid by the *Leader.* Generally, however, it is difficult to take accurate and complete notes while eating.

Any travel must be approved by the editor and the Association.

When in doubt, please follow the American Society of Professional Journalists code of ethics in the back of the booklet.

USA000844

# Dealing with the public

Courteous and professional treatment is afforded anyone who telephones or walks into the newsroom.

**Telephone Etiquette:** When taking messages, be sure to get the correct name and phone number.

Also include your name, the time and date the message was received. The telephone is for business use only. Do not leave this number for personal messages to be taken by any staff member or the faculty adviser.

**Complaints:** Complaints should be referred to the editor. If no editor is available, take a name and phone number and tell the person that an editor will call back. If a complaint is in any way abusive or if the staff member is threatened, write a short but thorough memo and give it to the editor.

**Corrections:** The decision to run a correction is made by the editor. When the *Leader* incorrectly has reported a story or misidentified someone in a photograph, the editor will arrange for a correction to appear promptly. It may appear on Page 1 if the story was on Page 1. Otherwise corrections will appear on Page 2. When talking to someone who has a complaint, do not verify the mistake, blame anyone, agree with anything or promise anything. Do not give your personal opinion as to what should be done. Refer the person to those mentioned above. Any staff member who makes a mistake requiring a correction must fill out a correction form and turn it in to the editor.

**News Tip:** When readers call in with news tips or photo ideas, staff members are expected to treat them with courtesy. The *Leader* encourages readers to call or to stop by the newsroom when they have story ideas. It's a way for them to let the editors know what they want to see in the paper, and those ideas often turn into the best stories and photos. Listen patiently to callers, write down the tips and thank them for calling or stopping by the newsroom.

**Letters Policy:** The *Leader* accepts letters to the editor with the understanding that the editor may edit or reject the letters. When readers bring letters to the newsroom, make sure that the letter has a signature   and a phone number.

# Police News and Obituaries

**Crime Stories:** In crime stories, description of the incident must be attributed carefully. Police records are protected in cases of libel, but they might be wrong nonetheless. Let readers know where the information came from. When the *Leader* reports that someone has been accused of a crime, the newspaper incurs the obligation to follow the case to trial and to its conclusion.

**Suspect Identification: The *Leader* does not identify suspects in crime stories unless the suspects have been charged in the court system.** An arrest does not mean a suspect has been or will be charged. Identify a person charged with a crime with age and address. Also, the term "alleged" should be used with care. "Alleged murderer" is libelous.

A suspect's race or ethnicity should not be mentioned in a story unless the information is part of a detailed description including age, height, weight, attire, and distinguishing characteristics.

**Victim's Names:** The names of juveniles, rape victims and people who have attempted suicide are not published except in circumstances approved by the editor. Consult with the editor when naming the victims of any traumatic event or violent crime.

USA000845

Here are some guidelines that staff members should use to determine whether a victim's name should be used.

**Living or dead.** Did the victim die, or is he or she still living? If the victim survived, it is probably not a good idea to use the name, especially if it was a private individual in a common type of traumatic event. If the victim died, it lends more weight to using the name(as in an obituary).

**Juvenile or adult.** Kansas law protects the identity of juveniles involved in criminal proceedings. The same kind of protection should be given to juveniles involved in traumatic events.

**Prominence/public figure.** Is the person well known? In what context: national, regionally or locally? Determining whether someone is a public or private person should be done in the same manner as it is determined for libel.

**Newsworthiness/manner.** Is the event newsworthy enough to justify it. Unusual circumstances often are cited, but be careful not to sensationalize a tragic event needlessly.

**Rape.** As stated before, rape victim's names should not be used. Do not name the suspect of a rape until the suspect has been charged in court.

**Suicide.** Generally, names should not be used in stories dealing with suicide attempts. If the suicide was newsworthy only because it was a suicide, consider using an obituary format. Then it is appropriate to use the victim's name.

# Dealing with Sources

Staff members must identify themselves when covering any event for the *Leader,* unless the editor has given approval for reporters or photographers not to disclose their identity.

To help reporters and news sources understand what information is fair to report, under what conditions the information may be used and how that information may be obtained, complicated news gathering practices have evolved. Even among journalists, there is disagreement about defining these terms. Listed are some reporting procedures that *Leader* reporters are expected to follow.

**The Leader Policy:** Our policy is for reporters never to agree to conduct an interview in any way other than on the record, unless the editor has been consulted before the interview. There almost always is some other way to get information. Not for attribution, off the record and background (explained below) many times serve only to tie the hands of both the reporters and the newspaper. Remember, unless a specific agreement is made before the interview, the interview is on the record.

In some cases, exceptions to this policy may be justified. Again, speak to the editor for questions about this.

**On the record:** All the information and name of the news source may be used in a story. Interviews are on the record unless an agreement to the contrary is made in advance. In most cases, reporters will not

USA000846

say an interview is on the record. The assumption is that if someone is talking to a reporter, the information is for the record. Sometimes out of courtesy, however, reporters should explain to people who are not used to dealing with the press that all information could be used in a story.

**Anonymous Sources:** This is information given to a reporter that can be published, but the identity of the source cannot be used. For example, a district attorney might tell a reporter of plans to move for a mistrial in a murder case. But the district attorney tells the reporter he or she can use the information as long as the reporter identifies the source only as one close to the case. This way the district attorney will not offend witnesses who may first learn about the move by reading the paper.

**Background:** This is a difficult area. Generally, background information is intended to educate and guide the reporter in writing a story, and the gist of the information can be used if the source is identified.

A writer should make clear for the reader that the writer is not the original source for the information. For example, an administrative assistant might brief reporters about the college's coming budget and the rationale behind parts of it so they will be better prepared for a news conference or a meeting later in the week.

# Reporting Standards

**Report News; Do Not Make It:** *Leader* staff members should not put themselves in situations that result in their making news or in their altering their presentation. *Leader* reporters should not ask questions during public question-and-answer forums or during public meetings, such as faculty meetings or student senate. Ask questions after the meeting or during intermission.

Likewise, the newspaper generally should not intrude into news stories with such phrases as "told the *Leader*" or "the *Leader* has learned."

**Fairness:** Any viewpoint in a story must be balanced by an opposing viewpoint. This does not mean a reporter should dig up or create controversy. But people or groups that have been criticized in a story must have a chance to respond in the same issue.

One call to obtain the other side of an issue is rarely enough. The reporter's obligation is to present a true reflection of the situation.

Do not tarnish the *Leader's* reputation by acquiring information through questionable means. If in an extreme case the editor approves an extraordinary way to get information, the story will explain how the information was obtained and why it was gathered that way.

**Cultural Sensitivity:** Be sensitive to the concerns of members of other minority groups. Realize that not all people celebrate the same holidays or have the same values. Try to stay abreast of the events that are going on in your sources' lives, no matter what race, religion or sex.

As a forum for a diverse community, the *Leader* cannot afford and will not tolerate prejudice from its staff. Racial slurs, sexual harassment and similar discriminatory misconduct will be grounds for dismissal.

USA000847

**Direct Quotes:** Except for minor grammatical errors in the speech of ordinary persons, quotations are not to be altered. The *Leader* does correct minor errors that might otherwise take on undue importance or cause the speaker to look foolish. Mispronunciations rarely should be used, even for color, as they tend to make a speaker appear inarticulate.

**Verification:** In general, do not quote from news releases, other paper's stories or news broadcasts without verifying the information or attributing it. *Leader* reporters are expected to verify information in news releases and then rewrite the releases. Information from another newspaper should be identified as being from that newspaper. Reporters should try to get quotations directly from the source instead of quoting from prepared statements. If quotations are taken from prepared statements, the story should say so. When covering a speech, reporters should try to get a copy of the text to quote the speaker accurately and talk to the speaker afterward for elaboration about specific points.

**Obscenities:** Obscenities and vulgarities should not be used simply to add color or humor. Use them sparingly and only when imperative to give a full portrayal to the reader. The number of listeners--one or two reporters as opposed to an auditorium full of people--often enters into news judgement in questions of obscenity. The editor or assistant editor decides whether to use questionable language.

# Newsroom Management

**Personnel:** The editor handles all problems in the news department. Any staff member with a complaint or scheduling conflict should talk to the editor. Suggestions are welcome.

**Mail Boxes:** Staff members will have mailboxes for messages and assignments. Staff members should check their mailboxes several times a week. They also should not let papers accumulate in their boxes.

**Phones:** Personal long-distance calls will not be tolerated. Making such call is grounds for dismissal. All long-distance calls are to be logged on the out-going telephone log.

**Travel:** Travel must be approved by the editor. Most travel should be authorized first by the Indian Leader Association.

**Materials:** The Leader provides staff with a computer and other materials to layout the paper. The Leader does not provide notebooks.

**Office Access:** Navarre Hall is open from 8-5 p.m. Staff members are expected to organize their time to reflect these hours. If you need in the building beyond specific hours, the time needs to be arranged in advance. This is for *Leader* staff and yearbook activities only. Tecumseh Hall is open at various hours. A key to Tecumseh and to the *Leader* office will be available to staff at the front desk of the library. Staff must sign keys in and out.  In the event a staff member forgets to return the key to the library the Editor or sponsor must be notified.   A lost key charge of $200 will be submitted to the business office under a staff member's account for lost keys.

**Maintenance:** The newsroom should be clean all the time. The public, faculty and administrators frequently visit, and the newsroom must project every aspect of professionalism. Reporters and editors are expected to clean up around computer terminal(s). Otherwise, loose notebooks and belongings will be thrown away.

USA000848

Smoking is prohibited in the building. This includes the newsroom, and other offices. Keep food and beverages away from the terminals. Staff members will be responsible for any damage they cause to them.

**Newsroom Conduct:** Staff members should act as professionals in the newsroom. Less-than-professional behavior will not be tolerated and is grounds for dismissal. Alcohol and substance abuse will not be tolerated and is grounds for dismissal.

# Newsroom Procedures

**Deadlines:** They must be met. The *Leader* reporters are to complete their assignments on deadlines given by the editor. To meet our responsibilities, deadlines need to be staggered. Failure to meet a deadline on schedule is grounds for dismissal.

**Style:** The *Leader* uses *The Associated Press Stylebook.* In addition, a Leader style guide at the end of this pamphlet explains the newspaper's exceptions.

**Datelines and Bylines:** A dateline is not used on a byline unless the reporter was actually at the place named in the dateline and provided a substantial part of the information in the article from that area.

**Staff Meetings:** Staff meetings are held twice a month. Meetings should last no more than 30 minutes. The meetings are for the entire staff. Attendance is mandatory.

13

**Style Supplement**

**AIDS** People do not die of AIDS; they die of complications of AIDS.

**Black** Use when African-American is inappropriate or inaccurate. Capitalize in all instances when referring to people of African ancestry.

**Board of Regents** Use Board of Regents on first reference, then Regents. No apostrophe in any usage.

**chairperson** Do not use chairman or chairwoman. When possible, construct the sentence with the verb "to head" instead of chairperson. For example, "John Doe, who heads the HIJC student board, .. ."

**cities in Kansas** Do not use Kansas or Kan. after Kansas towns, unless they are likely to be confused with big cities in other states, such as Minneapolis, Kan., and Kansas City, Kan.

**coed** do not use coed to refer to a female student. More descriptive uses of the word are acceptable: coed softball, coed residence halls.

**departments** Athletic Department is uppercase, but don't capitalize academic departments (department of history) unless a word normally would be capitalized (department of English, department of History). Governmental departments appear as you normally see them: Department of the Interior.

**grade point average** on first reference, then GPA.

**Coffin Sports Complex** on first reference, the Complex.

**homecoming** It is Homecoming Day, but homecoming.

**Haskell Indian Nations University** When referring to Haskell Indian Nations University use Haskell

**Identification:** Faculty members are identified as thus, Rhonda LeValdo Instructor of Media Communications. Professors who hold distinguished or named professorships should be identified with their complete titles. Thus: John Doe, professor emeritus of history.

Haskell students are identified thus; John Doe, (Creek), Tulsa freshman. Put tribal affiliation in ( ). But, individuals should always be identified in a manner most appropriate to the context of the story.

**The Indian Leader** *Leader* on second reference.

**names** On second reference, normally use a person's last name only. First names may be used on second reference in stories about children under the age of 10. In stories about several people with the same last name, use first and last names to avoid confusion.

**newspaper names** Italicize names of newspapers and other publications.

**quotes** Avoid using colons to introduce quotes.

**Representatives and Senators** refer to AP Stylebook.

**semesters** When followed by a year, the season is capitalized. For example, Fall 1989. However, fall semester is lowercase.

**senators** Identify student senators by the groups they represent or by their position in Senate, whichever is more important. John Doe, Blalock senator.

USA000850

**sheriff's office** Douglas County Sheriff's Office on first reference, then sheriff's office. Refer to deputies as deputy sheriff.

**streets** Use AP Stylebook

**theater** Use this spelling except for proper names

**time** The order is time, day, place: 10 a.m. Friday in 141 Ross Hall.

**titles** In the title of a book a lecture or a play, don't capitalize an article (a, an, the), the "to" of an infinitive, a preposition with fewer than five letters, or "and" as, but, if, nor, or," unless the word is the first or the last word of the title. Capitalize the titles of all publications.

**United States** Except in quotes or editorial page copy, change America to United States and American used as an adjective to U.S. whereever the meaning is the nation, not the hemisphere. However, be reluctant to change American used as a noun to U.S. citizen; the meanings are not necessarily synonymous.

USA000851

**The Indian Leader Association 2020-2021 Plan of Operations**


The Indian Leader Association

Haskell Indian Nations University

USA000852

INDIAN LEADER PLAN OF OPERATIONS                                              2

Article 1: Name

The Indian Leader Association.

Article 2: Purpose

Section 1: General Purpose

The purpose of the Indian Leader Association is to provide a media outlet to serve the Haskell Indian Nations University campus and the local community by connecting mainstream or local news and cultural issues across Indian Country to the Haskell campus and community. The Indian Leader, the oldest Native American student newspaper, is an independent student media outlet of Haskell Indian Nations University and will also serve the student body by communicating important information that impacts student academics and campus life.

Section 2: Responsibilities

The Indian Leader will produce a minimum (5) issues per semester unless authorized by the Indian Leader Association Executive Board (consisting of consensus ruling) and authorized by the Indian Leader Association Advisor.

Section 3: Goals

The goals of the Indian Leader Association will be to seek the truth and report the facts for the betterment of Haskell Indian Nations University and its students, to promote Native American issues and provide an outlet for those stories to be told, and to provide Haskell Indian Nations University with accurate reporting while maintaining awareness of journalism ethics and standards.

Article 3: Faculty Advisor

Section 1: Appointment

To assist students in the publication of The Indian Leader newspaper, One or more faculty advisors may be appointed by Haskell Indian Nations University from a nomination selected by the Indian Leader Association (majority vote). Should Haskell Indian Nations University find a nominee unfit for the role of Faculty Advisor, a formal reason shall be provided in writing to the Indian Leader Association with a request to select another nominee.

USA000853

Section 2: Role

The faculty advisor may freely advise and instruct student editors and reporters in the subject of journalism and relevant professional standards, comment and critique the product of student journalists, and offer fiscal and technological guidance to the Indian Leader Association. The advisor may provide what assistance is needed to produce the Indian Leader newspaper. A faculty advisor may make non-binding recommendations to the student editors, which the student editors may, at their sole discretion, take into consideration in the free exercise of the independent editorial judgment. Although a faculty advisor of the Association may freely offer advice or assistance to the student members of the Association, neither the faculty advisor nor other Haskell officers or employees have the right to censor, modify in any way, the content the Association produces.

Section 3: Removal

The Indian Leader Association may petition to have a Faculty Advisor removed from their role through a majority vote and written appeal submitted to Haskell Indian Nations University. Should Haskell Indian Nations University deny the petition request, a formal reason shall be provided to the Indian Leader Association in writing.

Article 4: Membership

Section 1: Staff Writer

Paragraph 1: Definition

Staff Writers are the voting membership of the Indian Leader Association.

Paragraph 2: Eligibility

Eligibility to be a Staff Writer requires (a) current enrollment at Haskell Indian Nations University, (b) "good academic and social standing" as determined by the Code of Student Conduct, and (c) must inform the Association, orally or in writing, of an intention to become a member of the Association.

Paragraph 3: Revoking Membership

In the event that any member fails to attend three consecutive meetings of the Association, without excused absence, that person may be removed from the membership rolls of the Association by majority vote.

Section 2: Non-members

Non-members may still contribute and be compensated by the Indian Leader Association, but will not retain the voting rights of Staff Writers. For non-member contributions to be compensated, the non-member is still required to be a current student at Haskell Indian Nations University.

Article 5: Meetings

Section 1: First Meeting of the Semester

At the beginning of each semester, the Association shall decide upon a day, time and place for such regular weekly meetings. Once the day, time and place has been decided by the Association and notice of such has properly been conveyed to the public, no further notice shall be required for the Association to conduct business at such regular weekly meetings.

Section 2: Weekly Meetings

Meetings of the Association shall be held weekly and will be open to all Haskell students and to the public.

Section 3: Non-Weekly Meetings

Any meeting of the Association not held on the day, time and place of the regular weekly meeting may be properly convened only upon two days' prior written notice. Such notice shall be made to the Association by posting an announcement.

Article 6: Voting

Section 1: Quorum

Quorum shall be established by a majority attendance of Staff Writers.

Article 8: Editorial Board

Section1: Definition

USA000855

The Editorial Board of the Indian Leader Association shall include an Editor-In-Chief, Assistant Editor, Distribution Manager, and Secretary/Treasurer.

Section 2: Eligibility

Members of the Editorial Board must maintain "good academic and social standing," as defined by the Code of Student Conduct. Decisions made at duly convened meetings of the Association are binding on members.

Section 3: Term

Each position of the Editorial Board shall serve a term equivalent to one academic year. All terms will be up for re-election on the first convened meeting of the Fall semester.

Section 4: Duties

Paragraph 1: Editor-In-Chief

The Editor-In-Chief is responsible for (a) directing and supervising all Indian Leader functions, (b) setting semester deadlines with faculty advisor, (c) scheduling and conducting weekly staff meetings, (d) updating dummy sheet for layout (e) chief reading all copy before web and print publication, (f) checking stories for legal and ethical concerns, (g) keeping track of Freedom of Information Act Requests (h) sending final copies to printer, (i) reviewing and approving payroll, (j) managing administrative accounts (e.g. website),  and (k) representing The Indian Leader on campus and in the community. The Editor-In-Chief will also be President of the Haskell NAJA Student Chapter. The Editor *may not vote* during business meetings and will only vote during a tie breaker.

Paragraph 2: Assistant Editor

The Assistant Editor is responsible for (a) supporting the Editor in all Indian Leader functions and tasks, (b) performing second reads on all copy before web and print publication, (c) designing newspaper layout, (d) supports Editor-In-Chief with administrative accounts (e.g. website), (f) facilitate the fundraising opportunities for the Haskell NAJA Student Chapter as they arise, and (g) Responsible for any Editor duties in his/her absence.

Paragraph 3: Distribution Manager

USA000856

The Distribution Manager manages all distribution of Indian Leader Association content to the public. Responsibilities involve (a) managing social media and website accounts, (b) posting and monitoring digital content, and (c) coordinating circulation and newspaper delivery on campus when classes are held on campus. Locations for Distribution - Navarre Hall: Post office area, student bank area, admissions, Haskell Foundation offices, the President's office, the Registrar's office, the VP of Academics office, and financial aid; Coffin Sports complex; Sequoyah Hall: The Student Success Center, Dean's office (across the hall from SSC) math department (north end of building), and science department (middle, east side); Ross Hall: humanities office, tables on both sides of building, Dean's office, and offices in far NE corner of building; Pontiac Hall; Parker Hall-Lobby area, department of education offices, and AIS wing; Tam-i-nend Hall; Winnemucca Hall; Blalock Hall; Roe Cloud Hall; Curtis Hall; Tommaney Hall: including technology center and common areas; Blue Eagle Hall; Pocahontas Hall; Minoka Hall; Winona Hall; Stidham Union; Osceola-Keokuk Hall; Tecumseh Hall-Student Activities and Alumni Association room downstairs.

Paragraph 4:

The Secretary/Treasurer will work with the Editor to help keep the Indian Leader Association on budget by maintaining financial records as well as providing accurate accounts of each meeting. Secretary/Treasurer responsibilities includes (a) providing financial report at each meeting, (b) providing meeting minutes (minutes should be prepared and posted to the Indian Leader Google drive within 2 days of each meeting), (c) maintaining Indian Leader Gmail providing staff with a report of the activity of each at meetings or as needed, (d) maintaining Google drive documents, (e) receiving and tracking advertising payments, and (f) managing payroll. Payroll management as follows (a) The Editor will submit a final copy of the newspaper to Secretary/Treasurer upon submission to printer, (b) Secretary/Treasurer will submit prepared payroll to Editor or Assistant Editor for approval (c) Once approved, Secretary/Treasurer will initiate meeting to vote on payroll, (d) Secretary/Treasurer will obtain Advisor's signature and submit payroll to the student bank, (e) Once checks are picked up from the bank, Secretary/ Treasurer will notify check recipients via email or Indian Leader staff Facebook page of where/when to get checks, (f) ensures mail is picked up from the post office and delivered to the Indian Leader office before each weekly meeting.

USA000857

Section 5: Vacancies

In the event that an Editorial Board position becomes vacant,  an election shall take place at the next Indian Leader Association meeting. Editorial Board members may be a candidates for the vacant position, and if elected, nominations will continue to to fill the newly vacated position. Positions resultant from vacancies will not serve a full academic year, and will come up for re-election on the first convened meeting of the fall semester.

Article 9: Compensation and Awards

Section 1: Editorial Board

The Editorial Board shall be compensated $50 each issues of the Indian Leader for the completion of their duties described in Article 8 Section 4.

Section 2: Content

The Indian Leader Association provides compensation for the following:

- Articles, web or print: $0.10 per word.
- Photos:  $5.00 per published photo with the max limit of 3 per article. Rate includes photos published on social media. Payee must be owner of all photos provided.
- Comics: $15 per comic strip.
- Photo Collages: $15.00 with permission only.
- Other social media content:  $15.00 per published submission of original (this means created by you) creation of video, podcast, radio, audio, or infographic. Content will be reviewed on a case-by-case basis.

Article 10: Accounts & Property

Section 1: Accounts

The financial backing of the Association is kept within the Haskell Student Bank and must follow banking procedures of the institution. The organization must follow banking policies under the supervision of the Haskell Student Bank. The monetary budget must reflect only with supplies, events, newspapers, magazines or a direct cost of the Indian Leader Association and not a subsidiary group or division. The Indian Leader Association receives ⅓ of the Student Activity Fee which is divided among other groups (Student Activities ⅓ and Campus Activities Association ⅓). The money set forth toward the

USA000858

Association will be authorized for withdrawal under the supervision of the Haskell banking staff.

Section 2: Use of Funds

Paragraph 1: Direct Costs

Funds for the operation of *The Indian Leader* will be used for the following: invoices, office supplies, payroll, campus events conducted or sponsored by The Indian Leader Association, and other operational expenses.

Paragraph 2: Reimbursement

Requests for reimbursement will be considered, but as a general rule, requests for funds should be submitted in advance through executive staff vote, recorded in meeting minutes, and submitted to Haskell bank for withdrawal.

Paragraph 3: Fund Responsibilities

The individual staff member who signs for bank withdrawals will be the responsible party for the full amount of funds that includes returning receipts and unused funds.  Discrepancies will be the sole responsibility of the individual handling the monies.  Failure to return receipts and unused funds, regardless of whether  the individual has left campus at the close of the semester, will result in a hold being placed on the responsible party's student account until funds/receipts are returned.

Section 3: Property

Paragraph 1: Use

The Indian Leader Association will allow its active members with the use of equipment: cameras, voice recorders, etc. However, if the student does not return the property of the Indian Leader Association then the penalty amount (value of the equipment) will be charged to the student's account via the Haskell Business Office, with the approval of the Indian Leader Association advisor(s).

Paragraph 2: Misuse

There will be no misuse of the equipment which is the sole property of the Indian Leader Association, under the supervision of the Indian Leader Executive Board.

If there is a discrepancy of misusing equipment or the mistreatment of a fellow member, then the student breaking the procedures of the Association will revoke his/her membership (with the authority of the Editor and Assistant Editor, only) and will be asked not to participate the rest of the fiscal academic year.

Article 11: News Room Policy

Section 1: Newsroom and Management Guidelines

The publication titled "The Indian Leader Newsroom and Management Guidelines" (Appendix A) will be policy for The Indian Leader newspaper. The Indian Leader operates in the same capacity as a business; therefore, everyone will be accountable for following regulations and procedures.

Section 2: NAJA Chapter

The Indian Leader Association is also under the Haskell NAJA (Native American Journalists Association) Student Chapter. The Haskell NAJA Student Chapter allows each branch to use money obtained for the chapter for supplies related to each identified field: Indian Leader (print), Haskell News (video/multimedia).

Section 3: Non-compliance

If an Indian Leader Association Executive Officer does not follow the procedures of the Association, then a majority vote of the active members will take place (nominated by the Advisor, only).

Article 12: Rights & Responsibilities

Section 1: Rights

The Indian Leader Association is published by the students of Haskell Indian Nations University. The newspaper exercises their individual rights to free speech and freedom of the press, guaranteed by the First Amendment Rights have been expressly recognized as rights, which individual students enjoy who attend Bureau of Indian Affairs school in Part 42 of Title 25 of the Code of Federal Regulations, Students' Rights and Due Process Procedures, 25 C.F.R. 42.3 (e)-(f) (1998). These basic rights have also been reaffirmed in Part II of the Code of Student Rights and Responsibilities of Haskell Indian Nations University (1998).

INDIAN LEADER PLAN OF OPERATIONS                                          10

Section 2: Responsibilities

The Indian Leader Association holds responsibilities outlined in 1989 settlement agreement with Haskell Indian Nations University (Appendix B).

Article 13: Amendments

Section 1: (This section intentionally left black for future amendments.)

**Appendix A**

**The Indian Leader**

**Newsroom Policy and Management Guide**

Credits: The policy and management guide is adopted from *The University Daily Kansas* with permission and modified for *The Indian Leader.* Thanks to the *Kansas* for their input and direction.

USA000862

# The Indian Leader

# Newsroom Policy and Management Guide

## Introduction

Welcome to The Indian Leader. The Indian Leader Newsroom Policy and Management Manual is developed to help orient students, faculty, staff, and others in the management and production of The Indian Leader.

The Indian Leader Newsroom Policy and Management Guide was approved in the Spring of 1993 by the Indian Leader Association, publishers of the Indian Leader and the Haskell Yearbook — last updated 2020.

The Indian Leader is edited and published by students at Haskell Indian Nations University for the purpose of promoting the free and informed debate and discussion of (1) topics of special interest to HINU students and alumni, (2) issues of special importance to Native Americans generally, and (3) all newsworthy topics and public issues of general interest to American citizens. The Haskell Yearbook is edited and published by students at Haskell Indian Nations University for the purpose of maintaining records of the previous year's events.

The Indian Leader Association is committed to improving the ability of Native Americans to determine their own destiny by providing an open public forum in which all concerned citizens, regardless of race, creed, color, sex, religion or national origin, might freely discuss the important public issues of the day. The members of the Association believe that by providing a public forum, readers and contributors alike will improve their understanding of the true meaning of leadership, citizenship and democracy in contemporary American society through an open, honest and fair-minded exchange of views.

## Ethics and Policy

Standards of conduct for staff members of *The Indian Leader* are the same as those adhered to by any responsible professional newspaper. They are outlined here as guidelines that staff members are expected to follow. This policy manual does not describe every circumstance that could pose a problem. It does not answer every question that might arise. Instead, it is designed to establish general rules that editors, reporters and photographers are to use in reporting the news and producing the newspaper. Violation of these standards can be grounds for dismissal.

**Advance Viewing:**

Outside review of copy, photographs or artwork is not permitted unless approved in advance by the editor. For some stories, such as those that involve complex scientific information, a knowledgeable source might be asked to verify the accuracy of specific elements of the story before it is published. An entire story should never be reviewed by someone outside *The Indian Leader* staff. Check with an editor or adviser about similar situations.

**Conflicts of Interest:**

The first obligation of staff members is to perform their assigned *The Indian Leader* duties. To do so, staff members, or anyone who writes for the *The Indian Leader,* must be free from any obligation to any interest other than the public's right to the distribution of news and enlightened opinion.

Staff members should exercise great care before becoming involved in any political context beyond voting. Under no circumstances may a staff member work, for pay or as a volunteer, in political organizations or campaigns.

If a relative or close friend is involved in any political activity, a staff member should tell the editors and refrain from covering or making news or editorial judgments about such a campaign or organization. Such precautions should be taken on all types of stories or photographs.

Because of the nature of the *The Indian Leader* and its readership, student politics and campus political organizations are even more likely to create the appearance of partiality than traditional political organizations. Remember that the appearance of bias is devastating to the newspaper's credibility as is actual bias.

**Other conflicts:** An *Indian Leader* staff member may not work as a staff member, editor or contributor for any other publication or news service without the consent of the *The Indian Leader* editor. Staff members who wish to free-lance periodically for other publications also must seek permission from the editor. Any staff member who is found hiding his affiliation with another publication also must seek permission from the editor. Any staff member who is found hiding his affiliation with another publication will be dismissed.

Appearances on radio or television by *The Indian Leader* staff members may be permissible only if reported in advance to the editor. Remember, however, that only the editor may talk as a representative for *The Indian Leader*.

USA000864

**Gifts:** As journalists, the obligations of staff members are clear--gather and report the news with vigor and compassion and report it without prejudice. Staff members must not use their positions at *The Indian Leader* to obtain any benefit or advantage not afforded to the public generally. Staff members do not accept business-related gifts or favors, either at home or in the office.

Staff members should not accept free rooms, sample equipment or goods of any kind. Staff members may not accept free trips. Free tickets or access to events may be accepted, but only when special arrangements for the press are necessary. The press box at sporting events is an example. Editors are responsible for making certain that advantage is not being taken of certain situations. Friends or guests are not allowed to use Leader passes to events. *The Indian Leader* pays for tickets to entertainment events that staff members are reviewing. Books and records are accepted only as news releases and become the property of the *Leader*.

*Leader* members should not accept free meals or drinks. This does not mean that staff member cannot accept a cup of coffee or something that can be repaid later. Reporters should not, however, be "wined and dined" while pursuing a story. The cost of meals incurred in the course of gathering stories will be paid by the *Leader*. Generally, however, it is difficult to take accurate and complete notes while eating.

Any travel must be approved by the editor and the Association.

When in doubt, please follow the American Society of Professional Journalists code of ethics in the back of the booklet.

# Dealing with the public

Courteous and professional treatment is afforded anyone who telephones or walks into the newsroom.

**Telephone Etiquette:** When taking messages, be sure to get the correct name and phone number.

Also include your name, the time and date the message was received. The telephone is for business use only.  Do not leave this number for personal messages to be taken by any staff member or the faculty adviser.

**Complaints:** Complaints should be referred to the editor. If no editor is available, take a name and phone number and tell the person that an editor will call back. If a complaint is in any way abusive or if the staff member is threatened, write a short but thorough memo and give it to the editor.

**Corrections:** The decision to run a correction is made by the editor. When the *Leader* incorrectly has reported a story or misidentified someone in a photograph, the editor will arrange for a correction to appear promptly. It may appear on Page 1 if the story was on Page 1. Otherwise corrections will appear on Page 2. When talking to someone who has a complaint, do not verify the mistake, blame anyone, agree with anything or promise anything. Do not give your personal opinion as to what should be done. Refer the person to those mentioned above. Any staff member who makes a mistake requiring a correction must fill out a correction form and turn it in to the editor.

**News Tip:** When readers call in with news tips or photo ideas, staff members are expected to treat them with courtesy. The *Leader* encourages readers to call or to stop by the newsroom when they have story ideas. It's a way for them to let the editors know what they want to see in the paper, and those ideas often turn into the best stories and photos. Listen patiently to callers, write down the tips and thank them for calling or stopping by the newsroom.

**Letters Policy:** The *Leader* accepts letters to the editor with the understanding that the editor may edit or reject the letters. When readers bring letters to the newsroom, make sure that the letter has a signature and a phone number.

# Police News and Obituaries

**Crime Stories:** In crime stories, description of the incident must be attributed carefully. Police records are protected in cases of libel, but they might be wrong nonetheless. Let readers know where the information came from. When the *Leader* reports that someone has been accused of a crime, the newspaper incurs the obligation to follow the case to trial and to its conclusion.

**Suspect Identification: The *Leader* does not identify suspects in crime stories unless the suspects have been charged in the court system.** An arrest does not mean a suspect has been or will be charged. Identify a person charged with a crime with age and address. Also, the term "alleged" should be used with care. "Alleged murderer" is libelous. A suspect's race or ethnicity should not be mentioned in a story unless the information is part of a detailed description including age, height, weight, attire, and distinguishing characteristics.

**Victim's Names:** The names of juveniles, rape victims and people who have attempted suicide are not published except in circumstances approved by the editor. Consult with the editor when naming the victims of any traumatic event or violent crime.

USA000866

**Here are some guidelines that staff members should use to determine whether a victim's name should be used.**

**Living or dead.** Did the victim die, or is he or she still living? If the victim survived, it is probably not a good idea to use the name, especially if it was a private individual in a common type of traumatic event. If the victim died, it lends more weight to using the name(as in an obituary).

**Juvenile or adult.** Kansas law protects the identity of juveniles involved in criminal proceedings. The same kind of protection should be given to juveniles involved in traumatic events.

**Prominence/public figure.** Is the person well known? In what context: national, regionally or locally? Determining whether someone is a public or private person should be done in the same manner as it is determined for libel.

**Newsworthiness/manner.** Is the event newsworthy enough to justify it. Unusual circumstances often are cited, but be careful not to sensationalize a tragic event needlessly.

**Rape.** As stated before, rape victim's names should not be used. Do not name the suspect of a rape until the suspect has been charged in court.

**Suicide.** Generally, names should not be used in stories dealing with suicide attempts. If the suicide was newsworthy only because it was a suicide, consider using an obituary format. Then it is appropriate to use the victim's name.

# Dealing with Sources

Staff members must identify themselves when covering any event for the *The Indian Leader,* unless the editor has given approval for reporters or photographers not to disclose their identity. To help reporters and news sources understand what information is fair to report, under what conditions the information may be used and how that information may be obtained, complicated news gathering practices have evolved. Even among journalists, there is disagreement about defining these terms. Listed are some reporting procedures that *The Indian Leader* reporters are expected to follow.

**The Leader Policy:** Our policy is for reporters never to agree to conduct an interview in any way other than on the record, unless the editor has been consulted before the interview. There almost always is some other way to get information. Not for attribution, off the record and

USA000867

background (explained below) many times serve only to tie the hands of both the reporters and the newspaper. Remember, unless a specific agreement is made before the interview, the interview is on the record.

In some cases, exceptions to this policy may be justified. Again, speak to the editor for questions about this.

**On the record:** All the information and name of the news source may be used in a story. Interviews are on the record unless an agreement to the contrary is made in advance. In most cases, reporters will not say an interview is on the record. The assumption is that if someone is talking to a reporter, the information is for the record. Sometimes out of courtesy, however, reporters should explain to people who are not used to dealing with the press that all information could be used in a story.

**Anonymous Sources:** This is information given to a reporter that can be published, but the identity of the source cannot be used. For example, a district attorney might tell a reporter of plans to move for a mistrial in a murder case. But the district attorney tells the reporter he or she can use the information as long as the reporter identifies the source only as one close to the case. This way the district attorney will not offend witnesses who may first learn about the move by reading the paper.

**Background:** This is a difficult area. Generally, background information is intended to educate and guide the reporter in writing a story, and the gist of the information can be used if the source is identified. A writer should make clear for the reader that the writer is not the original source for the information. For example, an administrative assistant might brief reporters about the college's coming budget and the rationale behind parts of it so they will be better prepared for a news conference or a meeting later in the week.

## Reporting Standards

**Report News; Do Not Make It:** *Leader* staff members should not put themselves in situations that result in their making news or in their altering their presentation. *Leader* reporters should not ask questions during public question-and-answer forums or during public meetings, such as faculty meetings or student senate. Ask questions after the meeting or during intermission. Likewise, the newspaper generally should not intrude into news stories with such phrases as "told the *The Indian Leader"* or "*The Indian Leader* has learned."

USA000868

**Fairness:** Any viewpoint in a story must be balanced by an opposing viewpoint. This does not mean a reporter should dig up or create controversy. But people or groups that have been criticized in a story must have a chance to respond in the same issue. One call to obtain the other side of an issue is rarely enough. The reporter's obligation is to present a true reflection of the situation.

Do not tarnish the *The Indian Leader's* reputation by acquiring information through questionable means. If in an extreme case the editor approves an extraordinary way to get information, the story will explain how the information was obtained and why it was gathered that way.

**Cultural Sensitivity:** Be sensitive to the concerns of members of other minority groups. Realize that not all people celebrate the same holidays or have the same values. Try to stay abreast of the events that are going on in your sources' lives, no matter what race, religion or sex. As a forum for a diverse community, *The Indian Leader* cannot afford and will not tolerate prejudice from its staff. Racial slurs, sexual harassment and similar discriminatory misconduct will be grounds for dismissal.

**Direct Quotes:** Except for minor grammatical errors in the speech of ordinary persons, quotations are not to be altered. *The Indian Leader* does correct minor errors that might otherwise take on undue importance or cause the speaker to look foolish. Mispronunciations rarely should be used, even for color, as they tend to make a speaker appear inarticulate.

**Verification:** In general, do not quote from news releases, other paper's stories or news broadcasts without verifying the information or attributing it. *Leader* reporters are expected to verify information in news releases and then rewrite the releases. Information from another newspaper should be identified as being from that newspaper. Reporters should try to get quotations directly from the source instead of quoting from prepared statements. If quotations are taken from prepared statements, the story should say so. When covering a speech, reporters should try to get a copy of the text to quote the speaker accurately and talk to the speaker afterward for elaboration about specific points.

**Obscenities:** Obscenities and vulgarities should not be used simply to add color or humor. Use them sparingly and only when imperative to give a full portrayal to the reader. The number of listeners—one or two reporters as opposed to an auditorium full of people--often enters into news judgement in questions of obscenity. The editor or assistant editor decides whether to use questionable language.

USA000869

# Newsroom Management

**Personnel:** The editor handles all problems in the news department. Any staff member with a complaint or scheduling conflict should talk to the editor. Suggestions are welcome.

**Mail Boxes:** Staff members will have mailboxes for messages and assignments. Staff members should check their mailboxes several times a week. They also should not let papers accumulate in their boxes.

**Phones**: Personal long-distance calls will not be tolerated. Making such call is grounds for dismissal. All long-distance calls are to be logged on the out-going telephone log.

**Travel:** Travel must be approved by the editor. Most travel should be authorized first by the Indian Leader Association.

**Materials:** The Leader provides staff with a computer and other materials to layout the paper. The Leader does not provide notebooks.

**Office Access**: Navarre Hall is open from 8-5 p.m. Staff members are expected to organize their time to reflect these hours. If you need in the building beyond specific hours, the time needs to be arranged i advance. This is for *Leader* staff and yearbook activities only.Tecumseh Hall is open at various hours.  A key to Tecumseh and to the *Leader* office will be available to staff at the front desk of the library. Staff must sign keys in and out.  In the event a staff member forgets to return the key to the library the Editor or sponsor must be notified.  A lost key charge of $200 will be submitted to the business office under a staff member's account for lost keys.

**Maintenance:** The newsroom should be clean all the time. The public, faculty and administrators frequently visit, and the newsroom must project every aspect of professionalism. Reporters and editors are expected to clean up around computer terminal(s). Otherwise, loose notebooks and belongings will be thrown away.

 Smoking is prohibited in the building. This includes the newsroom, and other offices. Keep food and beverages away from the terminals. Staff members will be responsible for any damage they cause to them.

**Newsroom Conduct:** Staff members should act as professionals in the newsroom. Less-than-professional behavior will not be tolerated and is grounds for dismissal. Alcohol and substance abuse will not be tolerated and is grounds for dismissal.

USA000870

# Newsroom Procedures

**Deadlines**: They must be met. The *Leader* reporters are to complete their assignments on deadlines given by the editor. To meet our responsibilities, deadlines need to be staggered. Failure to meet a deadline on schedule is grounds for dismissal.

**Style:** The *Leader* uses *The Associated Press Stylebook*. In addition, a Leader style guide at the end of this pamphlet explains the newspaper's exceptions.

**Datelines and Bylines:** A dateline is not used on a byline unless the reporter was actually at the place named in the dateline and provided a substantial part of the information in the article from that area.

**Staff Meetings:** Staff meetings are held twice a month. Meetings should last no more than 30 minutes. The meetings are for the entire staff. Attendance is mandatory.

# Style Supplement

**AIDS** People do not die of AIDS; they die of complications of AIDS.

**Black** Use when African-American is inappropriate or inaccurate. Capitalize in all instances when referring to people of African ancestry.

**Board of Regents** Use Board of Regents on first reference, then Regents. No apostrophe in any usage.

**chairperson** Do not use chairman or chairwoman. When possible, construct the sentence with the verb "to head" instead of chairperson. For example, "John Doe, who heads the HIJC student board, .. ."

**cities in Kansas** Do not use Kansas or Kan. after Kansas towns, unless they are likely to be confused with big cities in other states, such as Minneapolis, Kan., and Kansas City, Kan.

**coed** do not use coed to refer to a female student. More descriptive uses of the word are acceptable: coed softball, coed residence halls.

**departments** Athletic Department is uppercase, but don't capitalize academic departments (department of history) unless a word normally would be capitalized (department of English, department of History). Governmental departments appear as you normally see them: Department of the Interior.

USA000871

**grade point average** on first reference, then GPA.

**Coffin Sports Complex** on first reference, the Complex.

**homecoming** It is Homecoming Day, but homecoming.

**Haskell Indian Nations University** When referring to Haskell Indian Nations University use Haskell

**Identification:** Faculty members are identified as thus, Rhonda LeValdo Instructor of Media Communications. Professors who hold distinguished or named professorships should be identified with their complete titles. Thus: John Doe, professor emeritus of history.

Haskell students are identified thus; John Doe, (Creek), Tulsa freshman. Put tribal affiliation in ( ).

But, individuals should always be identified in a manner most appropriate to the context of the story.

**The Indian Leader** *Leader* on second reference.

**names** On second reference, normally use a person's last name only. First names may be used on second reference in stories about children under the age of 10. In stories about several people with the same last name, use first and last names to avoid confusion.

**newspaper names** Italicize names of newspapers and other publications.

**quotes** Avoid using colons to introduce quotes.

**Representatives and Senators** refer to AP Stylebook.

**semesters** When followed by a year, the season is capitalized. For example, Fall 1989. However, fall semester is lowercase.

**senators** Identify student senators by the groups they represent or by their position in Senate, whichever is more important. John Doe, Blalock senator.

**sheriff's office** Douglas County Sheriff's Office on first reference, then sheriff's office. Refer to deputies as deputy sheriff.

**streets** Use AP Stylebook

**theater** Use this spelling except for proper names

**time** The order is time, day, place: 10 a.m. Friday in 141 Ross Hall.

**titles** In the title of a book a lecture or a play, don't capitalize an article (a, an, the), the "to" of an infinitive, a preposition with fewer than five letters, or "and" as, but, if, nor, or," unless the word is the first or the last word of the title. Capitalize the titles of all publications.

**United States** Except in quotes or editorial page copy, change America to United States and American used as an adjective to U.S. wherever the meaning is the nation, not the hemisphere. However, be reluctant to change American used as a noun to U.S. citizen; the meanings are not necessarily synonymous.

USA000873

APPENDIX B                                                                          1

**Appendix B**


**Settlement Agreement 1989**

USA000874

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

SEP 19  11 44 AM '89

RALPH        MOH.

BY _____ DEPUTY
AT TOPEKA, KS.

THE INDIAN LEADER ASSOCIATION, ET AL.,

                    Plaintiffs,

vs.                                    Case No. 89-4063-R

UNITED STATES DEPARTMENT OF THE INTERIOR,
ET AL.,

                    Defendants.

## ORDER APPROVING SETTLEMENT AGREEMENT

NOW ON this 18th day of September 1989, the parties appear before the Court to announce a settlement of the claims of the Plaintiffs herein. The Plaintiffs appear through their attorney, Patrick R. Nichols; the Defendants appear through their attorney, David Cooper.

WHEREUPON, the parties announce to the Court that they have settled and resolved their differences, and entered into a settlement agreement in writing, which is appended hereto.

WHEREUPON, the Plaintiffs move orally to dismiss without prejudice all parties hereto, with the exception of Haskell Indian Junior College. The Court sustains said motion.

THEREUPON, the Court reviews the settlement agreement between the parties, guaranteeing the rights of free expression to the Indian Leader Association and the student journalist Plaintiffs, and find said agreement is valid, just and equitable. The Court approves the agreement.

Pursuant to paragraph 14 of the settlement agreement, the Plaintiffs move to dismiss the remaining party, Haskell Indian Junior College of the Bureau of Indian Affairs, subject to the provisions and terms of the settlement agreement. The Court sustains the motion and orders that the action be dismissed upon the terms of said motion.

The Court orders that hereafter the settlement agreement shall immediately bind the parties to all of its provisions and govern their conduct accordingly.

                              /s/ RICHARD D. ROGERS
                              _____
                              Honorable Richard D. Rogers
                              United State District Judge

USA000875

APPROVED:

_Patrick Nichols_

Patrick R. Nichols
Attorney at Law
700 Jackson, Suite 703
Topeka, Kansas  66603
(913) 357-4050
Ks. S. Ct. No. 09396
Attorney for Plaintiffs

_David M. Cooper_

David Cooper
Assistant United States Attorney
U.S. Department of Justice
444 S.E. Quincy
Topeka, Kansas  66603

-2-

USA000876

## SETTLEMENT AGREEMENT

This Settlement Agreement is made between the Indian Leader Association, Marcel Stevens, Laurey Chapman, Ardina Glenn, Cynthia Grant, Tina Melton, Harvey Ross, Cordell Whitetree and Catherine Williams and Haskell Indian Junior College of the Bureau of Indian Affairs of the United States Department of Interior to settle and compromise issues before the United States District Court for the District of Kansas in Indian Leader Association v. United States Department of the Interior, Case No. 89-4063-R (filed March 30, 1989).

1.   Parties to Settlement Agreement.   The parties to this Settlement Agreement are the plaintiff, Indian Leader Association, an unincorporated student association which publishes The Indian Leader (the "Association"), and plaintiffs Marcel Stevens, Laurey Chapman, Ardina Glenn, Cynthia Grant, Tina Melton, Harvey Ross, Cordell Whitetree and Catherine Williams, individually and in their capacities as editors, reporters and representatives of the Association ("Plaintiffs"), and defendant Haskell Indian Junior College of the Bureau of Indian Affairs of the United States Department of the Interior ("Haskell"), which enters into this Settlement Agreement through the agency of Jim Baker, Acting President of Haskell.

Nothing in this Settlement Agreement shall have any bearing on the academic standing of the named plaintiffs or any member of the Indian Leader Association. Nor shall this Settlement Agreement bear on the eligibility of a student to serve as an officer of the Indian Leader Association under the college's rules governing extracurricular activities.

2.   Student Editorial Control.   The parties agree that the members of the Association and the Editorial Board of The Indian Leader have the right to editorial control of the contents of The Indian Leader newspaper as described in the attached Plan of Operation of the Indian Leader Association ("Plan of Operation").

3.   No Prior Restraint or Censorship.   Haskell agrees that no officer, agent, instructor or employee of Haskell shall:

(a) censor, edit or modify the contents of The Indian Leader newspaper in violation of the First Amendment of the United States Constitution;

(b) restrain, obstruct or prohibit the publication of The Indian Leader newspaper or otherwise inhibit the free expression of members of the Association in violation of the First Amendment of the United States Constitution; however, nothing in this Settlement Agreement shall prevent Haskell, the BIA, the Department of the Interior, or Congress from withdrawing any federal funding for The Indian Leader, or from disposing of the printing press on

1

USA000877

the Haskell campus pursuant to the provisions of the Federal Property and Administrative Services Act or other applicable law;

(c) suspend the publication of The Indian Leader newspaper on the ground that a vacancy has arisen in the position of faculty adviser to the Indian Leader newspaper or the Association.

(d) refuse any written request for the disbursement of funds, reasonably related to the management or publication of The Indian Leader, from the Indian Leader Association Activity Fund, the Club Fund or any other Indian Leader Association account containing student monies in the Haskell Student Bank which is supported by a written resolution of the Editorial Board of The Indian Leader or the full membership of the Association finding "First Amendment Grounds for Funds Withdrawal by Students" as described in the attached Plan of Operation;

(e) refuse to approve a Plan of Operation for the Association substantially similar to the attached Plan of Operation, which is incorporated herein by reference and made an integral part hereof, and which shall be the Plan of Operation in effect for the 1989-1990 school year, or suspend the publication of The Indian Leader on the grounds that the Plan of Operation has not been approved; provided, that nothing in this Settlement Agreement shall prevent Haskell from establishing a journalism or communications department and incorporating The Indian Leader into the curriculum of such an academic program; that if such an academic program is established, Haskell and the members of The Indian Leader Association may revise the Plan of Operation of The Indian Leader Association to reflect incorporation of The Indian Leader under the curriculum of that program; provided further, that nothing in this Settlement Agreement is intended to prevent the members of The Indian Leader Association from adopting a Plan of Operation, or other organic operating charts or substantially dissimilar to the attached Plan of Operation; or

(f) have the right to excise any material from The Indian Leader on the grounds that it is either libelous or obscene.

4. Role of Faculty Adviser. The parties agree that the faculty adviser shall discharge his or her responsibilities consistent with the following guidelines:

(a) The faculty adviser to the Association may freely advise and instruct student editors and reporters in the subject of journalism and relevant professional standards, commend and critique the work product of student journalists, offer fiscal and technological guidance to the newspaper staff in business and production operations and provide whatever assistance to the newspaper and the student journalists the faculty adviser deems appropriate.

2

USA000878

(b) A faculty adviser may make nonbinding recommendations to the student editors which they may, in their sole discretion, take into consideration in the free exercise of their independent editorial judgment.

(c) Although a faculty adviser of the Association may freely offer advice and assistance to student members of the Association, neither the faculty adviser nor any other Haskell officer or employee has the right to censor, edit or modify in any way the content of The Indian Leader.

(d) The faculty adviser is under an affirmative duty to facilitate the disbursement of such funds allocated to the Association as directed by the Editorial Board and the Association by majority vote, supported by written resolution, which are reasonably related to the management and publication of The Indian Leader.

(e) The faculty adviser shall, to the best of his or her ability, adhere to the ethical standards set forth in the attached Code of Ethics of College Media Advisers.

5.   Responsibility of Student Journalists.   Sole legal responsibility for the contents of The Indian Leader shall rest with the individual members of the Indian Leader Association as recognized in 25 C.F.R. § 42.3 (1988).  No legal responsibility for the contents of The Indian Leader shall be imputed to Haskell or the faculty adviser, the Bureau of Indian Affairs or the United States Department of the Interior.  Plaintiffs understand that they may be held personally accountable for the contents of The Indian Leader in a court of law, if those contents are libelous or obscene, or infringe copyrights or trademarks, or otherwise give rise to civil liability.

6.  Newspaper Account in the Student Bank.  Those monies which may be received or collected by Haskell on behalf of the Association, such as the Association's allocation of student activity fees, if any, shall be maintained in the Haskell Student Bank in strict compliance with the applicable rules contained in the Bureau of Indian Affairs Manual ("BIAM"), this section of the Settlement Agreement and the Plan of Operations.  Such monies shall be:

(a) the subject of a separate accounting in the Haskell Student Bank and assigned a separate account number;

(b) the subject of a monthly account statement prepared by the Haskell Student Bank which shall be presented to the President of the Indian Leader Association; and

(c) disbursed in accordance with this Settlement Agreement and the attached Plan of Operations.

3

USA000879

7.  Off-Campus Bank Account.  Those monies which are received, collected or raised off campus by the Association, without any intermediation by Haskell, may be deposited, at the election of the ~~Association, in either~~ the Student Bank account or in an off-campus account maintained at a local bank in Lawrence, Kansas.  No disbursement from an off-campus bank account shall be made, however, without the signature of at least two officers of the Association on the draft drawn on such local bank.  A copy of the monthly accounts of such off-campus bank account shall be published regularly in The Indian Leader.  Nothing in this Settlement Agreement shall be read to prohibit Haskell from devising and implementing procedures for managing and accounting for on-campus revenue-raising activities of students.

8.  Elections.  As soon as possible following the execution of this Settlement Agreement, the President of the Association shall call a meeting of the membership of the Association for the purpose of electing the editors of The Indian Leader and the officers of the Association for the 1989-1990 academic year.  This meeting shall be called within the first 30 days of the beginning of the fall 1989 semester at Haskell.

9.  Control of Contributions for Subscriptions.  Voluntary contributions made by individuals for subscriptions to The Indian Leader shall no longer be paid to the Haskell Indian Junior College Foundation and shall instead be paid directly to the Association Club Account in the Student Bank.

10.  Waiver of Claims.  This Settlement Agreement represents the final understanding between the parties concerning the resolution of the issues before the United States District Court for the District of Kansas in Indian Leader Association v. United States Department of Interior, Case No. 89-4063-R (filed March 30, 1989).  All parties to this Settlement Agreement hereby release the others from any claims or causes of action, and the parties and their counsel agree not to initiate or cause to be initiated, any further proceedings between any of the parties or their counsel, or make any further requests regarding the facts of this case.

11.  Covenant of Good Faith and Fair Dealing.  The parties agree to interpret and implement this Settlement Agreement in good faith and with due regard for both the First Amendment rights of student journalists and the legitimate educational and administrative interests of Haskell.  It is the central purpose of this Settlement Agreement to secure the regular publication of The Indian Leader free from any prior restraint or censorship.  This Settlement Agreement is contingent upon the reciprocal performance of the specified obligations by all of the parties.  In the event that any party acts in bad faith or breaches this Settlement Agreement, the aggrieved party shall be free to pursue appropriate legal remedies in a court of law.  Nothing in this Settlement

4

PAGE.05

SEP 19 '89  8:55   U S A TOPEKA

USA000880

Agreement shall be construed to restrict or limit the right of any of the parties to commence litigation if any party fails to comply with all of the terms and conditions of this Settlement Agreement.

12.   Use of Printing Press.   The parties agree that the use of the federally authorized printing press at Haskell is subject to the Government Printing and Binding Regulations published by the Joint Committee on Printing of the U.S. Congress.   See 44 U.S.C. §§ 103, 501, 502.

13.   Recognition of Mutual Rights.   Any and all rights and responsibilities under this Agreement are set forth in recognition of the mutual rights of the defendant Haskell, and the rights of the students to free speech, press and expression.   The Agreement recognizes various rights of Haskell hereunder to alter the Plan of Operation in conjunction with the student journalists (3)(e), to reduce or eliminate funding (3)(b), and to dispose of or sell the printing presses under various provisions of this Agreement (12).   These rights may not be exercised by Haskell in response to, or as a result of, articles, photographs or any other content of The Indian Leader.   Further, such actions may not legitimately be performed under this Agreement as a form of prior restraint, or otherwise as intended to limit or restrict the free expression of ideas or rights to the students as recognized in this Agreement. Any exercise by Haskell of the rights noted in this paragraph shall be done following notice to The Indian Leader Association, stating the action to be taken and the reasons therefor.   Such notice shall be delivered to the editor-in-chief and posted on the Student Activities bulletin board at least thirty (30) days prior to any such contemplated action.

14.   Signature and Court Approval.   This Agreement shall be signed by all the parties named in Section 1 of this Settlement Agreement   or   their   duly   authorized   representatives.      This Settlement Agreement shall be submitted to the Honorable Richard D. Rogers, Judge for the United States District Court for the District of Kansas, for final approval and shall not become effective until such final approval is obtained.   After such final approval has been obtained, the Plaintiffs shall agree to the dismissal without prejudice of the action against all named defendants except Haskell.   The Settlement Agreement shall then immediately bind the remaining parties to all of its provisions, and a judgment of dismissal of the action, subject to the terms of the Settlement Agreement, shall then be jointly submitted to the court by the remaining parties.

IN WITNESS WHEREOF, the parties have caused this Settlement Agreement to be executed by their duly authorized representatives on this _____ day of _____, 1989.

5

PAGE.06          SEP 19 '89 8:56   U S A TOPEKA

USA000881

THE INDIAN LEADER ASSOCIATION

HASKELL INDIAN JUNIOR COLLEGE

MARCEL STEVENS
Managing Editor and President
The Indian Leader Association

JIM BAKER
Acting President
Haskell Indian Junior College

CYNTHIA GRANT
Student Journalist

DAVID M. COOPER
Assistant U.S. Attorney
Counsel for the Defendant

HARVEY ROSS
Student Journalist

CORDELL WHITETREE
Student Journalist

DARIO F. ROBERTSON
Counsel for Plaintiffs

PATRICK R. NICHOLS
Counsel for Plaintiffs

6

USA000882

THE INDIAN LEADER ASSOCIATION
Haskell Indian Junior College
Lawrence, Kansas 66046

PLAN OF OPERATION

I.   NAME

The name of this organization is The Indian Leader Association and shall hereafter be referred to as the Association.

II.  PURPOSE

The purpose of the Association is to produce The Indian Leader newspaper, an independent student publication, and the Haskell Yearbook.  The Indian Leader newspaper will be produced and published approximately six times each semester and the Haskell Yearbook will be produced and published the spring semester of each school year.  The Association will also maintain a separate account to accept funds and donations on behalf of the newspaper and for disbursing cash payments as incentives to students who contribute articles, photographs and illustrations to The Indian Leader.

The Indian Leader is a nationally distributed Native American newspaper edited and published by students at Haskell Indian Junior College for the purpose of promoting the free and informed debate and discussion of (1) topics of special interest to Haskell students and alumni, (2) issues of special importance to Native Americans generally and (3) all newsworthy topics and public issues of general interest to American citizens.

The Indian Leader is published by the students at Haskell Indian Junior College and the members of the Association in the exercise of their individual rights to free speech and freedom of the press guaranteed by the First Amendment of the United States Constitution.  These fundamental First Amendment rights have been expressly recognized as rights which individual students enjoy who attend Bureau of Indian Affairs schools in Part 42 of Title 25 of the Code of Federal Regulations.  Student Rights and Due Process Procedures, 25 C.F.R. § 42.3(e)-(f) (1988).  These basic rights have also been reaffirmed in Part III of the Code of Student Rights and Responsibilities of Haskell Indian Junior College (1988).

/The Indian Leader Association is committed to improving the ability of Native Americans to determine their own destiny by providing an open public forum in which all concerned citizens, regardless of race, creed, color, sex, religion or national origin, might freely discuss the important public issues of the day.  The members of the Association believe that by providing such a public forum, readers and contributors alike will improve their understanding of the true meaning of leadership, citizenship and democracy in contemporary American society through an open, honest

1

PAGE.08   U S A TOPEKA   8:58   SEP 19 '89

USA000883

and fair-minded exchange of views.

III. <u>MEMBERSHIP AND OFFICERS OF THE ASSOCIATION</u>

   A. <u>General</u>

   To qualify as a member of the Association, an individual must:

   (a) be an enrolled student at Haskell Indian Junior College;

   (b) submit a news story, essay, proposed editorial, poem, short story, photograph or any other journalistic or literary work, not including advertisements, letters to the editor and notices, for publication in <u>The Indian Leader</u>, or participate in the production or circulation of <u>The Indian Leader</u> or the <u>Haskell Yearbook</u>.

   (c) receive written notice that the submission has been accepted for publication in <u>The Indian Leader</u>; and

   (d) inform the Association, orally or in writing, of an intention to become a member of the Association.

   The Editor-in-Chief shall be responsible for keeping a current list of Association members and publishing said list at least once per semester in <u>The Indian Leader</u>.

   In the event that any member fails to attend three consecutive meetings of the Association, without excuse, that person may be removed from the membership rolls of the Association by majority vote.

   B. <u>Officers</u>

   The officers of the Association shall include a President, Vice President, Treasurer and Secretary. The person elected President of the Association shall also serve as Editor-in-Chief of <u>The Indian Leader</u> and the person elected Vice-President shall also serve as Executive Editor of <u>The Indian Leader</u>.

   Officers must maintain "academic good standing," as defined on page 35 of the <u>Haskell Bulletin</u>, 1988-1990, in order to receive a salary as specified in Appendix I containing the 1989-1990 Budget for <u>The Indian Leader</u>. Decisions made at duly convened meetings of the Association are binding on members.

   ' All officers of the Association shall have taken or shall be currently enrolled in at least one course in English or Journalism at Haskell Indian Junior College at the time his or her term of office shall commence in order to be eligible to hold such office.

2

USA000884

The President shall be the Editor-in-Chief and shall be responsible for the general operation of the paper and the Association.  The President shall pick up and distribute mail daily.

The Editor-in-Chief shall conduct regular and special meetings of student reporters, assign stories, edit manuscripts, oversee reporters and lay out The Indian Leader.

The Executive Editor shall assist the Editor-in-Chief in carrying out his or her assigned duties and shall succeed to the position of Editor-in-Chief in the event of a vacancy in that office prior to next regularly scheduled election.

The circulation manager shall (1) recommend to the printers the approximate number of issues of the newspaper to be published, (2) coordinate the distribution of issues on the day of publication, (3) maintain a current mailing list, (4) make additions, deletions, corrections and other appropriate changes in mailing list, (5) make labels or have labels made, (6) coordinate the process of labeling The Indian Leader for mailing, (7) keep a file of correspondence, and (8) make a weekly report, oral or written, to the Association.

Other positions in the Association shall be established upon the majority vote of the members of the Association.  The Association shall make the guidelines and prescribe the duties of all new positions.  Officers may be removed from office upon the vote of two-thirds of the members of the Association.

IV.  PARLIAMENTARY AUTHORITY

The rules contained in the current edition of Robert's Rules of Order Newly Revised shall govern the Association in all cases to which they are applicable and in which they are not inconsistent with this Plan of Operation and any special rules of order the Association may adopt.

V.  MEETINGS

Meetings of the Association shall be held weekly and will be open to all Haskell students and to the public.

At the beginning of each semester, the Association shall decide upon a day, time and place for such regular weekly meetings. Once the day, time and place has been decided by the Association and notice of such has been posted on the bulletin board at the Student Senate Building, no further notice shall be required for the Association to conduct business at such regular weekly meetings.

Any meeting of the Association not held on the day, time and

3

USA000885

place of the regular weekly meeting may be properly convened only upon three days' prior written notice.  Such notice shall be made to the Association by posting an announcement of the meeting on The Indian Leader Bulletin Board.  This notice requirement shall apply to any meeting of the Association, other than regular meetings, ~~referenced in this Plan of Operation, including but not limited to~~ meetings mentioned in Sections III(B), VI and VIII(B) of this Plan of Operation.

A majority of the members of the Association shall constitute a quorum.

## VI.   EDITORIAL BOARD AND EDITORIAL CONTROL

The Editorial Board shall consist of the Association President and Editor-in-Chief, the Vice President and Executive Editor, Copy Editor, the Circulation Manager, and the Darkroom Manager.  Other positions and members of the Editorial Board may be added by majority vote of either the Editorial Board or the members of the Association.  A majority of the members of the Editorial Board shall constitute a quorum.

The Editorial Board shall have primary responsibility for and control of the editorial content of <u>The Indian Leader</u>.  Day-to-day editorial decisions shall be made by the Editor-in-Chief, but any question of editorial policy may be put to the vote of the Board of Editors at any regular or special meeting of the Board of Editors.

In the event that the faculty adviser, any member of the Editorial Board or any member of the Association requests, prior to publication, a special review of any portion of an issue of <u>The Indian Leader</u> to determine whether it is libelous or obscene, the entire Editorial Board shall:

(a)  carefully read and evaluate the identified material to determine whether it is libelous or obscene;

(b)  seek the advice of the faculty adviser and, if possible, experts in the field of student press rights and the law of libel and obscenity, such as legal counsel and journalists designated by the Student Press Law Center in Washington, D.C., the Journalism Education Association or College Media Advisers; and

(c)  consult, when appropriate, authoritative treatises for more detailed guidance in determining whether the identified material is libelous or obscene, such as:

(1)  Louis E. Ingelhart, <u>Freedom for the College Student Press</u> (Westport, Conn.:  Greenwood Press, 1985):  125-151 (on libel), 159-168 (on obscenity); and

(2)  Student Press Law Center, <u>Law of the Student Press</u>

4

USA000886

(Washington, D.C.:   Student Press Law Center, 1985):   31-38 (on libel), 38-41 (on obscenity);

      (d) make a final, independent determination of whether to publish the identified material; and

      (e) report its determination to the faculty adviser within 24 hours following such decision.

Any student who has submitted an article for publication may withdraw that article prior to publication upon reasonable written notice to the Editor-in-Chief, provided that such withdrawal can be accomplished without a substantial delay in publication.

## VII. FACULTY ADVISER

One or more faculty advisers may be appointed by Haskell Indian Junior College to assist students in the publication of The Indian Leader.

The faculty adviser to the Association may freely advise and instruct student editors and reporters in the subject of journalism and relevant professional standards, commend and critique the work product of student journalists, offer fiscal and technological guidance to the newspaper staff in business and productions operations and provide whatever assistance to the newspaper and the student journalists the faculty adviser deems appropriate.

A faculty adviser may make nonbinding recommendations to the student editors which they may, in their sole discretion, take into consideration in the free exercise of their independent editorial judgment.

Although a faculty adviser of the Association may freely offer advice and assistance to student members of the Association, neither the faculty adviser nor any other Haskell officer or employee has the right to censor, edit or modify in any way the content of The Indian Leader.

The faculty adviser is under an affirmative duty to facilitate the disbursement of such funds belonging to the Association as directed by the Editorial Board and the Association by majority vote, supported by written resolution, which are reasonably related to the management and publication of The Indian Leader.

The faculty adviser shall, to the best of his or her ability, adhere to the ethical standards set forth in the attached Code of Ethics of College Media Advisers.

The right of the Association to publish The Indian Leader shall not be conditioned upon the prior appointment of a faculty adviser by Haskell Indian Junior College.   Consequently,

PAGE.12                              SEP 19 '89 8:01   U S A TOPEKA

USA000887

publication result of the inability or unwillingness of Haskell Indian Junior College to appoint a faculty adviser to work with the Association in the event of a vacancy in that position.

The faculty adviser has no power to refuse to facilitate the disbursement of funds reasonably related to the management and publication of The Indian Leader as determined by the Editorial Board or the Association by majority vote.

## VIII. SALARIED POSITIONS OF THE INDIAN LEADER

### A. Officers With Salaries

Salaried positions in the Association shall be those of President, Vice President, Copy Editor, Circulation Manager, Darkroom Manager. The Typesetter shall also receive a salary.

### B. Assistant Officers

Assistant officers shall be elected by majority vote of the members of the Association at the beginning of the last semester prior to the graduation of each salaried officer of the Association. Such assistant officers shall serve as apprentices to the graduating officers for the purpose of receiving the necessary training and experience to assume the responsibilities of the graduating officer after commencement. The assistant officers shall assume the office and responsibilities of the graduating officers on the date of the next commencement at Haskell Indian Junior College following their appointment as assistant officers. Any office not so filled by an assistant officer shall be filled by majority vote of the members of the Association in a regular or special election.

## IX. COMPENSATION AND AWARDS

Compensation and awards shall be as specified in this Section VIII.

Salaried positions shall be compensated according to the rates and amounts specified in Appendix I containing the 1989-90 Budget for The Indian Leader. Students holding salaried positions shall not be paid any other compensation specified in this section.

Student reporters shall be paid $1.25 per column inch for articles published. Student photographers shall be paid $5.00 for each photograph published. Student artists shall be paid an amount to be determined by majority vote of the Association for each published illustration or cartoon.

The amount and disbursement of monies for any type of contest sponsored by The Indian Leader must be approved by majority vote

6

SEP 19 '88 9:02    U S A TOPEKA    PAGE.18

USA000888

of the Association.

X.   ACCOUNTS

A.   Activity Fund

Any funds allocated to The Indian Leader Association from the student activity fee, paid by each student of Haskell Indian Junior College each semester, shall be deposited in The Indian Leader Association Activity Fund in the Student Bank.   Other monies received or collected by Haskell on behalf of the Association shall also be deposited in that Activity Fund.

Any officer, editor or any other member of the Association or any currently enrolled student or alumnus of Haskell Indian Junior College may, upon written request, examine the records of account of The Indian Leader Association Activity Fund in the Student Bank and may obtain a copy of any such records of account at his or her own expense.

A summary of the records of account shall be published annually in The Indian Leader.

In the absence of a finding by the Association of "First Amendment Grounds for Funds Withdrawal by Students" as described in the following paragraph, withdrawal from the Indian Leader Association Activity Fund shall be made by a faculty adviser, supported by signatures from a student member of the Editorial Board and the Association President.

In the event that the Association or the Editorial Board passes by 2/3 (two-thirds) vote a resolution finding "First Amendment Grounds for Funds Withdrawal by Students," withdrawal from the Indian Leader Association Activity Fund shall be made by President of Haskell Indian Junior College, if the request is reasonably related to the management or publication of The Indian Leader, supported by the signatures of the Association President and another member of the Editorial Board.   "First Amendment Grounds for Funds Withdrawal by Students" exist whenever Haskell Indian Junior College has failed to appoint at least one faculty adviser to the Association or whenever the Association, by 2/3 (two-thirds) vote, reasonably determines that a faculty adviser (1) is in any way obstructing the publication of The Indian Leader, (2) refuses to comply with requests from the Association or the editorial board for disbursements reasonably related to the management or publication of The Indian Leader, or (3) attempts in any way to censor, edit or modify the content of The Indian Leader.

Each withdrawal from The Indian Leader Association Activity Fund must be approved by a majority vote of the Editorial Board or the Association and supported by written resolution.   Each such resolution must explain the purpose of every withdrawal of funds.

7

USA000889

Receipts shall be collected within five (5) days following the disbursement of all funds. A full written accounting of any monies withdrawn pursuant to a resolution finding "First Amendment Grounds for Funds Withdrawal by Students" shall be given to a faculty adviser or, if there is no faculty adviser, to the President of Haskell Indian Junior College within five (5) days following the withdrawal transaction.

Nothing herein binds the federal government (or Haskell) to spend federal appropriated funds to publish <u>The Indian Leader</u>.

B.   Club Fund

Money raised by members may, at the election of the Association, be deposited into a Club Fund at the Student Bank or in an off-campus account at a local bank in Lawrence, Kansas. Such money may be withdrawn for (1) student entertainment, (2) contracting outside services and (3) such other uses benefiting the Association as the Editorial Board may, in its sole discretion, determine to be necessary or appropriate.

In the absence of a determination by the Association of "First Amendment Grounds for Funds Withdrawal by Students" as described in the following paragraph, withdrawal from a Club Fund maintained at the Student Bank shall be made by faculty adviser, supported by signatures from any two student officers of the Association.

In the event that the Association or the Editorial Board passes by majority vote a resolution finding "First Amendment Grounds for Funds Withdrawal by Students," withdrawal from the Club Fund shall be made by the President of Haskell Indian Junior College, supported by the signatures of the Association President and another officer of the Association. "First Amendment Grounds for Funds Withdrawal by Students" exist whenever Haskell Indian Junior College has failed to appoint at least one faculty adviser to the Association or whenever the Association, by majority vote, reasonably determines that a faculty adviser (1) is in any way obstructing the publication of <u>The Indian Leader</u>, (2) refuses to comply with requests from the Association or the editorial board for disbursements reasonably related to the management or publication of <u>The Indian Leader</u>, or (3) attempts in any way to censor, edit or modify the content of <u>The Indian Leader</u>.

Each withdrawal from the Club Fund must be approved by a majority vote of the Editorial Board or the Association and supported by written resolution. Each such resolution must explain the purpose of every withdrawal of funds. Receipts shall be collected following the disbursement of all funds. A full written accounting of any monies withdrawn pursuant to a resolution finding "First Amendment Grounds for Funds Withdrawal by Students" shall be given to a faculty adviser or, if there is no faculty adviser, to the President of Haskell Indian Junior College within five (5)

SEP 19 '89  9:04   U S A TOPEKA        PAGE.15

USA000890

days following the withdrawal transaction.

### C. Contributions for Mailed Subscriptions

The Indian Leader shall be distributed free of charge to anyone interested in receiving a copy. Any person wishing to receive a mailed subscription to The Indian Leader will be asked to make a $5.00 contribution directly to The Indian Leader Association Activity Fund by check or money order. The next edition of the Haskell Bulletin shall be amended to provide for the payment of such $5.00 contributions directly into The Indian Leader Association Activity Fund, rather than the Haskell Foundation, a tax exempt organization which has not direct relationship with and provides no funding to The Indian Leader Association.

### D. Off-Campus Bank Account

Those monies which are received, collected or raised off campus by the Association, without any intermediation by Haskell, may be deposited, at the election of the Association, in either the Student Bank account or in an off-campus account maintained at a local bank in Lawrence, Kansas. No disbursement from an off-campus bank account shall be made, however, without the signature of at least two officers of the Association on the draft drawn on such local bank. A copy of the monthly accounts of such off-campus bank account shall be published regularly in The Indian Leader.

USA000891

APPENDIX I

## 1989-90 BUDGET FOR THE INDIAN LEADER

| Position | Salary | Times 12 Issues |
|---|---|---|
| Editor-in-Chief | $33.50 | 402.00 |
| Executive Editor | 33.50 | 402.00 |
| Copy Editor | 33.50 | 402.00 |
| Circulation Manager | 33.50 | 402.00 |
| Darkroom Manager | 33.50 | 402.00 |
| Typesetter | 33.50 | 402.00 |
| Assistant Circulation | 33.50 | 402.00 |
| Assistant Darkroom | 33.50 | 402.00 |
| Assistant Typesetter | 33.50 | 402.00 |
| Freelance Compensation | 500.00 (per sem.) | $1,000.00 (x2 sem.) |
| Miscellaneous | 300.00 (per sem.) | 600.00 (x2 sem.) |
| Travel Expense | 750.00 (per sem.) | 1,500.00 (x2 sem.) |

TOTAL  $3,158.00 (per sem.)    $6,718.00 (x2 sem.)

10

USA000892

## PLAN OF OPERATION APPROVAL

| College Officials | Date Approved |
|---|---|
| _Jimmy W Sohn_ | _9/14/89_ |
| PRESIDENT | DATE |
| | |
| DIRECTOR OF STUDENT ACTIVITIES | DATE |
| _Kindall D. McHenry_ | _9 - 15 - 89_ |
| STUDENT SENATE PRESIDENT | DATE |
| _Lannes Lambert_ | _9/15/89_ |
| SPONSOR | DATE |

| Organization Officers | Date Approved |
|---|---|
| _Marcel Stevens_ | _9 - 14 - 89_ |
| PRESIDENT | DATE |
| | |
| (POSITION VACANT) | |
| VICE PRESIDENT | DATE |
| _Harvey E Ross J._ | _15 Sept 89_ |
| SECRETARY | DATE |
| _Harvey E Ross J._ | _15 Sept 89_ |
| TREASURER | DATE |

11

USA000893

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS
SEP 19  11 44 AM '89

RALPH        MON.

THE INDIAN LEADER ASSOCIATION, ET AL.,

Plaintiffs,

BY _____ DEPUTY
AT TOPEKA, KS.

vs.

Case No. 89-4063-R

UNITED STATES DEPARTMENT OF THE INTERIOR,
ET AL.,

Defendants.

## ORDER APPROVING SETTLEMENT AGREEMENT

NOW ON this 18th day of September 1989, the parties appear before the Court to announce a settlement of the claims of the Plaintiffs herein. The Plaintiffs appear through their attorney, Patrick R. Nichols; the Defendants appear through their attorney, David Cooper.

WHEREUPON, the parties announce to the Court that they have settled and resolved their differences, and entered into a settlement agreement in writing, which is appended hereto.

WHEREUPON, the Plaintiffs move orally to dismiss without prejudice all parties hereto, with the exception of Haskell Indian Junior College. The Court sustains said motion.

THEREUPON, the Court reviews the settlement agreement between the parties, guaranteeing the rights of free expression to the Indian Leader Association and the student journalist Plaintiffs, and find said agreement is valid, just and equitable. The Court approves the agreement.

Pursuant to paragraph 14 of the settlement agreement, the Plaintiffs move to dismiss the remaining party, Haskell Indian Junior College of the Bureau of Indian Affairs, subject to the provisions and terms of the settlement agreement. The Court sustains the motion and orders that the action be dismissed upon the terms of said motion.

The Court orders that hereafter the settlement agreement shall immediately bind the parties to all of its provisions and govern their conduct accordingly.

/s/ RICHARD D. ROGERS
Honorable Richard D. Rogers
United State District Judge

USA000894

APPROVED:

_Patrick Nichols_

Patrick R. Nichols
Attorney at Law
700 Jackson, Suite 703
Topeka, Kansas  66603
(913) 357-4050
Ks. S. Ct. No. 09396
Attorney for Plaintiffs


_David M. Cooper_

David Cooper
Assistant United States Attorney
U.S. Department of Justice
444 S.E. Quincy
Topeka, Kansas  66603

-2-

USA000895

## SETTLEMENT AGREEMENT

This Settlement Agreement is made between the Indian Leader Association, Marcel Stevens, Laurey Chapman, Ardina Glenn, Cynthia Grant, Tina Melton, Harvey Ross, Cordell Whitetree and Catherine Williams and Haskell Indian Junior College of the Bureau of Indian Affairs of the United States Department of Interior to settle and compromise issues before the United States District Court for the District of Kansas in Indian Leader Association v. United States Department of the Interior, Case No. 89-4063-R (filed March 30, 1989).

1.   Parties to Settlement Agreement.   The parties to this Settlement Agreement are the plaintiff, Indian Leader Association, an unincorporated student association which publishes The Indian Leader (the "Association"), and plaintiffs Marcel Stevens, Laurey Chapman, Ardina Glenn, Cynthia Grant, Tina Melton, Harvey Ross, Cordell Whitetree and Catherine Williams, individually and in their capacities as editors, reporters and representatives of the Association ("Plaintiffs"), and defendant Haskell Indian Junior College of the Bureau of Indian Affairs of the United States Department of the Interior ("Haskell"), which enters into this Settlement Agreement through the agency of Jim Baker, Acting President of Haskell.

Nothing in this Settlement Agreement shall have any bearing on the academic standing of the named plaintiffs or any member of the Indian Leader Association. Nor shall this Settlement Agreement bear on the eligibility of a student to serve as an officer of the Indian Leader Association under the college's rules governing extracurricular activities.

2.   Student Editorial Control.   The parties agree that the members of the Association and the Editorial Board of The Indian Leader have the right to editorial control of the contents of The Indian Leader newspaper as described in the attached Plan of Operation of the Indian Leader Association ("Plan of Operation").

3.   No Prior Restraint or Censorship.   Haskell agrees that no officer, agent, instructor or employee of Haskell shall:

(a)  censor, edit or modify the contents of The Indian Leader newspaper in violation of the First Amendment of the United States Constitution;

(b)  restrain, obstruct or prohibit the publication of The Indian Leader newspaper or otherwise inhibit the free expression of members of the Association in violation of the First Amendment of the United States Constitution; however, nothing in this Settlement Agreement shall prevent Haskell, the BIA, the Department of the Interior, or Congress from withdrawing any federal funding for The Indian Leader, or from disposing of the printing press on

1

USA000896

the Haskell campus pursuant to the provisions of the Federal Property and Administrative Services Act or other applicable law;

(c) suspend the publication of The Indian Leader newspaper on the ground that a vacancy has arisen in the position of faculty adviser to the Indian Leader newspaper or the Association.

(d) refuse any written request for the disbursement of funds, reasonably related to the management or publication of The Indian Leader, from the Indian Leader Association Activity Fund, the Club Fund or any other Indian Leader Association account containing student monies in the Haskell Student Bank which is supported by a written resolution of the Editorial Board of The Indian Leader or the full membership of the Association finding "First Amendment Grounds for Funds Withdrawal by Students" as described in the attached Plan of Operation;

(e) refuse to approve a Plan of Operation for the Association substantially similar to the attached Plan of Operation, which is incorporated herein by reference and made an integral part hereof, and which shall be the Plan of Operation in effect for the 1989-1990 school year, or suspend the publication of The Indian Leader on the grounds that the Plan of Operation has not been approved; provided, that nothing in this Settlement Agreement shall prevent Haskell from establishing a journalism or communications department and incorporating The Indian Leader into the curriculum of such an academic program; that if such an academic program is established, Haskell and the members of The Indian Leader Association may revise the Plan of Operation of The Indian Leader Association to reflect incorporation of The Indian Leader under the curriculum of that program; provided further, that nothing in this Settlement Agreement is intended to prevent the members of The Indian Leader Association from adopting a Plan of Operation, or other organic operating charts or substantially dissimilar to the attached Plan of Operation; or

(f) have the right to excise any material from The Indian Leader on the grounds that it is either libelous or obscene.

4. **Role of Faculty Adviser.** The parties agree that the faculty adviser shall discharge his or her responsibilities consistent with the following guidelines:

(a) The faculty adviser to the Association may freely advise and instruct student editors and reporters in the subject of journalism and relevant professional standards, commend and critique the work product of student journalists, offer fiscal and technological guidance to the newspaper staff in business and production operations and provide whatever assistance to the newspaper and the student journalists the faculty adviser deems appropriate.

2

USA000897

(b) A faculty adviser may make nonbinding recommendations to the student editors which they may, in their sole discretion, take into consideration in the free exercise of their independent editorial judgment.

(c) Although a faculty adviser of the Association may freely offer advice and assistance to student members of the Association, neither the faculty adviser nor any other Haskell officer or employee has the right to censor, edit or modify in any way the content of The Indian Leader.

(d) The faculty adviser is under an affirmative duty to facilitate the disbursement of such funds allocated to the Association as directed by the Editorial Board and the Association by majority vote, supported by written resolution, which are reasonably related to the management and publication of The Indian Leader.

(e) The faculty adviser shall, to the best of his or her ability, adhere to the ethical standards set forth in the attached Code of Ethics of College Media Advisers.

5.   Responsibility of Student Journalists.   Sole legal responsibility for the contents of The Indian Leader shall rest with the individual members of the Indian Leader Association as recognized in 25 C.F.R. § 42.3 (1988). No legal responsibility for the contents of The Indian Leader shall be imputed to Haskell or the faculty adviser, the Bureau of Indian Affairs or the United States Department of the Interior. Plaintiffs understand that they may be held personally accountable for the contents of The Indian Leader in a court of law, if those contents are libelous or obscene, or infringe copyrights or trademarks, or otherwise give rise to civil liability.

6.   Newspaper Account in the Student Bank.   Those monies which may be received or collected by Haskell on behalf of the Association, such as the Association's allocation of student activity fees, if any, shall be maintained in the Haskell Student Bank in strict compliance with the applicable rules contained in the Bureau of Indian Affairs Manual ("BIAM"), this section of the Settlement Agreement and the Plan of Operations. Such monies shall be:

(a) the subject of a separate accounting in the Haskell Student Bank and assigned a separate account number;

(b) the subject of a monthly account statement prepared by the Haskell Student Bank which shall be presented to the President of the Indian Leader Association; and

(c) disbursed in accordance with this Settlement Agreement and the attached Plan of Operations.

3

USA000898

7.   Off-Campus Bank Account.   Those monies which are received, collected or raised off campus by the Association, without any intermediation by Haskell, may be deposited, at the election of the Association, in either the Student Bank account or in an off-campus account maintained at a local bank in Lawrence, Kansas.   No disbursement from an off-campus bank account shall be made, however, without the signature of at least two officers of the Association on the draft drawn on such local bank.   A copy of the monthly accounts of such off-campus bank account shall be published regularly in The Indian Leader.   Nothing in this Settlement Agreement shall be read to prohibit Haskell from devising and implementing procedures for managing and accounting for on-campus revenue-raising activities of students.

8.   Elections.   As soon as possible following the execution of this Settlement Agreement, the President of the Association shall call a meeting of the membership of the Association for the purpose of electing the editors of The Indian Leader and the officers of the Association for the 1989-1990 academic year.   This meeting shall be called within the first 30 days of the beginning of the fall 1989 semester at Haskell.

9.   Control of Contributions for Subscriptions.   Voluntary contributions made by individuals for subscriptions to The Indian Leader shall no longer be paid to the Haskell Indian Junior College Foundation and shall instead be paid directly to the Association Club Account in the Student Bank.

10.   Waiver of Claims.   This Settlement Agreement represents the final understanding between the parties concerning the resolution of the issues before the United States District Court for the District of Kansas in Indian Leader Association v. United States Department of Interior, Case No. 89-4063-R (filed March 30, 1989).   All parties to this Settlement Agreement hereby release the others from any claims or causes of action, and the parties and their counsel agree not to initiate or cause to be initiated, any further proceedings between any of the parties or their counsel, or make any further requests regarding the facts of this case.

11.   Covenant of Good Faith and Fair Dealing.   The parties agree to interpret and implement this Settlement Agreement in good faith and with due regard for both the First Amendment rights of student journalists and the legitimate educational and administrative interests of Haskell.   It is the central purpose of this Settlement Agreement to secure the regular publication of The Indian Leader free from any prior restraint or censorship.   This Settlement Agreement is contingent upon the reciprocal performance of the specified obligations by all of the parties.   In the event that any party acts in bad faith or breaches this Settlement Agreement, the aggrieved party shall be free to pursue appropriate legal remedies in a court of law.   Nothing in this Settlement

4

PAGE.05

SEP 19 '89  8:55   U S A TOPEKA

USA000899

Agreement shall be construed to restrict or limit the right of any of the parties to commence litigation if any party fails to comply with all of the terms and conditions of this Settlement Agreement.

~~12.   Use of Printing Press.   The parties agree that the use~~ of the federally authorized printing press at Haskell is subject to the Government Printing and Binding Regulations published by the Joint Committee on Printing of the U.S. Congress.   See 44 U.S.C. §§ 103, 501, 502.

13.   Recognition of Mutual Rights.   Any and all rights and responsibilities under this Agreement are set forth in recognition of the mutual rights of the defendant Haskell, and the rights of the students to free speech, press and expression.   The Agreement recognizes various rights of Haskell hereunder to alter the Plan of Operation in conjunction with the student journalists (3)(e), to reduce or eliminate funding (3)(b), and to dispose of or sell the printing presses under various provisions of this Agreement (12).   These rights may not be exercised by Haskell in response to, or as a result of, articles, photographs or any other content of The Indian Leader.   Further, such actions may not legitimately be performed under this Agreement as a form of prior restraint, or otherwise as intended to limit or restrict the free expression of ideas or rights to the students as recognized in this Agreement. Any exercise by Haskell of the rights noted in this paragraph shall be done following notice to The Indian Leader Association, stating the action to be taken and the reasons therefor.   Such notice shall be delivered to the editor-in-chief and posted on the Student Activities bulletin board at least thirty (30) days prior to any such contemplated action.

14.   Signature and Court Approval.   This Agreement shall be signed by all the parties named in Section 1 of this Settlement Agreement   or   their   duly   authorized   representatives.    This Settlement Agreement shall be submitted to the Honorable Richard D. Rogers, Judge for the United States District Court for the District of Kansas, for final approval and shall not become effective until such final approval is obtained. After such final approval has been obtained, the Plaintiffs shall agree to the dismissal without prejudice of the action against all named defendants except Haskell.   The Settlement Agreement shall then immediately bind the remaining parties to all of its provisions, and a judgment of dismissal of the action, subject to the terms of the Settlement Agreement, shall then be jointly submitted to the court by the remaining parties.

IN WITNESS WHEREOF, the parties have caused this Settlement Agreement to be executed by their duly authorized representatives on this _____ day of _____, 1989.

5

PAGE.06        SEP 19 '89 8:56   U S A TOPEKA

USA000900

THE INDIAN LEADER ASSOCIATION      HASKELL INDIAN JUNIOR COLLEGE

MARCEL STEVENS
Managing Editor and President
The Indian Leader Association

JIM BAKER
Acting President
Haskell Indian Junior College

CYNTHIA GRANT
Student Journalist

DAVID M. COOPER
Assistant U.S. Attorney
Counsel for the Defendant

HARVEY ROSS
Student Journalist

CORDELL WHITETREE
Student Journalist

DARIO F. ROBERTSON
Counsel for Plaintiffs

PATRICK R. NICHOLS
Counsel for Plaintiffs

6

USA000901

THE INDIAN LEADER ASSOCIATION
Haskell Indian Junior College
Lawrence, Kansas 66046

PLAN OF OPERATION

I.   NAME

The name of this organization is The Indian Leader Association and shall hereafter be referred to as the Association.

II.   PURPOSE

The purpose of the Association is to produce The Indian Leader newspaper, an independent student publication, and the Haskell Yearbook. The Indian Leader newspaper will be produced and published approximately six times each semester and the Haskell Yearbook will be produced and published the spring semester of each school year. The Association will also maintain a separate account to accept funds and donations on behalf of the newspaper and for disbursing cash payments as incentives to students who contribute articles, photographs and illustrations to The Indian Leader.

The Indian Leader is a nationally distributed Native American newspaper edited and published by students at Haskell Indian Junior College for the purpose of promoting the free and informed debate and discussion of (1) topics of special interest to Haskell students and alumni, (2) issues of special importance to Native Americans generally and (3) all newsworthy topics and public issues of general interest to American citizens.

The Indian Leader is published by the students at Haskell Indian Junior College and the members of the Association in the exercise of their individual rights to free speech and freedom of the press guaranteed by the First Amendment of the United States Constitution. These fundamental First Amendment rights have been expressly recognized as rights which individual students enjoy who attend Bureau of Indian Affairs schools in Part 42 of Title 25 of the Code of Federal Regulations. Student Rights and Due Process Procedures, 25 C.F.R. § 42.3(e)-(f) (1988). These basic rights have also been reaffirmed in Part III of the Code of Student Rights and Responsibilities of Haskell Indian Junior College (1988).

The Indian Leader Association is committed to improving the ability of Native Americans to determine their own destiny by providing an open public forum in which all concerned citizens, regardless of race, creed, color, sex, religion or national origin, might freely discuss the important public issues of the day. The members of the Association believe that by providing such a public forum, readers and contributors alike will improve their understanding of the true meaning of leadership, citizenship and democracy in contemporary American society through an open, honest

1

PAGE.08      U S A TOPEKA   8:58   SEP 19 '89

USA000902

and fair-minded exchange of views.

III. <u>MEMBERSHIP AND OFFICERS OF THE ASSOCIATION</u>

A. <u>General</u>

To qualify as a member of the Association, an individual must:

(a) be an enrolled student at Haskell Indian Junior College;

(b) submit a news story, essay, proposed editorial, poem, short story, photograph or any other journalistic or literary work, not including advertisements, letters to the editor and notices, for publication in <u>The Indian Leader</u>, or participate in the production or circulation of <u>The Indian Leader</u> or the <u>Haskell Yearbook</u>.

(c) receive written notice that the submission has been accepted for publication in <u>The Indian Leader</u>; and

(d) inform the Association, orally or in writing, of an intention to become a member of the Association.

The Editor-in-Chief shall be responsible for keeping a current list of Association members and publishing said list at least once per semester in <u>The Indian Leader</u>.

In the event that any member fails to attend three consecutive meetings of the Association, without excuse, that person may be removed from the membership rolls of the Association by majority vote.

B. <u>Officers</u>

The officers of the Association shall include a President, Vice President, Treasurer and Secretary. The person elected President of the Association shall also serve as Editor-in-Chief of <u>The Indian Leader</u> and the person elected Vice-President shall also serve as Executive Editor of <u>The Indian Leader</u>.

Officers must maintain "academic good standing," as defined on page 35 of the <u>Haskell Bulletin</u>, 1988-1990, in order to receive a salary as specified in Appendix I containing the 1989-1990 Budget for <u>The Indian Leader</u>. Decisions made at duly convened meetings of the Association are binding on members.

All officers of the Association shall have taken or shall be currently enrolled in at least one course in English or Journalism at Haskell Indian Junior College at the time his or her term of office shall commence in order to be eligible to hold such office.

2

USA000903

The President shall be the Editor-in-Chief and shall be responsible for the general operation of the paper and the Association. The President shall pick up and distribute mail daily.

The Editor-in-Chief shall conduct regular and special meetings of student reporters, assign stories, edit manuscripts, oversee reporters and lay out The Indian Leader.

The Executive Editor shall assist the Editor-in-Chief in carrying out his or her assigned duties and shall succeed to the position of Editor-in-Chief in the event of a vacancy in that office prior to next regularly scheduled election.

The circulation manager shall (1) recommend to the printers the approximate number of issues of the newspaper to be published, (2) coordinate the distribution of issues on the day of publication, (3) maintain a current mailing list, (4) make additions, deletions, corrections and other appropriate changes in mailing list, (5) make labels or have labels made, (6) coordinate the process of labeling The Indian Leader for mailing, (7) keep a file of correspondence, and (8) make a weekly report, oral or written, to the Association.

Other positions in the Association shall be established upon the majority vote of the members of the Association. The Association shall make the guidelines and prescribe the duties of all new positions. Officers may be removed from office upon the vote of two-thirds of the members of the Association.

IV.   PARLIAMENTARY AUTHORITY

The rules contained in the current edition of Robert's Rules of Order Newly Revised shall govern the Association in all cases to which they are applicable and in which they are not inconsistent with this Plan of Operation and any special rules of order the Association may adopt.

V.   MEETINGS

Meetings of the Association shall be held weekly and will be open to all Haskell students and to the public.

At the beginning of each semester, the Association shall decide upon a day, time and place for such regular weekly meetings. Once the day, time and place has been decided by the Association and notice of such has been posted on the bulletin board at the Student Senate Building, no further notice shall be required for the Association to conduct business at such regular weekly meetings.

Any meeting of the Association not held on the day, time and

3

USA000904

place of the regular weekly meeting may be properly convened only upon three days' prior written notice. Such notice shall be made to the Association by posting an announcement of the meeting on The Indian Leader Bulletin Board. This notice requirement shall apply to any meeting of the Association, other than regular meetings, referenced in this Plan of Operation, including but not limited to meetings mentioned in Sections III(B), VI and VIII(B) of this Plan of Operation.

A majority of the members of the Association shall constitute a quorum.

## VI. EDITORIAL BOARD AND EDITORIAL CONTROL

The Editorial Board shall consist of the Association President and Editor-in-Chief, the Vice President and Executive Editor, Copy Editor, the Circulation Manager, and the Darkroom Manager. Other positions and members of the Editorial Board may be added by majority vote of either the Editorial Board or the members of the Association. A majority of the members of the Editorial Board shall constitute a quorum.

The Editorial Board shall have primary responsibility for and control of the editorial content of The Indian Leader. Day-to-day editorial decisions shall be made by the Editor-in-Chief, but any question of editorial policy may be put to the vote of the Board of Editors at any regular or special meeting of the Board of Editors.

In the event that the faculty adviser, any member of the Editorial Board or any member of the Association requests, prior to publication, a special review of any portion of an issue of The Indian Leader to determine whether it is libelous or obscene, the entire Editorial Board shall:

(a) carefully read and evaluate the identified material to determine whether it is libelous or obscene;

(b) seek the advice of the faculty adviser and, if possible, experts in the field of student press rights and the law of libel and obscenity, such as legal counsel and journalists designated by the Student Press Law Center in Washington, D.C., the Journalism Education Association or College Media Advisers; and

(c) consult, when appropriate, authoritative treatises for more detailed guidance in determining whether the identified material is libelous or obscene, such as:

(1) Louis E. Ingelhart, Freedom for the College Student Press (Westport, Conn.: Greenwood Press, 1985): 125-151 (on libel), 159-168 (on obscenity); and

(2) Student Press Law Center, Law of the Student Press

4

USA000905

(Washington, D.C.:   Student Press Law Center, 1985):   31-38 (on libel), 38-41 (on obscenity);

>          (d) make a final, independent determination of whether to publish the identified material; and

>          (e) report its determination to the faculty adviser within 24 hours following such decision.

Any student who has submitted an article for publication may withdraw that article prior to publication upon reasonable written notice to the Editor-in-Chief, provided that such withdrawal can be accomplished without a substantial delay in publication.

VII.   FACULTY ADVISER

One or more faculty advisers may be appointed by Haskell Indian Junior College to assist students in the publication of The Indian Leader.

The faculty adviser to the Association may freely advise and instruct student editors and reporters in the subject of journalism and relevant professional standards, commend and critique the work product of student journalists, offer fiscal and technological guidance to the newspaper staff in business and productions operations and provide whatever assistance to the newspaper and the student journalists the faculty adviser deems appropriate.

A faculty adviser may make nonbinding recommendations to the student editors which they may, in their sole discretion, take into consideration in the free exercise of their independent editorial judgment.

Although a faculty adviser of the Association may freely offer advice and assistance to student members of the Association, neither the faculty adviser nor any other Haskell officer or employee has the right to censor, edit or modify in any way the content of The Indian Leader.

The faculty adviser is under an affirmative duty to facilitate the disbursement of such funds belonging to the Association as directed by the Editorial Board and the Association by majority vote, supported by written resolution, which are reasonably related to the management and publication of The Indian Leader.

The faculty adviser shall, to the best of his or her ability, adhere to the ethical standards set forth in the attached Code of Ethics of College Media Advisers.

The right of the Association to publish The Indian Leader shall not be conditioned upon the prior appointment of a faculty adviser by Haskell Indian Junior College.   Consequently,

5

SEP 19 '89  8:01  U S A TOPEKA          PAGE.12

USA000906

publication shall be facilitated by another faculty member as a result of the inability or unwillingness of Haskell Indian Junior College to appoint a faculty adviser to work with the Association in the event of a vacancy in that position.

The faculty adviser has no power to refuse to facilitate the disbursement of funds reasonably related to the management and publication of The Indian Leader as determined by the Editorial Board or the Association by majority vote.

## VIII. SALARIED POSITIONS OF THE INDIAN LEADER

### A.  Officers With Salaries

Salaried positions in the Association shall be those of President, Vice President, Copy Editor, Circulation Manager, Darkroom Manager. The Typesetter shall also receive a salary.

### B.  Assistant Officers

Assistant officers shall be elected by majority vote of the members of the Association at the beginning of the last semester prior to the graduation of each salaried officer of the Association. Such assistant officers shall serve as apprentices to the graduating officers for the purpose of receiving the necessary training and experience to assume the responsibilities of the graduating officer after commencement. The assistant officers shall assume the office and responsibilities of the graduating officers on the date of the next commencement at Haskell Indian Junior College following their appointment as assistant officers. Any office not so filled by an assistant officer shall be filled by majority vote of the members of the Association in a regular or special election.

## IX.  COMPENSATION AND AWARDS

Compensation and awards shall be as specified in this Section VIII.

Salaried positions shall be compensated according to the rates and amounts specified in Appendix I containing the 1989-90 Budget for The Indian Leader. Students holding salaried positions shall not be paid any other compensation specified in this section.

Student reporters shall be paid $1.25 per column inch for articles published. Student photographers shall be paid $5.00 for each photograph published. Student artists shall be paid an amount to be determined by majority vote of the Association for each published illustration or cartoon.

The amount and disbursement of monies for any type of contest sponsored by The Indian Leader must be approved by majority vote

SEP 19 '88 9:02   U S A TOPEKA                    PAGE.13

USA000907

of the Association.

## X.   ACCOUNTS

### A.  Activity Fund

Any funds allocated to The Indian Leader Association from the student activity fee, paid by each student of Haskell Indian Junior College each semester, shall be deposited in The Indian Leader Association Activity Fund in the Student Bank.   Other monies received or collected by Haskell on behalf of the Association shall also be deposited in that Activity Fund.

Any officer, editor or any other member of the Association or any currently enrolled student or alumnus of Haskell Indian Junior College may, upon written request, examine the records of account of The Indian Leader Association Activity Fund in the Student Bank and may obtain a copy of any such records of account at his or her own expense.

A summary of the records of account shall be published annually in The Indian Leader.

In the absence of a finding by the Association of "First Amendment Grounds for Funds Withdrawal by Students" as described in the following paragraph, withdrawal from the Indian Leader Association Activity Fund shall be made by a faculty adviser, supported by signatures from a student member of the Editorial Board and the Association President.

In the event that the Association or the Editorial Board passes by 2/3 (two-thirds) vote a resolution finding "First Amendment Grounds for Funds Withdrawal by Students," withdrawal from the Indian Leader Association Activity Fund shall be made by President of Haskell Indian Junior College, if the request is reasonably related to the management or publication of The Indian Leader, supported by the signatures of the Association President and another member of the Editorial Board.   "First Amendment Grounds for Funds Withdrawal by Students" exist whenever Haskell Indian Junior College has failed to appoint at least one faculty adviser to the Association or whenever the Association, by 2/3 (two-thirds) vote, reasonably determines that a faculty adviser (1) is in any way obstructing the publication of The Indian Leader, (2) refuses to comply with requests from the Association or the editorial board for disbursements reasonably related to the management or publication of The Indian Leader, or (3) attempts in any way to censor, edit or modify the content of The Indian Leader.

Each withdrawal from The Indian Leader Association Activity Fund must be approved by a majority vote of the Editorial Board or the Association and supported by written resolution.   Each such resolution must explain the purpose of every withdrawal of funds.

7

USA000908

Receipts shall be collected within five (5) days following the disbursement of all funds. A full written accounting of any monies withdrawn pursuant to a resolution finding "First Amendment Grounds for Funds Withdrawal by Students" shall be given to a faculty adviser or, if there is no faculty adviser, to the President of Haskell Indian Junior College within five (5) days following the withdrawal transaction.

Nothing herein binds the federal government (or Haskell) to spend federal appropriated funds to publish The Indian Leader.

B. Club Fund

Money raised by members may, at the election of the Association, be deposited into a Club Fund at the Student Bank or in an off-campus account at a local bank in Lawrence, Kansas. Such money may be withdrawn for (1) student entertainment, (2) contracting outside services and (3) such other uses benefiting the Association as the Editorial Board may, in its sole discretion, determine to be necessary or appropriate.

In the absence of a determination by the Association of "First Amendment Grounds for Funds Withdrawal by Students" as described in the following paragraph, withdrawal from a Club Fund maintained at the Student Bank shall be made by faculty adviser, supported by signatures from any two student officers of the Association.

In the event that the Association or the Editorial Board passes by majority vote a resolution finding "First Amendment Grounds for Funds Withdrawal by Students," withdrawal from the Club Fund shall be made by the President of Haskell Indian Junior College, supported by the signatures of the Association President and another officer of the Association. "First Amendment Grounds for Funds Withdrawal by Students" exist whenever Haskell Indian Junior College has failed to appoint at least one faculty adviser to the Association or whenever the Association, by majority vote, reasonably determines that a faculty adviser (1) is in any way obstructing the publication of The Indian Leader, (2) refuses to comply with requests from the Association or the editorial board for disbursements reasonably related to the management or publication of The Indian Leader, or (3) attempts in any way to censor, edit or modify the content of The Indian Leader.

Each withdrawal from the Club Fund must be approved by a majority vote of the Editorial Board or the Association and supported by written resolution. Each such resolution must explain the purpose of every withdrawal of funds. Receipts shall be collected following the disbursement of all funds. A full written accounting of any monies withdrawn pursuant to a resolution finding "First Amendment Grounds for Funds Withdrawal by Students" shall be given to a faculty adviser or, if there is no faculty adviser, to the President of Haskell Indian Junior College within five (5)

8

SEP 19 '89  9:04   U S A TOPEKA      P.15

days following the withdrawal transaction.

### C. Contributions for Mailed Subscriptions

The Indian Leader shall be distributed free of charge to anyone interested in receiving a copy.   Any person wishing to receive a mailed subscription to The Indian Leader will be asked to make a $5.00 contribution directly to The Indian Leader Association Activity Fund by check or money order.   The next edition of the Haskell Bulletin shall be amended to provide for the payment of such $5.00 contributions directly into The Indian Leader Association Activity Fund, rather than the Haskell Foundation, a tax exempt organization which has not direct relationship with and provides no funding to The Indian Leader Association.

### D. Off-Campus Bank Account

Those monies which are received, collected or raised off campus by the Association, without any intermediation by Haskell, may be deposited, at the election of the Association, in either the Student Bank account or in an off-campus account maintained at a local bank in Lawrence, Kansas.   No disbursement from an off-campus bank account shall be made, however, without the signature of at least two officers of the Association on the draft drawn on such local bank.   A copy of the monthly accounts of such off-campus bank account shall be published regularly in The Indian Leader.

9

SEP 19 '89  9:05   U S A TOPEKA

USA000910

APPENDIX I

## 1989-90 BUDGET FOR THE INDIAN LEADER

| Position | Salary | Times 12 Issues |
|---|---|---|
| Editor-in-Chief | $33.50 | 402.00 |
| Executive Editor | 33.50 | 402.00 |
| Copy Editor | 33.50 | 402.00 |
| Circulation Manager | 33.50 | 402.00 |
| Darkroom Manager | 33.50 | 402.00 |
| Typesetter | 33.50 | 402.00 |
| Assistant Circulation | 33.50 | 402.00 |
| Assistant Darkroom | 33.50 | 402.00 |
| Assistant Typesetter | 33.50 | 402.00 |
| Freelance Compensation | 500.00 (per sem.) | $1,000.00 (x2 sem.) |
| Miscellaneous | 300.00 (per sem.) | 600.00 (x2 sem.) |
| Travel Expense | 750.00 (per sem.) | 1,500.00 (x2 sem.) |
| TOTAL | $3,158.00 (per sem.) | $6,718.00 (x2 sem.) |

10

SEP 19 '89  9:06   U S A TOPEKA                    PAGE.17

USA000911

## PLAN OF OPERATION APPROVAL

| College Officials | Date Approved |
|---|---|
| _(signature)_ | 9/14/89 |
| PRESIDENT | DATE |
| | |
| DIRECTOR OF STUDENT ACTIVITIES | DATE |
| Kindall D. McHenry | 9 - 15 - 89 |
| STUDENT SENATE PRESIDENT | DATE |
| _(signature)_ | 9/15/89 |
| SPONSOR | DATE |

| Organization Officers | Date Approved |
|---|---|
| Marcel Stevens | 9 - 14 - 89 |
| PRESIDENT | DATE |
| (POSITION VACANT) | |
| VICE PRESIDENT | DATE |
| Harvey E Ross J. | 15 Sept 89 |
| SECRETARY | DATE |
| Harvey E Ross J. | 15 Sept 89 |
| TREASURER | DATE |

11

USA000912




*Recieved 1/28/15*

# Haskell Indian Nations University
## Guidelines for Registration of Clubs / Organizations

**General Statement**

    All clubs and organizations at Haskell Indian Nations University are required to register with the Haskell Student Senate. Registration provides for official recognition as a group, use of University facilities and services, and the coordination and communication of the group's activities with the campus administration and other student groups.

**Classification**

    The following types of organizations are eligible to register with Haskell Indian Nations University through the Haskell Student Senate:

1. *Residential Halls*: organized living groups and their associations;
2. *Academic*: groups related to academic discipline or interest of the University;
3. *Religious*: groups affiliated with or promoting religion, religious beliefs, or lack thereof;
4. *Common Interest*: groups formed for social interaction to promote or relate to a defined interest.

**Responsibilities of Student Clubs / Organizations**

    Each student group must adhere to the following, which is taken from *Section IV* of the Haskell Student Senate Constitution:

1. Must have a full-time Haskell Indian Nations University Staff or Faculty as Sponsor/Advisor.
2. Must submit an Organizational Registration Application and Plan of Operations by the deadline to the Student Senate for approval.
3. Must appoint one (1) Senator and one (1) Alternate, who are in Good Academic and Social Standing, to attend meetings of the Student Senate.
4. Report major changes of their Plan of Operations to the Haskell Student Senate. Changes must be written and documented in a new version of the Plan of Operations.

**Duties of Student Senate Representatives**

Each Senator must adhere to the following, which is taken from *Section I, Article G* of the Haskell Student Senate Constitution:

1. Represent their group, is aware of opinions and ideas prevalent to their respective organization and votes accordingly.
2. Serve on at least one committee per semester and stay with that committee they have chosen for the remainder of their term.
3. Relay information to their groups so that they may be informed and aware of important details given at the Haskell Student Senate meetings.
4. Present a verbal presentation and written report of their group to the Haskell Student Senate on a monthly basis.
5. Follow and abide by all other obligations and duties as detailed in the Constitution of the Student Senate.

USA000913

## Role of a Sponsor/Advisor

All sponsors/advisors must provide constructive leadership to their student group, in addition to requirements regarding organizational responsibilities. This person is required to:

1. Attend as many club/organization meetings as possible, in accordance with each organization's plan of operations, constitution, or bylaws, whichever may apply.
2. Have knowledge regarding operational procedures, banking policies, and federal ethics.
3. Ensure the Senate Representative of the club/organization is attending Haskell Student Senate meetings to strengthen the communication between all clubs.

## The Registration Process

Student Clubs/Organizations must register once each academic year with Haskell Indian Nations University Student Senate. Steps 1 – 5 need to be completed by the designated deadline date. Any applications that are received after this date, without prior approval, will be referred to the General Assembly of Haskell Student Senate for a sanctioning vote.

1. Recruit at least 10 members to your group, hold a meeting, and elect officers.
2. Have the Sponsor/Advisor and Senate Representative fill out the Organizational Registration Application.
3. Complete the Signature Sheet.
4. Register with the Haskell Student Bank and submit a copy of the Organizational Registration Application with Plan of Operations attached.
5. Submit a completed and updated Organizational Registration Application with Plan of Operations attached to the Student Senate Office in Stidham Union.

## The Haskell Student Senate Executive Board will review the registration materials and determine:

1. If the group is eligible to register with Haskell Indian Nations University,
2. The group's request for classification category.
3. The responsibility for verification of membership rests with the student group and its sponsor/advisor.
4. When a student club/organization is granted official recognition (sanctioned), they will receive notice in writing (delivered to the organization's President, Senate Representative, and Alternate Senate Representative at their respective addresses as listed in the Organization Recognition Packet) and the date of the first General Assembly meeting that their Senate Representative will be required to attend.
5. Denial will be issued in writing.

Groups wishing to appeal a decision about registration status should submit a petition in writing, stating reasons why they deem their group should be sanctioned, to the Haskell Student Senate Executive Board. The petition will be presented to the General Assembly on their next meeting date and brought to a vote. A two-thirds (2/3) majority vote of the General Assembly is required to reverse the decision.

USA000914