**AUG 17, 2020**

# Message to all SGA Student Organizations of 2019-2020

**1 of 3**

USA000915

As we addressed earlier, the Executive Board will not sanction any SGA Student Organizations (StuOrg.) until we resume safe in-person learning, and when it is 100% for large gatherings to continue. However, if a StuOrg. wants to be virtually active throughout the semester, that is a decision the StuOrg. will have to make for itself. **Since sanctioning will be not be happening, you are not bound by SGA rules and procedures.**

**2 of 3**

USA000916

This Thursday, StuOrgs will have a chance to advertise and interact with incoming students at a Zoom meet-and-greet. If your StuOrg. is interested, please email Dr. Freda Gipp (fgipp@haskell.edu)

**3 of 3**

USA000917

BUREAU OF INDIAN AFFAIRS MANUAL                               62 BIAM 8.6
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

## I. POST SECONDARY WITHDRAWAL REQUESTS

A withdrawal request is a form that a club, organization or committee can pick up at the Student Bank for the purpose of withdrawing funds from their account. Each withdrawal is numbered and can be used for either a cash withdrawal or check withdrawal or both. If more than one check is requested, attach another sheet of paper and list all additional checks needed.

All withdrawals require **TWO** signatures. One signature is the sponsor and the other signature is an authorized signer per the signature card or plan of operations. Campus organizations will require two authorized signers per their signature card.

If your club, organization or committee fills out a withdrawal request for a check, the check will be available the **NEXT** business day. Invoices should accompany these requests.

If a check is being requested for reimbursement purposes, the receipts must accompany the withdrawal request. Reimbursements are done by check **ONLY**.

Purchases should **NOT** be made prior to requesting a withdrawal form from the Student Bank. The proper procedure is to get the withdrawal request for funds and then if those funds are exceeded, a reimbursement will be deemed necessary.

IMPORTANT:

ANY WITHDRAWAL REQUEST THAT HAS NOT BEEN CLEARED WITHIN 30 DAYS WILL CAUSE THE CLUB, ORGANIZATION OR COMMITTEE ACCOUNT TO BE SUSPENDED AND NO ACTIVITY WILL BE ALLOWED. NO EXCEPTIONS!!!!!

USA000918

BUREAU OF INDIAN AFFAIRS MANUAL                    62 BIAM 8.6
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

### J. Post Secondary Receipts

When a withdrawal is made from a club, organization or committee account, the person that signs for the cash or check(s) will be held accountable for supplying the receipts/invoices that prove the funds were used for the purpose intended as stated on the withdrawal request. The date and purchased items on the receipts **MUST** correspond with the information on the withdrawal request.

If there are several receipts, they **MUST** be neatly taped onto a sheet of paper, to ensure proper verification. The bank will **NOT** accept them otherwise. If receipts are lost, the person that signed the withdrawal request will be held accountable for either obtaining another receipt or paying the cash to clear the withdrawal. **NO HANDWRITTEN RECEIPTS WILL BE ACCEPTED!!!!!**

Receipts/invoices should equal the amount withdrawn from the account. If the receipts/invoices equal less than is stated on the withdrawal request, then the remaining cash needs to be deposited back into the club, organization or committee account. If the receipts/invoices equal more than stated on the withdrawal, the club, organization or committee can request another withdrawal for a reimbursement.

All receipts presented to the Student Bank must be for the purpose stated on the withdrawal request i.e., if a gas receipt is presented and it is not listed as the purpose for the use of the funds then this receipt will **NOT** be accepted.

USA000919

## Re: Indian Leader Funding

Byington, Steve K <steve.byington@BIE.EDU>
Tue 10/27/2020 10:35 AM
To: Prue, Stephen C <stephen.prue@BIE.EDU>

Jeri says they have access to their funding but no payroll has been submitted since the summer.

Steve Byington
Finance Specialist
Haskell Indian Nations University
Office: (785)830-2780  Fax: (785)830-2760
steve.byington@bie.edu

---

**From:** Byington, Steve K <steve.byington@BIE.EDU>
**Sent:** Tuesday, October 27, 2020 10:32 AM
**To:** Prue, Stephen C <stephen.prue@BIE.EDU>
**Subject:** Re: Indian Leader Funding

Jeri and I are separating the $35 Activity Fee this semester so the funding will be transferred into their account.  I am not aware of any restrictions to their account.  I will check with Jeri to see when the last batch of checks was written for their writers.  They are not sanctioned this semester because SGA decided against sanctioning any groups this semester.

Steve Byington
Finance Specialist
Haskell Indian Nations University
Office: (785)830-2780  Fax: (785)830-2760
steve.byington@bie.edu

---

**From:** Prue, Stephen C <stephen.prue@BIE.EDU>
**Sent:** Tuesday, October 27, 2020 10:27 AM
**To:** Byington, Steve K <steve.byington@BIE.EDU>
**Subject:** Indian Leader Funding

Steve,

Please update me on the Indian Leader's funding. Are they sanctioned and funded? The article in the LJ World indicates they are not funded.

USA000920

Fw: Indian Leader Payroll and Financial Document Request

Steven Byington <sbyington@HASKELL.edu>
Thu 2021-04-01 3:24 PM
To: Byington, Steve K <steve.byington@BIE.EDU>; Melanie Daniel <mdaniel@HASKELL.edu>

📎 1 attachments (262 KB)
ILA Fall 2020 Expense Report.pdf;

Attached is the last withdrawal request from Indian Leader for Fall 2020.

---

**From:** Jared Nally <jared.nally@HASKELL.edu>
**Sent:** Friday, January 8, 2021 12:44 PM
**To:** jeri.sledd@bie.edu <jeri.sledd@bie.edu>; Jeri Sledd <jsledd@HASKELL.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Indian Leader Payroll and Financial Document Request

aya Jeri,

I've attached the Indian Leader Association's pay roll to this email. Please let me know if I need to provide anything else to have our writers and photographers paid for their work for the fall semester.

Several times this semester (September 3rd, September 10th, and October 19th) I've attempted to engage you and the student bank to receive balance statements of the Indian Leader Association's student bank account—I am attempting again to ask you to please provide all past statements for our account for last year, 2020. This is crucial information for the planning of Indian leader Association activities.

I would also like to affirm whether or not HINU approved and acknowledged the Indian Leader Association's Plan of Operations sent to you on September 3rd.

I appreciate your cooperation in assisting the Indian Leader Association in their financial operations.

-Jared Nally, Editor-In-Chief

Get Outlook for iOS

USA000921

## Re: Indian Leader Payroll and Financial Document Request

Jeri Sledd <jsledd@HASKELL.edu>

Mon 1/11/2021 2:09 PM

**To:** Jared Nally <jared.nally@HASKELL.edu>; jeri.sledd@bie.edu <jeri.sledd@bie.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>

📎 1 attachments (595 KB)

ILA 2020 statement0001.pdf;

Jared,

I have received your request for checks to cut for the ILA staff. I will just need to have both you and Rhonda concur to the withdrawal of funds so that I can attach the email to a withdrawal slip in lieu of signatures.

I have also attached your 2020 statement of account. Please let me know if you have questions.

I am on campus daily now and I will read the plan of operations and forward them to the appropriate signers. Once it has been signed, I will forward you a copy.

Let me know if you need further assistance.

Jeri Sledd
Haskell Indian Nations University
785-749-8435
Student Bank

---

**From:** Jared Nally <jared.nally@HASKELL.edu>
**Sent:** Friday, January 8, 2021 6:44 PM
**To:** jeri.sledd@bie.edu <jeri.sledd@bie.edu>; Jeri Sledd <jsledd@HASKELL.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Indian Leader Payroll and Financial Document Request

aya Jeri,

I've attached the Indian Leader Association's pay roll to this email. Please let me know if I need to provide anything else to have our writers and photographers paid for their work for the fall semester.

Several times this semester (September 3rd, September 10th, and October 19th) I've attempted to engage you and the student bank to receive balance statements of the Indian Leader Association's student bank account—I am attempting again to ask you to please provide all past statements for our account for last year, 2020. This is crucial information for the planning of Indian leader Association activities.

I would also like to affirm whether or not HINU approved and acknowledged the Indian Leader Association's Plan of Operations sent to you on September 3rd.

USA000922

1/11/21 at 13:14:53.45

**Student Bank**
**Vendor Ledgers**
**For the Period From Jan 1, 2020 to Dec 31, 2020**

Filter Criteria includes: 1) IDs: 23258. Report order is by ID.

| Vendor ID<br>Vendor | Date | Trans No | Type | Paid | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 23258 | 1/1/20 | Balance Fwd | | | | | 5,601.71 |
| INDIAN LEADER ASSOC | 2/6/20 | 053006 | CDJ | | 70.00 | | 5,531.71 |
| | 2/21/20 | 0417347 | CRJ | * | | 30.00 | 5,561.71 |
| | 2/24/20 | 68432 | CDJ | | 100.20 | | 5,461.51 |
| | 2/24/20 | 68433 | CDJ | | 145.00 | | 5,316.51 |
| | 2/24/20 | 68434 | CDJ | | 66.50 | | 5,250.01 |
| | 2/24/20 | 68435 | CDJ | | 343.20 | | 4,906.81 |
| | 2/24/20 | 68436 | CDJ | | 50.00 | | 4,856.81 |
| | 2/24/20 | 68437 | CDJ | | 55.00 | | 4,801.81 |
| | 2/24/20 | 68438 | CDJ | | 29.50 | | 4,772.31 |
| | 2/24/20 | 68439 | CDJ | | 21.10 | | 4,751.21 |
| | 2/24/20 | 68440 | CDJ | | 398.48 | | 4,352.73 |
| | 2/24/20 | T2JDSTRF224 | CRJ | | | 3,531.67 | 7,884.40 |
| | 2/26/20 | 053027 | CDJ | | 100.00 | | 7,784.40 |
| | 2/28/20 | 0417384 | CRJ | | | 26.47 | 7,810.87 |
| | 3/4/20 | 053033 | CDJ | | 80.00 | | 7,730.87 |
| | 3/5/20 | 68579 | CDJ | | 40.00 | | 7,690.87 |
| | 3/5/20 | 68580 | CDJ | | 192.70 | | 7,498.17 |
| | 3/5/20 | 68581 | CDJ | | 97.70 | | 7,400.47 |
| | 3/5/20 | 68582 | CDJ | | 154.50 | | 7,245.97 |
| | 3/5/20 | 68583 | CDJ | | 166.90 | | 7,079.07 |
| | 3/5/20 | 68584 | CDJ | | 95.60 | | 6,983.47 |
| | 3/5/20 | 68585 | CDJ | | 44.80 | | 6,938.67 |
| | 3/5/20 | 68586 | CDJ | | 63.70 | | 6,874.97 |
| | 3/10/20 | 0417418 | CRJ | | | 15.64 | 6,890.61 |
| | 5/26/20 | 68928 | CDJ | | 5.00 | | 6,885.61 |
| | 5/26/20 | 68929 | CDJ | | 54.40 | | 6,831.21 |
| | 5/26/20 | 68930 | CDJ | | 62.30 | | 6,768.91 |
| | 5/26/20 | 68931 | CDJ | | 192.10 | | 6,576.81 |
| | 5/26/20 | 68932 | CDJ | | 286.40 | | 6,290.41 |
| | 5/26/20 | 68933 | CDJ | | 50.00 | | 6,240.41 |
| | 5/26/20 | 68934 | CDJ | | 50.00 | | 6,190.41 |
| | 5/26/20 | 68935 | CDJ | | 27.10 | | 6,163.31 |
| | 5/26/20 | 68936 | CDJ | | 5.00 | | 6,158.31 |
| | 5/26/20 | 68937 | CDJ | | 95.30 | | 6,063.01 |
| | 5/26/20 | 68938 | CDJ | | 1,472.44 | | 4,590.57 |
| | 7/24/20 | 68982 | CDJ | | 112.50 | | 4,478.07 |
| | 7/24/20 | 68983 | CDJ | | 340.20 | | 4,137.87 |
| | 7/24/20 | 68984 | CDJ | | 137.10 | | 4,000.77 |
| | 7/24/20 | 68985 | CDJ | | 81.70 | | 3,919.07 |
| | 7/24/20 | 68986 | CDJ | | 32.20 | | 3,886.87 |
| | 7/24/20 | 68987 | CDJ | | 24.50 | | 3,862.37 |
| | 7/24/20 | 68988 | CDJ | | 57.00 | | 3,805.37 |
| | 7/24/20 | 68989 | CDJ | | 338.10 | | 3,467.27 |
| | 7/24/20 | 68990 | CDJ | | 66.00 | | 3,401.27 |
| | 7/24/20 | 68991 | CDJ | | 50.00 | | 3,351.27 |
| | 7/24/20 | 68992 | CDJ | | 50.00 | | 3,301.27 |
| | 7/24/20 | 68993 | CDJ | | 37.60 | | 3,263.67 |
| | 7/24/20 | 68994 | CDJ | | 37.30 | | 3,226.37 |
| | 7/24/20 | 68995 | CDJ | | 36.90 | | 3,189.47 |
| | 7/31/20 | 69004 | CDJ | | 430.00 | | 2,759.47 |
| | 8/7/20 | T2JDSTRF080 | CRJ | | | 4,526.00 | 7,285.47 |
| | 10/29/20 | T2JDSTRF102 | CRJ | | | 653.34 | 7,938.81 |
| **Report Total** | | | | | 6,446.02 | 8,783.12 | 7,938.81 |

↰ Reply all  ⌄    🗑 Delete    ⊘ Junk    Block    ⋯

**Fall 2020 Pell Grant Activity Fees**

BK    Byington, Steve K                                    🗑  👍  ⬚  ↰  ↞  →  ⋯
      Tue 3/2/2021 11:51 AM
      **To:** Graham, Ronald J; Franklin, Mona

There was $7280 total Activity Fees collected from Pell Grant in Fall 2020 so the Indian Leader, Recreation, and Student Senate will each receive $2,426.67.  This will likely be completed this week.


*Steve Byington*
Finance Specialist

*Bureau of Indian Education*
Haskell Indian Nations University
155 Indian Ave
Lawrence KS  66046
Office (785) 830-2780
Fax (785) 830-2760

Website: www.haskell.edu


Reply        Reply all        Forward

USA000924

↰ Reply all   ⌄   🗑 Delete   ◌ Junk   Block   ⋯

## Re: Plan of Operation: Haskell Indian Leader

**Bureau of Indian Education**
U.S. Department of the Interior
1849 C Street NW, MIB-3610
Washington, DC 20240
Cell Phone: (571) 732-7004

**Website:** www.bie.edu
**Facebook:** @BureauofIndianEducation
**Twitter:** @BureauIndianEdu

---

**From:** Franklin, Mona <mona.franklin@BIE.EDU>
**Sent:** Tuesday, March 2, 2021 4:52 PM
**To:** Jensen, Klarissa L <KLARISSA.JENSEN@BIE.EDU>
**Subject:** Plan of Operation: Haskell Indian Leader

Klarissa,

I am not sure this will be of any assistance to you, but I have included the newspaper (Indian Leader) plan of operation for the Haskell Bank.
The allegations of Haskell withholding 10K of course are inaccurate.

The reimbursable money is deposited as payments of fees (activity fees) are made throughout the academic year to the Indian Leader account. It is not a one-time deposit. Please let me know if you need any additional information from us. Thanks for your assistance.

Mona R. Franklin, MSM
Special Assistant to the President

Bureau of Indian Education
Haskell Indian Nations University
Lawrence KS 66046
Office (785) 832-6644
Cell (785) 766-0039
Fax (785) 749-8411

**Website:** www.haskell.edu
**Facebook:** @HaskellUniversity
**Twitter:** @HaskellUniversity

Reply        Forward

USA000925

Case 2:21-cv-02113-JAR-TJJ   Document 29-4   Filed 07/19/21   Page 12 of 215

**Fall 2020 Indian Leader Association Expense Report**

Jared E. Nally, Editor

Jayde Lanham, Secretary/Treasurer

The Indian Leader Association

Haskell Indian Nations University

155 Indian Ave. Box #4999

Lawrence, KS 66046

USA000926

The following are the fall 2020 semester expenses for the Indian Leader Association ending on December 31, 2020. Applicable receipts and invoices are included in the appendix.

### Fall 2020 Expenses

| Item Description | Qty | Rate | Total |
|---|---|---|---|
| Arquette, Zachary | | | |
| *Article*: "New Mural Honors Wetlands..." | 938 | $0.10 | $93.80 |
| *Photography* : "New Mural Honors Wetlands..." | 3 | $5 | $15 |
| | | *Total* | *$108.80* |
| Banks, Tyran | | | |
| *Video*: "Interviews with Haskell Student..." | 1/2 | $15 | $7.50 |
| | | *Total* | *$7.50* |
| Begay, Delilah | | | |
| *Video*: "HINU Online Learning" | 1/3 | $15 | $5 |
| | | *Total* | *$5* |
| Bointy, Kayla | | | |
| *Distribution Manager Pay* | 1 | $50 | $50 |
| *Article*: "Graduating HINU Student..." | 485 | $0.10 | $48.50 |
| | | *Total* | *$98.50* |
| Chickaway, Shayla | | | |
| *Video*: "HINU Online Learning" | 1/3 | $15 | $5 |
| | | *Total* | *$5* |

USA000927

FALL 2020 EXPENSE REPORT

Lanham, Jayde

| | | | |
|---|---|---|---|
| *Secretary/Treasurer Pay* | 1 | $50 | $50 |
| *Article*: "Student Responses to Presidential..." | 320 | $0.10 | $32.00 |
| | | *Total* | *$82.00* |

MacDonald, Connor

| | | | |
|---|---|---|---|
| *Assistant Editor Pay* | 1 | $50 | $50 |
| *Reimbursement*: Monthly Adobe License (Appendix) | 3 | $31.49 | $94.47 |
| | | *Total* | *$144.47* |

Manygoats, Alexander

| | | | |
|---|---|---|---|
| *Video*: "Interviews with Haskell Student..." | 1/2 | $15 | $7.50 |
| | | *Total* | *$7.50* |

Nally, Jared

| | | | |
|---|---|---|---|
| *Editor Pay* | 1 | $50 | $50 |
| *Article*: "Study Body President Steps Down" | 203 | $0.10 | $20.30 |
| *Article*: "Member of the Haskell Family..." | 113 | $0.10 | $11.30 |
| *Article*: "Curtis Worker Nia Schexnider..." | 120 | $0.10 | $12.00 |
| *Article*: "Change the Mascot?" | 208 | $0.10 | $20.80 |
| *Article*: "KC Football Honoree.." | 217 | $0.10 | $21.70 |
| *Article*: "Veterans Day Celebration" | 191 | $0.10 | $19.10 |
| *Article*: "The Indian Leader Wins..." | 110 | $0.10 | $11.00 |
| *Article*: "6th Grader Seeks Help..." | 396 | $0.10 | $39.60 |

FALL 2020 EXPENSE REPORT    4

| | | | |
|---|---|---|---|
| *Article*: "It's Not Just $475" | 763 | $0.10 | $76.30 |
| *Article*: "Native Author to Release..." | 270 | $0.10 | $27.00 |
| *Article*: "Haskell Alumni Involved in..." | 207 | $0.10 | $20.70 |
| *Article*: "President Supports Athletic..." | 288 | $0.10 | $28.80 |
| *Article*: "New Leadership in Women's..." | 259 | $0.10 | $25.90 |
| *Article*: "Haskell Instructor Honored..." | 301 | $0.10 | $30.10 |
| *Article*: "Native Themed Sports Mascots..." | 414 | $0.10 | $41.40 |
| *Photography*: "KC Football Honoree..." | 3 | $5 | $15 |
| *Photography*: "Veterans Day Celebration" | 3 | $5 | $15 |
| *Photography*: "President Supports Athletic..." | 1 | $5 | $5 |
| *Photography*: "Haskell Instructor Honored..." | 2 | $5 | $10 |
| *Video*: "KC Football Honoree..." | 1 | $15 | $15 |
| | | *Total* | *$519* |

Sloan, Makayla

| | | | |
|---|---|---|---|
| *Article*: "Quarantine Creations..." | 519 | $0.10 | $51.90 |
| | | *Total* | *$51.90* |

Walters, Christian

| | | | |
|---|---|---|---|
| *Video*: "HINU Online Learning" | 1/3 | $15 | $5 |
| | | *Total* | *$5* |

*Grand Total*    *$1,034.67*

USA000929

**Appendix**

USA000930

## INVOICE



**Adobe**

Adobe Inc.
345 Park Ave
San Jose, CA 95110

| | |
|---|---|
| Reprint | Page 1 of 1 |
| **Invoice Number:** | 1220905622 |
| **Invoice Date:** | JUL-03-20 |
| **Payment Terms:** | Credit Card |
| **Due Date:** | JUL-10-20 |
| **Purchase Order:** | ADD051216981 |
| **Contract No** | 00004490 |
| **Order Number:** | 7016866901 |
| **Order Date:** | JUL-03-20 |
| **Customer No.:** | 1452233 |
| **Bill to No.** | 1209578935 |

**Bill To:**
Connor MacDonald
6646 W KINSINGTON AVE
AK 99683-9832

**Adobe Contact Information:**
https://helpx.adobe.com/contact.html

| Line No. | Material No / Description | UOM | Unit Price | Qty | Extended Price |
|---|---|---|---|---|---|
| 000010 | 65183258 | EA | 31.49 | 1 | 31.49 |
| | InDesign ALL MLP DSP Re: Inv 01 mnth MUN 1 MO DSP | | | | |

**North America**

**Invoice Totals**

| S & H | Sales Tax | Currency | Qty Shipped | Invoice Total |
|---|---|---|---|---|
| 0.00 | 0.00 | USD | 1 | 31.49 |

Comments:

USA000931

## INVOICE



Adobe Inc.
345 Park Ave
San Jose, CA 95110

| | |
|---|---|
| Reprint | Page 1 of 1 |
| **Invoice Number:** | 1236658011 |
| **Invoice Date:** | AUG-03-20 |
| **Payment Terms:** | Credit Card |
| **Due Date:** | AUG-10-20 |
| **Purchase Order:** | ADD051216961 |
| **Contract No** | 00004490 |
| **Order Number:** | 7016866901 |
| **Order Date:** | JUL-03-20 |
| **Customer No.:** | 1452233 |
| **Bill to No.** | 1209578935 |

**Bill To:**
Connor MacDonald
6646 W KINSINGTON AVE
AK  99683-9832

**Adobe Contact Information:**
https://helpx.adobe.com/contact.html

| Line No. | Material No / Description | UOM | Unit Price | Qty | Extended Price |
|---|---|---|---|---|---|
| 000010 | 65183258 | EA | 31.49 | 1 | 31.49 |
| | InDesign ALL MLP DSP Ret Inv 01 mnth MUN 1 M/O DSP | | | | |

**North America**

**Invoice Totals**

| | S & H | Sales Tax | Currency | Qty Shipped | Invoice Total |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | USD | 1 | 31.49 |

Comments:

USA000932

## INVOICE



Adobe Inc.
345 Park Ave
San Jose, CA 95110

| | |
|---|---|
| Reprint | Page 1 of 1 |
| **Invoice Number:** | 1253404678 |
| **Invoice Date:** | SEP-03-20 |
| **Payment Terms:** | Credit Card |
| **Due Date:** | SEP-10-20 |
| **Purchase Order:** | ADD051216981 |
| **Contract No** | 00004490 |
| **Order Number:** | 7016866901 |
| **Order Date:** | JUL-03-20 |
| **Customer No.:** | 1452233 |
| **Bill to No.** | 1209578935 |

**Adobe Contact Information:**
https://helpx.adobe.com/contact.html

**Bill To:**
Connor MacDonald
6646 W KINSINGTON AVE
AK  99683-9832

| Line No | Material No / Description | UOM | Unit Price | Qty | Extended Price |
|---|---|---|---|---|---|
| 000010 | 65183258 | EA | 31.49 | 1 | 31.49 |
| | InDesign ALL MLP DSP Ret Inv 01 mnth MUN 1 MO DSP | | | | |

| North America | Invoice Totals | | | | |
|---|---|---|---|---|---|
| | **S & H** | **Sales Tax** | **Currency** | **Qty Shipped** | **Invoice Total** |
| | 0.00 | 0.00 | USD | 1 | 31.49 |

Comments:

USA000933

# HASKELL INDIAN NATIONS UNIVERSITY
## STUDENT BANK SIGNATURE CARD
## STUDENT CLUB ACCOUNTS

The Student Bank must have a current signature card on file to conduct business.

Account information will be given ONLY to the signers listed below. (Sign & Print Names)

NAME OF STUDENT CLUB: Indian Leader

_____          _____
SPONSOR                                   SPONSOR

JARED NAUY                                Jamie Colvin
PRESIDENT                                 VICE-PRESIDENT

Jamie Colvin                              Jamie Colvin
SECRETARY                                 TREASURER

Diamond Williams
DISTRIBUTION MANAGER

USA000934



## HASKELL INDIAN NATIONS UNIVERSITY
## POLICIES AND PROCEDURES FOR:

# STUDENT BANK

## HOURS SUBJECT TO CHANGE

### 9:00AM-4:00PM

USA000935



# PURPOSE

The Student Bank shall provide for the deposit and withdrawal of personal and group funds.

Students shall be encouraged to open and maintain personal accounts in the Student Bank for the purposes of learning how to use bank services and safekeeping of personal funds. Students who may have personal funds in sufficient amount to warrant it shall be encouraged to transfer their accounts to a bank off campus.

All group funds derived from class projects, student associations, or other types of group activities shall be deposited and expended through the school bank. These organizations shall be subject to the official supervision of the official in charge of the school or a designated official i.e. sponsor.

All clubs, organizations, committees and enterprise accounts shall be under the official supervision of the officer in charge of the school.

USA000936

## PLAN OF OPERATIONS



A plan of operations is required for <u>ALL</u> organizations that have an account at the Student Bank. Every TWO years, your organization will be responsible for submitting a new plan of operations unless changes are made. In this case, a new plan of operations is due immediately.

A Plan of operations shall be written and approved by members of each organization. This plan shall state the title, the purpose, membership eligibility and requirements, and details of operations such as, election of officers, schedule of meetings, fundraising and production activities, exact use of funds or product, and the accounting system. The plan must include provisions for payment of withdrawals that are outstanding after the duly elected officers have left school. Provision shall also be made for and audit of the clubs account if the sponsorship changes during the school year.

The plan of operations once finalized will then need to be approved and signed by the following:

STUDENT CLUBS:                       CAMPUS
ORGANIZATIONS:
University President                  University President
Chief of Finance                     Chief of Finance
Student Senate President             Immediate Supervisor

The Student Bank reserves the right to request a new plan of operations at any given time.

**<u>Note:</u> A plan of operations shall not be required of a school group which organizes temporarily to raise funds by means of one project.**



# SIGNATURE CARDS

All clubs, organizations, and committees must have a signature card on file at the Student Bank before any business can be conducted. A student club will have four officers and two sponsors. A Campus Organization/Committee will need to have the minimum requirement of three signers.

If a member resigns, a copy of any letters of resignation must be turned into the Student Bank. If any other changes occur, such as adding a member, deleting a member or changing the organization name, or closing the account, then a new signature card needs to be signed and meeting minutes must be provided stating the new information.

A new signature card will be submitted every school year regardless of changes or no changes.

Only the signers on this card will be given account information, with the exception of the official in charge requesting a balance.

The official in charge of the school has the authority to be the second signer on a withdrawal request in an emergency. Ex...sponsors are out of town.



# SPONSORS

The sponsor/sponsors shall be responsible for conducting the activities in conformance with the plan of operations, but shall require the students to carry out the operation.  The sponsor/sponsors shall not be required to handle or account for activity funds, but should give adequate instructions and supervision for proper handling and accounting of funds by the designated student officers.

The sponsor/sponsors of a club should be a school employee. However, the official in charge of the school has the authority to designate a non-employee to be a sponsor as long as it is stated in writing and submitted to the Student Bank.



# MEETING MINUTES

All Student clubs must provide meeting minutes when presenting a bank withdrawal request.  They should be neatly typed, contain the names of member present at the meeting, and outline the unanimous authorization of funds from the clubs account.

USA000940



# WITHDRAWAL REQUESTS

A withdrawal request is a form that a club, organization or committee can pick up at the Student Bank for the purpose of withdrawing funds from their account. Each withdrawal is numbered and can be used for either a cash withdrawal or check withdrawal or both. If more than one check is requested, attach another sheet of paper and list all additional checks needed.

All withdrawals require **TWO** signatures. One signature is the sponsor and the other signature is an authorized signer per the signature card or plan of operations. Campus organizations will require two authorized signers per their signature card.

If your club, organization or committee fills out a withdrawal request for a check, the check will be available the **NEXT** business day. Invoices should accompany these requests.

If a check is being requested for reimbursement purposes, the receipts must accompany the withdrawal request. Reimbursements are done by check **ONLY.**

Purchases should **NOT** be made prior to requesting a withdrawal form from the Student Bank. The proper procedure is to get the withdrawal request for funds and then if those funds are exceeded, a reimbursement will be deemed necessary.

## IMPORTANT:

**ANY WITHDRAWAL REQUEST THAT HAS NOT BEEN CLEARED WITHIN 30 DAYS WILL CAUSE THE CLUB, ORGANIZATION OR COMMITTEE ACCOUNT TO BE SUSPENDED AND NO ACTIVITY WILL BE ALLOWED. NO EXCEPTIONS!!!!!**



# RECEIPTS

When a withdrawal is made from a club, organization or committee account, the person that signs for the cash or check(s) will be held accountable for supplying the receipts/invoices that prove the funds were used for the purpose intended as stated on the withdrawal request. The date and purchased items on the receipts **MUST** correspond with the information on the withdrawal request.

If there are several receipts, they **MUST** be neatly taped onto a sheet of paper, to ensure proper verification. The bank will **NOT** accept them otherwise. If receipts are lost, the person that signed the withdrawal request will be held accountable for either obtaining another receipt or paying the cash to clear the withdrawal. **NO HANDWRITTEN RECEIPTS WILL BE ACCEPTED!!!!!**

Receipts/invoices should equal the amount withdrawn from the account. If the receipts/invoices equal less than is stated on the withdrawal request, then the remaining cash needs to be deposited back into the club, organization or committee account. If the receipts/invoices equal more than stated on the withdrawal, the club, organization or committee can request another withdrawal for a reimbursement.

All receipts presented to the Student Bank must be for the purpose stated on the withdrawal request i.e., if a gas receipt is presented and it is not listed as the purpose for the use of the funds then this receipt will **NOT** be accepted.



# FUNDRAISING

All fundraising activities must be approved by the club's membership and so stated in the minutes. All of the proceeds from the fundraising activity must be deposited into the club, organization or committee's account at the Student Bank as soon as possible.

The student activities authorized by their approved plans of operation to conduct entertainments, concerts, athletic events, etc., shall charge out pre-numbered admission tickets issued in numerical sequence to the individuals designated to sell tickets. Season tickets shall be serially numbered and a record kept of all sales. Total proceeds of such activities, including those acquired as profits from enterprise activities (such as sporting events), shall be deposited as received by the treasurer of the association or by other individuals authorized to make deposits.

USA000943



## DEPOSITS

The Student Bank will fill out the pre-numbered deposit slips for
**ALL** clubs, organizations and committees. Make sure that
whoever is presenting the deposit has counted the deposit items
and is aware of how much is being deposited. The bank will retain
the original white copy and the duplicate yellow copy will be
returned to the club, organization or committee for their records.

Any funds being deposited into the Student Bank must have a
credit reason. This means, the source in which the funds came
from. Ex...taco sale, donation etc...This information will be
documented on the deposit slip for audit and referral purposes.

The Student Bank does **NOT** accept personal checks. If a club,
organization or committee accepts personal checks, and said check
is returned as unpaid for any reason, the club, organization or
committee will be charged for the amount of the check and any fee
associated with the transaction. The check will then be returned to
the club for collection.

If you have an abundance of coin that will be deposited, the club,
organization or committee will be responsible for rolling the coin
in the proper increments. The bank has coin wrappers available.

USA000944

## INACTIVE ACCOUNTS



Accounts which do not reflect any activity for a period of one year are considered inactive and the funds will be transferred upon approval of the official in charge of the school to an activity account.

The exception to this rule would be if the approved plan of operations for said club, organization or committee has stated contrary provisions.

USA000945



## MONTHLY BANK STATEMENTS

Statements will be sent to the sponsor and their respective managers each month. The managers will be responsible for reviewing club bank statements in which their employees are sponsors and/or signers.

Managers will be responsible for periodically reviewing withdrawals to maintain accountability of their respective department.

A statement will be available upon request at any time.

### CREDIT LINES ARE PROHIBITED



## ENTERPRISE ACCOUNTS

Enterprise accounts must follow all policies/procedures set forth by the Student Bank. The day to day management of any enterprise account shall be under the direction of the official in charge of the school or a designated official. Care shall be taken to ensure that such enterprises do not interfere with the designated mission of the school, the education program. Each program shall comply with applicable health and safety standards.

It is the responsibility of the person in charge of the enterprise account to provide monthly operations statements to the Chief of Finance. These reports will be reviewed then retained in the appropriate file in the Student Bank.

Monthly credit card receipts will be turned into the Student Bank for credit.

Cash drawers will be dual controlled at the end of each business day and a balance sheet will be submitted with the daily deposit to the Student Bank.

An inventory tracking log must be maintained to reflect all inventory received. Inventory balances must be performed monthly and confirmed via inspection. Two signatures **ARE** required to maintain integrity of internal controls.

### CREDIT LINES ARE PROHIBITED

## PERSONAL STUDENT ACCOUNTS



All students are encouraged to open and maintain an account with the Student Bank.

A signature card is required to open an account. The purpose of the signature card is to have the information needed to contact a student of monies not claimed at the end of each school year.  Immediate and aggressive action shall be taken to locate the depositor and forward the balance of the account.  For amounts of $1.00 or less, one attempt shall be made to locate the depositor.  If the depositor is not located, the account may be closed by transferring the balance to the general student activity fund subject to claim and payment any time requested by the student.  For amounts of more than $1.00, locator action shall be actively pursued for a reasonable period in relation to the amount after which the balances of such accounts may be disposed of in the same manner as those of less than a $1.00.  Payment of all claims from individual depositors against this fund shall be subject to approval of the official in charge of the school.

There is no minimum balance to open an account. This is your money that the Student Bank is responsible for safekeeping. There are **NO** fees, minimum balance or ATM cards. You can take your account to a zero balance and it will remain open for deposits and withdrawals throughout the school year.

You will receive monthly statements and you can request a statement at any time.

**NOTE:** The Student Bank does **NOT** accept personal checks.

USA000948

# EXHIBIT 16

USA000949



# United States Department of the Interior
**BUREAU OF INDIAN EDUCATION**
**HASKELL INDIAN NATIONS UNIVERSITY**
Office of the President
Lawrence, Kansas 66046-4800
Phone: (785)749-8497   Fax: (785)749-8411



## MEMORANDUM

To:         Beverly Fortner – President, Haskell Student Senate
            Brenda Schildt – Acting Vice-President for University Services

Cc:         Steve Byington – Finance

From:       Dr. Venida Chenault, President   VChenault

Subject:    Student Fee Distribution Proposal

Date:       November 7, 2014

After conducting a review of the distribution of the student fee revenue, it is being proposed that a change be made in the distribution of student activity fees. Currently, these funds are distributed to Student Activities and the Indian Leader Association.

It is recommended that student fees also be used to properly support student governance and leadership by ensuring the Haskell Student Senate and its *sanctioned* Clubs and Organizations benefit from the student activity fees, as well as Student Activities and the Indian Leader Association.

This memo provides direction for the distribution of Student Fees collected each semester and changes that would be required to implement this recommendation. Student fees are to be used to support student activities that enrich and enhance student life at Haskell. These funds would be issued to Student Senate (1/3), Student Activities (1/3) and Indian Leader Association. Currently, Student Activities receives 2/3, Indian Leader Association 1/3 and Student Senate receives zero.

The Bursar's Office is responsible for the collection of student activity fees, with monthly disbursements of fees collected throughout the year. The amount distributed is based on total student enrollment and the student activity fee. Based on a sample enrollment of 750 students per semester and the fee of $35.00 per student, this would total $52,500 annually.

Upon a favorable vote of the Student Senate this proposal would be implemented and changes would be made effective Spring 2015.

The change would result in fee revenue being divided equally between Student Senate, the Indian Leader Association and Student Activities. The revenue amounts will vary each semester based on the number of enrolled students and fees collected.

This change in distribution will provide needed resources to support student governance, as represented by the Student Senate and the clubs and organizations that comprise the Senate. It will be the responsibility of the Student Senate to develop processes to properly administer the funds; requesting funds and awarding funds and ensuring these funds enhance the experiences of all Haskell students. These processes are required and must be in place in order to implement this change.

1884 – 2014
Celebrating 130 Years of Indian Education and Resilience

USA000950

**Student Senate message**



## HINU Student Government Association
August 17, 2020 at 3:15 PM · 🌐

### AUG 17, 2020

# Message to all SGA Student Organizations of 2019-2020

 As we addressed earlier, the Executive Board will not sanction any SGA Student Organizations (StuOrg.) until we resume safe in-person learning, and when it is 100% for large gatherings to continue. However, if a StuOrg. wants to be virtually active throughout the semester, that is a decision the StuOrg. will have to make for itself. **Since sanctioning will be not be happening, you are not bound by SGA rules and procedures.**

This Thursday, StuOrgs will have a chance to advertise and interact with incoming students at a Zoom meet-and-greet. If your StuOrg. is interested, please email Dr. Freda Gipp (fgipp@haskell.edu)

2 of 3

3 of 3



## HINU Student Government Association
August 17, 2020 at 2:56 AM · 🌐

USA000951

## Re: Indian Leader Funding

Byington, Steve K <steve.byington@BIE.EDU>
Tue 10/27/2020 10:35 AM
To:  Prue, Stephen C <stephen.prue@BIE.EDU>

Jeri says they have access to their funding but no payroll has been submitted since the summer.

Steve Byington
Finance Specialist
Haskell Indian Nations University
Office: (785)830-2780  Fax: (785)830-2760
steve.byington@bie.edu

---

**From:** Byington, Steve K <steve.byington@BIE.EDU>
**Sent:** Tuesday, October 27, 2020 10:32 AM
**To:** Prue, Stephen C <stephen.prue@BIE.EDU>
**Subject:** Re: Indian Leader Funding

Jeri and I are separating the $35 Activity Fee this semester so the funding will be transferred into their account.  I am not aware of any restrictions to their account.  I will check with Jeri to see when the last batch of checks was written for their writers.  They are not sanctioned this semester because SGA decided against sanctioning any groups this semester.

Steve Byington
Finance Specialist
Haskell Indian Nations University
Office: (785)830-2780  Fax: (785)830-2760
steve.byington@bie.edu

---

**From:** Prue, Stephen C <stephen.prue@BIE.EDU>
**Sent:** Tuesday, October 27, 2020 10:27 AM
**To:** Byington, Steve K <steve.byington@BIE.EDU>
**Subject:** Indian Leader Funding

Steve,

Please update me on the Indian Leader's funding. Are they sanctioned and funded? The article in the LJ World indicates they are not funded.

USA000952

https://www2.ljworld.com/news/general-news/2020/oct/26/haskell-president-warns-student-editor-against-attacks-threatens-discipline-groups-denounce-action-as-first-amendment-violation/



## Haskell president warns student editor against 'attacks,' threatens discipline; groups denounce action as First Amendment violation

The editor in chief of the student newspaper at Haskell Indian Nations University says the university president is threatening his First Amendment rights and teaching Native American scholars that they don't have voices.

www2.ljworld.com

Stephen Prue
Special Assistant
Haskell Indian Nations University

*Our Mission at **Haskell Indian Nations University** is to build the leadership capacity of our students by serving as the leading institution of academic excellence, cultural and intellectual prominence, and holistic education that addresses the needs of Indigenous communities.*

USA000953

## Fw: Indian Leader Payroll and Financial Document Request

Steven Byington <sbyington@HASKELL.edu>
Thu 2021-04-01 3:24 PM
**To:** Byington, Steve K <steve.byington@BIE.EDU>; Melanie Daniel <mdaniel@HASKELL.edu>

📎 1 attachments (262 KB)
ILA Fall 2020 Expense Report.pdf;

Attached is the last withdrawal request from Indian Leader for Fall 2020.

---

**From:** Jared Nally <jared.nally@HASKELL.edu>
**Sent:** Friday, January 8, 2021 12:44 PM
**To:** jeri.sledd@bie.edu <jeri.sledd@bie.edu>; Jeri Sledd <jsledd@HASKELL.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Indian Leader Payroll and Financial Document Request

aya Jeri,

I've attached the Indian Leader Association's pay roll to this email. Please let me know if I need to provide anything else to have our writers and photographers paid for their work for the fall semester.

Several times this semester (September 3rd, September 10th, and October 19th) I've attempted to engage you and the student bank to receive balance statements of the Indian Leader Association's student bank account—I am attempting again to ask you to please provide all past statements for our account for last year, 2020. This is crucial information for the planning of Indian leader Association activities.

I would also like to affirm whether or not HINU approved and acknowledged the Indian Leader Association's Plan of Operations sent to you on September 3rd.

I appreciate your cooperation in assisting the Indian Leader Association in their financial operations.

-Jared Nally, Editor-In-Chief

Get Outlook for iOS

USA000954

**Fall 2020 Indian Leader Association Expense Report**

Jared E. Nally, Editor

Jayde Lanham, Secretary/Treasurer

The Indian Leader Association

Haskell Indian Nations University

155 Indian Ave. Box #4999

Lawrence, KS 66046

USA000955

The following are the fall 2020 semester expenses for the Indian Leader Association ending on December 31, 2020. Applicable receipts and invoices are included in the appendix.

## Fall 2020 Expenses

| Item Description | Qty | Rate | Total |
|---|---|---|---|
| Arquette, Zachary | | | |
| *Article*: "New Mural Honors Wetlands..." | 938 | $0.10 | $93.80 |
| *Photography* : "New Mural Honors Wetlands..." | 3 | $5 | $15 |
| | | *Total* | *$108.80* |
| Banks, Tyran | | | |
| *Video*: "Interviews with Haskell Student..." | 1/2 | $15 | $7.50 |
| | | *Total* | *$7.50* |
| Begay, Delilah | | | |
| *Video*: "HINU Online Learning" | 1/3 | $15 | $5 |
| | | *Total* | *$5* |
| Bointy, Kayla | | | |
| *Distribution Manager Pay* | 1 | $50 | $50 |
| *Article*: "Graduating HINU Student..." | 485 | $0.10 | $48.50 |
| | | *Total* | *$98.50* |
| Chickaway, Shayla | | | |
| *Video*: "HINU Online Learning" | 1/3 | $15 | $5 |
| | | *Total* | *$5* |

USA000956

FALL 2020 EXPENSE REPORT                                                    3

Lanham, Jayde

| | | | |
|---|---|---|---|
| *Secretary/Treasurer Pay* | 1 | $50 | $50 |
| *Article*: "Student Responses to Presidential..." | 320 | $0.10 | $32.00 |
| | | *Total* | *$82.00* |

MacDonald, Connor

| | | | |
|---|---|---|---|
| *Assistant Editor Pay* | 1 | $50 | $50 |
| *Reimbursement*: Monthly Adobe License (Appendix) | 3 | $31.49 | $94.47 |
| | | *Total* | *$144.47* |

Manygoats, Alexander

| | | | |
|---|---|---|---|
| *Video*: "Interviews with Haskell Student..." | 1/2 | $15 | $7.50 |
| | | *Total* | *$7.50* |

Nally, Jared

| | | | |
|---|---|---|---|
| *Editor Pay* | 1 | $50 | $50 |
| *Article*: "Study Body President Steps Down" | 203 | $0.10 | $20.30 |
| *Article*: "Member of the Haskell Family..." | 113 | $0.10 | $11.30 |
| *Article*: "Curtis Worker Nia Schexnider..." | 120 | $0.10 | $12.00 |
| *Article*: "Change the Mascot?" | 208 | $0.10 | $20.80 |
| *Article*: "KC Football Honoree.." | 217 | $0.10 | $21.70 |
| *Article*: "Veterans Day Celebration" | 191 | $0.10 | $19.10 |
| *Article*: "The Indian Leader Wins..." | 110 | $0.10 | $11.00 |
| *Article*: "6th Grader Seeks Help..." | 396 | $0.10 | $39.60 |

FALL 2020 EXPENSE REPORT                                                                4

| | | | |
|---|---|---|---|
| *Article*: "It's Not Just $475" | 763 | $0.10 | $76.30 |
| *Article*: "Native Author to Release..." | 270 | $0.10 | $27.00 |
| *Article*: "Haskell Alumni Involved in..." | 207 | $0.10 | $20.70 |
| *Article*: "President Supports Athletic..." | 288 | $0.10 | $28.80 |
| *Article*: "New Leadership in Women's..." | 259 | $0.10 | $25.90 |
| *Article*: "Haskell Instructor Honored..." | 301 | $0.10 | $30.10 |
| *Article*: "Native Themed Sports Mascots..." | 414 | $0.10 | $41.40 |
| *Photography*: "KC Football Honoree..." | 3 | $5 | $15 |
| *Photography*: "Veterans Day Celebration" | 3 | $5 | $15 |
| *Photography*: "President Supports Athletic..." | 1 | $5 | $5 |
| *Photography*: "Haskell Instructor Honored..." | 2 | $5 | $10 |
| *Video*: "KC Football Honoree..." | 1 | $15 | $15 |
| | | *Total* | *$519* |
| Sloan, Makayla | | | |
| *Article*: "Quarantine Creations..." | 519 | $0.10 | $51.90 |
| | | *Total* | *$51.90* |
| Walters, Christian | | | |
| *Video*: "HINU Online Learning" | 1/3 | $15 | $5 |
| | | *Total* | *$5* |
| | | *Grand Total* | *$1,034.67* |

USA000958

FALL 2020 EXPENSE REPORT                                                      5

**Appendix**

USA000959



**Adobe**

## INVOICE

Adobe Inc.
345 Park Ave
San Jose, CA 95110

| | |
|---|---|
| Reprint | Page 1 of 1 |
| **Invoice Number:** | 1220905622 |
| **Invoice Date:** | JUL-03-20 |
| **Payment Terms:** | Credit Card |
| **Due Date:** | JUL-10-20 |
| **Purchase Order:** | ADD051216981 |
| **Contract No** | 00004490 |
| **Order Number:** | 7016866901 |
| **Order Date:** | JUL-03-20 |
| **Customer No.:** | 1452233 |
| **Bill to No.** | 1209578935 |

**Adobe Contact Information:**
https://helpx.adobe.com/contact.html

**Bill To:**
Connor MacDonald
PII

| Line No. | Material No / Description | UOM | Unit Price | Qty | Extended Price |
|---|---|---|---|---|---|
| 000010 | 65183258 | EA | 31.49 | 1 | 31.49 |
| | InDesign ALL MLP DSP Re: Inv 01 mnth MUN 1 MO DSP | | | | |

| North America | | Invoice Totals | | | | |
|---|---|---|---|---|---|---|
| | | S & H | Sales Tax | Currency | Qty Shipped | Invoice Total |
| | | 0.00 | 0.00 | USD | 1 | 31.49 |

Comments:

USA000960

## INVOICE



**Adobe**

Adobe Inc.
345 Park Ave
San Jose, CA 95110

| | |
|---|---|
| Reprint | Page 1 of 1 |
| **Invoice Number:** | 1236658011 |
| **Invoice Date:** | AUG-03-20 |
| **Payment Terms:** | Credit Card |
| **Due Date:** | AUG-10-20 |
| **Purchase Order:** | ADD051216961 |
| **Contract No** | 00004490 |
| **Order Number:** | 7016866901 |
| **Order Date:** | JUL-03-20 |
| **Customer No.:** | 1452233 |
| **Bill to No.** | 1209578935 |

**Adobe Contact Information:**
https://helpx.adobe.com/contact.html

**Bill To:**
Connor MacDonald

PII

| Line No. | Material No / Description | UOM | Unit Price | Qty | Extended Price |
|---|---|---|---|---|---|
| 000010 | 65183258 | EA | 31.49 | 1 | 31.49 |
| | InDesign ALL MLP DSP Ret Inv 01 mnth MUN 1 M/O DSP | | | | |

**North America**

**Invoice Totals**

| | S & H | Sales Tax | Currency | Qty Shipped | Invoice Total |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | USD | 1 | 31.49 |

Comments:

USA000961

## INVOICE



Adobe Inc.
345 Park Ave
San Jose, CA 95110

| | |
|---|---|
| Reprint | Page 1 of 1 |
| **Invoice Number:** | 1253404678 |
| **Invoice Date:** | SEP-03-20 |
| **Payment Terms:** | Credit Card |
| **Due Date:** | SEP-10-20 |
| **Purchase Order:** | ADD051216981 |
| **Contract No** | 00004490 |
| **Order Number:** | 7016866901 |
| **Order Date:** | JUL-03-20 |
| **Customer No.:** | 1452233 |
| **Bill to No.** | 1209578935 |

**Bill To:**
Connor MacDonald

**PII**

**Adobe Contact Information:**
https://helpx.adobe.com/contact.html

| Line No | Material No / Description | UOM | Unit Price | Qty | Extended Price |
|---|---|---|---|---|---|
| 000010 | 65183258 | EA | 31.49 | 1 | 31.49 |
| | InDesign ALL MLP DSP Ret Inv 01 mnth MUN 1 MO DSP | | | | |

| North America | | | | | |
|---|---|---|---|---|---|
| | **Invoice Totals** | | | | |
| | S & H | Sales Tax | Currency | Qty Shipped | Invoice Total |
| | 0.00 | 0.00 | USD | 1 | 31.49 |

Comments:

## Re: Indian Leader Payroll and Financial Document Request

Jeri Sledd <jsledd@HASKELL.edu>

Mon 1/11/2021 2:09 PM

**To:** Jared Nally <jared.nally@HASKELL.edu>; jeri.sledd@bie.edu <jeri.sledd@bie.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>

◊ 1 attachments (595 KB)
ILA 2020 statement0001.pdf;

Jared,

I have received your request for checks to cut for the ILA staff. I will just need to have both you and Rhonda concur to the withdrawal of funds so that I can attach the email to a withdrawal slip in lieu of signatures.

I have also attached your 2020 statement of account. Please let me know if you have questions.

I am on campus daily now and I will read the plan of operations and forward them to the appropriate signers. Once it has been signed, I will forward you a copy.

Let me know if you need further assistance.

Jeri Sledd
Haskell Indian Nations University
785-749-8435
Student Bank
----------------------------------------------------------------

**From:** Jared Nally <jared.nally@HASKELL.edu>
**Sent:** Friday, January 8, 2021 6:44 PM
**To:** jeri.sledd@bie.edu <jeri.sledd@bie.edu>; Jeri Sledd <jsledd@HASKELL.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Indian Leader Payroll and Financial Document Request

aya Jeri,

I've attached the Indian Leader Association's pay roll to this email. Please let me know if I need to provide anything else to have our writers and photographers paid for their work for the fall semester.

Several times this semester (September 3rd, September 10th, and October 19th) I've attempted to engage you and the student bank to receive balance statements of the Indian Leader Association's student bank account—I am attempting again to ask you to please provide all past statements for our account for last year, 2020. This is crucial information for the planning of Indian leader Association activities.

I would also like to affirm whether or not HINU approved and acknowledged the Indian Leader Association's Plan of Operations sent to you on September 3rd.

USA000963

1/11/21 at 13:14:53.45

**Student Bank**
**Vendor Ledgers**
**For the Period From Jan 1, 2020 to Dec 31, 2020**

Filter Criteria includes: 1) IDs: 23258. Report order is by ID.

| Vendor ID<br>Vendor | Date | Trans No | Type | Paid | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 23258 | 1/1/20 | Balance Fwd | | | | | 5,601.71 |
| INDIAN LEADER ASSOC | 2/6/20 | 053006 | CDJ | | 70.00 | | 5,531.71 |
| | 2/21/20 | 0417347 | CRJ | * | | 30.00 | 5,561.71 |
| | 2/24/20 | 68432 | CDJ | | 100.20 | | 5,461.51 |
| | 2/24/20 | 68433 | CDJ | | 145.00 | | 5,316.51 |
| | 2/24/20 | 68434 | CDJ | | 66.50 | | 5,250.01 |
| | 2/24/20 | 68435 | CDJ | | 343.20 | | 4,906.81 |
| | 2/24/20 | 68436 | CDJ | | 50.00 | | 4,856.81 |
| | 2/24/20 | 68437 | CDJ | | 55.00 | | 4,801.81 |
| | 2/24/20 | 68438 | CDJ | | 29.50 | | 4,772.31 |
| | 2/24/20 | 68439 | CDJ | | 21.10 | | 4,751.21 |
| | 2/24/20 | 68440 | CDJ | | 398.48 | | 4,352.73 |
| | 2/24/20 | T2JDSTRF224 | CRJ | | | 3,531.67 | 7,884.40 |
| | 2/26/20 | 053027 | CDJ | | 100.00 | | 7,784.40 |
| | 2/28/20 | 0417384 | CRJ | | | 26.47 | 7,810.87 |
| | 3/4/20 | 053033 | CDJ | | 80.00 | | 7,730.87 |
| | 3/5/20 | 68579 | CDJ | | 40.00 | | 7,690.87 |
| | 3/5/20 | 68580 | CDJ | | 192.70 | | 7,498.17 |
| | 3/5/20 | 68581 | CDJ | | 97.70 | | 7,400.47 |
| | 3/5/20 | 68582 | CDJ | | 154.50 | | 7,245.97 |
| | 3/5/20 | 68583 | CDJ | | 166.90 | | 7,079.07 |
| | 3/5/20 | 68584 | CDJ | | 95.60 | | 6,983.47 |
| | 3/5/20 | 68585 | CDJ | | 44.80 | | 6,938.67 |
| | 3/5/20 | 68586 | CDJ | | 63.70 | | 6,874.97 |
| | 3/10/20 | 0417418 | CRJ | | | 15.64 | 6,890.61 |
| | 5/26/20 | 68928 | CDJ | | 5.00 | | 6,885.61 |
| | 5/26/20 | 68929 | CDJ | | 54.40 | | 6,831.21 |
| | 5/26/20 | 68930 | CDJ | | 62.30 | | 6,768.91 |
| | 5/26/20 | 68931 | CDJ | | 192.10 | | 6,576.81 |
| | 5/26/20 | 68932 | CDJ | | 286.40 | | 6,290.41 |
| | 5/26/20 | 68933 | CDJ | | 50.00 | | 6,240.41 |
| | 5/26/20 | 68934 | CDJ | | 50.00 | | 6,190.41 |
| | 5/26/20 | 68935 | CDJ | | 27.10 | | 6,163.31 |
| | 5/26/20 | 68936 | CDJ | | 5.00 | | 6,158.31 |
| | 5/26/20 | 68937 | CDJ | | 95.30 | | 6,063.01 |
| | 5/26/20 | 68938 | CDJ | | 1,472.44 | | 4,590.57 |
| | 7/24/20 | 68982 | CDJ | | 112.50 | | 4,478.07 |
| | 7/24/20 | 68983 | CDJ | | 340.20 | | 4,137.87 |
| | 7/24/20 | 68984 | CDJ | | 137.10 | | 4,000.77 |
| | 7/24/20 | 68985 | CDJ | | 81.70 | | 3,919.07 |
| | 7/24/20 | 68986 | CDJ | | 32.20 | | 3,886.87 |
| | 7/24/20 | 68987 | CDJ | | 24.50 | | 3,862.37 |
| | 7/24/20 | 68988 | CDJ | | 57.00 | | 3,805.37 |
| | 7/24/20 | 68989 | CDJ | | 338.10 | | 3,467.27 |
| | 7/24/20 | 68990 | CDJ | | 66.00 | | 3,401.27 |
| | 7/24/20 | 68991 | CDJ | | 50.00 | | 3,351.27 |
| | 7/24/20 | 68992 | CDJ | | 50.00 | | 3,301.27 |
| | 7/24/20 | 68993 | CDJ | | 37.60 | | 3,263.67 |
| | 7/24/20 | 68994 | CDJ | | 37.30 | | 3,226.37 |
| | 7/24/20 | 68995 | CDJ | | 36.90 | | 3,189.47 |
| | 7/31/20 | 69004 | CDJ | | 430.00 | | 2,759.47 |
| | 8/7/20 | T2JDSTRF080 | CRJ | | | 4,526.00 | 7,285.47 |
| | 10/29/20 | T2JDSTRF102 | CRJ | | | 653.34 | 7,938.81 |
| **Report Total** | | | | | 6,446.02 | 8,783.12 | 7,938.81 |

↰ Reply all  ⌄    🗑 Delete   ⃠ Junk   Block   ⋯

## Fall 2020 Pell Grant Activity Fees

BK    **Byington, Steve K**    🗑 👍 🗨 ↰ ↩ → ⋯
Tue 3/2/2021 11:51 AM
**To:** Graham, Ronald J; Franklin, Mona

There was $7280 total Activity Fees collected from Pell Grant in Fall 2020 so the Indian Leader, Recreation, and Student Senate will each receive $2,426.67.  This will likely be completed this week.


*Steve Byington*
Finance Specialist

*Bureau of Indian Education*
Haskell Indian Nations University
155 Indian Ave
Lawrence KS  66046
Office (785) 830-2780
Fax (785) 830-2760

Website: www.haskell.edu


Reply    Reply all    Forward

↩ Reply all  ⌄    🗑 Delete   ⊘ Junk   Block   ⋯

## Fw: [EXTERNAL] Re: Sanctioned Clubs

ⓘ    You forwarded this message on Tue 3/9/2021 4:12 PM

BK    Byington, Steve K                                    🗑  👍  🗯  ↩  ↩  →  ⋯
      Wed 3/3/2021 11:18 AM
      To: Franklin, Mona

      ┌─────────────────────────────────────┐
      │      clubs.pdf                       │
      │      2 MB                            │
      └─────────────────────────────────────┘

*Steve Byington*
Finance Specialist

*Bureau of Indian Education*
Haskell Indian Nations University
155 Indian Ave
Lawrence KS  66046
Office (785) 830-2780
Fax (785) 830-2760

Website: www.haskell.edu

---

**From:** Jeri Sledd <jsledd@HASKELL.edu>
**Sent:** Wednesday, March 3, 2021 10:30 AM
**To:** Byington, Steve K <steve.byington@BIE.EDU>
**Subject:** [EXTERNAL] Re: Sanctioned Clubs

┌─────────────────────────────────────────────────────────────────────┐
│  **This email has been received from outside of DOI - Use caution before clicking on links,** │
│               **opening attachments, or responding.**                 │
└─────────────────────────────────────────────────────────────────────┘

Not the Student Bank, but Student Senate does. Please see attached.

Jeri

---

**From:** Byington, Steve K <steve.byington@BIE.EDU>
**Sent:** Tuesday, March 2, 2021 11:32 PM
**To:** Jeri Sledd <jsledd@HASKELL.edu>
**Subject:** Fwd: Sanctioned Clubs

USA000966

Recieved 1/28/15




# Haskell Indian Nations University
## Guidelines for Registration of Clubs / Organizations

### General Statement
All clubs and organizations at Haskell Indian Nations University are required to register with the Haskell Student Senate. Registration provides for official recognition as a group, use of University facilities and services, and the coordination and communication of the group's activities with the campus administration and other student groups.

### Classification
The following types of organizations are eligible to register with Haskell Indian Nations University through the Haskell Student Senate:

1. *Residential Halls*: organized living groups and their associations;
2. *Academic*: groups related to academic discipline or interest of the University;
3. *Religious*: groups affiliated with or promoting religion, religious beliefs, or lack thereof;
4. *Common Interest*: groups formed for social interaction to promote or relate to a defined interest.

### Responsibilities of Student Clubs / Organizations
Each student group must adhere to the following, which is taken from *Section IV* of the Haskell Student Senate Constitution:

1. Must have a full-time Haskell Indian Nations University Staff or Faculty as Sponsor/Advisor.
2. Must submit an Organizational Registration Application and Plan of Operations by the deadline to the Student Senate for approval.
3. Must appoint one (1) Senator and one (1) Alternate, who are in Good Academic and Social Standing, to attend meetings of the Student Senate.
4. Report major changes of their Plan of Operations to the Haskell Student Senate. Changes must be written and documented in a new version of the Plan of Operations.

### Duties of Student Senate Representatives
Each Senator must adhere to the following, which is taken from *Section I, Article G* of the Haskell Student Senate Constitution:

1. Represent their group, is aware of opinions and ideas prevalent to their respective organization and votes accordingly.
2. Serve on at least one committee per semester and stay with that committee they have chosen for the remainder of their term.
3. Relay information to their groups so that they may be informed and aware of important details given at the Haskell Student Senate meetings.
4. Present a verbal presentation and written report of their group to the Haskell Student Senate on a monthly basis.
5. Follow and abide by all other obligations and duties as detailed in the Constitution of the Student Senate.

USA000967

Role of a Sponsor/Advisor

All sponsors/advisors must provide constructive leadership to their student group, in addition to requirements regarding organizational responsibilities. This person is required to:

1. Attend as many club/organization meetings as possible, in accordance with each organization's plan of operations, constitution, or bylaws, whichever may apply.
2. Have knowledge regarding operational procedures, banking policies, and federal ethics.
3. Ensure the Senate Representative of the club/organization is attending Haskell Student Senate meetings to strengthen the communication between all clubs.

## The Registration Process

Student Clubs/Organizations must register once each academic year with Haskell Indian Nations University Student Senate. Steps 1 – 5 need to be completed by the designated deadline date. Any applications that are received after this date, without prior approval, will be referred to the General Assembly of Haskell Student Senate for a sanctioning vote.

1. Recruit at least 10 members to your group, hold a meeting, and elect officers.
2. Have the Sponsor/Advisor and Senate Representative fill out the Organizational Registration Application.
3. Complete the Signature Sheet.
4. Register with the Haskell Student Bank and submit a copy of the Organizational Registration Application with Plan of Operations attached.
5. Submit a completed and updated Organizational Registration Application with Plan of Operations attached to the Student Senate Office in Stidham Union.

## The Haskell Student Senate Executive Board will review the registration materials and determine:

1. If the group is eligible to register with Haskell Indian Nations University,
2. The group's request for classification category.
3. The responsibility for verification of membership rests with the student group and its sponsor/advisor.
4. When a student club/organization is granted official recognition (sanctioned), they will receive notice in writing (delivered to the organization's President, Senate Representative, and Alternate Senate Representative at their respective addresses as listed in the Organization Recognition Packet) and the date of the first General Assembly meeting that their Senate Representative will be required to attend.
5. Denial will be issued in writing.

Groups wishing to appeal a decision about registration status should submit a petition in writing, stating reasons why they deem their group should be sanctioned, to the Haskell Student Senate Executive Board. The petition will be presented to the General Assembly on their next meeting date and brought to a vote. A two-thirds (2/3) majority vote of the General Assembly is required to reverse the decision.

USA000968

← Reply all   ∨   🗑 Delete   ⊘ Junk   Block   ⋯

## Re: Plan of Operation: Haskell Indian Leader

**Bureau of Indian Education**
U.S. Department of the Interior
1849 C Street NW, MIB-3610
Washington, DC 20240
Cell Phone: (571) 732-7004

**Website:** www.bie.edu
**Facebook:** @BureauofIndianEducation
**Twitter:** @BureauIndianEdu

---

**From:** Franklin, Mona <mona.franklin@BIE.EDU>
**Sent:** Tuesday, March 2, 2021 4:52 PM
**To:** Jensen, Klarissa L <KLARISSA.JENSEN@BIE.EDU>
**Subject:** Plan of Operation: Haskell Indian Leader

Klarissa,

I am not sure this will be of any assistance to you, but I have included the newspaper (Indian Leader) plan of operation for the Haskell Bank.
The allegations of Haskell withholding 10K of course are inaccurate.

The reimbursable money is deposited as payments of fees (activity fees) are made throughout the academic year to the Indian Leader account. It is not a one-time deposit. Please let me know if you need any additional information from us. Thanks for your assistance.

Mona R. Franklin, MSM
Special Assistant to the President

Bureau of Indian Education
Haskell Indian Nations University
Lawrence KS 66046
Office (785) 832-6644
Cell (785) 766-0039
Fax (785) 749-8411

**Website:** www.haskell.edu
**Facebook:** @HaskellUniversity
**Twitter:** @HaskellUniversity

Reply      Forward

Haskell Indian Nations University
Indian Leader Association



I.   Purpose

The purpose of the Indian Leader Association is to provide a media outlet to serve the Haskell Indian Nations University campus and the local community by connecting mainstream or local news and cultural issues across Indian Country to the Haskell campus and community. The Indian Leader, the oldest Native American Student newspaper, is an independent student media outlet of Haskell Indian Nations University and will also serve the student body by communicating important information that impacts student academics and campus life.

The Indian Leader will produce a minimum (5) issues per semester unless authorized by the Indian Leader Association Executive Board (consisting of consensus ruling) and authorized by the Indian Leader Association Advisor.

The Indian Leader Association is published by the students of Haskell Indian Nations University. The newspaper exercises their individual rights to free speech and freedom of the press, guaranteed by the First Amendment Rights have been expressly recognized as rights, which individual students enjoy who attend Bureau of Indian Affairs school in Part 42 of Title 25 of the Code of Federal Regulations, Students' Rights and Due Process Procedures, 25 C.F.R. 42.3 (e)-(f) (1998). These basic rights have also been reaffirmed in Part II of the Code of Student Rights and Responsibilities of Haskell Indian Nations University (1998).

II.   Goals

The goals of the Indian Leader Association will be to seek the truth and report the facts for the betterment of Haskell Indian Nations University and its students. The Indian Leader Association will initiate ethical standards while reporting on issues related to the student body of Haskell Indian Nations University.

The Indian Leader Association will welcome all interested students that would like to participate.

The main goal is to promote Native American issues and provide an outlet for those stories to be told, and to provide the Haskell Indian Nations University with accurate reporting while maintaining awareness of Journalism ethics and standards.

III.   Faculty Advisor

One or more faculty advisor(s) may be appointed by Haskell Indian Nations University to assist students in the publication of The Indian Leader.

The faculty advisor may freely advise and instruct student editors and reporters in the subject of journalism and relevant professional standards, comment and critique the product of student journalists, and offer fiscal and technological guidance to the

USA000970

Indian Leader Association. The advisor may provide what assistance needed to produce the Indian Leader newspaper.

A faculty advisor may make non-binding recommendations to the student editors, which the student editors may, in their sole discretion, take into consideration in the free exercise of the independent editorial judgment. Although a faculty advisor of the Chapter may freely offer advice or assistance to the student members of the Chapter, neither the faculty advisor nor other Haskell officer or employee has the right to censor, modify in any way, the content the Association produces.

IV.     Newsroom Policy
The publication titled "The Indian Leader Newsroom and Management Guidelines" will be policy for The Indian Leader newspaper. The Indian Leader operates in the same capacity as a business; therefore, everyone will be accountable for following regulations and procedures.

The Indian Leader Association receives 1/3 of the Student Activity Fee and divided among other groups (Student Activities 1/3 and Campus Activities Association 1/3). The financial backing of the Association is kept within the Haskell Student Bank and must follow banking procedures of the institution. The organization must follow banking policies under the supervision of the Haskell Student Bank. The monetary budget must reflect only with supplies, events, newspapers, magazines or a direct cost of the Indian Leader Association and not a subsidiary group or division. The money set forth toward the Association will be authorized for withdrawal under the supervision of the Haskell banking staff.

The Indian Leader Association is also under the Haskell NAJA (Native American Journalists Association) Student Chapter. The Haskell NAJA Student Chapter allows each branch to use money obtained for the chapter for supplies related to each identified field: Indian Leader (print), Haskell News (video/multimedia).

The Indian Leader Association will allow its active members with the use of equipment: cameras, voice recorders, etc. However, if the student does not return the property of the Indian Leader Association then the penalty amount (value of the equipment) will be charged to the student's account via the Haskell Business Office, with the approval of the Indian Leader Association advisor(s).

There will be no misuse of the equipment which is the sole property of the Indian Leader Association, under the supervision of the Indian Leader Executive Board. If there is a discrepancy of misusing equipment or the mistreatment of a fellow member, then the student breaking the procedures of the Association will revoke his/her membership (with the authority of the Editor and Assistant Editor, only) and will be asked not to participate the rest of the fiscal academic year.

USA000971

If an Indian Leader Association Executive Officer does not follow the procedures of the Association, then a majority vote of the active members will take place (nominated by the Advisor, only).

### Editor –In-Chief

Requirements:  must be in good academic/social standing with at least two semesters of Indian Leader experience.

Duties:

- Direct and supervise all Indian Leader functions.
- Sets semester deadlines with faculty advisor.
- Schedules and conducts weekly staff meetings.
- Does chief reads on all copy before web and print publication. Checks stories for legal and ethical concerns.
- Administration of The Indian Leader webpage.
- Prepares layout.
- Prepares final copy and distributes to Assistant Editor and one other Executive Officer for proofing.
- Sends final copy to printer.
- Reviews and approves payroll.
- Represents The Indian Leader on campus and in the community.

The Editor will also be President of the Haskell NAJA Student Chapter. The Editor may not vote during business meetings and will only vote during a tie breaker.

### Assistant Editor

Duties:

- Supports the Editor in all Indian Leader functions.
- Does 2nd reads on all copy before web and print publication.
- Assists Editor with The Indian Leader webpage administration.
- Maintains advertising rates and fields advertising inquiries.
- Coordinates circulation and newspaper delivery to the following areas of campus:
  - Navarre Hall-Post office area, student bank area, admissions, Haskell Foundation offices, the President's office, the Registrar's office, the VP of Academics office, and financial aid.
  - Coffin Sports complex.
  - Sequoyah Hall-The Student Success Center, Dean's office (across the hall from SSC) math department (north end of building), and science department (middle, east side).
  - Ross Hall- humanities office, tables on both sides of building, Dean's office, and offices in far NE corner of building.
  - Pontiac Hall.

USA000972

- o Parker Hall-Lobby area, department of education offices, and AIS wing.
- o Tam-i-nend Hall.
- o Facilities Management office-Winnemucca Hall.
- o Blalock Hall-All common areas.
- o Roe Cloud Hall-All common areas.
- o Curtis Hall lobby.
- o Tommaney Hall (library) including technology center and common areas.
- o Blue Eagle Hall.
- o Pocahontas Hall-All common areas.
- o Student Conduct Office-Minoka Hall.
- o Winona Hall-All common area.s
- o Stidham Union-The Eagles Nest, TRiO, Purple Threads, the Counseling Center, and Student Senate office.
- o OK Hall-all common areas and student housing offices.
- o Tecumseh Hall-Student Activities and Alumni Association room downstairs.
- Responsible for any Editor duties in his/her absence.

The Asst. Editor will be required to facilitate the fundraising opportunities for the Haskell NAJA Student Chapter as they arise. The Assistant Editor may vote.

**Secretary/Treasurer:** The Secretary/Treasurer will work with the Editor to help keep the Indian Leader Association on budget by maintaining financial records as well as providing accurate accounts of each meeting.

Duties:
- Provides financial report at each meeting.
- Provides meeting minutes. Minutes should be prepared and posted to the Indian Leader Google drive within 2 days of each meeting. Notification of posted minutes will be provided to news team via email or Indian Leader staff Facebook page.
- Payroll management as follows:
  - o The Editor will submit a final copy of the newspaper to Secretary/Treasurer upon submission to printer.
  - o Secretary/Treasurer will submit prepared payroll to Editor or Assistant Editor for approval.
  - o Once approved, Secretary/Treasurer will initiate meeting to vote on payroll.
  - o Secretary/Treasurer will obtain Advisor's signature and submit payroll to the student bank.
  - o Once checks are picked up from the bank, Secretary/Treasurer will notify check recipients via email or Indian Leader staff Facebook page of where/when to get checks.

- Ensures mail is picked up from the post office and delivered to the Indian Leader office before each weekly meeting.
- Maintains voicemail box and Indian Leader Gmail providing staff with a report of the activity of each at meetings or as needed.
- Maintains Google drive documents.
- Receives and tracks advertising payments.

**Student Senate Representative:** Must attend all Student Senate Meetings and provide weekly report to news team paying particular attention to story opportunities. The Indian Leader Student Senate Representative must abstain from Student Senate voting in order to maintain an unbiased reporting position of the newspaper.

**Web/Social Media Manager:** Maintains Indian Leader social media outlets by producing daily content to Facebook and Twitter accounts.

Duties:
- Responsible for maintaining student and community engagement with the Indian Leader through social media strategies.
- Must generate at least one post per day.
- Ensures Indian Leader web stories are posted to social media in a timely manner following notification from web administrators.
- Aids in training staff on use of web page.
- Gathers photos and/or information from news team to communicate to students and Haskell community through Indian Leader social media.
- Works with Sports Editor to provide adequate representation of all Haskell teams on Indian Leader social media.
- Provides weekly report of social media engagement—number of followers, posts that provided high or particularly low engagement numbers, etc.

**Cooperative Editor:** This Editor is responsible for the production of the Indian Leader Journal magazine or other form of Indian Leader publication, outside of the newspaper. The Cooperative Editor is authorized by the Editor In Chief to work with the Association and Advisor. Any bills, invoices or decisions made by the Cooperative Editor may be vetoed by the Editor In Chief if the decision sets the budget of the Association back. The Cooperative Editor must make wise and conscious decisions for the betterment of the Association and its members. This Editor must coordinate an outside business meeting for each publication and find staff to help with the production of said publication.

**Indian Leader Writers/Reporters/Active Members:** Each student at Haskell Indian Nations University may participate with the Indian Leader Association. Active members of The Indian Leader are students who contribute to the publication of each issue of the newspaper OR social media/web content.

Executive staff listed below must have one published article in each issue in order to receive staff pay.

V.      Pay scale

| | |
|---|---|
| Editor: | $ 50.00 per newspaper |
| Asst. Editor: | $ 50.00 per newspaper |
| ~~Sports Editor:~~ | ~~$ 50.00 per newspaper~~ |
| ~~Web Editor:~~ | ~~$ 50.00 per newspaper~~ |
| Secretary/Treasurer: | $ 50.00 per newspaper |
| Student Senate Rep: | $ 50.00 per newspaper |
| Cooperative Editor: | $300.00 ½ paid midway and ½ paid after project is final |

**Articles:** Web or print $.05 per word
**Photos:** ($5.00) per <u>published</u> photo with the max limit of 3 per article. Rate includes photos published on social media. Payee must be owner of all photos provided.
**Photo Collages:** ($15.00) with permission only.
**Other social media content:** ($5.00) per published submission of original (this means created by you) creation of video, podcast, radio, audio, or infographic. Content will be reviewed on a case-by-case basis.

Additional pay may be authorized if the tasks and duties of members are related to an officer status. Officers may be authorized double pay if they reach more than 30 hours with Indian Leader Association activities, events, and responsibilities. Individual pay shall not exceed $350.00 per issue unless approved by sponsor.

VI.     Use of Funds
Funds for the operation of *The Indian Leader* will be used for the following:
- Invoices
- Office supplies
- Payroll
- Campus events conducted or sponsored by *The Indian Leader*

Requests for reimbursement will be considered, but as a general rule, requests for funds should be submitted in advance through executive staff vote, recorded in meeting minutes, and submitted to Haskell bank for withdrawal.

The individual staff member who signs for bank withdrawals will be the responsible party for the full amount of funds that includes returning receipts and unused funds. Discrepancies will be the sole responsibility of the individual handling the monies. Failure to return receipts and unused funds, regardless of whether the individual has left campus at the close of the semester, will result in a hold being placed on the responsible party's student account until funds/receipts are returned.

# The Indian Leader Newsroom Policy and Management Guide

Credits: The policy and management guide is adopted from *The University Daily Kansas* with permission and modified for *The Indian Leader.* Thanks to the *Kansas* for their input and direction.

# The Indian Leader
# Newsroom Policy and Management Guide

## Introduction

Welcome to *The Indian Leader*. The Indian Leader Newsroom Policy and Management Manual is developed to help orient students, faculty, staff, and others in the management and production of *The Indian Leader*.

*The Indian Leader Newsroom Policy and Management Guide* was approved in the Spring of 1993 by the Indian Leader Association, publishers of the Indian Leader and the Haskell Yearbook.

*The Indian Leader* is edited and published by students at Haskell Indian Junior College for the purpose of promoting the free and informed debate and discussion of (1) topics of special interest to Haskell students and alumni, (2) issues of special importance to Native Americans generally, and (3) all newsworthy topics and public issues of general interest to American citizens. The Haskell Yearbook is edited and published by students at Haskell Indian Junior CollegeNations University for the purpose of maintaining records of the previous year's events.

The Indian Leader Association is committed to improving the ability of Native Americans to determine their own destiny by providing an open public forum in which all concerned citizens, regardless of race, creed, color, sex, religion or national origin, might freely discuss the important public issues of the day. The members of the Association believe that by providing a public forum, readers and contributors alike will improve their understanding of the true meaning of leadership, citizenship and democracy in contemporary American society through an open, honest and fair-minded exchange of views.

## Ethics and Policy

Standards of conduct for staff members of *The Indian Leader* are the same as those adhered to by any responsible professional newspaper. They are outlined here as guidelines that staff members are expected to follow.

This policy manual does not describe every circumstance that could pose a problem. It does not answer every question that might arise. Instead, it is designed to establish general rules that editors, reporters and photographers are to use in reporting the news and producing the newspaper. Violation of these standards can be grounds for dismissal.

**Advance Viewing:**
Outside review of copy, photographs or artwork is not permitted unless approved in advance by the editor. For some stories, such as those that involve complex scientific information, a knowledgeable source might be asked to verify the accuracy of specific elements of the story before it is published. An entire story should never be reviewed by someone outside *The Indian Leader* staff. Check with an editor or adviser about similar situations.

**Conflicts of Interest:** The first obligation of staff members is to perform their assigned *Leader duties*. To do so, staff members, or anyone who writes for the *Leader*, must be free from any obligation to any interest other than the public's right to the distribution of news and enlightened opinion.

Staff members should exercise great care before becoming involved in any political context beyond voting. Under no circumstances may a staff member work, for pay or as a volunteer, in political organizations or campaigns.

If a relative or close friend is involved in any political activity, a staff member should tell the editors and refrain from covering or making news or editorial judgments about such a campaign or organization. Such precautions should be taken on all types of stories or photographs.

Because of the nature of the *Leader* and its readership, student politics and campus political organizations are even more likely to create the appearance of partiality than traditional political organizations. Remember that the appearance of bias is devastating to the newspaper's credibility as is actual bias.

**Other conflicts:** A *Leader* staff member may not work as a staff member, editor or contributor for any other publication or news service without the consent of the *Leader* editor. Staff members who wish to free-lance periodically for other publications also must seek permission from the editor. Any staff member who is found hiding his affiliation with another publication also must seek permission from the editor. Any staff member who is found hiding his affiliation with another publication will be dismissed.

Appearances on radio or television by *Leader* staff members may be permissible only if reported in advance to the editor. Remember, however, that only the editor may talk as a representative for the *Leader.*

**Gifts:** As journalists, the obligations of staff members are clear--gather and report the news with vigor and compassion and report it without prejudice.

Staff members must not use their positions at the *Leader* to obtain any benefit or advantage not afforded to the public generally. Staff members do not accept business-related gifts or favors, either at home or in the office.

Staff members should not accept free rooms, sample equipment or goods of any kind. Staff members may not accept free trips. Free tickets or access to events may be accepted, but only when special arrangements for the press are necessary. The press box at sporting events is an example. Editors are responsible for making certain that advantage is not being taken of certain situations. Friends or guests are not allowed to use Leader passes to events.

The *Leader* pays for tickets to entertainment events that staff members are reviewing. Books and records are accepted only as news releases and become the property of the *Leader.*

*Leader* members should not accept free meals or drinks. This does not mean that staff members cannot accept a cup of coffee or something that can be repaid later. Reporters should not, however, be wined and dined while pursuing a story. The cost of meals incurred in the course of gathering stories will be paid by the *Leader.* Generally, however, it is difficult to take accurate and complete notes while eating.

Any travel must be approved by the editor and the Association.

When in doubt, please follow the American Society of Professional Journalists code of ethics in the back of the booklet.

USA000978

# Dealing with the public

Courteous and professional treatment is afforded anyone who telephones or walks into the newsroom.

**Telephone Etiquette:** When taking messages, be sure to get the correct name and phone number.

Also include your name, the time and date the message was received. The telephone is for business use only. Do not leave this number for personal messages to be taken by any staff member or the faculty adviser.

**Complaints:** Complaints should be referred to the editor. If no editor is available, take a name and phone number and tell the person that an editor will call back. If a complaint is in any way abusive or if the staff member is threatened, write a short but thorough memo and give it to the editor.

**Corrections:** The decision to run a correction is made by the editor. When the *Leader* incorrectly has reported a story or misidentified someone in a photograph, the editor will arrange for a correction to appear promptly. It may appear on Page 1 if the story was on Page 1. Otherwise corrections will appear on Page 2. When talking to someone who has a complaint, do not verify the mistake, blame anyone, agree with anything or promise anything. Do not give your personal opinion as to what should be done. Refer the person to those mentioned above. Any staff member who makes a mistake requiring a correction must fill out a correction form and turn it in to the editor.

**News Tip:** When readers call in with news tips or photo ideas, staff members are expected to treat them with courtesy. The *Leader* encourages readers to call or to stop by the newsroom when they have story ideas. It's a way for them to let the editors know what they want to see in the paper, and those ideas often turn into the best stories and photos. Listen patiently to callers, write down the tips and thank them for calling or stopping by the newsroom.

**Letters Policy:** The *Leader* accepts letters to the editor with the understanding that the editor may edit or reject the letters. When readers bring letters to the newsroom, make sure that the letter has a signature     and a phone number.

# Police News and Obituaries

**Crime Stories:** In crime stories, description of the incident must be attributed carefully. Police records are protected in cases of libel, but they might be wrong nonetheless. Let readers know where the information came from. When the *Leader* reports that someone has been accused of a crime, the newspaper incurs the obligation to follow the case to trial and to its conclusion.

**Suspect Identification: The *Leader* does not identify suspects in crime stories unless the suspects have been charged in the court system.** An arrest does not mean a suspect has been or will be charged. Identify a person charged with a crime with age and address. Also, the term "alleged" should be used with care. "Alleged murderer" is libelous.

A suspect's race or ethnicity should not be mentioned in a story unless the information is part of a detailed description including age, height, weight, attire, and distinguishing characteristics.

**Victim's Names:** The names of juveniles, rape victims and people who have attempted suicide are not published except in circumstances approved by the editor. Consult with the editor when naming the victims of any traumatic event or violent crime.

**Here are some guidelines that staff members should use to determine whether a victim's name should be used.**

**Living or dead.** Did the victim die, or is he or she still living? If the victim survived, it is probably not a good idea to use the name, especially if it was a private individual in a common type of traumatic event. If the victim died, it lends more weight to using the name(as in an obituary).

**Juvenile or adult.** Kansas law protects the identity of juveniles involved in criminal proceedings. The same kind of protection should be given to juveniles involved in traumatic events.

**Prominence/public figure.** Is the person well known? In what context: national, regionally or locally? Determining whether someone is a public or private person should be done in the same manner as it is determined for libel.

**Newsworthiness/manner.** Is the event newsworthy enough to justify it. Unusual circumstances often are cited, but be careful not to sensationalize a tragic event needlessly.

**Rape.** As stated before, rape victim's names should not be used. Do not name the suspect of a rape until the suspect has been charged in court.

**Suicide.** Generally, names should not be used in stories dealing with suicide attempts. If the suicide was newsworthy only because it was a suicide, consider using an obituary format. Then it is appropriate to use the victim's name.

# Dealing with Sources

Staff members must identify themselves when covering any event for the *Leader,* unless the editor has given approval for reporters or photographers not to disclose their identity.

To help reporters and news sources understand what information is fair to report, under what conditions the information may be used and how that information may be obtained, complicated news gathering practices have evolved. Even among journalists, there is disagreement about defining these terms. Listed are some reporting procedures that *Leader* reporters are expected to follow.

**The Leader Policy:** Our policy is for reporters never to agree to conduct an interview in any way other than on the record, unless the editor has been consulted before the interview. There almost always is some other way to get information. Not for attribution, off the record and background (explained below) many times serve only to tie the hands of both the reporters and the newspaper. Remember, unless a specific agreement is made before the interview, the interview is on the record.

In some cases, exceptions to this policy may be justified. Again, speak to the editor for questions about this.

**On the record:** All the information and name of the news source may be used in a story. Interviews are on the record unless an agreement to the contrary is made in advance. In most cases, reporters will not

say an interview is on the record. The assumption is that if someone is talking to a reporter, the information is for the record. Sometimes out of courtesy, however, reporters should explain to people who are not used to dealing with the press that all information could be used in a story.

**Anonymous Sources:** This is information given to a reporter that can be published, but the identity of the source cannot be used. For example, a district attorney might tell a reporter of plans to move for a mistrial in a murder case. But the district attorney tells the reporter he or she can use the information as long as the reporter identifies the source only as one close to the case. This way the district attorney will not offend witnesses who may first learn about the move by reading the paper.

**Background:** This is a difficult area. Generally, background information is intended to educate and guide the reporter in writing a story, and the gist of the information can be used if the source is identified.

A writer should make clear for the reader that the writer is not the original source for the information. For example, an administrative assistant might brief reporters about the college's coming budget and the rationale behind parts of it so they will be better prepared for a news conference or a meeting later in the week.

# Reporting Standards

**Report News; Do Not Make It:** *Leader* staff members should not put themselves in situations that result in their making news or in their altering its presentation. *Leader* reporters should not ask questions during public question-and-answer forums or during public meetings, such as faculty meetings or student senate. Ask questions after the meeting or during intermission.

Likewise, the newspaper generally should not intrude into news stories with such phrases as "told the *Leader*" or "the *Leader* has learned."

**Fairness:** Any viewpoint in a story must be balanced by an opposing viewpoint. This does not mean a reporter should dig up or create controversy. But people or groups that have been criticized in a story must have a chance to respond in the same issue.

One call to obtain the other side of an issue is rarely enough. The reporter's obligation is to present a true reflection of the situation.

Do not tarnish the *Leader's* reputation by acquiring information through questionable means. If in an extreme case the editor approves an extraordinary way to get information, the story will explain how the information was obtained and why it was gathered that way.

**Cultural Sensitivity:** Be sensitive to the concerns of members of other minority groups. Realize that not all people celebrate the same holidays or have the same values. Try to stay abreast of the events that are going on in your sources' lives, no matter what race, religion or sex.

As a forum for a diverse community, the *Leader* cannot afford and will not tolerate prejudice from its staff. Racial slurs, sexual harassment and similar discriminatory misconduct will be grounds for dismissal.

USA000981

**Direct Quotes:** Except for minor grammatical errors in the speech of ordinary persons, quotations are not to be altered. The *Leader* does correct minor errors that might otherwise take on undue importance or cause the speaker to look foolish. Mispronunciations rarely should be used, even for color, as they tend to make a speaker appear inarticulate.

**Verification:** In general, do not quote from news releases, other paper's stories or news broadcasts without verifying the information or attributing it. *Leader* reporters are expected to verify information in news releases and then rewrite the releases. Information from another newspaper should be identified as being from that newspaper. Reporters should try to get quotations directly from the source instead of quoting from prepared statements. If quotations are taken from prepared statements, the story should say so. When covering a speech, reporters should try to get a copy of the text to quote the speaker accurately and talk to the speaker afterward for elaboration about specific points.

**Obscenities:** Obscenities and vulgarities should not be used simply to add color or humor. Use them sparingly and only when imperative to give a full portrayal to the reader. The number of listeners--one or two reporters as opposed to an auditorium full of people--often enters into news judgement in questions of obscenity. The editor or assistant editor decides whether to use questionable language.

# Newsroom Management

**Personnel:** The editor handles all problems in the news department. Any staff member with a complaint or scheduling conflict should talk to the editor. Suggestions are welcome.

**Mail Boxes:** Staff members will have mailboxes for messages and assignments. Staff members should check their mailboxes several times a week. They also should not let papers accumulate in their boxes.

**Phones:** Personal long-distance calls will not be tolerated. Making such call is grounds for dismissal. All long-distance calls are to be logged on the out-going telephone log.

**Travel:** Travel must be approved by the editor. Most travel should be authorized first by the Indian Leader Association.

**Materials:** The Leader provides staff with a computer and other materials to layout the paper. The Leader does not provide notebooks.

**Office Access:** Navarre Hall is open from 8-5 p.m. Staff members are expected to organize their time to reflect these hours. If you need in the building beyond specific hours, the time needs to be arranged in advance. This is for *Leader* staff and yearbook activities only. Tecumseh Hall is open at various hours. A key to Tecumseh and to the *Leader* office will be available to staff at the front desk of the library. Staff must sign keys in and out. In the event a staff member forgets to return the key to the library the Editor or sponsor must be notified. A lost key charge of $200 will be submitted to the business office under a staff member's account for lost keys.

**Maintenance:** The newsroom should be clean all the time. The public, faculty and administrators frequently visit, and the newsroom must project every aspect of professionalism. Reporters and editors are expected to clean up around computer terminal(s). Otherwise, loose notebooks and belongings will be thrown away.

Smoking is prohibited in the building. This includes the newsroom, and other offices. Keep food and beverages away from the terminals. Staff members will be responsible for any damage they cause to them.

**Newsroom Conduct:** Staff members should act as professionals in the newsroom. Less-than-professional behavior will not be tolerated and is grounds for dismissal. Alcohol and substance abuse will not be tolerated and is grounds for dismissal.

# Newsroom Procedures

**Deadlines:** They must be met. The *Leader* reporters are to complete their assignments on deadlines given by the editor. To meet our responsibilities, deadlines need to be staggered. Failure to meet a deadline on schedule is grounds for dismissal.

**Style:** The *Leader* uses *The Associated Press Stylebook*. In addition, a Leader style guide at the end of this pamphlet explains the newspaper's exceptions.

**Datelines and Bylines:** A dateline is not used on a byline unless the reporter was actually at the place named in the dateline and provided a substantial part of the information in the article from that area.

**Staff Meetings:** Staff meetings are held twice a month. Meetings should last no more than 30 minutes. The meetings are for the entire staff. Attendance is mandatory.

**Style Supplement**

**AIDS** People do not die of AIDS; they die of complications of AIDS.

**Black** Use when African-American is inappropriate or inaccurate. Capitalize in all instances when referring to people of African ancestry.

**Board of Regents** Use Board of Regents on first reference, then Regents. No apostrophe in any usage.

**chairperson** Do not use chairman or chairwoman. When possible, construct the sentence with the verb "to head" instead of chairperson. For example, "John Doe, who heads the HIJC student board, ... ."

**cities in Kansas** Do not use Kansas or Kan. after Kansas towns, unless they are likely to be confused with big cities in other states, such as Minneapolis, Kan., and Kansas City, Kan.

**coed** do not use coed to refer to a female student. More descriptive uses of the word are acceptable: coed softball, coed residence halls.

**departments** Athletic Department is uppercase, but don't capitalize academic departments (department of history) unless a word normally would be capitalized (department of English, department of History). Governmental departments appear as you normally see them: Department of the Interior.

**grade point average** on first reference, then GPA.

**Coffin Sports Complex** on first reference, the Complex.

**homecoming** It is Homecoming Day, but homecoming.

**Haskell Indian Nations University** When referring to Haskell Indian Nations University use Haskell

**Identification:** Faculty members are identified as thus, Rhonda LeValdo Instructor of Media Communications. Professors who hold distinguished or named professorships should be identified with their complete titles. Thus: John Doe, professor emeritus of history.

Haskell students are identified thus; John Doe, (Creek), Tulsa freshman. Put tribal affiliation in ( ). But, individuals should always be identified in a manner most appropriate to the context of the story.

**The Indian Leader** *Leader* on second reference.

**names** On second reference, normally use a person's last name only. First names may be used on second reference in stories about children under the age of 10. In stories about several people with the same last name, use first and last names to avoid confusion.

**newspaper names** Italicize names of newspapers and other publications.

**quotes** Avoid using colons to introduce quotes.

**Representatives and Senators** refer to AP Stylebook.

**semesters** When followed by a year, the season is capitalized. For example, Fall 1989. However, fall semester is lowercase.

**senators** Identify student senators by the groups they represent or by their position in Senate, whichever is more important. John Doe, Blalock senator.

USA000984

10

**sheriff's office** Douglas County Sheriff's Office on first reference, then sheriff's office. Refer to deputies as deputy sheriff.

**streets** Use AP Stylebook

**theater** Use this spelling except for proper names

**time** The order is time, day, place: 10 a.m. Friday in 141 Ross Hall.

**titles** In the title of a book a lecture or a play, don't capitalize an article (a, an, the), the "to" of an infinitive, a preposition with fewer than five letters, or "and" as, but, if, nor, or," unless the word is the first or the last word of the title. Capitalize the titles of all publications.

**United States** Except in quotes or editorial page copy, change America to United States and American used as an adjective to U.S. whereever the meaning is the nation, not the hemisphere. However, be reluctant to change American used as a noun to U.S. citizen; the meanings are not necessarily synonymous.

USA000985

# BUREAU OF INDIAN AFFAIRS MANUAL          62 BIAM

## EDUCATION

## POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

USA000986

BUREAU OF INDIAN AFFAIRS MANUAL                    62 BIAM 7.1
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

## 7. POST SECONDARY SCHOOL ENTERPRISES

### 7.3 Post Secondary School Enterprises

A. Enterprise accounts will be dual controlled. Including, but not limited to, reconciling cash drawers, recording daily deposits and receiving inventory.

B. Enterprise accounts will be required to submit monthly income statements to be retained in the student bank.

C. Enterprise accounts are prohibited from obtaining credit lines. (i.e. may not order any goods or supplies on credit.)

D. Independent daily reconciliation of cash register ending cash and credit receipts to sales at end of business day.

E. Independent controls on inventory will be maintained.

F. Excess cash will be deposited daily.


BUREAU OF INDIAN AFFAIRS MANUAL                    62 BIAM 8.6
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

### 8.6   Group Funds of Older Students in Larger Schools

#### B.1.   Post Secondary Sponsorship

The sponsor/sponsors shall be responsible for conducting the activities in conformance with the plan of operations, but shall require the students to carry out the operation. The sponsor/sponsors shall not be required to handle or account for activity funds, but should give adequate instructions and supervision for proper handling and accounting of funds by the designated student officers. (i.e. secured lock box/bag or locked drawer.)

The sponsor/sponsors of a club should be a school employee. However, the official in charge of the school has the authority to designate a non-employee to be a sponsor as long as it is stated in writing and submitted to the Student Bank.

USA000987

BUREAU OF INDIAN AFFAIRS MANUAL    62 BIAM 8.6
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

C.1a. Post Secondary Plan of Operation

(1A) A written plan of operations is required for <u>ALL</u> organizations that have an account at the Student Bank. Every TWO years, your organization will be responsible for submitting a new plan of operations unless changes are made. In this case, a new plan of operations is due immediately.

A Plan of operations shall be written and approved by members of each organization. This plan shall state the title, the purpose, membership eligibility and requirements, and details of operations such as, election of officers, schedule of meetings, fundraising and production activities, exact use of funds or product, and the accounting system. The plan must include provisions for payment of withdrawals that are outstanding after the duly elected officers have left school. Provision shall also be made for and audit of the clubs account if the sponsorship changes during the school year.

The plan of operations once finalized will then need to be approved and signed by the following:

STUDENT CLUBS:     CAMPUS ORGANIZATIONS:
University President     University President
Chief of Finance      Chief of Finance
VP of University Services   Immediate Supervisor
Student Senate President

The Student Bank reserves the right to request a new plan of operations at any given time.

<u>Note:</u> A plan of operations shall not be required of a school group which organizes temporarily to raise funds by means of one project.

USA000988

BUREAU OF INDIAN AFFAIRS MANUAL                              62 BIAM 8.6
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

F.  Post Secondary Signature Cards

(1) All clubs, organizations, and committees must have a signature card on file at the
Student Bank before any business can be conducted. A student club will have four
officers and two sponsors.  A Campus Organization/Committee will need to have the
minimum requirement of three signers.

If a member resigns, a copy of any letters of resignation must be turned into the Student
Bank.  If any other changes occur, such as adding a member, deleting a member or
changing the organization name, or closing the account, then a new signature card needs
to be signed and meeting minutes must be provided stating the new information.

A new signature card will be submitted every school year regardless of changes or no
changes.

Only the signers on this card will be given account information, with the exception of the
official in charge requesting a balance.

G.  POST SECONDARY MEETING MINUTES

All Student clubs must provide meeting minutes when presenting a bank withdrawal
request.  They should be neatly typed, contain the names of members present at the
meeting, and outline the unanimous authorization of funds from the clubs account.

H.  POST SECONDARY DEPOSITS

The Student Bank will fill out the pre-numbered deposit slips for **ALL** clubs,
organizations and committees.  Make sure that whoever is presenting the deposit has
counted the deposit items and is aware of how much is being deposited.  The bank will
retain the original white copy and the duplicate yellow copy will be returned to the club,
organization or committee for their records.

Any funds being deposited into the Student Bank must have a credit reason.  This means,
the source in which the funds came from. Ex…taco sale, donation etc…This information
will be documented on the deposit slip for audit and referral purposes.

USA000989

BUREAU OF INDIAN AFFAIRS MANUAL                           62 BIAM 8.6
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

The Student Bank does **NOT** accept personal checks. If a club, organization or committee accepts personal checks, and said check is returned as unpaid for any reason, the club, organization or committee will be charged for the amount of the check and any fee associated with the transaction. The check will then be returned to the club for collection.

If you have an abundance of coin that will be deposited, the club, organization or committee will be responsible for rolling the coin in the proper increments. The bank has coin wrappers available upon request.

I. POST SECONDARY WITHDRAWAL REQUESTS

A withdrawal request is a form that a club, organization or committee can pick up at the Student Bank for the purpose of withdrawing funds from their account. Each withdrawal is numbered and can be used for either a cash withdrawal or check withdrawal or both. If more than one check is requested, attach another sheet of paper and list all additional checks needed.

All withdrawals require **TWO** signatures. One signature is the sponsor and the other signature is an authorized signer per the signature card or plan of operations. Campus organizations will require two authorized signers per their signature card.

If your club, organization or committee fills out a withdrawal request for a check, the check will be available the **NEXT** business day. Invoices should accompany these requests.

If a check is being requested for reimbursement purposes, the receipts must accompany the withdrawal request. Reimbursements are done by check **ONLY.**

Purchases should **NOT** be made prior to requesting a withdrawal form from the Student Bank. The proper procedure is to get the withdrawal request for funds and then if those funds are exceeded, a reimbursement will be deemed necessary.

IMPORTANT:

ANY WITHDRAWAL REQUEST THAT HAS NOT BEEN CLEARED WITHIN 30 DAYS WILL CAUSE THE CLUB, ORGANIZATION OR COMMITTEE ACCOUNT TO BE SUSPENDED AND NO ACTIVITY WILL BE ALLOWED. NO EXCEPTIONS!!!!!

USA000990

BUREAU OF INDIAN AFFAIRS MANUAL                              62 BIAM 8.6
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

J.   Post Secondary Receipts

When a withdrawal is made from a club, organization or committee account, the person
that signs for the cash or check(s) will be held accountable for supplying the
receipts/invoices that prove the funds were used for the purpose intended as stated on the
withdrawal request.  The date and purchased items on the receipts **MUST** correspond
with the information on the withdrawal request.

If there are several receipts, they **MUST** be neatly taped onto a sheet of paper, to ensure
proper verification.  The bank will **NOT** accept them otherwise.  If receipts are lost, the
person that signed the withdrawal request will be held accountable for either obtaining
another receipt or paying the cash to clear the withdrawal.  **NO HANDWRITTEN
RECEIPTS WILL BE ACCEPTED!!!!!**

Receipts/invoices should equal the amount withdrawn from the account.  If the
receipts/invoices equal less than is stated on the withdrawal request, then the remaining
cash needs to be deposited back into the club, organization or committee account. If the
receipts/invoices equal more than stated on the withdrawal, the club, organization or
committee can request another withdrawal for a reimbursement.

All receipts presented to the Student Bank must be for the purpose stated on the
withdrawal request i.e., if a gas receipt is presented and it is not listed as the purpose for
the use of the funds then this receipt will **NOT** be accepted.

BUREAU OF INDIAN AFFAIRS MANUAL                              62 BIAM 8.7
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

8.7    School Banks

C.     Funds in School Bank

**1.A.   Post Secondary Personal Funds**
All students are encouraged to open and maintain an account with the Student Bank.

USA000991

BUREAU OF INDIAN AFFAIRS MANUAL                            62 BIAM 8.7
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

A signature card is required to open an account. The purpose of the signature card is to
have the information needed to contact a student of monies not claimed at the end of each
school year.  Immediate and aggressive action shall be taken to locate the depositor and
forward the balance of the account.  For amounts of $1.00 or less, one attempt shall be
made to locate the depositor.  If the depositor is not located, the account may be closed
by transferring the balance to the general student activity fund subject to claim and
payment any time requested by the student.  For amounts of more than $1.00, locator
action shall be actively pursued for a reasonable period in relation to the amount after
which the balances of such accounts may be disposed of in the same manner as those of
less than a $1.00.  Payment of all claims from individual depositors against this fund shall
be subject to approval of the official in charge of the school.

There is no minimum balance to open an account. This is your money that the Student
Bank is responsible for safekeeping. There are **NO** fees, minimum balance or ATM
cards. You can take your account to a zero balance and it will remain open for deposits
and withdrawals throughout the school year.

You will receive monthly statements and you can request a statement at any time.

**NOTE:** The Student Bank does **NOT** accept personal checks.

F.1. Post Secondary Safekeeping Facilities

1. Note: All vault openings will be by accomplished by two distinct staff persons
   inputting their unique/secure passwords simultaneously. Both parties will witness
   the opening, sign off on vault transactions/balances, and both will stay until vault
   is re-closed.
2. At start of business day Lead bank teller will withdraw estimated daily cash
   requirement for teller drawers out of vault including some amount of spare change
   rolls.
3. Immediately after beginning vault balance and teller drawer amount is verified by
   backup staff/teller.  The vault will be shut and stay closed until the end of the
   business day unless bank receives a cash delivery or needs to make a deposit to
   Douglas County Bank. The vault can be opened again briefly if there is an
   unforeseen (rare) cash shortage in Teller drawers.
4. Vault will be opened at end of business day to store operating cash and teller
   drawers. End of day vault balances will be verified and signed again same as
   above.

USA000992

BUREAU OF INDIAN AFFAIRS MANUAL                    62 BIAM 8.7
EDUCATION
POST SECONDARY APPENDIX FOR BIE STUDENT BANKS

G.11a. Post Secondary Statements to Depositors

Statements will be sent to the sponsor and their respective managers each month. The managers will be responsible for reviewing club bank statements in which their employees are sponsors and/or signers.

Managers will be responsible for periodically reviewing withdrawals to maintain accountability of their respective department.

A statement will be available upon request at any time.

CREDIT LINES ARE PROHIBITED

USA000993



## HASKELL INDIAN NATIONS UNIVERSITY
## POLICIES AND PROCEDURES FOR:

# STUDENT BANK

## HOURS SUBJECT TO CHANGE

### 9:00AM-4:00PM

USA000994



# PURPOSE

The Student Bank shall provide for the deposit and withdrawal of personal and group funds.

Students shall be encouraged to open and maintain personal accounts in the Student Bank for the purposes of learning how to use bank services and safekeeping of personal funds. Students who may have personal funds in sufficient amount to warrant it shall be encouraged to transfer their accounts to a bank off campus.

All group funds derived from class projects, student associations, or other types of group activities shall be deposited and expended through the school bank. These organizations shall be subject to the official supervision of the official in charge of the school or a designated official i.e. sponsor.

All clubs, organizations, committees and enterprise accounts shall be under the official supervision of the officer in charge of the school.



## PLAN OF OPERATIONS

A plan of operations is required for <u>ALL</u> organizations that have an account at the Student Bank. Every TWO years, your organization will be responsible for submitting a new plan of operations unless changes are made. In this case, a new plan of operations is due immediately.

A Plan of operations shall be written and approved by members of each organization. This plan shall state the title, the purpose, membership eligibility and requirements, and details of operations such as, election of officers, schedule of meetings, fundraising and production activities, exact use of funds or product, and the accounting system. The plan must include provisions for payment of withdrawals that are outstanding after the duly elected officers have left school. Provision shall also be made for and audit of the clubs account if the sponsorship changes during the school year.

The plan of operations once finalized will then need to be approved and signed by the following:

STUDENT CLUBS:                     CAMPUS
ORGANIZATIONS:
University President               University President
Chief of Finance                   Chief of Finance
Student Senate President           Immediate Supervisor

The Student Bank reserves the right to request a new plan of operations at any given time.

**<u>Note:</u> A plan of operations shall not be required of a school group which organizes temporarily to raise funds by means of one project.**

USA000996



# SIGNATURE CARDS

All clubs, organizations, and committees must have a signature card on file at the Student Bank before any business can be conducted. A student club will have four officers and two sponsors. A Campus Organization/Committee will need to have the minimum requirement of three signers.

If a member resigns, a copy of any letters of resignation must be turned into the Student Bank. If any other changes occur, such as adding a member, deleting a member or changing the organization name, or closing the account, then a new signature card needs to be signed and meeting minutes must be provided stating the new information.

A new signature card will be submitted every school year regardless of changes or no changes.

Only the signers on this card will be given account information, with the exception of the official in charge requesting a balance.

The official in charge of the school has the authority to be the second signer on a withdrawal request in an emergency. Ex...sponsors are out of town.



## SPONSORS

The sponsor/sponsors shall be responsible for conducting the activities in conformance with the plan of operations, but shall require the students to carry out the operation.  The sponsor/sponsors shall not be required to handle or account for activity funds, but should give adequate instructions and supervision for proper handling and accounting of funds by the designated student officers.

The sponsor/sponsors of a club should be a school employee. However, the official in charge of the school has the authority to designate a non-employee to be a sponsor as long as it is stated in writing and submitted to the Student Bank.

USA000998



## MEETING MINUTES

All Student clubs must provide meeting minutes when presenting a bank withdrawal request. They should be neatly typed, contain the names of member present at the meeting, and outline the unanimous authorization of funds from the clubs account.

USA000999



## WITHDRAWAL REQUESTS

A withdrawal request is a form that a club, organization or committee can pick up at the Student Bank for the purpose of withdrawing funds from their account. Each withdrawal is numbered and can be used for either a cash withdrawal or check withdrawal or both. If more than one check is requested, attach another sheet of paper and list all additional checks needed.

All withdrawals require **TWO** signatures. One signature is the sponsor and the other signature is an authorized signer per the signature card or plan of operations. Campus organizations will require two authorized signers per their signature card.

If your club, organization or committee fills out a withdrawal request for a check, the check will be available the **NEXT** business day. Invoices should accompany these requests.

If a check is being requested for reimbursement purposes, the receipts must accompany the withdrawal request. Reimbursements are done by check **ONLY.**

Purchases should **NOT** be made prior to requesting a withdrawal form from the Student Bank. The proper procedure is to get the withdrawal request for funds and then if those funds are exceeded, a reimbursement will be deemed necessary.

## IMPORTANT:

**ANY WITHDRAWAL REQUEST THAT HAS NOT BEEN CLEARED WITHIN 30 DAYS WILL CAUSE THE CLUB, ORGANIZATION OR COMMITTEE ACCOUNT TO BE SUSPENDED AND NO ACTIVITY WILL BE ALLOWED. NO EXCEPTIONS!!!!!**



## RECEIPTS

When a withdrawal is made from a club, organization or committee account, the person that signs for the cash or check(s) will be held accountable for supplying the receipts/invoices that prove the funds were used for the purpose intended as stated on the withdrawal request. The date and purchased items on the receipts **MUST** correspond with the information on the withdrawal request.

If there are several receipts, they **MUST** be neatly taped onto a sheet of paper, to ensure proper verification. The bank will **NOT** accept them otherwise. If receipts are lost, the person that signed the withdrawal request will be held accountable for either obtaining another receipt or paying the cash to clear the withdrawal. **NO HANDWRITTEN RECEIPTS WILL BE ACCEPTED!!!!!**

Receipts/invoices should equal the amount withdrawn from the account. If the receipts/invoices equal less than is stated on the withdrawal request, then the remaining cash needs to be deposited back into the club, organization or committee account. If the receipts/invoices equal more than stated on the withdrawal, the club, organization or committee can request another withdrawal for a reimbursement.

All receipts presented to the Student Bank must be for the purpose stated on the withdrawal request i.e., if a gas receipt is presented and it is not listed as the purpose for the use of the funds then this receipt will **NOT** be accepted.



# FUNDRAISING

All fundraising activities must be approved by the club's membership and so stated in the minutes. All of the proceeds from the fundraising activity must be deposited into the club, organization or committee's account at the Student Bank as soon as possible.

The student activities authorized by their approved plans of operation to conduct entertainments, concerts, athletic events, etc., shall charge out pre-numbered admission tickets issued in numerical sequence to the individuals designated to sell tickets. Season tickets shall be serially numbered and a record kept of all sales. Total proceeds of such activities, including those acquired as profits from enterprise activities (such as sporting events), shall be deposited as received by the treasurer of the association or by other individuals authorized to make deposits.



## DEPOSITS

The Student Bank will fill out the pre-numbered deposit slips for
**ALL** clubs, organizations and committees. Make sure that
whoever is presenting the deposit has counted the deposit items
and is aware of how much is being deposited. The bank will retain
the original white copy and the duplicate yellow copy will be
returned to the club, organization or committee for their records.

Any funds being deposited into the Student Bank must have a
credit reason. This means, the source in which the funds came
from. Ex...taco sale, donation etc...This information will be
documented on the deposit slip for audit and referral purposes.

The Student Bank does **NOT** accept personal checks. If a club,
organization or committee accepts personal checks, and said check
is returned as unpaid for any reason, the club, organization or
committee will be charged for the amount of the check and any fee
associated with the transaction. The check will then be returned to
the club for collection.

If you have an abundance of coin that will be deposited, the club,
organization or committee will be responsible for rolling the coin
in the proper increments. The bank has coin wrappers available.

USA001003



## INACTIVE ACCOUNTS

Accounts which do not reflect any activity for a period of one year are considered inactive and the funds will be transferred upon approval of the official in charge of the school to an activity account.

The exception to this rule would be if the approved plan of operations for said club, organization or committee has stated contrary provisions.

USA001004

## MONTHLY BANK STATEMENTS

Statements will be sent to the sponsor and their respective managers each month. The managers will be responsible for reviewing club bank statements in which their employees are sponsors and/or signers.

Managers will be responsible for periodically reviewing withdrawals to maintain accountability of their respective department.

A statement will be available upon request at any time.

### CREDIT LINES ARE PROHIBITED

USA001005



## ENTERPRISE ACCOUNTS

Enterprise accounts must follow all policies/procedures set forth by the Student Bank. The day to day management of any enterprise account shall be under the direction of the official in charge of the school or a designated official. Care shall be taken to ensure that such enterprises do not interfere with the designated mission of the school, the education program. Each program shall comply with applicable health and safety standards.

It is the responsibility of the person in charge of the enterprise account to provide monthly operations statements to the Chief of Finance. These reports will be reviewed then retained in the appropriate file in the Student Bank.

Monthly credit card receipts will be turned into the Student Bank for credit.

Cash drawers will be dual controlled at the end of each business day and a balance sheet will be submitted with the daily deposit to the Student Bank.

An inventory tracking log must be maintained to reflect all inventory received. Inventory balances must be performed monthly and confirmed via inspection. Two signatures **ARE** required to maintain integrity of internal controls.

## CREDIT LINES ARE PROHIBITED

## PERSONAL STUDENT ACCOUNTS



All students are encouraged to open and maintain an account with the Student Bank.

A signature card is required to open an account. The purpose of the signature card is to have the information needed to contact a student of monies not claimed at the end of each school year.  Immediate and aggressive action shall be taken to locate the depositor and forward the balance of the account.  For amounts of $1.00 or less, one attempt shall be made to locate the depositor.  If the depositor is not located, the account may be closed by transferring the balance to the general student activity fund subject to claim and payment any time requested by the student.  For amounts of more than $1.00, locator action shall be actively pursued for a reasonable period in relation to the amount after which the balances of such accounts may be disposed of in the same manner as those of less than a $1.00.  Payment of all claims from individual depositors against this fund shall be subject to approval of the official in charge of the school.

There is no minimum balance to open an account. This is your money that the Student Bank is responsible for safekeeping. There are **NO** fees, minimum balance or ATM cards. You can take your account to a zero balance and it will remain open for deposits and withdrawals throughout the school year.

You will receive monthly statements and you can request a statement at any time.

**NOTE:** The Student Bank does **NOT** accept personal checks.

USA001007



# United States Department of the Interior
## BUREAU OF INDIAN EDUCATION
## HASKELL INDIAN NATIONS UNIVERSITY
### Office of the President
Lawrence, Kansas 66046-4800
Phone: (785)749-8497   Fax: (785)749-8411



## MEMORANDUM

To:       Beverly Fortner – President, Haskell Student Senate
          Brenda Schildt – Acting Vice-President for University Services

Cc:       Steve Byington – Finance

From:     Dr. Venida Chenault, President  VChenault

Subject:  Student Fee Distribution Proposal

Date:     November 7, 2014

After conducting a review of the distribution of the student fee revenue, it is being proposed that a change be made in the distribution of student activity fees. Currently, these funds are distributed to Student Activities and the Indian Leader Association.

It is recommended that student fees also be used to properly support student governance and leadership by ensuring the Haskell Student Senate and its *sanctioned* Clubs and Organizations benefit from the student activity fees, as well as Student Activities and the Indian Leader Association.

This memo provides direction for the distribution of Student Fees collected each semester and changes that would be required to implement this recommendation. Student fees are to be used to support student activities that enrich and enhance student life at Haskell. These funds would be issued to Student Senate (1/3), Student Activities (1/3) and Indian Leader Association. Currently, Student Activities receives 2/3, Indian Leader Association 1/3 and Student Senate receives zero.

The Bursar's Office is responsible for the collection of student activity fees, with monthly disbursements of fees collected throughout the year. The amount distributed is based on total student enrollment and the student activity fee. Based on a sample enrollment of 750 students per semester and the fee of $35.00 per student, this would total $52,500 annually.

Upon a favorable vote of the Student Senate this proposal would be implemented and changes would be made effective Spring 2015.

The change would result in fee revenue being divided equally between Student Senate, the Indian Leader Association and Student Activities. The revenue amounts will vary each semester based on the number of enrolled students and fees collected.

This change in distribution will provide needed resources to support student governance, as represented by the Student Senate and the clubs and organizations that comprise the Senate. It will be the responsibility of the Student Senate to develop processes to properly administer the funds; requesting funds and awarding funds and ensuring these funds enhance the experiences of all Haskell students. These processes are required and must be in place in order to implement this change.

1884 – 2014
Celebrating 130 Years of Indian Education and Resilience

USA001008

↩ Reply all  ⌄     🗑 Delete   ⊘ Junk   Block   ⋯

**Fall 2020 Pell Grant Activity Fees**

BK    Byington, Steve K             🗑 👍 🗨 ↩ ↩ → ⋯
Tue 3/2/2021 11:51 AM
**To:** Graham, Ronald J; Franklin, Mona

There was $7280 total Activity Fees collected from Pell Grant in Fall 2020 so the Indian Leader, Recreation, and Student Senate will each receive $2,426.67. This will likely be completed this week.

*Steve Byington*
Finance Specialist

*Bureau of Indian Education*
Haskell Indian Nations University
155 Indian Ave
Lawrence KS  66046
Office (785) 830-2780
Fax (785) 830-2760

Website: www.haskell.edu

Reply     Reply all     Forward

Haskell Indian Nations University

Standard Operation Procedures, 1.0

Financial Aid Yearly Setup, Processing and Reports

USA001010

# Contents

Introduction .................................................................................................................................... 5

Yearly Setup ................................................................................................................................... 6

  Acad Year tab ............................................................................................................................... 6

  FA Year tab ................................................................................................................................... 8

  Pkg Term tab ................................................................................................................................ 9

  Term tab...................................................................................................................................... 11

  Budgets tab ................................................................................................................................ 12

  ISIR CC tab .................................................................................................................................. 15

  Financial Aid ISIR Comment Codes ............................................................................................. 15

  Extracting Pell Table .................................................................................................................. 19

    From CAMS Community or request from Unit4 Support................................................................ 19

    From EdExpress MSAccess Database............................................................................................ 19

  Importing Pell table in CAMS ..................................................................................................... 20

  Import Error in CAMS ................................................................................................................. 23

  Doctrack AutoLoad .................................................................................................................... 24

  Doctrack - Use SQL for Advanced Matching ............................................................................... 28

    Add in Verifications..................................................................................................................... 28

    Add in Non Verifications ............................................................................................................. 33

Processing ISIR Records .................................................................................................................. 37

  Import Student ISIRS................................................................................................................... 37

    Download from EdConnect .......................................................................................................... 37

    Import into CAMS ....................................................................................................................... 38

    Duplicate ISIR Conflict................................................................................................................. 43

    Open the local Microsoft Access Database .................................................................................. 46

    Import into EdExpress.................................................................................................................. 46

    Lock ISIR Records in CAMS .......................................................................................................... 47

  View Student Data ..................................................................................................................... 48

    Status Tab................................................................................................................................... 48

    ISIR Tab...................................................................................................................................... 49

    Awards Tab................................................................................................................................. 51

    Documents tab ........................................................................................................................... 52

USA001011

More Tab ......................................................................................................................... 53

Review Student ISIR, Doctracking and Files .................................................................... 54

    Processing Checklist ..................................................................................................... 54

    Labels for New Files ..................................................................................................... 55

    Verification/Non Verification ....................................................................................... 55

    Low Income ................................................................................................................. 56

    Additional Documentation ........................................................................................... 56

    Run Doctracking Report for ISIRs Imported for Admitted/Registered Students .............. 56

    Add Student Doctracking Documents ............................................................................. 59

    Update Student Doctracking Status on Completion ......................................................... 62

    Verify Student Enrollment ............................................................................................ 64

    Add Student Notes ....................................................................................................... 64

    Email Student for Required Documents .......................................................................... 65

Budget and Package Pell Award ....................................................................................... 65

Package Summer Pell 2 ..................................................................................................... 69

    Add Award Manually ................................................................................................... 69

Origination and Disbursement .......................................................................................... 70

    CAMS Setup ................................................................................................................. 71

    Step 1 – Originate ........................................................................................................ 72

    Step 2 – Disburse ......................................................................................................... 83

Pell Award Transfer ........................................................................................................ 92

Adjustments ................................................................................................................... 94

    Update COA (Cost of Attendance) ................................................................................. 94

    Pell Award Adjustment ................................................................................................ 97

    R2T4 ......................................................................................................................... 103

Tribal and Private Awards .............................................................................................. 103

– The common award types are AICF, AICF FullCircle, FWS, Private 1, SEOG, Tribal and Veterans ..... 103

    Enter Award details ................................................................................................... 106

COD Message Views ....................................................................................................... 106

Reports .......................................................................................................................... 107

Forms - http://www.haskell.edu/financial-aid/forms-financial-aid/ ................................ 116

Glossary ......................................................................................................................... 116

USA001012

Tools/Tips.................................................................................................................................... 117

Flowchart Process References ....................................................................................................... 118

USA001013

## Introduction

The purpose of this manual is to provide step-by-step guide to add, maintain and work in the Financial Aid module in CAMS.

In some areas, there are references to EdExpress application, the ISIRs backup. The software is a free tool approved by U.S. Department of Education. Other resources and software applications used are EdConnect, COD and FSA, FAA, CPS; they all require separate logins by the Financial Aid team.



Haskell Indian Nations University mainly works with Title IV funding such as Federal Pell Grant, Supplemental Educational Opportunity Grant (SEOG), American Indian College Fund (AICF), Tribal and Private Scholarships.

5

USA001014

## Yearly Setup

In order to create and maintain awards, the yearly setup has to be setup and reviewed by the financial aid team. The setup will go in tab order, starting with Acad Year to ISIR CC to setup then finish with the Pell table and DocTrack Autoload for the new academic year. It's recommended to do the setup in early October.

Navigate to **CAMS** > **Financial Aid** > **Setup** > **Yearly Setup**



## Acad Year tab

This tab will reflect the standard academic year from July 1 to June 30. If priority packaging will be considered, you will setup the Academic Year Limits. It prevents over-awarding during the packaging period.

6

USA001015



1. Click **Academic Years** tab > right-click on top half of data grid to add a new AY (Academic Year)

   ***\*\*Be consistent in all new AY entries, your entry should match the previous year but different years.***

   <u>Example: 2017-2018</u>
   Academic Year:        YYYY-YYYY, i.e. 2017 – 2018
   Start Date:            MM/DD/YY, i.e.7/1/17
   End Date:              MM/DD/YY, i.e. 6/30/18
   Length in Months:     ##, i.e. 11
   Length in Weeks:      ##, i.e. 52

2. Click **Add**

USA001016

## FA Year tab

The start and end dates will reflect the first day of enrollment for 9 months. It's recommended to get the exact dates from the Registrar. The bottom half of the tab shows Financial Aid Year Limits defined to prevent over-awarding during Priority Packaging.



1. Click **FA Year** tab > right-click to add a new record
2. **Financial Aid Year:**    add all terms combined (i.e. FA-YY/SP-YY/SU-YY) or based on FA Director's decision.

   Start Date:    enter enrollment start date, i.e. 8/21/2017

   End Date:    enter enrollment end date, i.e. 5/11/2018

   Length in Months:    enter # of months, i.e. 9

3. Click **Add**

8

USA001017

## Pkg Term tab

Distribution Calendar used in Single Student Packaging and some Award imports. You will need to setup by term so you may do FA-YY, SP-YY and SU-YY separate entries.



1. Ensure you have in **FA Year tab = FA-YY/ SP-YY or SU-YY** then click **Pkg Term tab**. Create the Package Term for each term you create in this tab.

   Distribution Term:              FA-YY, i.e. FA-17

   Distribution Date              8/DD/YY, i.e. 8/28/2017

   Distribution Percent:          50

   Remaining Need Percent:        50

   Payment Period start Date:     enter enrollment start date, i.e. 8/21/2017

   Payment Period end Date:       enter enrollment end date, i.e. 12/8/2017

2. Click **Add**

9

USA001018



1. Ensure you have in **FA Year tab = FA-YY/ SP-YY or SU-YY** then click **Pkg Term tab**. Create the Package Term for each term you create in this tab.

   *** Do the same for SU-YY term if you know the term will happen.*

   Distribution Term:            SP-YY, i.e. SP-18

   Distribution Date             1/DD/YY, i.e. 1/22/2018

   Distribution Percent:        50

   Remaining Need Percent:   50

   Payment Period start Date:  enter enrollment start date, i.e. 1/8/2018

   Payment Period end Date:   enter enrollment end date, i.e. 5/11/2018

2. Click **Add**

USA001019

## Term tab

The term information is populated by the Registrar. It also allows you to setup Term Limits to prevent over-awarding if needed.



Term Limits (bottom grid) –  select Term in top grid then right-click in bottom grid to enter Award Type and Limit if needed.

11

## Budgets tab

The instructions below are for manual process to enter budgets for each Direct Cost Type. Email and ask CAMS Manager or Registrar to run a stored procedure to copy from previous year to new year. You wil have to provide the new & previous **FinAidYearID** (see tab FA Year, column FinAidYearID) and copy will be made based on those unique identifers. Check the Budgets tab after the stored procedure has ran so you know it copied over.



To enter Budgets:

1. Click on **FA Year tab** > select **term** you want to enter budget for, i.e. FA-YY/ SP-YY, SU-YY

   In example above, the budget entry is set for <u>Academic Year = 2017-2018</u> and <u>Financial Aid Year = FA-17/SP-18</u>

12

USA001021



2. Select **Direct Cost Type**: =see options in drop-down selection and select one
3. Data grid                  =Right-click (white space) in the data grid



4. Enter Cost Label Details

   Cost Item:       see options in drop-down selection and select one

   Cost Amount:   enter amount

5. Click **Add**
6. Repeat these steps 1-5 for all terms and cost types. Below are tables for direct cost types and items.

13

USA001022



| | Direct Cost Type | | | Direct Cost Type |
|---|---|---|---|---|
| 1 | 2 YR Dependents living at home | | 21 | 4 YR Off Campus HI, AK |
| 2 | 2 YR Off Campus HI, AK | | 22 | 4 YR Off Campus Local |
| 3 | 2 YR Off Campus Local | | 23 | 4 YR Off Campus Other |
| 4 | 2 YR Off Campus Other | | 24 | 4 YR Off Campus Other 2 |
| 5 | 2 YR Off Campus Other 2 | | 25 | 4 YR Off Campus Other 3 |
| 6 | 2 YR Off Campus Other 3 | | 26 | 4 YR Off Campus W/Dep HI, AK |
| 7 | 2 YR Off Campus W/Dep HI, AK | | 27 | 4 YR Off Campus W/Dep Local |
| 8 | 2 YR Off Campus W/Dep Local | | 28 | 4 YR Off Campus W/Dep Other |
| 9 | 2 YR Off Campus W/Dep Other | | 29 | 4 YR Off Campus W/Dep Other 2 |
| 10 | 2 YR Off Campus W/Dep Other 2 | | 30 | 4 YR Off Campus W/Dep Other 3 |
| 11 | 2 YR Off Campus W/Dep Other 3 | | 31 | 4 YR On Campus HI, AK |
| 12 | 2 YR On Campus HI, AK | | 32 | 4 YR On Campus Local |
| 13 | 2 YR On Campus Local | | 33 | 4 YR On Campus Other |
| 14 | 2 YR On Campus Other | | 34 | 4 YR On Campus Other 2 |
| 15 | 2 YR On Campus Other 2 | | 35 | 4 YR On Campus Other 3 |
| 16 | 2 YR On Campus Other 3 | | 36 | 4 YR RA On Campus HI, AK |
| 17 | 2 YR RA On Campus | | 37 | 4 YR RA On Campus Local |
| 18 | 2 YR RA On Campus HI, AK | | 38 | 4 YR RA On Campus Other |
| 19 | 2 YR RA On Campus Local | | 39 | Summer Session |
| 20 | 4 YR Dependents living at home | | | |

The Financial Aid Director creates a worksheet every year for Estimated Cost of Attendance – that's how the direct cost types and items are tied together.

| | Cost Item | | | Cost Item |
|---|---|---|---|---|
| 1 | Board | | 8 | Room |
| 2 | Books | | 9 | Travel HI, AK |
| 3 | Child Care | | 10 | Travel Local |
| 4 | Fees | | 11 | Travel Other |
| 5 | Loan Fees | | 12 | Travel Other 2 |
| 6 | Miscellan/Personal | | 13 | Travel Other 3 |
| 7 | Other | | 14 | Tuition |

If you need to update or add Direct Cost Type or Cost Item, email the CAMS Manager and provide your changes or additions.

14

USA001023

## ISIR CC tab

ISIR Comment Codes that are included in ISIR records as a three-digit number. They should be set up for every term.



Import ISIR Comment Codes:

1.   Find the ISIR Comment Code File from below instructions.

## Financial Aid ISIR Comment Codes

ISIR Comment Codes that are included in ISIR records as a three-digit number. The text of the codes must be uploaded into CAMS in order to make each Comment Code's text available throughout CAMS in the student's ISIR record and on reports. ISIR Comment Codes may be obtained from the Department of Education's website in the "Technical References and Guides" section at **https://fsadownload.ed.gov/docsStudentAidGateway.htm**. On that page in the "CPS Test System" section, click the award year for which you wish to download comment text. On the resulting page, right-click the "Text Format" link for the ISIR Comment Text file. Choose the Save or Save Target As option presented by your Internet browser to save the text file. (Note that left-

15

USA001024

clicking the link may open the text file in your browser rather than presenting the option to save the file).



2.  Enter the web address from above instructions
3.  Find CPS Test System > Click **Academic Year** you want to import



4.  Find 'ISIR Comment Codes' and right-click & save Text Format link to your preferred drive

16

USA001025



5. Click Browse button (find the file you saved from Step 4)
6. Click **Upload Document** button
   - View the status bar at the bottom....it will show **'Uploading. Please Wait…'** Continue to next step when the status bar is completed.
7. Click **Load**



8. Click **OK**

USA001026



9.  You will see the completed import right away.
10. Repeat ISIR import steps for each term in **FA Year** tab, make sure to select the term in the FA
    Year tab then click ISIR CC tab to do the next import.
    a.  **NOTE**: the selection you make on Acad Year and FA Year tab makes a big difference for
        Budgets and ISIR CC tabs. So ensure you have the correct selections when you are
        working with Budgets and ISIR CC tabs.

USA001027

## Extracting Pell Table

### From CAMS Community or request from Unit4 Support

**AFTER SUMMER 2018 Instructions**: The database structure changed for EdExpress 2018-2019 so we need to enter a support ticket to Unit4 to forward the Pell table file.

1. Contact CAMS Manager to enter a support ticket to get the Pell table file.
2. Unit4 support will send a text file to import.
3. Follow 'Importing Pell Table in CAMS' instructions to get it uploaded to CAMS.
4. Another place to check for the Pell table file is the CAMS Community.
5. The Financial Aid Director may login to the CAMS Community and check the CAMS Alert messages.
6. Unit4 support will provide instructions of how to download the text file.
7. When the file is downloaded, follow the 'Importing Pell Table in CAMS' instructions to get it uploaded to CAMS.

### From EdExpress MSAccess Database

**PRIOR TO SUMMER 2018 Instructions:** The Pell table needs to be imported from EdExpress so you will use this when you are packaging awards. The table holds data for student load, budget code, efc type, pell amount, COA and EFC Ranges.

**NOTE:** You will have to check back to https://fsadownload.ed.gov/software.htm and see if you need to download the latest version. Be on the lookout for the Release 1.0, 2.0, etc. When the release is available, please enter a help desk ticket to dbohanon to do the edexpress database update.

If you need to do the Pell table update, download (or find the database on shared drive) the MSAccess database and export the tbl_P_Pell.

1. Find the EdExpress MSAccess database at X:\Haskell\University Services\Student Services\Financial Aid Office\Express YYYY-YYYY
2. Open the MSAccess (expressYY.mdb) and enter the password at prompt.
   a. The password should come from the Financial Aid Director. The password can be found in EdConnect database or call CPS 1-800-330-5947 for instructions.
3. Find tbl_P_Pell in **Tables**
4. Right-click the tbl_P_Pell table and choose Export > Text File > click Browse button and choose your export location (it can be any location you choose).
5. Click **Save**
6. Click **OK**
7. Keep as Delimited > Click **Next**
8. Keep as Comma, Text Qualifier " > Click **Next**
9. Click **Finish**
10. Click **Close** at 'Export – Text File' dialog box.
11. Find your exported file and open the file and it will look like below

USA001028

Figure 1: PELL Table Export

12. When you open the text file you will see a list of values.

13. You should have no column headings here

14. Contact the Financial Aid Director and check to make sure the import worked correct. FinAid will compare values from previous year.

## Importing Pell table in CAMS

### Export Pell Award Table from EDExpress

You can export Pell award table, tbl_P_Pell, to a text file from the EDExpress MDB file using MS Access. If a password is requested when opening the MDB file, use the password provided in the EDExpress help files. This file is typically located at the C:\IAM\Database folder on the computer where you have EDExpress installed. If you chose to install EDExpress at a different location on your hard drive, you will find the MDB file in that location.

**Note:** It is recommended that you copy the database file to another location, then export the tbl_P_Pell from that copy in order to ensure you do not accidentally convert the database file from the version of Access it is created with to the version of Access you may be using.

Export the tbl_P_Pell table as a comma delimited text file with double-quotation mark as the Text Qualifier.

**Do NOT select the MS Access option to "Export data with formatting and layout" or "Include Field Names on First Row". You may save this file in any location where you have access to in order to then import it into CAMS.**

### Loading the Pell Award Table

Once tbl_P_Pell has been exported from the EDExpress MDB file you may import it into CAMS.

**To Load Pell Schedule:**

20

USA001029

1. From the **CAMS Enterprise Home** page, click **Financial Aid >Setup >Load Pell** to open the **Load tbl_P_Pell** window to the **Step 1** tab.

2. Click **Browse** to open the "Choose File to Upload" window. Locate and highlight the tbl_P_Pell.txt file then click Open.

**Note:** This text file can be at any location where you have access such as your local hard drive or a network share.

3. Click **Upload Document**. The file is uploaded to a working location on the CAMS Enterprise server, text displays indicating the file being used preceded by the CAMS user login name, and the **Parse Pell File** button displays.

4. Click **Parse Pell File**. The text file may take several minutes to parse and load into a temporary SQL table. Once the text file is parsed, the window will automatically change to the **Step 2** tab



5. Select the **Academic Year** and one or more **Financial Aid Years** in which to load the Pell Schedule.

6. Click **Load Pell Schedule Table**. The Pell Schedule will be loaded to the Academic Year/Financial Aid Year(s) selected and you are taken to the **Step 3** tab. Select the Academic Year and Financial Aid Year then click **Find** to view the Pell Schedule that has been loaded.

**Note:** Loading the Pell Schedule table will replace the data that is currently in the table. This allows you to repopulate the Pell Schedule table at any time the Department of Education makes changes to the Pell Schedule in a subsequent version of EDExpress.

21

USA001030



7. If desired, you may page through the Pell Schedule records which are displayed 100 rows per page in the grid. Click **Next** or enter a page number in the page field then tab out of the field to change to that specific page.

8. Select a different Academic Year and/or Financial Aid Year then click Find to view the Pell Schedule for that Academic and Financial Aid Year.

22

USA001031

## Import Error in CAMS



This error might show when you try to use the import feature in CAMS at **Financial Aid > Setup > Load Pell >**

1. Make sure your tbl_P_Pell text file <u>does not</u> have the Column Names. If so, remove the column names (usually the first row) and try again.
2. If no luck, try the second option but you have to have permissions to get into the server environment. So it may be best to contact your CAMS Manager, Registrar or IT Specialist (David Bohanon)

<u>Second option</u> is to use the SQL import wizard, contact CAMS Manager, Registrar or IT Specialist (David Bohanon) for assistance.

If you did not include column headings when exporting from MSAccess, you will need to add the column headings before you can import into SQL. Also to make the import easier rename the file to tbl_P_Pell.txt if it is not already called this.

23

USA001032

1. If you did NOT include column headings when exporting from MSAccess, insert a row and add the following line at the top of the file (Recommend you just copy and paste this line.):
   - "ENROLLSTAT","BUDCODE","EFCTYPE","PELLAMT","COA_Range","EFC_Range"
2. Rename file to tbl_P_Pell.txt.

## Doctrack AutoLoad

Document tracking documents can be automatically mapped to ISIR field names on load when the ISIRs are imported into CAMS. Any number of documents can be added and are linked to the Academic Year set in the Document Tracking Auto Load. In addition, an advanced query option is available by clicking the Use SQL checkbox on the ISIR Standard record, so identified conditions may be added to the document tracking import. Documents will only be loaded once for each student and will not be loaded again upon subsequent ISIR imports.

The documents can be mapped via advanced query option anytime but best to arrange and setup at the beginning of the financial aid year.

### Prep and review doctrack items and ISIR codes & comments

1. Export all doctrack info from the server (notify cams manager to run it)
2. Export ISIR Comment codes from the server (notify cams manager to run it)
3. Setup each export into an MSExcel spreadsheet. Have the FAO (Financial Aid Office) director review both information and ensure all mapping from doctrack names match up to isir codes.
4. If any adds or updates need to be made to doctrack items, email cams manager with the Doc Track Blank – Financial Aid.docx document (at X:\Haskell\University Services\Student Services\Financial Aid Documentation\DocTracking) so the adds/updates can be completed and documented.

### Add ISIR codes in top data grid

5. When all mapping is completed by FAO then go to **CAMS Enterprise Home** page
6. Click **Tools >Import >Financial Aid >Doctrack AutoLoad**. The **Doc Track Autoload on ISIR Import** window opens.
7. Click the **Auto Load Standard** tab > select **Academic Year** > click **Find** button.

24

USA001033



8. In the top data grid, **'Codes in Standard ISIR Records'**, you will need to **add** all the ISIR Codes (find your MSExcel spreadsheet where you mapped the codes to doctracks) here.

9. Right-click (in white space) to add ISIR Field.



    a. ISIR Field          = select CommentCodes
    b. Code Present in Field   = enter 3 digit #, i.e. 030

10. Click **Add**

USA001034

## Add DocTrack Documents in bottom data grid

11. From your MSExcel spreadsheet with comment code + doctrack mapping, look up the comment code you mapped and attached the document tracking under **'Documents to Load'** (bottom grid).



a. Right-click (in white space) under **'Document to Load'** to add:
b. **Document Name**        = select document from drop-down
c. **Document Status**      = set to **incomplete** for beginning of year
d.   **Internal**               = check this box if you want to keep this doctrack item internal only. If unchecked it will show publicly and in student portal.

12. Click **Add**

26

USA001035



Now you see the top and bottom grids are filled in.

13. Repeat steps 7-12 for **all ISIR fields and related document tracking entries**
    a. <u>NOTE:</u> You may ask your CAMS Manager to run the ISIR Comment Code + Doctrack mappings so you may review for duplicate entries after you completed your entries.
    b. If you notice some doctrack coming in odd, the best place to check to how you mapped them to come in. You may correct an error and on the next ISIR import, the changes will pick up.

27

USA001036

## Doctrack - Use SQL for Advanced Matching

### Add in Verifications

In this section you will add DEPENDENT and INDEPENDENT verification based on ISIR record import so copy and paste from the table below. Its recommended to test every entry, the test results will return random isir data and check all isirs imports if the student has multiple records.

| Requirement Table | | | |
|---|---|---|---|
| ISIR Field | Code Present in Field | Use SQL | DocTrack Items |
| VerificationCode | V1 | AND VERIFICATIONTRACKINGFLAG='V1' AND (DEPENDENTSTATUS='DEPENDENT'  OR DEPENDENTSTATUS='INDEPENDENT') | -FIN-Verification Packet |
| VerificationCode | V4 | AND VERIFICATIONTRACKINGFLAG = 'V4' AND (DEPENDENTSTATUS = 'DEPENDENT' OR DEPENDENTSTATUS = 'INDEPENDENT') | -FIN-Verification Packet |
| VerificationCode | V5 | AND VERIFICATIONTRACKINGFLAG = 'V5' AND (DEPENDENTSTATUS = 'DEPENDENT' OR DEPENDENTSTATUS = 'INDEPENDENT') | -FIN-Verification Packet |

| ISIR Field | Code Present in Field | Use SQL | DocTrack Items |
|---|---|---|---|
| VerificationCode | YES | AND (dependentstatus='independent' OR dependentstatus='dependent') and StudentsTaxReturnCompleted=1 and StudentIRSRequestFlag<>'02' and verificationcode='YES' | -FIN-IRS Tool-Student<br>-FIN-Tax Transcript - Student |
| VerificationCode | YES | AND dependentstatus='dependent' and ParentsTaxReturnCompleted=1 and StudentIRSRequestFlag<>'02' and verificationcode='YES' | -FIN-IRS Tool-Parent<br>-FIN-Tax Transcript - Parent |
| DependentStatus | dependent | AND verificationcode='YES' and parentsNumberinCollege>1 and dependentstatus='dependent' | -FIN-Number in College Verification |
| DependentStatus | independent | AND verificationcode='YES' and studentsNumberinCollege>1 and dependentstatus='independent' | -FIN-Number in College Verification |

1. If you are not continuing from adding in ISIR Codes, you will start from **CAMS home** > **Tools >Import >Financial Aid >Doctrack AutoLoad**.
2. Click the **Auto Load Standard** tab > select **Academic Year** > click **Find** button.

USA001037

3. In the upper grid, scroll down to the end and right-click to **add**



4. Enter Verifications

    a.   ISIR Field               = select **VerificationCode** in drop-down or appropriate field based on Verification Table.

    b.   Code Present in Field   = Enter V1 (V2, V3, etc)

    c.   Use SQL               = Click checkbox **'Use SQL'**



    d.   The Advance matching options window opens:

    e.   Field:                = select VerificationCode in drop-down

    f.   SQL Where Clause    = Enter your clause here (i.e. AND VerificationTrackingFlag = 'V1' AND DependentStatus = 'Dependent')

29

USA001038

      i.  **NOTE**: The VerificationTrackingFlag = 'V1' will have V2, V3, etc when you enter all verifications

g.  Click **Test** (to ensure your statement works) and find a student (Financial Aid > Maintenance > isir > Full ISIR Report) and match the results in your clause. See sample of an ISIR report.



h.  Your test result window will open to show you...the code you entered works. If no result(s), make sure you entered the <u>SQL Where clause just as it is in Step</u> f.



USA001039

    i.   Another way to check the test record is to find the **VerificationTrackingFlag** field in the results. Click the horizontal bar and scroll through and find the field.

- If no results and you imported a couple of ISIR records for testing, then contact CAMS Manager.

    j.   Click **Return**

    k.   Click **Add**

5. Enter/Add doctrack documents to Verification
6. Right-click to add under the 'Documents to Load'



    a.   Document Name      = select document from drop-down

    b.   Document Status      = set to **incomplete** for beginning of year

    c. Internal              = check this box if you want to keep this doctrack item internal only. If unchecked it will show publicly and in student portal.

7. Click **Add**

USA001040



Above is an example of V1 completely setup with DocTracking item.

8. Repeat steps for adding V1 to add **verification codes plus doctrack documents (see requirement table)**

Sample of an ISIR report with fields in Advanced SQL

Page 2

**2017 - 2018 Institutional Student Information Record**

70 3

EFC                    $174.00 *

Dependency Status        Dependent

32

USA001041

Page 3

FAA INFORMATION
Date ISIR Received          03/02/2017
Verification Flag           Yes
Professional Judgment

CPS Pushed ISIR Flag    Transaction not a
Rejects Met:
Verification Tracking Flag V1
Dependency Override       No FAA override

## Add in Non Verifications

In this section you will need to add by CommentCodes (adds to every isir), DependentStatus, EmancipatedMinor, InLegalGuardianship, OrphanWarofCourtorFosterCare

| Requirement Table | | | |
|---|---|---|---|
| ISIR Field | Code Present in Field | Use SQL | DocTrack Items |
| CommentCodes | 001 | | -FIN-Data/Ferpa Form |
| DependentStatus | Independent | AND verificationcode='no' and totalincome<='10300' and dependentstatus='independent' | -FIN-Low-Income |
| DependentStatus | Dependent | AND verificationcode='no' and dependentstatus='dependent' and parentgrossincome<=10300 | -FIN-Low-Income |
| EmancipatedMinor | 1 | AND EMANCIPATEDMINOR=1 | -FIN-Emancipated Verification |
| InLegalGuardianship | 1 | AND InLegalGuardianship=1 | -FIN-Legal Guardian |
| OrphanWardofCourtor FosterCare | 1 | AND ORPHANWARDOFCOURTORFOSTER CARE=1 AND DEPENDENTSTATUS='INDEPENDENT' | -FIN-Orphan/Ward of Court |
| HSDiplomaorEquivalent | 4 | AND YearIndicator=2017 and HSDiplomaorEquivalent=4 | FIN-HS Diploma |



33

USA001042

1.  Enter Non Verifications
    a.  ISIR Field                    = select **DependentStatus** in drop-down
    b.  Code Present in Field    = Enter DEPENDENT (or INDEPENDENT)
    c.  Use SQL                      = Click checkbox **'Use SQL'**



2.  Enter the 'SQL Where Clause' for dependent.
3.  Click **Test** button to ensure your matching works (sql statement).

34

USA001043

4.  The Test Results window will open



a.  This is the test results from where you entered the SQL Where clause just as it is in Step 2

b.  Another way to check the test record is to find the **ParentGrossIncome** field in the results. Click the horizontal bar and scroll through and find the field.

- If your requirements in the sql where clause was…parentgrossincome>='10300', so this column in the results should all be <=10300. If not true you entered your clause incorrect. You may contact the CAMS Manager to assist.

c.  Click **Return**

5.  Click **Add**

6.  Enter/Add doctrack documents to Non Verification

USA001044



7. **Right-click** in 'Documents to Load' grid to add doctracking document.



    a.    Document Name        = select document from drop-down

    b.    Document Status       = set to **incomplete** for beginning of year

    c.    Internal               = check this box if you want to keep this doctrack item internal
        only. If unchecked it will show publicly and in student portal.

8. Click **Add**

USA001045



9. Above is an example of all the document tracking docs added to DEPENDENT Non Verification based on Parent's Gross Income <=10300. The student will have to return the following: FIN-Low Income form and financial aid office will send out notification to student.

10. Repeat steps 1-10 based on requirement table

## Processing ISIR Records

### Import Student ISIRS

The import is performed on a daily basis by Financial Aid Technicians and Director. The records are downloaded from EdConnect application.

### Download from EdConnect

1. Log into EdConnect
2. Enter Security code (token) > OK
3. File > New >Activity Log > select Request
4. Project > select All

USA001046

5. Cycle > select All
6. Description > select All Data, All Messages
7. Message Class > ????
8. File Name = C:\IAM\DATA
9. Click Transmission/Now (located on tool bar)
10. Print any and all messages and give to Director > Close window
11. When transmission completed = Transmission Successful
12. File > Close
13. File > New > Activity Log > OK (view all data download and ready to be imported into CAMS and EdExpress – may have imports from previous fafsa pell years that need to be imported and processed)
14. Click Close to exit EdConnect
15. Connect to OpenVPN on your machine
    a. Click connect or enter password if not connected, contact Financial Aid Specialist or Director
16. Go to C:\IAM\DATA\ and copy & paste the ISIR text files to \\10.1.29.5\finaid  (network shared drive)

## Import into CAMS

1. Go to **CAMS Enterprise Home** page
2. Turn on OpenVPN from the bottom right corner (click the up triangle to view OpenVPN icon).





3. Right-click to 'Connect'
4. Click **OK** to log in as vpnuser



USA001047

5. The config window will briefly show and disappear when connected.
6. At the bottom right corner, you will see a connect notification:



7. Click **Tools >Import >Financial Aid >ISIR Direct**. The **Import Direct** window opens.



8. Click **Browse** to open and find the .txt file (from step 2)

9. Select file from network shared drive

USA001048



10. You have to type in **\\10.1.29.5\finaid\** in front of the file you select (file name at bottom of dialog window)

    a. If the above prefix required is not entered, you will get the error message below



11. Click **Open**

12. College FICE Codes    = already set for Haskell Indian Nations Unv



13. Select appropriate **ISIR Year Indicator**, **Academic Year** and **Default Financial Aid Year**



14. Click the **PARSE Document** button

15. CAMS will automatically go to the **Records Tab** if there are records to import.

USA001049



16. Take a _print screen_ of the 'ISIR Records to be imported'. Make sure you see the first and last names and middle initial of the student records.
    a.   To print screen (ALT+PrtScn)
    b.   Open MSWord and paste (CTRL+v) print screen

17. Select **'Set All Active'** button so the updated ISIR record will be imported



    a.   If **Yes**, it will check all records in top grid as active.
    b.   If **No**, it will not do anything.
18. Click **Holding** tab

USA001050



19. Click **'Set All Active'** button

20. In Report drop-down menu > select 'Exceptions Report (DC)'

21. Click **Print** (No need to print just set to active)

22. Click on the **Import** Tab

23. Select the **Package as Load** dropdown menu and choose **Full Time** option



42

USA001051

24. Select the **Package Status** dropdown menu and choose **IN PROGRESS** option.



25. Check **Update Existing Records with ISIR Data** checkbox

26. Click the **IMPORT** button

> **VBScript: EDE ISIR Im...**
>
> Import was successful
>
> OK

27. You have imported the updated ISIR records for the students.
    a.   The import creates the financial aid status record in **Financial Aid >Maintenance>Status**
28. Print ISIRs that were imported. Find report at **Financial Aid > Report > HINU FinAid ISIR Daily Report**
    a.   **Enter year** = YYYY (ex. 2017 for 2017-2018, 2018 for 2018-2019 etc.)
    b.   Click **Submit** (report displays the last 14 days)


Duplicate ISIR Conflict

The occurrence of isir conflict may happen when the student makes a correction or Financial Aid office requested a regeneration of an isir record. On import, you may run the compare report to view the new and previous isir values. The steps below will show you how to pick the most recent record to import.

We do not print conflicts info, too confusing and no name for report on Step 5.

You may skip steps 1-10.

43

USA001052



1. If an ISIR is already imported for a student, you will see the duplicate record in the bottom grid **'Possible Conflicts with Existing ISIR Records'**
2. Select and highlight the student in conflict in top grid.
3. Click **Compare** button
4. Click **Yes** for Confirm Compare message box
5. The ISIR Compare window will show (see below)



It shows you the fields that contain different values between the two records you selected. You may print the comparisons if needed.

6. **Close** ISIR Compare window, click **X**
7. If the values are the <u>same</u> do no import, leave the ActiveFlag checkbox unchecked in top grid

44

USA001053



8. If <u>not the same</u> (Import Value and ISIR Value from Compare report) then <u>click </u>the <u>ActiveFlag</u> checkbox in top grid to <u>check</u>
9. In the **Possible Conflict (bottom grid)** click <u>ActiveFlag</u> and <u>Lock </u>checkboxes to uncheck



10. Repeat above steps for each duplicate/conflict isir for the importing and locking record(s).



This error will show if you did <u>not make one Active and one Not Active.</u> You have to choose.

USA001054



11. Click **Criteria** tab and it will take you back to Import Window > click Browse > drag imported isir text file to Historical folder.
    a. A 'Move file' window will show and ask you to 'Move and Replace' or 'Don't move' or 'Move, but keep both files'…choose 'Move, but keep both files'
12. Continue to import the rest of the isir text files and repeat the file move.
13. Log out of OpenVPN by right-clicking the icon

 

14. Right-click to 'Disconnect'

### Open the local Microsoft Access Database

1. Open database at X:\Haskell\University Services\Student Services\Financial Aid Documentation\2017-2018 Database.accdb
    a. You will check the students listed on the isir report to see if their physical files are started or not.
    b. If in database, 'file in process'
    c. If correction, you will need to be print isir from cams and pull the file, update student notes in cams and

### Import into EdExpress

EdExpress software is an application designed for schools to process and manages federal student aid records. EdExpress is windows-based and has to be downloaded and installed yearly. Haskell is using this software to store and backup the isir records imported to CAMS.

15. Import isirs to EdExpress
16. Login to EdExpress
17. File > Import
18. Click on 'App Express' tab
    a. Import type = ISIR DATA…
    b. Import From = select one file at a time (for each file)
    c. Select OK after each time
    d. Click Cancel at print option screen

46

USA001055

    e.  Packaging tab
- i. Import type
- ii. Click ok

    f.  Click Pell tab
- i. Go to each options for Import Type (15 options)
- ii. Click File, if any files > go ahead and  import
- iii. Click OK

    g.  When completed click Cancel

19. File > Print > (Batch Report)
- a. Report = listed – processed isir
- b. Options > sort by Lastname
- c. Trans Preference = Highest
- d. Selection criteria > add date range (it should be the last date on the previous batch report) (the day after you imported)
  - i. Query title > add date range > OK > OK
  - ii. Enter Field value =  ex. 2017 05 03
- e. Click OK
- f. Click ok to print

20. Move the imported file to Historical folder (in \\10.1.29.5\financialaid\historicial\)

**Lock ISIR Records in CAMS**

1. Click **Home** button
2. Go to **Financial Aid** > **Maintenance** > Find Student  by name
3. Select **Academic Year** = YYYY-YYYY, i.e. 2017-2018
4. Click **ISIR** tab
5. Double-click student record to open

USA001056



6. Click **Lock** checkbox, to lock the record.
   a. You will need to lock it so the duplicate ISIR check on import will show you the conflict
7. Click **Update**
8. Repeat and lock each record from the import print screens when imported into CAMS.
   **NOTE:** If you have a large import such as the beginning of the year, email your CAMS Manager to do a mass update on the 'Lock' field.

## View Student Data

After importing ISIRs you will navigate to Financial Aid > Maintenance and view imports and print full ISIR reports.

### Status Tab

Holds Financial Aid Status information including package status, budgeted cost of attendance (COA), EFC data, etc. Common Origination and Disbursement (COD) Entrance Counseling, Master Promissory Note, Credit/PLUS Application Information, and Award Usage Limits are also displayed here. It is crucial that the Status information be complete to use the automatic processes.

The status tab gets created when an isir is imported to CAMS. The isir has to match on SSN if not matched it will reside in Holding table until there's a match. It will automatically show in this tab when the match happens.

48

USA001057

1. Go to **CAMS Enterprise Home** page
2. Click **Financial Aid >Maintenance**.
3. **Find** Student search window opens > Enter <u>part of last and first name</u> of student > select and double-click student record to open



4. **Academic Year** = select year(YYYY-YYYY)
   a. Recommended to select the year you are viewing the record to not get confused with other years.

**ISIR Tab**
1. Click **ISIR tab**

49

USA001058



You may notice a couple of things here about the ISIR before you view the detail.

a. If multiple ISIRs, you will notice a different background.
b. If you open the record, you will see <u>detail info with 2 pages</u> to view.
c. Shows where the ISIR was <u>imported from</u> with url and data file size info
d. **Full Detail** report button available for view



50

USA001059

e. **Full ISIR Report** button available for view – the report has more pages.
   i.   See top-left for page navigation
   ii.  Export option first icon
   iii. Print option second icon



f. Shows the comment codes tied to document tracking items

## Awards Tab

1. Click **Awards** tab

USA001060



This is where you will see awards; Pell, SEOG, Tribal and Private grants and scholarships. Add/update awards here.

    a.   To add, right-click white space.

    b.   To update, highlight award and double-click to open.

### Documents tab

1. Click **Documents** tab



52

These are all the document tracking items you setup at Tools >Import > Financial Aid > Doctrack Autoload or you may manually add them here too. There are two areas to view/add/update document tracking items.

    a.  Below is another area you may find Document Tracking items are at **Financial Aid > Document Tracking**



You can also add manually here too.

## More Tab

1.  Click **More** tab



**More** tab - Provides links to view a student's academic progress, demographic, billing, and address information without having to exit the Financial Aid Student Maintenance window. You can also generate reports and emails from this tab. From the **Financial Aid Student Maintenance** window, click the **More** tab to view the following options:

- **Academic Progress** - Displays Credit and Transcript completion rates. The Credit columns include all registered courses that have a Show on Transcript value of Yes, regardless of grade. The Transcript columns looks at only those graded courses that affect transcript attempted hours where Show on Transcript = Yes. View only.

- **Billing** - Displays Term, Transdoc, Financial Aid (Yes or No), Debits, Credits, and Balance. View only.

USA001062

- **Report** - Allows you to generate the following reports specific to the active student: Award Letters, Award Ledger, and Academic Progress.
- **Address** - Displays Home, Local, and Billing addresses. View only.
- **Email** - Opens a blank email form using the active student's primary email address.
- **User Defined Fields** - In addition to the data fields already available, CAMS provides these fields to capture other data about students. The labels to these fields are configured according to your institution within the CAMS Manager module.

  **Note:** The More tab displays information important to Satisfactory Academic Progress (SAP).

## Review Student ISIR, Doctracking and Files

Find all student ISIRs imported based on print screens or running the doctracking report. The student has to have their acceptance letter on file with financial aid before starting a paper file folder. The financial aid specialist will verify the following for every student:

- Acceptance Letter received by financial aid office
- Run doctracking or batch report
- Start Processing Checklist
- Print student ISIR and review for verification and checklist
- Add doctracking items to student record based on checklist if doctracking autoload did not add them
- Verify enrollment status in CAMS (New, Continuing, Re-add or Transfer)
- Add notes in student record in CAMS
- Email doctracking letter(s) requesting student to complete based on ISIR report
- Transcript
- Class Schedule
- COD Report
- Transfer Transcript, if student is a transfer

## Processing Checklist

**Example of Checklist**

Haskell Indian Nations University      PROCESSING CHECKLIST

Financial Aid

2016 – 2017

N

Verification: V1-Standard   V3-Child Support    V4-Custom   V5-Aggregate    V6-Household Resources

(NOTE: the verifications change every year)

H (no calculation)

Financial Aid Warning Financial Aid Suspension        File Processing Dates

_____ Haskell Admissions Acceptance Letter         ISIR _____ Start _____

_____ 4-Year Program Acceptance Letter

_____ ISIR                                         Starting Semester: F S M

_____ COD                                          Enrollment Status: N C T R T/R

_____ Haskell Transcript                           LEU _____% COD _____ %

_____ Transfer Transcript(s)                       On-Campus _____ Off-Campus _____

                                                   CGPA _____ ATT HRS _____

54

USA001063

DEPENDENT INDEPENDENT                    2 Yr. _____  4 Yr. _____  (150% Rule)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Trans No. | EFC | Comment | Date | Initials |
|-----------|-----|---------|------|----------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

|  | Initials | Date |  | Initials | Date |
|--|----------|------|--|----------|------|
| File reviewed by: | _____ | _____ | File reviewed by: | _____ | _____ |

On Processing Checklist indicate what documents are being requested from the student to be completed and returned to the Financial Aid Office to process the student's file.

Processing Checklist
DEPENDENT            INDEPENDENT

### 2016 – 2017 Financial Aid Forms

| Requested | Received | Final Review |
|-----------|----------|--------------|
| ___ Data Form | ____ Data Form | ___ Data Form |
| ___ FERPA | ____ FERPA | ___ FERPA |
| ___ NHM/NC | ____ NHM/NC | ___ NHM/NC |
| ___ Verification of Income | ____ Verification of Income | ___ Verification of Income |
| ___ Low Income | ____ Low Income | ___ Low Income |
| ___ SNAP Benefits | ____ SNAP Benefits | ___ SNAP Benefits |
| ___ Child Support | ____ Child Support | ___ Child Support |
| ___ Nontax Filer | ____ Nontax Filer | ___ Nontax Filer |
| ___ Untaxed Income | ____ Untaxed Income | ___ Untaxed Income |
| ___ High School Completion | ____ High School Completion | ___ High School Completion |
| ___ ID/Education Purpose | ____ ID/Education Purpose | ___ ID/Education Purpose |
| ___ Notary Documentation | ____ Notary Documentation | ___ Notary Documentation |
| ___ Special Circumstance/Re-Eval | ____ Special Circumstance/Re-Eval | ___ Special Circumstance/Re-Eval |
| ___ Childcare Budget | ____ Childcare Budget | ___ Childcare Budget |

**Notification Letters**
_____ High LEU – please come to FAO for further explanation
_____ Log on to FAFSA to use IRS Data Retrieval Tool to transfer tax info; or, provide a 2015 Tax Transcript
_____ FAFSA indicates more than one in college – please provide documentation (i.e., class schedule)
_____ Complete Academic Plan with your Academic Advisor and return information to Financial Aid Office

C Code Findings:

_____

## Labels for New Files

Make two labels for each new file. One for the Processing Checklist and one for new folder:
5202-P5                    Term (2016-2017)
Last Name, First Name, Middle Initial
Opened: Day/Month/Year

**Each folder needs to have a label put on it, if it has any of these issues:**
- Verification (green)
- Hi EFC (blue)
- High LEU (red/pink)
- Warning (black)
- FNA (yellow)

## Verification/Non Verification

**Non Verification Files**
If there are no unusual circumstances noted on the FAFSA, the only documents to be requested will be:

55

USA001064

- FIN-Data/Ferpa Form

**Verification Files**

Depending on what type of verification status a student's file is flagged with, the school is required to ask for documentation of support the verification being requested by the Department of Education:

**Verification 1 (Standard)**
- Student Data Form
- FERPA
- NHM/NC (Number in household/college)
- Verification of Income – Nontax Filer
- Verification of Other Untaxed Income
- SNAP
- Child Support
- FIN-Data/Ferpa Form

**Verification 2 (Reserved)**

**Verification 3 (Reserved)**

**Verification 4 (Custom)**
- Student Data Form
- FERPA
- SNAP
- Child Support
- High School Completion
- Identity and Education Purpose
- FIN-Data/Ferpa Form

**Verification 5 (Aggregate)**
- Student Data Form
- FERPA
- NHM/NC
- Verification of Income – Nontax Filer
- Verification Other Untaxed Income
- SNAP
- Child Support
- Higher School Completion
- Identity and Education Purpose
- FIN-Data/Ferpa Form

**Verification 6 (Reserved)**

## Low Income

If income reported on FAFSA is less than $10,500 you need to request a Low Income form
- Add FIN-Low-Income to doctracking in CAMS.

## Additional Documentation

If conflicting information or unusual circumstances are discovered during the verification process, additional documents can and will be requested from the student/parent to verify the information reported on the FAFSA.
- Add FIN-Special Circumstances to doctracking in CAMS or appropriate doctracking item.

## Run Doctracking Report for ISIRs Imported for Admitted/Registered Students

To run the doctracking report for imported or <u>admitted students</u>, follow the steps below.

USA001065



1. Enter/Select the following Parameters in **Documents** tab:

| Field Names | Field Entries |
|---|---|
| Doc Date From | |
| Doc Date To | |
| Comp Date From | |
| Comp Date To | |
| Location | FINANCIAL AID |
| Doc UserDef Field | |
| Doc Name | Select multiple, CTRL + each DocName (FIN-Data Release Form, FIN-Data Ferpa Release Form and FIN-Verification) |
| Doc Status | Optional (leave blank to see all) |
| Doc GPA Group | |
| Ref Field | |
| Internal | |
| Academic Year | YYYY-YYYY i.e. 2017-2018 |
| Fin Aid Year | FA-YY/SP-YY, i.e. FA-17/SP-18 |

2. Click **Students** tab

57

USA001066



| Field Names | Field Entries |
|---|---|
| Student | |
| Date Accepted From | |
| Date Accepted To | |
| Addr Type | Defaults to Home |
| Cancelled | |
| Campus | |
| Adm Counselor | |
| Status Term | |
| Exp Entrance Term | FA-YY, SP-YY or SU-YY |
| Student Registered | |
| Registration Status | |
| Enroll Status | |
| Appl Status | Admitted and Registered (select multiple CTRL+) |
| Initial Program | |
| Initial Status | |

3. Click **Reports** Tab

4. Choose **Students By Document** option

5. Click **Print**

-You pulled all students who have document tracking = FIN-Data Release Form, FIN-Data/Ferpa Release Form and FIN-Verification on their records and located in FINANCIAL AID for 2017-2018

USA001067

academic year in FA-17/SP-18 Fin Aid year; and Expected Entrance Term SP-YY with Admitted and Registered statuses.

6. **Print** report (top left icon) or run another report
7. Click **Reset** on Documents tab to pull another Report
8. **Yes** to Reset

## Add Student Doctracking Documents

Doctracking items may be added to student records at any time. Some items are set to autoload on ISIR import.

1. Go to **Financial Aid > Maintenance > Find Student > Select Academic Year in Status > Documents** (or Financial Aid > Document Tracking)



2. Right-click in white space to open a new window to enter the doctracking item

USA001068



3.   Enter the bold field names in table below:

| Field Names | Field Entries |
|---|---|
| **Academic Year** | **If not matching step 4, select correct year YYYY-YYYY** |
| **Financial Aid Year** | **Select correct term, ie FA-YY, SP-YY or SU-YY** |
| Location | Defaults to FINANCIAL AID |
| Document Date | Defaults to add date |
| Completion Date | Leave blank |
| **Document Name** | **Select document name from drop-down selection** |
| Description | Auto populates based on Document Name selection |
| **Status** | **INCOMPLETE** |
| User Defined Field | Leave Blank |
| Reference | Leave Blank |
| Comments | Leave Blank or add a comment |
| Internal | Leave Blank or check to have it available internal only |

4.   Click **Add**

5.   Repeat the previous steps for every add for document tracking item(s)

6.   Go to **CAMS Home > Financial Aid > Report > Document Tracking Reports** tab to print your doctracking letters

60

USA001069



7.

| Field Names | Field Entries |
|---|---|
| Doc Date From | Leave Blank, use the date filter if you need specific dates |
| Doc Date To | Leave Blank, use the date filter if you need specific dates |
| Comp Date From | Leave Blank, use the date filter if you need specific dates |
| Comp Date To | Leave Blank, use the date filter if you need specific dates |
| **Location** | **FINANCIAL AID** |
| Doc UserDef Field | Leave Blank |
| **Doc Name** | **Ex. FIN-Data/Ferpa Form** |
| **Doc Status** | **INCOMPLETE** |
| Doc GPA Group | Leave Blank |
| Ref Field | Leave Blank |
| Internal | Defaults to All |
| **Academic Year** | **Ex. 2017-2018** |
| Fin Aid Year | Auto-populates based on Academic Year |

    a.  The Students tab – you may select a certain group of students or a single student if needed.

8.  Click Reports tab, Report Format = HINU_FIN Docs Letter

9.  Click Print

61



10. The letter will display and you may export as PDF format and attach it to the email.

## Update Student Doctracking Status on Completion

Once the student is notified via email for documents, the student has to return all requested doctracking forms to Financial Aid Office. The Financial Aid Specialist or Director will document the completion of each form in CAMS.

1. Go to **Financial Aid > Maintenance** > **Find Student > Select Academic Year in Status > Documents** (or Financial Aid > Document Tracking)

62

USA001071



2. Double-click to open the item



3. Enter **Completed Date**
4. **Comments** are optional

63

USA001072

5. Click **Update**
6. Repeat for each completed form

### Verify Student Enrollment

1. Go to **Financial Aid > Student Status >**



2. The top half shows you the Term and Enrollment Status
3. Or go to **Financial Aid >Maintenance > Find Student > More> Academic Progress** or Click **Report > Select Academic Progress > Print** to view
   a. The report will display the academic information for the student including **Term Enrolled, Academic Status, RegisterStatus** and **Enrollment Status**.

### Add Student Notes

The Financial Aid Specialist or Director will add notes to student record to document all communication with student so any team member can assist a student anytime by reading the notes or update status.

1. Go to **Financial Aid > Student Notes >** Right-click in white space to add a note

64



2. The Financial Aid Team is set to a group so only users in the group will view and access the note. The note add will start of the top of the note section.
3. Click Add (or Update the note if you are adding on to the note).
4. Close Student Notes window

## Email Student for Required Documents

After reviewing all the documents needed from a student, you will need to email the student by using your MSOutlook application.

1. Open a new email and find student in **To...** by typing in the first and last names.



2. Find your template for sending doctracking letters.
3. Attached the forms based on documents requested at **Financial Aid** > **Maintenance** > select appropriate **Academic Year** >**Documents.** Then go to **CAMS Home > Financial Aid > Report > Document Tracking Reports** tab to print your doctracking letters

## Budget and Package Pell Award

The student is ready for budgeting and packaging when all the requested documents are completed in doctracking. The Director will review, complete the award packaging and send out award letter if student meets the following:

- LEU maximum is not met

65

- Remaining Need is adequate for award
- Review EFC or FISAP Total Income
1. Go to **CAMS > Financial Aid > Maintenance > Find Student**
2. Select academic year in Status
3. Find and select record > double-click to open student financial status
4. Enter and select **Direct Cost Type**



5. Set **Package Status** = PACKAGED
6. Review if all documents are received in Document Tracking and verify Packaged For Load is matching in folder. Also check Primary EFC has a value (if null, then it should be 0.00).
   a. Enter 9 Month COA
   b. If selected for Verification, select Verified for Verification Status
   c. Check Resolved checkbox
7. Click **Update** button
8. Go to **Financial Aid > Packaging > Single**

USA001075



9. **Academic Year** = select year
10. **Financial Aid Year** = auto-populates
11. **Package as Load** = select load
12. **Direct Cost** = select type
13. **Distribution for Award Type** = PELL
    a. **NOTE:** If you are creating the first single package, you will have to click the '**Load From Calendar**' button one-time to initiate the Package Term information (from setup info) with TextTerm, DistrubtutionDate, DistrubutionPercentage info.
14. Click **Package** tab

67

USA001076



15. Select **Student > find student > double-click record to select**
16. **Add option** = Pell
17. **Award type** = PELL
    a. Choose **Award Type** option only if you are not using the PELL table to auto calculate
    b. Award Type = Pell
    c. Total amount = enter amount
18. Click **Add**
    a. Delete Term if needed, such as when you are only packaging for one term
19. The packaged awards data grid will populate with awards
20. Click **Process** button



21. Click **OK**
22. Go back to CAMS home > **Financial Aid** > **Maintenance > Find Student > Award**
23. Click **Save** and in Award grid you will see the Pell Award(s) show

68

USA001077

    a.   The packaging will package for both terms and on export to COD, you will define the current.

24.  To print award or any of the 9 letters... go to **Financial Aid** > **Maintenance > Find Student > More tab > Report** > select **HINU_Standard By Award** and Print and save the letter.

    a.   The Award Letter is also available at **Financial Aid** > **Reports >** select Award Letter on individual or multiple students.

25.  **Term from** = select term

26.  **To** = select term

27.  **Address type** = local

28.  Click **Print** button to preview report or use top navigation to export

## Package Summer Pell 2

### Add Award Manually

1.  Go to **Financial Aid > Maintenance > Find student**

2.  On **Status tab**, select **Academic Year** = YYYY-YYYY (ex. 2017-2018)

3.  Click **Awards tab**, select FA-17/SP-18 in Filter to Package

4.  Right-click in Award grid > Add Pell Award (see Finaid Award Detail Entry image below) > **update Term** to SU-YY (ex. SU-18)

5.  Enter **Distribution Dt**

6.  Select Pell 2

7.  Select appropriate **Award Status**

8.  Enter **Amount**

9.  Click **Add** to save entry



Entries should be similar to the screen above.

69

USA001078

10. Follow the two-step process for origination and disbursement as Award Type = PELL. The transfer and adjustment will work the same as PELL.

## Origination and Disbursement

This is a two-step process, COD (Common Origination & Disbursement) occurs when student records are ready to be exported to EdConnect to request funds from U.S. Department of Education. COD responds via EdConnect and Haskell Financial Aid downloads the message and imports to CAMS. When COD approves the funds, CAMS will be allowed to import and flip the status to Originated. The second step occurs when the disbursement date is within 7 days to distribute funds to student. It requires another COD export and import response file to CAMS then update the status to Disbursed.

Step 1



| ORIGINATE | |
|---|---|
| | COD Export – it automatically goes to C:\CAMS Enterprise\Export\ |
| | Upload exported file to EdConnect |
| | Wait an hour or more for COD Response file |
| | Log in to EDConnect to find COD Response file |
| | Download response file, it will go to C:/IAM/Data/ |
| | Open CAMS > Tools > Import Response file |
| | If errors, you will see in the Dist (+) or Reports tab. Print the Detail Report. Let MH or LH know about the errors. |
| | Reports tab, Set award status to = **ORIGINATED** |

70

USA001079

Step 2



| | |
|---|---|
| **DISBURSE** | COD Export - the disbursement date in Award have to be within 7 days from the day you are exporting (C:\CAMS Enterprise\Export\) |
| | Upload exported file to EdConnect |
| | Wait an hour or more for COD Response file |
| | Log in to EDConnect to find COD Response file |
| | Download response file, it will go to C:/IAM/Data/ |
| | Open CAMS > Tools > Import Response file |
| | If errors, you will see in the Dist (+) or Reports tab. Print the Detail Report. Let MH or LH know about the errors. |
| | Reports tab, Set award status to = **DISBURSED** |

## CAMS Setup

On first setup, it's required to enter and set Campus Code, NSLC School Code, COD Codes for Loans in the Campuses table in all record entries. Currently, Haskell has 4 records; Null, Main, KU and Satellite. Once the records are identically setup, it's unlikely you will need to make a change.



71

USA001080

Other areas that part of the setup are:

- Award Reference in Financial Aid > Setup > Award Reference > find Pell record and open
- Yearly COD Parameters – for loans only
    o Located in the bottom half of Financial Aid > Setup > Award Reference > find record > click/toggle 'Yearly COD Parameters'
- CIP codes table – all degrees have to have CIP codes entered
- Degree table -

Step 1 – Originate
1. **Tools > Export > Financial Aid > COD Export**



USA001081

| Field | Entry |
|---|---|
| Routing ID | 65969953 |
| Address Type | Home |
| Academic Year | select appropriate year, i.e. 2017-2018 |
| Select  Financial Aid Year(s) | select all appropriate finaid years, i.e. FA-17/SP-18 & FA-17 |
| Program Year | 2018 or select appropriate year |
| Schema Version | 4.0c (default) |
| Destination Mailbox | TG71900 |
| Disbursement Date From | Distribution state date from Pell Schedule |
| Single Student ID | Optional to leave blank or select a student |
| Disbursement Date To | Distribution end date from Pell Schedule |
| Must be Registered | |
| Limit to Award Types | PELL |
| Award Status | APPROVED |
| Limit to Terms | FA-YY or SP-YY or SU-YY |
| Match Academic Years Dates to Financial Aid Year Dates | Check the box |
| Click **Initiate** button | |

2. The Awards tab shows (recommended to print screen Awards, Summary and COD Exp then place it in Pell folder)



This tab will show all the students being exported. You may remove students if needed.

73

3.  Click Loan Info tab



This tab shows direct loan info and status data for COD, it's usually the total number of students you are exporting.

4.  Click Summary tab



The **Summary** tab view **Reported Financial Summary Information**, which displays totals for each award type included in the export file.

74

The report steps below are a quick check if needed.

a. Run BYOR Report to verify number of students and total dollar amount before your export, go to financial aid > Report > BYOR



b. Enter the following:
   i. Academic Year = ex. 2017-2018
   ii. Financial Aid Year = ex. FA-YY/SP-YY
   iii. Award Distribution Dt From = should be the Distribution date from Pell Schedule
   iv. Award Distribution Dt To = should be the Distribution date from Pell Schedule
   v. Award Type = PELL
   vi. Award Status = APPROVED
   vii. Click Reports tab > Report Format = Summary By Student By Award OR HINU_Detail By Award Type

c. The award dollar amount and # of students should match here

5. Click **COD Exp** tab



USA001084

6. Name your text file here (recommend to be consistent with naming convention such as SP18 15, TermYY Disbursement 1.5). It will export your file to C:\CAMS Enterprise\Export\

7. Click **Validate/Build XML**. CAMS will verify all required information for submittal to COD is included on each record in the export file. If there is any missing information, a report displays with corrections that need to be made. The export file will be created once all corrections are made. The export file will be saved to the Document Directory defined in your CAMS User Profile. Navigate to this directory to upload the file to COD via your SAIG mailbox.

**NOTE:** When validating/building the COD export, CAMS looks to the award record to determine the campus value to report to COD. If a campus value is not populated on the award, CAMS looks to the student status record for the associated term to retrieve the campus value. If an associated student status record does not exist, CAMS looks to the most recent student status record to retrieve the campus value. If there are award records that do not have a campus value, click **Update Awards** to populate the award record with the derived campus value that was reported to COD.

**COD Export Consistency Check**

CAMS performs a consistency check upon clicking the Initiate button on the COD Export. If a previous export has been done for a Program Year other than the Program Year selected a pop-up will display alerting the user. You may either cancel the initiation and select a different Program Year or, if necessary, force a change to the Program Year. This functionality is useful if an incorrect Program Year was selected for the previous export.

1. If a Program Year is selected for awards that have been previously exported using a different Program Year, a pop-up displays.
2. Note the previous exports Program Year. The first COD award identifier and student are indicated as an example.
3. Click **OK**; a pop-up displays indicating a Program Year conflicts with the year selected.
4. If the originations have been accepted by COD or if you wish to select a different Program Year, click **Yes** to return to the COD Export Criteria tab, select the correct Program Year, then continue with the export.
5. If you wish to CHANGE the Program Year for the previously exported awards, click **No**; a pop-up displays asking if you wish to force an update to the Program Year for the previously exported awards. NOTE: the Program Year should NOT be changed for originations already accepted by COD.
6. Click **No** to return to the COD Export Criteria tab, select the correct Program Year, then continue with the export.
7. If you wish to force a CHANGE to the Program Year for the previously exported awards, click **Yes**.
8. A pop-up displays asking you to confirm you wish to CHANGE the Program Year for the previously exported awards. NOTE: the Program Year should NOT be changed for originations already accepted by COD.
9. This is the last opportunity to cancel the Program Year change for the previously exported awards. Click **No** to return to the COD Export Criteria tab, select the correct Program Year, then continue with the export. Click **Yes** to CHANGE the Program Year for the previously exported awards and continue with the export. NOTE: the Program Year should NOT be changed for originations already accepted by COD.

8. Import the file exported from CAMS to EdConnect

USA001085

9.  Open and login to EdConnect > enter authentication credentials



10.  Select the following criteria in the Transmission Queue:



     a.  Transmit       =check the box
     b.  Activity        =Send
     c.  Project         =COD
     d.  Cycle          =17-18 Data
     e.  Description     =17-18 Pell Spec. 17-18 AY Spec Input
     f.  Message Class  =CRPG18IN
     g.  File Name      =click here and find the file your exported to C:\CAMS
         Enterprise\Export\???????.txt (make sure you have the file type set to All Files)
     h.  Click Transmission > Now
     i.  Log out of EdConnect
     j.  Wait from 10 mins to 24 hours for response file.

11.  Log back into EdConnect for Response file and enter the following in Transmission Queue:



     a.  Transmit       =check the box

     b.  Activity        =Request

USA001086

    c.   Project          =All
    d.   Cycle            =All
    e.   Description     =All Data, All Messages
    f.   Message Class  =???
    g.   File Name      = C:\iam\data\\*.*
    h.   Click Transmission > Now
    i.   File > Close > OK
    j.   File > New > Activity Log > OK
    k.   You will see a colored screen



    l.   Look in **Activity** column where you see Receive, Project column = COD and Message Class = crpg##op.###. This is the response file from COD
          i.   See second arrow above, bottom row.
          ii.  The first arrow is the 'send' file that occurred in step 11.
    m.  Go to C:\ iam\data to get the file (crpg##op.###)
    n.  Connect to OpenVPN on your computer
    o.  Import to CAMS

**12. CAMS home > Tools > Financial Aid > COD Import >**

13. Click **Browse** to find your file from EdConnect, COD Response text file

78

USA001087

a.  Go to C:\IAM\Data and find your file (crpg##.###, cod response file)



14. Click **Upload Document** button
15. Click **Parse XML document** button, to format the document for import and automatically increment the Disbursement Sequence Number for awards in this file.
16. Click **Students** tab



**\*\* The window shows the # of records from the COD Export so it should match again here \*\*\***
NOTE: Click Counsel Import to import a DL Entrance/Exit Counseling and Financial Awareness Counseling message class file. Not in use, but may be used in the future.

79

NOTE: Entrance Counseling may also be imported along with DL PLUS borrower information by importing the CRCxxOP message class file. Not in use, but may be used in the future.

17. Review the students included in the Import file.
18. Click **Summary** tab



19. Print screen Summary, Awards, Disb pages.
20. Provides a one line summary of Response data from COD

80

USA001089

21. Click **Awards** tab



22. View shows the **Awards** being imported. The data grid displays 200 rows per page; if the awards in the grid exceed 200, click **Next** to go to the next page of the grid.

23. Click **Disb** tab



24. Shows the award distribution amounts to be imported. Click the plus sign next to each row to view the Response Error Code(s). The error codes will also display on the COD Response Detail report. The data grid

81

displays 200 rows per page; if the disbursements in the grid exceed 200, click **Next** to go to the next page of the grid.

Example of Response Error Code (after you click the + next to record number)



25. You may check the COD Reference Site to look up the error messages at
   https://cod.ed.gov/cod/TechRef1718Page

26. Click **Reports** tab



27. Set the new **Award Status** = ORIGINATED for **COD Response Code= A** (approved), and then click **Update** to set the *Award Status* in Financial Aid > Maintenance > Award.

28. Click Report = **Detail** and **Print**

USA001091

**Step 2 – Disburse**

COD Export - the disbursement date in Award have to be within 7 days from the day you are exporting. Step 1 – Originate will be repeated with selecting a few options for Disbursement.

1.  **Tools > Export > Financial Aid > COD Export**



| Field | Entry |
|---|---|
| Routing ID | 65969953 (default) |
| Address Type | Home (default) |
| Academic Year | select appropriate year, i.e. 2017-2018 |
| Select Financial Aid Year(s) | select all appropriate finaid years, i.e. FA-17/SP-18 & FA-17 |
| Program Year | 2018 or select appropriate year |
| Schema Version | 4.0c (default) |

83

USA001092

| Destination | COD (default) |
|---|---|
| Destination Routing ID | 00000001 (default) |
| Destination Mailbox | TG71900 (default) |
| Disbursement Date From | Distribution start date from Pell Schedule |
| Single Student ID | Optional to leave blank or select a student |
| Disbursement Date To | Distribution end date from Pell Schedule |
| Must be Registered | Unofficial (if in add/drop period. If after select Official) |
| Disbursement Release Indicator | Check the box |
| Limit to Award Types | PELL |
| Award Status | ORIGINATED |
| Limit to Terms | FA-YY or SP-YY or SU-YY |

2. Click **Initiate** button
3. The **Awards** tab shows



This tab will show all the students being exported. You may remove students if needed and check the BYOR report to match the number of records in the export.

84

USA001093

4.  Click **COD Exp** tab



5.  Enter the **File Name**, then click **Validate/Build XML**. CAMS will verify all required information for submittal to COD is included on each record in the export file. If there is any missing information, a report displays with corrections that need to be made. The export file will be created once all corrections are made. The export file will be saved to the Document Directory defined in your CAMS User Profile. Navigate to this directory to upload the file to COD via your SAIG mailbox.

    a.  Name your text file here (recommend to be consistent with naming convention such as SP18 15 translates to TermYY 1.5 disbursement). It will export your file to C:\CAMS Enterprise\Export\

6.  COD Export message will show when completed. The message shows the location of the exported file, C:\CAMS Enterprise\Export\

7.  Import the file exported from CAMS to EdConnect

8.  Open and login to EdConnect



9.  Select the following criteria in the Transmission Queue:

USA001094



    a.   Transmit      =check the box
    b.   Activity        =Send
    c.   Project        =COD
    d.   Cycle          =17-18 Data
    e.   Description    =17-18 Pell Spec. 17-18 AY Spec Input
    f.   Message Class  =CRPG18IN
    g.   File Name     =click here and find the file your exported to C:\CAMS
         Enterprise\Export\???????.txt (make sure you have the file type set to All Files)
    h.   Click Transmission > Now
    i.   Log out of EdConnect
    j.   Wait from 10 mins to 24 hours for response file.

10.  Log back into EdConnect for Response file and enter the following in Transmission Queue:



    a.   Transmit      =check the box

    b.   Activity        =Request
    c.   Project        =All
    d.   Cycle          =All
    e.   Description    =All Data, All Messages
    f.   Message Class  =???
    g.   File Name     = C:\iam\data\*.*
    h.   Click Transmission > Now
    i.   File > Close > OK
    j.   File > New > Activity Log > OK
    k.   You will see a colored screen

USA001095



l.  Look in **Activity** column where you see Receive, Project column = COD and Message Class = crpg##op.###. This is the response file from COD
    i.  See second arrow above, bottom row.
    ii. The first arrow is the 'send' file that occurred in step 11.
m.  Go to C:\ iam\data to get the file (crpg##op.###)
n.  Connect to OpenVPN on your computer
o.  Import to CAMS

**11. CAMS home > Tools > Financial Aid > COD Import >**
12. Click **Browse** to find your file from EdConnect, COD Response text file
    a.  Find your text file on C:\ iam\data\



13. Click **Upload Document** button

87

USA001096

14. Click **Parse XML document** button, to format the document for import and automatically increment the Disbursement Sequence Number for awards in this file.
15. Click **Students** tab



\*\* **The window shows the # of records from the COD Export so it should match again here** \*\*\*
NOTE: Click Counsel Import to import a DL Entrance/Exit Counseling and Financial Awareness Counseling message class file. Not in use, but may be used in the future.
NOTE: Entrance Counseling may also be imported along with DL PLUS borrower information by importing the CRCxxOP message class file. Not in use, but may be used in the future.
16. Review the students included in the Import file.

USA001097

17. Click **Summary** tab



18. Provides a one line summary of Response data from COD

USA001098

19. Click **Awards** tab



20. View shows the **Awards** being imported. The data grid displays 200 rows per page; if the awards in the grid exceed 200, click **Next** to go to the next page of the grid.

21. Click **Disb** tab



22. Shows the award distribution amounts to be imported. Click the plus sign next to each row to view the Response Error Code(s). The error codes will also display on the COD Response Detail report. The data grid

90

displays 200 rows per page; if the disbursements in the grid exceed 200, click **Next** to go to the next page of the grid.

Example of Response Error Code (after you click the + next to record number)



23. You may check the COD Reference Site to look up the error messages at
    https://cod.ed.gov/cod/TechRef1718Page
24. Click **Reports** tab



25. Set the new **Award Status** = DISBURSED for **COD Response Code= A** (approved), and then click **Update** to set the *Award Status* in Financial Aid > Maintenance > Award.

26. Click *Report* = **Detail** and **Print**

27. Check a few records to ensure their award status changed to DISBURSED or run the BYOR report with DISBURSED as the criteria.

91

USA001100

## Pell Award Transfer

1. Navigate to **Financial Aid > Transfer**



2. Enter the following parameters:

| Field Names | Values |
|---|---|
| Transfer Term(s) | Select term, i.e. FA-YY, SP-YY, SU-YY |
| **Disbursement Date From** | Date of expected transfer (see your distribution schedule). Date from and to should be the same date. |
| **To** | Date of expected transfer (see your distribution schedule) Date from and to should be the same date. |
| **Award Type** | PELL |
| **Award Status** | Disbursed |

3. Click **Transfer** tab
4. Click **Transfer** button



5. You will see only the dates you entered in From and To Distribution Dates.

92

USA001101



6. Click **Print** – to view the list of students that will transfer
7. Click Transfer button.



8. Enter **Batch Description** name

93



9.  Enter **Effective Transaction Date** = date of transfer
10. Click **Transfer** button



11. Click **OK**
    a.  Now the batch is created in the Billing module.
12. Example of Pell Distribution Schedule - http://www.haskell.edu/financial-aid/disbursement/

## Adjustments

The process of adjustment may occur at any time during the financial aid process by increasing or decreasing the award amounts or cost of attendance based on direct cost type change.

### Update COA (Cost of Attendance)

1.  Find student at **Financial Aid** > **Maintenance** >

94

USA001103



2. Select **Award Year**
3. Double-click record in the top grid in the Status

95

USA001104



4.  Click **View/Hide Costs** option to expand

USA001105



5.  Double-click line item in Cost of Attendance window to edit or add a new line item.
6.  Click **Update** when finished.

**Pell Award Adjustment**

1.  Find student at **Financial Aid** > **Maintenance** > Find student > double-click record to open

USA001106



2. Select **Award Year**
3. Click **Awards** tab

USA001107



4. Highlight and double-click the record you want to modify
5. The award will open > modify and enter the new award in **Amount** field

99



6. Click **Update**
7. Back at the **Awards** tab, you will notice the change. Expand the plus(+) to see the changes as well.



8. Notice the increase amount next to the AdjustmentDate column, example 175.00
9. Next, export the COD file to upload to EdConnect
10. Follow steps for Origination and Disbursement instructions. You may choose Single Student or by Award Status export options.

USA001109



The process is two steps:

        **Step One:** export COD, import response file from COD, update the award status to Originated

        **Step Two:** export COD, import response file from COD, update the award status to Disbursed

11. Go to **Financial Aid** >**Transfer** to show the increased amount to Business Office

101

USA001110



12. Look up Student by clicking the folder icon next to the **'Single Student ID'** field.
13. Enter **Distribution Date From** and **To**
14. Award Type = PELL
15. Award Status =
16. Click Transfer tab > **Transfer** button

102

USA001111



17. You will see the student record in 'Awards to Transfer' grid
18. Click Print to print a report (the report will default to Transfer Edit List option)
19. Enter your Batch name in 'Export File Name'
20. Click **Transfer**
21. **On the Billing side, they will only see the increased amount.**

R2T4

Need documentation here

## Tribal and Private Awards

– The common award types are AICF, AICF FullCircle, FWS, Private 1, SEOG, Tribal and Veterans.

1. Navigate to **Financial Aid > Maintenance** > Find **Student**
2. Select **Academic Year** in drop-down selection to appropriate year you are working with for the award.

103

USA001112



3. IF no financial aid has yet been award to this student and "All" is the only choice.
4. Right-click in top grid to add a new status
5. The **Financial Aid Status Detail** form will appear
6. Enter required data
7. Click **Awards** tab

104

USA001113



8.   Right-click on top data grid to create/access the **Financial Aid Award Detail Entry** form.

USA001114

**Enter Award details**

9.  The form below will pop up with some fields default info
    - Enter **Term**          = FA-YY, SP-YY or SU-YY
    - Enter **Distribution Dt**   = it will default to today's date
    - **Award Type**          = Once you select one of these options: Tribal, Private, AICF, etc – the other fields will clear out.
    - **Award Status**       = Approved, In process, In progress or pending approval
    - **Amount**              = enter amount of award
    - **Description**         = include the check number and classification (FSM, FSN or Fees only)



10. Click **Add**

11. Click **Save** (top right in Financial Status window)

## COD Message Views – There are three ways to see the messages when they are imported or downloaded from COD on a daily basis.

1.  **Reconciliation and COD Rebuilds**
    a.  Navigate to Tools > Import > Financial Aid > COD Message
        - COD places message files in the institution's Student Aid Internet Gateway (SAIG) for various reasons. At present PGMRxxOP, DSDFxxOP, PGRCxxOP, and CODRBFOP messages can be imported into CAMS via Tools and viewed in the Financial Aid module (where "xx" represents the year).

106

USA001115

- The PGMRxxOP message indicates whether a student has applied for Pell at multiple institutions during the same timeframe. The messages will also contain contact information at the other Financial Aid offices.
- The DSDFxxOP message file can be used to print various SAS reports used for Direct Loan reconciliation with COD.
- The PGRCxxOP message class can be used to print Pell reconciliation reports.
- CODRBFOP message class files are COD Rebuild files that can be requested from COD to verify and correct awards in CAMS that have inconsistencies with COD information. After importing Rebuild files, you can then view and link them to the correct awards in the COD message viewer.

b. Choose file in your network shared drive
c. Select Message Class to import and the Academic Year
d. Click Import
- If successful, you will see an import was successful message.

2. **Open and View in Notepad**
- If the messages do not match in 'Reconciliation and COD Rebuilds' mentioned classes such as CRPGxxop, CRWBxxop, PGASxxop, PGLExxop, PGPDxxbk, PGPExxop, PGSMxxop, PGSNPFop, PGVRxxop, PGVSxxop or PMESSAGE then view the COD Tech Reference guide at https://fsadownload.ed.gov and download the latest if your document is not updated. This document will let you know the Data Description for the Message Class.
a. Open Notepad (Start > All Programs > Accessories)
b. Click File > Open > go to network shared drive
c. Select All File at the bottom right to view all fields
d. Find and select file > Open file
e. View report > Print or close without saving changes
f. Repeat above steps to open each file

3. **Open and View in CAMS COD Import** – use this option if you open a text file and notice html marking.
a. Navigate to Import > Financial Aid > COD Import
b. Click Browse button and file on network shared drive.
c. Enter \\10.1.29.5\finaid\ + text file name > Click Open
d. Click Upload Document button
e. Click Parse XML document
f. File will open in Students tab
g. Click Reports tab
h. Select Report = Detail
i. Click Print to view report

## Reports

1. **HINU FinAid ISIR Daily Report**
a. HINU FinAid ISIR Daily Report
- Navigate to Financial Aid > Report > HINU FinAid ISIR Daily Report
- Enter Year = YYYY (ex. 2017 for 2017-2018 isirs)
- Click Submit

2. **Admission BYOR**
a. Admitted Students by Term

107

USA001116

- Select the following criteria on Page 1:
- Exp. Entrance Term From = select FA-YY, SP-YY
- Exp. Entrance Term To = select FA-YY, SP-YY
- Applicant Status = Admitted, Registered (hold down CTRL key+select multiple)
- Click Reports tab = Select Report: List by Name
- Click Print and print preview will show report (NOTE: **Admitted** status is when the student is admitted to Haskell. **Registered** status is when they come to early enrollment and get their course schedule, id, email, etc.)

b.   Denied Students by Term
- Select the following criteria on Page 1:
- Exp. Entrance Term From = select FA-YY, SP-YY
- Exp. Entrance Term To = select FA-YY, SP-YY
- Applicant Status = Denied
- Click Reports tab = Select Report: List by Name
- Click Print and print preview will show. The report will be similar to the Admitted Report except Denied in the criteria selections summary.

c.   Registered Students by Term
- Click **Reset** on Basic report criteria tab if you ran previous reports.
- Select the following criteria on **Academ. Tab – Criteria Page 5**:
- Status Term = select FA-YY, SP-YY, SU-YY
- Student Registered = YES
- Click Reports tab = Select Report: List by Name
- Click Print and print preview will show.

d.   Registered Students by Term, Tribe Affiliation and/or Resident State
- Click **Reset** on Basic report criteria tab if you ran previous reports.
- Select the following criteria on **Academ. Tab - Page 5**:
- Status Term = select FA-YY, SP-YY, SU-YY
- Student Registered = YES
- Registration Status = Registered
- Click **Demogr. Tab – Page 3**
- Religion = select tribal affiliation
- Resident State = select state if needed
- Click Reports tab = Select Report: List by Name
- Click Print and print preview will show.

3.   **Financial Aid BYOR Reports**
a.   Not Registered – Withdrawn
- Navigate to Financial Aid > Report > Report > BYOR
- Select and enter Term From and Term To parameters (you may enter identical terms)
- Click Student Criteria tab > Select term in Registration Status Term and No to Student Registered fields.
- Click Reports tab > select Summary By Student

USA001117

    b. <u>Detail by Award Type</u> – This report is a general report where it can be viewed or used in multiple ways: by Award Type, Award Status, Award Distribution Date, etc. It also shows you the total award amount per award, term and grand totals.
- Navigate to Financial Aid > Report > Report > BYOR
- Select and enter Term From and Term To parameters (you may enter identical terms) or use Academic and Financial Aid Years.
- Select Award Type and Award Status (i.e. PELL and APPROVED)
- Click Reports tab > select Detail By Award Type

    c. <u>Student Packaging</u> – Provides a list view of all students by Academic and Financial Aid Year for budget, awards and remaining need.
- Navigate to Financial Aid > Report > Report > BYOR
- Select and enter Academic and Financial Aid Years.
- Select Award Type and Award Status (i.e. PELL and APPROVED)
- Click Reports tab > select Financial Aid Student Packaging MC

    d. <u>Pell Export for Bursars</u> – generally used at the beginning of each semester.
- Navigate to Financial Aid > Report > Report > BYOR
- Select and enter Academic and Financial Aid Years.
- Select Award Type and Award Status (i.e. PELL and APPROVED)
- Click Reports tab > select Export
- Address Type = Local
- Click Print
- Choose bottom option for exporting > Click Export
- File exports to C:\CAMS Enterprise\Export\FinAidByorExport.txt
- Open MSExcel > File\Open > Change to 'All Files'
- Find your FinAidByorExport.txt file
- Select and open the Text Document > follow Text Import Wizard Steps 1 – 3
- Click Finish on Step 3 of 3
- Modify spreadsheet and only show 12 columns: StudentID, StudentSSN, LastName, FirstNatme, TextTerm, TransDate, Award, AwardStatus, Description, Amount, DirectCostType and TermCredits
- File\Save As > hand off file to bursars office

4. <u>Financial Aid - No Show Student</u> – this is maintenance tool to remove awards assigned for a specific term, but do not have any academic records (either have not registered, or registered and dropped out or completely withdrew), CAMS provides a quick and easy process to remove awards that have not been sent to billing, or adjust awards that have been sent to Billing or exported to COD to zero amounts.
- Navigate to Tools > Process > Financial Aid > No Show Remove
- Enter Term (FA-YY, SP-YY or SU-YY)
- Select an option from Does Not have Any Academic Records That Are
- Click Initiate button
- In Awards tab, you will see the list of students who will have their awards removed

USA001118

- If a student(s) should NOT have an award removed (for example a late start), highlight the appropriate record and click Delete. This will keep the award on the student record.
- Click Report to print a report of award removals.
- Click Process to complete the removal.

5. **Financial Aid Status & Load Reports** – Enrollment reports with summaries of aid totals by term or all terms selected, compare terms, search by credit hours and term gpa and view earned credits.
   a. <u>Below Hours</u>
      - Navigate to Financial Aid > Report > Report > Status and Load > Enrollment
      - Enter term in Evaluation Between Term and And fields and 11 in Minimum Full-time Hrs.
      - Click Reports tab > select Register List > Print
   b. <u>Below Term or Cumulative GPA</u>
      - Navigate to Financial Aid > Report > Report > Status and Load > Enrollment
      - Enter term in Evaluation Between Term and And fields
      - Enter 1.99 in Minimum Cumulative GPA field
      - Click Reports tab > select Register List > Print
   c. <u>Withdrew or Not Registered</u>
      - Navigate to Financial Aid > Report > Report > Status and Load > Enrollment
      - Enter term in Evaluation Between Term and And fields
      - Check the box for Include Fully Withdrawn
      - Click Reports tab
      - Select Report Format = Register List
      - Export report to MSExcel – Data Only and name your file it Term_InclWithdrawn
      - Run the report again and leave the Include Fully Withdrawn uncheck (all students)
      - Click reports tab
      - Select Report Format = Register List
      - Export report to MSExcel – Data Only and name your file Term_woWithdrawn
      - Open file, Term_woWithdrawn > insert a column next to column A
      - Open file, Term_InclWithdrawn > copy column A (Name) and paste it file Term_woWithdrawn
      - Highlight Column A and B (both Names columns)
      - On Home tab > select Conditional Formatting > Highlight Cells Rules > Duplicate Values
      - Scroll through the rows and find the un-highlighted names. Those are the withdrawn students.
   d. <u>Non-Returning</u>
      - Navigate to Financial Aid > Report > Report > Status and Load > Enrollment
      - Enter 2 terms in Evaluation Between Term and And fields, i.e. FA-YY to SP-YY.
      - Click Reports tab > select Non-Returning List > Print
   e. <u>Enrollment by Semester</u>
      - Navigate to Financial Aid > Report > Report > Status and Load > Enrollment

110

USA001119

- Enter 2 terms in Evaluation Between Term and And fields, i.e. FA-YY to SP-YY.
  1. If one term, enter the same term i.e. FA-YY And FA-YY or SP-YY And SP-YY
- Click Reports tab > select Register List > Print

6. **Financial Aid - Document Tracking Reports**
   a. <u>FIN – Document Status Letter</u>
      - Navigate to Financial Aid > Report > Document Tracking Reports
      - Choose how you want to view your final report: single or all or group of students.
      - In this example, we will pull all registered students for selected term
      - Doc Status = INCOMPLETE
      - Academic Year = select appropriate YYYY-YYYY
      - Fin Aid Year = will auto populate
      - Click Students tab
      - Select Status Term = SP-YY or FA-YY and Student Registered = Yes
      - Click Reports tab
      - Report Format = HINU_FIN Docs Letter
      - Click Print
      - Export final report is needed.
   b. <u>Students by Document By Document Dates</u>
      - Navigate to Financial Aid > Report > Document Tracking Reports
      - Doc Date From  = enter a start date
      - Doc Date To =enter an end date
      - Doc Status = INCOMPLETE
      - Academic Year = YYYY-YYYY
      - Fin Aid Year = will auto populate
      - Click Students tab
      - Select Status Term = SP-YY or FA-YY and Student Registered = Yes
      - Click Reports tab
      - Report Format = HINU_FIN Docs Letter or Students by Document
      - Click Print
   c. <u>Students By Document By Complete Dates and Status</u>
      - Navigate to Financial Aid > Report > Document Tracking Reports
      - Comp Date From  = enter a start date
      - Comp Date To =enter an end date
      - Doc Status = COMPLETE
      - Academic Year = select appropriate YYYY-YYYY
      - Fin Aid Year = will auto populate
      - Click Students tab
      - Select Status Term = SP-YY or FA-YY and Student Registered = Yes
      - Click Reports tab
      - Report Format = Students by Document
      - Click Print
   d. <u>All Students with Document Tracking Item(s)</u>

111

USA001120

- Navigate to Financial Aid > Report > Document Tracking Reports
- Doc Name = select multiple items by using CTRL+each docname (i.e. FIN-Data/Ferpa Form + FIN-Verification Packet)
- Academic Year = select appropriate YYYY-YYYY
- Fin Aid Year = will auto populate
- Click Students tab
- Select Status Term = SP-YY or FA-YY and Student Registered = Yes
- Click Reports tab
- Report Format = Students by Document
- Click Print

e.  <u>Single Student with Document Tracking Item</u>
- Navigate to Financial Aid > Report > Document Tracking Reports
- Academic Year = select appropriate YYYY-YYYY
- Fin Aid Year = will auto populate
- Click Students tab
- Select Student field lookup > Find student > select student
- Click Reports tab
- Report Format = HINU_FIN Docs Letter or Students by Document
- Click Print

f.  <u>Admitted Students with Document Tracking Item(s)</u>
- Navigate to Financial Aid > Report > Document Tracking Reports
- Doc Name = select multiple items by using CTRL+each docname (i.e. FIN-Data/Ferpa Form + FIN-Verification Packet)
- Academic Year = select appropriate YYYY-YYYY
- Fin Aid Year = will auto populate
- Click Students tab
- Select Expected Entrance Term = SP-YY or FA-YY and Appl Status = ADMITTED + REGISTERED
- Click Reports tab
- Report Format = Students by Document
- Click Print

g.  <u>Document Tracking Mail Merge Export</u> – view all students with doctracking items attached to their records.
- Navigate to Financial Aid > Report > Document Tracking Reports
- Academic Year = select appropriate YYYY-YYYY
- Fin Aid Year = will auto populate
- Click Students tab (you may skip this to get all student for the academic year)
- Select Status Term = SP-YY or FA-YY and Student Registered = Yes
- Click Reports tab
- Report Format = Mail Merge
- Click Print
- The tab will show all records before the export (it will appear duplicate but it's unique and gets all records tied with doctracking items).
- Click Export button

112

- Wait for reports status to show at the bottom of Reports tab to show as 'Export Data saved to C:\CAMS Enterprise\Export\ADMDocTrackMerge.txt'
- Open MSExcel
- File > Open > C:\CAMS Enterprise\Export\ADMDocTrackMerge.txt (be sure to click 'All Files' view set to see .txt file)
- Select and open the Text Document > follow Text Import Wizard Steps 1 – 3
- Click Finish on Step 3 of 3
- Now you may view or manipulate any way you would like to see the data.
- If you want to view unique data > Highlight and copy columns B to AI > paste into a new sheet
- Highlight all columns on sheet 2 > Click Data tab > Click 'Remove Duplicates'
- Click OK to Remove Duplicate dialog box
- Click OK to # of duplicates found message
- Now your record set will not have duplicates. You will have 34 fields with Student name, admission and prospect status information.

7. **Registration Reports**
   a. <u>Attendance</u>
      - Navigate to Registration > Attendance > Reports > BYOR
      - Report Format = select a report
      - Term = select a term
      - You may pull report more than one way, below are some examples:
        1. Select Term + DateFrom & DateTo = will pull by date range entered
        2. Select Term + Course = will only pull one course
        3. Select Term + Student = will only pull one student
        4. Select Term + Major (or click multiple majors) = will pull majors selected
      - Click Print
   b. <u>Grade Summary - GPA</u>
      - Navigate to Registration > Reports > Grade Summary
      - Enter Term
      - Limit Which GPA to Range = Term
      - GPA From = enter starting GPA range
      - GPA To = enter ending GPA range
      - Click Reports tab
      - Report Type = Grade Summary by Term GPA
      - Address Type = Local
      - Click Print
   c. <u>Grade Summary – Completion Rate</u>
      - Navigate to Registration > Reports > Grade Summary
      - Enter Term
      - Click Reports tab
      - Report Type = Grade Summary by Term GPA
      - Address Type = Local
      - Click Print

8. **Financial Aid – Award Letters**

USA001122

    a.  <u>Standard Award</u>
- Navigate to Financial Aid > Reports > Award Letters
- Select HINU_Standard by Award
- Award Term From = select term
- Award Term To = select term
- You may choose single or multiple students
- If single > find student > select student
- If multiple > choose by Award Distribution Dates or SSN
- Click Reports tab
- Click Print button

    b.  <u>Standard SEOG Award</u>
- Navigate to Financial Aid > Reports > Award Letters
- Select HINU_Standard SEOG Award
- Award Term From = select term
- Award Term To = select term
- You may choose single or multiple students
- If single > find student > select student
- If multiple > choose by Award Distribution Dates or SSN
- Click Reports tab
- Click Print button

**9. Financial Aid – Individual Letters**

    a.  <u>Standard Default</u>
- Navigate to Financial Aid > Maintenance > Find Student > Select Student
- Click More tab
- Click Report option
- Select Report = HINU_Letter Default
- Click Print button

    b.  <u>Standard Drug</u>
- Navigate to Financial Aid > Maintenance > Find Student > Select Student
- Click More tab
- Click Report option
- Select Report = HINU_Letter Drug
- Click Print button

    c.  <u>Standard EFC</u>
- Navigate to Financial Aid > Maintenance > Find Student > Select Student
- Click More tab
- Click Report option
- Select Report = HINU_Letter EFC
- Click Print button
- 

    d.  <u>Standard LEU</u>
- Navigate to Financial Aid > Maintenance > Find Student > Select Student
- Click More tab
- Click Report option

USA001123

- Select Report = HINU_Letter LEU
- Click Print button
-
e. <u>Standard Probation</u>
  - Navigate to Financial Aid > Maintenance > Find Student > Select Student
  - Click More tab
  - Click Report option
  - Select Report = HINU_Letter Probation
  - Click Print button
  -
f. <u>Standard Suspension</u>
  - Navigate to Financial Aid > Maintenance > Find Student > Select Student
  - Click More tab
  - Click Report option
  - Select Report = HINU_Letter Suspension
  - Click Print button
  -
g. <u>Standard Warning</u>
  - Navigate to Financial Aid > Maintenance > Find Student > Select Student
  - Click More tab
  - Click Report option
  - Select Report = HINU_Letter Warning
  - Click Print button
  -
h. <u>Columns by Package</u>
  - Navigate to Financial Aid > Maintenance > Find Student > Select Student
  - Click More tab
  - Click Report option
  - Select Report = Columns by Package
  - Academic Year = select YYYY-YYYY
  - Financial Aid Year = select FA-YY/SP-YY
  - Address Type = Local
  - Click Print
i. <u>Academic Progress</u>
  - Navigate to Financial Aid > Maintenance > Find Student > Select Student
  - Click More tab
  - Click Report option
  - Select Report = Academic Progress
  - Click Print

10. COD Report
11. FISAP
12. SAP
13. Reconciliation
14. Scholarships

USA001124

15. IPEDS
16. SEOG
17. CollegeBoard
18. AKIS AIMS
19. NSLC

## Forms - http://www.haskell.edu/financial-aid/forms-financial-aid/

- Dependent Student Verification
- Low Income Verification
- Satisfactory Academic Progress Appeal
- Independent Student Verification Worksheet
- COA Adjustment Request
- DATA-FERPA Release
- Appeal for Dependency Override
- Special Circumstance Re-evaluation
- Childcare Budget Adjustment Request

## Glossary

**ACADEMIC YEAR** – The standard academic year from July 1 – June 30.

**EDCONNECT** – The U.S. Department of Education's Student Aid Internet Gateway software that can send, receive and manage Federal student aid information electronically.

**EDEXPRESS** – The software is a PC application that processes, packages and manages Title IV financial aid records. The U.S. Department of Education provides the software to post-secondary institutions to do Electronic Data Exchange (EDE) process.

**EFC (Expected Family Contribution)** – The amount a student and the student's family may be reasonably expected to contribute towards the student's postsecondary education for the academic year.

**COD (Common Origination and Disbursement)** - Federal Grants and Loans are processed through COD where federal aid originated from institutions is exchanged via XML files. Federal awards are exported from CAMS into COD via the institution's Student Aid Internet Gateway (SAIG) mailbox. Response files, including award disbursement amounts, are created by COD and are made available to institutions through SAIG.
Federal Loans include Stafford Subsidized, Stafford Unsubsidized, PLUS, Alternative, and Perkins. Federal Grants include PELL, ACG, SEOG, SMART, and TEACH.

**CIP CODES (Classification of Instructional Programs)** – Provides a taxonomic structure that supports the accurate tracking and reporting of fields of student and program completions activity.

**CPS (Central Processing System)** – Processes all applications for Federal Student Aid (FSA), calculates financial aid eligibility and notifies students and education institutions of the results of the eligibility calculation.

USA001125

**COMMENT CODES** - Codes on a SAR/ISIR drawing attention to specific issues on a student's application. Each code corresponds to specific comment text for the award year. The last line in the "FAA Information" section on a SAR/ISIR shows all the codes generated on the record. FAAs must review the comment codes without reading every comment to find those that may require action.

**DOCUMENT TRACKING** – Streamlines common documents by adding to student records and tracking both incoming documents from students and outgoing documents from the Financial Aid Office.

**FAA** - Financial Aid Administrator

**FAFSA** – Free Application for Federal Student Aid

**FINANCIAL AID YEAR** - Period of enrollment where the beginning date reflects the first day of enrollment.

**FISAP (Fiscal Operations Report and Application to Participate)** – An electronic application where schools provide information on Campus-Based Program in the upcoming award year.

**FNA (Financial Need Analysis)** – An eligible student's Cost of Attendance minus Expected Family Contribution (EFC) minus estimated financial assistance not received under Title IV.

**FSA (Federal Student Aid)** – The office within the U.S. Department of Education that manages the Federal Student Aid Programs.

**ISIR -** Individual Student Information Record

**LEU** – Lifetime Eligibility Used

**PELL** – A grant the U.S. federal government provides to students who need it to pay for college. They are limited to students with financial need, who have not earned their bachelor's degree, or who are enrolled in a certain post-baccalaureate programs, through participating institutions.

**REMAINING NEED** – The percentage of a student's Pell Grant Scheduled Award that has not yet been disbursed for an award year????

**SAR (Student Aid Report)** - A report provided to an applicant by the Department showing the applicant's FAFSA information and the amount of his or her EFC. SARs are the paper or electronic (eSAR) output documents that are sent to students or printed from the FAFSA on the Web and FAA Access to CPS Online Web sites. SARs and ISIRs contain the same processed student information in different formats.

**SAIG (Student Aid Internet Gateway)** - This is a mailbox that holds information such as response files and award disbursement amounts.

**VERIFICATION** - The process under which an applicant's FAFSA information is selected by the U.S. Department of Education or a school and determined to be accurate (true and complete within certain parameters) or inaccurate.

117

USA001126

** Terminology for glossary developed from https://ifap.ed.gov/ifap/helpGlossary.jsp?value=V

## Tools/Tips:

**Federal Pell Grant Program Payment Schedule**  - *You may find and download the 'Federal Pell Grant Program Payment Schedule for Determining' via an MSExcel spreadsheet. Go to https://ifap.ed.gov/ifap/ > Worksheets, Schedules & Tables > YYYY-YY Pell Grant Payment and Disbursement Schedules. This shows you the EFC, COA, Pell Maximum amount by StudentLoad.*

**Federal Student Aid (FSA)** - *https://ifap.ed.gov/ifap/*

**COD Technical Reference Guide** - *https://cod.ed.gov/cod/*

**FSA Downloads – Software and Manuals** - *https://fsadownload.ed.gov/index.htm*

## Flowchart Process References

*Current Practice*

USA001127



Haskell Financial Aid High Level Overview (Current CAMS Pell with Award Status)    September 20, 2017

*Technical Flowchart*

119

USA001128



**Pell Grant Process**

Haskell Indian Nations University          April 24, 2017, 4/28/17Rev, 2/14/18Rev

Student ISIR import from EdConnect -> CAMS->EdExpress

Admission provides paper Acceptance Letters to Financial Aid Office

Acceptance Letter + ISIR?  → No - file started

Yes

Start physical files based on print screens from CAMS or EdExpress batch report

Additional information needed?  No

Yes

Request documents from student/parent using Document Tracking (DT) in CAMS

File pending

Receive/Review DT from Student/Parent

File Complete?  No, Resend DT

Yes

Budget & Package Award

Send Award Letter to Student

Export COD file from CAMS

Import COD response file to CAMS

Provide Pell list to Bursars to order Vendor Codes for first time/new FAFSA students

Transfer Pell Awards in CAMS

Provide CAMS Transfer report to Bursars

120

USA001129