| | |
|---|---|
| **From:** | Jared Nally <[PII]> |
| **To:** | monica.cooper@bia.gov; tony.dearman@bie.edu |
| **Sent:** | 10/17/2020 4:14:37 PM |
| **Subject:** | [EXTERNAL] Reporting Subordinate Ronald Graham |
| **Attachments:** | Reporting Behavior of Subordinate 2.pdf |

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Mr. Dearman:

Attached is a complaint report I would like to file against your subordinate Ronald Graham, President of Haskell Indian Nations University. Please advise how this complaint will move forward.

Thank you,
-Jared Nally

USA001130

October 17, 2020

Tony Dearman
Director of BIE
Bureau of Indian Education
1849 C Street NW
Washington, DC 20240

**Reporting Behavior of Subordinate**

Tony Dearman:

      As you may be aware, Haskell Indian Nations University (HINU) President Ronald Graham issued a directive to me on Friday, October 16 which you were included as a copied recipient. I would like to report Ronald Graham for issuing this directive as a threat and intimidation with the intent to withdraw my student rights. The directive includes misleading narratives and baseless information for which I've been given sanctions that don't follow the Code of Student Conduct, violate my student rights, and appear to be a misuse of President Graham's authority.

      I would first like to say this directive follows a grievance I submitted to President Graham on October 9th regarding how HINU has falsely collected and represented my racial identity, and an attempt to rectify my racial identity record and offer the same considerations for my peers. This grievance was not addressed in Graham's directive which appears to be a retaliatory email. Before I address Graham's directive, I would like to call attention to the current issue I'm engaged in with the HINU administration and say that I have attempted to resolve this issue with Graham, but will continue to fight for my right to my racial identity and will be following up with Sloan Farrell on this matter.

      Graham's directive does not follow the Code of Student Conduct. I've received no letters from the Office of Student Rights for any violations or complaints referenced in Graham's directive. The president cannot operate outside of my rights as a student outlined in the Code of Student Conduct and cannot ignore the Code of Student Conduct processes needed to issue sanctions, nor may the sanctions violate my legal rights.

      I feel the following sanctions infringe upon my constitutional rights afforded by the first amendment for freedom of speech and infringe upon lawful rights provided by state and federal laws.

      **You will NOT "Attack any student, faculty, or staff member with letters or in public, or any public forum, thus bringing unjustified liability to this campus or anyone of this campus**.

      This directive directly correlates to me exercising my freedom of speech to ask that the Lawrence Community Police Review Board to remove Tonia Salvini as a board member because she violates the ethics of the board by contributing to my racial discrimination. While HINU may see this as an "Attack" on Salvini's public persona, I have every right to critique her and hold her accountable as a public figure even if HINU does not like the things I have to say. I should not be receiving criticism based on HINU's distaste for how I self advocate. This is not an issue of defamation, libel, or slander—I've provided sufficient evidence to support my claims. This is an attack on my right to voice a dissenting opinion of a HINU administrator.

      **You will NOT: "Make demands on any governmental agency — or anyone else from Haskell — while claiming to represent The Indian Leader".**

      This directive comes from a false claim that I contacted the police department and "demand[ed] [information] on behalf of the University". The interaction described claims that I identified

USA001131

myself on behalf on Haskell Indian Nations University which goes against my standard press greeting of,"My name is Jared Nally. I'm a student writer (or Editor-In-Chief for) the *The Indian Leader*, Haskell Indian Nations University's student newspaper." This is not a false introduction, but I welcome an open dialogue to how Indian Leader writers can identify themselves to avoid confusion. However, I do not want this sanction to impede on my ability to ask for information, and for the administration to color any request for information as a "demand".

I did not "demand" information when I reached out to the police department about Nia Schexnider's death, and it's a disservice to myself and to her to color it as such when I wrote a tribute piece honoring her life and even provided funeral information to HINU who did not send any messaging out to students about her death nor funeral information. I fear, HINU's ability to discolor any attempt to get information as "demanding" puts me at risk that asking any questions could be found as "demanding" and place me in violation of this sanction, and subject to disciplinary action.

I have a right to ask questions. I won't do so pretending to represent HINU—I always represent *The Indian Leader*. This sanctions endangers my freedom of speech to ask questions.

**You will NOT: "Attempt countermanding decisions of Haskell personnel assigned by me or anyone else in to positions in an effort to replace them.**

This directive is related to my actions as Editor-In-Chief of The Indian Leader Association to refuse to allow Joshua Falleaf whose expressed negative views of *The Indian Leader* publication calling it a "gossip rag" on April 17th, 2020, to be assigned as faculty advisor. HINU administration cites their authority is provided to them by a legal settlement agreement, but the clause cited, "One or more faculty advisers may be appointed by Haskell Indian Junior College to assist students in the publication of *The Indian Leader*," is not part of the settlement agreement, but is part of the Plan of Operations included as an appendix example referenced in the settlement agreement. The Plan of Operations is under The Indian Leader Association's authority — It was voted on by the association to remove Falleaf from the position and later the Plan of Operations was completely amended to allow an explicit statement for the removal and reappointment of Faculty Advisors. This sanction restricts the Indian Leader Association's rights to challenge the misuse of authority, and ability act in our own interest under our own Plan of Operations. This is a violation of freedom of speech where I am being criticized for asking for clarification, expressing the association's needs, the association's sovereignty, and the association's own policy. This sanction is a broad attempt at complacency and exploitation which threatens all of those free speech rights.

**You will NOT: "Record anyone at Haskell in your interviews unless you advise them first and they grant you permission."**

This is not how Single-Party Consent States work. I have every right to record my conversations without the explicit need to have permission granted. This is afforded to me through Kan. Stat. Ann. § 21-6101(4). It is blatant disrespect by the university to equate me to a felon for exercising a legal right in this state provides, and subsequently remove this right by assigning a sanction allowing disciplinary action if I exercise my right to record conversations in the future.

Related to this situation using the university's own language, HINU has "attacked" me in emails and letters, saying I'm deceitful and disrespectful and infer that I am not honest, not credible, and don't have journalistic integrity. This is a great example of freedom of speech, but showcases a double standard that a student isn't allowed to exercise free speech and is subject to sanctions, but faculty and administration may do so without repercussions.

USA001132

**You WILL: "Understand no one has the obligation to answer your questions or adhere to any timelines you may attempt to impose on them."**

I completely understand that sentiment and agree. Timelines have been "imposed" to provide HINU with an understanding that their is (a) a limited amount of time to provide a statement before a story goes live to allow opportunity for HINU to provide a statement, or (b) has legal obligations like the recent October 25th which is a legal deadline for HINU to provide requested FERPA information and is done out of respect to allow HINU to avoid a FERPA violation which I will file if that timeline is failed to be met. I will continue to provides dates for the benefit of HINU, but understand it is entirely for their benefit, and not required.

My main take away from this directive is that HINU doesn't want unflattering information released and this directive is meant to accomplish that through intimidation and bullying myself with unjustified sanctions that violate my rights. Mr. Dearman, I ask that you please review the directive and consider these violations. I'm more then willing to provide documentation and additional explanation to the brief backgrounds provided above. Please provide communication as to how the process moves forward with this complaint.


Sincerely,

Jared Nally

Cc:      Monica Cooper, Human Resources Specialist

| | |
|---|---|
| **From:** | Jared Nally <████████████████> |
| **To:** | tony.dearman@bie.edu |
| **CC:** | monica.cooper@bia.gov |
| **Sent:** | 10/17/2020 8:22:04 PM |
| **Subject:** | Follow up to "Reporting Subordinate Ronald Graham" |
| **Attachments:** | Media Inquiry - The Indian Leader.pdf |

Tony Dearman:

I apologize I did not include this in my email " Reporting Subordinate Ronald Graham", I have finally been able to find the email attached to provide to you as an example of the inaccuracies and unfavorable coloring that President Graham has done to impose these sanctions.

In Graham's directive I am portrayed as demanding and incentive to the ████████ a respected HINU employee, and falsely accused of acting on behalf of the university. I hope I can offer this as a starting point to unravel the false narrative being told about me from the administration  and work toward rectifying my rights being withheld because of this  directive.

In the attachment you will find that I did not call the police department, I had sent an email that outlines our communication which was respectful, non-demanding, and not impersonating or representing HINU. It was upsetting to see myself portrayed as such and to see the rhetoric continue to unsavory and misrepresentative throughout Graham's directive. I am appalled that Graham used████████████████████ as a means to debase me, and create false allegations. I had a lot of respect for ████, and believe I provided that in my tribute, and HINU has ruined all of that to use████████████████. HINU p████████████████████████they did not provide any d████████████s. A short notice was provided to faculty which promised to update them w████████ information. I pr████████████to to HINU the day before t████████ but this information was not distributed. Weaponizing an ████████████████████ is unsettling.

It is also unsettling that HINU demonstrates the ability to create false narratives to support their agenda, and silence my voice. I hope this provides incite as to why I'm adamant on retaining my rights that the vague and objective sanctions restrict, and concern with how HINU could misconstrue any situation where I exercise protected rights as a violation of these sanctions and afford them opportunities to exercise unjust disciplinary action.

Thank you for your help again,

-Jared Nally

Note: ████████egal name is ████████████which I did not know at the time of writing the email

Mon, Oct 5, 9:13 AM

I'm reaching out the the Lawrence Police Department as a student writer for The Indian Leader, Haskell Indian Nations University's student newspaper. I'm wanting to get confirmation and information on the ███h of ███████ a proper ██████ notice. She was a community you could provide.

She would have d██ sometime yesterday, October 4, before 4:00 PM CST. Please let me know if LPD can confirm her ██████████████ and provide a f███ ██████ if possible.

Thank You,
-Jared Nally, Editor-In-Chief

Jared,

Jared,

Thank you for inquiry.

My apologies, but we do not generally do police records searches by name. Do you have any other information on the location (Was it in Lawrence?), or circumstances of her d█████

Best,

P████████

██████████████
Public Affairs
Lawrence, Kansas Police Department
4820 Bob Billings Parkway
Lawrence, KS 66049
(785) 830-7409

om/LawrencePolice
enceks_pd

[Quoted text hidden]

| | |
|---|---|
| **From:** | Hall, Tina L <Tina_Hall@ios.doi.gov> on behalf of CivilRights, DOI |
| **To:** | Edmonds, Tanisha M; Farrell, Sloan W |
| **Sent:** | 10/19/2020 6:36:09 AM |
| **Subject:** | Fw: [EXTERNAL] Violation of Executive Order 13160 |
| **Attachments:** | Violation of Executive Order 13160 .pdf |

FYI

**From:** Jared Nally <jarednally@gmail.com>
**Sent:** Saturday, October 17, 2020 8:17 PM
**To:** CivilRights, DOI <DOICivilRights@ios.doi.gov>
**Subject:** [EXTERNAL] Violation of Executive Order 13160

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Sloan Farrell:

Attached is my complaint regarding a violation of Executive Order 13160. Please advise how this complaint will proceed.

Sincerely,
-Jared Nally

October 17, 2020

Sloan Farrell
Director, Public Civil Rights
Department of Interior
1849 C. Street, NW
Washington, DC, 20240

**Violation of Executive Order 13160**

Sloan Farrell:

I'm reaching out to you after multiple failed attempts to engage with Haskell Indian Nations Univeristy (HINU) to have my bi-racial identity acknowledged which violates Executive Order 13160. The complaint comes in two parts, the first relates to the 2020 US Census and the second relates to racial reporting by the univeristy.

Census

Since March 24, 2020 I have tried to connect with Haskell Indian Nations Univeristy requesting information about the 2020 Census and raising a concern that I wanted an opportunity to provide my own racial identity. The concern came from the lack of racial identity questionnaires on HINU forms that did not provide an opportunity to divulge my racial identity to HINU and which would make it impossible for HINU to accurately report my "self reported racial identity" — "two or more races". Despite multiple attempts to engage the university over the last seven months, I received my first response at 4:10 PM CST on October 16, 2020 from President Ronald Graham that said:

> Lastly, Haskell is not obligated to report any census. If you wish to be counted differently, I strongly suggest that you do what many of us do: contact the US. Census Bureau and file an individual report.

This message came 11 hours after the Census officially stopped counting. I do not find this timing "coincidental" that after 7 months, advice is given just hours after the 2020 Census closed. However, it is incorrect that I could have filed an individual report before then. Conversations with at least 6 different Census workers indicated that as someone who lived in group housing on Census Day, I would be counted as part of the Group Enumeration Project completed by HINU and could not self report. On August 28, 2020 one worker divulged that HINU had already reported my information to the Census using a student housing roster.

The language that, "If you wish to be counted differently," affirms suspicions that HINU filed my information with the incorrect racial identity of "Native American" and not "two or more races" as I requested. This is also supported by The Integrated Postsecondary Education Data System (IPEDS) which shows I've been reported as Native American and not two or more races in the past to the Department of Education. Attempts to request FERPA disclosures of my student records to the US Census Bureau to verify this information have gone unanswered.

Univeristy Racial Reporting

As indicated above, Haskell Indian Nations Univeristy has reported racial information about me to the Department of Education identifying me as "Native American" which is not my self reported racial identity. I became aware of this through advocacy efforts to have my identity acknowledged on the US Census. What I found out is that HINU violates federal guidance for reporting racial and ethnic data to the U.S. Department of Education, 72 FR 59266. This guidance stipulates that HINU (a) "will be required to collect racial and ethnic data using a two-part question on the educational institution's or

USA001138

other recipient's survey instrument" and (b) "should allow students, parents, and staff to "self-identify" race and ethnicity unless self-identification is not practicable or feasible."

HINU currently does not have a survey instrument for students to self identify their racial identity—there is no two part questionnaire on admissions applications or housing applications. HINU instead uses students' Certificate of Degree of Indian Blood (Which is not a racial identity) to provide "observer identification" and reports all students as Native American with no secondary racial identities. It should also be noted that the practice of "observer identification" of race has historic problems in Native American populations, and is an inappropriate policy. The Integrated Postsecondary Education Data System (IPEDS) shows HINU has never reported a student as two or more races since it's oldest report from 2001.

I presented this information to President Graham on October 9, 2020 requesting acknowledgment of my racial identity and the opportunity for peers to provide their racial identities as well. Graham has not responded directly to this grievance, but instead issued sanctions against me on October 17, 2020 that don't follow the Univeristy's Code of Student Conduct and limit my free speech and other student rights. The disregard for process and for my rights seem like a retaliation effort. Changing how I'm racially reported is an issue that threatens both HINU public image as well as funding. It is my understanding that univeristy funding is provided for "Native" students and that by reporting as two or more races and extending the right to self identify my race, that HINU's current funding scam of reporting on behalf of students would jeopardize a portion of university funding, which is no reason to go after a student who wants to exercise their rights to their racial identity.

One particular sanction addresses my activism in the community asking that Tonia Salvini, a board member of Lawrence's Community Police Review Board and Vice President of Student Services who oversee's the Office of Student Rights, be removed from her role on the board for violating the city's code of ethics for racial discrimination for her part in ignoring my requests for racial identity acknowledgment with the census, and for overseeing the office of Admissions, Student Rights, Student Housing, and other Student Services where she has failed to collect and require accurate racial reporting. This sanction is not about libel, defamation, or slander due to the factual presentation of my critiques. This sanctions characterize my public criticism as "attacking employees" and restricts future criticism of HINU employees whereby HINU may characterize any criticism as an "attack". This is a violation of my freedom of speech. I have a right to a dissenting opinion of HINU officials and can voice that opinion. I can offer negative criticisms. HINU participates in this freedom as well "attacking me" when they say I'm deceitful, dishonest, disrespectful, not credible, that I write a gossip rag, etc. It's a sanctimonious double standard to pose sanctions of me for exercising my free speech rights and publicly expressing my negatives views of HINU administrators while they participate in negative rhetoric towards myself that would fit their loose definition of "attack". These are all protected rights through our freedom of speech.  These sanctions violate that freedom and were not completed through processes outlined in the Code of Student Conduct. I view these as retaliatory efforts to silence my voice and my attempts to gain racial recognition.

## Conclusion

It is disheartening to see how long and how much effort has had to go into being able to self identify my race; I'm still met with opposition and have yet to be acknowledged as two or more races. I have requested a correction of my racial identity for Fall Enrollment to the Department of Education through the IPEDs data which is available until October 28, 2020 and I would like to see my identity reported correctly as a step towards racial acknowledgement. I would love to see HINU become complainant with U.S. Department of Education, 72 FR 59266 and ask students for their racial identities. I think this is bigger than just myself. The lack of correct racial reporting obscures racial biases and practices on campus because "every one is Native" and it becomes impossible to hold entities like the Office of Student Rights accountable for racial biases against, for example, mixed-race Black students because their Black identities are not recorded. Please help me be recognized — I am Native American (Myaamia) and White (Volga German), and I will not be reduced to anything less.

Sincerely,

Jared Nally

Cc:     Monica Cooper, Human Resources Specialist

USA001140

| | |
|---|---|
| **From:** | Byington, Steve K <steve.byington@BIE.EDU> |
| **To:** | Mailbox, IA CFO Special Payments |
| **CC:** | Jeri Sledd |
| **Sent:** | 8/4/2020 12:58:13 PM |
| **Subject:** | Haskell Activity Fee Transfer 2 |
| **Attachments:** | SF1034-SP-20 Activity Fee Transfer 2.pdf |

Please see the attached 1034 for the SP-20 Activity Fee transfer.  Thanks.

| Standard Form 1034<br>Revised October 1987<br>Department of the Treasury<br>1 TFM 4-2000 | **PUBLIC VOUCHER FOR PURCHASES AND<br>SERVICES OTHER THAN PERSONAL** | VOUCHER NUMBER<br>D03LAF0-2000 |

| U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION | DATE VOUCHER PREPARED<br>08/03/2020 | SCHEDULE NUMBER |
| | CONTRACT NUMBER AND DATE | PAID BY |
| | REQUISITION NUMBER AND DATE | |

| PAYEE'S<br>NAME<br>AND<br>ADDRESS | Haskell Indian Nations University<br>155 Indian Avenue #5026<br>Lawrence, KS 66046<br><br>Vendor Code:  71301889 | DATE INVOICE RECEIVED |
| | | DISCOUNT TERMS |
| | | PAYEE'S ACCOUNT NUMBER |

| SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NUMBER |

| NUMBER AND DATE<br>OF ORDER | DATE OF<br>DELIVERY<br>OR SERVICE | ARTICLES OR SERVICES<br>(Enter description, item number of contract or Federal supply schedule,<br>and other information deemed necessary) | QUAN-<br>TITY | UNIT PRICE | | AMOUNT |
| | | | | COST | PER | (1) |
| | | Pell Refund<br>Campus Fees<br>Activity Fees<br>MISC Fees | 1 | 13,578 | | 13,578 |

(Use continuation sheet(s) if necessary)

**(Payee must NOT use the space below)**  **TOTAL**  13,578

| PAYMENT:<br>☐ PROVISIONAL<br>☐ COMPLETE<br>☐ PARTIAL<br>☐ FINAL<br>☐ PROGRESS<br>☐ ADVANCE | APPROVED FOR<br>=$ | EXCHANGE RATE<br>=$1.00 | DIFFERENCES |
| | BY [2]<br>Steve Byington | | Amount verified; correct for payment |
| | TITLE | | (Signature or initials) |

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

08/03/2020

(Date) | (Authorized Certifying Officer) [2] | (Title)

**ACCOUNTING CLASSIFICATION**

AADD03L010/190A2100FF/A06614040.999900/412A

| P<br>A<br>I<br>D<br>B<br>Y | CHECK NUMBER | ON ACCOUNT OF U.S. TREASURY | CHECK NUMBER | ON  (Name of bank) |
| | CASH<br>$ | DATE | PAYEE [3] | |

1. When stated in foreign currency, insert name of currency.
2. If the ability to certify and authority to approve are combined in one person, one signature only is necessary; otherwise the approving officer will sign in the space provided, over his official title.
3. When a voucher is receipted in the name of a company or corporation, the name of the person writing the company or corporate name, as well as the capacity in which he signs, must appear.  For example: "John Doe Company, per John Smith, Secretary", or "Treasurer", as the case may be.

| PER |
| TITLE |

Previous edition usable

**PRIVACY ACT STATEMENT**
The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid.  Failure to furnish this information will hinder discharge of the payment obligation.

| | |
|---|---|
| **From:** | Byington, Steve K <steve.byington@BIE.EDU> |
| **To:** | Mailbox, IA CFO Special Payments |
| **Sent:** | 3/2/2021 12:00:12 PM |
| **Subject:** | Haskell FA-20 Activity Fee Transfer 2 |
| **Attachments:** | SF1034-FA-20 Activity Fee Transfer 2.pdf |

Please see the attached SF1034 for the Fall 2020 Activity Fee Transfer.


*Steve Byington*
Finance Specialist

*Bureau of Indian Education*
Haskell Indian Nations University
155 Indian Ave
Lawrence KS  66046
Office (785) 830-2780
Fax (785) 830-2760

Website: www.haskell.edu

USA001143

| Standard Form 1034<br>Revised October 1987<br>Department of the Treasury<br>1 TFM 4-2000 | **PUBLIC VOUCHER FOR PURCHASES AND**<br>**SERVICES OTHER THAN PERSONAL** | VOUCHER NUMBER<br>D03LAF1-FA20 |
|---|---|---|

| U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION | DATE VOUCHER PREPARED<br>3/1/2021 | SCHEDULE NUMBER |
|---|---|---|
| | CONTRACT NUMBER AND DATE | PAID BY |
| | REQUISITION NUMBER AND DATE | |

| PAYEE'S<br>NAME<br>AND<br>ADDRESS | Haskell Indian Nations University<br>155 Indian Avenue #5026<br>Lawrence, KS 66046<br><br>Vendor Code: 71301889 | DATE INVOICE RECEIVED |
|---|---|---|
| | | DISCOUNT TERMS |
| | | PAYEE'S ACCOUNT NUMBER |

| SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NUMBER |
|---|---|---|---|

| NUMBER AND DATE<br>OF ORDER | DATE OF<br>DELIVERY<br>OR SERVICE | ARTICLES OR SERVICES<br>(Enter description, item number of contract or Federal supply schedule,<br>and other information deemed necessary) | QUAN-<br>TITY | UNIT PRICE COST | PER | AMOUNT<br>(1) |
|---|---|---|---|---|---|---|
| | | Pell Refund<br>Campus Fees<br>Activity Fees<br>MISC Fees | 1 | $7280 | | $7280 |

(Use continuation sheet(s) if necessary)    **(Payee must NOT use the space below)**    **TOTAL**    $7280

| PAYMENT:<br>☐ PROVISIONAL<br>☐ COMPLETE<br>☐ PARTIAL<br>☐ FINAL<br>☐ PROGRESS<br>☐ ADVANCE | APPROVED FOR<br>=$ | EXCHANGE RATE<br>=$1.00 | DIFFERENCES | |
|---|---|---|---|---|
| | BY [2]<br>Steve Byington | | Amount verified; correct for payment | |
| | TITLE | | *(Signature or initials)* | |

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

| 10/27/2020 | | |
|---|---|---|
| *(Date)* | *(Authorized Certifying Officer)* [2] | *(Title)* |

ACCOUNTING CLASSIFICATION

AADD03L010/201A2106FF/A06614040.999900/412A

| P<br>A<br>I<br>D<br>B<br>Y | CHECK NUMBER | ON ACCOUNT OF U.S. TREASURY | CHECK NUMBER | ON *(Name of bank)* |
|---|---|---|---|---|
| | CASH<br>$ | DATE | PAYEE [3] | |

1. When stated in foreign currency, insert name of currency.
2. If the ability to certify and authority to approve are combined in one person, one signature only is necessary; otherwise the approving officer will sign in the space provided, over his official title.
3. When a voucher is receipted in the name of a company or corporation, the name of the person writing the company or corporate name, as well as the capacity in which he signs, must appear. For example: "John Doe Company, per John Smith, Secretary", or "Treasurer", as the case may be.

| | PER |
|---|---|
| | TITLE |

Previous edition usable

**PRIVACY ACT STATEMENT**
The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid. Failure to furnish this information will hinder discharge of the payment obligation.

USA001144

| | |
|---|---|
| **From:** | Jared Nally < [PII] > |
| **To:** | tony.dearman@bie.edu |
| **CC:** | monica.cooper@bia.gov |
| **Sent:** | 10/17/2020 8:22:04 PM |
| **Subject:** | [EXTERNAL] Follow up to "Reporting Subordinate Ronald Graham" |
| **Attachments:** | Media Inquiry - The Indian Leader.pdf |

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

Tony Dearman:

I apologize I did not include this in my email " Reporting Subordinate Ronald Graham", I have finally been able to find the email attached to provide to you as an example of the inaccuracies and unfavorable coloring that President Graham has done to impose these sanctions.

In Graham's directive I am portrayed as demanding and incentive to the death of a respected HINU employee, and falsely accused of acting on behalf of the university. I hope I can offer this as a starting point to unravel the false narrative being told about me from the administration  and work toward rectifying my rights being withheld because of this  directive.

In the attachment you will find that I did not call the police department, I had sent an email that outlines our communication which was respectful, non-demanding, and not impersonating or representing HINU. It was upsetting to see myself portrayed as such and to see the rhetoric continue to unsavory and misrepresentative throughout Graham's directive. I am appalled that Graham used Nia Schexnider's death as a means to debase me, and create false allegations. I had a lot of respect for Nia, and believe I provided that in my tribute, and HINU has ruined all of that to use her death against me.  HINU paid  little respects to her death, they did not provide any death notice to students. A short notice was provided to faculty which promised to update them with funeral information. I provided funeral information to to HINU the day before the funeral, but this information was not distributed. Weaponizing an employee's recent death is unsettling.

It is also unsettling that HINU demonstrates the ability to create false narratives to support their agenda, and silence my voice. I hope this provides incite as to why I'm adamant on retaining my rights that the vague and objective sanctions restrict, and concern with how HINU could misconstrue any situation where I exercise protected rights as a violation of these sanctions and afford them opportunities to exercise unjust disciplinary action.

Thank you for your help again,

-Jared Nally

Note: Neeoni Chex's legal name is Nia Schexnider which I did not know at the time of writing the email

USA001145

**M** Gmail                                    **Jared Nally <j**[  PII  ]**>**

---

## Media Inquiry - The Indian Leader
2 messages

---

**Jared Nally** <[  PII  ]>                         Mon, Oct 5, 9:13 AM
To: <lpdmedia@lkpd.org>

I'm reaching out the the Lawrence Police Department as a student writer for The Indian Leader, Haskell Indian Nations University's student newspaper. I'm wanting to get confirmation and information on the death of Neeoni Chex to provide our community with a proper death notice. She was a community pilar and I would appreciate any information you could provide.

She would have died sometime yesterday, October 4, before 4:00 PM CST. Please let me know if LPD can confirm her death, cause of death, and provide a funeral home if possible.

Thank You,
-Jared Nally, Editor-In-Chief

---

**Patrick S. Compton** <pscompton@lkpd.org>            Mon, Oct 5, 3:24 PM
To: Jared Nally <[  PII  ]>

Jared,

Jared,

Thank you for inquiry.

My apologies, but we do not generally do police records searches by name. Do you have any other information on the location (Was it in Lawrence?), or circumstances of her death?

Best,

Patrick

Patrick Compton
Public Affairs
Lawrence, Kansas Police Department
4820 Bob Billings Parkway
Lawrence, KS 66049
(785) 830-7409
pscompton@lkpd.org
https://www.facebook.com/LawrencePolice
https://twitter.com/lawrenceks_pd
[Quoted text hidden]

# HASKELL INDIAN NATIONS UNIVERSITY

# STUDENT CODE OF CONDUCT



# SPRING 2021 – FALL 2021

USA001148

# Haskell Indian Nations University
# Student Handbook
# Code of Student Conduct

*"When you know who you are; when your mission is clear and you burn with the inner fire of unbreakable will; no cold can touch your heart; no deluge can dampen your purpose.  You know that you are alive."*

*-Chief Seattle, Duwamish (1780-1866)*

**On the cover:  Photo Courtesy of Office of Haskell President**

(2)

USA001149

**I. Introduction**…………………………………..........……..**pg. 5**
    A. Preamble……………………………………….......…….…pg. 6
    B. Mission of Haskell Indian Nations University……….. pg 6
    C.  Vision Statement ……………………………………… pg 7
    D. Authority………………………………….........……..pg 7
    E. Jurisdiction……………………………......... …….…pg. 7
    F. Violation of Law and University Discipline………..…pg. 8
    G. Student Rights…………………………………..……pg. 8
    H. Student Responsibilities………………………….…pg. 9
    I. Classroom Expression……………………......  …….pg. 10
    J. Campus Expression……………………………..….…pg. 11
    K. Student and Campus Organizations………….........…pg. 11
    L. Publications……………………………….…… …….pg. 12
    M. Freedom of Protest……………………….........……pg. 12
    N. Student FERPA Rights……………………………… pg. 13
    O.  Campus Safety and Security Survey……………….pg. 14

**II. Code of Student Conduct……………………... ……. pg. 15**
    A. Code of Conduct and Definitions……………..………pg. 15

**III. Student Conduct Process……………………...….……pg. 23**
    A. Due Process…………………………………………pg. 24
    B. Advocates………………………………………… pg. 24
    C. Alternative Dispute Resolution…………….............pg. 25
    D.  Restorative Justice Conference………………………pg. 25
    E. Adjudication Process…………………..…… ……pg. 25
    F. Appeal Process……..……………………......……pg. 26
    G. Appeal Process following Expulsion……...………. pg. 27
    H. Personal Safety during the SC Process……………. pg. 27
    I. Major/Minor Violations……………………………. pg. 28
        University Process Flow chart
    J. Sanctions……………………………………..………pg. 30
    K. Emergency Suspension……………………………. pg. 32
    L. Trespassing Procedures……………….............. pg. 32
    M. Diversion……………………………………………. pg. 33

**IV. Substance Abuse……………………………….……..pg. 36**

USA001150

**V. Violence Policy**…………………………………………pg. 42

**VI. Campus Sexual Assault/Harassment and Title IX**..……..pg. 45

**VII. Fire Safety**………………………………………….. pg. 55

**VIII. Residential Life Policies**… …………………............. pg. 58

**IX. Parking and Traffic Program Policies and Procedures**…………………………………….........……..pg. 67

**X. Student Grievance Process**……………………….. pg. 74

**XI. Definitions and Appendices**……………………….pg. 79
    A. Policy and General Definitions…..……….......……..pg. 80
    B. Interpretation and Revision ……………………... …….pg. 83
    C. Sources …………………………………………….pg. 83
    D. Acknowledgements...……………………….……..pg. 84

**XII. Forms**………………………………………...…... pg. 85

USA001151

<u>Statements of Accreditation, Mission, and Vision</u>

National Accreditation

Haskell Indian Nations University is accredited by the Higher Learning Commission of the North Central Association of Colleges and Schools to award associate and baccalaureate degrees

Professional Accreditation

The Haskell Indian Nation University, School of Education is accredited by National Council for Accreditation of Teacher Education (NCATE).

Haskell Indian Nations University Mission Statement
The mission of Haskell Indian Nations University is to build the leadership capacity of our students by serving as the leading institution of academic excellence, cultural and intellectual prominence, and holistic education that addresses the needs of Indigenous communities.

Haskell Indian Nations University Vision Statement
Haskell is a unique and diverse intertribal university committed to the advancement of sovereignty, self-determination, and the inherent rights of tribes.

(5)

USA001152

# I. Introduction

USA001153

## A.  Preamble

The mission of Haskell Indian Nations University is to build the leadership capacity of our students by serving as the leading institution of academic excellence, cultural and intellectual prominence and holistic education; in order to address the needs of Indigenous communities.

Haskell has established a Code of Student Conduct in order to promote healthy decision-making and to protect the rights of all students.  Each student is responsible for contributing to the values of Haskell through support and adherence to the Code of Student Conduct.  By forming this Code of Student Conduct, Haskell affirms students' rights to freedom, due process and impartiality in decision-making.  Haskell also prides itself on the focus of learning for students as they relate to self, friends, family, tribe, country, and world.

Sanctions are meant to help students reflect on their actions and learn to make better choices in the future to ensure they retain the opportunity to reach their academic potential. Students will be treated with fairness and respect throughout the processes of Student Conduct.  The Code of Student Conduct helps students understand the conduct expectations of the university and the consequences of your decision-making as a role in student learning.  We hope you will think about your choices and decisions and the impact they can have on your leadership potential and ability to complete your degree at Haskell before you engage in actions that violate our standards of conduct.

In October 2014, Haskell adopted new Institutional Values, commonly referred to in the document as "CIRCLE" values.

### Communication

> To successfully convey ideas, opinion, information, results, images and creative expression using multiple strategies for diverse groups and stakeholder.

### Integrity

> To conduct ourselves in ways that honor the sacrifices of our tribes on which treaty and trust responsibilities are based; and to carry out our responsibilities as students, staff, faculty, administrators, and regents by engaging in action based on the highest standard of conduct.

### Respect

> To honor and promote the diversity of beliefs, rights, responsibilities, cultures, accomplishments of self and others, including our non-human relations.

USA001154

### *Collaboration*

> The willingness and ability to work successfully with others to accomplish the goals of the university and to meet the needs of our students, the tribes we represent and serve as well as our mission.

### *Leadership*

> The willingness to acquire the knowledge and skills required to advocate for, and to advance the sovereignty and self-determination of tribes, Haskell and the students.

### *Excellence*

> To strive toward the strongest level of accomplishment in our respective roles on behalf of Haskell, as students, staff, faculty, administration, and the Board of Regents.

## B.   Vision Statement

Haskell is a unique and diverse intertribal university committed to the advancement of sovereignty, self-determination, and the inherent rights of tribes.

## C.   Authority

The President of Haskell Indian Nations University has delegated the responsibility and authority for resolving all issues of student conduct with the Student Conduct Administrator.  It will be presumed that Haskell employees will act in good faith when performing their duties and shall use a reasonable person standard to make discretionary decisions.

The Student Conduct Administrator shall determine the composition of Student Conduct Committees and Alternative Dispute Resolution Boards.

The Student Conduct Administrator shall develop internal policies and procedural rules for the Student Conduct Process and for Student Appeals Committees that are consistent with the provisions of the Code of Student Conduct.

Decisions made by a Student Appeals Committee, Alternative Dispute Resolution Board or the Student Conduct Administrator shall be final pending appeal, if any.

## D.   Jurisdiction

You are responsible for your conduct from the time of application to Haskell for admission through the actual awarding of a degree.  You are accountable for conduct that occurs before classes begin, after classes end, on or off campus, during the academic year or during periods between semesters of actual enrollment.  You are responsible for your

(8)

USA001155

conduct throughout your education at Haskell, even if your conduct is not discovered until after a degree is awarded or you have left the university.

While representing the university in off-campus events, you are held accountable for actions that may violate the Code of Conduct.  The Code of Student Conduct shall apply to your conduct even if you withdraw from school while a disciplinary matter is pending.

The Student Conduct Adminstrator shall decide whether the Code of Student Conduct shall be applied to conduct occurring off campus.

Anyone can file a written report against a student for violation of the Code of Student Conduct.  The report shall be submitted to the Office of Student Conduct within five (5) business days from the date the situation occurred.  The 5 business days rule does not apply to any complaints alleging sexual misconduct.  To learn more about processing sexual misconduct complaints and procedures, please go to page 45.

## E.  Violation of Law and University Discipline

You can be sanctioned for violation of the Code of Student Conduct, even if you receive a sanction for a violation of local, state or federal law arising from the same situation. Your Student Conduct Process can happen before, during, or after the on or off campus legal matter.  The sanctions you receive in the legal matter **will not** determine the sanctions given by the Office of Student Conduct or the Student Conduct Committee.

In order to be clear, if you get in trouble on or **off campus** and it is determined that you have violated the Code of Student Conduct, the outcome of the legal matter will have no effect on the Student Conduct process.  You can be found not guilty in criminal court and still be found responsible for violation of the Code of Student Conduct.

## F.  Student Rights

Part 42 of Title 25 of the Code of Federal Regulations applies to Haskell, which is funded by the Bureau of Indian Education.

Haskell recognizes that students have:
1. The right to understand the grading process at Haskell.
2. The right to an education that may take into consideration Native American or Alaska Native values and that incorporates applicable Federal and Tribal constitutional and statutory protections for individuals.
3. The right to be free from unreasonable search and seizure of their persons or property, to a reasonable degree of privacy, and to a safe and secure environment.
4. The right to make decisions for themselves where appropriate.
5.  The right to freedom of religion and culture.
6. The right to freedom of speech and expression so long as the expression does not unreasonably disrupt the educational process or endanger the health or safety of the students or others.
7. The right to freedom of the press, except where material in student publications is libelous, slanderous, or obscene.

(9)

USA001156

8. The right to peaceably assemble and to petition for the redress of grievances.
9. The right to freedom from harassment or discrimination based on sex, race, color, national origin, religion, ancestry, sexual orientation, disability, or, as specified by law, age, veteran status, marital or parental status, or degree of Indian blood.
10. The right to due process. Every student, student organization, and campus organization is entitled to due process and appeal in every instance of disciplinary action for alleged violation of Haskell expectations. Please see Code of Conduct section on page 24. A student or organization may waive the right to a hearing and use the alternative dispute resolution system or may choose to admit responsibility for misconduct and accept disciplinary sanctions from Haskell.
11. The right to reschedule examinations and tests, other than final examinations, which occur on mandated religious holidays or during traditional cultural ceremonies, provided that the students notify their instructors at the beginning of the semester.
12. The right to have respect for his/her property.
13. The right to have student representation in the decision-making and policy forming groups.
14. The right to be notified of proposed changes to student responsibility and academic policies.

The following rights are retained by students who live in the residential halls:
1. The right to read, study, and relax in one's room free from undue interference; unreasonable noise and other distractions that may inhibit the exercise of this right.
2. The right to sleep without undue disturbance from guests of roommate(s) and/or other residents.
3. The right to expect that a roommate will respect others' personal belongings.
4. The right to a clean living environment.
5. The right to host guests with the expectation that guests are to respect the rights of the host's roommate(s) and other hall residents.

## G.   Student Responsibilities

Students shall have these responsibilities so as not to infringe upon the rights of others in the Haskell community. Students assume an obligation to obey all rules and regulations made by properly constituted authorities to preserve all property provided for their education and to discharge their duties as students with diligence, fidelity and honor.

1. Obtain an Education. Students shall regard the opportunity of obtaining an education as a duty to the community. Students have the responsibility to attend all their classes regularly.
2. Conform to Haskell rules. Students shall obey recognized rules and procedures developed by the school community, order and use of school property.
3. Exercise self-control. Students shall refrain from inflicting bodily harm on other students or other persons and respect the privacy of property and mail.
4. Understand the grievance process. Students shall inform themselves of the proper methods and channels for complaints and make use of them.
5. Disclose any information regarding convictions of felonies. Failure to disclose will result in immediate dismissal and loss of enrollment status.

(10)

USA001157

6.   Obtain and regularly check campus mailbox and e-mail.  This pertains to students living on-campus and off-campus.  This is the primary way that Haskell corresponds with the student body.

7.   Respect the rights of others and behave in accordance with expectations regulating student conduct and guidelines established by this Code of Student Conduct.

8.   Make decisions that do not infringe upon the rights of others.

9.   Express opinions and ideas in a respectful manner that does not slander, hurt or harm others.

10.  Respect the beliefs of others.

11.  Arrange a time and place for peaceable assembly that does not interfere with Haskell's normal operations.

12.  Recognize Haskell's authority to check student rooms for safety and health reasons.

13.  Respect the freedom of expression exercised by others.

14.  Maintain updated contact information at Haskell consistent with the application for admission in compliance with the Family Educational Rights and Privacy Act (FERPA).

**RESPONSIBILITIES CONCERNING CAMPUS E-MAIL**

1.  Haskell e-mail is a U.S. Government resource and, as such, all rules and regulations pertaining to use/misuse of Federal resources shall apply.

2.  Passwords are confidential and shall not be shared with any other individual.

3.  Haskell students shall not use the e-mail system for chain letters, junk mail, or any use of distribution lists such as campus-wide emails sent to the Haskell community.

4.  Haskell students shall not transmit through the e-mail system any unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene or otherwise objectionable material of any kind or nature.

5.  Haskell students shall not use the e-mail system for any illegal or commercial purposes, this includes compliance with Haskell's copyright policy.

6.  Haskell students shall provide true and accurate information on the e-mail application form.

7.  Failure to abide by the above terms will result in revocation of Haskell's e-mail privileges for the remainder of the semester in which the violation occurs.

## H.   Classroom Expression

Discussion and expression of all views relevant to the subject matter are permitted in the classroom subject to Haskell's CIRCLE values.  The responsibility of the instructor is to maintain order.

> a. Students are responsible for learning the content of any course for which they are enrolled.
> b. Requirements of participation in classroom discussion and submission of written exercises are consistent with this section.

Students are expected to conduct themselves with communication, respect, cooperation, leadership and excellence.  Disruptive, disrespectful behavior which poses a threat to the student or others, *or disrupts the learning environment of the classroom,* may result in

(11)

USA001158

sanctions and will be enforced through the Office of Vice President of Academics. Please refer to the Haskell Catalog for more information.

## I.  Campus Expression

Discussion and expression of all views is permitted, consistent with Haskell's CIRCLE values and subject only to requirements for the maintenance of order.  Support of any cause by orderly and peaceful means that does not disrupt Haskell's operations is permitted.

Students, groups, and organizations may invite and hear any persons of their choosing, subject only to the requirements for use of Haskell facilities.

## J.  Student and Campus Organizations

Organizations may be established for any legal purpose, including, but not limited to, religious, political, educational, economic, social, or recreational purposes.

> **a.** Affiliation or disaffiliation with an extramural organization shall not disqualify the Haskell-based branch or chapter from registering as a student or campus organization.
>
> **b**. Members in all Haskell-related organizations shall follow the guidelines established by the Constitution of the Student Senate.  The right of organizations to establish standards for membership is acknowledged, provided that all students are afforded equal opportunity to meet those standards.  Nothing in this section shall be interpreted as imposing a requirement that would violate the principle of selection on the basis of individual merit.
>
> **c.** A student may not be denied the rights of access to and participation in any Haskell-sponsored or Haskell-approved activity because of race, religion, sex, color, disability, national origin, ancestry, sexual orientation, political affiliation, marital or parental status, and to the extent specified by law, age or veteran status.

In order for an organization to apply for student activity funds, the organization shall register annually as an organization with the Student Senate and file a list of officers and plan of operation indicating that the organization shall abide by the rules and regulations of the Constitution of the Student Senate.

The Student Senate delegates to each organization, residential hall, fraternity, sorority or living group responsibility for establishing rules concerning social conduct.  Such rules shall be consistent with this Code of Student Conduct, rules of the Board of Regents, and local, state and federal law.

Residential rules of social conduct shall not be adopted that conflict with the Student Housing contract entered into as a condition of residency in facilities operated by the Department of Student Housing.

An organization or living group may discipline any member for violation of rules of social conduct, provided that any disciplinary action taken shall not affect a member's rights and privileges as a Haskell student.

USA001159

Haskell facilities shall be available to registered student and campus organizations for regular business meetings, social functions, recreational activities, and for programs open to the public.  Reasonable conditions, as outlined in Haskell space utilization process, may be imposed to regulate the timeliness of requests, to determine the appropriateness of the space assigned, time of use, and to insure proper maintenance of the facilities. Haskell facilities may be made available to individuals or groups composed of members of the Haskell community, even though not formally registered.  Preference may be given to programs designed for audiences consisting primarily of members of the Haskell community.  The Space Utilization form can be attained at the Vice-President for University Services Office in Pushmataha Hall.

An organization alleged to have violated provisions of this code is entitled to alternative dispute resolution (ADR), restorative justice conference or a hearing in accordance with procedures established by the Office of Student Conduct.  For more information about alternative dispute resolutions, please go to page 25.


## K.   Publications

A student, group, or organization may hand out written material on campus without prior approval.

The student press shall be free of censorship.  Its editors, managers, and contributors shall be protected from arbitrary sanctions because of what is written.  Similar freedom shall be assured for the oral statement of views on all Haskell-controlled radio or television stations.  Slanderous speech or libelous writing is not protected.  Slander is spoken words that are meant to defame another person or institution and that are untrue or unverified. Libel is a written, printed, or pictorial statement that defames one's character or reputation or exposes one to public ridicule.


## L.   Freedom of Protest

Students have the right of orderly and peaceful protest within the Haskell community. Haskell retains the right to assure the safety of individuals, the protection of property, and the continuity of the educational process including the maintenance of entrance to and from all Haskell buildings and offices, conduct of regular class meetings and other Haskell functions.

Orderly picketing and other forms of peaceful protest are protected activities on Haskell premises in the absence of interference with free passage through areas where members of the Haskell community have a right to be or the orderly conduct of Haskell business.

Peaceful picketing and other orderly demonstrations are permitted in public areas of Haskell buildings, including corridors, outside the auditorium and other places set aside for public meetings.

USA001160

Any student or group of students has the right to protest against the appearance on campus of any organization provided that the protest does not interfere with any other student's opportunity to communicate with the organization.

## M.  Student FERPA Rights

Haskell, in compliance with the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C.§1232g, ensures that students have the following rights relative to their education records.

1. The right to inspect and review their education records within a reasonable period of time, and in no case longer than 45 days after a request has been made.  If any material or document in the education record of a student includes information on more than one student, each student shall have the right to inspect and review only such part of such material or document as relates to that student or to be informed of the specific information contained in such part of such material or document.  Copies are not to be distributed to students at any time.
2. The right to request the amendment of their education records and to have the records amended within a reasonable period of time to ensure that the records are not inaccurate, misleading, or otherwise in violation of privacy or other rights.
3. The right to confidentiality of personally identifiable information contained in their education records, except (a) to the extent that FERPA authorizes disclosure without consent; or (b) the information is disclosed to Haskell staff pursuant to Haskell policy; or (c) the information is disclosed to other persons, as provided by law, to comply with a judicial subpoena or a requirement of law or government regulation or to appropriate persons in a health or safety emergency.
4. The right to have personally identifiable information withheld from Haskell directories, if the student informs Haskell within two weeks of public notice of the categories of information that will be included in the directories.
5. The right to file a complaint with the US Department of Education concerning alleged failures by Haskell to comply with the requirements of FERPA.  For more information regarding the process for filing a complaint, you can find it on Haskell's website in the Office of Admissions.
6. Except to the extent allowed by law or when acting on behalf of Haskell, those parties to whom personally identifiable information is given are not permitted to disclose that information to others without the written consent of the student.  A release of information form can be found on Haskell's website with the Office of the Registrar.
7. Haskell must maintain a record of each disclosure of personally identifiable information about the student.
8. Excluded from the category of education records, and to which the law does not guarantee the right of student access, are records that are made or maintained by a physician, psychiatrist, psychologist, or other recognized professional or paraprofessional acting in his or her professional or paraprofessional capacity, or assisting in that capacity, and which are made, maintained, or used only in connection with the provision of treatment to the student, and are not available to persons other than those providing treatment, except that such records may be personally reviewed

(14)

USA001161

by a physician or other appropriate professional of the student's choice and with the student's written consent.

Any requests to view or obtain records should be made to the Office of the Registrar. For more information about students under the age of 21 in violation of the Substance Abuse Policy, please see page 37.

## N.   Campus Safety and Security Survey

Haskell Indian Nations University is required to comply with the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act (The Clery Act) as amended in 1998, which requires all post-secondary institutions to publish and distribute certain information regarding campus crimes, including reports of campus sexual assault, sexual assault policies and security programming to all current students, employees and to any applicant who so requests. A copy of the annual report can be requested at the Office of Institutional Effectivenss or it can be found on our website at www.haskell.edu under Consumer Disclosure.

In compliance with the Jeanne Clery Act, Haskell has the Daily Crime Logs that are maintained in the Office of Institutional Effectivenss.  Please refer to the Haskell website at the Office of Institutional Effectiveness for more information.

USA001162

# II. Code of Student Conduct

USA001163

**Haskell Student Code of Conduct and definitions:**
**1-A. Being under the influence of Alcohol**
Reasonable grounds for a person to be considered under the influence of alcohol: odor of alcohol, slurred speech, bloodshot eyes, watery eyes, staggering, incoherence, inability to stay focused on conversation and maintains concentration due to consumption of alcohol. When a person exhibits 2 or more of the above-mentioned descriptions or their Blood Alcohol Content (BAC) is greater than 0.01%, a person may reasonably be considered to being under the influence of alcohol and in violation of this Article.
**1-B. Possessing Alcohol and/or Alcohol Containers**
Possession is when alcohol and/or alcohol containers such as cans, bottles, flasks, etc. are present, or in one's possession, whether full, empty, or partially filled. If these items are found on a student's person while anywhere on campus, in their dorm room, vehicle, or sites off campus as designated by the Haskell Administration, the student is in violation of this Article. All students who are in the immediate vicinity will be issued violation notices.
All alcohol and containers are subject to confiscation and will not be returned.
**1-C. Transporting and trafficking Alcohol**
To manufacture, supply, transport, or sell alcohol on campus as evidence by the alcohol itself, ingredients, packaging and distribution material, statements and/or witnessed by those items or transport alcoholic beverages onto campus. This also includes violation of laws or ordinances prohibiting the manufacture, sale, transporting, furnishing, maintaining unlawful drinking places; bootlegging; operating a still; furnishing liquor to a minor person; using a vehicle for illegal transportation of liquor; and all attempts to commit any of the aforementioned. All items associated with alcohol are subject to confiscation and will not be returned.
**2-A. Being Under the Influence of Drugs or Inhalants**
Reasonable grounds for a person to be considered under the influence of drugs or inhalants: odor of marijuana, slurred speech, bloodshot eyes, watery eyes, staggering, incoherence, inability to stay focused on conversation and maintain concentration due to use of drugs. When a person exhibits 2 or more of the above-mentioned descriptions, he/she may reasonably be considered to be in violation of this Article.
**2-B. Possession of Drugs and/or Paraphernalia**
Possession is having illegal drug(s) and/or prescription medication without a valid prescription, from a doctor or pharmacist, or drug paraphernalia or inhalants are present, or in one's possession. If these items are found on a student's person while anywhere on campus, dorm room, vehicle, or areas off campus as determined by the Haskell Administration and if in the vicinity where these items are present, the student is in violation of this Article. All who are in the immediate vicinity will be issued violation notices. All drugs, suspected drugs, and drug paraphernalia may be turned over to law enforcement agencies. Students in possession of drugs, suspected drugs, and/or drug paraphernalia, may be temporarily detained by Haskell Staff, pending an immediate criminal investigation by appropriate law enforcement agencies.
**2-C. Transporting and/or Trafficking of Drugs or Inhalants**
To manufacture, supply, transport, or sell illegal drugs, prescription medication or inhalants on the Haskell campus, or to bring on to campus, as evidence by the drug(s)

(17)

USA001164

and/or inhalant(s) itself, ingredients, packaging and/or distribution paraphernalia, statements and/or witnessed by those items or action. This also includes violation of laws or ordinances prohibiting the manufacture, sale, transporting, maintaining places to manufacture drugs; furnishing drugs or inhalants to a minor person; using a vehicle for illegal transportation of drugs; and all attempts to commit any of the aforementioned. Any drug packaging and/or distribution paraphernalia may be turned over to law enforcement agencies.  Haskell Staff may temporarily detain students that are found in possession of drug packaging and/or distribution paraphernalia, pending an immediate criminal investigation.

**2-D.  Contributing to the delinquency of a Minor**
Encouraging, abetting, permitting or assisting a person under the age of 21 to violate any of these articles or to otherwise commit any delinquent act. Persons over the age of 21 who allow such acts performed in their presence without objections are in violation of this article.

**3-A.  Violation of Haskell policy, federal, state or local laws.**
Any assisting, violating or having knowledge of a violation of Haskell policy, federal, state and local laws and not reporting it is prohibited at Haskell.

**3-B.  Violating any part of the Code of Student Conduct while on Haskell Probation.**

**4.  Violence**
Having knowledge of or facilitating violence without reporting the incident.

**4-A. Intimidation or Threat**
Any willful conduct, which creates a fear of bodily harm, or is verbally abusive, including gesturing, name-calling, threatening, by word or action of a perceived threat to inflict bodily harm.

**4-B. Simple Assault**
Assaults and attempted assaults where no weapon is used and which do not result in serious or aggravated injury to the victim.

**4-C. Aggravated Assault**
An unlawful attack by one person, upon another, that inflicts severe or aggravated bodily injury. This type of assault may be accompanied by the use of a weapon or by means likely to produce death or great bodily harm.

**4-D. Negligent Manslaughter**
The killing of another person through gross negligence.

**4-E. Murder/ Non-Negligent Manslaughter**
The willful (non-negligent) killing of one human being by another.

**4-F. Self-Destructive Behavior**
Inflicting harm on one's self by cuts, burns, or other harmful acts. These include ingesting harmful substances to cause self-injury. This includes statements of suicide, as evidenced by statements and/or witnessed by an individual. A student refusing medical attention could jeopardize his/her residence privileges due to the safety of himself/herself and others involved.

**5-A. Domestic violence** includes felony or misdemeanor crimes of violence committed by a current or former spouse or intimate partner of the victim.

**5-B. Dating violence** means violence committed by a person who is or has been in a romantic or intimate relationship with the affected party.

USA001165

**6-A. Bringing a Weapon on Campus**

All weapons are prohibited on the Haskell campus. Weapons are defined as any item whose primary use is to cause death or injury. Any use of, or having in one's possession or concealing, an instrument or substance, which by nature or use is an offensive or a combative object, even if otherwise legal, is prohibited. All weapons are subject to confiscation and will not be returned.

**6-B. Illegal Weapons Violation**

The violation of city, county, state, or federal laws or ordinances dealing with weapon offenses, regulatory in nature, such as: manufacture, sale, or possession of deadly weapons; carrying deadly weapons, concealed or openly; furnishing deadly weapons to minors; and all attempts to commit any of the aforementioned.

**7.   Haskell Property**

Attempting to damage or actually damaging property belonging to Haskell. Willfully marring, destroying, injuring or disturbing any real or personal property of Haskell.  This includes moving any property belonging to Haskell or others without permission.

**7-A. Robbery**

The taking or attempting to take anything of value from the care, custody, or control of a person or persons by force or threat of force or violence and/or by putting the affected person in fear.

**7-B. Burglary**

The unlawful entry of a structure, or room to commit a felony or a theft. Attempted forcible entry is included.

**7-C. Larceny/ Theft**

The unlawful taking, carrying, leading or riding away of property, from the possession of another. It includes crimes such as shoplifting, pocket picking, purse snatching, thefts from motor vehicles, thefts of motor vehicle parts and accessories, bicycle thefts, etc., in which no use of force, violence or fraud occurs.

**7-D. Motor Vehicle Theft**

The theft or attempted theft of a motor vehicle. A motor vehicle is self-propelled and runs on surface streets and roads. Construction equipment and farming equipment are excluded.

**7-E. Fraud**

Fraud consists of the intentional misappropriation or taking of anything of value, which belongs to another, by means of fraudulent conduct, practices or representations.

**7-F. Embezzlement**

Embezzlement consists of the embezzling or converting to his own use of anything of value, with which he has been entrusted, with fraudulent intent to deprive the owner thereof.

**7-G. Vandalism**

Any willful act that defaces, breaks, disables, or destroys any property not belonging to that person.

**7-H. Unauthorized Possession of School Property**

Students are not to be in possession of keys to any room or campus office, except for their assigned room in the residence lodge or mailbox key. Other prohibited items include cafeteria utensils, maintenance tools, equipment or other Haskell property.

USA001166

**8-A.  Harassment**

Harassment is prohibited at Haskell Indian Nations University. Harassment is defined as systematic and/or continued unwanted actions directed towards an individual or group of students by another student. Harassment may include, but is not limited to threats, demands, intimidation, coercion, suppression, and cruelty. Haskell Indian Nations University values the individual's right to live, work, and study without fear of intimidation, coercion, or exploitation regardless of race, gender, national origin, tribal affiliation, religion, disability, or sexual orientation. Indicators of harassment include but are not limited to:

- Any action or communication that would cause a reasonable person to fear for his/her safety.
- Any action or communication that causes any reasonable person harm or distress.
- Any repeated attempt to make contact with anyone over his or her objections.
- Intentionally, maliciously, and repeatedly following another person on campus.
- Haskell Indian Nations University prohibits bullying. Bullying behavior is any pattern of gestures or written, electronic or verbal communications, or any physical act or any threatening communication that:
  1. Places a student or school employee in actual and reasonable fear of harm to his or her person or damage to his or her property; or
  2. Creates or is certain to create a hostile environment by substantially interfering with or impairing a student's educational performance, opportunities or benefits.
- Cyber bullying, defined as sending threatening or aggressive texts, e-mails, or phone messages, posting insulting rumors, information, or pictures on a blog or social networking site, or using someone else's username to spread rumors or post insulting comments or pictures.

**9.  Sexual Harassment**

Sexual harassment can consist of the actions just described, but also creates an environment that is intolerable and incompatible with the mission and goals of the university; sexual harassment is a form of discrimination and is illegal.  Any unwelcomed sexual advances, requests for sexual favors, sexually motivated physical conduct, or gender-based verbal or physical threats that are explicit or implicit terms or conditions of employment (hire/fire, benefits) and/or substantially or unreasonably interferes with, limits or deprives an individual's ability to participate in or benefit from the university's educational program and/or activities creates a hostile environment and is prohibited at Haskell.

**10. Stalking**

To intentionally, maliciously, repeatedly follow or harass another person in person, by correspondence, or by electronic means.

**11. Lewd, Indecent, or Inappropriate Public Behavior**

Acts, words, or gestures which cause anger, shock, embarrassment or humiliation,

USA001167

including electronic communication is prohibited. Included is the excessive public display of affection.

**12.  Sexual Assault/Misconduct**
Sexual assault can be any form of forced sexual contact. Force can be physical or emotional (threat, intimidation, pressure, coercion). Rape is a type of sexual assault usually involving sexual intercourse which is initiated by one or more persons against another person without that person's consent.

**12-A. Forcible Rape**
The carnal knowledge of a person, forcibly and/or against that person's will; or not forcibly or against the person's will where the victim is incapable of giving consent because of his/her temporary or permanent mental or physical incapacity.

**12-B. Forcible Sodomy**
Oral or anal sexual intercourse with another person, forcibly and/or against that person's will; or not forcibly against the person's will where the affected person is incapable of giving consent because of his/her youth or because of his/her temporary or permanent mental or physical incapacity.

**12-C. Sexual Assault with an Object**
The use of an object or instrument to unlawfully penetrate, however slightly, the genital or anal opening of the body of another person, forcibly and/or against that person's will; or not forcibly or against the person's will where the affected person is incapable of giving consent because of his/her youth or because of his/her temporary or permanent mental or physical incapacity.

**12-D. Forcible Fondling**
The touching of the private body parts of another person for the purpose of sexual gratification, forcibly and/or against that person's will; or, not forcibly or against the person's will where the affected person is incapable of giving consent because of his/her youth or because of his/her temporary or permanent mental incapacity.

**13.  Non-Forcible Sexual Misconduct**
Unlawful, non-forcible sexual intercourse including Incest (non-forcible sexual intercourse between persons who are related to each other within the degrees wherein marriage is prohibited by law) and Statutory Rape (non-forcible sexual intercourse with a person who is under the statutory age of consent.)

**13-A. Incest**
Non-forcible sexual intercourse between persons who are related to each other within the degrees wherein marriage is prohibited by law.

**13-B. Statutory Rape**
Non-forcible sexual intercourse with a person who is under the statutory age of consent. The statutory age of consent in Kansas is 16 years of age.

**14.  Fire Safety**
**14-A. Arson**
Any willful or malicious burning or attempt to burn, with or without intent to defraud, a dwelling, building, motor vehicle, personal property of another, etc.

USA001168

**14-B. Activating and/or Tampering with a Safety Device**
Any willful attempt to block, hinder, or disable or activate a safety device, or use without just cause, such as fire alarms, smoke detectors, fire extinguisher, fire escape route, or any other safety device. Objects are not to be placed with-in 24-inches (2-feet) of a fire suppression device.

**14-C. Burning of Material, Use of Tobacco, and Fireworks**
Burning of any material in the residence lodge is strictly prohibited as it may endanger the health and the safety of occupants.
Burning of material means either open flame or smoldering material such as candles, medicinal plants and herbs, cigarettes or pipes containing tobacco or illegal substances, except when authorized by the Director of Housing, or designee, under Haskell's Smudging policy.  Please see the Residential Housing Student Handbook for more information.  Smoking of tobacco products on campus is allowed only outside of each building, except within 25-feet of entrances and ventilation air intake systems.
Fireworks, of any type, are prohibited from use and/or storage on Haskell campus at all times.

**14-D. Opening Exit Doors**
Opening an exit door to admit persons or keeping an exit door propped open for any reason, other than emergency, will be in violation of this policy.
At no time will any type of furniture or other item be placed within 24-inches (2-feet) of an automatic sprinkler head used for fire suppression. Students may be held financially liable for any damage caused by the movement of furniture or other object, with or without prior authorization.

**15.  Hazing**
Hazing constitutes doing, requiring or encouraging any act, whether or not the act is voluntarily agreed upon, in conjunction with initiation or continued membership or participation in any group, that causes or creates a substantial risk of causing mental or physical harm or humiliation. Such acts may include, but are not limited to, use of alcohol, creation of excessive fatigue, and paddling, punching or kicking in any form.

**16.  Residential Hall Policies**
This is not an all-inclusive list.  Please refer to the Residential Housing Student Handbook for more detailed information.

**16-A. Unauthorized Visitation**
Bringing or allowing into the residence lodge unauthorized person in a restricted areas of the residential hall, such as a member of the opposite sex in the living areas of the hall or allowing visitors to remain in the unauthorized areas past visiting hours.

**16-B. In the Private Living Area of the Opposite Sex**
Being anywhere in the private living areas of the opposite sex. This includes dorm rooms, showers, restrooms, windows, and dorm wing hallways.

**16-C. Failure to Maintain a Clean Room or Failure to Clean Assigned Area**
Students residing in the Haskell residential halls that fail to maintain a neat and clean room and/or are assigned to clean an area and fail to do so, or properly complete the assignment, will be in violation of this policy. Repeated violations will result in suspension of housing privileges.

**16-D. Gambling**
All gambling is prohibited on Haskell campus.

USA001169

**16-E. Littering**

Leaving trash or litter on campus except in appropriate receptacles. Residents who place their room trash in hall waste receptacles instead of the dumpster are in violation of this article.

**16-F. Excessive Noise**

Quiet hours are observed starting 10:00 p.m. to 8:00 a.m. All those making loud, excessive, obnoxious, repeated, or unnecessary noise, which interferes with the rights of those who want to sleep, study, or relax, even if outside the posted quiet hours are considered in violation of this article.

**16-G. Failure to Identify and/or Give False Identity**

At all times Haskell students are required to visibly display their Haskell Student Identification cards while on the Haskell Campus. Students are required to show identification upon demand, or when entering/exiting the campus.

Failure to visibly display their Haskell Student Identification Card; being in possession of another person's Haskell student Identification Card; allowing someone else to use your Haskell Student Identification Card and refusing to provide your name or providing a false name, are all violations of this policy.  Persons refusing or unable to provide suitable identification may be detained by Haskell employees until their identification can be satisfactorily verified by law enforcement authorities.

**17. Trespassing**

Entering on or loitering in unauthorized areas on campus is a violation of this policy. Students that have been suspended from the residential halls are not allowed in either residential areas including balconies, patios, windows, exit doors, and all other areas immediately adjacent to the dorm. Students that have been expelled from Haskell are in violation of a current Emergency Suspension (any levels), Notice to Vacate, or are on the  ineligible for housing master list.

**18. Cooperation with Haskell Employees**

Any attempt to misdirect, delay, misinform, hinder, or obstruct in any way Haskell staff in the performance of their duties will be in violation of this article.

**19.  Cooperation with Haskell Students**

Any attempt to misdirect, delay, misinform, hinder, or obstruct in any way Haskell students in the right to gaining an education will be in violation of this article.

**20. Harboring**

Harboring a person, such as a student who has been suspended from the dormitories or former student expelled from Haskell, or other person who has been evicted/ banned for disciplinary reasons from the campus.

**21. Misuse of Technology**

a. Violation of Haskell policy on proper use of E-mail or Internet while on the Haskell server.

b. Downloading or transferring of illegal downloaded media files, including illegal downloading of music and movies.

USA001170

# III. Student Conduct Process

USA001171

## A.  Due Process

Every Haskell student has the following rights to due process in a formal disciplinary proceeding pursuant to 25 C.F.R. 42.8:

1. **Notice**. Written notice of charges within a reasonable time before a hearing. Notice of charges shall include reference to the regulations allegedly violated, the facts alleged to constitute the violation, and notice of access to all statements related to the charge and to those parts of the student's school record which will be considered in rendering a disciplinary decision.
2. **Hearing.** A fair and impartial hearing.  In an emergency situation that seriously and immediately endangers the health and safety of the student or others, a Haskell official may temporarily suspend a student, but shall immediately report in writing the facts (not conclusions) giving rise to the emergency.  The official shall afford the student a hearing which fully comports with due process as soon as practicable thereafter.  Please see Student Conduct Office regarding 25 CFR 42.7 mandate.
3. **Representation.** The right to have an Advocate at the hearing.  An attorney will be allowed to present the student's case, but only at the student's expense.
4. **Confrontation.** The right to confront and examine all witnesses and to produce and have produced witnesses on the student's behalf and to confront and examine all witnesses.
5. **Records.** The right to the minutes and record of all disciplinary proceedings (including appeal hearings) and to written findings of fact and conclusions in all cases.  All Information will follow Family Educational Rights and Privacy Act (FERPA) guidelines.
6. **Appeal.** The right to an administrative review and appeal.
7. **Non self-incrimination.** The student shall not be compelled to testify against himself/herself.
8. **Expunged.** The right to have the allegations of misconduct and information pertaining thereto expunged from the student's school record in the event the student is found not guilty of the charges.

## B. Advocates

1. Students who wish to have an "Advocate" must submit a "Release of Information" form to the Office of Student Conduct to allow the Advocate to have access to records and documentation associated with the case.
2. A Haskell employee must have permission from his or her immediate supervisor to act as an Advocate.  The Student Conduct Administrator will investigate potential "conflicts of interest" before a hearing.
3. A Haskell student must be in good academic and social standing to be and Advocate.  A student Advocate must notify the Office of Student Conduct and withdraw from being an Advocate if he/she is no longer in good academic and/or social standing OR if he/she has pending a disciplinary matter.
4. The Advocate is responsible for scheduling his/her own investigative interviews.
5. The student is responsible for providing the Advocate with all information that pertains to his/her case.

USA001172

6. The Presiding Officer will state on the record at each hearing that the student is represented by an Advocate and that a signed release form, allowing the Advocate access to records and documentation associated with the student's case, is in the student's case file.

## C.  Alternative Dispute Resolution

Haskell may address a student violation using an Alternative Dispute Resolution (ADR) process or the Adjudication process.

(1) When appropriate, Haskell will first attempt to use the ADR process.

(2) When the ADR process does not resolve matters or cannot be used, Haskell must address the alleged violation through the Adjudication process.

ADR process may:
(1) Include peer adjudication, mediation, and conciliation; and

(2) Involve appropriate customs and practices of the Indian Tribes or Alaska Native Villages to the extent that these practices are readily identifiable.

## D. Restorative Justice

Haskell may offer another alternative to addressing a student violation using the Restorative Justice model.  This model focuses on understanding and repairing the harms created by inappropriate conduct.  The Student Rights Specialist and the Dean of Students can determine if the Restorative Justice model will work in situations, and will be dealt with on a case by case basis.

Haskell may address an alleged violation through the ADR process or Restorative Justice Process unless one of the following conditions apply:

- the act requires immediate removal or emergency suspension.
- **OR**
- all parties do not agree to using an ADR process.

## E. Adjudication Process

1. An Incident Report shall be filed with the Student Conduct Administrator within five (5) business days of the incident.
2. The Student Conduct Administrator shall send a letter to the accused student through campus mail informing the student of the appointment date and time to meet with the Student Conduct Administrator or assigned housing staff.  Minor violations are handled by the Housing staff.  Major violations are handled by the Student Conduct Administrator with the exception of Fire Safety violations.  Fire Safety violations are handled by the Safety Officer.

USA001173

3.  At this meeting, the decision maker shall determine whether the student has committed a violation and shall impose sanctions based on preponderance of the the evidence.  If the student is found not responsible, then no sanctions will be given.
4.  Alternative Dispute Resolution (ADR) may be used when the accused student and the decision maker agree to it.  Situations may arise where the alternative dispute resolution process would resolve a problem in an informal manner.

## F. Appeal Process

1. A student may appeal based on the following:
   a)  Deprivation of Due Process.
   b)  Inadequate evidence to justify decision.
   c)  Sanction not in keeping with the gravity of the violation.
2. The student shall submit a written request for appeal that lays out the reason for appeal. The written request shall be submitted to the Student Conduct Office, Pushmataha Hall, no later than 12:00pm noon five (5) business days after the Student Conduct Administrator's decision.
3. The student shall have the opportunity for an appeals hearing before a Student Appellate Board.  The Student Appellate Board is made up of at least three to five Haskell employees and/or students, selected by the Student Conduct Administrator. The student shall be notified through campus mail of the time and date of the hearing.
4. The student is allowed a 15-minute waiting time from the time that the hearing is to begin.  Failure to report to the hearing before the waiting time ends will result in the Student Conduct Committee making a determination from the material before it.
5. At the hearing, the student may present a case, including witnesses and documents, and may ask questions of the accuser.
6. The Student Conduct Committee may interview the accuser, the accused student, and the witnesses.
7. The Office of Student Conduct shall record all hearings.  Minutes of the hearing shall be available upon written request to the accused student.  Students and witnesses are not allowed to record hearings.
8. Students are allowed to have an Attorney at Law present as an advocate at their appeal but at their own expense.
9. Parents have no standing in the appeal process.
10. After the Student Conduct Committee has deliberated in private, only the accused student and the student's authorized Advocate will be called before the Student Conduct Committee to be informed of the decision, a final decision will be made at this hearing.
11. The Student Conduct Committee has the authority to retract or alter any sanctions that were applied by the Student Conduct Administrator, the Housing Staff, an Alternative Dispute Resolution Board or a Restorative Justice Conference.
12. The decision of the Student Conduct Committee is final and there are no additional appeal rights to pursue.

USA001174

## G.   Appeal Process following Expulsion

Given the serious nature of expulsions, Haskell has established specific procedures for the appeal of an expulsion.

1.  If a student appeals an expulsion, the appeal will be referred to a Student Appellate Board. The student has five (5) business days from receiving notice of expulsion to file an appeal with the Student Conduct Administrator. The Student Conduct Administrator is responsible for convening the Student Conduct Committee and shall preside as the chair during the review hearing.

2.  The Student Conduct Administrator shall schedule a review hearing after receiving an appeal and the student will be notified through campus mail. Such notice shall contain:

   **a.** A specific statement of the violation(s) for which the student is being expelled.

   **b.** A statement of the time, date, and location of the Student Conduct Committee hearing to review the expulsion.

   **c.** A statement specifying the student's right to have an Advocate (or student paid attorney) to assist him/her. A "Release of Information" form must be completed by the Advocate and filed by the student or the Advocate.

   **d.** A statement advising that the student may voluntarily waive the right to be present at the review hearing. Such statement shall advise that the student may not be forced to sign such waiver. Failure to report to a Student Conduct Committee review hearing shall constitute a waiver.

3.  The Student Conduct Committee shall have access to all materials used at the hearing that resulted in an expulsion order, including audiotapes of the proceeding. Additional material(s) provided by the student shall be allowed.

4.  The Student Conduct Committee shall issue a decision. The Student Conduct Committee may uphold the expulsion; reverse the expulsion and order other appropriate sanctions; or, on a finding of serious procedural error below, reverse the expulsion and remand the case to the Student Conduct Administrator for further proceedings.

5.  The Student Conduct Administrator shall notify the student in writing of the Student Conduct Committee's decision.

6.  The Student Conduct Committee's decision is a final decision.

7.  Students expelled from Haskell forfeit their right to attend Haskell. They may not return to Haskell and are not permitted to be on campus grounds or in buildings without permission from Haskell's President.

## H.   Personal Safety during the Student Conduct Process (Affected Person's Rights)(25 C.F.R. 42.9)

In formal disciplinary proceedings, each school must consider affected person's rights when appropriate.

**(a)** The affected person's rights may include a right to:

   **(1)** Participate in disciplinary proceedings either in writing or in person;

   **(2)** Provide a statement concerning the impact of the incident on the affected person; and

   **(3)** Have the outcome explained to the affected person and to his or her parents or guardian by a school official, consistent with confidentiality.

(28)

USA001175

**(b)** For the purposes of this part, the affected person is the actual affected person, not his or her parents or guardians.

The decision maker may accommodate concerns for the personal safety, well-being, and/or fears of confrontation of the Complainant, Respondent, and/or other witness during the hearing by providing separate facilities, by using a visual screen, and/or by permitting participation by telephone, closed circuit television, video conferencing, videotape, audio tape, written statement, or other means, where and as determined in the sole judgment of the Director of the Office of Student Conduct.  Students should contact the Title IX Coordinator Tonia Salvini at Pushmataha Hall for a listing of affected person's rights.

## I.  Major/Minor Violations

**Major Violations -** Major violations will be adjudicated by the Student Conduct Administrator.
- Substance Abuse pg. 17
- Weapons pg. 18
- Haskell Property pg. 18
- Haskell Policy, State, and Local Laws pg. 17
- Intimidation pg. 17
- Violence pg. 17
- Harassment pg. 19-20
- Sexual Misconduct pg. 19
- Fire Safety pg. 20
- Haskell Property pg. 18
- Cooperation with Haskell employee pg. 21
- Cooperation with Students pg. 22


**Minor Violations -** Minor violations will be documented by the Housing staff.
- Residential Halls Violations (visitation and room checks) pg. 19-20

> **STUDENT NOTIFICATION PROCEDURE (Minor Violations):**  The following procedure will apply to students who are found in violation of the visitation and room check procedure.
>   - First offense- written Student Notification warning is presented to the student.  A copy is forwarded on to the College Resident Assistant Supervisor.
>   - Second offense- $25.00 fine and 10 hours community service (In order for a violation to be considered at 2nd offense, the staff must include a copy of the first offense notification along with the incident report)
>   - Third offense- eviction

USA001176

**<u>Haskell University Conduct Flow Chart</u>**

USA001177

## J. Sanctions

A decision maker has discretion to impose disciplinary, educational and/or restorative sanctions for a violation.

**Disciplinary Sanctions**

1. Warning and Probation- A notice in writing to the student that the student is found to have violated specific Haskell regulations and that more severe disciplinary sanctions may be imposed if the student is found to violate Haskell regulations during the designated probationary period.

2. Notice to Vacate:  A Notice to vacate means that a student must vacate their residential hall.  Typically a Notice to Vacate (NTV) is in place for one year of the issuance.

3. Loss of Privileges- Denial of specified privileges for a designated period of time.

4. Loss of Good Social Standing- Loss of Good Social Standing bars the student from being an officer in a student organization or representing Haskell.  It is regained once other sanctions are completed.

5. Fines- Previously established and published fines may be imposed.

6. Residential Hall Removal- This may be either temporary or permanent.  Temporary removal is separation of the student from the residential halls for a definite period of time, after which the student is eligible to return.  Conditions for return must be specified under a temporary removal.  Permanent removal is a permanent separation of the student from the residential halls with no eligibility for return.  Conditions for return will not be specified under a permanent removal since the student is ineligible to return.

7. University Removal- This may be either temporary or permanent.  Temporary University Removal is separation of the student from Haskell for a definite period of time, after which the student is eligible to return.  Conditions for return must be specified under a temporary removal.  Permanent removal is a permanent separation of the student from Haskell with no eligibility for return.  Conditions for return will not be specified under a permanent removal since the student is ineligible to return.  A student that has been removed will automatically receive a notice of trespassing if the student is found to enter or loiter on Haskell premises without prior authorization from Haskell's President.

8. Revocation of Admission and/or Degree- Admission to or a degree awarded from Haskell may be revoked for fraud, misrepresentation, or violation of Haskell standards for obtaining the degree or for other specified violations committed by a student before graduation.  Revocation of admission and/or degree may be coupled with temporary or permanent University banishment.

9. Withholding Degree- The University may withhold awarding a degree otherwise earned until the completion of the process set forth in this Code of Student Conduct, including the completion of all sanctions imposed.

10. Loss of Organizational Recognition: Student organizations that violate the Code of Student Conduct may lose their status as a student organization.

USA001178

`11. "No Contact Order" - A "no contact order" may be imposed to prohibit a student from being in contact with another student or Haskell employee.  This includes personal, electronic, postal, or any other types of contact.  The no-contact order may be temporary or permanent.

12. Guest Restriction: A student may be restricted from hosting guests in the residential halls if the student violates the guest policy.  The guest restriction may be temporary or permanent.

**Educational Sanctions**

1. Reflection Essay: A reflection essay may be assigned to help a student reflect on what choices he or she has made to get into a situation, what he or she could do instead to avoid situations like this in the future, and what he or she learned in this situation.  The essay cannot serve to blame others for the actions of the student.  Length will be assigned by the Student Conduct Administrator or Housing staff.

2. Policy Review: A policy review may be assigned in order to help students understand the motivation behind the Code of Student Conduct.  In this essay, the student must reflect on why the policies he or she violated exist in Code of Student Conduct and what would happen if the policy did not exist.  The review cannot be used to argue against the Code of Student Conduct.  It is meant to challenge the student to think from many perspectives.  Length will be assigned by the Student Conduct Administrator or Housing staff.

3. General Essay: A General Essay may be assigned about any topic the Student Conduct Administrator deems appropriate for the violation.  Length will be assigned by the Student Conduct Administrator or Housing staff.

4. Interview: An interview with a relevant campus resource may be assigned to help the student learn from this situation and relevant campus resources.  The length and number of questions will be assigned by the Student Conduct Administrator or Housing staff.

5. Flyer: An 8.5"x11" flyer about the violations committed may be assigned in order to help the student better explain a policy and to educate the Haskell or residential hall community about the violation.

**Restorative Sanctions**

1. Letter of Apology: A letter of apology will be assigned as a sanction when the student showed disrespect to other members of the Haskell community.  The letter must be sincere and will be reviewed by the Student Conduct Administrator before it is delivered.

2. Community Connection Activities: Community Connection hours will be assigned to help the student to repair harm done through his or her actions, but more importantly will help the student find better connections to help the student be successful at Haskell.  The Student Conduct Administrator will assign the specific location where hours are to be completed and specify a date by which the community connection hours must be completed.

3. Recommended Counseling: Counseling will be recommended in writing to students for assistance in resolving any potential mental or emotional issues.  The recommendation will be maintained in the student's file.

(32)

USA001179

4. Haskell Chemical Abuse Prevention Program (HCAPP): HCAPP or another licensed and/or certified Alcohol Assessment program will be required of students for severe alcohol violations.  This program assists students in understanding if they have problems with alcohol.
5. Conference: A conference between the person harmed and the person who violated the Code of Student Conduct will be assigned in cases where the person harmed agrees to have a conference with the student who violated the code.  The main objective of a conference is to have the student who violated the code understand how his or her choices have affected others.
6. Restitution- Compensation for loss, damage, or injury.  This may take the form of appropriate service and/or monetary or material replacement.
7.  Haskell Mental Health Assessment (HMHA) - HMCA or another licensed and/or certified mental health assessment program will be required of students for severe incidents involving violence and other threatening behavior. This program assists students in understanding if they have problems with anger management, and/or patterns of behaviors associated with violence.

## K.  Emergency Suspension

Any action to separate a student from the campus before a hearing is known as emergency suspension. An emergency suspension can only come from the Student Conduct Administrator.  The forms for the Emergency suspension can be found on the website under the Student Conduct Office.   There are three levels of Emegency Suspension.  Please refer to page 94 for more information.

The emergency suspension may be imposed only: a) to ensure the safety and wellbeing of members of the Haskell community; b) to ensure the student's own physical or emotional safety and wellbeing; or c) if the student poses an ongoing threat of serious disruption of, or interference with, Haskell's normal operations.

During the emergency suspension, a student shall be denied access to the residential halls and/or to the campus (including classes), food service, community activities and all other Haskell activities or privileges for which the student might otherwise be eligible, as the Student Conduct Administrator determines to be appropriate.

## L.  Trespassing Procedures

A temporary, interim, or permanent "University Banishment" order will include a "no trespassing notice." The notice shall state that (a) the student will be charged with trespassing if he or she is found to enter or loiter on Haskell premises without prior authorization from Haskell's President and (b) Haskell will notify local, state or federal law enforcement units to enforce the law if the student violates a "no trespassing notice." The "no trespassing notice" will expire when the "University Banishment" order is lifted, expired or dismissed.

Similarly, a temporary, interim, or permanent "Residential Hall Banishment" order will include a "no trespassing notice." The notice shall state that (a) the student will be charged with trespassing if he or she is found to enter or loiter on the residential hall

USA001180

premises without prior authorization from Haskell's President and (b) Haskell will notify local, state or federal law enforcement units to enforce the law if the student violates a "no trespassing notice." The "no trespassing notice" will expire when the "Residential Hall Banishment" order is lifted, expired, or dismissed.

## M.  Diversion

The Office of Student Conduct for Haskell Indian Nations University has established the following guidelines for the Diversion Application process. This program is a service that is available only once during a student's enrollment at Haskell, and is designed to be a learning experience for students to help them be successful in their educational endeavor.

Diversion is a <u>privilege</u> and not a <u>right</u>. No presumption in favor of diversion exists in any case, and the burden of proof rests with the student to establish that a diversion agreement will best serve the student, the interests of the university, public safety and the rights of the victim(s).

In determining whether to grant a diversion, the Student Services Department will consider whether the student demonstrates a genuine sense of remorse and is prepared to acknowledge the offense(s) charged and accountability for consequences for his/her actions. Other factors to consider are the nature of the offense and the circumstances surrounding it, the probability that the student will cooperate and benefit from the program, the impact of diversion of the student on the university, the recommendations of the involved parties and that of the victim(s), the amount of restitution/damages which is owed, and any mitigating and aggravating circumstances surrounding the incident/offense.

It is not required that the student have a representative for the purpose of the diversion. However, each student has the right to secure counsel and have him/her represent them through the application process. If the student chooses to hire an attorney or seek legal advice, those costs are assessed to the student.

<u>Eligibility</u>
The Office of Student Conduct will consider a number of factors in determining whether or not diversion is appropriate, which shall include but not be limited to the following:
1. Prior offense(s) and nature of incident.
2. Academic standing.
3. Recommendations or letters of support.
4. Letter of intent by student.
5. Completed application and all materials related to application received in timely manner.

It is presumed by these guidelines that a diversion is **NOT appropriate** in the circumstances that follow:
1. If the student has been found in violation of a substance abuse offense within the last five years.
2. If the incident involved violence and/or weapons that resulted in arrest.

USA001181

3. If the student was placed on emergency suspension as a result of the incident.
4. If the student received any prior diversions or has pending incident reports not including matters covered by this application.
5. If the student has been suspended from residential housing within the last five years.
6. If the student had an incident report processed through Office of Student Conduct.

## Procedures

The student must attend all conferences set by the Office of Student Rights in regards to the application process.  During the initial conference regarding the incident report a determination will be made as to the disposition of the incident.  If the student meets the eligibility criteria an application may be obtained and the diversion process initiated.  The student will be need to complete the diversion application within 5 working days of formal adjudication, all necessary documents and materials must be submitted with the application.  Partial applications will not be accepted.

Assessments

- If the incident involves alcohol or drugs, the student may need to obtain an alcohol or drug evaluation from the Haskell Health Center prior to a final decision.

- If the incident involves violence, the student may be required to obtain an anger management assessment which may be done through the Haskell Health Center.

Notification of the application's approval or denial will be issued to the student during a conference to be set by the Student Services Department.  In the event the application is denied, due process will continue for the offense.

## Requirements

Once the student has been notified of the approval of the application, an appointment will be set for the student to review the requirements and conditions of the diversion.

- If an assessment was required, the recommendations of the assessment must be completed fully by the student as prescribed.
- Monitoring of academic progress by student and Office of Student Rights, or designee.
- Establish individualized plan for monitoring.
- Failure to adhere to conditions and requirements, or a second report involving substance abuse or similar offense will end diversion and loss of residential housing will be immediate with no appeal process.
- Failure to comply or any requests for extensions will result in the doubling of the fines and community service hours.

Diversion provides an opportunity for students to maintain Good Social Standing and remain eligible for housing.  Students may participate in a drug or alcohol treatment program while fulfilling the sanctions for violating the Substance Abuse Policy. For more information please turn to page 37.

USA001182

**NOTE**: If a student is in an Honor Residential Hall and violates the Substance Abuse Policy and/or Violence Policy, he/she will have to vacate immediately and move to a regular residential hall.  The Haskell Chemical Abuse Prevention Program (HCAPP) and/or Haskell Mental Assessment (HMHA) may be utilized.  Students can choose to use other certified and/or licensed diversion programs at their own expense.  Failure to complete a diversion program will result in an immediate "Notice to Vacate" a residential hall and the student will no longer be considered in Good Social Standing.  All sanctions must be completed before the student is considered to be in Good Social Standing once again.

Student will need to apply for a diversion, and have that request granted in order to secure it as an option.  The Student Conduct Administrator will review all diversion applications and make a determination to approve, or deny.  Failure to complete application process, or having the diversion application denied can result in eviction from housing, a notice-to-vacate being issued, or other consequence deemed appropriate.

Application includes:
Completed Diversion Application
Personal Statement
Letter of Support from Instructor

A diversion application needs to be filed within 5 working days of formal adjudication.

USA001183

# IV. Substance Abuse

USA001184

## A. Standards of Conduct

Haskell's substance abuse policy prohibits the possession, use, or transporting/trafficking of alcohol, illegal drugs, non-prescribed prescription drugs, and other mind-altering substances by students. Haskell does not accept abuse of alcohol or drugs by students and behaviors that occur as a result of such abuse. The most serious consequences of this behavior are the loss of housing and suspension or expulsion from the University.

Haskell seeks to enrich the lives of students by employing programs and services to assist them, referring them to counseling, and having staff conferences with them. See the Counseling Center for information about campus programs to prevent the possession, use or distribution of alcohol and drugs.

Haskell will contact the parents/guardians of students under the age of 21 in regards to violation of the "Substance Abuse Policy."

## B.  Medical Release for Substance Abuse

Abuse of alcohol and/or drugs is a serious threat to the wellbeing of students and the Haskell community. Accordingly, students who abuse alcohol or drugs to the extent that they become incapacitated and/or require monitoring shall be referred to the Counseling Center. The Counseling Center shall determine if students should be medically released from Haskell. Any student who is medically released must provide proof of treatment at a certified or licensed treatment facility and a written recommendation for return to Haskell from a licensed mental health professional before readmission to Haskell. In some cases, violations of the code of conduct for medical reasons could be removed from the record.

## C.  Sanctions for Violation of the Substance Abuse Policy

**1. First Violation:**
> • Student can participate in a Diversion Program in order to maintain housing. The Diversion Program includes a fine, community service hours and/or an alcohol assessment program.
> • A student who does not participate in a Diversion Program will receive a "Notice to Vacate", or "Eviction" resulting in immediate loss of housing for one year from the date of issuance.
> • Any time a student is found in violation of the Substance Abuse Policy, he/she will lose their housing privilege. However, a student may appeal the loss of housing on their first violation only. The student shall remain in housing pending the outcome of the appeal. Should the student lose the appeal, the previous "Notice to Vacate" will go into effect immediately.

**2. Second Violation**:  This sanction is mandatory; however a student may appeal to the appellate board for review. The Student will receive an order that includes the items below:

USA001185

Notice to Vacate, resulting in immediate loss of housing for one year from the date of issuance, also includes:

- Loss of the privilege of visiting in the residential halls.
- Loss of the privilege of being on campus after regular business hours, unless student is attending a class.
- Loss of the privilege to participate in any extracurricular activities, including athletic teams, intramural sports, etc. and loss of the use of Haskell facilities (i.e., Tecumseh Gym, Coffin Sports Complex, and Stidham Union). Student shall inform the Office of Student Conduct when the student has a class or class assignment or project in any of these facilities.
- Loss of privilege to Curtis Hall.
- Loss of Good Social Standing.
- Requirement to complete an Alcohol Assessment and Treatment Plan.
- **Double** the fine and community service hours from the diversion program.

**3. Third Violation:**

- Referral to Student Appellate Board with a recommendation of mandatory suspension for two academic years with a double fine and community service hours from the previous violation.
- Completion of an alcohol/drug treatment program or other appropriate treatment program before readmission to Haskell, or depending on the severity, expulsion from Haskell.

## D. Medical Amnesty

The Medical Amnesty Program (MAP) represents the Haskell's commitment to increasing the likelihood that community members will call for medical assistance when faced with an alcohol or drug-related emergency. Every student, as a part of the Haskell community, has a responsibility for caring for self and others. In alcohol or drug related incidents, the primary concern of the University is the well-being, health, and safety of students.

Haskell has an obligation to make mandatory administrative referrals of students for incidents related to alcohol and other drug-related emergencies. The potential for student conduct action by the University against the student in need of medical attention and/or the student reporting the incident may act as a barrier to students getting the immediate medical attention they need. In order to alleviate the behavioral consequences associated with these alcohol and other drug-related emergencies, and increase the likelihood that students will get the medical attention they need, Haskell has developed a Medical Amnesty Program. This policy applies to all students who call on behalf of themselves or another student in need of immediate medical assistance including being transported by EMS.

In order to receive Medical Amnesty, students must use the policy proactively. This means that students must take the initiative to get assistance and that asking for medical amnesty after being confronted for possible alcohol or drug policy violations will not result in application of MAP.

If a student calls on behalf of another student, he or she is REQUIRED to remain with the student experiencing the medical emergency until medical personnel arrive.

USA001186

Medical amnesty applies only to possession or consumption of alcohol and drugs.  In addition, the policy does not prevent action by police or other law enforcement personnel.

## Frequently Asked Questions about the Medical Amnesty Program
**Why do we have a Medical Amnesty Program?**

At Haskell, the health and safety of every student is of primary importance and all students are strongly encouraged to be empowered bystanders who respond in a potentially dangerous situation without fear of reprisal from Haskell.  Haskell supports students who act responsibly by reaching out for assistance in the case of a medical emergency, as well as supports the student who is helped.

A student or student organization seeking medical treatment for him/herself, or for any other student who is in immediate medical need, or any student who is the recipient of this emergency medical help, will not be subject to disciplinary sanctions related to the violation of using or possessing alcohol or other drugs, as defined in the Substance Abuse Policy.  This rule applies to emergencies both on and off campus.

A student is eligible to use the Medical Amnesty Program on more than one occasion and students are always strongly encouraged to report a medical emergency.  The positive impact of reporting a medical emergency will always hold the highest priority when determining the appropriate response for Haskell policy violations.  In a situation where there are repeated violations, Haskell reserves the right to take disciplinary action on a case by case basis.

Because parents are vital partners in the educational process and because the student can be best supported from home, Haskell typically contacts parents of students under 21 years of age in instances where there is evidence of risk to health, welfare or safety.  In addition, the University reserves the right to record names of those students involved to enable the University to follow up with the students as deemed necessary to ensure a student's well-being.

A student who receives medical assistance for alcohol use under the Medical Amnesty Program will be referred by the Student Conduct Office or their representative to a mandatory intervention program, such as the Red Road Program at the University Counseling Center.  Additionally, a student who qualifies for the Medical Amnesty Program by calling for medical assistance for another student may be referred to this program at the discretion of the Student Conduct Office.

**Frequently Asked Questions**

*Q. What if I am underage and drunk when I call for help for a friend?*

USA001187

A. In this situation, emergency personnel might want to ask you a few questions about how much the sick person had to drink or if they mixed the alcohol with any other drugs, for example. This information will be critical to helping your friend.  In such a case, Haskell will not refer you or the person you called for an alcohol violation.

*Q. Will my name be recorded if I call for help for my friend?*
A. In most situations, if you are level-headed enough to call for help and you are not showing signs of alcohol or other drug overdose, emergency personnel will thank you for your assistance and simply help your friend.

**Q.** *How will anyone know I was the one who called for help?*
A. In most cases, a professional staff members from Residential Halls will know that you called for help. If they do not know, you can simply inform them of your role in helping your friend or yourself.

*Q. Does the Medical Amnesty Program apply if I call for help for myself?*
A. Yes

*Q. Does Haskell contact my parents if I am transported to the hospital?*
A. Haskell does not automatically contact your parents when you are transported to the hospital. However, your parents would eventually be notified by mail if you are under 21 and had a hospital transport for alcohol or drug use.

*Q. What happens if I am transported to the hospital for the second time – does the Medical Amnesty Program apply?*
A. While the main concern is the health and safety of every student, a pattern of behavior for hospital transports will require a staff member to review the situation and follow up using professional judgment for each individual situation.

*Q. What should I do if a friend is showing signs of alcohol poisoning or overdose?*
A. Remember to **Check**, **Call** and **Care**. Alcohol overdose can be scary, but getting help is not.

**CHECK:** Watch out for your friends throughout the night. Encourage healthy choices. If someone you know has consumed too much alcohol, check for signs of overdose.

**CALL:** If you discover any one of the above problems, call for medical help immediately. Call 911. The above indicators of alcohol overdose are very serious and time is of the essence.  If you are unsure and are on campus, call Haskell Security at 785-760-6192.

USA001188

**CARE:** Continually talk to the person and monitor their skin color, temperature and breathing. Turn and keep the person on his/her left side as this will help to keep the person from choking should they vomit. Wait with your friend until help arrives; never leave a sick friend alone.

USA001189

# V. Campus Violence Policy

USA001190

## A. Purpose of the Policy

Haskell Indian Nations University and its respective entities are committed to maintaining a safe working and learning environment for all members of the Haskell community.   In this regard, HINU will take reasonable action to provide an environment free from violence, threats of violence, harassment, intimidation, and other disruptive behavior.

## B.  Policy Statement

HINU will not tolerate violence, threats, harassment, intimidation and other disruptive behavior on its campus or in its programs, whether by students, faculty, staff or visitors. Such behavior may include oral or written statements, gestures, or expressions that communicate a direct or indirect threat of physical harm or intimidation.  Individuals who commit such acts may be subject to sanctions including, but not limited to, removal from the premises; exclusion from the premises; criminal prosecution; corrective and/or disciplinary action; and suspension or expulsion.

Haskell seeks to enrich the lives of students by employing programs and services to assist them, referring them to counseling, and having staff conferences with them.  See the Counseling Center for information about campus programs of harassment and violence.

## C.   Sanctions for Violation of the Violence  Policy (That does NOT involve an arrest or emergency medical personnel)

### 1. First Violation:

• Student will have an opportunity to participate in a Level I Violence Diversion Program in order to maintain housing.

• A student who does not participate in a Level I Violence Diversion Program will receive a "Notice to Vacate", or "Eviction" resulting in immediate loss of housing for one year from the date of issuance.

• Any time a student is found in violation of the Violence Policy, he/she will lose their housing privilege.  However, a student may appeal the loss of housing.  The student shall remain in housing pending the outcome of the appeal.  Should the student lose the appeal, the previous "Notice to Vacate" will go into effect immediately.

### 2. Second Violation:  This sanction is mandatory; however a student may appeal to the appellate board for review.  The Student will receive an order that includes the items below:

Notice to Vacate, resulting in immediate loss of housing for one year from the date of issuance, also includes:

•        Loss of the privilege of visiting in the residential halls.

•        Loss of the privilege of being on campus after regular business hours, unless student is attending a class.

USA001191

- Loss of the privilege to participate in any extracurricular activities, including athletic teams, intramural sports, etc. and loss of the use of Haskell facilities (i.e., Tecumseh Gym, Coffin Sports Complex, and Stidham Union). Student shall inform the Office of Student Conduct when the student has a class or class assignment or project in any of these facilities.
- Loss of use of Curtis Hall.
- Loss of Good Social Standing.
- Requirement to complete a Mental Health Assessment and Treatment Plan.
- Fine
- Community Service Hours

**3. Third Violation:**
•Referral to Student Appellate Board with a recommendation of mandatory suspension for one academic year.
• Completion of an anger management treatment program or other appropriate treatment program before readmission to Haskell, or depending on the severity, expulsion from Haskell.

(45)

USA001192

# VI. Campus Sexual Assault and Sexual Harassment and Title IX

USA001193

## Jurisdiction

Haskell shall adjudicate cases involving alleged violators who are students or Haskell employees.  <u>There is no "statute of limitation" for violation of the sexual misconduct policy.</u>  This is in recognition of the severe psychological harm that sexual misconduct can have and to empower those against whom sexual misconduct is perpetrated to report when they have been harmed.

## Campus Sexual Assault

The following actions are violations of the sexual assault/harassment policy of Haskell.
1. Non-Consensual Sexual Touching
2. Non-Consensual Sexual Intercourse
3. Non-Consensual Sexual Contact (sexual contact without effective consent).
4. Sexual Exploitation.
5. Any attempt or aiding in attempt of any of the actions listed in this policy.

## Definitions

1. Intercourse: includes vaginal or anal penetration by penis, object, tongue, or finger; or contact between genitals and mouth).

2. Sexual Touching: any *intentional* contact with breasts, buttocks, groin, genitals, mouth, or other bodily orifice of another, or touching another with any of these body parts, or making another touch you or himself or herself with or on any of these body parts.

3. Consent: is informed agreement to do the same things, at the same time, in the same way, with each other, is freely given without coercion, uses mutually understood words or actions.  One cannot engage in sexual intercourse or sexual touching, without violating the sexual misconduct policy, if one knows the other cannot give consent.

4. Sexual Misconduct includes non-consensual sexual contact, non-consensual sexual intercourse, sexual exploitation, and sexual harassment.

5. Non-Consensual Sexual Intercourse is any sexual intercourse (vaginal, anal, or oral), however slight, between persons of whatever sex, without consent.

6. Non-Consensual Sexual Contact is any sexual touching, however slight, between persons of whatever sex, without consent.

7. Sexual Exploitation includes prostitution, posting images on social media without consent, video taping without consent, peeping tommery, intentional transmission of any sexually transmitted diseases, and inducing incapacitation for the purpose of having sex with a person.

8. Initiator: The person, of whatever sex, who initiates any sexual touching, contact, or intercourse.

(47)

USA001194

9. Respondent: The person, of whatever sex, who must consent before any sexual touching, contact, or intercourse may occur.

## What does consent mean?

1. In the absence of mutually understood actions or words, it is the responsibility of the initiator of any sexual contact to ensure consent is given by another person.
2. Consent to one form of sexual activity does NOT imply consent to other types of sexual activity.
3. Past consent to sexual activity does NOT imply consent to future sexual activity.
4. Consent must be given at each stage of sexual contact.
5. Consent given under the threat of physical force, any form of coercion, or intimidation is not effective consent.
6. Consent cannot be given by minors (persons under age 18), mentally disabled persons, or physically incapacitated persons.

## How do I know if someone cannot give consent?

Is the other person:
1. Unconscious?
2. Under the legal age of consent?
In these two cases, the other person cannot give consent.

Do you perceive in the other person:
1. Slurred speech
2. Bloodshot eyes
3. Smell of alcohol on breath
4. Inability to stand up straight
5. Vomiting
6. Outrageous or unusual behavior
Or, is the other person:
7. Physically impaired?
8. Physically incapacitated?
9. Mentally disabled?

This is not a comprehensive list. None of these characteristics necessarily means that the person cannot give consent. However, it is the responsibility of the initiator of sexual contact to ensure that the respondent can consent and that he or she gives consent. Sexual misconduct does NOT necessarily have to be intentional. If the initiator does not ensure consent, the initiator can be found in violation of the sexual misconduct policy.

In other words, **it is always the responsibility of the initiator of sexual contact to ensure that consent can be and is given**. It does not matter if the initiator is incapacitated or not; it is always the responsibility of the initiator to get consent from the partner.

USA001195

## Other Important Information to Consider

1. Any person is not required to resist sexual advances.  Silence is NEVER implied consent.
2. Silence, previous sexual relationship, current relationship, style of dress, or money spent on the respondent does not imply consent to any sexual activity.
3. Intentional or unintentional use of alcohol or drugs does not imply consent on the part of the respondent.
4. Consent may be revoked at any time by any party involved.
5. Consent has an expiration date.  Consent only lasts for a reasonable amount of time.  Reasonable amount is defined by circumstances.  If a person consents to sexual activity, but no sexual activity occurs, the initiator should reconfirm consent before again initiating sexual activity.

## Possible Sanctions for Sexual Assault

1. Any student found responsible for violating the Sexual Exploitation, the Non-Consensual Sexual Contact or the Non-Consensual Sexual Touching policy will face sanctions ranging from warning and probation to expulsion, depending on the severity of the incident and previous conduct records.
2. Any student found responsible for violating the Non-Consensual Sexual Intercourse policy will face sanctions ranging from suspension to expulsion, depending on the severity of the incident and previous conduct records.  The recommended sanction will normally be expulsion.

### Definition of Sexual Harassment

Sexual harassment is defined as unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when either:

(1) submission is either explicitly or implicitly a condition affecting academic or employment decisions; (2) the behavior is sufficiently severe or pervasive as to create an intimidating, hostile or repugnant environment; or (3) the behavior persists despite objection by the person to whom the conduct is directed. The University considers such behavior, whether physical or verbal, to be a breach of its standards of conduct and will seek to prevent such incidents and take corrective action when sexual harassment occurs.

### Types of Sexual Harassment

Generally speaking, there are two types of sexual harassment, *"quid pro quo"* and *hostile environment.*

*Quid pro quo* (meaning "this for that") sexual harassment occurs when it is stated or implied that an academic or employment decision about a student or employee depends upon whether the student or employee submits to conduct of a sexual nature. Quid pro quo sexual harassment also occurs when it is stated or implied that an individual must submit to conduct of a sexual nature in order to participate in a University program or

(49)

USA001196

activity. So, for example, if an employee is made to believe that a promotion is likely if the employee goes on a date with the employee's supervisor, the employee is possibly being subjected to "quid pro quo" sexual harassment.

*Hostile environment* sexual harassment occurs when unwelcome conduct of a sexual nature creates an intimidating, threatening or abusive working or learning environment or is so severe, persistent or pervasive that it affects a person's ability to participate in or benefit from a University program or activity. While a person engaging in harassing behavior most often has some form of power or authority over the person being harassed, that is not always the case. The harasser can be a peer of the person being harassed. Sometimes the harasser is harassing a person who has power over them. For example, a supervisee can sexually harass a supervisor or a student can sexually harass a faculty member.

**Examples of Sexual Harassment**

The following descriptions, while not all-inclusive, will help you understand the types of behavior that are considered "conduct of a sexual nature" and that, if unwelcome, may constitute sexual harassment:

*Unwanted sexual statements:* Sexual or "dirty" jokes, comments on physical attributes, spreading rumors about or rating others as to sexual activity or performance, talking about one's sexual activity in front of others and displaying or distributing sexually explicit drawings, pictures and/or written material. Unwanted sexual statements can be made in person, in writing, electronically (email, instant messaging, blogs, web pages, etc.) and otherwise.

*Unwanted personal attention:* Letters, telephone calls, visits, pressure for sexual favors, pressure for unnecessary personal interaction and pressure for dates where a sexual/romantic intent appears evident but remains unwanted.

*Unwanted physical or sexual advances:* Touching, hugging, kissing, fondling, touching oneself sexually for others to view, sexual assault, intercourse or other sexual activity.

**Possible Sanctions for Sexual Harassment**

1. Any student found responsible for violating the Sexual Harassment policy will face sanctions ranging from warning and probation to expulsion, depending on the severity of the incident and previous conduct records.


# TITLE IX REQUIREMENTS:
# NON-DISCRIMINATION AND ANTI-HARASSMENT POLICY

**A. Title IX Statement**

It is the policy of the College to comply with Title IX of the Education Amendments of 1972 through E.O. 13160, which prohibit discrimination

(50)

USA001197

based on sex (which includes sexual harassment and sexual violence) in Haskell's educational programs and activities. Title IX and its implementing regulations also prohibit retaliation for asserting claims of sex discrimination. Haskell has designated the following Title IX Coordinator for the entire university system to coordinate its compliance with Title IX and to receive inquiries regarding Title IX.

Interim Title IX Coordinator
155 Indian Avenue
Lawrence, KS 66046
(785)749-8457

Students who wish to report sex discrimination or sexual harassment should file a complaint with the Title IX Coordinator Tonia Salvini at 785-749-8457.

**B. Policy Statement**

Haskell Indian Nations University is committed to providing a learning, working, and living environment that promotes personal integrity, civility, and mutual respect in an environment free of discrimination on the basis of sex. Haskell considers sex discrimination in all its forms to be a serious offense. Sex discrimination constitutes a violation of this policy, is unacceptable, and will not be tolerated. Sexual harassment (as defined below), whether verbal/sexual, physical/rape unwanted touching, or visual, is inconsistent with the expectations of Haskell and may constitute a form of sex discrimination prohibited by this policy. Sexual harassment also includes sexual violence/assault (as defined below). Examples of specific conduct that constitutes sexual harassment and sexual violence/assault are set forth below.

**C. Content of the Complaint**

So that the Haskell has sufficient information to investigate a complaint, the complaint should include: (1) the date(s) and time(s) of the alleged conduct; (2) the names of all person(s) involved in the alleged conduct, including possible witnesses; (3) all details outlining what happened; and (4) contact information for the complainant so that the Haskell may follow up appropriately.

A complainant will be given a copy of the document titled "Explanation of Rights and Options After Filing a Complaint Under the Title IX: Non-Discrimination and Anti-Harassment Policy."

Conduct that Constitutes a Crime

Any person who wishes to make a complaint of sex discrimination or sexual harassment that also constitutes a crime—including sexual violence/assault, domestic violence, dating violence, or stalking—is encouraged to make a complaint to local law enforcement. If requested, Haskell will assist the complainant in notifying the appropriate law enforcement authorities. A victim may decline to notify such authorities.

USA001198

Special Guidance Concerning Complaints of Sexual Violence/Assault, Domestic Violence, Dating Violence, and Stalking

If you are the victim of sexual violence/assault, domestic violence, dating violence, or stalking, do not blame yourself. These crimes are never the victim's fault. Haskell recommends that you immediately go to the emergency room of a local hospital and contact local law enforcement, in addition to making a prompt complaint under this policy.

A victim may decline to notify such authorities. A victim is NOT required to report to law enforcement as a prerequisite for filing a Title IX complaint through Haskell. The Title IX complaint can proceed regardless of whether there is any simultaneous law enforcement reporting.

If you are the victim of sexual violence/assault, domestic violence, or dating violence, do everything possible to preserve evidence by making certain that the crime scene is not disturbed. Preservation of evidence may be necessary for proof of the crime or in obtaining a protection order. Victims of sexual violence/assault, domestic violence, or dating violence should not bathe, urinate, douche, brush teeth, or drink liquids until after they are examined and, if necessary, a rape examination is completed. Clothes should not be changed. When necessary, seek immediate medical attention at an area hospital and take a full change of clothing, including shoes, for use after a medical examination.

It is also important to take steps to preserve evidence in cases of stalking, to the extent such evidence exists. In cases of stalking, evidence is more likely to be in the form of letters, emails, text messages, etc. rather than evidence of physical contact and violence.

Once a complaint of sexual violence/assault, domestic violence, dating violence, or stalking is made, the complainant has several options such as, but not limited to:

· contacting parents or a relative

· seeking legal advice

· seeking personal counseling (always recommended)

· pursuing legal action against the perpetrator

· pursing disciplinary action

· requesting that no further action be taken

**1.Protecting the Complainant**

Pending final outcome of an investigation, Haskell will take steps to protect the complainant from any further harassment or retaliation regardless of whether the victim chooses to report the crime to campus police or local law enforcement. Steps may

(52)

USA001199

include assisting and allowing the complainant to change his or her academic, transportation, work, or living situation if options to do so are reasonably available.

If a complainant has obtained a temporary restraining order or other no contact order against the alleged perpetrator from a criminal, civil, or tribal court, the complainant should provide such information to the Title IX Coordinator or appropriate deputy Title IX Coordinator for their campus. Haskell will take all reasonable and legal action to implement the order.

**2. Timing**
Haskell encourages persons to make complaints of sex discrimination and sexual harassment as soon as possible because late reporting may limit Haskell's ability to investigate and respond to the conduct complained of.

**3. Investigation and Confidentiality**
All complaints of sex discrimination and sexual harassment will be promptly and thoroughly investigated in accordance with the Title IX Procedure. The interim Title IX Coordinator will investigate and any recommendations for adjudication will be referred to the Title IX Team.  For more information regarding the Title IX process, please see page 54.

Haskell will make reasonable and appropriate efforts to preserve an individual's privacy and protect the confidentiality of information when investigating and resolving a complaint. However, because of laws relating to reporting and other state and federal laws, Haskell cannot guarantee confidentiality to those who make complaints. In the event a complainant requests confidentiality or asks that a complaint not be investigated, Haskell will take all reasonable steps to investigate and respond to the complaint consistent with the request for confidentiality or request not to pursue an investigation. If a complainant insists that his or her name not be disclosed to the alleged perpetrator, Haskell's ability to respond may be limited. Hskell reserves the right to initiate an investigation despite a complainant's request for confidentiality in limited circumstances involving serious or repeated conduct or where the alleged perpetrator may pose a continuing threat to the Haskell community.

**4. Resolution**
If a complaint of sex discrimination or sexual harassment is found to be substantiated, Haskell will take appropriate corrective action. Students, faculty, and staff found to be in violation of this policy will be subject to discipline up to and including termination, expulsion, or other appropriate institutional sanctions; affiliates and program participants may be removed from the university programs and/or prevented from returning to campus. Remedial steps may also include counseling for the complainant, academic, transportation, work, or living accommodations for the complainant, separation of the parties, and training for the respondent and other persons.

USA001200

**5. Bad Faith Complaints**

While Haskell encourages all good faith complaints of sex discrimination and sexual harassment, Haskell has the responsibility to balance the rights of all parties. Therefore, if the investigation at Haskell reveals that a complaint was knowingly false, the complaint will be dismissed and the person who filed the knowingly false complaint may be subject to discipline.

**D. Retaliation**

It is a violation of this policy to retaliate against any person for making a good faith complaint of sex discrimination or sexual harassment and/or cooperating in the investigation of (including testifying as a witness to) such complaint.

**E. Vendors, Contractors, and Third Parties**

This policy applies to the conduct of vendors, contractors, and third parties. If a member of the Haskell community believes that he or she has been subjected to sex discrimination or sexual harassment by a vendor, contractor, or third party, the person should make a complaint in the manner set forth in the above procedure. Haskell will respond to the complaint as appropriate, given the nature of its relationship to the vendor, contractor, or third party.

**F. Academic Freedom**

While Haskell is committed to the principles of free inquiry and free expression, sex discrimination and sexual harassment are neither legally protected expression nor the proper exercise of academic freedom.

**G. Education**

Because Haskell recognizes that the prevention of sex discrimination, sexual harassment, sexual violence/assault, domestic violence, dating violence, and stalking is important, it offers educational programming to a variety of groups such as: campus personnel; incoming students and new employees participating in orientation; and members of student organizations. Among other elements, such training will cover relevant definitions, procedures, and sanctions; will provide safe and positive options for bystander intervention and will provide risk reduction information, including recognizing warning signs of abusive behavior and how to avoid potential attacks. To learn more about education resources, please contact the Title IX Coordinator.  All forms can be found at the end of this book in the "Forms" Section.

USA001201

# HASKELL INDIAN NATIONS UNIVERSITY
## Title IX Coordinator's Office
## COMPLAINT PROCEDURE



**Complaint Filed with Title IX Coordinators Office**

Within **7 working days** Title IX office will acknowledge complaint reciept to Complainant.

**15 working days** to determine whether or not the complaint falls within the jurisdiction of the Title IX Office . The Title IX Office will contact the Complainant to clarify thier complaint allegations.

**Notification of Investigation**

The Title IX Office will make efforts, as appropriate and with written authorization from the complainant, to achieve an informal resolution to the complaint. If not authorized or not achievable, the Title IX Office will inform the complainant in writing whether or not an investigation is warranted.

The Title IX Office will open all complaints determined to fall within the Title IX Office jurisdiction for investigation within **30 days** of reciept. Advise parties that the Title IX Office is **nuetral fact** and retaliation prohibited

**Investigation**

Schedule meeting with respondent(s) to discuss allegations and investigation process.

Provide notice to appropriate unit heads.

Conduct investigation-interview witnesses, review documentation.

Prepare written report **within 60 working days** after complaint file with the Title IX Office.

**STATUS Updates on Investigations**

Review report with appropriate university officials

Maintain communication with the parties advising them of the status of the investigation.

**Investigative Findings and Recommendations**

Provide written investigation summary and findings to complainant, respondent and director, chair, dean or vice president within **60 working days** after complaint filed.

(55)

USA001202

# VII. Fire Safety

USA001203

# A. MAJOR VIOLATIONS

1. **Fire Protection Equipment** – Fire extinguisher's, pull stations, smoke detectors, automatic sprinkler systems, and fire alarms are located throughout the campus for the protection of human life and property. To use this equipment for non-emergency purposes is prohibited. Immediate action will be taken against anyone who falsely, whether intentionally or negligently, activates or tampers with fire safety equipment, exit signs, horns, strobes, notification devices, and fire exit doors. Tampering means to intentionally disable, alter, or change the fire alarm system, fire protective device, the station or signal box. Fire doors and any door with a closing mechanism must not be propped open or disabled. In addition, initiating, causing or contributing to a false report, warning or threat of fire, explosion, or other emergency is grounds for disciplinary action.
Typical Sanctions: Emergency suspension, $100 fine plus all costs associated with the repair or replacement of misused or damaged equipment, cleaning of the facility, possible eviction from University housing and/or possible criminal charges.

2. **Fire Hazards** – All campus facilities, including student rooms and balconies, are smoke-free. Smoking of tobacco products is permitted only in designated outdoor smoking areas (50 feet from buildings). Cigarette butts and ashes shall be considered *prima facia* evidence of smoking. Open and smoldering flames, including lit candles, incense, plants/herbs, pipes, grills, e-cigarettes and hookahs are prohibited in all campus facilities, including student rooms and balconies. A student must receive prior approval from the Director of Housing to burn material for religious purposes. No heat-producing appliances will be permitted in student rooms, unless authorized by the Haskell Safety Office. This includes hot plates, coffee pots, popcorn poppers, electric skillets, heaters, air fresheners ("Sensies"), etc. Any items confiscated WILL NOT be returned. **BLOW TORCHES (regardless of size) is STRICTLY prohibited. Any violation will result in Emergency Suspension Level 2 minimum with a minimum fine of $100.**
Typical Sanction: $50 fine.

3. **Endangerment (Emergency Evacuation)** – When a fire alarm is sounded, residents must assume that there is a fire in the building and are expected to evacuate the building. Residents may return to the building only when instructed to do so by Residential hall staff or Haskell Security/Safety personnel. Endangerment includes failure to follow these procedures for fire safety, as well as failure to take cover during severe weather upon notification by Residential Hall staff, Haskell officials, tornado siren, or television/radio severe weather instructions.
Typical Sanction: $50 fine.

4. **Fires (Intentional – Arson)** – Any willful or malicious burning or attempt to burn any building or government property on or around campus, any motor vehicle, and/or personal property of another is subject to expulsion from Haskell, as well as criminal charges.
Typical Sanction: Expulsion from Haskell as well as criminal charges.

USA001204

5. **Fires (Unintentional) –** All other fires will be handled on a case-by-case basis, based on fire department reports.  If it is determined that the fire was the result of violations listed above, sanctions will be at minimum: emergency suspension, $50 fine plus all costs associated with the repair or replacement of the damaged area, cleaning of the facility and other damaged property, possible eviction from Haskell housing, and possible criminal charges.

Typical Sanctions: Emergency suspension, $50 fine plus all costs associated with the repair and replacement of the damaged area and property, and cleaning of the facilities. Possible eviction from Haskell housing and possible criminal charges may apply.

USA001205

# VIII. Residential Life Policies

USA001206

## A. Authority to Enter Rooms

Residential hall staff or other non-law enforcement employees may enter rooms for several reasons as described below. **As a courtesy,** these officials will knock and will identify themselves and verbally request entry before entering the room. **Not hearing a knock or verbal request to enter is not a viable defense in disciplinary proceedings.**

1. For reasonable suspicion that a violation of the Code of Student Conduct or local, state, or federal law has occurred in the room or that evidence of the violation is in the room (see details below).
2. For emergencies such as fire drills.
3. For pre-announced health and safety checks.
4. For maintenance requested by the student or pre-announced requests by staff for maintenance work.
5. To conduct room inspections every two weeks.
6. To accompany a police officer who has a search or arrest warrant.
7. To ensure the safety of the student or others, if there is no response to the staff's knock or verbal request to enter.

## B. Search and Seizure in Student Rooms

**General Procedures:**  These procedures apply when Residential Hall staff and other Haskell officials enter a room because of an emergency, or for a room check (every two weeks), or to determine the location of a repair job.

**1**. Residential Hall staff and other Haskell officials shall use prudent judgment to determine if Security should be present.
**2**. Illegal items in "plain view" shall be seized.
**3**. Violations of the Code of Student Conduct that are in "plain view" shall be written into an incident report.
**4**. Care shall be taken to ensure that the student's room is left in the same shape as it was found.

**Procedures Related to Search Based on Reasonable suspicion of Violation of the Code of Student Conduct:** Residential Hall staff and other Haskell officials have authority to search a room when there is **reasonable suspicion that** a violation of the Code of Student Conduct has occurred and there is reasonable suspicion that evidence of the violation will be found in the room.  Reasonable suspicion:  A school official must have specific and articulable facts or inference, obtained from either personal observation or a reliable informant, that leads him/her to conclude – based on his/her experience the totality of the circumstances – that the search will lead to a discover of a violation of the Student Code of Conduct.

1. Residential Hall staff and other Haskell officials shall use prudent judgment to determine if non-law enforcement staff should be present. Upon entering, if occupants are present, the occupants must be informed of the intent to search the room.
2. The article/item must be defined before a search begins. (i.e. alcohol, drugs, weapons, etc.)

USA001207

**3**. After beginning the search, an illegal item in "plain view," even if unrelated to the purpose of the search, shall be seized and included in the incident report.

**4**. The area to be searched is the area where the article could be found. For example: if the article was a jacket, only those spaces of the student's room where a jacket could be found can be searched; e.g., closet, under the bed, suitcases; however, the search cannot extend to a small purse or makeup cases.

**5**. Care shall be exercised to leave the room in the same shape as it was found.

**Procedures Related to reasonable suspicion Search for Lost or Stolen Property:**

If there is reasonable suspicion to believe that a room contains lost or stolen student or Haskell property, the following procedure is to be followed to locate the property and to return it to its owner.

**1**. The Vice President of University Services may authorize Haskell officials with Reasonable suspicion to search the room after a reasonable attempt is made to inform the student whose room is being searched and to have the student present for the search.

**2**. Residential Hall staff and other Haskell officials shall use prudent judgment to determine if non-law enforcement should be present. Upon entering, if occupants are present, the occupants must be informed of the intent to search the room.

**3**. The complaining party must clearly identify the property before the search begins.

**4**. The complaining party must request the particular room(s) to be searched or name(s) of residents whose rooms are to be searched. A BLANKET SEARCH OF A RESIDENTIAL HALL OR WING IS NOT ALLOWED.

**5**. The area searched is the area where the article likely could be found. If the article was a jacket, only those spaces of the student's room where a jacket could be found can be searched; e.g., closet, under the bed, suitcases; however, the search cannot extend to a small purse or makeup cases.

**6**. After beginning the search, illegal items in "plain view," even if unrelated to the purpose of the search, shall be seized and included in the incident report.

**7**. Care shall be taken to ensure the student's room is left in the same shape as it was found.

**8**. Violations of the Code of Student Conduct that are in "plain view" shall be written into an incident report.

**9**. In the event the searched-for contraband is found, it will be held in the Security Office until the matter is disposed of.

## C. Search of Belongings

**Scope of Policy**

This policy concerns search of a student's belongings by Haskell officials in the residential hall or anywhere on campus grounds. **This policy does not cover room searches or searches of vehicles.**

(61)

**Procedure**

**1.** No Haskell employee shall search a student's personal belongings unless there is reasonable suspicion based on the five senses to believe that a student has items subject to confiscation in a closed container, belongings, etc.

**2.** Examples of where there is **not** reasonable suspicion:
    a. Sound of cans, bottles, visual shape of cans, bottles in back pack, purse, bag, etc.
    b. Prior substance abuse write-ups
    c. Walking to or from a known drinking area with a bag, backpack or purse
    d. Walking across campus late at night with a bag, backpack, etc.

**3.** Examples of reasonable suspicion:
    a. Odor of alcohol clearly emanating from the bag, purse, backpack
    b. Clear view of beer can or other alcohol container through clear or slightly opaque bags evidenced by a name brand, labels and/or color of can or bottles clearly identified to be that of a known brand
    c. Open container of liquid smelling of alcohol
    d. Combinations of the above

**4.** The Student Conduct Administrator will dismiss incident reports where there are violations of a student's right of privacy.

**5.** A request to search an item (back pack, purse, bag, luggage) may be done with phrases, "May I have your consent to search (item such as backpack, purse, etc.)?" If a student refuses and there is not reasonable suspicion, a search cannot be conducted.

## D. Visitation and Guests

Hosts and visitors who violate the Residential Halls visitation policy and other visitation conditions will be subject to Haskell disciplinary process. Non-student visitors may be subject to formal charges under local, state, or federal law.

**Visitation Hours will be:**
**Sunday through Thursday 12 p.m. – 12 a.m.**
**Friday and Saturday 12 p.m. – 2 a.m.**
**Holidays 12 p.m. – 2 a.m.**
**Spring Break 12 p.m. – 2 a.m.**

## E. Frequently Asked Questions about Visitation

**1. Who is a Visitor?**
A visitor is any individual who is not a resident of the residential hall visited or occupant of the room visited.

**2. What if I live in a Co-ed hall?**
Residents of co-ed residential halls also have to abide by "inter-visitation" rules.

**3. What is "inter-visitation" and are there specific rules?**

USA001209

This term is used to describe visitation between/among residents of that specific co-ed hall. Co-ed hall residents must not only adhere to the rules of visitation but also follow "inter-visitation" regulations. Students residing in co-ed housing may visit in their residential hall without signing the visitation logbook during the designated time for visitation.  Residents in co-ed halls are not allowed to be on wings/floors/rooms or study areas before and/or after visitation hours or in areas delegated to members of the opposite sex.

**4. What do I need to do to sign in the visitor?**
Present your Haskell Student Identification card to staff.  Staff will secure and return it after **you** have signed out your visitor.

**5. Where can I take my visitors once they are signed in?**
Visitors may visit in the floor lounges and, with the consent of roommate(s), in the private room of a student.

**6. Are minors allowed to visit?**
Under state law, minor children are those under the age of eighteen (18). Minor children are not permitted in residential halls without the supervision of parents, legal guardians or other appropriate adult supervision.

## F. Visitation Shall Be Governed by the Following Stipulations:

**1**. Student Services will poll students and determine those who prefer visitation and those who do not. From this data residential halls and residential hall wings will be identified for visitation or not. Student Services will assign students based upon their preference to the maximum extent practical.

**2**. All student-hosts and visitors shall be required to abide by the Code of Student Conduct and residential rules related to hours of visitation, areas in which visitation is allowed and procedures for visitation.

**3.** The student-**host** shall be responsible for his/her visitor's behavior. **The student-host must escort their visitors at all times.**

**4. Every visitor** must be **checked/signed in** at the residential hall's office before visitation and **checked/signed out** when leaving. Students currently enrolled at Haskell will leave their Haskell identification card when checking in to visit and may retrieve their Haskell identification card upon leaving. Non-student visitors will be required to be signed in by student-host. **Student-hosts** are responsible for checking/signing in visitor(s).

5. All visitors are required to enter through the main (front) entrance of the residential hall.

6. Residential hall staff have the authority to make reasonable decisions on who should/should not be in the residential hall subject to due process for currently enrolled students.

7. For purposes of this section, sleeping areas are defined as individual rooms and corridors/hallways adjacent to individual rooms. Common areas are defined as TV rooms and lounges.

8. Failure to adhere to or abide by this or other Residential Housing policies for visitation will result in disciplinary action, which could include an official warning and/or incident report.

9. Non-Students who continually violate residential rules and/or campus rules

USA001210

may be subject to criminal trespassing charges and/or banishment from the campus. (Also see Residential Housing Policies and Procedures Handbook).

## G. Prohibited Items in the Residential Halls

Due to fire hazard, safety, and energy use, the following items are prohibited while in the residential halls.

- More than one refrigerator per room.
- Any appliance with an open heating coil.
- Broiler ovens, toasters/toaster ovens
- Alcohol
- Candles, incense, candle warmers
- Air fresheners ("Sensies")
- Four-way or cheater plugs
- Any type of extension cord without breaker
- Sun or heat lamps
- Any appliance not clearly marked as U/L approved
- Tacks or nails in walls or ceilings
- Electronic items that cause electrical outages
- Contact paper on walls/furniture
- Any type of grill
- Electric blankets
- Electric sauce pans
- Laser pointers
- Halogen lamps
- Hot plates
- Space heaters
- Paint ball, BB-guns, or other weapons
- Oil popcorn poppers
- Flammable liquids and chemicals
- Cut Christmas trees or boughs
- Extension cords
- Firearms and fireworks
- Hookahs
- Blow torches (IMMEDIATE removal from Housing)

## H. Other Policies

The following are general regulations common to all of the residential halls. **Students violating these regulations are subject to the disciplinary process.**

    **1. Authority of Staff to Enter Rooms** – See Authority to Enter Rooms (Section II Authority to Enter Rooms p. 13).

    **2. Baby-Sitting**: Baby-sitting is not allowed in the residential hall.

    **3. Checkout Items**: Student identification cards shall be left with

(64)

USA001211

residential hall staff to ensure the return of items checked out from the office.

4. **Door Opening Charge:** All requests to open doors will be $3.00. Student doors will be opened two (2) times before they are required to buy another key.

5. **House Meetings**: Attendance at the initial house meeting each semester is mandatory**.** Failure to obtain attendance by 75% of residents will result in no visitation privileges for all residents until after the first successful meeting is held. In addition, the Residential Housing Supervisors will host House Meetings to provide information related to changes in policy or other areas of concern for students and staff.

6. **Laundry:** Clothes may not be left unattended while doing laundry. The University is not responsible for lost or stolen articles. Doing laundry of non-residents is prohibited.  Any student unauthorized to use the laundry facilities will be automatically charged for the residential hall fee.

7. **Leave**: Residents shall sign out when leaving for holiday and/or long weekends or any extended leave of absences.

8. **Paging and Intercom**: Paging in the residential halls will be allowed only during the hours of: Monday through Friday- 8 a.m. to 10 p.m., Saturday & Sunday – 10 a.m. to 10 p.m.

9. **Pets**: No pets are permitted in the residential halls including, but not limited to, fish, reptiles, birds, gerbils, spiders, and insects. Students will be responsible for removal of pets from the residential hall and for any damages caused by pets.  Every individual with a disability has the right to be accompanied by a guide dog, signal dog, or service dog, trained and certified for the purpose. However, the individual shall be liable for any damage done to the premises or facilities by his/her dog. Guide Dog means any guide dog or Seeing Eye Dog that was trained and certified by a licensed person. Signal Dog means any dog trained or certified to alert a deaf person, or a person whose hearing is impaired, to intruders or sounds. Service Dog means any dog trained and certified to do work or perform tasks for the benefit of an individual with a disability, including but not limited to, minimal protection work, rescue work, pulling a wheelchair, or fetching dropped items.  **NOTE:** Emotional Support Animals (ESA) MUST BE PRE-APPROVED with documentation from the ADA Coordinator. Any violation of the Emotional Support Animal (ESA) policy will result in immediate loss of housing.

USA001212

10. **Proper Use Of Entrances**: The back and side entrance(s) will be locked at 10:00 P.M. The front entrance will be used to enter and exit the building after these hours. The front entrance will be locked on Monday-Friday at midnight and Saturday and Sunday at 2:00 A.M. Staff is available to open the front entrance after closing hours. The use of other entrances after those times is a code violation. Windows are not to be used to get in or out of a building except for life-threatening situations. Use of windows for entrance or exit in other situations is a code violation.  Identification may be requested by staff to assure residency within the hall.

11. **Public Displays**: Public displays of behavior such as fondling, passionate kissing and exposure are potentially embarrassing to other students. Visitors may lose visiting privileges if they do not properly respond to official warnings received.

12. **Quiet Hours**: The observance of quiet hours in all residential halls will begin at 11:00 P.M. and end at 11:00 A.M. Each residential hall will decide quiet hours during holidays and spring break sessions.

13. **Residential Room Keys:** Each student will be assigned a key to his/her residential hall room. If this key is lost or stolen, residents are responsible for reporting the loss immediately to the Residential Hall staff. Replacement keys will cost $25.00. Entry/room doors should be locked at all times to secure valuables and enhance individual safety. The University is not responsible for lost or stolen articles. Student must present a receipt from the Business Office to the Residential Hall staff before a key is given to the student. If a key is not available from the locksmith, the student will not be charged until the key is received. All funds collected will be transferred to the House Council account of each respective hall.

14. **Room Clearance**: Students are expected to check out of residential halls and follow procedures that include, but are not limited to, clean room/bathroom, return of key and payment for damages and repairs to room. Failure to do so may result in an assessment of charges to cover such costs.

15. **Study Room**: The study room is available 24 hours a day and is to be utilized for STUDYING ONLY (See inter-visitation in Code Violation). Eating or smoking is not allowed nor are radios or stereos permitted, unless using earphones and audio material is related to study material. Non-residents may study with a resident within the designated visitation hours and must sign in.

USA001213

16. **Telephone Use**: The office phone is for official use only. Only emergency calls and official calls will be allowed from the office phone. No collect calls shall be accepted from any University telephone. All travel arrangements will be made on the public telephone.

17. **Tobacco (Any products)**: Use of smokeless tobacco, snuff, and Cigarettes (including e-cigarettes and other vapor products) are prohibited in residential hall. Use of these product(s) is a Code violation (See Fire Hazard Code in Code Violation Section).

18. **Room Inspections**: Housing reserves the right to conduct room inspections every two weeks to ensure a level of cleanliness, order, and safety are maintained.

19. **Harboring**:  Harboring a person, such as a current student or a student who has been suspended from the dormitories or even a former student expelled from Haskell, or other person who has been evicted/barred for disciplinary reasons is prohibited.

## I.  Haskell Not Responsible for Student Property

Haskell will not be responsible for any damaged, lost, or stolen property.  All personal property must be removed from the residential hall on the last day of the student's occupancy.  Personal property remaining in residential halls, after the student is no longer residing there, may be discarded.  It is recommended that all personal property be appropriately labeled to prevent loss or theft.  It is also recommended that all students obtain renter's insurance for their personal property or be insured through their parent's homeowner's insurance.

USA001214

# IX. Parking and Traffic Program Policies and Procedures

USA001215

# GENERAL REGULATIONS

Haskell is authorized to establish campus parking and traffic regulations and to provide parking fines and penalties for infractions of these regulations. Any motorized vehicle, including motorcycles, operated on Haskell property is subject to all campus parking and traffic regulations.

These regulations have been promulgated for the safety, welfare, and health of students, employees, and visitors and to govern traffic on campus. The operation and/or parking of any vehicle on Haskell property is a privilege, not a right.

**Vehicle Registration:**
All privately owned motorized vehicles operated by Haskell students and employees on Haskell property must be registered at the time of enrollment, employment and/or acquisition. The following information is required to register a motorized vehicle: Name, address, vehicle year, vehicle make, vehicle color, license tag number, and state in which vehicle is registered.

A registration decal will be issued which must be affixed to the inside lower driver side windshield. There is no cost for the initial decal; however, **replacement decals are $20.00** payable at the University Business Office.

Any students or employee's motorized vehicle not registered with the University Parking and Traffic Office will be subject to ticketing and towing.

**Responsibility for Vehicles**
Any person operating or parking a vehicle on campus shall be fully responsible for that vehicle and its contents. An individual shall be held responsible for violations by a vehicle registered to him/her either through Haskell registration or tracing through the state Motor Vehicle Department, regardless of the operator at the time of the violation. There will be a $20 fee if a trace through the Motor Vehicle Department is necessary.

Notify Parking and Traffic if a registered vehicle is sold. If the vehicle remains on campus, any fines or fees incurred will be charged to the person on record and registered with Parking and Traffic.

**Regulations – Hours in Effect**
Regulations are in effect 24 hours a day and 365 days a year. All parking spaces are available for "open" parking between 5:00pm and 7:00am, except parking for the physically impaired, fire lanes, and where otherwise posted.

# <u>PARKING</u>

Subject to modification, the parking permit classifications and parking privileges are shown below. **All zones have color coded signs.**

USA001216

**GOLD/YELLOW** Student Parking Permit is valid in all **Green** areas, except for spaces designated for the physically impaired, visitors parking, loading zones, fire lanes, roadways, and other marked and designated "no parking" zones.

**PURPLE** Employees Parking Permit. Valid in all **Blue** and **Green** areas except for spaces designated for the physically impaired, visitors parking, loading zones, fire lanes, roadways, and other marked and designated "no parking" zones.

**Open Parking Lots**
There are two large open parking lots on campus.  The lots are located at Coffin Complex and the Cultural Center.

**Visitor Lot**
The visitor lot is located in the center of campus, between Tecumseh Hall and Hiawatha Hall.  Visitors may also park in any open parking lot.  A sign indicating either "visitors only" or "visiting staff" is not considered open parking.

**Parking for the Physically Impaired**
Certain parking spaces have been designated for the physically impaired. Parking in those spaces is reserved for individuals whose vehicle displays either:

A.  A specially issued license plate displaying the international symbol of access to the physically impaired.
B.  A specially issued state identification card with the international symbol of access to the physically impaired clearly displayed in the vehicle.

The permit is only valid for the individual to whom the tag is issued and that individual must be an occupant of the vehicle.

Persons desiring special parking consideration because of permanent disability are advised to obtain a Parking Permit for the Physically Impaired by making application at the State of Kansas, Department of Motor Vehicles.

**Prohibited Parking**
Parking violation notices may be issued to all vehicles, including GSA, and vehicles may be immobilized and/or removed from campus for:

A.  Double parking or in streets or roads
B.  Parking on sidewalks or grass
C.  Parking in service roads or restricted areas
D.  Parking across drive entrances or sidewalk crossings
E.  Parking outside of marked parking spaces and/or taking up two spaces
F.  Parking in fire lane/fire hydrant zones
G.  Parking over length/oversize vehicle without permit
H.  Parking in an area designated by signs and/or curb markings as a "no parking" zone
I.  Parking in a lot or space for which vehicle is not permitted

USA001217

J.   Unauthorized parking in physically impaired parking zone
K.   Blocking vehicles, roadway, or trash containers
L.   Parking in an area designated by signs as "visitors only" or "visiting staff only"

**Parking of Large Vehicles**
Over-length or oversized vehicles, such as buses, trucks, and campers cannot be parked in regular parking spaces.  Visiting groups and charter buses may arrange for a special parking assignment and permit with the Parking and Traffic Office.

**Overnight Camping or Sleeping**
Parking for camping or overnight sleeping in vehicles is prohibited. Designated personnel conduct periodic patrols of the campus in an effort to safeguard all vehicles from vandalism and to protect the health and welfare of any vehicle occupants. The personnel conducting the security patrols are authorized to remove any student, staff or faculty found loitering or sleeping in the parking areas.

**Vehicle Storage**
All student motorized vehicles on Haskell property must be removed from the campus 72 hours after the closure of residential halls at semester's end. Any individual violating these policy guidelines will have his/her vehicle removed from the campus by commercial vendor at the student's expense.

Permission for vehicle storage over the Christmas Holiday period must be obtained from the Parking and Traffic Office. All vehicles stored on campus must be parked in the Blalock Hall parking lot(s) during this period.

Employees' motorized vehicles may not be stored on campus with the exception of those employees on official travel, business, or by permission from the Parking and Traffic Office. Any individual violating these policy guidelines will have his/her vehicle removed from the campus by commercial vendor at the owner's expense.

**Abandoned Vehicles**
A vehicle will be considered abandoned if it appears to be un-drivable (i.e. flat tires, broken windows, damaged, etc.) and has not been moved for five or more days.  Vehicle owners will be notified by mail stating the date the vehicle must be moved.  If the vehicle is not moved or proven to be drivable, the vehicle will be removed from the campus by commercial vendor.

## FINES
**Payment of fines for Parking Violations**
A fine of **$50.00** shall be charged for parking without authorization in parking areas for the physically impaired, parking on the patio of the Coffin Sports Complex, and parking in fire lanes/fire hydrant zones. The traffic circles located at Roe Cloud, Osceola/Keokuk, and Winona-Pocahontas Hall are designated as fire lanes, as well as the area north of Coffin Complex. A fine of **$25.00** shall be charged for all other prohibited parking or for operation of a motor vehicle contrary to the provisions of these regulations.

USA001218

In the event that there is more than one violation on a parking violation notice, the secondary fine(s) will be **$10.00** each. Such fines are due and payable at the University Business Office within ten (10) school days following the date the citation is issued.

**Late Payment of Parking Violation Fines**
If the parking violation fine is not paid within ten (10) school days following the date the violation is issued, a late payment fee of $10.00 for a physically impaired parking zone violation and $5.00 for all other prohibited parking or traffic violations shall be assessed on the eleventh school day and thereafter.

**Student Parking Violation Fines – Failure to Pay**
Students with unpaid parking violation fines at of the end of any fall, spring, or summer semester shall not be permitted to re-enroll, graduate, or transfer, and a "hold" shall be placed on the student's transcript or transfer records until such fees are paid in full.

**Employee Parking Violation Fines – Failure to Pay**
Employees with unpaid parking violation fines shall be subject to administrative review. If, after administrative review, fines remain unpaid, the vehicle will either be immobilized or removed from the campus by a commercial vendor. An immobilized vehicle may be recovered by obtaining a release from the University Business Office, which will be issued only upon payment of a $25.00 fee for the removal of the wheel lock and payment of all outstanding fines.

**Excessive Unpaid Parking Violations**
Excessive unpaid parking violations exist whenever three or more parking violation notices have been posted to the record of the vehicle's registered driver.  Vehicles will be subject to immobilization or removal from campus.

**Towing and Impoundment of Vehicles**
Vehicles may be towed from the campus or immobilized by a wheel lock at any time if they interfere with the efficient operation of the traffic and parking on the Haskell campus or if they are parked in an area not specifically designated for or designed as a parking area. All charges for commercial towing and/or storage are the responsibility of the registered owner.  An immobilized vehicle may be recovered by obtaining from the University Business Office a release which will be issued only upon payment of a $25.00 fee for the removal of the wheel lock and all unpaid fines levied for parking violations posted to the registered owner.

# VEHICLE OPERATION
The provisions of the state highway traffic code, Chapter 8 of the Kansas Statutes Annotated (K.S.A. 8-2001) and the Standard Traffic Ordinance for Kansas Cities are applicable to the operation and condition of motor vehicles operated on the University campus except as may be otherwise provided for in these regulations.

USA001219

Haskell is within the city limits of the City of Lawrence. The Lawrence Police Department and Douglas County Sheriff's Office have the authority to enforce all traffic laws of the State of Kansas and any general ordinances of the City of Lawrence on the University campus.

**Vehicles, Pedestrians and Bicyclists**
Vehicles shall stop and/or yield to all pedestrians and bicyclists on all campus roadways and crosswalks.

**Vehicle Speed Limits**
All vehicles shall be driven prudently and not in excess of **20 MPH** on the streets and roads on the University campus. Except as may be otherwise posted, speed limits for vehicles operated in the University parking lots shall not exceed **10 MPH**.

**Vehicle Operation – Prohibited Acts**
The following is prohibited and may be subject to ticketing:
A.  Driving over the curbs or sidewalk
B.  Driving on grass or seeded areas
C.  Driving in excess of the speed limits
D.  Reckless Driving or speeding
E.  Failing to yield to a pedestrian in a crosswalk or at an intersection
F.  Failure to stop at a posted stop sign
G.  Driving in violation of the provisions of Chapter 8 of the Kansas Statutes Annotated

**Note:** Delivery and/or service vehicles must notify the Parking and Traffic office before driving or parking in non-designated parking areas for loading or unloading purposes.

**Reporting of Accidents**
Any accident involving a motor vehicle on the Haskell campus should be reported to the Lawrence Police Department which has jurisdiction over all accidents occurring within the City of Lawrence. A report of an accident should also be made to the Parking and Traffic Office.

**Appeals**
A parking citation may be appealed in writing within 10 calendar days of receipt of the ticket.  Forms may be obtained in the Parking and Traffic Office or in the Outlook Public Folders under "Safety Information."

# IDENTIFICATION CARDS (ID'S)
All students and employees are required to obtain an official Haskell Identification Card (ID) at the time of enrollment or employment.  IDs are required to be readily available upon request from any university official.

USA001220

**Obtaining an ID**

ID photos are taken in the Parking and Traffic Services office located in Winnemucca during posted hours.  Proper identification/credentials are needed to obtain a photo ID:

**A**.  Employees: Verification from supervisor or Human Resources of your appointment.

**B**.  Students: Current registration, class schedule, or paid receipt.

IDs are valid for:

**A.**  Employees:  Duration of employment.

**B**.  Students: A period of four years.  For example:  Fall 2015 IDs will be valid from Fall 2015-Spring 2019.

Initial IDs are free of charge.  There is a **$20** charge for replacement IDs.  Payment for a replacement ID is to be made at the Haskell Business Office.

**A**.  Replacement charges are waived when the information on the ID is incorrect or has been changed (documentation needed) or ID is broken or magnetic strip is damaged due to normal usage and wear and tear (must bring broken ID).

**B.**  Replacement charges will not be waived for lost or stolen IDs or if the ID is broken because of a hole punch.  It is recommended that holes not be punched into IDs.

## DEFINITIONS

**Employees -** individuals who are currently employed at Haskell. When an employee resigns or has been relieved of his/her position, without another assignment, his/her parking permit and ID become invalid.

**Parking and Traffic Office** is under the direction of the Facilities Management Department.  The office is located in Winnemucca, Building #118.  All questions or concerns and/or appeals should be directed to this office.

**Parking Space -** a space where an automobile or motorized vehicle can be parked and so indicated by two parallel white stripes on the ground.  Refer to the campus map.

**Students -** individuals who are currently enrolled at Haskell. For Parking and Traffic purposes, one can not be a student and employee at the same time.

**University Business Office** is located in Navarre Hall, Building #121.  All fine payments must be paid at this office.

**Visitors -** individuals who are not students or employees of Haskell.  Visitor parking passes may be obtained from the Parking and Traffic Office and the President's Office located in Navarre Hall, Building #121.

USA001221

# X. Student Grievance Process:

USA001222

In the interest of better serving students, Haskell has established and published a Student Grievance Process whereby students can be assured a prompt, impartial and fair hearing of their complaints. More specifically, a complaint is a written concern or formal charge of dissatisfaction with a person, service, or process that requires clarification, investigation, and resolution. If a student has attempted to work out an issue or problem by first discussing it with those most involved [individual(s) and/or office(s)] in a calm and honest way, but continues to feel that the issue or problem continues to exist, then the student may submit a written complaint to the supervisor of the various departments where the issue or concern took place.

The grievance can be submitted during normal operation hours (7:45am- 4:30pm M-F) within five (5) business days from the date of the occurrence or matter. The complaint shall be routed to the appropriate official for review and response within five (5) business days in receipt of the complaint. The official-within the department- to whom the complaint was forwarded to review and address, will submit a response to the person who wrote the complaint within five (5) business days in receipt of the complaint. A student may pick up a copy of the Student Complaint Policy and Procedures and a copy of the Student Complaint form on the Haskell website under University Services or in the Office of Student Rights. For questions or additional information contact the Student Conduct office at (785)749-8415. Haskell will not allow any form of retaliation against individuals who file a complaint to Haskell management, or who cooperate in the investigation of such reports. To the extent possible, the confidentiality of the reports will be maintained.

**SPECIAL NOTE:** Conversely, sometimes Haskell students find they are particularly pleased with how something has been handled for them, how they were assisted by a particular staff member, the positive experience they had in a specific class, or some other outstanding thing that happened to them at Haskell. As a student you should know that you are also encouraged to submit a written compliment or note of appreciation through the Vice President of University Services.

USA001223

# Contact Persons and Areas of Concern

**Instructors**
The instructors are located at:
College of Arts & Sciences- Sequoyah Hall
School of Business Blue- Eagle Hall
School of Education- Parker Hall
They receive concerns about classroom activity, for example: invasion of privacy, grades, not grading papers, excessive canceling of classes, and proselytizing (imposing one's religious belief).

**Academic Deans**
The Academic Deans are located at:
College of Arts & Sciences- Sequoyah Hall
School of Business Blue- Eagle Hall
School of Education- Parker Hall
They receive less severe concerns that are not initially resolved by Instructors.

**Vice President, Academic Affairs**
This office is located at Navarre Hall.  This office receives concerns not resolved by the Academic Deans.

**Director of Athletics**
This office is located at Coffin Sports Complex.  The Director of Athletics receives concerns about the athletic program.

**Office of the Chief Information Officer (OCIO)**
This office is located at Pontiac Hall.  The Chief Information Officer receives concerns about Computer Services.

**Admissions**
This office is located at Navarre Hall.  The Director of Admissions receives concerns about enrollment policies and discrimination in Admissions.

**Counseling Center**
This office is located at Stidham Union.  The Director of the Counseling Center receives concerns about the counseling programs, services or staff.

**Financial Aid Office**
This office is located at Navarre Hall.  The Director of the Financial Aid Office receives concerns about financial aid appeals and concerns about office staff.

**Food Service Department:**
This office is located at Curtis Hall.  The Director of the Food Service Department receives concerns about food service, kitchen employees, and student helpers.

USA001224

**Residential Hall Program:**
This office is located at Osceola-Keokuk Hall.  The Director of Housing receives concerns not resolved by the residential hall supervisors and security personnel concerns.

**Residential Hall Supervisor**
The residential hall supervisor receives concerns about pest control, Residential Aides, supplies, and physical operation of residential halls.

**Office of Student Conduct**
The Office of Student Conduct is located at Minoka Hall.  The Student Conduct Administrator receives concerns about the Student Conduct process in disciplinary matters; violation of the right of privacy; and the behavior of students, such as theft, sexual harassment, and substance abuse.

**Student Recruitment/Placement**
The Career Planning/Placement & Recruitment Office is located at Navarre Hall. The Office supervisors receive concerns about college work study.

**Finance Office**
The Finance Office is located in Navarre Hall. The main number is 749-8451.  The Finance Office receives concerns involving the following services: Business Office, Student Bank, Post Office, and Property & Supply.

**Director, Academic Support Center**
This office is located at Tommaney Hall.  The Director of the Academic Support Center receives concerns about library policies or hours, library staff, unpaid book fines, book orders, tutors, the Learning Center, peer tutors.

**Vice President of University Services**
The Office of the Vice President of University Services is located in Pushmataha Hall. The telephone number is 830-2753. This office receives concerns not resolved by: Admissions Office, Counseling Center, Financial Aid Office, Food Services, Registrar, Residential Housing Program, and the Office of Student Conduct.

**Office of the President**
This office is located in Navarre Hall-North. Office hours are Monday-Friday, 8 a.m. to 5 p.m. The telephone number is 749-8497. The President's Office receives concerns not resolved by the University Services, Division of Academic Affairs, Director of Athletics, Administrative Services, or Facilities Management.

**Title IX Office (Sexual Harassment and Sexual Violence)**
Interim Title IX Coordinator Ms. Tonia Salvini is located in Pushmataha hall, 785-749-8457.  Students can file a complaint and talk with the Title IX Coordinator about concerns involving sexual harassment, sexual assault, and domestic violence.

USA001225

Office of Civil Right, Public Civil Rights, Washington, DC

No individual, on the basis of race, sex, color, national origin, disability, religion, age, sexual orientation, or status as a parent, shall be excluded from participation in, be denied the benefits of, or be subjected to discrimination in, a federally conducted education or training program or activity.  (Executive Order 13160)

If a student believes he or she has been discriminated against because of a violation of Executive Order 13160, he or she may, personally or through a representative, file a written complaint with the Public Civil Rights Office, U.S. Department of the Interior, 1849 C. Street, NW Washington, DC 20240.  All written complaints must cite EO 13160, include the complainant's name, address, and phone number, and must describe the alleged discriminatlry conduct in sufficient detail to inform the Civil Rights Office as to the nature and approximate date of the alleged violation.

Department of Interior, 1849 C. Street, NW Washington, DC, 20240 (Sloan Farrell, Director, Public Civil Rights 202-208-3455)

(79)

USA001226

# XI. Definitions and Appendices

USA001227

## A. Definitions

1. The term "**University**" means Haskell Indian Nations University
2. The term "**student**" means any person taking courses at Haskell either full-time or part-time, pursuing undergraduate, or professional studies. Persons who withdraw after allegedly violating the Code of Student Conduct, who are not officially enrolled for a particular term but who have a continuing relationship with Haskell or who have been notified of their acceptance for admission are considered "students." The term "student" includes any person with respect to whom Haskell maintains education records or personally identifiable information, but does not include a person who has not been in attendance at Haskell for the purpose of academic study.
3. The term "**faculty member**" means any person hired by Haskell to conduct classroom or teaching activities or who is otherwise considered by Haskell to be a member of its faculty.
4. The term "**Haskell official**" means any person employed by Haskell.
5. The term "**member of the Haskell community**" means any person who is a student, faculty member, or Haskell official, as well as any person employed by Haskell or any person living in Haskell residential halls, although not enrolled at Haskell. A person's status in a particular situation shall be determined by the Director of the Office of Student Conduct.
6. The term "**Haskell premises**" means all land, buildings, facilities, and other property in the possession of or owned, used, or controlled by Haskell (including adjacent streets and sidewalks).
7. The term "**organization**" means a group of persons that has been registered and approved by Haskell and that is either:
   a. A registered student organization, which is defined as a group of individuals of which at least 75% of the members are currently enrolled students. The officers of a student organization must be currently enrolled students; or
   b. A registered campus organization, which is defined as a group of individuals of which at least 75% of the members are from the Haskell community, including currently enrolled students, employees, or spouses of these persons. The officers of a campus organization must be members of the Haskell community as defined in this paragraph.
8. The term "**Student Appeals Committe for Hearings**" means a group of persons authorized by the Student Conduct Administrator to determine appeals after initial adjudication. The Student Appeals Committee can determine whether a student has violated the Code of Student Conduct and to recommend sanctions that may be imposed when a violation has been committed in situations where the Student Conduct Administrator is unable to do so. The Student Appeals Committee for Hearings is comprised of a cross-section of employees and students from the Haskell community.
9. The term "**Student Conduct Administrator**" means the Haskell official designated by the Haskell President to be responsible for the initial adjudication of violations of the Code of Student Conduct. The Student Conduct Administrator is authorized to resolve all issues of student conduct and to impose or monitor sanctions upon any student(s) found to have violated the Code of Student Conduct.
11. The term "**shall**" is used in the imperative sense.

USA001228

12. The term "**may**" is used in the permissive sense.

14. The term "**policy**" means written Haskell regulations as found in, but not limited to, the Code of Student Conduct, Residential Life Handbook, the Haskell web page and computer use policy, and Graduate/Undergraduate Catalogs.

15. The term "**Affected Person or Parties**" or "**Complainant**" means any person who submits a charge alleging that a student violated this Code of Student Conduct. When a student believes that s/he has been an affected person of another student's misconduct, the student who believes s/he has been an affected person will have the same rights under this Code of Student Conduct as are provided to the Complainant, even if another member of the Haskell community submitted the charge itself

16. The term "**Respondent**" means any student accused of violating this Code of Student Conduct.

17. The term "**Student Conduct Process**" means the procedures for conducting investigations, hearings, and appeals related to alleged violations of the Code of Student Conduct.

18. The term "**Alternative Dispute Resolution**" means a method to resolve disputes outside of the normal SC process. Involves the use of neutral third parties to increase the effectiveness of settlement discussions.

19. The term "**Student Appeals Committee**" means any person or persons authorized to impose or monitor sanctions on any student(s) found to have violated the Code of Student Conduct.

21. The term "**education records**" means records, files, documents, and other materials that contain information directly related to a student and that are maintained by Haskell. The term does not include: **(i)** records of instructional, supervisory, and administrative personnel and educational personnel ancillary thereto which are in the sole possession of the maker thereof and which are not accessible or revealed to any other person except a substitute; **(ii)** records maintained by a law enforcement unit of Haskell that were created by that law enforcement unit for the purpose of law enforcement; **(iii)** in the case of persons who are employed by Haskell but who are not in attendance at Haskell, records made and maintained in the normal course of business which relate exclusively to such person in that person's capacity as an employee and are not available for use for any other purpose; or **(iv)** records on a student that are made or maintained by a physician, psychiatrist, psychologist, or other recognized professional or paraprofessional acting in his professional or paraprofessional capacity, or assisting in that capacity, and which are made, maintained, or used only in connection with the provision of treatment to the student, and are not available to anyone other than persons providing such treatment, except that such records can be personally reviewed by a physician or other appropriate professional of the student's choice.

22. The term "**directory information**" relating to a student includes the student's name, address, telephone listing, date and place of birth, major field of study, participation in officially recognized activities and sports, weight and height of members of athletic teams, dates of attendance, degrees and awards received, and the most recent previous educational institution attended by the student.

23. The term "**disorderly conduct**" means petty offense chiefly against public order and decency that falls short of an indictable misdemeanor

(82)

USA001229

24. **ADJUDICATION** – The action of hearing and deciding a complaint of a violation of the Code of Student Conduct based on information in an incident report, evidence and /or testimony.

25. **ADVOCATE** – One who pleads for someone's cause, or in support of something. See Student Advocate Policy.

26. **APPEAL** – A request by a party to a disciplinary matter to have another designated Haskell official or officials review a disciplinary decision.

27. **BUSINESS DAYS** –Days that Haskell is in full operation.  Excludes weekends and holidays.

28. **CALENDAR DAYS** – All days of the week are considered calendar days including weekends and holidays.

29. **CODE VIOLATIONS** –Violations of the rules of the Code of Student Conduct, which subjects students to the Student Conduct Process and which may result in sanctions; see Sanctions on pg. 28-30.

30. **CRIMINAL TRESPASS NOTIFICATION** – A form issued by Haskell staff to an Individual(s) who trespasses on Haskell property or who has been issued a Notice to Vacate or Emergency Suspension. Once a Criminal Trespass Notification is in place, the person who violates the notice may be referred to local authorities and may incur arrest and charges for Criminal Trespass.

31. **DISPOSITION** – A written decision following adjudication.

32. **DISCIPLINARY (Social) PROBATION** –One or more of the following sanctions:
    **A**. Restriction, for the duration of probation, from holding any student offices and from representing Haskell in any manner.
    **B.** Monitoring of student's behavior, with a requirement that the student report to a counselor as directed. Any violations while a student is on social probation could result in a Notice to Vacate, removal from campus and Emergency Suspension or expulsion.

33. **DIVERSION PROGRAM** –An alcohol and/or drug program or campus violence program that allows a student to maintain "Good Social Standing," and/or maintain housing eligibility.  Usually applied as a sanction.

34. **EVICTION** – A sanction whereby the student is ineligible for housing for a specified period of time.

35. **EXPULSION** – A sanction that prevents a student from attending Haskell or being on its grounds or in its buildings without permission from the Haskell President. Violators may be referred to local authorities and may incur arrest and charges for Criminal Trespass.

36. **GOOD SOCIAL STANDING** – All students at Haskell have good social standing upon admission.  Good social standing can be lost by a violation of the Code of Student Conduct that results in removal, suspension or expulsion from Haskell; not to be confused with good academic standing. The student is restricted, for duration of loss of good social standing, from holding any student offices and from representing Haskell in any manner. Representation of Haskell includes all athletic programs and intramural activities.  Good social standing can be regained by completing the sanctions, fulfilling conditions of probation or by re-admission after suspension.

USA001230

**37. OFFICIAL WARNING** – A written warning on a disposition form notifying the student that he/she has not maintained acceptable standards of conduct by not complying with sanctions given.  Failure to comply will result in immediate "Notice to Vacate" from housing.

**38. PREPONDERANCE OF INFORMATION** – Evidence which is of greater weight or more convincing or more believable than the evidence which is offered in opposition to it; that is, evidence which as a whole shows that the fact sought to be proved is more probable than not.

**39. REASONABLE SUSPICION -** :  A school official must have specific and articulable facts or inference, obtained from either personal observation or a reliable informant, that leads him/her to conclude – based on his/her experience the totality of the circumstances – that the search will lead to a discover of a violation of the Student Code of Conduct.

**40. SOCIAL PROBATION-** A period of time when a student may be faced with more severe disciplinary sanctions if the student is found to violate the Haskell regulations while in the designated probationary period.

**41. SUSPENSION** – A sanction that prevents the student from attending Haskell for a specified time frame.  For substance abuse, if the student is found to have committed the violation, the suspension is for a minimum of one (1) full year but not more than two (2) full years.

**42. NOTICE TO VACATE (NTV) -** An immediate loss of housing for one year from the date of issuance and:

- Loss of the privilege of visiting in the residential halls.
- Loss of the privilege of being on campus after regular business hours, unless student is attending a class.
- Loss of the privilege to participate in any extracurricular activities, including athletic teams, intramural sports, etc. and loss of the use of Haskell facilities (i.e., Tecumseh Gym, Coffin Sports Complex, and Stidham Union). Student shall inform the Office of Student Conduct when the student has a class or class assignment or project in any of these facilities.
- Loss of use of Curtis Hall.  Charges for the food service program will not be refunded.
- Loss of Good Social Standing.
- Requirement to complete an Alcohol Assessment and Treatment Plan if NTV was issued for a Substance Abuse Violation.

## B. Interpretation and Revision

Any question of interpretation or application of the Code of Student Conduct shall be referred to the Student Conduct Administrator or his or her designee for final determination.

The Code of Student Conduct shall be reviewed every 3 years under the direction of the Student Conduct Administrator.

## C. Sources

USA001231

These sources may be found in the Student Service Policy and Procedures Manual at the Office of the Vice President of University Services. A brief description of each source is provided.

**1. Drug Free School and Communities Acts Amendments of 1980 – P.L. 101-226**
A federal law that requires Haskell to notify students and employees about campus programs that prevent the unlawful possession, use, or distribution of illicit drugs and alcohol and the standard of conduct.

**2. E-Mail Regulations**
The Haskell Information Technology Department governs the use of e-mail for Haskell students. All U.S. government rules and regulations pertaining to use/misuse of Federal resources apply.

**3. Family Educational Rights and Privacy (FERPA)**
A federal law that protects the privacy of student education records.

**4. Health Insurance Portability and Accountability Act (HIPPA)**
A federal law that requires physicians to ensure they are protecting the privacy and security of patients' medical information and using a standard format when submitting electronic transactions, such as submitting claims to payers.

**5. Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act**
A federal law that requires all universities to report statistics on murder, sex offenses, robbery, aggravated assault, burglary, and motor vehicle theft, along with statistics on arrests for drug and alcohol violations and weapons violations.

**6.Violence Against Women Act**
A federal law that requires all universities to report statistics on any crimes committed concerning violence against women.  Although this mandate does state women, the jurisdiction covers any victims of violence.

## D. Acknowledgements
This Code of Student Conduct is based on the work done by Edward Stoner and John Lowery and their work, "A Twenty-First Century Model Student Conduct Code with a Model Hearing Script."  The Code of Student Conduct section was based on the code at the University of Denver, Haskell's core values, and the August 2007 Haskell Indian Nations University Code of Student Conduct.  The sexual misconduct policy was based on Brett Sokolow's work, "Creating a Proactive Campus Sexual Misconduct Policy."  The "Classroom Expression," "Campus Expression," "Publications," "Freedom of Protest," and "Student and Campus Organizations" sections are based on Dr. Venida Chenault's document, "Haskell Indian Nations University Development of Comprehensive Code of Student Conduct." All other sections are based on the 2008/2009 Haskell Indian Nations University Student Code of Conduct and the August 2007 Haskell Indian Nations University Code of Student Conduct.
Revised 2-14-2015.

USA001232

# XII. Forms

USA001233

Haskell Indian Nations University
**INCIDENT REPORT**

**STUDENT INFORMATION**

_____     **A00000**

Student Full Name (LAST, First Middle Initial)          Complete Haskell ID Number

_____     _____

Residential Hall or Local Address                        Date of incident

**OFFENSE INFORMATION** – Check the appropriate boxes for the offense and then give a brief description of the account answering who, what when, where, how and why.  **Attach narrative to this form.**

| Violations |
|---|
| ☐ 1.Alcohol Misuse |
| ☐ 2.Drug Misuse |
| ☐ 3.Haskell Policies and Fed., State, and Local Laws |
| ☐ 4.Violence |
| ☐ 5.Domestic/Dating Violence |
| ☐ 6.Weapons |
| ☐ 7.Haskell Property |
| ☐ 8. Harassment |
| ☐ 9.Sexual Harassment |
| ☐ 10.Stalking |
| ☐ 11.Lewd, Indecent, or Inappropriate Public Behavior |
| ☐ 12.Sexual Assault/Misconduct |
| ☐ 13.Non-Forcible Sexual Misconduct |
| ☐ 14.Fire |
| ☐ 15.Hazing |
| ☐ 16.Residential Hall Policies |
| ☐ 17.Trespassing |
| ☐ 18.Cooperation with Haskell Employees |
| ☐ 19.Cooperation with Students |
| ☐ 20.Harboring |
| ☐ 21.Misuse of Technology |

List items confiscated:_____

_____

Was Lawrence Police contacted? ☐ Yes ☐ No Was student arrested? ☐ Yes ☐ No
Comments:_____

Was Lawrence Emergency Medical Services contacted? ☐ Yes ☐ No

If yes, was student hospitalized? ☐ Yes   ☐ No

Was malicious destruction of property incurred? ☐ Yes   ☐ No (list of damages and fines attached)

**FOR OFFICIAL USE BELOW:**

Date reviewed by Department Supervisor:_____   _____

                                                             Supervisor's Signature

Comments/Recommendations:_____

_____

Referrals made or recommended: ☐ Counseling Center ☐ Safety Officer ☐ Other: (ie. Haskell Health, Bert Nash, etc.)

Date of Birth:_____/_____/_____   ☐ Over 21 yrs old   ☐ Under 21 yrs old

Date/Time rec'd in SCO:_____

Revised 02/19/2015                                           SCO Signature

USA001234

# OMNIGO DATABASE INCIDENT REPORT FORM

| Case Number | IR2020-0010 | | | |
|---|---|---|---|---|

**Haskell Indian Nations University**
**HOUSING**
**155 INDIAN AVENUE**
**LAWRENCE, KS, 66046**

HASKELL INDIAN
NATIONS UNIVERSITY

Incident Report

Reported by:   **DANELLE MCKINNEY**

| Incident Types Label | | Offender | Incident Disposition |
|---|---|---|---|
| HASKELL POLICY, FEDERAL, STATE, AND LOCAL LAWS (CONDUCT) | | | |

| Report Disposition | Method of Reporting | |
|---|---|---|
| | **OFFICER OBSERVED** | |

| Report Recorder | Manager/Supervisor on Duty | Manager/Supervisor Notified |
|---|---|---|
| **DANELLE MCKINNEY** | | |

| Incident Occurred Date | Incident Occurred End Date | Incident Discovered / Called In |
|---|---|---|
| | | 01/23/2020 at 3:29 PM |

| Location | Specific Location |
|---|---|
| **RESIDENT HALLS** | |

| Prepared By: | Submitted Date |
|---|---|
| DANELLE MCKINNEY (danstock) | |
| **Signature** | **Reviewed By/Date** |

Page 1 of 1

USA001235

**HASKELL INDIAN NATIONS UNIVERSITY**
**Student Disposition Summary Form**

_____     **ID# A00000**_____     _____
**Student Name**                                                                          Date

_____     _____
Date of Incident Report          Offense

_____     _____
Date of Incident Report          Offense

**Adjudication/Disposition**
_____Student did not appear for conference on_____
_____Report is pending or under investigation until_____
_____Student follow-up appointment is scheduled for_____
_____Student Conduct Officer made finding of code violation_____
_____Student admitted to facts of incident report as being true
_____Evidence utilized by Student Conduct Officer _____
_____Allegations from incident report_____

**Sanction**
_____Informal Disposition initiated_____
_____Official Warning_____
_____Loss of _____
_____
_____
_____*Damages/Fines: Amount $_____type_____due by_____
          *To be determined by Department or Division incurring the damage, fine or loss.
_____Community Service Hours:  Number of hrs._____due by_____
          Report to:_____
          Follow-up appointment:_____

**Referrals (Failure to comply may result in further disciplinary action).**
_____Student Conduct Committee, reason:_____
_____Counseling Center/Student Assistance Program_____
_____Safety Office:  Report to:_____By date of:_____
          Follow-up appointment:_____
_____TRIO_____
_____Diversion Program/Alcohol and or Drug Assessment: _____

**Dismissal**
_____Due to insufficient evidence                    _____Lack of probable cause
_____Procedural Error:_____     _____Other:_____

**Appeal**
_____**Appeal is due by 4:30 pm on:_____at the Office of Student Conduct,**
          **Minoka Hall, Room 106.  See Appeal Process in Codebook.**

I am aware that information will be released and/or obtained from referral service providers to verify my compliance with
disposition. I consent to this release and/or obtaining of particular information for my case incident report.

_____     _____
Student                                    Date          Student Conduct Administrator          Date

Revised 06/2014                    Original-Student Conduct Office          Copy - Student

(89)

USA001236

**Haskell Indian Nations University**
**NOTICE TO VACATE FORM (sample)**

TO:

FROM:          NAME, Student Conduct Administrator

SUBJECT:       Notice to Vacate Residential Hall

DATE:

You did/did not appear for your scheduled conference on _____.     You are hereby notified
that you must vacate your residential hall room effective when the Director of Housing determines you must leave.

## *You are no longer eligible for housing because of reason(s) listed below:*

**You must comply with the Notice to Vacate (NTV) terms and conditions as follows:**

1.  You are not allowed visitation in the residential halls.  You are not permitted to participate in extracurricular activities
    including athletic teams, intramural sports, etc. and loss of the use of Haskell facilities.   You are not allowed to eat at
    Curtis Hall.

2.  You are able to attend classes, check your campus mailbox, utilize the library and Academic Support Center, and conduct
    legitimate business on campus during regular office hours.

3.  If you are found on campus in areas where you are not supposed to be, the Lawrence Police may  be called and you
    could be arrested for criminal trespass under Kansas Law KSA 21-3721.

## *In order to regain Good Social Standing and Re-admission into Housing, you must meet the following conditions:*

1.  Present proof of completion to the Student Conduct Office of a substance abuse assessment and proof of completion of
    treatment recommendations.

2.  Loss of housing for one year from the date of incident.

    You may be able to continue attending classes if you have not been suspended or expelled from the university.
    You should check with the Registrar's Office for you academic standing.

3.  Petition for re-admission into the residential hall after completion of a substance abuse program ; a decision will
    be made after you have submitted the request.

4.  Pay a $_____ fine and complete ____hours of community connection before you can apply for re-entry into the residential
    hall.

_____          _____
Student Conduct Administrator                                          Date

cc: Director of Housing, Financial Aid, Food Service, Security, Student Activities, Residential Hall Staff, Athletic Director,
Business Office, Registrar, Admissions, Counseling, File

(90)

USA001237

**HASKELL INDIAN NATIONS UNIVERSITY**
**Office of Student Conduct**

**RELEASE OF INFORMATION**

I, _____ give permission
　　　　　　　　　　　Print Name

To the Student Conduct Office to release and/or obtain information from referral resources or programs on my attendance and progress.

The sole purpose of this release/obtain information is for the Student Conduct Office to determine and verify whether I am complying with the sanctions and referrals ordered in the disposition hearing.

The person/department this information is released to or to be obtained from is:

_____

My permission is from today's date:

_____ to _____

Or until I consent otherwise in writing.

_____　　　_____
**Student Signature**　　　　　　　　　　　　　　　　　　　　**Date**

_____　　　_____
**Witness Signature**　　　　　　　　　　　　　　　　　　　　**Date**

USA001238

***Application for Diversion Program***

Name_____Date of Birth_____

Home
Address_____City_____State_____

On campus mail box number_____Student Identification Number_____

Do you reside on campus? (circle answer) yes   no   If yes, which hall ?_____

If no, please list current
address_____

List the offense for which this application is being
submitted_____

How long have you attended Haskell?_____List your advisor_____

What is your major?_____When do you expect to graduate?_____

Do you know your GPA (Grade Point Average)?  Current:_____   Cumulative:_____
Are you involved in any organizations or clubs on campus?  _____yes  _____no
If yes, please list and include any offices you hold.
_____
_____
_____

Are you currently employed?  _____yes  _____no   If yes, please list employer_____

List all offenses for which you have been written up for during your enrollment at Haskell.  Include charges that
were dismissed:_____
_____
_____

If you are under 21 years of age, and the charge involved alcohol, answer the following questions in

detail (Note: any information will be used solely for this application).

  From where was the alcohol obtained:_____

  How did you receive the alcohol (i.e., did you or someone else purchase)_____

  Were you required to show I.D.? _____yes _____no   Did you use your real I.D.?_____

State any facts concerning the incident which in your opinion might excuse your
actions:_____
_____
_____

Explain why you feel you could successfully complete the Diversion Program:_____
_____
_____

(92)

USA001239

_____

_____

**The following items will be due within 5 days of formal adjudication to the Office of Student Conduct.**

_____Letter of intent regarding your academic goals.
_____Letter of support from Haskell staff or faculty.
_____Affected Parties Concept Map.
_____Completed diversion application.

I understand that if I fail to submit the above 4 items on the due date – appeal process will begin.

I solemnly swear that I have read the Diversion Program Guidelines and completed the application and all the information contained is true and correct to the best of my knowledge   I understand that if any of this information is not true and correct, this will be a basis for denial of diversion or revocation of diversion.

I understand that if the Diversion Application is denied, the disciplinary process will be continued.

I hereby authorize the Student Services Department to release any information to the agency which is performing the drug, alcohol and/or anger management assessment, or any other such agency or persons for use in determining whether I am a suitable candidate for the Diversion Program.


_____                    _____
Signature of Student                                                              Date




Date complete application rec'd:_____

Rec'd by: _____

Reviewed by:_____

Approved/Denied:_____

NOTES:_____
_____
_____
_____
_____

Revised 08/2015

USA001240

# Haskell Indian Nations University

## GRIEVANCE REPORT FORM

**Directions:** (1) Please complete the following information, use additional paper if necessary;
(2) Give this form to the Supervisor of the person/office related to the complaint.

PLEASE PRINT:

To                                                                Date

From                                                             Complete Haskell ID Number

Residential Hall                                              Haskell Mailbox

GRIEVANCE SUBJECT: (Use additional paper if necessary)
Who or What is the complaint about?

What office or person is responsible for this problem?

Have you gone directly to the person or office you are unhappy with and talk to them about the problem?
　　Yes　　No  If no, why?

If yes, what did the person tell you to do?

Have you done that yet?　　Yes　　　　No  If no, why?


DESCRIPTION OF COMPLAINT: (Use additional paper if necessary)
What are you unhappy about?



When did this happen?
Where did this happen?
What would be a satisfactory resolution?



Name (Please Print)                                        Complete Haskell ID Number


Signature                                                      Date

**For official use below:**

Supervisor's Signature                               Date Supervisor Received Form
Date Request for Status Form:
Date Rec'd:                                    Date Reply Sent:
Action Taken:

(94)

USA001241

# HASKELL INDIAN NATIONS UNIVERSITY
# EMERGENCY SUSPENSION NOTIFICATION

TO: _____Student

FROM: _____Student Conduct Administrator

RE:  **EMERGENCY SUSPENSION**

DATE:  _____

The following is to inform you that you are hereby placed on temporary emergency suspension as outlined in 25 CFR 42.7 Due Process and the Haskell Code of Conduct.  The facts that support your placement on Emergency Suspension, which we believe are creating an immediate danger of risk to the campus community or yourself are:

_____
_____
_____
_____

*The conditions of your Emergency Suspension are:*

_____   **Level 1** – Emergency Suspension (in-house) where student is confined to their residential hall but, may attend classes, use the library and go to the dining room.  Visitation privileges are suspended and student is not allowed to attend any activities on-campus until suspension status is withdrawn.  Must sign in as scheduled by residential hall staff. NOTE:  Student may or may not be moved to another room or even building in cases of violence.

_____   **Level 2** – Emergency suspension where student must be out of residential hall room, but still can attend classes, eat meals, use the library and be on the Haskell grounds for other school related purposes.

_____   **Level 3** – Emergency suspension where the student MUST BE OFF CAMPUS COMPLETELY; they cannot eat meals, attend classes, use the library or be on the Haskell grounds for any reason.

**Any violations of the above will automatically result in an off campus suspension.  If you come back on campus during your emergency suspension at times that you are not supposed to be here, you may be prosecuted for criminal trespassing under Kansas Law KSA 21-3721.**

You will remain on suspension until such time as you are offered a hearing.  This will require a conference with the Student Conduct Administrator.   A mutual agreement will be reached by the Housing Director and the Student Conduct Administrator for lifting of the Emergency Suspension or for placing conditions for on campus housing privileges.

Please check your campus mailbox daily for a notice from the Student Conduct Office regarding a disciplinary conference.  If you are on a Level 3 suspension, you may make contact with the Student Conduct Office by calling 785-749-8415 for an appointment.

_____          _____
Student Conduct Administrator            Date            Student Signature                          Date
Revised 08/2015

(95)

USA001242

## Haskell Indian Nations University
## CODE OF STUDENT CONDUCT FORM

The Haskell Indian Nations University Code of Student Conduct emphasizes each student's individual responsibility for maintaining behavior while attending and representing the university. These are guidelines based on regulations and laws of the State of Kansas, ordinances of the City of Lawrence, and regulations found in the **Haskell Code of Student Conduct. Knowledge of these regulations, laws, ordinances, and Haskell Code of Student Conduct are the responsibility of the individual student.**

Students found in violation of the Substance Abuse policy related to being intoxicated, possession and/or transportation and trafficking of alcohol or illegal drugs risk the loss of residential housing and/or suspension or expulsion. The university will inform parents/guardians of students under the age of 21 of incidents involving substance abuse.

Violent or disruptive actions such as fighting, intimidation, and unlawful assembly are not permitted on the Haskell campus and may result in Emergency Suspension and/or expulsion from the campus. The use of possession of firearms or other lethal weapons are prohibited on campus and in the residential halls and could result in emergency suspension and/or expulsion. Harassment based on gender, tribal affiliation, degree of Indian blood, sexual orientation, disability, martial or parental status or age is not tolerated. All cases involving issues of gender and discrimination, dating and domestic violence, stalking, sexual harassment and sexual assault will fall under the Title IX and Violence Against Women Act.

Theft of personal, private and/or institutional property will not be tolerated and may lead to legal prosecution.

Show respect for property by not engaging in its defacement or destruction. Student will be liable for all costs associated with damage.

Gambling is prohibited on the campus at Haskell activities.

Each student will be given the instructions on how to find the Code of Student Conduct online and follow regulations. Haskell will not be responsible for any individuals who fail to read and understand the policies. Any statements indicating not having the knowledge of policies is not grounds for dismissal or even consideration in the due process.

Trespassing on Haskell campus may result in issuance of Criminal Trespass Form, which could result in arrest and/or prosecution.

Abide by all residential housing rules. Attend all scheduled classes.

Student must present university ID upon request by staff.

I have read and understand the above-mentioned regulations; I agree to abide by them. **I further understand that failure to observe the regulations of the Haskell Code of Student Conduct could affect my status in the residential housing program and/or student at the university.**

_____          _____
Student Print Name                                              Student Signature

_____Date

Revised 01/2020

USA001243

| | |
|---|---|
| **From:** | Conrad, David F <david.conrad@bia.gov> |
| **To:** | Jensen, Klarissa L |
| **Sent:** | 1/21/2021 7:26:13 AM |
| **Subject:** | Fw: [EXTERNAL] Haskell President rescinds directive that violated student press freedom |

FYI

**From:** NAJA <contact@naja.com>
**Sent:** Thursday, January 21, 2021 7:59 AM
**To:** Conrad, David F <david.conrad@bia.gov>
**Subject:** [EXTERNAL] Haskell President rescinds directive that violated student press freedom

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

View this email in your browser



USA001245

# Haskell President rescinds directive that violated student press freedom

**The leadership of Haskell Indian Nations University has rescinded an October order barring *The Indian Leader* editor Jared Nally from engaging in basic news gathering practices.**

NORMAN, Oklahoma — On Oct. 26, 2020, The Native American Journalists Association (NAJA) joined the Foundation for Individual Rights in Education (FIRE) and the Student Press Law Center (SPLC) and called on Haskell President Ronald Graham to stop intimidating student journalists and respect press freedom.

Unbeknownst to NAJA, Nally (Miami), FIRE, and SPLC, Haskell president Graham rescinded this directive on Nov. 20, 2020, but as the Bureau of Indian

USA001246

Education informed NAJA on Jan. 13, 2021, notification was not sent due to an "administrative error." In the time since the initial directive, Nally and The Indian Leader spent months operating under its initial demands that violated the First Amendment.

"I don't think a lot of the world, a lot of the U.S., and our university, think the press is their friend and there is that hesitancy to have a relationship with news organizations. I think that's both a detriment to those institutions and the community because we're not seeing clear communication. There is so much good that can come out of having that relationship, and that directive being rescinded is one step towards developing that open communication to the community through the conduit of the student newspaper," Nally said.

NAJA's mission is to defend and support Indigenous journalists and press freedom. It is important to highlight these victories in a time when significant free press issues are spread across Indian Country, as many Indigenous communities lack access to information.

"I want this moment to have meaning, where Indian Country has to reflect on its students and the Indigenous youth that we're bringing up to have a voice; to make sure that voice exists in their educational institutions and that when we notice that voice isn't present, that we fight to get that voice back," Nally said.

NAJA is proud of this developing outcome, a win for press freedom, and commends FIRE for the important work being done here. The rescinding of this directive could not have been accomplished without FIRE's support. NAJA applauds their continuing efforts and looks forward to future partnerships.

NAJA looks forward to working with Haskell on further reforms. We also demand the immediate reinstatement of Rhonda LeValdo as the paper's advisor, and we join Nally, FIRE, and SPLC in demanding Haskell continue to commit to meaningful changes that support an independent press.

Student reporters like Nally who seek information from the academic administration should never be met with threats and challenges to their First Amendment rights. NAJA will continue to push forward on its mission to support Indigenous journalists and members through free press resources and education.

**Was this release forwarded to you?**
**Click HERE to sign up for NAJA news and releases!**

**Learn more about the Red Press Initiative! Click HERE!**

**Native American Journalists Association**
395 W Lindsey St, Norman, OK 73019

USA001248

Want to change how you receive these emails?

You can update your preferences or unsubscribe from this list.

USA001249

| From: | Wiginton, Jennifer S <jennifer.wiginton@sol.doi.gov> |
|---|---|
| To: | lindsie.rank@thefire.org; comptonaptn@gmail.com; bpollard@naja.com; sdean@splc.org |
| CC: | Graham, Ronald J; Ennis, Samuel E |
| Sent: | 1/13/2021 2:34:31 PM |
| Subject: | Fw: [EXTERNAL] Letter from FIRE, NAJA, and SPLC, Oct. 26, 2020 |
| Attachments: | 2020.11.20 Signed Response Lte to FIRE.pdf |

Good afternoon,

Please find attached a letter from the Haskell Indian Nations University.  Dr. Graham signed and intended to transmit the letter on November 20, 2020.  However, we just discovered that due to an administrative error, the letter had not been sent to you.  We apologize for any resulting inconvenience.  We request that you please provide a copy of the letter to Mr. Nally.

Jennifer Segal Wiginton
Bureau of Indian Education Team Lead
Division of Indian Affairs
Office of the Solicitor
(202) 208-5498

---

**From:** Lindsie Rank <lindsie.rank@thefire.org>
**Sent:** Monday, October 26, 2020 11:13 AM
**To:** Graham, Ronald J <RONALD.GRAHAM@BIE.EDU>
**Cc:** Francine Compton <comptonaptn@gmail.com>; Bryan Pollard <bpollard@naja.com>; Sommer Ingram Dean <sdean@splc.org>
**Subject:** [EXTERNAL] Letter from FIRE, NAJA, and SPLC, Oct. 26, 2020

| **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.** |
|---|

Dear President Graham,

Please see the attached letter from the Foundation for Individual Rights in Education (FIRE), the Native American Journalists Association (NAJA), and the Student Press Law Center (SPLC).

Sincerely,
Lindsie Rank

--
Lindsie Rank*
Program Officer, Individual Rights Defense Program
Foundation for Individual Rights in Education (FIRE)
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
215-717-3473
@LindsieRank

*This communication may contain information that is confidential or privileged. Unless you are the addressee (or authorized to receive this message by the addressee), you may not use, copy, or disclose the contents of this message or information contained in this message to anyone. If you believe that you have received this message in error, please advise the sender and delete this message.*

*\*Admitted in Pennsylvania, Virginia, and Washington, D.C.*

USA001251



# HASKELL INDIAN NATIONS UNIVERSITY

**Office of the President**
155 Indian Avenue
Lawrence, Kansas  66046-4800
www.haskell.edu

Dear Mr. Nally,

I am writing in response to a letter from FIRE, dated October 26, 2020, requesting I rescind the memorandum I directed to you on October 16, 2020.  I hereby rescind the October 16 memorandum, including the directives contained therein.

The October 16 letter originated because of Haskell staff members' concerns and complaints regarding certain methods employed to obtain information.  They perceived these methods to be needlessly aggressive and, at times, deceitful. However, I acknowledge that we took an incorrect approach to address those concerns through the issuance of the October 16 memorandum.   Accordingly, I commit that Haskell will not interfere in the affairs of the Indian Leader or impede the free expression rights of individual students at Haskell.
I instructed my staff to review the status of the Leader's annual recognition process to ensure continued access by the Leader to its Student Bank account and Haskell resources.

Sincerely,

Dr. Ronald Graham, President

Cc:  Lindsie Rank, FIRE
     Francine Compton, Native American Journalists Association
     Sommer Ingram Dean, Student Press Law Center
     Tony Dearman, BIE Director

*The mission of Haskell Indian Nations University is to build the leadership capacity of our students by serving as the leading institution of academic excellence, cultural and intellectual prominence, and holistic education that addresses the needs of Indigenous communities.*

USA001252

| | |
|---|---|
| **From:** | Wiginton, Jennifer S <jennifer.wiginton@sol.doi.gov> |
| **To:** | Lindsie Rank; Graham, Ronald J |
| **CC:** | bpollard@naja.com; sdean@splc.org; Francine Compton; Katlyn Patton; Darpana Sheth |
| **Sent:** | 1/19/2021 3:17:12 PM |
| **Subject:** | Re: Fw: [EXTERNAL] Letter from FIRE, NAJA, and SPLC, Oct. 26, 2020 |

Dear Ms. Rank:

The Solicitor's Office is in receipt of your letter and is conducting a review of the policies cited therein. I have also forwarded a copy of your FOIA request to the BIE's FOIA Office.  Please direct any FOIA related questions to the appropriate contact listed here: https://www.doi.gov/foia/contacts.  Please direct all other communications to me.

Sincerely,
Jenny Wiginton


Jennifer Segal Wiginton
Bureau of Indian Education Team Lead
Division of Indian Affairs
Office of the Solicitor
(202) 208-5498


---

**From:** Lindsie Rank <lindsie.rank@thefire.org>
**Sent:** Tuesday, January 19, 2021 11:19 AM
**To:** Graham, Ronald J <RONALD.GRAHAM@BIE.EDU>
**Cc:** bpollard@naja.com <bpollard@naja.com>; sdean@splc.org <sdean@splc.org>; Francine Compton <president@naja.com>; Katlyn Patton <katlyn.patton@thefire.org>; Darpana Sheth <darpana.sheth@thefire.org>; Wiginton, Jennifer S <jennifer.wiginton@sol.doi.gov>
**Subject:** Re: Fw: [EXTERNAL] Letter from FIRE, NAJA, and SPLC, Oct. 26, 2020

Dear President Graham,

Please see the attached response
 from the Foundation for Individual Rights in Education (FIRE), the Native American Journalists Association (NAJA), and the Student Press Law Center (SPLC).

Sincerely,
Lindsie Rank


On Wed, Jan 13, 2021 at 3:34 PM Wiginton, Jennifer S <jennifer.wiginton@sol.doi.gov> wrote:

Good afternoon,

Please find attached a letter from the Haskell Indian Nations University.  Dr. Graham signed and intended to transmit the letter on November 20, 2020.  However, we just discovered that due to an administrative error, the letter had not been sent to you.  We apologize for any resulting

USA001253

inconvenience.  We request that you please provide a copy of the letter to Mr. Nally.

Jennifer Segal Wiginton
Bureau of Indian Education Team Lead
Division of Indian Affairs
Office of the Solicitor
(202) 208-5498

---

**From:** Lindsie Rank <lindsie.rank@thefire.org>
**Sent:** Monday, October 26, 2020 11:13 AM
**To:** Graham, Ronald J <RONALD.GRAHAM@BIE.EDU>
**Cc:** Francine Compton <comptonaptn@gmail.com>; Bryan Pollard <bpollard@naja.com>; Sommer Ingram Dean <sdean@splc.org>
**Subject:** [EXTERNAL] Letter from FIRE, NAJA, and SPLC, Oct. 26, 2020

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

Dear President Graham,

Please see the attached letter from the Foundation for Individual Rights in Education (FIRE), the Native American Journalists Association (NAJA), and the Student Press Law Center (SPLC).

Sincerely,
Lindsie Rank

--
Lindsie Rank*
Program Officer, Individual Rights Defense Program
Foundation for Individual Rights in Education (FIRE)
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
215-717-3473
@LindsieRank

*This communication may contain information that is confidential or privileged. Unless you are the addressee (or authorized to receive this message by the addressee), you may not use, copy, or disclose the contents of this message or information contained in this message to anyone. If you believe that you have received this message in error, please advise the sender and delete this message.*

*\*Admitted in Pennsylvania, Virginia, and Washington, D.C.*

--
Lindsie Rank*
Program Officer, Individual Rights Defense Program
Foundation for Individual Rights in Education (FIRE)
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
215-717-3473

USA001254

@LindsieRank

*This communication may contain information that is confidential or privileged. Unless you are the addressee (or authorized to receive this message by the addressee), you may not use, copy, or disclose the contents of this message or information contained in this message to anyone. If you believe that you have received this message in error, please advise the sender and delete this message.*

*\*Admitted in Pennsylvania, Virginia, and Washington, D.C.*

USA001255

| From: | Lindsie Rank <lindsie.rank@thefire.org> |
|-------|------------------------------------------|
| To: | Graham, Ronald J |
| CC: | bpollard@naja.com; sdean@splc.org; Francine Compton; Katlyn Patton; Darpana Sheth; Wiginton, Jennifer S |
| Sent: | 1/19/2021 10:19:08 AM |
| Subject: | Re: Fw: [EXTERNAL] Letter from FIRE, NAJA, and SPLC, Oct. 26, 2020 |
| Attachments: | FIRE Letter to Haskell Indian Nations University, January 19, 2021 (1).pdf |

Dear President Graham,

Please see the attached response from the Foundation for Individual Rights in Education (FIRE), the Native American Journalists Association (NAJA), and the Student Press Law Center (SPLC).

Sincerely,
Lindsie Rank

On Wed, Jan 13, 2021 at 3:34 PM Wiginton, Jennifer S <jennifer.wiginton@sol.doi.gov> wrote:

Good afternoon,

Please find attached a letter from the Haskell Indian Nations University.  Dr. Graham signed and intended to transmit the letter on November 20, 2020.  However, we just discovered that due to an administrative error, the letter had not been sent to you.  We apologize for any resulting inconvenience.  We request that you please provide a copy of the letter to Mr. Nally.

Jennifer Segal Wiginton
Bureau of Indian Education Team Lead
Division of Indian Affairs
Office of the Solicitor
(202) 208-5498

---

**From:** Lindsie Rank <lindsie.rank@thefire.org>
**Sent:** Monday, October 26, 2020 11:13 AM
**To:** Graham, Ronald J <RONALD.GRAHAM@BIE.EDU>
**Cc:** Francine Compton <comptonaptn@gmail.com>; Bryan Pollard <bpollard@naja.com>; Sommer Ingram Dean <sdean@splc.org>
**Subject:** [EXTERNAL] Letter from FIRE, NAJA, and SPLC, Oct. 26, 2020

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

Dear President Graham,

Please see the attached letter from the Foundation for Individual Rights in Education (FIRE), the Native American Journalists Association (NAJA), and the Student Press Law Center (SPLC).

USA001256

Sincerely,

Lindsie Rank

--
Lindsie Rank*
Program Officer, Individual Rights Defense Program
Foundation for Individual Rights in Education (FIRE)
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
215-717-3473
@LindsieRank

*This communication may contain information that is confidential or privileged. Unless you are the addressee (or authorized to receive this message by the addressee), you may not use, copy, or disclose the contents of this message or information contained in this message to anyone. If you believe that you have received this message in error, please advise the sender and delete this message.*

*\*Admitted in Pennsylvania, Virginia, and Washington, D.C.*

--
Lindsie Rank*
Program Officer, Individual Rights Defense Program
Foundation for Individual Rights in Education (FIRE)
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
215-717-3473
@LindsieRank

*This communication may contain information that is confidential or privileged. Unless you are the addressee (or authorized to receive this message by the addressee), you may not use, copy, or disclose the contents of this message or information contained in this message to anyone. If you believe that you have received this message in error, please advise the sender and delete this message.*

*\*Admitted in Pennsylvania, Virginia, and Washington, D.C.*

USA001257

  

January 19, 2021

Dr. Ronald Graham
Haskell Indian Nations University
Office of the President
Navarre Hall
155 Indian Ave
Lawrence, Kansas 66046-4800

*Sent via Electronic Mail (ronald.graham@bie.edu)*

Dear President Graham:

On January 14, FIRE,[1] NAJA,[2] and the SPLC[3] received an email from Jennifer Wiginton of the Bureau of Indian Education (BIE) notifying us that your directive of October 16, 2020, was rescinded and attaching a letter from you, addressed to Jared Nally, to that effect. While Wiginton asserted that you had intended to send this letter on November 20, the letter was itself undated, and the letter's metadata reveals that it was last edited after that date. It would appear that this letter was only belatedly sent to us and to Nally last week as a result of the BIE's investigation into your directive.

Rescission of your unconstitutional directive of October 16, 2020—which barred Jared Nally, editor-in-chief of *The Indian Leader*, from engaging in basic newsgathering and expressive activities protected by the First Amendment—was appropriate. While it is important that *The Indian Leader* may now do its work without the chill of censorship hanging over it, your

---

[1] The Foundation for Individual Rights in Education (FIRE) is a nonpartisan, nonprofit organization dedicated to defending liberty, freedom of speech, due process, academic freedom, legal equality, and freedom of conscience on America's college campuses.

[2] The Native American Journalists Association (NAJA) serves and empowers Native journalists through programs and actions designed to enrich journalism and promote Native cultures. NAJA recognizes Native Americans as distinct peoples based on tradition and culture. In this spirit, NAJA educates and unifies its membership through journalism programs that promote diversity and defends challenges to free press, speech, and expression. NAJA is committed to increasing the representation of Native journalists in mainstream media. NAJA encourages both mainstream and tribal media to attain the highest standards of professionalism, ethics and responsibility.

[3] Founded in 1974, the Student Press Law Center (SPLC) is the nation's only legal assistance agency devoted exclusively to supporting, defending, and educating high school and college journalists about the rights and responsibilities embodied in the First Amendment and supporting the student news media in covering important issues free from censorship. The SPLC is a nonpartisan, nonprofit organization.

USA001258

administration's inexcusable and unexplained delay evidences continuing negligence in protecting your students' First Amendment rights. As a result, serious concerns remain about the state of freedom of speech and of the press at Haskell Indian Nations University (HINU). To that end, we request that HINU take further actions to revise its student code of conduct to comport with the First Amendment and notify students of these changes.

Three organizations concerned with students' rights wrote a letter to you on October 26, 2020, seeking your urgent attention and calling for an "immediate" rescission of a patently unconstitutional directive to a student journalist. At best, your intended response—accepting as true the BIE's representations that your undated letter was intended to be sent on November 20—would have come some thirty-five days after your October 16 order that Nally cease exercising his First Amendment rights. As it stands, that rescission was not communicated to Nally until eighty-nine days after the October 16 order.

It is absolutely inappropriate and inexcusable that it took HINU three months to rescind a directive that was unconstitutional from day one, regardless of the reason for the delay. For three months, your directive caused Nally and *The Leader* uncertainty as to their fundamental First Amendment rights, causing serious injury to their constitutional rights. This violated both the First Amendment and *The Leader*'s 1989 settlement agreement with the university.[4] While we appreciate that you and your leadership team have taken some belated steps to countermand your directive, further action must be taken to make these students—and all students at HINU—whole.

This is especially true given that, in addition to being a flagrant violation of the First Amendment, your directive also represented a departure from HINU's usual student conduct process.[5] Despite the process for adjudicating student conduct violations laid out in HINU's student handbook,[6] Nally did not receive fair notice that he was being accused of violating university policy, nor did he receive a hearing or other opportunity to be heard. Instead, Nally was subject to only a unilateral—and unconstitutional—diktat, imposing penalties on Nally and *The Leader* for three months without any due process.

Unfortunately, this complete disregard for Nally's rights appears consistent with HINU's worrying lack of concern for student rights in general. This is further evidenced by HINU's Student Rights Office web page, which continues to read, "Lorem ipsum dolor sit amet, consectetuer adipiscing elit, sed diam nonummy nibh euismod tincidunt ut laoreet dolore magna aliquam erat volutpat"—three months after FIRE, NAJA, and SPLC first alerted you of this oversight in our letter of October 26, 2020. Additionally, HINU does not make any

---

[4] Settlement Agreement between HINU Indian Junior College of the Bureau of Indian Affairs and the Indian Leader Association (Sept. 19, 1989) (on file with author).

[5] *See* Haskell Indian Nations University Student Handbook Code of Conduct at 23–35, *available at* https://haskell.edu/wp-content/uploads/2017/01/Haskell-CSC-Table-of-Contents-7-22-16.pdf (last visited Jan. 15, 2021).

[6] *Id.*

USA001259

student handbook available on its website, leaving students in the dark as to their rights and responsibilities.[7]

Of particular concern are HINU's "CIRCLE" values, which restrict student expression rights at HINU.[8] CIRCLE, an acronym ("Communication, Integrity, Respect, Collaboration, Leadership, and Excellence"),[9] presents laudable goals, but HINU cannot mandate these goals without departing from its obligations under the First Amendment.

For example, a government entity cannot mandate that individuals be respectful or demonstrate integrity in their expression. This is because the First Amendment, distilled to its most fundamental concepts, is intended to protect expression when it is controversial or upsetting to others, might be seen as disrespectful, or even might be seen to fully lack integrity. The Supreme Court has repeatedly, consistently, and clearly held that expression may not be restricted merely because some, many, or even most find it to be offensive or rude. This core First Amendment principle is why the authorities cannot ban the burning of the American flag,[10] prohibit the wearing of a jacket emblazoned with the words "Fuck the Draft,"[11] penalize satirical advertisements describing a pastor losing his virginity to his mother in an outhouse,[12] or disperse civil rights marchers out of fear that "muttering" and "grumbling" white onlookers might lead to violence.[13] In ruling that the First Amendment protects protesters holding signs outside of soldiers' funerals (including signs that read "Thank God for Dead Soldiers," "Thank God for IEDs," and "Fags Doom Nations"), the Court reiterated this fundamental principle, remarking that "[a]s a Nation we have chosen . . . to protect even hurtful speech on public issues to ensure that we do not stifle public debate."[14]

This principle does not lose its salience in the context of the public university. To the contrary, a commitment to expressive rights must be robust and uncompromising if students and faculty are to be free to engage in debate and discussion about the issues of the day in pursuit of advanced knowledge and understanding. This dialogue may encompass speech that shows disrespect or offends. For example, the Supreme Court upheld as protected speech a student newspaper's use of a vulgar headline ("Motherfucker Acquitted") and a front-page "political cartoon . . . depicting policemen raping the Statue of Liberty and the Goddess of Justice."[15]

---

[7] Only by using Google to search for "Haskell Indian Nations Handbook" can one find outdated codes of conduct from 2012, 2015, and 2016. Because it is the most recent student handbook either FIRE or Nally could locate, this letter will reference HINU's 2016 Student Handbook and Code of Conduct.

[8] "Discussion and expression of all views is permitted, consistent with Haskell's CIRCLE values . . ." Handbook, *supra* note 5, at 11.

[9] *Id.* at 6-7.

[10] *Texas v. Johnson*, 491 U.S. 397, 414 (1989) (burning the American flag was protected by the First Amendment, the "bedrock principle underlying" the holding being that government actors "may not prohibit the expression of an idea simply because society finds the idea itself offensive or disagreeable").

[11] *Cohen v. California*, 403 U.S. 15, 25 (1971).

[12] *Hustler Magazine, Inc. v. Falwell*, 485 U.S. 46, 50 (1988).

[13] *Cox v. Louisiana*, 379 U.S. 536, 557 (1965).

[14] *Snyder v. Phelps*, 562 U.S. 443, 448, 461 (2011).

[15] *Papish v. Bd. of Curators of the Univ. of Mo.*, 410 U.S. 667, 667–68 (1973).

USA001260

There is no doubt that many found these images deeply disrespectful at a time of political polarization and civil unrest, yet "the mere dissemination of ideas—no matter how offensive to good taste—on a state university campus may not be shut off in the name alone of 'conventions of decency.'"[16]

Further, your directive indicated that you believe criticism of government officials—such as HINU administrators—to be disrespectful, and thus in contravention of HINU's CIRCLE policy. However, again, the Supreme Court has specifically held that constitutionally-protected public debate "may well include vehement, caustic, and sometimes unpleasantly sharp attacks on government and public officials."[17]

In an effort to remedy its callous disregard for the rights of its students, including Nally and *The Leader*, HINU must take substantial steps to ensure that its policies and practices protect the rights of its students. To this end, we ask HINU to do the following:

1. Revise its CIRCLE values to make clear that these are aspirational, not mandatory.
2. Amend its Classroom Expression[18] and Campus Expression[19] policies to make clear that the right to free expression is not contingent upon compliance with the CIRCLE values. Further, the policy should be amended to clarify that student press and speech may be regulated by the university only if the expression falls into a category unprotected by the First Amendment, such as true threats, harassment, or incitement.
3. Distribute a revised student handbook to all HINU students, and ensure that the updated handbook is easily found and publicly available on HINU's website.
4. Ensure that all outdated versions of HINU's policies are removed from the website or marked clearly to indicate they are no longer in effect.

Making these revisions to the student handbook and ensuring that students are aware of these changes will begin to make amends for the hostile free expression climate HINU has created.

We also understand that *The Leader*'s new Plan of Operations—including the newspaper's right to nominate and have confirmed a faculty adviser of its own choice, and its right to request that its faculty adviser be removed—will be approved.[20]

As we ensure that HINU does, in fact, intend to repair its relationship with Nally and *The Leader*, please also see the attached request for records pursuant to the Freedom of Information Act (5 U.S.C. § 552), which was also filed using the online portal on FOIA.gov.

In addition, HINU must preserve all documents and electronically stored information as defined by Rule 34 of the Federal Rules of Civil Procedure, that are relevant to this dispute.

---

[16] *Id.*
[17] *New York Times Co. v. Sullivan*, 376 U.S. 254, 270 (1964).
[18] Handbook, *supra* note 5, at 10.
[19] *Id.* at 11.
[20] Please see our letter of October 26, 2020 for a discussion of the constitutional pitfalls of preventing student journalists from being able to direct the leadership of their own publications.

This includes any electronically stored information located on the "haskell.edu" email server. This includes without limitation electronic data within HINU's custody and control that is relevant to this dispute, including without limitation emails, instant messages, and other information contained on HINU's computer systems and any electronic storage systems. This also includes electronic data contained in computers, cellular phones, and other devices used by HINU administrators. As such, HINU must ensure that all HINU administrators involved in this dispute have preserved all electronic data relating to Nally and *The Leader* on their personal devices.

No procedures should be implemented to alter any active, deleted, or fragmented data. Moreover, no electronic data should have been disposed of or destroyed. We trust that HINU will continue to preserve such documents and electronically stored information.

Your directive to Nally represented a brazen departure from your First Amendment obligations, and it came as part of a pattern of unconstitutional actions at HINU.[21] In order to move forward, HINU must take clear actions to demonstrate that it will now take its First Amendment obligations seriously. We request receipt of a response to this letter no later than the close of business on January 26, 2021.

Sincerely,

Lindsie Rank
Program Officer, Individual Rights Defense Program
Foundation for Individual Rights in Education

Francine Compton
President
Native American Journalists Association

Sommer Ingram Dean
Staff Attorney
Student Press Law Center

Cc:     Jennifer Segal Wiginton, Bureau of Indian Education Team Lead
        Division of Indian Affairs, Office of the Solicitor

Encl.

---

[21] *See, e.g.*, Haskell Indian Nations University: Denial of Hearing After Student Kicked Out of Campus Housing, FOUND. FOR INDIVIDUAL RIGHTS IN EDUC., (Apr. 29, 2020), https://www.thefire.org/kansas-student-forced-to-sleep-in-car-after-university-kicks-him-out-of-housing-during-stay-at-home-order.

USA001262

# Preview Request

The Freedom of Information Act (FOIA) is a federal law that gives the public the right to make requests for federal agency records. Agencies may withhold information according to nine exemptions contained in the statute. The FOIA applies only to federal agencies. It does not apply to records held by Congress, the courts, or by state or local government agencies. Each state has its own public access laws that should be consulted for access to state and local records.

**\*** indicates a required field.

## Agency Selection

| | |
|---|---|
| **Agency** | U.S. Department of the Interior |
| **Sub Agency** | Bureau of Indian Education |
| **Sub Agency** | Bureau of Indian Education (General) |

Please note that the complexity of your request will affect the order in which your request is processed. For more information on multitrack processing and how it affects your request, please see section 2.15 of our regulations

Fields marked with an asterisk (*) are required. In addition, you should indicate in the Description field your fee category (that is, whether you are a commercial-use requester, news media, educational or noncommercial scientific institution, or other requester as described in sections 2.38 and 2.39 of our regulations).

The FOIA offices in the bureaus/offices of the Department of the Interior are continuing to process FOIA requests to the best of their ability during the COVID-19 pandemic. To keep employees healthy and safe, the Department is maximizing telework flexibility and employing social distancing protocols. As a result of these precautions, most employees are working remotely and unable to collect hard copy records located in government facilities at this time. If your request is for hard copy records, the response to your request will very likely be delayed. In addition, employees may not receive FOIA requests that are sent by U.S. mail, overnight mail services, or facsimile in a timely manner.

You will receive an email shortly after this form has been submitted. This email confirms that your request was submitted successfully and that the selected FOIA office can begin review of your request. If you do not receive a confirmation email and would like to confirm your submission, please contact the bureau FOIA office through the information located on our Contact page.

The Office of Inspector General is not accepting FOIA requests through FOIAonline. You may file a request with the Office of Inspector General at: https://www.doioig.gov/complaints/FOIA/how-to-submit-a-foia-request.

The Department's expedited processing requirements correspond with 43 C.F.R. § 2.10 and § 2.20. A request for expedited processing must set forth the reasons why the request should be expedited. You must certify that the reasons given for seeking expedited processing of this request are true and correct to the best of your knowledge and belief.

The Department's fee waiver requirements correspond with 43 C.F.R. Part 2, Subpart G. Please be advised that by making a FOIA request, it shall be considered an agreement by you to pay all fees unless you have been granted a fee waiver or specify your willingness to pay fees up to a particular amount. Please note that a default amount of *$200 will be prepopulated* to your request, but can be modified by you to be less or more. Additionally, the amount of fees you will be charged (or not charged) will be affected by your fee category. We will confirm this agreement in our acknowledgement letter.

USA001263

Make a FOIA Request

If the bureau processing your request finds that the actual cost will exceed the amount you specify, the bureau will stop processing the request and consult with you (see 43 C.F.R. 2.49(d)). If you are seeking a fee waiver, it is your responsibility to provide detailed information to support your request by addressing all the criteria outlined in 43 C.F.R. 2.48. If you do not submit sufficient justification, your fee waiver request will be denied (see 43 C.F.R. 2.45). Please note the fact you may have received a fee waiver in the past is not determinative of whether you will receive one for this request--you still must submit sufficient justification.

## Request Type

| | |
|---|---|
| **Request Type** | FOIA |

## Contact Information

| | |
|---|---|
| **Salutation** | Miss |
| **First Name** | Katlyn |
| **Middle Initial** | |
| **Last Name** | Patton |
| **Email Address** | katlyn.patton@thefire.org |
| **Organization** | Foundation for Individual Rights in Education |
| **Phone Number** | 2157173473 |
| **Fax Number** | |
| **Mailing Address Location** | United States/US Territories |
| **Address Line 1** | 510 Walnut Street |
| **Address Line 2** | Suite 1250 |
| **City** | Philadelphia |
| **State/Province** | Pennsylvania |
| **Zip Code/Postal Code** | 19106 |

## Processing Fees

| | |
|---|---|
| **Will Pay Up To** | $10.00 |

USA001264

# Description

| Description | (1) Any emails (including attachments), memoranda, text messages, or social media messages sent or received by Dr. Ronald Graham to or from any employee or agent of Haskell Indian Nations University, from October 26, 2020 through the present date, which contain the terms "Indian Leader," "newspaper," "free expression," "free speech," "free press," "Jared," or "Nally." (2) Any emails (including attachments), memoranda, text messages, or social media messages sent or received by Dr. Ronald Graham to or from any employee or agent of Haskell Indian Nations University, from October 26, 2020 through the present date, which reference the letter from Lindsie Rank, Foundation for Individual Rights in Education, to Dr. Ronald Graham, dated October 26, 2020. (3) Any document (including emails, attachments to emails, memoranda, text messages, or social media messages) which reflect, pertain to, or substantiate Dr. Graham's statement in an undated letter to Jared Nally that Dr. Graham had "instructed my staff to review the status of the Leader's annual recognition process to ensure continued access by the Leader to its Student Bank account and Haskell resources." Privacy waiver: Please find enclosed with this request a privacy waiver executed by Jared Nally. Request for Privilege Log: If any otherwise responsive documents are withheld on the basis that they are privileged or fall within a statutory exemption, please provide a privilege log setting forth (1) the subject matter of the document; (2) the person(s) who sent and received the document; (3) the date the document was created or sent; and (4) the basis on which the Bureau of Indian Education contends it is entitled to withhold the document from production. |

# Request Expedited Processing

| Make Request? | Yes |
| Justification | Request for expedited processing: Pursuant to 5 U.S.C. § 552(a)(6)(E) and 43 C.F.R. § 2.20, I request expedited processing of this request because there is a compelling need for the records and an "urgency to inform the public about an actual or alleged Federal Government activity." The Foundation for Individual Rights in Education is primarily engaged in disseminating information to inform the public about government affairs, and regularly publishes on its website news and information concerning matters relating to civil liberties in higher education. Each of the substantive requests included herein involve an actual or alleged Federal Government activity, namely the actions of an institution under the authority of the Bureau of Indian Education which violated students' First Amendment rights, and that institution's current purported efforts to correct that violation. (See the enclosed letters of October 26, 2020 and of today's date from Lindsie Rank, Foundation for Individual Rights in Education.) I request a response to this request for expedited processing within 10 calendar days under 43 C.F.R. § 2.20(e). I certify that the statements contained in this letter regarding the alleged activity and public concern are true and correct to the best of my knowledge. |

USA001265

## Request a Fee Waiver

| | |
|---|---|
| **Make Request?** | Yes |
| **Justification** | Fee waiver request: Pursuant to 5 U.S.C. § 552(a)(6)(E) and 43 C.F.R. § 2.45(a). The Foundation for Individual Rights in Education, Inc. (FIRE) is a 501(c)(3) non-profit, non-partisan organization dedicated to defending, preserving, and extending civil liberties on campus. The records sought herein are not sought for a commercial purpose and are, instead, requested by a non-profit organization to facilitate the public's understanding of government activities. The subject of the request specifically concerns identifiable operations or activities of the government, and the disclosable portions of the requested information will be meaningfully informative in relation to the subject matter of the request. The public interest would be well-served by granting a fee waiver. The disclosure will contribute to the public understanding ` of government operations, and the public's understanding will be significantly enhanced by the disclosure, as FIRE has expertise in the subject matter of the request and the intention and demonstrated ability to disseminate the information to the public. FIRE regularly shares information with other media outlets and maintains a blog regularly publishing information concerning similar matters. See, for example, https://www.thefire.org/santa-clara-university-protects-student-free-speech-with-one-hand-censors-with-the-other. Because the subject of this request pertains to an ongoing controversy, it is important that records be produced in an expedited manner in order to facilitate the public's interest in understanding, and being able to respond to, decisions by government officials. If a fee waiver is not granted, please apprise me if the estimated costs will exceed $10. |

## Additional Information

| | |
|---|---|
| **Relevant park or refuge or site or other location** | N/A |

## Attach Supporting Files

| Attached File Name | Size (MB) | File Type |
|---|---|---|
| Jared Nally FERPA waiver & request.pdf | 0.1932 | Adobe PDF document |

✔ **I Agree.**
**I have read the Privacy and Security Notice and agree to the terms set forth.**

USA001266

Make a FOIA Request

 **I Agree.**

**Affirmation. Pursuant to 28 USC § 1746, I declare and affirm that under penalty of perjury under the laws of the United States of America that all of the foregoing information, statements, and signatures submitted in connection with this request and in any supporting documents are true and correct to the best of my knowledge.**

USA001267

# Request Confirmation

## Request Information

| | |
|---|---|
| **Tracking Number** | DOI-BIE-2021-001931 |
| **Requester Name** | Under Agency Review |
| **Submitted Date** | 01/19/2021 |
| **Request Phase** | Submitted |
| **Description** | Under Agency Review |

USA001268

---

| **From:** | Jared Nally <jarednally@gmail.com> |
| **To:** | monica.cooper@bia.gov; tony.dearman@bie.edu |
| **Sent:** | 10/17/2020 4:14:37 PM |
| **Subject:** | Reporting Subordinate Ronald Graham |
| **Attachments:** | Reporting Behavior of Subordinate 2.pdf |

Mr. Dearman:

Attached is a complaint report I would like to file against your subordinate Ronald Graham, President of Haskell Indian Nations University. Please advise how this complaint will move forward.

Thank you,
-Jared Nally

USA001269

October 17, 2020

Tony Dearman
Director of BIE
Bureau of Indian Education
1849 C Street NW
Washington, DC 20240

## Reporting Behavior of Subordinate

Tony Dearman:

     As you may be aware, Haskell Indian Nations University (HINU) President Ronald Graham issued a directive to me on Friday, October 16 which you were included as a copied recipient. I would like to report Ronald Graham for issuing this directive as a threat and intimidation with the intent to withdraw my student rights. The directive includes misleading narratives and baseless information for which I've been given sanctions that don't follow the Code of Student Conduct, violate my student rights, and appear to be a misuse of President Graham's authority.

     I would first like to say this directive follows a grievance I submitted to President Graham on October 9th regarding how HINU has falsely collected and represented my racial identity, and an attempt to rectify my racial identity record and offer the same considerations for my peers. This grievance was not addressed in Graham's directive which appears to be a retaliatory email. Before I address Graham's directive, I would like to call attention to the current issue I'm engaged in with the HINU administration and say that I have attempted to resolve this issue with Graham, but will continue to fight for my right to my racial identity and will be following up with Sloan Farrell on this matter.

     Graham's directive does not follow the Code of Student Conduct. I've received no letters from the Office of Student Rights for any violations or complaints referenced in Graham's directive. The president cannot operate outside of my rights as a student outlined in the Code of Student Conduct and cannot ignore the Code of Student Conduct processes needed to issue sanctions, nor may the sanctions violate my legal rights.

     I feel the following sanctions infringe upon my constitutional rights afforded by the first amendment for freedom of speech and infringe upon lawful rights provided by state and federal laws.

**You will NOT "Attack any student, faculty, or staff member with letters or in public, or any public forum, thus bringing unjustified liability to this campus or anyone of this campus.**

This directive directly correlates to me exercising my freedom of speech to ask that the Lawrence Community Police Review Board to remove Tonia Salvini as a board member because she violates the ethics of the board by contributing to my racial discrimination. While HINU may see this as an "Attack" on Salvini's public persona, I have every right to critique her and hold her accountable as a public figure even if HINU does not like the things I have to say. I should not be receiving criticism based on HINU's distaste for how I self advocate. This is not an issue of defamation, libel, or slander—I've provided sufficient evidence to support my claims. This is an attack on my right to voice a dissenting opinion of a HINU administrator.

**You will NOT: "Make demands on any governmental agency — or anyone else from Haskell — while claiming to represent The Indian Leader".**

This directive comes from a false claim that I contacted the police department and "demand[ed] [information] on behalf of the University". The interaction described claims that I identified

USA001270

myself on behalf on Haskell Indian Nations University which goes against my standard press greeting of,"My name is Jared Nally. I'm a student writer (or Editor-In-Chief for) the *The Indian Leader*, Haskell Indian Nations University's student newspaper." This is not a false introduction, but I welcome an open dialogue to how Indian Leader writers can identify themselves to avoid confusion. However, I do not want this sanction to impede on my ability to ask for information, and for the administration to color any request for information as a "demand".

I did not "demand" information when I reached out to the police department about Nia Schexnider's death, and it's a disservice to myself and to her to color it as such when I wrote a tribute piece honoring her life and even provided funeral information to HINU who did not send any messaging out to students about her death nor funeral information. I fear, HINU's ability to discolor any attempt to get information as "demanding" puts me at risk that asking any questions could be found as "demanding" and place me in violation of this sanction, and subject to disciplinary action.

I have a right to ask questions. I won't do so pretending to represent HINU—I always represent *The Indian Leader*. This sanctions endangers my freedom of speech to ask questions.

**You will NOT: "Attempt countermanding decisions of Haskell personnel assigned by me or anyone else in to positions in an effort to replace them.**

This directive is related to my actions as Editor-In-Chief of The Indian Leader Association to refuse to allow Joshua Falleaf whose expressed negative views of *The Indian Leader* publication calling it a "gossip rag" on April 17th, 2020, to be assigned as faculty advisor. HINU administration cites their authority is provided to them by a legal settlement agreement, but the clause cited, "One or more faculty advisers may be appointed by Haskell Indian Junior College to assist students in the publication of *The Indian Leader*," is not part of the settlement agreement, but is part of the Plan of Operations included as an appendix example referenced in the settlement agreement. The Plan of Operations is under The Indian Leader Association's authority — It was voted on by the association to remove Falleaf from the position and later the Plan of Operations was completely amended to allow an explicit statement for the removal and reappointment of Faculty Advisors. This sanction restricts the Indian Leader Association's rights to challenge the misuse of authority, and ability act in our own interest under our own Plan of Operations. This is a violation of freedom of speech where I am being criticized for asking for clarification, expressing the association's needs, the association's sovereignty, and the association's own policy. This sanction is a broad attempt at complacency and exploitation which threatens all of those free speech rights.

**You will NOT: "Record anyone at Haskell in your interviews unless you advise them first and they grant you permission."**

This is not how Single-Party Consent States work. I have every right to record my conversations without the explicit need to have permission granted. This is afforded to me through Kan. Stat. Ann. § 21-6101(4). It is blatant disrespect by the university to equate me to a felon for exercising a legal right in this state provides, and subsequently remove this right by assigning a sanction allowing disciplinary action if I exercise my right to record conversations in the future.

Related to this situation using the university's own language, HINU has "attacked" me in emails and letters, saying I'm deceitful and disrespectful and infer that I am not honest, not credible, and don't have journalistic integrity. This is a great example of freedom of speech, but showcases a double standard that a student isn't allowed to exercise free speech and is subject to sanctions, but faculty and administration may do so without repercussions.

**You WILL: "Understand no one has the obligation to answer your questions or adhere to any timelines you may attempt to impose on them."**

I completely understand that sentiment and agree. Timelines have been "imposed" to provide HINU with an understanding that their is (a) a limited amount of time to provide a statement before a story goes live to allow opportunity for HINU to provide a statement, or (b) has legal obligations like the recent October 25th which is a legal deadline for HINU to provide requested FERPA information and is done out of respect to allow HINU to avoid a FERPA violation which I will file if that timeline is failed to be met. I will continue to provides dates for the benefit of HINU, but understand it is entirely for their benefit, and not required.

My main take away from this directive is that HINU doesn't want unflattering information released and this directive is meant to accomplish that through intimidation and bullying myself with unjustified sanctions that violate my rights. Mr. Dearman, I ask that you please review the directive and consider these violations. I'm more then willing to provide documentation and additional explanation to the brief backgrounds provided above. Please provide communication as to how the process moves forward with this complaint.


Sincerely,

Jared Nally

Cc:     Monica Cooper, Human Resources Specialist

| | |
|---|---|
| **From:** | Jim Rains |
| **To:** | Stephen Prue; tonia.salvini@bie.edu |
| **Cc:** | Joshua Falleaf |
| **Subject:** | FW: Indian Leader Funds |
| **Date:** | Wednesday, March 25, 2020 8:10:51 AM |

FYI

Jim Rains, Ph.D.

Acting President
Haskell Indian Nations University
155 Indian Avenue
Lawrence, KS 66046

Phone: (785) 749-8494

_____
From: The Indian Leader [indianleader10@gmail.com]
Sent: Tuesday, March 24, 2020 9:51 PM
To: Jeri Sledd; Jim Rains
Cc: Rhonda Levaldo
Subject: Indian Leader Funds

aya,

It is my understanding that club funds have been frozen by the bank during this time. It is my request that the Indian Leader seek an exemption from this freeze. Even during this pandemic, the Emergency Public Health Order for Douglas County under section vi list newspapers as essential businesses to operate during this time.

The Indian Leader has been operating to help inform the Haskell community during this pandemic. The Indian Leader still plans to continue it's 123rd Volume via telecomuting, digital issues, and would like a final graduation issue to be circulated with photos of graduates in May.

At this time our campus is dispersed and divided, and we feel the Indian Leader brings the sense of community we need — stories from students and not just about COVID-19. We request our funds to be unfrozen and would like to work with the student bank on what digital communication we can utilize to allow writers to be paid and how to pay for a final printing and mailing for the graduation issue.

We thank you for working with the oldest Native American student newspaper and adapting in times of need.

neewe,
-Jared Nally, Editor

USA001273

| | |
|---|---|
| **From:** | Salvini, Tonia |
| **To:** | Graham, Ronald |
| **Cc:** | Joshua Falleaf |
| **Subject:** | FW: Recorded conversation |
| **Date:** | Monday, November 2, 2020 4:36:38 PM |
| **Attachments:** | image001.png |
| **Importance:** | High |

fyi



Tonia L. Salvini
Northern Paiute
Pronouns: she/her
Vice President - University Services
**Haskell Indian Nations University**
Pushmataha Hall |Lawrence, KS 66046
785-830-2753
Haskell Indian Nations University - Viewbook
Haskell Indian Nations University

"The mission of Haskell Indian Nations University is to build the leadership capacity of our students by serving as the leading institution of academic excellence, cultural and intellectual prominence, and holistic education to address the needs of Indigenous communities."



---

**From:** Carlene Morris <CMorris@HASKELL.edu>
**Sent:** Monday, July 13, 2020 1:51 PM
**To:** Jared Nally <jared.nally@HASKELL.edu>
**Cc:** tonia.salvini.bie@gmail.com; Salvini, Tonia <tonia.salvini@BIE.EDU>; Prue, Stephen <stephen.prue@BIE.EDU>; Jim Rains <jrains@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Subject:** Recorded conversation
**Importance:** High

USA001274

Jared,

I am of the understanding you recorded our phone conversation the other day without my permission.  I also understand you posted it on Facebook, also without my permission.  I do not believe I said anything that was not true or accurate. However, I believe it is appropriate to ask the person you are speaking to if is it ok to record our conversation, which you did not.

I am sorry you felt you had to be deceitful to get the information.

Carlene Morris
Financial Aid Officer
Haskell Indian Nations University
785-830-2702
785-832-6617 (FAX)
cmorris@haskell.edu
Carlene.Morris@BIE.edu

Haskell  Mission
The mission of Haskell Indian Nations University is to build the leadership capacity of our students by serving as the leading institution of academic excellence, culture and intellectual prominence, and holistic education to address the needs of Indigenous communities.



NOTICE TO RECIPIENT: The information contained in this electronic mail message and all attachments are confidential, privileged and/or proprietary and are intended for the exclusive use of the addressee(s). If you are not an intended addressee of this message, your interception, copying, distribution, disclosure or other use of this message, any attachment or the information contained therein is strictly prohibited. If you received this message and were not an addressee, immediately notify the sender by e-mail. Destroy every electronic, paper and other copy of this message and all attachments and every digest or other summary of the information contained herein or any attachments.  All e-mail sent to this address will be received by the Haskell Indian Nations University e-mail system and is subject to archiving and review by someone other than the recipient.

USA001275

| | |
|---|---|
| **From:** | Tonia Salvini |
| **To:** | Joshua Falleaf |
| **Subject:** | Fwd: FW: Public Comment |
| **Date:** | Wednesday, September 30, 2020 12:42:28 PM |
| **Attachments:** | Public Comment.pdf |

---------- Forwarded message ---------
From: **Brandon McGuire** <bmcguire@lawrenceks.org>
Date: Tue, Sep 29, 2020, 4:51 PM
Subject: FW: Public Comment
To: Tonia Salvini <toniasalvini@gmail.com>


Tonia: FYI on the attached correspondence which the sender requested to be placed on the public comment portion of tomorrow night's agenda.


Brandon McGuire, Assistant City Manager – bmcguire@Lawrenceks.org
City Manager's Office | www.LawrenceKS.org
P.O. Box 708, Lawrence, KS 66044
office (785) 832-3466 | cell (785) 760-4190 | fax (785) 832-3405


-----Original Message-----
From: Bobbie Walthall <bjwalthall@lawrenceks.org>
Sent: Tuesday, September 29, 2020 3:19 PM
To: Brandon McGuire <bmcguire@lawrenceks.org>
Subject: FW: Public Comment

FYI....I will include with the update today.




Mrs. Bobbie J. Walthall
Senior Administrative Specialist
City Manager's Office | City of Lawrence, KS P.O Box 708, Lawrence, KS 66044 office (785) 832-3400 | fax (785) 832-3405
Email:  bjwalthall@lawrenceks.org

-----Original Message-----
From: Jared Nally <jarednally@gmail.com>
Sent: Tuesday, September 29, 2020 1:46 PM
To: Bobbie Walthall <bjwalthall@lawrenceks.org>
Subject: Public Comment

External Email.    Be careful with links and attachments.
- City of Lawrence IT Helpdesk

aya Bobbie Walthall:

USA001276

Included is my letter for public comment for tomorrow's meeting. I would also like to request remote participation in the meeting seeing as my public comment last meeting was almost insufficient for the acknowledgment of my complaint.

neewe (Thank You),
-Jared Nally

USA001277

September 29, 2020

Community Police Review Board
City Commission Room
City Hall 6 E 6th St
Lawrence, KS 66044

Public Comment

To the Community Police Review Board:

Introduction

I'm writing the Community Police Review Board (CPRB) as a follow up to my letter sent on August 26th. The purpose of this message is to (a) correct new information I've come across in my grievance related to board member Tonia Salvini, (b) restate my grievance with Tonia Salvini, and (c) bring up a new grievance with how the CPRB managed my complaint at the last meeting. While my initial letter was prepared for brevity, this message is prepared so as not to be as easily dismissed or misinterpreted.

Correction of Facts

In my previous letter, I made assertions that Haskell Indian Nations University (HINU), which involves Tonia Salvini—Vice President of Academic Affairs and the supervisor over Student Housing—had not completed the 2020 Census for students. This assertion was made with the understanding that (a) HINU had never contacted me regarding the census, (b) no message was sent to students regarding being counted or that the census had been completed, and (c) while HINU can submit directory information without the consent of a student, it is a violation FERPA regulations to release both race/ethnicity information and gender information without consent of the student—important information to be given to the census.

However, I found out on August 28th that HINU had completed the census earlier that summer. Prior attempts to engage the US. Census Bureau requesting this information had resulted in a legal wall quoting Title 13, U.S. Code which prevents them from disclosing whether an entity had completed the census; HINU and Salvini to this day have never responded to my questions about the census. While I wish our school or Salvini had been transparent about the census, it is only from a census worker violating Title 13 that I have been informed that HINU completed the census. The same day I received that information I sent an apology letter to Salvini regarding my use of misinformation presented to the CPRB. As I addressed in the letter, I felt responsible to present the correction of this information publicly to CPRB, but I also noted that this new detail does not dissolve my complaint, and that I still affirm that Salvini's actions—or rather lack of actions—have resulted in my racial marginalization. It is for this reason I've chosen to restate my original complaint and help connect it to why I've involved the CPRB.

Restated Grievance

In an effort to reframe my grievance presented to the CPRB regarding board member Tonia Salvini, I present the following:

**That board member Tonia Salvini is a Public Figure both in her position as Vice President of Academic Affairs at HINU and as a board member for the CPRB. That acting as a public figure, Salvini should be subject to the Ethics Policy (Resolution No. 7269) for the CPRB which requires (a) Public Trust and (b) not "treating any person differently on the basis of race". Furthermore, the bylaws of the CPRB involve "reviewing completed racial**

USA001278

or other bias-based policing investigations", that board members need to be familiar with the "Police Department's annual training on racial or other bias-based policing", and there are current discussions on racial bias training specifically for board members. All of this is moot if the board member participates in racial marginalization (knowingly or not) while acting as a public figure and eliminates the ethos that the board member can correctly complete their obligations to the community. It is for all of these reasons that I present my grievance to the CPRB that the experience I'm sharing with CPRB related to Tonia Salvini as a public figure has left me feeling racially marginalized and that I have no public trust for Salvini to complete her role in representing our community on the CPRB and I would like actions taken to hold Salvini accountable which may require an investigation and/or removal of her position on the board.

As identification of racism requires perspective taking, I invite the CPRB to share my experience trying to engage with board member Tonia Salvini about my multi-racial identity. My main argument has been related to the 2020 Census. My claims of racial marginalization stem from 6 months of outreach to Salvini and the university with concerns that I want to be able to fill out the census with my correct racial identity. HINU does not collect racial identity on any forms and a Certificate of Degree of Indian Blood (CDIB) is not a racial identity, especially for those who identify as mixed race (See Appendix A). In that 6 month time window, I have not received a response and as such my concerns about my racial identity and that of other mixed-race students have been dismissed and ignored both Salvini and other HINU faculty members. My concern has grown after hearing that not only was I ignored the whole time, but Student Housing under the direct supervision of Salvini completed the census without collecting my racial identity despite my attempts to engage with them and without my consent to release FERPA protected data. This is a huge issue of being able to have your own racial identity acknowledged, and to not have your race assumed because we are an "All Native" school which marginalizes those of us that have more complex racial identities than just Native American.

This ties into my next complaint that because the school does not collect racial identity information, racially biased policy and treatment cannot be tracked. This is severely infuriating to find that after many complaints from mixed raced students, especially multi-racial Black students, Salvini who is the direct supervisor over Student Rights, has sat on a board that reviews racial-bias policing policy for years now, but has not taken any initiative to offer the same checks and balances to the department she oversees despite complaints from students.

Salvini is a common denominator among departments that contribute to the racial marginalization of mixed-race students. Salvini operates as the Vice President of Academic Affairs and is the direct supervisor for Student Housing, Student Rights, and is the acting Title IX coordinator. I have tried to engage with Salvini to assert my identity as a mixed-race student and to bring to light challenges we are facing because of her departments and her inability to acknowledge mixed-race identities. I have no public trust in the way Salvini manages my racial identity as a public figure for HINU, and my cynicism extents to the concern of her operating within the same systemic systems of racism as a public figure for the CPRB. I want to see accountability, and I want community representation that carries my interest in mind.

Additional Grievance

It was my understanding that a letter would stand in place of my public comment and be read or addressed in the public comment portion of the meeting agenda on August 27. It was a great disappointment that didn't occur and I am appreciative to board member William Graybill who forced

public acknowledgment at the end of the meeting. However, I do still have criticism that the apparent reason to acknowledge the letter was to avoid a tarnished reputation rather than showing actual concern for the content. "I don't really want to wake up tomorrow and read the newspaper accusing this board or myself of white-washing material...".

Furthermore, board member Jane Gibson's response, "I don't see how it is even marginally relevant to the board. So I don't see any reason to respond to it because it's not about what we do" demonstrates a lack of perception taking (choosing to use her own perspective as a means to say it's irrelevant rather than attempting to see why I think it's relevant) and a sense of White privilege (the privilege to use her own perspective as the only correct or relevant perspective in this situation) to not even acknowledge the content that racially marginalized individual has concerns that a board member operating as a public figure responsible for the oppression of this individual's racial rights feels they will continue to be marginalized with that public figure continuing to operate in other public capacities. The board is not perfect vacuum where actions taken outside of the board meetings don't have rippling effects.

I offer this criticism as an opportunity for the board to discuss how they manage complaints and how they can avoid their own implicit biases. I understand this training is a topic of discussion in these meeting and find it contradictory that so much attention is being focused internally on how the board can show and demonstrate racial understanding and racial bias, and then completely dismiss a racial critique of the board as irrelevant. I understand that many of you may have dismissed my claim because (a) some of you have served with and developed professional and personal relationships with Tonia Salvini, but your experiences with her don't invalidate my experiences with her, or because (b)Tonia Salvini is a member of the same racial group I claim she is oppressing, which does not mean her actions aren't harmful or impactful to me and other mixed race students despite our shared identities.

I think the board needs to have deeper conversations with what the responsibilities and racial attitudes need to be on the board. I don't think personal accountability is going to cut it after taking implicit bias training, because anyone who has taken it learns that the test calls them out on racial biases to make them aware. It is going to take outside correction to continue to hold others accountable to racially biased actions. I also think your by-laws or other operational documents need to outline a complaint process for the board itself. I'm writing these letters because the by-laws don't offer any other guidance, and I would hope there is a better process to review complaints than someone voting to not acknowledge the complaint.

nipwaahkalo,

Jared N.

Jared Nally

USA001280

Appendix A

Inclusion of Student Forms that do not ask for racial
identity information. Additionally IPEDS data that
show HINU reporting all students as Native American
without mixed race options.

Note: Tribal Affiliations and Certificate of Degree of Indian Blood
(CDIB) are not full representations of racial identity.

USA001281




# Haskell Indian Nations University
## Office of Admissions
# Admission Application
OMB Control No.  1076-0114

***All Sections of this Application Must Be Completed***

| DEADLINES for Application:    Fall: June 1ˢᵗ    |    Spring: November 15ᵗʰ    |    Summer: April 15ᵗʰ |
|---|

What semester are you planning to attend Haskell?    ☐ Fall 20___    ☐ Spring 20___    ☐ Summer 20___

## Legal Name *(as appears on legal documents, i.e. birth certificates, court documents)*

_____    _____    _____
Last Name                                First Name                                Middle Name

_____    _____
Maiden / Other Names                                Social Security Number

Please select which degree you are pursuing:

☐ Associate of Arts (A.A.) Degree          ☐ Associate of Science (A.S.) Degree
☐ Bachelor of Arts (B.A.) Degree          ☐ Bachelor of Science (B.S.) Degree

Please write your desired major on the line: _____

## Permanent Mailing Address

_____    _____    _____    _____
Street *or* P.O. Box                                City                                State        ZIP

_____    _____
Telephone                                Email Address

Please select your enrollment status:

☐ Full-Time Student *(enrolled in __12 or more__ credits)*          ☐ Part-Time Student *(enrolled in __less than 12__ credits)*

Please select your housing status:

☐ On-campus *(must be enrolled in 12 credits)*          ☐ Off-campus *(please list local address below)*

_____    _____    _____    _____
Street *or* P.O. Box                                City                                State        ZIP

## Emergency Contact

                                          ☐ Parent   ☐ Spouse   ☐ Other: _____
_____                                _____
Last & First Name                                Please Specify Relationship

_____    _____    _____    _____
Street *or* P.O. Box                                City                                State        ZIP

_____    _____
Telephone                                Email Address

USA001282

## Student Demographic Information

Date of Birth:

_____/_____/_____
MM / DD / YYYY

Place of Birth:

_____     _____
City                                    State

Gender:
☐ Male   ☐ Female

Marital Status:
☐ Single   ☐ Married   ☐ Separated   ☐ Divorced

Are you currently on or pending criminal probation or parole?   ☐ No   ☐ Yes

If yes, please explain: _____

_____

*If more room is needed, please use separate sheet of paper*

## Tribal Information

_____
Tribal Agency

_____
Degree of Blood or Tribal Roll Number

_____
Name of Tribe, Pueblo, Corporation, or Rancheria

## High School Information

| Name of High School | City | State | Date From | Date To |

Have you graduated from high school?   ☐ Yes: _____   ☐ No: _____
                                                          Date of Graduation              Anticipated Date of Graduation

Have you taken the GED?   ☐ No   ☐ Yes   ☐ NA   _____     *If you have taken the GED please*
                                                                    Date of GED exam         *submit a copy of your scores*

Have you taken the ACT/SAT?   ☐ No   ☐ Yes   _____     *If you have taken the ACT/SAT, please have*
                                                          Date of exam                     *your official scores sent to Haskell*

| School Code - 010438 | Haskell ACT Code - 1415 | Haskell SAT Code - 0919 |

## College or University Information

Have you ever attended a class at another college or university?   ☐ No   ☐ Yes
Have you been awarded an Associates Degree or will be completing a degree?   ☐ No   ☐ Yes

_____     _____     _____     _____     _____
Name of College or University   City   State   MM/YYYY   MM/YYYY

_____     _____     _____     _____     _____
Name of College or University   City   State   MM/YYYY   MM/YYYY
*If more room is needed, please use separate sheet of paper*

USA001283

## Miscellaneous Information

Please list any activities in which you would like to participate in at Haskell (i.e. Haskell Band, Basketball, High powered Rocketry Club, Student Senate, etc.):

_____

_____

## Certification of Information

*I certify that the information given on this application is correct and complete and all prior academic work is accounted for on this application (**Incomplete** applications **will not** be considered).*

_____     _____
Print Name                                       Date

_____
Student Signature

---

### <u>Please mail the applicable documents to the Office of Admissions</u>

- ☐ Completed Application
- ☐ $10 Money Order
- ☐ Official High School Transcript
- ☐ Official ACT/SAT Scores
- ☐ Copy of GED Scores *(if applicable)*
- ☐ Official College Transcripts
- ☐ Immunization Records Showing Measles, Mumps, and Rubella (MMR I and MMR II)
- ☐ Copy of Tribal Enrollment Documentation
- ☐ Admissions Entrance Essay

**Mailing Address:**
Office of Admission | Haskell Indian Nations University
155 Indian Ave, Box 5031 - Lawrence KS 66046-4800

---

USA001284

# Haskell Indian Nations University
## *ON CAMPUS HOUSING APPLICATION*

### PERSONAL DATA

| | | |
|---|---|---|
| Last Name | First | Middle |

Address

| | | |
|---|---|---|
| City | State | Zip Code |

| | | |
|---|---|---|
| Area Code | Telephone # | E-mail Address |

### EMERGENCY CONTACT

| | | |
|---|---|---|
| Last Name | First | Relationship |

Address

| | | |
|---|---|---|
| City | State | Zip Code |

| | |
|---|---|
| Area Code | Telephone # |

Applying for:   Fall _____   Spring _____   Summer _____

Male ☐                    Female ☐

Age _____    Date of Birth _____

Have you ever attended Haskell before?   Yes ☐   No ☐

If yes, please list the date last attended and which dorm you reside in:

_____

### COLLEGE CLASSIFICATION

Freshmen ☐   Sophomore ☐   Junior ☐   Senior ☐

### SPECIAL ACCOMODATIONS
Handicap accessible rooms are available.  Please notify our office if you have such a request.  You may also contact Perry Graves, Disabilities Coordinator at (785) 832-6607.

---

Housing fees are to be paid after you have received an acceptance letter.

---

**Division of Residential Housing**

155 Indian Ave., Box 5032

Lawrence, KS 66046-4800

Phone (785) 749-8460
Fax (785) 832-6618

---

### FACILITIES AND SERVICES

Each residence hall has professional staff and student aides to assist with college life.  Most halls contain television rooms.  In addition, vending machine services are available to the residents.  All rooms are equipped twin sized beds, wardrobe closets, drawer space, desks and chairs.

**Residential Halls are smoke free.**

Meals are served in the campus dining hall (Curtis).  Students residing in the residence halls are entitled to three meals per day Monday through Friday, and two meals on week-ends and holidays.

Each student at Haskell is assigned a mailbox and will pick up their mail at the campus post office located in Navarre hall.

Disclaimer:  Residential Hall programs will not be responsible for any damaged lost or stolen personal property.  Personal property must be removed from the residential hall on the last day of the student's occupancy.  Personal property remaining in residential halls after the student is no longer residing there will become property of the University and donated to charity or stored at the owner's expense.

USA001285

Please read the enclosed Housing Contract thoroughly before signing.

The contract and application should be returned to the following address:

Haskell Indian Nations University
Residential Housing
155 Indian Ave., Box 5032
Lawrence, KS 66046

Fees can be mailed to:  Haskell Business Office
                        155 Indian Ave., Box 5026
                        Lawrence, KS 66046

On Campus Fee:  $715.00 (includes the $180.00 Housing Fee)

Off Campus Fee:  $240.00

**DISCLAIMER:**
"Residential Housing will not be held legally responsible, should an incident occur, for any false or inaccurate information that is provided by the student in reference to this contract, including, but not limited to, personal history, personal property, or prior criminal convictions.  Should critical information in the contract be falsified by an applicant, Residential Housing reserves the right to take action against said individual."

_____

Signature

_____

Date

**FOR OFFICE USE ONLY**

Application received on:  _____

Check one:
New ☐  Transfer ☐  Readmitted ☐  Double ☐  Continuing ☐

---

Cleared and approved by:

Admissions        _____

Student Conduct   _____

Business Office   _____

Money Order/Cashier's Check
Enclosed   Yes ☐   No ☐
Forwarded

Business Office   _____

Payment can also be made in person using cash and/or credit/debit cards. Please make sure to print your name and address on the money order.

Approved for Housing:   Yes ☐  No ☐

By:   _____

Date:  _____

USA001286





**Haskell Indian Nations University**
155 Indian Ave, Lawrence, Kansas 66046-4800

| | |
|---|---|
| General information: | (785) 749-8404 |
| Website: | www.haskell.edu |
| Type: | 4-year, primarily associate's, Public |
| Awards offered: | Less than one year certificate |
| | Associate's degree |
| | Bachelor's degree |
| Campus setting: | City: Small |
| Campus housing: | Yes |
| Student population: | 789 (all undergraduate) |
| Student-to-faculty ratio: | 25 to 1 |

*View on Google Maps*

IPEDS ID: 155140
OPE ID: 01043800

⊟ GENERAL INFORMATION

⊟ TUITION, FEES, AND ESTIMATED STUDENT EXPENSES

⊟ FINANCIAL AID

⊞ NET PRICE



| | |
|---|---|
| TOTAL ENROLLMENT (ALL UNDERGRADUATE) | 789 |
| Undergraduate transfer-in enrollment | 63 |

ATTENDANCE STATUS

3% Part-time
97% Full-time

STUDENT GENDER

40% Male
60% Female

STUDENT RACE/ETHNICITY

100%

| American Indian or Alaska... | Asian | Black or African American | Hispanic/ Latino | Native Hawaiian or other... | White | Two or more races | Race/ ethnicity unknown | Non-resident alien |
|---|---|---|---|---|---|---|---|---|
| | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |

UNDERGRADUATE STUDENT AGE          UNDERGRADUATE STUDENT RESIDENCE

USA001287



- Residence data are reported for first-time degree/certificate-seeking undergraduates, Fall 2018.

UNDERGRADUATE DISTANCE EDUCATION STATUS

- Haskell Indian Nations University does not offer distance education courses at this time.

ADMISSIONS

RETENTION AND GRADUATION RATES

OUTCOME MEASURES

PROGRAMS/MAJORS

SERVICEMEMBERS AND VETERANS

VARSITY ATHLETIC TEAMS

ACCREDITATION

CAMPUS SECURITY AND SAFETY

COHORT DEFAULT RATES

English | Español | About | Search Plug-in          College Navigator Home | College Costs | Prepare | Financial Aid | Careers

IES ∴ NCES  **National Center for Education Statistics**

Explore the Institute of Education Sciences

| IES | IES Centers | IES Policies and Standards | Additional Resources |
|---|---|---|---|
| Home | NCEE | Public Access Policy | ERIC |
| About | NCER | Privacy and Security Policies | Sitemap |
| Publications | NCES | NCES Statistical Standards | Organizational Chart |
| Data | Home | Peer Review Process | |
| Funding | About | ED Data Inventory | |
| News | Programs | | |
| | Data | Contact Us | |
| | Data Training | | |
| | School Search | **U.S. Department of Education** | |
| | News | | |
| | Kids' Zone | | |
| | NCSER | | |

| | |
|---|---|
| **From:** | Joshua Falleaf |
| **To:** | Wyllie, Sandra Y - Texas City, TX - Contractor; Joshua.Falleaf@bie.edu |
| **Subject:** | RE: Declaration |
| **Date:** | Tuesday, January 19, 2021 10:36:00 PM |
| **Attachments:** | Falleaf Declaration 1-19-21 Revised and Amended.pdf |

My apologies for being so late, but here is the updated version, to clarify and provide exact information. Given a bit more time, I'm certain that I could find the original communication from Acting VPA Dr. Rains. Since I couldn't quickly do that, I've attached a follow-up that responds to LeValdo and Nally concerning this decision in particular to its affect on the Indian Leader, in accordance with the court's decision.

I hope this provides the clarity I wasn't able to provide in our conversation today. Of course, if you have any further questions, I'm happy to answer to the best of my ability. Thanks so much.


Joshua Falleaf
Acting Dean
College of Humanities and Arts
Haskell Indian Nations University


-----Original Message-----
From: Wyllie, Sandra Y - Texas City, TX - Contractor <Sandra.Y.Wyllie@usps.gov>
Sent: Tuesday, January 19, 2021 12:33 PM
To: Joshua.Falleaf@bie.edu; Joshua Falleaf <jfalleaf@HASKELL.edu>
Subject: Declaration
Importance: High

?Hello, Mr. Falleaf - the Declaration is attached.  Please review, make any changes you would like, initial the bottom right-hand corner of all pages, sign and date the last page, and scan/email to me.  Also, please provide the documents we discussed.


Thank you.

Sandy Wyllie, SPHR
EEO Complaints Investigator
5006 Allen Cay Dr.
Texas City, TX  77590-1406
Phone: 409-229-7141 or 832-865-4228
Fax: 650-577-4357

CONFIDENTIALITY NOTICE: This electronic transmission and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient or the person responsible for delivering the transmission to the intended recipient, please be advised that you have received this electronic mail in error and that any use, dissemination, forwarding, printing, or copying of this electronic mail is strictly prohibited by law. If you have received this in error, please immediately notify the sender by return e-mail at Sandra.Y.Wyllie@usps.gov or by telephone at 409-229-7141.

USA001289

**DECLARATION OF <u>JOSHUA LEVI FALLEAF</u>**

**Title:     Acting Dean, College of Humanities and Arts, Instructor of English (position of record)**
**Location:   Haskell Indian Nations University, Lawrence, Kansas**
**Date of Interview: January 19, 2021**
**Case Number: DOI-21-HCI-011-BIA**

I, **Joshua Levi Falleaf**, hereby make this Declaration.

I understand that I am making this statement under penalty of perjury; that it is the equivalent of a sworn statement made under oath; and that it may be filed in proceedings in accordance with or before the Merit Systems Protection Board (MSPB) or the Equal Employment Opportunity Commission (EEOC), in the grievance process or before an Arbitrator, in court, or in any other similar proceeding. This statement is voluntary, and no promises of any kind have been made to me and I have not been subjected to any threatening or coercive behavior for the purpose of obtaining this declaration. I understand that this declaration is part of an official management investigation and that this investigation is not part of the Equal Employment Opportunity (EEO) process.

1.     This interview and the subject matter discussed, including the identity of the individuals mentioned are confidential in nature.  You should not discuss any information divulged during this interview with any other person.  Do you understand?

   **Response:**

   **Yes.**

2.     For the record, please state your full name.

   **Response:**

   **Joshua Levi Falleaf**

3.     Please state your:

   Address:

   **155 Indian Ave.**
   **Lawrence, KS  66046**

Initials

USA001290

DOI-21-HCI-011-BIA
Declaration – Joshua Falleaf
Page 2

Telephone Number:

**785-813-5915**

Email Address:

jfalleaf@haskell.edu

4.   Please identify your position with Haskell Indian Nations University.

**Response:**

**Currently Acting Dean, College of Humanities and Arts. My position of record is Instructor of English.**

5.   How long have you held this position?

**Response:**

**I became an Instructor in the spring of 2012. I became Acting Dean in about 2014. I returned to being an instructor for a couple of years, but I returned to Acting Dean.**

6.   How long have you been with the Agency?

**Response:**

**Since spring of 2012. I was a contractor for one or two semesters when I provided parttime teaching, adjunct work.**

7.   Please identify your role and responsibilities associated with the Indian Leader newspaper.

**Response:**

**I supervise the faculty Advisor, Rhonda LeValdo.**

8.   Did you replace Rhonda LeValdo as Advisor for the Indian Leader?

**Response:**

**There was a short time in the summer 2020, when there was a Directive for faculty to focus on their teaching. This was our first fully online semester following the emergency transition we made in the Spring. There was a lot of**

Page 2|5

Initial_____

DOI-21-HCI-011-BIA
Declaration – Joshua Falleaf
Page 3

training and preparation. **Dr. Rains issued a Directive that all faculty, and their advisor roles to any student clubs – as well as other duties, needed to be nullified for the time being to prepare for classes. I believe the directive was temporary for a month or two. This was my reading of it. I replaced Ms. LeValdo during this time.**

9.   Are you aware of a Directive dated October 16, 2020, that Dr. Graham sent to Mr. Nally?

**Response:**

**I am.**

10.  Did you have any involvement or input into the decision to send the Directive to Mr. Nally? If so, describe your involvement or input in detail.

**Response:**

**I did not.**

11.  Do you know why Dr. Graham sent the Directive to Mr. Nally? If so, explain in detail why.

**Response:**

**I believe the President felt Mr. Nally was overstepping or presenting Haskell in an unfairly bad light and wanted to correct that, but that's only my perception from the outside. That was my reading of the directive. There was concern about Mr. Nally's ongoing harassment of Vice President Tonia Salvini in some of her public roles within the community. He tried to clarify that the Indian Leader is not entitled to certain information, but it can be provided to any who use and represent it accurately. I think it was to make Nally understand he was a student, and he had to uphold certain code of conduct and journalistic ethics. That was my interpretation. However, I don't think it was expressed particularly well.**

12.  Did replacing Ms. LeValdo as Advisor to the Indian Leader have anything to do with the Directive Dr. Graham sent Mr. Nally or the incidents that occurred that resulted in the Directive being issued?

**Response:**

**No. The replacing of Advisers was campus-wide. I don't have readily available the initial communiqué, but the follow-up clarification with Mr. Nally and Ms. LeValdo – included – dates from July 31, 2020. President Graham's**

Page 3 | 5

Initial

USA001292

DOI-21-HCI-011-BIA
Declaration – Joshua Falleaf
Page 4

memo/directive to Mr. Nally dates Oct. 16, 2020, which was written and issued on his own timeline, in conjunction with whoever he was seeking guidance from at the time. The July 31st (really earlier) directive was made to streamline faculty focus on the delivery of their online classes. The President made his October 16th, 2020 directive without my knowledge or input. So I can't speak to his motivation or purpose. The intersection of these matters are not matters to which I am aware.

13. Have you attended training regarding anti-harassment?  If so, state the date(s).

    **Response:**

    **Yes. The typical BIE or DOI Talent training that we do annually.**

14. Are you aware of the school having an anti-harassment policy?

    **Response:**

    **Yes.**

15. Is the policy posted anywhere on the school property?  If so, state where it is posted.

    **Response:**

    **I believe it is on the website.**

16. Are you aware of anyone else who may have information relevant to the issues we have discussed?  If so, identify them by first/last name and position, and describe in detail what relevant information you believe they have.

    **Response:**

    **Dr. Graham, Dr. Rains, Ms. Salvini, Mr. Nally.**

17. Do you any additional information or documents that might be relevant to the issues referenced in this matter or that may be helpful in this investigation?  If so, please provide the information and/or copies of the documents with an explanation of each.

    **Response:**

    **The Directive regarding faculty temporarily not having Advisor roles with school student organizations/clubs.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  This declaration, including this page, consists of  **5**  pages.

Page 4|5

Initial ___

**DOI-21-HCI-011-BIA**
**Declaration – Joshua Falleaf**
**Page 5**

_Joshua Falleaf_
_____
Declarant's Signature

_Acting Dean, College of Humanities and Arts_
_____
Position

_January 19, 2021_
_____
Date

Page 5|5

Initial_____

USA001294

## Joshua Falleaf

| | |
|---|---|
| **From:** | Jim Rains |
| **Sent:** | Friday, July 31, 2020 4:16 PM |
| **To:** | Rhonda Levaldo; Jared Nally |
| **Cc:** | Joshua Falleaf; Mona Franklin |
| **Subject:** | Teaching, summer work, and the Indian leader |

Rhonda and Jared,
By directive, all Haskell faculty have been asked to focus exclusively on preparation for teaching online this fall, program reviews, Blackboard training, and other University business; no faculty is excluded from this directive. Teaching is the University's core mission. In a related matter, per the The Settlement Agreement between the University and *The Indian Leader* (United States District Court For the District of Kansas. Entered September 11, 1989), the University holds the exclusive right to appoint a Faculty Adviser to "assist students in the publication of the Indian Leader" (p. 5). The Settlement Agreement and the Plan of Operation contain no language granting students the right to select the Faculty Adviser. As in the recent past, Haskell's current administration is indifferent to how *The Indian Leader* chooses its own student leadership and it remains generally disinterested in its editorial content -- and it has at no point demonstrated any attempt to "censor, edit or modify the contents of the Indian Leader" (p. 1). I hope this email clarifies any ambiguity on your summer duties, Rhonda, with respect to this matter. If you have any questions regarding these two points, either I or Josh Falleaf, your current supervisor, would be more than happy to respond.

**Jim Rains, Ph.D.**

Acting Vice President of Academics
Haskell Indian Nations University
155 Indian Avenue
Lawrence, KS 66046



Phone: (785) 749-8494

1

USA001295

| | |
|---|---|
| **From:** | Jim Rains |
| **To:** | The Indian Leader |
| **Cc:** | Stephen Prue; Rhonda Levaldo; Joshua Falleaf |
| **Subject:** | RE: Indian Leader Volume 123 Issue 3 |
| **Date:** | Wednesday, April 15, 2020 3:05:47 PM |

Jared,

Rhonda LeValdo, faculty advisor to the Indian Leader, can provide you with the long, complicated history of Haskell's student publication. It's an important history, and it will explain the autonomy that the Indian Leader fought hard to retain at a time when an administration sought to suppress it. Since that time, Haskell's administration has respected the autonomy of the publication and has never attempted, rightfully so, to exercise supervisory control or censorship over the writing, editing, production, and management of the newspaper. Ms. LeValdo and I have had several conversations about this on a variety of occasions and she can clarify many of your questions. Please know that we sympathize with your challenges during this difficult time, and we continue to support your journalistic efforts -- and your independence. All official messaging from the University originates within the President's Office, and all official messaging is subject to approval from BIE's Central Office. We are compelled to abide by that directive. We believe that distributing the Indian Leader, inasmuch as we cannot verify the accuracy of the reporting and the facts that you report (which we would never attempt to do at any time), would be in violation of the guidance we have received for disseminating University information. We in no way oppose the distribution of the Indian Leader -- and we encourage you to continue to provide information to Haskell students and that you find alternative means for its circulation -- however, we cannot accommodate your request. I ask for your understanding in this matter.

**Jim Rains, Ph.D.**

Acting President
Haskell Indian Nations University
155 Indian Avenue
Lawrence, KS 66046

Phone: (785) 749-8494

**From:** The Indian Leader [ PII ]
**Sent:** Wednesday, April 15, 2020 2:28 PM
**To:** Jim Rains
**Subject:** Re: Indian Leader Volume 123 Issue 3

aya Dr. Rains,

Thank you for your response. Could you please clarify a few of your points.

1. If we are not an official publication of Haskell Indian Nations University then why was our PDF sent to the BIE's Central Office for review when that is only necessary for HINU statements? Is this done for other releases from other organizations, for example when Prue distributes pdf's from other campus clubs or non-haskell affiliated organizations — unsanctioned clubs like the language revitalization club and Fort Scott National Historic Site, if these organizations can have accesses to students sending unofficial publications through Prue, is it a censorship problem that ours is being singled out to not be forwarded?

2. If Haskell has not played a role in sending the Indian Leader out, how is that Prue sent an email out for Volume 123 Issue 2, our previous issue?

3. "Haskell's administration has no role in the writing, editing, supervision, or publication of any outside publication it's been forwarding from other organizations, why is this the concern

USA001296

for our publication? I'm not asking the University to assume responsibility for the content just like it does not assume the responsibility of events it forwards that are not campus sponsored events. I'm also aware of the legal history of the University with regards to censorship of the Indian Leader.

I would like the clarification on the above, but also would recommend that if it would assist in get to students getting a copy of the Indian Leader, the oldest Native American student newspaper and a pride to HINU, could there not be a disclaimer in the email forwarded to students that states this the following document has not been prepared by the University and is not an official statement? An additional request is to receive a student directory with names and emails since directory information is not protected by FERPA and would allow the Indian Leader to send out it's publication through our own email server.

I hope the additional clarity will help us work with and feel supported by our university

neewe,
.-Jared Nally, Editor


On Wed, Apr 15, 2020 at 12:31 PM Jim Rains <jrains@haskell.edu> wrote:
Jared,
We forwarded your request to distribute the Indian Leader in PDF form to the BIE's Central Office. We have been advised against complying with your request for the following reasons:

- Although the Indian Leader is a student activity, it is not an official publication of Haskell Indian Nations University. All official University messaging must be submitted to BIE's Central Office for review prior to release.
- Historically, Haskell University does not play a role in distributing the Indian Leader; therefore, it is not advisable to do so at this time.
- Haskell's administration has no role in the writing, editing, supervision, or publication of the Indian Leader; therefore, it is not in a position to verify the accuracy of the information contained within it--and we cannot, as a University, assume responsibility for its content. Please refer to Ms. LeValdo's knowledgeable account of the history and legal standing of the Indian Leader as a student newspaper.

We regret that we cannot assist you with distribution, and we continue to wish you and your fellow students the very best in the continued success of your newspaper.

**Jim Rains, Ph.D.**

Acting President
Haskell Indian Nations University
155 Indian Avenue
Lawrence, KS 66046

Phone: (785) 749-8494

**From:** The Indian Leader [ PII ]
**Sent:** Wednesday, April 15, 2020 11:13 AM
**To:** Stephen Prue; Jim Rains
**Cc:** Rhonda Levaldo
**Subject:** Indian Leader Volume 123 Issue 3

USA001297

aya Mr. Prue,

This is my third request for you to please send out a student email with the latest issue of the Indian Leader to students. The document is attached and I hope you'll give the Indian Leader the same consideration for distributing our information as you have with done with student government and healing week who you've distributed information since my first request.

-Jared Nally, Editor

USA001298

**From:**      Jim Rains
**To:**        Rhonda Levaldo; Jared Nally
**Cc:**        Joshua Falleaf; Mona Franklin
**Subject:**   Teaching, summer work, and the Indian leader
**Date:**      Friday, July 31, 2020 4:15:48 PM

Rhonda and Jared,

By directive, all Haskell faculty have been asked to focus exclusively on preparation for teaching online this fall, program reviews, Blackboard training, and other University business; no faculty is excluded from this directive. Teaching is the University's core mission. In a related matter, per the The Settlement Agreement between the University and *The Indian Leader* (United States District Court For the District of Kansas. Entered September 11, 1989), the University holds the exclusive right to appoint a Faculty Adviser to "assist students in the publication of the Indian Leader" (p. 5). The Settlement Agreement and the Plan of Operation contain no language granting students the right to select the Faculty Adviser. As in the recent past, Haskell's current administration is indifferent to how *The Indian Leader* chooses its own student leadership and it remains generally disinterested in its editorial content -- and it has at no point demonstrated any attempt to "censor, edit or modify the contents of the Indian Leader" (p. 1). I hope this email clarifies any ambiguity on your summer duties, Rhonda, with respect to this matter. If you have any questions regarding these two points, either I or Josh Falleaf, your current supervisor, would be more than happy to respond.

**Jim Rains, Ph.D.**

Acting Vice President of Academics
Haskell Indian Nations University
155 Indian Avenue
Lawrence, KS 66046

Phone: (785) 749-8494

USA001299

| | |
|---|---|
| **From:** | Jeri Sledd <jsledd@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/21/2021 3:23:07 PM |
| **Subject:** | [EXTERNAL] Fw: Followup NAJA Check |
| **Attachments:** | 2020-2021 Plan of Operations.pdf |

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

*Jeri Sledd*
Student Bank

**Bureau of Indian Education**
U.S. Department of the Interior
155 Indian Avenue
Lawrence, KS  66046
Office Phone: 785-749-8435

---

**From:** Jared Nally [_____PII_____]
**Sent:** Thursday, September 3, 2020 9:29 PM
**To:** Jeri Sledd <jsledd@HASKELL.edu>
**Subject:** Re: Followup NAJA Check

Thank you Jeri!

One last thing for the week, We've had our first meeting of the semester and elected officers. I've attached our Plan of Operations below, can I get a pdf of the signature card to sign for sanctioning?

Thank you!
-Jared Nally


On Sep 3, 2020, at 1:51 PM, Jeri Sledd <jsledd@haskell.edu> wrote:


This check was given to the post office today. You can contact Althea to arrange a pick up time.

Jeri

---

**From:** Jeri Sledd
**Sent:** Tuesday, September 01, 2020 3:13 PM
**To:** Jared Nally
**Cc:** Rhonda Levaldo
**Subject:** RE: Followup NAJA Check

I have not and I apologize. I will have this cut tomorrow and you can make arrangements with Althea to pick it up. I will

notify you when it has been completed and in the Indian Leader mailbox.

Jeri

---

**From:** Jared Nally [⌐ PII ⌐]
**Sent:** Tuesday, September 01, 2020 11:28 AM
**To:** Jeri Sledd
**Cc:** Rhonda Levaldo
**Subject:** Followup NAJA Check

aya Jeri,

I'm reaching out since it's been two weeks since we were last in contact, and I have not received a check for NAJA in the mail. Please let me know if you have cut the new check and mailed it and when I should expect to receive it, or if that has not been completed, at this time I would prefer to schedule a time/means to pick up the check on campus. This could be done while checking and picking up any mail for Indian Leader with Althea.

Please follow up with me on the status of the check.

neewe,
-Jared Nally

On Aug 18, 2020, at 3:13 PM, Jeri Sledd <jsledd@haskell.edu> wrote:

Jared,

I appreciate the apology. I will cut a new check and all I need is your mailing address and I will send it to you directly to mail out.

Jeri

---

**From:** Jared Nally [⌐ PII ⌐]
**Sent:** Tuesday, August 18, 2020 9:35 AM
**To:** Jeri Sledd
**Subject:** Re: IMPORTANT: Immediate Payment Needed for NAJA Awards

Good Morning Jeri,

Sorry it's taken a couple days to get back to you and apologize about the misunderstanding about the check for NAJA. I'm sorry I assumed the bank had not cut the check, I had not be cc'd on any responses to indicate that it had been taken care of.

I've been connecting with the other parties involved with the check, and unfortunately it remains unaccounted for. At this time, can I ask for that check to be voided/canceled and another one reissued — $430 to the Native American Journalists Association.

It was also my misunderstanding that the bank would be mailing all checks, not just the student checks as a social distancing measure. I moved back to Lawrence this weekend and could pick up the check from the bank if a time is scheduled, I could provide my mailing address if it needs to come to me that way, or our association is happy to compensate postage and a small processing fee if that's what's necessary for the bank to send the check directly to the recipient.

USA001301

I would also like to request a bank statement for our account.

neewe,
-Jared Nally, Editor

On Aug 11, 2020, at 3:10 PM, Jeri Sledd <jsledd@haskell.edu> wrote:

All checks have been cut for the Indian Leader. It is not the Student Banks responsibility to mail out your financial obligations other than to the students.

I'm not in the office at this time, but I will check on the status of this check tomorrow.

In the future, please refrain from telling this office what its responsibilities are and when said items should be completed.

Thank you for your patience during this difficult time.

Jeri

---

**From:** Jared Nally      **PII**
**Sent:** Tuesday, August 11, 2020 2:35 PM
**To:** Jeri Sledd; Brenda Racehorse; jsledd@bie.edu
**Cc:** rebeccalandsberry@naja.com
**Subject:** IMPORTANT: Immediate Payment Needed for NAJA Awards

Jeri:

July 25th, an invoice to be paid to the Native American Journalists Association (NAJA) in the sum of $430 was sent to you by our treasurer Jamie Colvin and approved by our Advisor Rhonda LeValdo. As of today, NAJA has not received the payment.

I need immediate confirmation that you've received this email and confirmation that a check in the sum of $430 has been or is being sent to:

Native American Journalists Association
395 W Lindsey St.
Norman, OK 73019 US

I will be following up tomorrow if I do not hear from you. It is critical that this invoice be paid and that you complete your fiduciary responsibility to the Indian Leader.


- Jared Nally,
Editor, the Indian Leader


Attachments: NAJA Invoice

**From:** Jamie Kay [j      **PII**
**Sent:** Thursday, June 25, 2020 4:11 PM
**To:** jeri.sledd@bie.edu; Jeri Sledd
**Cc:** The Indian Leader; Jared Nally; Rhonda Levaldo
**Subject:** Indian Leader

USA001302

Hesci,

Indian Leader has participated in the NAJA competition for this year. I wanted to send you the invoice from NAJA. The invoice itself will be attached to this email. I really appreciate this and I have CC'd Rhonda to this email so she may approve of this action. I was also wanting to know if you received the last email regarding the payroll for the Fourth issue? I would love to give an update to our staff and writers. I look forward to hearing from you and I appreciate your time.

Best,
Jamie Colvin, Treasurer

USA001303

**The Indian Leader Association 2020-2021 Plan of Operations**

The Indian Leader Association

Haskell Indian Nations University

USA001304

Article 1: Name

The Indian Leader Association.

Article 2: Purpose

### Section 1: General Purpose

The purpose of the Indian Leader Association is to provide a media outlet to serve the Haskell Indian Nations University campus and the local community by connecting mainstream or local news and cultural issues across Indian Country to the Haskell campus and community. The Indian Leader, the oldest Native American student newspaper, is an independent student media outlet of Haskell Indian Nations University and will also serve the student body by communicating important information that impacts student academics and campus life.

### Section 2: Responsibilities

The Indian Leader will produce a minimum (5) issues per semester unless authorized by the Indian Leader Association Executive Board (consisting of consensus ruling) and authorized by the Indian Leader Association Advisor.

### Section 3: Goals

The goals of the Indian Leader Association will be to seek the truth and report the facts for the betterment of Haskell Indian Nations University and its students, to promote Native American issues and provide an outlet for those stories to be told, and to provide Haskell Indian Nations University with accurate reporting while maintaining awareness of journalism ethics and standards.

Article 3: Faculty Advisor

### Section 1: Appointment

To assist students in the publication of The Indian Leader newspaper, One or more faculty advisors may be appointed by Haskell Indian Nations University from a nomination selected by the Indian Leader Association (majority vote). Should Haskell Indian Nations University find a nominee unfit for the role of Faculty Advisor, a formal reason shall be provided in writing to the Indian Leader Association with a request to select another nominee.

USA001305

Section 2: Role

The faculty advisor may freely advise and instruct student editors and reporters in the subject of journalism and relevant professional standards, comment and critique the product of student journalists, and offer fiscal and technological guidance to the Indian Leader Association. The advisor may provide what assistance is needed to produce the Indian Leader newspaper.  A faculty advisor may make non-binding recommendations to the student editors, which the student editors may, at their sole discretion, take into consideration in the free exercise of the independent editorial judgment. Although a faculty advisor of the Association may freely offer advice or assistance to the student members of the Association, neither the faculty advisor nor other Haskell officers or employees have the right to censor, modify in any way, the content the Association produces.

Section 3: Removal

The Indian Leader Association may petition to have a Faculty Advisor removed from their role through a majority vote and written appeal submitted to Haskell Indian Nations University. Should Haskell Indian Nations University deny the petition request, a formal reason shall be provided to the Indian Leader Association in writing.

Article 4: Membership

Section 1: Staff Writer

Paragraph 1: Definition

Staff Writers are the voting membership of the Indian Leader Association.

Paragraph 2: Eligibility

Eligibility to be a Staff Writer requires (a) current enrollment at Haskell Indian Nations University, (b) "good academic and social standing" as determined by the Code of Student Conduct, and (c) must inform the Association, orally or in writing, of an intention to become a member of the Association.

Paragraph 3: Revoking Membership

USA001306

In the event that any member fails to attend three consecutive meetings of the Association, without excused absence, that person may be removed from the membership rolls of the Association by majority vote.

Section 2: Non-members

Non-members may still contribute and be compensated by the Indian Leader Association, but will not retain the voting rights of Staff Writers. For non-member contributions to be compensated, the non-member is still required to be a current student at Haskell Indian Nations University.

Article 5: Meetings

Section 1: First Meeting of the Semester

At the beginning of each semester, the Association shall decide upon a day, time and place for such regular weekly meetings. Once the day, time and place has been decided by the Association and notice of such has properly been conveyed to the public, no further notice shall be required for the Association to conduct business at such regular weekly meetings.

Section 2: Weekly Meetings

Meetings of the Association shall be held weekly and will be open to all Haskell students and to the public.

Section 3: Non-Weekly Meetings

Any meeting of the Association not held on the day, time and place of the regular weekly meeting may be properly convened only upon two days' prior written notice. Such notice shall be made to the Association by posting an announcement.

Article 6: Voting

Section 1: Quorum

Quorum shall be established by a majority attendance of Staff Writers.

Article 8: Editorial Board

Section1: Definition

USA001307

The Editorial Board of the Indian Leader Association shall include an Editor-In-Chief, Assistant Editor, Distribution Manager, and Secretary/Treasurer.

Section 2: Eligibility

Members of the Editorial Board must maintain "good academic and social standing," as defined by the Code of Student Conduct. Decisions made at duly convened meetings of the Association are binding on members.

Section 3: Term

Each position of the Editorial Board shall serve a term equivalent to one academic year. All terms will be up for re-election on the first convened meeting of the Fall semester.

Section 4: Duties

Paragraph 1: Editor-In-Chief

The Editor-In-Chief is responsible for (a) directing and supervising all Indian Leader functions, (b) setting semester deadlines with faculty advisor, (c) scheduling and conducting weekly staff meetings, (d) updating dummy sheet for layout (e) chief reading all copy before web and print publication, (f) checking stories for legal and ethical concerns, (g) keeping track of Freedom of Information Act Requests (h) sending final copies to printer, (i) reviewing and approving payroll, (j) managing administrative accounts (e.g. website),  and (k) representing The Indian Leader on campus and in the community. The Editor-In-Chief will also be President of the Haskell NAJA Student Chapter. The Editor *may not vote* during business meetings and will only vote during a tie breaker.

Paragraph 2: Assistant Editor

The Assistant Editor is responsible for (a) supporting the Editor in all Indian Leader functions and tasks, (b) performing second reads on all copy before web and print publication, (c) designing newspaper layout, (d) supports Editor-In-Chief with administrative accounts (e.g. website), (f) facilitate the fundraising opportunities for the Haskell NAJA Student Chapter as they arise, and (g) Responsible for any Editor duties in his/her absence.

Paragraph 3: Distribution Manager

USA001308

The Distribution Manager manages all distribution of Indian Leader Association content to the public. Responsibilities involve (a) managing social media and website accounts, (b) posting and monitoring digital content, and (c) coordinating circulation and newspaper delivery on campus when classes are held on campus. Locations for Distribution - Navarre Hall: Post office area, student bank area, admissions, Haskell Foundation offices, the President's office, the Registrar's office, the VP of Academics office, and financial aid; Coffin Sports complex; Sequoyah Hall: The Student Success Center, Dean's office (across the hall from SSC) math department (north end of building), and science department (middle, east side); Ross Hall: humanities office, tables on both sides of building, Dean's office, and offices in far NE corner of building; Pontiac Hall; Parker Hall-Lobby area, department of education offices, and AIS wing; Tam-i-nend Hall; Winnemucca Hall; Blalock Hall; Roe Cloud Hall; Curtis Hall; Tommaney Hall: including technology center and common areas; Blue Eagle Hall; Pocahontas Hall; Minoka Hall; Winona Hall; Stidham Union; Osceola-Keokuk Hall; Tecumseh Hall-Student Activities and Alumni Association room downstairs.

Paragraph 4:

The Secretary/Treasurer will work with the Editor to help keep the Indian Leader Association on budget by maintaining financial records as well as providing accurate accounts of each meeting. Secretary/Treasurer responsibilities includes (a) providing financial report at each meeting, (b) providing meeting minutes (minutes should be prepared and posted to the Indian Leader Google drive within 2 days of each meeting), (c) maintaining Indian Leader Gmail providing staff with a report of the activity of each at meetings or as needed, (d) maintaining Google drive documents, (e) receiving and tracking advertising payments, and (f) managing payroll. Payroll management as follows (a) The Editor will submit a final copy of the newspaper to Secretary/Treasurer upon submission to printer, (b) Secretary/Treasurer will submit prepared payroll to Editor or Assistant Editor for approval (c) Once approved, Secretary/Treasurer will initiate meeting to vote on payroll, (d) Secretary/Treasurer will obtain Advisor's signature and submit payroll to the student bank, (e) Once checks are picked up from the bank, Secretary/ Treasurer will notify check recipients via email or Indian Leader staff Facebook page of where/when to get checks, (f) ensures mail is picked up from the post office and delivered to the Indian Leader office before each weekly meeting.

USA001309

Section 5: Vacancies

In the event that an Editorial Board position becomes vacant,  an election shall take place at the next Indian Leader Association meeting. Editorial Board members may be a candidates for the vacant position, and if elected, nominations will continue to to fill the newly vacated position. Positions resultant from vacancies will not serve a full academic year, and will come up for re-election on the first convened meeting of the fall semester.

Article 9: Compensation and Awards

Section 1: Editorial Board

The Editorial Board shall be compensated $50 each issues of the Indian Leader for the completion of their duties described in Article 8 Section 4.

Section 2: Content

The Indian Leader Association provides compensation for the following:

- Articles, web or print: $0.10 per word.
- Photos:  $5.00 per underlined(published) photo with the max limit of 3 per article. Rate includes photos published on social media. Payee must be owner of all photos provided.
- Comics: $15 per comic strip.
- Photo Collages: $15.00 with permission only.
- Other social media content:  $15.00 per published submission of original (this means created by you) creation of video, podcast, radio, audio, or infographic. Content will be reviewed on a case-by-case basis.

Article 10: Accounts & Property

Section 1: Accounts

The financial backing of the Association is kept within the Haskell Student Bank and must follow banking procedures of the institution. The organization must follow banking policies under the supervision of the Haskell Student Bank. The monetary budget must reflect only with supplies, events, newspapers, magazines or a direct cost of the Indian Leader Association and not a subsidiary group or division. The Indian Leader Association receives ⅓ of the Student Activity Fee which is divided among other groups (Student Activities ⅓ and Campus Activities Association ⅓). The money set forth toward the

USA001310

Association will be authorized for withdrawal under the supervision of the Haskell banking staff.

Section 2: Use of Funds

Paragraph 1: Direct Costs

Funds for the operation of *The Indian Leader* will be used for the following: invoices, office supplies, payroll, campus events conducted or sponsored by The Indian Leader Association, and other operational expenses.

Paragraph 2: Reimbursement

Requests for reimbursement will be considered, but as a general rule, requests for funds should be submitted in advance through executive staff vote, recorded in meeting minutes, and submitted to Haskell bank for withdrawal.

Paragraph 3: Fund Responsibilities

The individual staff member who signs for bank withdrawals will be the responsible party for the full amount of funds that includes returning receipts and unused funds.  Discrepancies will be the sole responsibility of the individual handling the monies.  Failure to return receipts and unused funds, regardless of whether  the individual has left campus at the close of the semester, will result in a hold being placed on the responsible party's student account until funds/receipts are returned.

Section 3: Property

Paragraph 1: Use

The Indian Leader Association will allow its active members with the use of equipment: cameras, voice recorders, etc. However, if the student does not return the property of the Indian Leader Association then the penalty amount (value of the equipment) will be charged to the student's account via the Haskell Business Office, with the approval of the Indian Leader Association advisor(s).

Paragraph 2: Misuse

There will be no misuse of the equipment which is the sole property of the Indian Leader Association, under the supervision of the Indian Leader Executive Board.

USA001311

If there is a discrepancy of misusing equipment or the mistreatment of a fellow member, then the student breaking the procedures of the Association will revoke his/her membership (with the authority of the Editor and Assistant Editor, only) and will be asked not to participate the rest of the fiscal academic year.

Article 11: News Room Policy

Section 1: Newsroom and Management Guidelines

The publication titled "The Indian Leader Newsroom and Management Guidelines" (Appendix A) will be policy for The Indian Leader newspaper. The Indian Leader operates in the same capacity as a business; therefore, everyone will be accountable for following regulations and procedures.

Section 2: NAJA Chapter

The Indian Leader Association is also under the Haskell NAJA (Native American Journalists Association) Student Chapter. The Haskell NAJA Student Chapter allows each branch to use money obtained for the chapter for supplies related to each identified field: Indian Leader (print), Haskell News (video/multimedia).

Section 3: Non-compliance

If an Indian Leader Association Executive Officer does not follow the procedures of the Association, then a majority vote of the active members will take place (nominated by the Advisor, only).

Article 12: Rights & Responsibilities

Section 1: Rights

The Indian Leader Association is published by the students of Haskell Indian Nations University. The newspaper exercises their individual rights to free speech and freedom of the press, guaranteed by the First Amendment Rights have been expressly recognized as rights, which individual students enjoy who attend Bureau of Indian Affairs school in Part 42 of Title 25 of the Code of Federal Regulations, Students' Rights and Due Process Procedures, 25 C.F.R. 42.3 (e)-(f) (1998). These basic rights have also been reaffirmed in Part II of the Code of Student Rights and Responsibilities of Haskell Indian Nations University (1998).

Section 2: Responsibilities

The Indian Leader Association holds responsibilities outlined in 1989 settlement agreement with Haskell Indian Nations University (Appendix B).

Article 13: Amendments

Section 1: (This section intentionally left black for future amendments.)

USA001313

**Appendix A**

**The Indian Leader**

**Newsroom Policy and Management Guide**

Credits: The policy and management guide is adopted from *The University Daily Kansas* with permission and modified for *The Indian Leader.* Thanks to the *Kansas* for their input and direction.

USA001314

# The Indian Leader

# Newsroom Policy and Management Guide

## Introduction

Welcome to The Indian Leader. The Indian Leader Newsroom Policy and Management Manual is developed to help orient students, faculty, staff, and others in the management and production of The Indian Leader.

The Indian Leader Newsroom Policy and Management Guide was approved in the Spring of 1993 by the Indian Leader Association, publishers of the Indian Leader and the Haskell Yearbook — last updated 2020.

The Indian Leader is edited and published by students at Haskell Indian Nations University for the purpose of promoting the free and informed debate and discussion of (1) topics of special interest to HINU students and alumni, (2) issues of special importance to Native Americans generally, and (3) all newsworthy topics and public issues of general interest to American citizens. The Haskell Yearbook is edited and published by students at Haskell Indian Nations University for the purpose of maintaining records of the previous year's events.

The Indian Leader Association is committed to improving the ability of Native Americans to determine their own destiny by providing an open public forum in which all concerned citizens, regardless of race, creed, color, sex, religion or national origin, might freely discuss the important public issues of the day. The members of the Association believe that by providing a public forum, readers and contributors alike will improve their understanding of the true meaning of leadership, citizenship and democracy in contemporary American society through an open, honest and fair-minded exchange of views.

## Ethics and Policy

Standards of conduct for staff members of *The Indian Leader* are the same as those adhered to by any responsible professional newspaper. They are outlined here as guidelines that staff members are expected to follow. This policy manual does not describe every circumstance that could pose a problem. It does not answer every question that might arise. Instead, it is designed to establish general rules that editors, reporters and photographers are to use in reporting the news and producing the newspaper. Violation of these standards can be grounds for dismissal.

USA001315

**Advance Viewing:**

Outside review of copy, photographs or artwork is not permitted unless approved in advance by the editor. For some stories, such as those that involve complex scientific information, a knowledgeable source might be asked to verify the accuracy of specific elements of the story before it is published. An entire story should never be reviewed by someone outside *The Indian Leader* staff. Check with an editor or adviser about similar situations.

**Conflicts of Interest:**

The first obligation of staff members is to perform their assigned *The Indian Leader* duties. To do so, staff members, or anyone who writes for the *The Indian Leader,* must be free from any obligation to any interest other than the public's right to the distribution of news and enlightened opinion.

 Staff members should exercise great care before becoming involved in any political context beyond voting. Under no circumstances may a staff member work, for pay or as a volunteer, in political organizations or campaigns.

 If a relative or close friend is involved in any political activity, a staff member should tell the editors and refrain from covering or making news or editorial judgments about such a campaign or organization. Such precautions should be taken on all types of stories or photographs.

 Because of the nature of the *The Indian Leader* and its readership, student politics and campus political organizations are even more likely to create the appearance of partiality than traditional political organizations. Remember that the appearance of bias is devastating to the newspaper's credibility as is actual bias.

**Other conflicts:** An *Indian Leader* staff member may not work as a staff member, editor or contributor for any other publication or news service without the consent of the *The Indian Leader* editor. Staff members who wish to free-lance periodically for other publications also must seek permission from the editor. Any staff member who is found hiding his affiliation with another publication also must seek permission from the editor. Any staff member who is found hiding his affiliation with another publication will be dismissed.

Appearances on radio or television by *The Indian Leader* staff members may be permissible only if reported in advance to the editor. Remember, however, that only the editor may talk as a representative for *The Indian Leader.*

USA001316

**Gifts:** As journalists, the obligations of staff members are clear--gather and report the news with vigor and compassion and report it without prejudice. Staff members must not use their positions at *The Indian Leader* to obtain any benefit or advantage not afforded to the public generally. Staff members do not accept business-related gifts or favors, either at home or in the office.

Staff members should not accept free rooms, sample equipment or goods of any kind. Staff members may not accept free trips. Free tickets or access to events may be accepted, but only when special arrangements for the press are necessary. The press box at sporting events is an example. Editors are responsible for making certain that advantage is not being taken of certain situations. Friends or guests are not allowed to use Leader passes to events. *The Indian Leader* pays for tickets to entertainment events that staff members are reviewing. Books and records are accepted only as news releases and become the property of the *Leader.*

*Leader* members should not accept free meals or drinks. This does not mean that staff member cannot accept a cup of coffee or something that can be repaid later. Reporters should not, however, be "wined and dined" while pursuing a story. The cost of meals incurred in the course of gathering stories will be paid by the *Leader.* Generally, however, it is difficult to take accurate and complete notes while eating.

Any travel must be approved by the editor and the Association.

When in doubt, please follow the American Society of Professional Journalists code of ethics in the back of the booklet.

# Dealing with the public

Courteous and professional treatment is afforded anyone who telephones or walks into the newsroom.

**Telephone Etiquette:** When taking messages, be sure to get the correct name and phone number.

Also include your name, the time and date the message was received. The telephone is for business use only.  Do not leave this number for personal messages to be taken by any staff member or the faculty adviser.

**Complaints:** Complaints should be referred to the editor. If no editor is available, take a name and phone number and tell the person that an editor will call back. If a complaint is in any way abusive or if the staff member is threatened, write a short but thorough memo and give it to the editor.

USA001317

**Corrections:** The decision to run a correction is made by the editor. When the *Leader* incorrectly has reported a story or misidentified someone in a photograph, the editor will arrange for a correction to appear promptly. It may appear on Page 1 if the story was on Page 1. Otherwise corrections will appear on Page 2. When talking to someone who has a complaint, do not verify the mistake, blame anyone, agree with anything or promise anything. Do not give your personal opinion as to what should be done. Refer the person to those mentioned above. Any staff member who makes a mistake requiring a correction must fill out a correction form and turn it in to the editor.

**News Tip:** When readers call in with news tips or photo ideas, staff members are expected to treat them with courtesy. The *Leader* encourages readers to call or to stop by the newsroom when they have story ideas. It's a way for them to let the editors know what they want to see in the paper, and those ideas often turn into the best stories and photos. Listen patiently to callers, write down the tips and thank them for calling or stopping by the newsroom.

**Letters Policy:** The *Leader* accepts letters to the editor with the understanding that the editor may edit or reject the letters. When readers bring letters to the newsroom, make sure that the letter has a signature and a phone number.

# Police News and Obituaries

**Crime Stories:** In crime stories, description of the incident must be attributed carefully. Police records are protected in cases of libel, but they might be wrong nonetheless. Let readers know where the information came from. When the *Leader* reports that someone has been accused of a crime, the newspaper incurs the obligation to follow the case to trial and to its conclusion.

**Suspect Identification: The *Leader* does not identify suspects in crime stories unless the suspects have been charged in the court system.** An arrest does not mean a suspect has been or will be charged. Identify a person charged with a crime with age and address. Also, the term "alleged" should be used with care. "Alleged murderer" is libelous. A suspect's race or ethnicity should not be mentioned in a story unless the information is part of a detailed description including age, height, weight, attire, and distinguishing characteristics.

**Victim's Names:** The names of juveniles, rape victims and people who have attempted suicide are not published except in circumstances approved by the editor. Consult with the editor when naming the victims of any traumatic event or violent crime.

**Here are some guidelines that staff members should use to determine whether a victim's name should be used.**

**Living or dead.** Did the victim die, or is he or she still living? If the victim survived, it is probably not a good idea to use the name, especially if it was a private individual in a common type of traumatic event. If the victim died, it lends more weight to using the name(as in an obituary).

**Juvenile or adult.** Kansas law protects the identity of juveniles involved in criminal proceedings. The same kind of protection should be given to juveniles involved in traumatic events.

**Prominence/public figure.** Is the person well known? In what context: national, regionally or locally? Determining whether someone is a public or private person should be done in the same manner as it is determined for libel.

**Newsworthiness/manner.** Is the event newsworthy enough to justify it. Unusual circumstances often are cited, but be careful not to sensationalize a tragic event needlessly.

**Rape.** As stated before, rape victim's names should not be used. Do not name the suspect of a rape until the suspect has been charged in court.

**Suicide.** Generally, names should not be used in stories dealing with suicide attempts. If the suicide was newsworthy only because it was a suicide, consider using an obituary format. Then it is appropriate to use the victim's name.

# Dealing with Sources

Staff members must identify themselves when covering any event for the *The Indian Leader,* unless the editor has given approval for reporters or photographers not to disclose their identity. To help reporters and news sources understand what information is fair to report, under what conditions the information may be used and how that information may be obtained, complicated news gathering practices have evolved. Even among journalists, there is disagreement about defining these terms. Listed are some reporting procedures that *The Indian Leader* reporters are expected to follow.

**The Leader Policy:** Our policy is for reporters never to agree to conduct an interview in any way other than on the record, unless the editor has been consulted before the interview. There almost always is some other way to get information. Not for attribution, off the record and

USA001319

background (explained below) many times serve only to tie the hands of both the reporters and the newspaper. Remember, unless a specific agreement is made before the interview, the interview is on the record.

In some cases, exceptions to this policy may be justified. Again, speak to the editor for questions about this.

**On the record:** All the information and name of the news source may be used in a story. Interviews are on the record unless an agreement to the contrary is made in advance. In most cases, reporters will not say an interview is on the record. The assumption is that if someone is talking to a reporter, the information is for the record. Sometimes out of courtesy, however, reporters should explain to people who are not used to dealing with the press that all information could be used in a story.

**Anonymous Sources:** This is information given to a reporter that can be published, but the identity of the source cannot be used. For example, a district attorney might tell a reporter of plans to move for a mistrial in a murder case. But the district attorney tells the reporter he or she can use the information as long as the reporter identifies the source only as one close to the case. This way the district attorney will not offend witnesses who may first learn about the move by reading the paper.

**Background:** This is a difficult area. Generally, background information is intended to educate and guide the reporter in writing a story, and the gist of the information can be used if the source is identified. A writer should make clear for the reader that the writer is not the original source for the information. For example, an administrative assistant might brief reporters about the college's coming budget and the rationale behind parts of it so they will be better prepared for a news conference or a meeting later in the week.

## Reporting Standards

**Report News; Do Not Make It:** *Leader* staff members should not put themselves in situations that result in their making news or in their altering their presentation. *Leader* reporters should not ask questions during public question-and-answer forums or during public meetings, such as faculty meetings or student senate. Ask questions after the meeting or during intermission. Likewise, the newspaper generally should not intrude into news stories with such phrases as "told the *The Indian Leader"* or "*The Indian Leader* has learned."

USA001320

**Fairness:** Any viewpoint in a story must be balanced by an opposing viewpoint. This does not mean a reporter should dig up or create controversy. But people or groups that have been criticized in a story must have a chance to respond in the same issue. One call to obtain the other side of an issue is rarely enough. The reporter's obligation is to present a true reflection of the situation.

Do not tarnish the *The Indian Leader's* reputation by acquiring information through questionable means. If in an extreme case the editor approves an extraordinary way to get information, the story will explain how the information was obtained and why it was gathered that way.

**Cultural Sensitivity:** Be sensitive to the concerns of members of other minority groups. Realize that not all people celebrate the same holidays or have the same values. Try to stay abreast of the events that are going on in your sources' lives, no matter what race, religion or sex. As a forum for a diverse community, *The Indian Leader* cannot afford and will not tolerate prejudice from its staff. Racial slurs, sexual harassment and similar discriminatory misconduct will be grounds for dismissal.

**Direct Quotes:** Except for minor grammatical errors in the speech of ordinary persons, quotations are not to be altered. *The Indian Leader* does correct minor errors that might otherwise take on undue importance or cause the speaker to look foolish. Mispronunciations rarely should be used, even for color, as they tend to make a speaker appear inarticulate.

**Verification:** In general, do not quote from news releases, other paper's stories or news broadcasts without verifying the information or attributing it. *Leader* reporters are expected to verify information in news releases and then rewrite the releases. Information from another newspaper should be identified as being from that newspaper. Reporters should try to get quotations directly from the source instead of quoting from prepared statements. If quotations are taken from prepared statements, the story should say so. When covering a speech, reporters should try to get a copy of the text to quote the speaker accurately and talk to the speaker afterward for elaboration about specific points.

**Obscenities:** Obscenities and vulgarities should not be used simply to add color or humor. Use them sparingly and only when imperative to give a full portrayal to the reader. The number of listeners—one or two reporters as opposed to an auditorium full of people--often enters into news judgement in questions of obscenity. The editor or assistant editor decides whether to use questionable language.

USA001321

# Newsroom Management

**Personnel:** The editor handles all problems in the news department. Any staff member with a complaint or scheduling conflict should talk to the editor. Suggestions are welcome.

**Mail Boxes:** Staff members will have mailboxes for messages and assignments. Staff members should check their mailboxes several times a week. They also should not let papers accumulate in their boxes.

**Phones**: Personal long-distance calls will not be tolerated. Making such call is grounds for dismissal. All long-distance calls are to be logged on the out-going telephone log.

**Travel:** Travel must be approved by the editor. Most travel should be authorized first by the Indian Leader Association.

**Materials:** The Leader provides staff with a computer and other materials to layout the paper. The Leader does not provide notebooks.

**Office Access**: Navarre Hall is open from 8-5 p.m. Staff members are expected to organize their time to reflect these hours. If you need in the building beyond specific hours, the time needs to be arranged i advance. This is for *Leader* staff and yearbook activities only. Tecumseh Hall is open at various hours.  A key to Tecumseh and to the *Leader* office will be available to staff at the front desk of the library. Staff must sign keys in and out.  In the event a staff member forgets to return the key to the library the Editor or sponsor must be notified.  A lost key charge of $200 will be submitted to the business office under a staff member's account for lost keys.

**Maintenance:** The newsroom should be clean all the time. The public, faculty and administrators frequently visit, and the newsroom must project every aspect of professionalism. Reporters and editors are expected to clean up around computer terminal(s). Otherwise, loose notebooks and belongings will be thrown away.

 Smoking is prohibited in the building. This includes the newsroom, and other offices. Keep food and beverages away from the terminals. Staff members will be responsible for any damage they cause to them.

**Newsroom Conduct:** Staff members should act as professionals in the newsroom. Less-than-professional behavior will not be tolerated and is grounds for dismissal. Alcohol and substance abuse will not be tolerated and is grounds for dismissal.

# Newsroom Procedures

**Deadlines**: They must be met. The *Leader* reporters are to complete their assignments on deadlines given by the editor. To meet our responsibilities, deadlines need to be staggered. Failure to meet a deadline on schedule is grounds for dismissal.

**Style:** The *Leader* uses *The Associated Press Stylebook*. In addition, a Leader style guide at the end of this pamphlet explains the newspaper's exceptions.

**Datelines and Bylines:** A dateline is not used on a byline unless the reporter was actually at the place named in the dateline and provided a substantial part of the information in the article from that area.

**Staff Meetings:** Staff meetings are held twice a month. Meetings should last no more than 30 minutes. The meetings are for the entire staff. Attendance is mandatory.

# Style Supplement

**AIDS** People do not die of AIDS; they die of complications of AIDS.

**Black** Use when African-American is inappropriate or inaccurate. Capitalize in all instances when referring to people of African ancestry.

**Board of Regents** Use Board of Regents on first reference, then Regents. No apostrophe in any usage.

**chairperson** Do not use chairman or chairwoman. When possible, construct the sentence with the verb "to head" instead of chairperson. For example, "John Doe, who heads the HIJC student board, .. ."

**cities in Kansas** Do not use Kansas or Kan. after Kansas towns, unless they are likely to be confused with big cities in other states, such as Minneapolis, Kan., and Kansas City, Kan.

**coed** do not use coed to refer to a female student. More descriptive uses of the word are acceptable: coed softball, coed residence halls.

**departments** Athletic Department is uppercase, but don't capitalize academic departments (department of history) unless a word normally would be capitalized (department of English, department of History). Governmental departments appear as you normally see them: Department of the Interior.

**grade point average** on first reference, then GPA.

**Coffin Sports Complex** on first reference, the Complex.

**homecoming** It is Homecoming Day, but homecoming.

**Haskell Indian Nations University** When referring to Haskell Indian Nations University use Haskell

**Identification:** Faculty members are identified as thus, Rhonda LeValdo Instructor of Media Communications. Professors who hold distinguished or named professorships should be identified with their complete titles. Thus: John Doe, professor emeritus of history.

Haskell students are identified thus; John Doe, (Creek), Tulsa freshman. Put tribal affiliation in ( ).

But, individuals should always be identified in a manner most appropriate to the context of the story.

**The Indian Leader** *Leader* on second reference.

**names** On second reference, normally use a person's last name only. First names may be used on second reference in stories about children under the age of 10. In stories about several people with the same last name, use first and last names to avoid confusion.

**newspaper names** Italicize names of newspapers and other publications.

**quotes** Avoid using colons to introduce quotes.

**Representatives and Senators** refer to AP Stylebook.

**semesters** When followed by a year, the season is capitalized. For example, Fall 1989. However, fall semester is lowercase.

**senators** Identify student senators by the groups they represent or by their position in Senate, whichever is more important. John Doe, Blalock senator.

**sheriff's office** Douglas County Sheriff's Office on first reference, then sheriff's office. Refer to deputies as deputy sheriff.

**streets** Use AP Stylebook

**theater** Use this spelling except for proper names

USA001324

**time** The order is time, day, place: 10 a.m. Friday in 141 Ross Hall.

**titles** In the title of a book a lecture or a play, don't capitalize an article (a, an, the), the "to" of an infinitive, a preposition with fewer than five letters, or "and" as, but, if, nor, or," unless the word is the first or the last word of the title. Capitalize the titles of all publications.

**United States** Except in quotes or editorial page copy, change America to United States and American used as an adjective to U.S. wherever the meaning is the nation, not the hemisphere. However, be reluctant to change American used as a noun to U.S. citizen; the meanings are not necessarily synonymous.

USA001325

**Appendix B**

**Settlement Agreement 1989**

USA001326

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

SEP 19   11 44 AM '89

RALPH      OSON.

BY _____ DEPUTY
AT TOPEKA, KS.

THE INDIAN LEADER ASSOCIATION, ET AL.,

                    Plaintiffs,

vs.                                          Case No. 89-4063-R

UNITED STATES DEPARTMENT OF THE INTERIOR,
ET AL.,

                    Defendants.

## ORDER APPROVING SETTLEMENT AGREEMENT

NOW ON this 18th day of September 1989, the parties appear before the Court to announce a settlement of the claims of the Plaintiffs herein. The Plaintiffs appear through their attorney, Patrick R. Nichols; the Defendants appear through their attorney, David Cooper.

WHEREUPON, the parties announce to the Court that they have settled and resolved their differences, and entered into a settlement agreement in writing, which is appended hereto.

WHEREUPON, the Plaintiffs move orally to dismiss without prejudice all parties hereto, with the exception of Haskell Indian Junior College. The Court sustains said motion.

THEREUPON, the Court reviews the settlement agreement between the parties, guaranteeing the rights of free expression to the Indian Leader Association and the student journalist Plaintiffs, and find said agreement is valid, just and equitable. The Court approves the agreement.

Pursuant to paragraph 14 of the settlement agreement, the Plaintiffs move to dismiss the remaining party, Haskell Indian Junior College of the Bureau of Indian Affairs, subject to the provisions and terms of the settlement agreement. The Court sustains the motion and orders that the action be dismissed upon the terms of said motion.

The Court orders that hereafter the settlement agreement shall immediately bind the parties to all of its provisions and govern their conduct accordingly.

                              /s/ RICHARD D. ROGERS
                              Honorable Richard D. Rogers
                              United State District Judge

USA001327

APPROVED:

_Patrick Nichols_

Patrick R. Nichols
Attorney at Law
700 Jackson, Suite 703
Topeka, Kansas  66603
(913) 357-4050
Ks. S. Ct. No. 09396
Attorney for Plaintiffs

_David M. Cooper_

David Cooper
Assistant United States Attorney
U.S. Department of Justice
444 S.E. Quincy
Topeka, Kansas  66603

-2-

## SETTLEMENT AGREEMENT

This Settlement Agreement is made between the Indian Leader Association, Marcel Stevens, Laurey Chapman, Ardina Glenn, Cynthia Grant, Tina Melton, Harvey Ross, Cordell Whitetree and Catherine Williams and Haskell Indian Junior College of the Bureau of Indian Affairs of the United States Department of Interior to settle and compromise issues before the United States District Court for the District of Kansas in Indian Leader Association v. United States Department of the Interior, Case No. 89-4063-R (filed March 30, 1989).

1.    Parties to Settlement Agreement.   The parties to this Settlement Agreement are the plaintiff, Indian Leader Association, an unincorporated student association which publishes The Indian Leader (the "Association"), and plaintiffs Marcel Stevens, Laurey Chapman, Ardina Glenn, Cynthia Grant, Tina Melton, Harvey Ross, Cordell Whitetree and Catherine Williams, individually and in their capacities as editors, reporters and representatives of the Association ("Plaintiffs"), and defendant Haskell Indian Junior College of the Bureau of Indian Affairs of the United States Department of the Interior ("Haskell"), which enters into this Settlement Agreement through the agency of Jim Baker, Acting President of Haskell.

Nothing in this Settlement Agreement shall have any bearing on the academic standing of the named plaintiffs or any member of the Indian Leader Association. Nor shall this Settlement Agreement bear on the eligibility of a student to serve as an officer of the Indian Leader Association under the college's rules governing extracurricular activities.

2.    Student Editorial Control.   The parties agree that the members of the Association and the Editorial Board of The Indian Leader have the right to editorial control of the contents of The Indian Leader newspaper as described in the attached Plan of Operation of the Indian Leader Association ("Plan of Operation").

3.    No Prior Restraint or Censorship.   Haskell agrees that no officer, agent, instructor or employee of Haskell shall:

(a) censor, edit or modify the contents of The Indian Leader newspaper in violation of the First Amendment of the United States Constitution;

(b) restrain, obstruct or prohibit the publication of The Indian Leader newspaper or otherwise inhibit the free expression of members of the Association in violation of the First Amendment of the United States Constitution; however, nothing in this Settlement Agreement shall prevent Haskell, the BIA, the Department of the Interior, or Congress from withdrawing any federal funding for The Indian Leader, or from disposing of the printing press on

1

USA001329

the Haskell campus pursuant to the provisions of the Federal Property and Administrative Services Act or other applicable law;

(c) suspend the publication of The Indian Leader newspaper on the ground that a vacancy has arisen in the position of faculty adviser to the Indian Leader newspaper or the Association.

(d) refuse any written request for the disbursement of funds, reasonably related to the management or publication of The Indian Leader, from the Indian Leader Association Activity Fund, the Club Fund or any other Indian Leader Association account containing student monies in the Haskell Student Bank which is supported by a written resolution of the Editorial Board of The Indian Leader or the full membership of the Association finding "First Amendment Grounds for Funds Withdrawal by Students" as described in the attached Plan of Operation;

(e) refuse to approve a Plan of Operation for the Association substantially similar to the attached Plan of Operation, which is incorporated herein by reference and made an integral part hereof, and which shall be the Plan of Operation in effect for the 1989-1990 school year, or suspend the publication of The Indian Leader on the grounds that the Plan of Operation has not been approved; provided, that nothing in this Settlement Agreement shall prevent Haskell from establishing a journalism or communications department and incorporating The Indian Leader into the curriculum of such an academic program; that if such an academic program is established, Haskell and the members of The Indian Leader Association may revise the Plan of Operation of The Indian Leader Association to reflect incorporation of The Indian Leader under the curriculum of that program; provided further, that nothing in this Settlement Agreement is intended to prevent the members of The Indian Leader Association from adopting a Plan of Operation, or other organic operating charts or substantially dissimilar to the attached Plan of Operation; or

(f) have the right to excise any material from The Indian Leader on the grounds that it is either libelous or obscene.

4.  Role of Faculty Adviser.  The parties agree that the faculty adviser shall discharge his or her responsibilities consistent with the following guidelines:

(a) The faculty adviser to the Association may freely advise and instruct student editors and reporters in the subject of journalism and relevant professional standards, commend and critique the work product of student journalists, offer fiscal and technological guidance to the newspaper staff in business and production operations and provide whatever assistance to the newspaper and the student journalists the faculty adviser deems appropriate.

2

USA001330

(b) A faculty adviser may make nonbinding recommendations to the student editors which they may, in their sole discretion, take into consideration in the free exercise of their independent editorial judgment.

(c) Although a faculty adviser of the Association may freely offer advice and assistance to student members of the Association, neither the faculty adviser nor any other Haskell officer or employee has the right to censor, edit or modify in any way the content of The Indian Leader.

(d) The faculty adviser is under an affirmative duty to facilitate the disbursement of such funds allocated to the Association as directed by the Editorial Board and the Association by majority vote, supported by written resolution, which are reasonably related to the management and publication of The Indian Leader.

(e) The faculty adviser shall, to the best of his or her ability, adhere to the ethical standards set forth in the attached Code of Ethics of College Media Advisers.

5.   Responsibility of Student Journalists.   Sole legal responsibility for the contents of The Indian Leader shall rest with the individual members of the Indian Leader Association as recognized in 25 C.F.R. § 42.3 (1988).  No legal responsibility for the contents of The Indian Leader shall be imputed to Haskell or the faculty adviser, the Bureau of Indian Affairs or the United States Department of the Interior.  Plaintiffs understand that they may be held personally accountable for the contents of The Indian Leader in a court of law, if those contents are libelous or obscene, or infringe copyrights or trademarks, or otherwise give rise to civil liability.

6.   Newspaper Account in the Student Bank.  Those monies which may be received or collected by Haskell on behalf of the Association, such as the Association's allocation of student activity fees, if any, shall be maintained in the Haskell Student Bank in strict compliance with the applicable rules contained in the Bureau of Indian Affairs Manual ("BIAM"), this section of the Settlement Agreement and the Plan of Operations.  Such monies shall be:

(a) the subject of a separate accounting in the Haskell Student Bank and assigned a separate account number;

(b) the subject of a monthly account statement prepared by the Haskell Student Bank which shall be presented to the President of the Indian Leader Association; and

(c) disbursed in accordance with this Settlement Agreement and the attached Plan of Operations.

3

USA001331

7.  Off-Campus Bank Account.  Those monies which are received, collected or raised off campus by the Association, without any intermediation by Haskell, may be deposited, at the election of the Association, in either the Student Bank account or in an off-campus account maintained at a local bank in Lawrence, Kansas.  No disbursement from an off-campus bank account shall be made, however, without the signature of at least two officers of the Association on the draft drawn on such local bank.  A copy of the monthly accounts of such off-campus bank account shall be published regularly in The Indian Leader.  Nothing in this Settlement Agreement shall be read to prohibit Haskell from devising and implementing procedures for managing and accounting for on-campus revenue-raising activities of students.

8.  Elections.  As soon as possible following the execution of this Settlement Agreement, the President of the Association shall call a meeting of the membership of the Association for the purpose of electing the editors of The Indian Leader and the officers of the Association for the 1989-1990 academic year.  This meeting shall be called within the first 30 days of the beginning of the fall 1989 semester at Haskell.

9.  Control of Contributions for Subscriptions.  Voluntary contributions made by individuals for subscriptions to The Indian Leader shall no longer be paid to the Haskell Indian Junior College Foundation and shall instead be paid directly to the Association Club Account in the Student Bank.

10.  Waiver of Claims.  This Settlement Agreement represents the final understanding between the parties concerning the resolution of the issues before the United States District Court for the District of Kansas in Indian Leader Association v. United States Department of Interior, Case No. 89-4063-R (filed March 30, 1989).  All parties to this Settlement Agreement hereby release the others from any claims or causes of action, and the parties and their counsel agree not to initiate or cause to be initiated, any further proceedings between any of the parties or their counsel, or make any further requests regarding the facts of this case.

11.  Covenant of Good Faith and Fair Dealing.  The parties agree to interpret and implement this Settlement Agreement in good faith and with due regard for both the First Amendment rights of student journalists and the legitimate educational and administrative interests of Haskell.  It is the central purpose of this Settlement Agreement to secure the regular publication of The Indian Leader free from any prior restraint or censorship.  This Settlement Agreement is contingent upon the reciprocal performance of the specified obligations by all of the parties.  In the event that any party acts in bad faith or breaches this Settlement Agreement, the aggrieved party shall be free to pursue appropriate legal remedies in a court of law.  Nothing in this Settlement

4

PAGE.05

SEP 19 '89  8:55   U S A TOPEKA

USA001332

Agreement shall be construed to restrict or limit the right of any of the parties to commence litigation if any party fails to comply with all of the terms and conditions of this Settlement Agreement.

~~12.   Use of Printing Press.   The parties agree that the use~~ of the federally authorized printing press at Haskell is subject to the Government Printing and Binding Regulations published by the Joint Committee on Printing of the U.S. Congress.  See 44 U.S.C. §§ 103, 501, 502.

13.   Recognition of Mutual Rights.   Any and all rights and responsibilities under this Agreement are set forth in recognition of the mutual rights of the defendant Haskell, and the rights of the students to free speech, press and expression.  The Agreement recognizes various rights of Haskell hereunder to alter the Plan of Operation in conjunction with the student journalists (3)(e), to reduce or eliminate funding (3)(b), and to dispose of or sell the printing presses under various provisions of this Agreement (12).  These rights may not be exercised by Haskell in response to, or as a result of, articles, photographs or any other content of The Indian Leader.  Further, such actions may not legitimately be performed under this Agreement as a form of prior restraint, or otherwise as intended to limit or restrict the free expression of ideas or rights to the students as recognized in this Agreement. Any exercise by Haskell of the rights noted in this paragraph shall be done following notice to The Indian Leader Association, stating the action to be taken and the reasons therefor.  Such notice shall be delivered to the editor-in-chief and posted on the Student Activities bulletin board at least thirty (30) days prior to any such contemplated action.

14.   Signature and Court Approval.   This Agreement shall be signed by all the parties named in Section 1 of this Settlement Agreement  or  their  duly  authorized  representatives.   This Settlement Agreement shall be submitted to the Honorable Richard D. Rogers, Judge for the United States District Court for the District of Kansas, for final approval and shall not become effective until such final approval is obtained.  After such final approval has been obtained, the Plaintiffs shall agree to the dismissal without prejudice of the action against all named defendants except Haskell.   The Settlement Agreement shall then immediately bind the remaining parties to all of its provisions, and a judgment of dismissal of the action, subject to the terms of the Settlement Agreement, shall then be jointly submitted to the court by the remaining parties.

IN WITNESS WHEREOF, the parties have caused this Settlement Agreement to be executed by their duly authorized representatives on this _____ day of _____, 1989.

PAGE.06          U S A TOPEKA   8:56   SEP 19 '89

USA001333

THE INDIAN LEADER ASSOCIATION                    HASKELL INDIAN JUNIOR COLLEGE

_Marcel Stevens_                                 _Jimmy N Baker_

MARCEL STEVENS                                   JIM BAKER
Managing Editor and President                    Acting President
The Indian Leader Association                     Haskell Indian Junior College

_Cynthia E. Grant_                               _David M. Cooper_

CYNTHIA GRANT                                     DAVID M. COOPER
Student Journalist                                Assistant U.S. Attorney
                                                   Counsel for the Defendant

_Harvey Ross_

HARVEY ROSS
Student Journalist

_Cordell A. Whitetree_

CORDELL WHITETREE
Student Journalist

_Dario F. Robertson_

DARIO F. ROBERTSON
Counsel for Plaintiffs

_Patrick Nichols_

PATRICK R. NICHOLS
Counsel for Plaintiffs

6

USA001334

THE INDIAN LEADER ASSOCIATION
Haskell Indian Junior College
Lawrence, Kansas 66046

PLAN OF OPERATION

## I.   NAME

The name of this organization is The Indian Leader Association and shall hereafter be referred to as the Association.

## II.   PURPOSE

The purpose of the Association is to produce The Indian Leader newspaper, an independent student publication, and the Haskell Yearbook.  The Indian Leader newspaper will be produced and published approximately six times each semester and the Haskell Yearbook will be produced and published the spring semester of each school year.  The Association will also maintain a separate account to accept funds and donations on behalf of the newspaper and for disbursing cash payments as incentives to students who contribute articles, photographs and illustrations to The Indian Leader.

The Indian Leader is a nationally distributed Native American newspaper edited and published by students at Haskell Indian Junior College for the purpose of promoting the free and informed debate and discussion of (1) topics of special interest to Haskell students and alumni, (2) issues of special importance to Native Americans generally and (3) all newsworthy topics and public issues of general interest to American citizens.

The Indian Leader is published by the students at Haskell Indian Junior College and the members of the Association in the exercise of their individual rights to free speech and freedom of the press guaranteed by the First Amendment of the United States Constitution.  These fundamental First Amendment rights have been expressly recognized as rights which individual students enjoy who attend Bureau of Indian Affairs schools in Part 42 of Title 25 of the Code of Federal Regulations.  Student Rights and Due Process Procedures, 25 C.F.R. § 42.3(e)-(f) (1988).  These basic rights have also been reaffirmed in Part III of the Code of Student Rights and Responsibilities of Haskell Indian Junior College (1988).

The Indian Leader Association is committed to improving the ability of Native Americans to determine their own destiny by providing an open public forum in which all concerned citizens, regardless of race, creed, color, sex, religion or national origin, might freely discuss the important public issues of the day.  The members of the Association believe that by providing such a public forum, readers and contributors alike will improve their understanding of the true meaning of leadership, citizenship and democracy in contemporary American society through an open, honest

1

USA001335

and fair-minded exchange of views.

## III. MEMBERSHIP AND OFFICERS OF THE ASSOCIATION

### A. General

To qualify as a member of the Association, an individual must:

(a) be an enrolled student at Haskell Indian Junior College;

(b) submit a news story, essay, proposed editorial, poem, short story, photograph or any other journalistic or literary work, not including advertisements, letters to the editor and notices, for publication in The Indian Leader, or participate in the production or circulation of The Indian Leader or the Haskell Yearbook.

(c) receive written notice that the submission has been accepted for publication in The Indian Leader; and

(d) inform the Association, orally or in writing, of an intention to become a member of the Association.

The Editor-in-Chief shall be responsible for keeping a current list of Association members and publishing said list at least once per semester in The Indian Leader.

In the event that any member fails to attend three consecutive meetings of the Association, without excuse, that person may be removed from the membership rolls of the Association by majority vote.

### B. Officers

The officers of the Association shall include a President, Vice President, Treasurer and Secretary. The person elected President of the Association shall also serve as Editor-in-Chief of The Indian Leader and the person elected Vice-President shall also serve as Executive Editor of The Indian Leader.

Officers must maintain "academic good standing," as defined on page 35 of the Haskell Bulletin, 1988-1990, in order to receive a salary as specified in Appendix I containing the 1989-1990 Budget for The Indian Leader. Decisions made at duly convened meetings of the Association are binding on members.

All officers of the Association shall have taken or shall be currently enrolled in at least one course in English or Journalism at Haskell Indian Junior College at the time his or her term of office shall commence in order to be eligible to hold such office.

2

PAGE.09          U S A TOPEKA     SEP 19 '88  8:59

USA001336

The President shall be the Editor-in-Chief and shall be responsible for the general operation of the paper and the Association. The President shall pick up and distribute mail daily.

The Editor-in-Chief shall conduct regular and special meetings of student reporters, assign stories, edit manuscripts, oversee reporters and lay out The Indian Leader.

The Executive Editor shall assist the Editor-in-Chief in carrying out his or her assigned duties and shall succeed to the position of Editor-in-Chief in the event of a vacancy in that office prior to next regularly scheduled election.

The circulation manager shall (1) recommend to the printers the approximate number of issues of the newspaper to be published, (2) coordinate the distribution of issues on the day of publication, (3) maintain a current mailing list, (4) make additions, deletions, corrections and other appropriate changes in mailing list, (5) make labels or have labels made, (6) coordinate the process of labeling The Indian Leader for mailing, (7) keep a file of correspondence, and (8) make a weekly report, oral or written, to the Association.

Other positions in the Association shall be established upon the majority vote of the members of the Association. The Association shall make the guidelines and prescribe the duties of all new positions. Officers may be removed from office upon the vote of two-thirds of the members of the Association.

IV.   PARLIAMENTARY AUTHORITY

The rules contained in the current edition of Robert's Rules of Order Newly Revised shall govern the Association in all cases to which they are applicable and in which they are not inconsistent with this Plan of Operation and any special rules of order the Association may adopt.

V.   MEETINGS

Meetings of the Association shall be held weekly and will be open to all Haskell students and to the public.

At the beginning of each semester, the Association shall decide upon a day, time and place for such regular weekly meetings. Once the day, time and place has been decided by the Association and notice of such has been posted on the bulletin board at the Student Senate Building, no further notice shall be required for the Association to conduct business at such regular weekly meetings.

Any meeting of the Association not held on the day, time and

3

USA001337

place of the regular weekly meeting may be properly convened only upon three days' prior written notice.  Such notice shall be made to the Association by posting an announcement of the meeting on The Indian Leader Bulletin Board.  This notice requirement shall apply to any meeting of the Association, other than regular meetings, ~~referenced in this Plan of Operation, including but not limited to~~ meetings mentioned in Sections III(B), VI and VIII(B) of this Plan of Operation.

A majority of the members of the Association shall constitute a quorum.

## VI.   EDITORIAL BOARD AND EDITORIAL CONTROL

The Editorial Board shall consist of the Association President and Editor-in-Chief, the Vice President and Executive Editor, Copy Editor, the Circulation Manager, and the Darkroom Manager.  Other positions and members of the Editorial Board may be added by majority vote of either the Editorial Board or the members of the Association.   A majority of the members of the Editorial Board shall constitute a quorum.

The Editorial Board shall have primary responsibility for and control of the editorial content of The Indian Leader.  Day-to-day editorial decisions shall be made by the Editor-in-Chief, but any question of editorial policy may be put to the vote of the Board of Editors at any regular or special meeting of the Board of Editors.

In the event that the faculty adviser, any member of the Editorial Board or any member of the Association requests, prior to publication, a special review of any portion of an issue of The Indian Leader to determine whether it is libelous or obscene, the entire Editorial Board shall:

(a) carefully read and evaluate the identified material to determine whether it is libelous or obscene;

(b) seek the advice of the faculty adviser and, if possible, experts in the field of student press rights and the law of libel and obscenity, such as legal counsel and journalists designated by the Student Press Law Center in Washington, D.C., the Journalism Education Association or College Media Advisers; and

(c) consult, when appropriate, authoritative treatises for more detailed guidance in determining whether the identified material is libelous or obscene, such as:

(1) Louis E. Ingelhart, Freedom for the College Student Press (Westport, Conn.: Greenwood Press, 1985): 125-151 (on libel), 159-168 (on obscenity); and

(2) Student Press Law Center, Law of the Student Press

4

SEP 19 '89 9:00   U S A TOPEKA

USA001338

(Washington, D.C.:   Student Press Law Center, 1985):   31-38 (on libel), 38-41 (on obscenity);

   (d) make a final, independent determination of whether to publish the identified material; and

   (e) report its determination to the faculty adviser within 24 hours following such decision.

  Any student who has submitted an article for publication may withdraw that article prior to publication upon reasonable written notice to the Editor-in-Chief, provided that such withdrawal can be accomplished without a substantial delay in publication.

## VII.  FACULTY ADVISER

  One or more faculty advisers may be appointed by Haskell Indian Junior College to assist students in the publication of The Indian Leader.

  The faculty adviser to the Association may freely advise and instruct student editors and reporters in the subject of journalism and relevant professional standards, commend and critique the work product of student journalists, offer fiscal and technological guidance to the newspaper staff in business and productions operations and provide whatever assistance to the newspaper and the student journalists the faculty adviser deems appropriate.

  A faculty adviser may make nonbinding recommendations to the student editors which they may, in their sole discretion, take into consideration in the free exercise of their independent editorial judgment.

  Although a faculty adviser of the Association may freely offer advice and assistance to student members of the Association, neither the faculty adviser nor any other Haskell officer or employee has the right to censor, edit or modify in any way the content of The Indian Leader.

  The faculty adviser is under an affirmative duty to facilitate the disbursement of such funds belonging to the Association as directed by the Editorial Board and the Association by majority vote, supported by written resolution, which are reasonably related to the management and publication of The Indian Leader.

  The faculty adviser shall, to the best of his or her ability, adhere to the ethical standards set forth in the attached Code of Ethics of College Media Advisers.

  The right of the Association to publish The Indian Leader shall not be conditioned upon the prior appointment of a faculty adviser by Haskell Indian Junior College.   Consequently,

5

USA001339

public leadership of The Indian Leader. Such a vacancy is the result of the inability or unwillingness of Haskell Indian Junior College to appoint a faculty adviser to work with the Association in the event of a vacancy in that position.

The faculty adviser has no power to refuse to facilitate the disbursement of funds reasonably related to the management and publication of The Indian Leader as determined by the Editorial Board or the Association by majority vote.

VIII. SALARIED POSITIONS OF THE INDIAN LEADER

A. Officers With Salaries

Salaried positions in the Association shall be those of President, Vice President, Copy Editor, Circulation Manager, Darkroom Manager. The Typesetter shall also receive a salary.

B. Assistant Officers

Assistant officers shall be elected by majority vote of the members of the Association at the beginning of the last semester prior to the graduation of each salaried officer of the Association. Such assistant officers shall serve as apprentices to the graduating officers for the purpose of receiving the necessary training and experience to assume the responsibilities of the graduating officer after commencement. The assistant officers shall assume the office and responsibilities of the graduating officers on the date of the next commencement at Haskell Indian Junior College following their appointment as assistant officers. Any office not so filled by an assistant officer shall be filled by majority vote of the members of the Association in a regular or special election.

IX. COMPENSATION AND AWARDS

Compensation and awards shall be as specified in this Section VIII.

Salaried positions shall be compensated according to the rates and amounts specified in Appendix I containing the 1989-90 Budget for The Indian Leader. Students holding salaried positions shall not be paid any other compensation specified in this section.

Student reporters shall be paid $1.25 per column inch for articles published. Student photographers shall be paid $5.00 for each photograph published. Student artists shall be paid an amount to be determined by majority vote of the Association for each published illustration or cartoon.

The amount and disbursement of monies for any type of contest sponsored by The Indian Leader must be approved by majority vote

6

USA001340

of the Association.

X.   ACCOUNTS

A.   Activity Fund

Any funds allocated to The Indian Leader Association from the student activity fee, paid by each student of Haskell Indian Junior College each semester, shall be deposited in The Indian Leader Association Activity Fund in the Student Bank.   Other monies received or collected by Haskell on behalf of the Association shall also be deposited in that Activity Fund.

Any officer, editor or any other member of the Association or any currently enrolled student or alumnus of Haskell Indian Junior College may, upon written request, examine the records of account of The Indian Leader Association Activity Fund in the Student Bank and may obtain a copy of any such records of account at his or her own expense.

A summary of the records of account shall be published annually in The Indian Leader.

In the absence of a finding by the Association of "First Amendment Grounds for Funds Withdrawal by Students" as described in the following paragraph, withdrawal from the Indian Leader Association Activity Fund shall be made by a faculty adviser, supported by signatures from a student member of the Editorial Board and the Association President.

In the event that the Association or the Editorial Board passes by 2/3 (two-thirds) vote a resolution finding "First Amendment Grounds for Funds Withdrawal by Students," withdrawal from the Indian Leader Association Activity Fund shall be made by President of Haskell Indian Junior College, if the request is reasonably related to the management or publication of The Indian Leader, supported by the signatures of the Association President and another member of the Editorial Board.   "First Amendment Grounds for Funds Withdrawal by Students" exist whenever Haskell Indian Junior College has failed to appoint at least one faculty adviser to the Association or whenever the Association, by 2/3 (two-thirds) vote, reasonably determines that a faculty adviser (1) is in any way obstructing the publication of The Indian Leader, (2) refuses to comply with requests from the Association or the editorial board for disbursements reasonably related to the management or publication of The Indian Leader, or (3) attempts in any way to censor, edit or modify the content of The Indian Leader.

Each withdrawal from The Indian Leader Association Activity Fund must be approved by a majority vote of the Editorial Board or the Association and supported by written resolution.   Each such resolution must explain the purpose of every withdrawal of funds.

7

USA001341

Receipts shall be collected within five (5) days following the disbursement of all funds. A full written accounting of any monies withdrawn pursuant to a resolution finding "First Amendment Grounds for Funds Withdrawal by Students" shall be given to a faculty adviser or, if there is no faculty adviser, to the President of Haskell Indian Junior College within five (5) days following the withdrawal transaction.

Nothing herein binds the federal government (or Haskell) to spend federal appropriated funds to publish The Indian Leader.

B.  Club Fund

Money raised by members may, at the election of the Association, be deposited into a Club Fund at the Student Bank or in an off-campus account at a local bank in Lawrence, Kansas. Such money may be withdrawn for (1) student entertainment, (2) contracting outside services and (3) such other uses benefiting the Association as the Editorial Board may, in its sole discretion, determine to be necessary or appropriate.

In the absence of a determination by the Association of "First Amendment Grounds for Funds Withdrawal by Students" as described in the following paragraph, withdrawal from a Club Fund maintained at the Student Bank shall be made by faculty adviser, supported by signatures from any two student officers of the Association.

In the event that the Association or the Editorial Board passes by majority vote a resolution finding "First Amendment Grounds for Funds Withdrawal by Students," withdrawal from the Club Fund shall be made by the President of Haskell Indian Junior College, supported by the signatures of the Association President and another officer of the Association. "First Amendment Grounds for Funds Withdrawal by Students" exist whenever Haskell Indian Junior College has failed to appoint at least one faculty adviser to the Association or whenever the Association, by majority vote, reasonably determines that a faculty adviser (1) is in any way obstructing the publication of The Indian Leader, (2) refuses to comply with requests from the Association or the editorial board for disbursements reasonably related to the management or publication of The Indian Leader, or (3) attempts in any way to censor, edit or modify the content of The Indian Leader.

Each withdrawal from the Club Fund must be approved by a majority vote of the Editorial Board or the Association and supported by written resolution. Each such resolution must explain the purpose of every withdrawal of funds. Receipts shall be collected following the disbursement of all funds. A full written accounting of any monies withdrawn pursuant to a resolution finding "First Amendment Grounds for Funds Withdrawal by Students" shall be given to a faculty adviser or, if there is no faculty adviser, to the President of Haskell Indian Junior College within five (5)

8

SEP 19 '89  9:04   U S A TOPEKA   PAGE.15

USA001342

days following the withdrawal transaction.

## C. Contributions for Mailed Subscriptions

The Indian Leader shall be distributed free of charge to anyone interested in receiving a copy. Any person wishing to receive a mailed subscription to The Indian Leader will be asked to make a $5.00 contribution directly to The Indian Leader Association Activity Fund by check or money order. The next edition of the Haskell Bulletin shall be amended to provide for the payment of such $5.00 contributions directly into The Indian Leader Association Activity Fund, rather than the Haskell Foundation, a tax exempt organization which has not direct relationship with and provides no funding to The Indian Leader Association.

## D. Off-Campus Bank Account

Those monies which are received, collected or raised off campus by the Association, without any intermediation by Haskell, may be deposited, at the election of the Association, in either the Student Bank account or in an off-campus account maintained at a local bank in Lawrence, Kansas. No disbursement from an off-campus bank account shall be made, however, without the signature of at least two officers of the Association on the draft drawn on such local bank. A copy of the monthly accounts of such off-campus bank account shall be published regularly in The Indian Leader.

9

USA001343

APPENDIX I

## 1989-90 BUDGET FOR THE INDIAN LEADER

| Position | Salary | Times 12 Issues |
|----------|--------|-----------------|
| Editor-in-Chief | $33.50 | 402.00 |
| Executive Editor | 33.50 | 402.00 |
| Copy Editor | 33.50 | 402.00 |
| Circulation Manager | 33.50 | 402.00 |
| Darkroom Manager | 33.50 | 402.00 |
| Typesetter | 33.50 | 402.00 |
| Assistant Circulation | 33.50 | 402.00 |
| Assistant Darkroom | 33.50 | 402.00 |
| Assistant Typesetter | 33.50 | 402.00 |
| Freelance Compensation | 500.00 (per sem.) | $1,000.00 (x2 sem.) |
| Miscellaneous | 300.00 (per sem.) | 600.00 (x2 sem.) |
| Travel Expense | 750.00 (per sem.) | 1,500.00 (x2 sem.) |
| **TOTAL** | $3,158.00 (per sem.) | $6,718.00 (x2 sem.) |

10

USA001344

## PLAN OF OPERATION APPROVAL

College Officials                                      Date Approved

_____          _____
PRESIDENT                                      DATE        9/14/89

_____          _____
DIRECTOR OF STUDENT ACTIVITIES                 DATE

_____          _____
STUDENT SENATE PRESIDENT                       DATE        9 - 15 - 89
Kindall D. McHenry

_____          _____
SPONSOR                                        DATE        9/15/89

Organization Officers                                   Date Approved

_____          _____
PRESIDENT                                      DATE        9 - 14 - 89
Marcel Stevens

(POSITION VACANT)
_____          _____
VICE PRESIDENT                                 DATE

_____          _____
SECRETARY                                      DATE        15 Sept 89
Harvey E Ross J.

_____          _____
TREASURER                                      DATE        15 Sept 89
Harvey E Ross J.

11

USA001345

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS
SEP 19   11 44 AM '89
RALPH       MOH.
BY _____ DEPUTY
AT TOPEKA, KS.

THE INDIAN LEADER ASSOCIATION, ET AL.,

        Plaintiffs,

vs.                   Case No. 89-4063-R

UNITED STATES DEPARTMENT OF THE INTERIOR,
ET AL.,

        Defendants.

## ORDER APPROVING SETTLEMENT AGREEMENT

NOW ON this 18th day of September 1989, the parties appear before the Court to announce a settlement of the claims of the Plaintiffs herein. The Plaintiffs appear through their attorney, Patrick R. Nichols; the Defendants appear through their attorney, David Cooper.

WHEREUPON, the parties announce to the Court that they have settled and resolved their differences, and entered into a settlement agreement in writing, which is appended hereto.

WHEREUPON, the Plaintiffs move orally to dismiss without prejudice all parties hereto, with the exception of Haskell Indian Junior College. The Court sustains said motion.

THEREUPON, the Court reviews the settlement agreement between the parties, guaranteeing the rights of free expression to the Indian Leader Association and the student journalist Plaintiffs, and find said agreement is valid, just and equitable. The Court approves the agreement.

Pursuant to paragraph 14 of the settlement agreement, the Plaintiffs move to dismiss the remaining party, Haskell Indian Junior College of the Bureau of Indian Affairs, subject to the provisions and terms of the settlement agreement. The Court sustains the motion and orders that the action be dismissed upon the terms of said motion.

The Court orders that hereafter the settlement agreement shall immediately bind the parties to all of its provisions and govern their conduct accordingly.

                /s/ RICHARD D. ROGERS
                Honorable Richard D. Rogers
                United State District Judge

USA001346

APPROVED:

_Patrick Nichols_

Patrick R. Nichols
Attorney at Law
700 Jackson, Suite 703
Topeka, Kansas   66603
(913) 357-4050
Ks. S. Ct. No. 09396
Attorney for Plaintiffs

_David M. Cooper_

David Cooper
Assistant United States Attorney
U.S. Department of Justice
444 S.E. Quincy
Topeka, Kansas   66603

-2-

USA001347

## SETTLEMENT AGREEMENT

This Settlement Agreement is made between the Indian Leader Association, Marcel Stevens, Laurey Chapman, Ardina Glenn, Cynthia Grant, Tina Melton, Harvey Ross, Cordell Whitetree and Catherine Williams and Haskell Indian Junior College of the Bureau of Indian Affairs of the United States Department of Interior to settle and compromise issues before the United States District Court for the District of Kansas in Indian Leader Association v. United States Department of the Interior, Case No. 89-4063-R (filed March 30, 1989).

1.   Parties to Settlement Agreement.   The parties to this Settlement Agreement are the plaintiff, Indian Leader Association, an unincorporated student association which publishes The Indian Leader (the "Association"), and plaintiffs Marcel Stevens, Laurey Chapman, Ardina Glenn, Cynthia Grant, Tina Melton, Harvey Ross, Cordell Whitetree and Catherine Williams, individually and in their capacities as editors, reporters and representatives of the Association ("Plaintiffs"), and defendant Haskell Indian Junior College of the Bureau of Indian Affairs of the United States Department of the Interior ("Haskell"), which enters into this Settlement Agreement through the agency of Jim Baker, Acting President of Haskell.

Nothing in this Settlement Agreement shall have any bearing on the academic standing of the named plaintiffs or any member of the Indian Leader Association. Nor shall this Settlement Agreement bear on the eligibility of a student to serve as an officer of the Indian Leader Association under the college's rules governing extracurricular activities.

2.   Student Editorial Control.   The parties agree that the members of the Association and the Editorial Board of The Indian Leader have the right to editorial control of the contents of The Indian Leader newspaper as described in the attached Plan of Operation of the Indian Leader Association ("Plan of Operation").

3.  No Prior Restraint or Censorship.  Haskell agrees that no officer, agent, instructor or employee of Haskell shall:

(a)  censor, edit or modify the contents of The Indian Leader newspaper in violation of the First Amendment of the United States Constitution;

(b)  restrain, obstruct or prohibit the publication of The Indian Leader newspaper or otherwise inhibit the free expression of members of the Association in violation of the First Amendment of the United States Constitution; however, nothing in this Settlement Agreement shall prevent Haskell, the BIA, the Department of the Interior, or Congress from withdrawing any federal funding for The Indian Leader, or from disposing of the printing press on

1

PAGE.02                    U S A TOPEKA    SEP. 19, '89  8:52

USA001348

the Haskell campus pursuant to the provisions of the Federal Property and Administrative Services Act or other applicable law;

(c) suspend the publication of The Indian Leader newspaper on the ground that a vacancy has arisen in the position of faculty adviser to the Indian Leader newspaper or the Association.

(d) refuse any written request for the disbursement of funds, reasonably related to the management or publication of The Indian Leader, from the Indian Leader Association Activity Fund, the Club Fund or any other Indian Leader Association account containing student monies in the Haskell Student Bank which is supported by a written resolution of the Editorial Board of The Indian Leader or the full membership of the Association finding "First Amendment Grounds for Funds Withdrawal by Students" as described in the attached Plan of Operation;

(e) refuse to approve a Plan of Operation for the Association substantially similar to the attached Plan of Operation, which is incorporated herein by reference and made an integral part hereof, and which shall be the Plan of Operation in effect for the 1989-1990 school year, or suspend the publication of The Indian Leader on the grounds that the Plan of Operation has not been approved; provided, that nothing in this Settlement Agreement shall prevent Haskell from establishing a journalism or communications department and incorporating The Indian Leader into the curriculum of such an academic program; that if such an academic program is established, Haskell and the members of The Indian Leader Association may revise the Plan of Operation of The Indian Leader Association to reflect incorporation of The Indian Leader under the curriculum of that program; provided further, that nothing in this Settlement Agreement is intended to prevent the members of The Indian Leader Association from adopting a Plan of Operation, or other organic operating charts or substantially dissimilar to the attached Plan of Operation; or

(f) have the right to excise any material from The Indian Leader on the grounds that it is either libelous or obscene.

4.   Role of Faculty Adviser.   The parties agree that the faculty adviser shall discharge his or her responsibilities consistent with the following guidelines:

(a) The faculty adviser to the Association may freely advise and instruct student editors and reporters in the subject of journalism and relevant professional standards, commend and critique the work product of student journalists, offer fiscal and technological guidance to the newspaper staff in business and production operations and provide whatever assistance to the newspaper and the student journalists the faculty adviser deems appropriate.

2

USA001349

(b) A faculty adviser may make nonbinding recommendations to the student editors which they may, in their sole discretion, take into consideration in the free exercise of their independent editorial judgment.

(c) Although a faculty adviser of the Association may freely offer advice and assistance to student members of the Association, neither the faculty adviser nor any other Haskell officer or employee has the right to censor, edit or modify in any way the content of The Indian Leader.

(d) The faculty adviser is under an affirmative duty to facilitate the disbursement of such funds allocated to the Association as directed by the Editorial Board and the Association by majority vote, supported by written resolution, which are reasonably related to the management and publication of The Indian Leader.

(e) The faculty adviser shall, to the best of his or her ability, adhere to the ethical standards set forth in the attached Code of Ethics of College Media Advisers.

5.   Responsibility of Student Journalists.   Sole legal responsibility for the contents of The Indian Leader shall rest with the individual members of the Indian Leader Association as recognized in 25 C.F.R. § 42.3 (1988).  No legal responsibility for the contents of The Indian Leader shall be imputed to Haskell or the faculty adviser, the Bureau of Indian Affairs or the United States Department of the Interior.  Plaintiffs understand that they may be held personally accountable for the contents of The Indian Leader in a court of law, if those contents are libelous or obscene, or infringe copyrights or trademarks, or otherwise give rise to civil liability.

6.   Newspaper Account in the Student Bank.  Those monies which may be received or collected by Haskell on behalf of the Association, such as the Association's allocation of student activity fees, if any, shall be maintained in the Haskell Student Bank in strict compliance with the applicable rules contained in the Bureau of Indian Affairs Manual ("BIAM"), this section of the Settlement Agreement and the Plan of Operations.  Such monies shall be:

(a) the subject of a separate accounting in the Haskell Student Bank and assigned a separate account number;

(b) the subject of a monthly account statement prepared by the Haskell Student Bank which shall be presented to the President of the Indian Leader Association; and

(c) disbursed in accordance with this Settlement Agreement and the attached Plan of Operations.

3

USA001350

7.  **Off-Campus Bank Account.**  Those monies which are received, collected or raised off campus by the Association, without any intermediation by Haskell, may be deposited, at the election of the ~~Association, in either~~ the Student Bank account or in an off-campus account maintained at a local bank in Lawrence, Kansas.  No disbursement from an off-campus bank account shall be made, however, without the signature of at least two officers of the Association on the draft drawn on such local bank.  A copy of the monthly accounts of such off-campus bank account shall be published regularly in The Indian Leader.  Nothing in this Settlement Agreement shall be read to prohibit Haskell from devising and implementing procedures for managing and accounting for on-campus revenue-raising activities of students.

8.  **Elections.**  As soon as possible following the execution of this Settlement Agreement, the President of the Association shall call a meeting of the membership of the Association for the purpose of electing the editors of The Indian Leader and the officers of the Association for the 1989-1990 academic year.  This meeting shall be called within the first 30 days of the beginning of the fall 1989 semester at Haskell.

9.  **Control of Contributions for Subscriptions.**  Voluntary contributions made by individuals for subscriptions to The Indian Leader shall no longer be paid to the Haskell Indian Junior College Foundation and shall instead be paid directly to the Association Club Account in the Student Bank.

10.  **Waiver of Claims.**  This Settlement Agreement represents the final understanding between the parties concerning the resolution of the issues before the United States District Court for the District of Kansas in Indian Leader Association v. United States Department of Interior, Case No. 89-4063-R (filed March 30, 1989).  All parties to this Settlement Agreement hereby release the others from any claims or causes of action, and the parties and their counsel agree not to initiate or cause to be initiated, any further proceedings between any of the parties or their counsel, or make any further requests regarding the facts of this case.

11.  **Covenant of Good Faith and Fair Dealing.**  The parties agree to interpret and implement this Settlement Agreement in good faith and with due regard for both the First Amendment rights of student journalists and the legitimate educational and administrative interests of Haskell.  It is the central purpose of this Settlement Agreement to secure the regular publication of The Indian Leader free from any prior restraint or censorship.  This Settlement Agreement is contingent upon the reciprocal performance of the specified obligations by all of the parties.  In the event that any party acts in bad faith or breaches this Settlement Agreement, the aggrieved party shall be free to pursue appropriate legal remedies in a court of law.  Nothing in this Settlement

4

PAGE.05

USA001351

Agreement shall be construed to restrict or limit the right of any
of the parties to commence litigation if any party fails to comply
with all of the terms and conditions of this Settlement Agreement.

~~12.   Use of Printing Press.   The parties agree that the use~~
of the federally authorized printing press at Haskell is subject
to the Government Printing and Binding Regulations published by the
Joint Committee on Printing of the U.S. Congress.   See 44 U.S.C.
§§ 103, 501, 502.

13.   Recognition of Mutual Rights.   Any and all rights and
responsibilities under this Agreement are set forth in recognition
of the mutual rights of the defendant Haskell, and the rights of
the students to free speech, press and expression.   The Agreement
recognizes various rights of Haskell hereunder to alter the Plan
of Operation in conjunction with the student journalists (3)(e),
to reduce or eliminate funding (3)(b), and to dispose of or sell
the printing presses under various provisions of this Agreement
(12).   These rights may not be exercised by Haskell in response to,
or as a result of, articles, photographs or any other content of
The Indian Leader.   Further, such actions may not legitimately be
performed under this Agreement as a form of prior restraint, or
otherwise as intended to limit or restrict the free expression of
ideas or rights to the students as recognized in this Agreement.
Any exercise by Haskell of the rights noted in this paragraph shall
be done following notice to The Indian Leader Association, stating
the action to be taken and the reasons therefor.   Such notice shall
be delivered to the editor-in-chief and posted on the Student
Activities bulletin board at least thirty (30) days prior to any
such contemplated action.

14.   Signature and Court Approval.   This Agreement shall be
signed by all the parties named in Section 1 of this Settlement
Agreement   or   their   duly   authorized   representatives.   This
Settlement Agreement shall be submitted to the Honorable Richard
D. Rogers, Judge for the United States District Court for the
District of Kansas, for final approval and shall not become
effective until such final approval is obtained.   After such final
approval has been obtained, the Plaintiffs shall agree to the
dismissal without prejudice of the action against all named
defendants except Haskell.   The Settlement Agreement shall then
immediately bind the remaining parties to all of its provisions,
and a judgment of dismissal of the action, subject to the terms of
the Settlement Agreement, shall then be jointly submitted to the
court by the remaining parties.

IN WITNESS WHEREOF, the parties have caused this Settlement
Agreement to be executed by their duly authorized representatives
on this _____ day of _____, 1989.

5

PAGE.06          SEP 19 '89  8:56   U S A TOPEKA

USA001352

THE INDIAN LEADER ASSOCIATION          HASKELL INDIAN JUNIOR COLLEGE

MARCEL STEVENS                          JIM BAKER
Managing Editor and President           Acting President
The Indian Leader Association           Haskell Indian Junior College

CYNTHIA GRANT                           DAVID M. COOPER
Student Journalist                      Assistant U.S. Attorney
                                        Counsel for the Defendant

HARVEY ROSS
Student Journalist

CORDELL WHITETREE
Student Journalist

DARIO F. ROBERTSON
Counsel for Plaintiffs

PATRICK R. NICHOLS
Counsel for Plaintiffs

6

USA001353

THE INDIAN LEADER ASSOCIATION
Haskell Indian Junior College
Lawrence, Kansas 66046

PLAN OF OPERATION

## I.   NAME

The name of this organization is The Indian Leader Association and shall hereafter be referred to as the Association.

## II.   PURPOSE

The purpose of the Association is to produce The Indian Leader newspaper, an independent student publication, and the Haskell Yearbook.   The Indian Leader newspaper will be produced and published approximately six times each semester and the Haskell Yearbook will be produced and published the spring semester of each school year.  The Association will also maintain a separate account to accept funds and donations on behalf of the newspaper and for disbursing cash payments as incentives to students who contribute articles, photographs and illustrations to The Indian Leader.

The Indian Leader is a nationally distributed Native American newspaper edited and published by students at Haskell Indian Junior College for the purpose of promoting the free and informed debate and discussion of (1) topics of special interest to Haskell students and alumni, (2) issues of special importance to Native Americans generally and (3) all newsworthy topics and public issues of general interest to American citizens.

The Indian Leader is published by the students at Haskell Indian Junior College and the members of the Association in the exercise of their individual rights to free speech and freedom of the press guaranteed by the First Amendment of the United States Constitution.   These fundamental First Amendment rights have been expressly recognized as rights which individual students enjoy who attend Bureau of Indian Affairs schools in Part 42 of Title 25 of the Code of Federal Regulations.  Student Rights and Due Process Procedures, 25 C.F.R. § 42.3(e)-(f) (1988).   These basic rights have also been reaffirmed in Part III of the Code of Student Rights and Responsibilities of Haskell Indian Junior College (1988).

The Indian Leader Association is committed to improving the ability of Native Americans to determine their own destiny by providing an open public forum in which all concerned citizens, regardless of race, creed, color, sex, religion or national origin, might freely discuss the important public issues of the day.  The members of the Association believe that by providing such a public forum, readers and contributors alike will improve their understanding of the true meaning of leadership, citizenship and democracy in contemporary American society through an open, honest

1

PAGE.08                          U S A TOPEKA   8:58   SEP 19 '89

USA001354

and fair-minded exchange of views.

III. <u>MEMBERSHIP AND OFFICERS OF THE ASSOCIATION</u>

    A. <u>General</u>

      To qualify as a member of the Association, an individual must:

      (a) be an enrolled student at Haskell Indian Junior College;

      (b) submit a news story, essay, proposed editorial, poem, short story, photograph or any other journalistic or literary work, not including advertisements, letters to the editor and notices, for publication in <u>The Indian Leader</u>, or participate in the production or circulation of <u>The Indian Leader</u> or the <u>Haskell Yearbook</u>.

      (c) receive written notice that the submission has been accepted for publication in <u>The Indian Leader</u>; and

      (d) inform the Association, orally or in writing, of an intention to become a member of the Association.

      The Editor-in-Chief shall be responsible for keeping a current list of Association members and publishing said list at least once per semester in <u>The Indian Leader</u>.

      In the event that any member fails to attend three consecutive meetings of the Association, without excuse, that person may be removed from the membership rolls of the Association by majority vote.

    B. <u>Officers</u>

      The officers of the Association shall include a President, Vice President, Treasurer and Secretary. The person elected President of the Association shall also serve as Editor-in-Chief of <u>The Indian Leader</u> and the person elected Vice-President shall also serve as Executive Editor of <u>The Indian Leader</u>.

      Officers must maintain "academic good standing," as defined on page 35 of the <u>Haskell Bulletin</u>, 1988-1990, in order to receive a salary as specified in Appendix I containing the 1989-1990 Budget for <u>The Indian Leader</u>. Decisions made at duly convened meetings of the Association are binding on members.

      All officers of the Association shall have taken or shall be currently enrolled in at least one course in English or Journalism at Haskell Indian Junior College at the time his or her term of office shall commence in order to be eligible to hold such office.

SEP 19 '88  8:59  U S A TOPEKA

PAGE.09

USA001355

The President shall be the Editor-in-Chief and shall be responsible for the general operation of the paper and the Association. The President shall pick up and distribute mail daily.

The Editor-in-Chief shall conduct regular and special meetings of student reporters, assign stories, edit manuscripts, oversee reporters and lay out The Indian Leader.

The Executive Editor shall assist the Editor-in-Chief in carrying out his or her assigned duties and shall succeed to the position of Editor-in-Chief in the event of a vacancy in that office prior to next regularly scheduled election.

The circulation manager shall (1) recommend to the printers the approximate number of issues of the newspaper to be published, (2) coordinate the distribution of issues on the day of publication, (3) maintain a current mailing list, (4) make additions, deletions, corrections and other appropriate changes in mailing list, (5) make labels or have labels made, (6) coordinate the process of labeling The Indian Leader for mailing, (7) keep a file of correspondence, and (8) make a weekly report, oral or written, to the Association.

Other positions in the Association shall be established upon the majority vote of the members of the Association. The Association shall make the guidelines and prescribe the duties of all new positions. Officers may be removed from office upon the vote of two-thirds of the members of the Association.

IV. PARLIAMENTARY AUTHORITY

The rules contained in the current edition of Robert's Rules of Order Newly Revised shall govern the Association in all cases to which they are applicable and in which they are not inconsistent with this Plan of Operation and any special rules of order the Association may adopt.

V. MEETINGS

Meetings of the Association shall be held weekly and will be open to all Haskell students and to the public.

At the beginning of each semester, the Association shall decide upon a day, time and place for such regular weekly meetings. Once the day, time and place has been decided by the Association and notice of such has been posted on the bulletin board at the Student Senate Building, no further notice shall be required for the Association to conduct business at such regular weekly meetings.

Any meeting of the Association not held on the day, time and

3

USA001356

place of the regular weekly meeting may be properly convened only upon three days' prior written notice.  Such notice shall be made to the Association by posting an announcement of the meeting on The Indian Leader Bulletin Board.  This notice requirement shall apply to any meeting of the Association, other than regular meetings, ~~referenced in this Plan of Operation, including but not limited to~~ meetings mentioned in Sections III(B), VI and VIII(B) of this Plan of Operation.

A majority of the members of the Association shall constitute a quorum.

## VI.  EDITORIAL BOARD AND EDITORIAL CONTROL

The Editorial Board shall consist of the Association President and Editor-in-Chief, the Vice President and Executive Editor, Copy Editor, the Circulation Manager, and the Darkroom Manager.  Other positions and members of the Editorial Board may be added by majority vote of either the Editorial Board or the members of the Association.  A majority of the members of the Editorial Board shall constitute a quorum.

The Editorial Board shall have primary responsibility for and control of the editorial content of The Indian Leader.  Day-to-day editorial decisions shall be made by the Editor-in-Chief, but any question of editorial policy may be put to the vote of the Board of Editors at any regular or special meeting of the Board of Editors.

In the event that the faculty adviser, any member of the Editorial Board or any member of the Association requests, prior to publication, a special review of any portion of an issue of The Indian Leader to determine whether it is libelous or obscene, the entire Editorial Board shall:

(a) carefully read and evaluate the identified material to determine whether it is libelous or obscene;

(b) seek the advice of the faculty adviser and, if possible, experts in the field of student press rights and the law of libel and obscenity, such as legal counsel and journalists designated by the Student Press Law Center in Washington, D.C., the Journalism Education Association or College Media Advisers; and

(c) consult, when appropriate, authoritative treatises for more detailed guidance in determining whether the identified material is libelous or obscene, such as:

(1) Louis E. Ingelhart, Freedom for the College Student Press (Westport, Conn.:  Greenwood Press, 1985):  125-151 (on libel), 159-168 (on obscenity); and

(2) Student Press Law Center, Law of the Student Press

4

USA001357

(Washington, D.C.:   Student Press Law Center, 1985):   31-38 (on libel), 38-41 (on obscenity);

        (d) make a final, independent determination of whether to publish the identified material; and

        (e) report its determination to the faculty adviser within 24 hours following such decision.

        Any student who has submitted an article for publication may withdraw that article prior to publication upon reasonable written notice to the Editor-in-Chief, provided that such withdrawal can be accomplished without a substantial delay in publication.

## VII.  FACULTY ADVISER

        One or more faculty advisers may be appointed by Haskell Indian Junior College to assist students in the publication of The Indian Leader.

        The faculty adviser to the Association may freely advise and instruct student editors and reporters in the subject of journalism and relevant professional standards, commend and critique the work product of student journalists, offer fiscal and technological guidance to the newspaper staff in business and productions operations and provide whatever assistance to the newspaper and the student journalists the faculty adviser deems appropriate.

        A faculty adviser may make nonbinding recommendations to the student editors which they may, in their sole discretion, take into consideration in the free exercise of their independent editorial judgment.

        Although a faculty adviser of the Association may freely offer advice and assistance to student members of the Association, neither the faculty adviser nor any other Haskell officer or employee has the right to censor, edit or modify in any way the content of The Indian Leader.

        The faculty adviser is under an affirmative duty to facilitate the disbursement of such funds belonging to the Association as directed by the Editorial Board and the Association by majority vote, supported by written resolution, which are reasonably related to the management and publication of The Indian Leader.

        The faculty adviser shall, to the best of his or her ability, adhere to the ethical standards set forth in the attached Code of Ethics of College Media Advisers.

        The right of the Association to publish The Indian Leader shall not be conditioned upon the prior appointment of a faculty adviser by Haskell Indian Junior College.   Consequently,

5

USA001358

public activities of The Indian Leader. A vacancy is the result of the inability or unwillingness of Haskell Indian Junior College to appoint a faculty adviser to work with the Association in the event of a vacancy in that position.

The faculty adviser has no power to refuse to facilitate the disbursement of funds reasonably related to the management and publication of The Indian Leader as determined by the Editorial Board or the Association by majority vote.

## VIII. SALARIED POSITIONS OF THE INDIAN LEADER

### A. Officers With Salaries

Salaried positions in the Association shall be those of President, Vice President, Copy Editor, Circulation Manager, Darkroom Manager. The Typesetter shall also receive a salary.

### B. Assistant Officers

Assistant officers shall be elected by majority vote of the members of the Association at the beginning of the last semester prior to the graduation of each salaried officer of the Association. Such assistant officers shall serve as apprentices to the graduating officers for the purpose of receiving the necessary training and experience to assume the responsibilities of the graduating officer after commencement. The assistant officers shall assume the office and responsibilities of the graduating officers on the date of the next commencement at Haskell Indian Junior College following their appointment as assistant officers. Any office not so filled by an assistant officer shall be filled by majority vote of the members of the Association in a regular or special election.

## IX. COMPENSATION AND AWARDS

Compensation and awards shall be as specified in this Section VIII.

Salaried positions shall be compensated according to the rates and amounts specified in Appendix I containing the 1989-90 Budget for The Indian Leader. Students holding salaried positions shall not be paid any other compensation specified in this section.

Student reporters shall be paid $1.25 per column inch for articles published. Student photographers shall be paid $5.00 for each photograph published. Student artists shall be paid an amount to be determined by majority vote of the Association for each published illustration or cartoon.

The amount and disbursement of monies for any type of contest sponsored by The Indian Leader must be approved by majority vote

6

SEP 19 '88 9:05    U S A TOPEKA                    PAGE.13

USA001359

of the Association.

X. ACCOUNTS

A. Activity Fund

Any funds allocated to The Indian Leader Association from the student activity fee, paid by each student of Haskell Indian Junior College each semester, shall be deposited in The Indian Leader Association Activity Fund in the Student Bank. Other monies received or collected by Haskell on behalf of the Association shall also be deposited in that Activity Fund.

Any officer, editor or any other member of the Association or any currently enrolled student or alumnus of Haskell Indian Junior College may, upon written request, examine the records of account of The Indian Leader Association Activity Fund in the Student Bank and may obtain a copy of any such records of account at his or her own expense.

A summary of the records of account shall be published annually in The Indian Leader.

In the absence of a finding by the Association of "First Amendment Grounds for Funds Withdrawal by Students" as described in the following paragraph, withdrawal from the Indian Leader Association Activity Fund shall be made by a faculty adviser, supported by signatures from a student member of the Editorial Board and the Association President.

In the event that the Association or the Editorial Board passes by 2/3 (two-thirds) vote a resolution finding "First Amendment Grounds for Funds Withdrawal by Students," withdrawal from the Indian Leader Association Activity Fund shall be made by President of Haskell Indian Junior College, if the request is reasonably related to the management or publication of The Indian Leader, supported by the signatures of the Association President and another member of the Editorial Board. "First Amendment Grounds for Funds Withdrawal by Students" exist whenever Haskell Indian Junior College has failed to appoint at least one faculty adviser to the Association or whenever the Association, by 2/3 (two-thirds) vote, reasonably determines that a faculty adviser (1) is in any way obstructing the publication of The Indian Leader, (2) refuses to comply with requests from the Association or the editorial board for disbursements reasonably related to the management or publication of The Indian Leader, or (3) attempts in any way to censor, edit or modify the content of The Indian Leader.

Each withdrawal from The Indian Leader Association Activity Fund must be approved by a majority vote of the Editorial Board or the Association and supported by written resolution. Each such resolution must explain the purpose of every withdrawal of funds.

7

PAGE.14                    U S A TOPEKA    9:03  SEP 15 '89

USA001360

Receipts shall be collected within five (5) days following the disbursement of all funds. A full written accounting of any monies withdrawn pursuant to a resolution finding "First Amendment Grounds for Funds Withdrawal by Students" shall be given to a faculty adviser or, if there is no faculty adviser, to the President of Haskell Indian Junior College within five (5) days following the withdrawal transaction.

Nothing herein binds the federal government (or Haskell) to spend federal appropriated funds to publish The Indian Leader.

B.  Club Fund

Money raised by members may, at the election of the Association, be deposited into a Club Fund at the Student Bank or in an off-campus account at a local bank in Lawrence, Kansas. Such money may be withdrawn for (1) student entertainment, (2) contracting outside services and (3) such other uses benefiting the Association as the Editorial Board may, in its sole discretion, determine to be necessary or appropriate.

In the absence of a determination by the Association of "First Amendment Grounds for Funds Withdrawal by Students" as described in the following paragraph, withdrawal from a Club Fund maintained at the Student Bank shall be made by faculty adviser, supported by signatures from any two student officers of the Association.

In the event that the Association or the Editorial Board passes by majority vote a resolution finding "First Amendment Grounds for Funds Withdrawal by Students," withdrawal from the Club Fund shall be made by the President of Haskell Indian Junior College, supported by the signatures of the Association President and another officer of the Association. "First Amendment Grounds for Funds Withdrawal by Students" exist whenever Haskell Indian Junior College has failed to appoint at least one faculty adviser to the Association or whenever the Association, by majority vote, reasonably determines that a faculty adviser (1) is in any way obstructing the publication of The Indian Leader, (2) refuses to comply with requests from the Association or the editorial board for disbursements reasonably related to the management or publication of The Indian Leader, or (3) attempts in any way to censor, edit or modify the content of The Indian Leader.

Each withdrawal from the Club Fund must be approved by a majority vote of the Editorial Board or the Association and supported by written resolution. Each such resolution must explain the purpose of every withdrawal of funds. Receipts shall be collected following the disbursement of all funds. A full written accounting of any monies withdrawn pursuant to a resolution finding "First Amendment Grounds for Funds Withdrawal by Students" shall be given to a faculty adviser or, if there is no faculty adviser, to the President of Haskell Indian Junior College within five (5)

8

SEP 19 '89  9:04   U S A TOPEKA   PAGE.15

USA001361

days following the withdrawal transaction.

### C. Contributions for Mailed Subscriptions

The Indian Leader shall be distributed free of charge to anyone interested in receiving a copy. Any person wishing to receive a mailed subscription to The Indian Leader will be asked to make a $5.00 contribution directly to The Indian Leader Association Activity Fund by check or money order. The next edition of the Haskell Bulletin shall be amended to provide for the payment of such $5.00 contributions directly into The Indian Leader Association Activity Fund, rather than the Haskell Foundation, a tax exempt organization which has not direct relationship with and provides no funding to The Indian Leader Association.

### D. Off-Campus Bank Account

Those monies which are received, collected or raised off campus by the Association, without any intermediation by Haskell, may be deposited, at the election of the Association, in either the Student Bank account or in an off-campus account maintained at a local bank in Lawrence, Kansas. No disbursement from an off-campus bank account shall be made, however, without the signature of at least two officers of the Association on the draft drawn on such local bank. A copy of the monthly accounts of such off-campus bank account shall be published regularly in The Indian Leader.

9

PAGE.16

SEP 19 '89   9:05   U S A TOPEKA

USA001362

APPENDIX I

1989-90 BUDGET FOR THE INDIAN LEADER

| Position | Salary | Times 12 Issues |
|---|---|---|
| Editor-in-Chief | $33.50 | 402.00 |
| Executive Editor | 33.50 | 402.00 |
| Copy Editor | 33.50 | 402.00 |
| Circulation Manager | 33.50 | 402.00 |
| Darkroom Manager | 33.50 | 402.00 |
| Typesetter | 33.50 | 402.00 |
| Assistant Circulation | 33.50 | 402.00 |
| Assistant Darkroom | 33.50 | 402.00 |
| Assistant Typesetter | 33.50 | 402.00 |
| Freelance Compensation | 500.00 (per sem.) | $1,000.00 (x2 sem.) |
| Miscellaneous | 300.00 (per sem.) | 600.00 (x2 sem.) |
| Travel Expense | 750.00 (per sem.) | 1,500.00 (x2 sem.) |
| TOTAL | $3,158.00 (per sem.) | $6,718.00 (x2 sem.) |

10

USA001363

## PLAN OF OPERATION APPROVAL

College Officials                                    Date Approved

_Jimmy W Sohn_                                    _9/14/89_
PRESIDENT                                         DATE

_____                         _____
DIRECTOR OF STUDENT ACTIVITIES                    DATE

_Kindall D. McHenry_                             _9 - 15 - 89_
STUDENT SENATE PRESIDENT                          DATE

_Lannes Lambert_                                 _9/15/89_
SPONSOR                                           DATE

Organization Officers                            Date Approved

_Marcel Stevens_                                 _9 - 14 - 89_
PRESIDENT                                         DATE

(POSITION VACANT)                                _____
VICE PRESIDENT                                    DATE

_Harvey E Ross J._                               _15 Sept 89_
SECRETARY                                         DATE

_Harvey E Ross J._                               _15 Sept 89_
TREASURER                                         DATE

11

USA001364

| | |
|---|---|
| **From:** | Jeri Sledd <jsledd@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/21/2021 3:19:37 PM |
| **Subject:** | [EXTERNAL] Fw: Haskell Indian Leader: payroll |
| **Attachments:** | Fourth Issue word count.xlsx; Payroll Mailing Addresses - Vol.123 Iss. 4.docx |

---

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

*Jeri Sledd*
Student Bank

**Bureau of Indian Education**
U.S. Department of the Interior
155 Indian Avenue
Lawrence, KS  66046
Office Phone: 785-749-8435

---

**From:** Jamie Kay [        PII        ]
**Sent:** Monday, June 29, 2020 3:21 PM
**To:** jeri.sledd@bie.edu <jeri.sledd@bie.edu>; Jeri Sledd <jsledd@HASKELL.edu>
**Subject:** Re: Haskell Indian Leader: payroll

On Mon, Jun 29, 2020 at 10:20 AM Jamie Kay <[        PII        ]>wrote:

---------- Forwarded message ---------
**From: Rhonda Levaldo** <rlevaldo@haskell.edu>
Date: Fri, Jun 5, 2020 at 12:45 PM
Subject: RE: Haskell Indian Leader: payroll
To: Jamie Kay <[        PII        ]>, Jeri Sledd <jsledd@haskell.edu>, jeri.sledd@bie.edu <jeri.sledd@bie.edu>
Cc: The Indian Leader <[        PII        ]>, Jared Nally <jared.nally@haskell.edu>

I approve of the withdrawal request. Rhonda LeValdo

---

**From:** Jamie Kay [        PII        ]
**Sent:** Friday, June 05, 2020 12:14 PM
**To:** Jeri Sledd; jeri.sledd@bie.edu
**Cc:** The Indian Leader; Jared Nally; Rhonda Levaldo
**Subject:** Haskell Indian Leader: payroll

Hello Jeri,

USA001365

I have the following attached documents to this email for the payment of writers and staff of The Haskell Indian Leader as well as Osage Graphics on Volume 123 Issue 4. Please let me know if there is any additional information required and needed on your part. I have also CC'd Rhonda on this email so that she may give the approval of the withdrawal request. Looking forward to hearing from you soon.

Best,
Jamie Colvin, Treasurer

USA001366

| Name | Hire Date | Pictures | Device | Hourly Pay | Bonus Pay | Comm Pay | Leadership Pay | Total |
|------|-----------|----------|--------|-----------|-----------|----------|----------------|-------|
| | | | | | 0.108 | 95 | | 0.008 |
| | | | | | 0.108 | 95 | | 0.008 |
| | | | | | 0.108 | 95 | | 0.008 |
| | | | | | 0.108 | 95 | | 0.008 |
| | | | | 30 | 0.108 | 95 | | 0.008 |
| | 825 | 2 | | | 0.108 | 95 | 950 | 10.558 |
| | 771 | 2 | | | 0.108 | 95 | 950 | 960.239 |
| | 377 | | | | 0.108 | 95 | 950 | 22.238 |
| | | | | | 0.108 | 95 | | 0.008 |
| | | | | | 0.108 | 95 | | 0.008 |
| | 260 | 3 | | | 0.108 | 95 | | 20.238 |
| | | | | | 0.108 | 95 | | 0.008 |
| | 200 | | | | 0.108 | 95 | | 745.208 |
| | | | | | 0.108 | 95 | | 0.008 |

**Mailing Addresses for the Indian Leader Payroll - Volume 123,  Issue 4**

| | |
|---|---|
| Jamie Colvin | 1 PII |
| Jared Nally | PII |
| Diamond Williams | PII |
| Hayley Wells | PII |
| Jenna Makesgood | PII |
| Delila Begay | PII |

USA001368

| | |
|---|---|
| **From:** | Jeri Sledd <jsledd@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/21/2021 3:20:25 PM |
| **Subject:** | [EXTERNAL] Fw: Indian Leader Account Balance |

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

*Jeri Sledd*
Student Bank

***Bureau of Indian Education***
U.S. Department of the Interior
155 Indian Avenue
Lawrence, KS  66046
Office Phone: 785-749-8435

---

**From:** Jared Nally <jared.nally@HASKELL.edu>
**Sent:** Monday, October 19, 2020 1:51 PM
**To:** Jeri Sledd <jsledd@HASKELL.edu>; jeri.sledd@bie.edu <jeri.sledd@bie.edu>
**Cc:** Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Subject:** Indian Leader Account Balance

aya Jeri,

I want to again thank you for your assistance in getting a check to the Native American Journalists Association—the Indian Leader won 11 awards which was made possible not only by our talented writers and photographers, but with your assistance getting the entry fees paid for.

I'm writing you today to request an account balance and summary for the Indian Leader Association's account. We've previously made this request to you on July 24th and August 18th, and have not received account statement copies. I would like these statements delivered monthly from this point forward to ensure the compliance of the Student Bank to HINU and the Indian Leader Association's settlement agreement which states, "[Monies collected by Haskell on behalf of the Association shall be] the subject of a monthly account statement prepared by the Haskell Student Bank which shall be presented to the President of the Indian Leader Association."

In fulfilling this obligation to the Indian Leader, I would like previous months' account statements going back to our intitial request in July. I would also like an established day of the month for future balance statements so we both have a target date to prepare or expect to receive those documents. Please let me know how this request needs to move forward.

neewe,

-Jared Nally

USA001369

Editor-In-Chief, The Indian Leader Association


Get Outlook for iOS

USA001370

| From: | Jeri Sledd <jsledd@HASKELL.edu> |
|---|---|
| To: | Briggs, Connie K |
| Sent: | 6/21/2021 3:21:21 PM |
| Subject: | [EXTERNAL] Fw: Indian Leader Account Balance |

---

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

*Jeri Sledd*
Student Bank

**Bureau of Indian Education**
U.S. Department of the Interior
155 Indian Avenue
Lawrence, KS  66046
Office Phone: 785-749-8435

---

**From:** Jared Nally <jared.nally@HASKELL.edu>
**Sent:** Monday, October 19, 2020 1:51 PM
**To:** Jeri Sledd <jsledd@HASKELL.edu>; jeri.sledd@bie.edu <jeri.sledd@bie.edu>
**Cc:** Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Subject:** Indian Leader Account Balance

aya Jeri,

I want to again thank you for your assistance in getting a check to the Native American Journalists Association—the Indian Leader won 11 awards which was made possible not only by our talented writers and photographers, but with your assistance getting the entry fees paid for.

I'm writing you today to request an account balance and summary for the Indian Leader Association's account. We've previously made this request to you on July 24th and August 18th, and have not received account statement copies. I would like these statements delivered monthly from this point forward to ensure the compliance of the Student Bank to HINU and the Indian Leader Association's settlement agreement which states, "[Monies collected by Haskell on behalf of the Association shall be] the subject of a monthly account statement prepared by the Haskell Student Bank which shall be presented to the President of the Indian Leader Association."

In fulfilling this obligation to the Indian Leader, I would like previous months' account statements going back to our intitial request in July. I would also like an established day of the month for future balance statements so we both have a target date to prepare or expect to receive those documents. Please let me know how this request needs to move forward.

neewe,

-Jared Nally

USA001371

Editor-In-Chief, The Indian Leader Association


Get Outlook for iOS

USA001372

| | |
|---|---|
| **From:** | Jeri Sledd <jsledd@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/21/2021 3:18:59 PM |
| **Subject:** | [EXTERNAL] Fw: Indian Leader Funds |

---

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

*Jeri Sledd*
Student Bank

***Bureau of Indian Education***
U.S. Department of the Interior
155 Indian Avenue
Lawrence, KS  66046
Office Phone: 785-749-8435

---

**From:** Jeri Sledd <jsledd@HASKELL.edu>
**Sent:** Wednesday, March 25, 2020 5:31 PM
**To:** The Indian Leader <i_____@_____;Jim Rains <jrains@HASKELL.edu>
**Cc:** Rhonda Levaldo <rlevaldo@HASKELL.edu>; brenda.racehorse@bie.edu <brenda.racehorse@bie.edu>
**Subject:** RE: Indian Leader Funds

The funds are not frozen. I am only on campus Thursday's and Friday's. I only ask that you email me the spreadsheet for your payroll and I will cut the checks as per usual. I will need mailing addresses for all checks to be mailed as we are not allowing any face to face contact with students at this time.

Thank you for your patience during this time.

Jeri Sledd

---

From: The Indian Leader [it_____ PII _____]
Sent: Tuesday, March 24, 2020 9:51 PM
To: Jeri Sledd; Jim Rains
Cc: Rhonda Levaldo
Subject: Indian Leader Funds

aya,

It is my understanding that club funds have been frozen by the bank during this time. It is my request that the Indian Leader seek an exemption from this freeze. Even during this pandemic, the Emergency Public Health Order for Douglas County under section vi list newspapers as essential businesses to operate during this time.

The Indian Leader has been operating to help inform the Haskell community during this pandemic. The Indian Leader still plans to continue it's 123rd Volume via telecomuting, digital issues, and would like a final graduation issue to be circulated with photos of graduates in May.

USA001373

At this time our campus is dispersed and divided, and we feel the Indian Leader brings the sense of community we need — stories from students and not just about COVID-19. We request our funds to be unfrozen and would like to work with the student bank on what digital communication we can utilize to allow writers to be paid and how to pay for a final printing and mailing for the graduation issue.

We thank you for working with the oldest Native American student newspaper and adapting in times of need.

neewe,
-Jared Nally, Editor

USA001374

| | |
|---|---|
| **From:** | Jeri Sledd <jsledd@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/21/2021 3:20:51 PM |
| **Subject:** | [EXTERNAL] Fw: Indian Leader Payroll and Financial Document Request |

---

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

*Jeri Sledd*
Student Bank

**Bureau of Indian Education**
U.S. Department of the Interior
155 Indian Avenue
Lawrence, KS  66046
Office Phone: 785-749-8435

---

**From:** Jeri Sledd <jsledd@HASKELL.edu>
**Sent:** Tuesday, January 12, 2021 8:07 PM
**To:** Jared Nally <jared.nally@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; jeri.sledd@bie.edu <jeri.sledd@bie.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Re: Indian Leader Payroll and Financial Document Request

Your checks have been put in the Indian Leader po box. Please make arrangements with the Post Office to pick them up.

Jeri

---

**From:** Jared Nally <jared.nally@HASKELL.edu>
**Sent:** Monday, January 11, 2021 8:34 PM
**To:** Rhonda Levaldo <rlevaldo@HASKELL.edu>; Jeri Sledd <jsledd@HASKELL.edu>; jeri.sledd@bie.edu <jeri.sledd@bie.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Re: Indian Leader Payroll and Financial Document Request

I also concur for the withdrawal of funds for the payroll. Thank you, Jared Nally

Get Outlook for iOS

---

**From:** Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Sent:** Monday, January 11, 2021 2:33:00 PM
**To:** Jeri Sledd <jsledd@HASKELL.edu>; Jared Nally <jared.nally@HASKELL.edu>; jeri.sledd@bie.edu <jeri.sledd@bie.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin

USA001375

<mona.franklin@bie.edu>
**Subject:** RE: Indian Leader Payroll and Financial Document Request

I concur for the withdrawal of funds for the payroll. Thanks, Rhonda LeValdo

**From:** Jeri Sledd <jsledd@HASKELL.edu>
**Sent:** Monday, January 11, 2021 2:09 PM
**To:** Jared Nally <jared.nally@HASKELL.edu>; jeri.sledd@bie.edu
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Re: Indian Leader Payroll and Financial Document Request

Jared,

I have received your request for checks to cut for the ILA staff. I will just need to have both you and Rhonda concur to the withdrawal of funds so that I can attach the email to a withdrawal slip in lieu of signatures.

I have also attached your 2020 statement of account. Please let me know if you have questions.

I am on campus daily now and I will read the plan of operations and forward them to the appropriate signers. Once it has been signed, I will forward you a copy.

Let me know if you need further assistance.

Jeri Sledd
Haskell Indian Nations University
785-749-8435
Student Bank

---

**From:** Jared Nally <jared.nally@HASKELL.edu>
**Sent:** Friday, January 8, 2021 6:44 PM
**To:** jeri.sledd@bie.edu <jeri.sledd@bie.edu>; Jeri Sledd <jsledd@HASKELL.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Indian Leader Payroll and Financial Document Request

aya Jeri,

I've attached the Indian Leader Association's pay roll to this email. Please let me know if I need to provide anything else to have our writers and photographers paid for their work for the fall semester.

Several times this semester (September 3rd, September 10th, and October 19th) I've attempted to engage you and the student bank to receive balance statements of the Indian Leader Association's student bank account—I am attempting again to ask you to please provide all past statements for our account for last year, 2020. This is crucial information for the planning of Indian leader Association activities.

I would also like to affirm whether or not HINU approved and acknowledged the Indian Leader Association's Plan of Operations sent to you on September 3rd.

I appreciate your cooperation in assisting the Indian Leader Association in their financial operations.

-Jared Nally, Editor-In-Chief

Get Outlook for iOS

| | |
|---|---|
| **From:** | Jeri Sledd <jsledd@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/21/2021 3:20:00 PM |
| **Subject:** | [EXTERNAL] Fw: Indian Leader Sanctioning Forms |

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

*Jeri Sledd*
Student Bank

***Bureau of Indian Education***
U.S. Department of the Interior
155 Indian Avenue
Lawrence, KS  66046
Office Phone: 785-749-8435

---

**From:** The Indian Leader <[ PII ]>
**Sent:** Thursday, September 10, 2020 3:06 PM
**To:** Jeri Sledd <jsledd@HASKELL.edu>; jsledd@bie.edu <jsledd@bie.edu>
**Cc:** Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Subject:** Indian Leader Sanctioning Forms

aya Jeri,

I emailed last week about the Indian Leader Association's sanctioning, and trying to get a signature card for the new officers.

Here is a link to our 2020-2021 Order of Operations and here is a link to our meeting minutes where we elected officers. Let me know if there is anything else we need to do to move forward with our sanctioning.

neewe,
-Jared Nally, Editor-In-Chief

USA001377

---

| | |
|---|---|
| **From:** | Jeri Sledd <jsledd@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/21/2021 3:21:37 PM |
| **Subject:** | [EXTERNAL] Fw: Indian Leader Sanctioning Forms |

---

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

*Jeri Sledd*
Student Bank

**Bureau of Indian Education**
U.S. Department of the Interior
155 Indian Avenue
Lawrence, KS  66046
Office Phone: 785-749-8435

---

**From:** Jeri Sledd <jsledd@HASKELL.edu>
**Sent:** Friday, April 2, 2021 4:03 PM
**To:** Byington, Steve K <steve.byington@BIE.EDU>
**Subject:** Fw: Indian Leader Sanctioning Forms

---

**From:** The Indian Leader <indianleader10@gmail.com>
**Sent:** Thursday, September 10, 2020 3:06 PM
**To:** Jeri Sledd <jsledd@HASKELL.edu>; jsledd@bie.edu <jsledd@bie.edu>
**Cc:** Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Subject:** Indian Leader Sanctioning Forms

aya Jeri,

I emailed last week about the Indian Leader Association's sanctioning, and trying to get a signature card for the new officers.

Here is a link to our 2020-2021 Order of Operations and here is a link to our meeting minutes where we elected officers. Let me know if there is anything else we need to do to move forward with our sanctioning.

neewe,
-Jared Nally, Editor-In-Chief

USA001378

| | |
|---|---|
| **From:** | Jeri Sledd <jsledd@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/21/2021 3:19:16 PM |
| **Subject:** | [EXTERNAL] Fw: Indian Leader |
| **Attachments:** | Payroll Mailing Addresses - Vol.123 Iss. 3.docx; Third ISSUE word count.xlsx |

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

*Jeri Sledd*
Student Bank

***Bureau of Indian Education***
U.S. Department of the Interior
155 Indian Avenue
Lawrence, KS  66046
Office Phone: 785-749-8435

---

**From:** Jamie Kay <⸽‸‸‸‸‸‸‸‸PII‸‸‸‸‸‸‸‸⸽>
**Sent:** Thursday, April 23, 2020 11:12 PM
**To:** Jeri Sledd <jsledd@HASKELL.edu>
**Subject:** Indian Leader

Hesci Jerri,

I have comprised the materials I thought were necessary for the payroll for the newest issue. I have attached the word/picture count and the mailing addresses for each individual check. Please let me know if you have received this and if there is any additional information I need to provide or process I need to follow through with. I appreciate your time and hope to hear from you soon.

Best regards,
Jamie Colvin

USA001379

Mailing Addresses for the Indian Leader Payroll - Volume 123,  Issue 3

| | |
|---|---|
| Joseph Singh | 15~~~Indian Avenue Box#6~~ Lawrence, KS 66046 |
| Kayla Bointy (Care of of Michael Redbear) | PII |
| Jamie Colvin | PII |
| Jared Nally | PII |
| Diamond Williams | PII |
| Connor MacDonald | PII |
| Marklin Morales | PII |
| Zachary Arquette | PII |
| Tyson Logg | PII |
| Hayley Wells | PII |

USA001380

USA001381

| | |
|---|---|
| **From:** | Jeri Sledd <jsledd@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/21/2021 3:22:19 PM |
| **Subject:** | [EXTERNAL] Fw: Student Balance |

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

*Jeri Sledd*
Student Bank

***Bureau of Indian Education***
U.S. Department of the Interior
155 Indian Avenue
Lawrence, KS  66046
Office Phone: 785-749-8435

---

**From:** Jared Nally <␣␣␣␣␣␣␣␣␣␣PII␣␣␣␣␣␣␣␣␣␣>
**Sent:** Friday, May 29, 2020 3:43 PM
**To:** Jeri Sledd <jsledd@HASKELL.edu>; jsledd@bie.edu <jsledd@bie.edu>
**Cc:** Brenda Racehorse <bracehorse@HASKELL.edu>
**Subject:** Student Balance

aya Jeri Sledd,

I'm reaching out to you regarding statements I received in the mail today showing a remaining balance for Spring 2020 semester. I know I made a cash payment of $100 dollars less then the amount of tuition this spring, but that was because after the scholarship ceremony in Fall 2019, I was awarded an SGA scholarship, I think titled "Leaders of Tomorrow", that I wanted to go toward my spring tuition. Your assistant that works at the front of the student bank told me I could do that, I just need to sign the check over to the student bank, and it would be taken care of for me. When I came back in Spring, she was who I made the cash payment to and confirmed I had the $100 in my account from the previous semester. Can you please look into this for me, as my account for Spring should be paid in full with that scholarship.

neewe,
-Jared Nally

USA001382

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:02:34 PM |
| **Subject:** | [EXTERNAL] FW: 2020 Census Questions |

This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.

-----Original Message-----
From: The Indian Leader <indianleader10@gmail.com>
Sent: Tuesday, March 24, 2020 9:30 PM
To: Ernest Wilson <ewilson@HASKELL.edu>; Tonia Salvini <tsalvini@HASKELL.edu>
Cc: Rhonda Levaldo <rlevaldo@HASKELL.edu>; Jim Rains <jrains@HASKELL.edu>
Subject: 2020 Census Questions

aya,

I understand things are hectic, but I wanted to get in front of the 2020 Census questions for students before they start trying to fill them out themselves or have their family count them. I had a few questions on how Haskell plans to handle the Census. According to the Census help line, college students are encouraged to report where they live the majority of the year. In the case of students living on campus, they would still report living in the dorms despite going home due to COVID-19. I want to do our part to inform students.

Because Haskell is considered group quarters, it is my understanding that we do not self report, but University Housing reports for us, is this correct?

Is there a plan in place to make sure students know they are being counted, and will there be verification of student information before submission? For example, I looked at the questionnaire and besides identifying as native I also identify other races; I'm Native - Miami tribe of Oklahoma and White - Volga German, the latter part Haskell would not have on file.

If students need to provide information to Housing, what will that look like now that most students are off campus?

Will Haskell report students as living on campus if they have recently been vacated or were removed from housing this semester and if so what is the criterion for being reported?

Did Haskell report students for the 2010 census?

Is there any additional information students need to know about the census?

neewe,
-Jared Nally

USA001383

--------------------------------------------------------------------------------------

**From:**         Rhonda Levaldo <rlevaldo@HASKELL.edu>
**To:**           Briggs, Connie K
**Sent:**         6/20/2021 9:07:56 PM
**Subject:**      [EXTERNAL] FW: Fall 2020 Fees
**Attachments:**  Fall 2020 Fees.pdf

This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.

-----Original Message-----
From: The Indian Leader <indianleader10@gmail.com>
Sent: Wednesday, July 8, 2020 4:19 PM
To: ronald.graham@bie.edu; Ronald Graham <rgraham@HASKELL.edu>
Cc: clint.bowers@bie.edu; Stephen Prue <stephen.prue@bie.edu>; Brenda Racehorse <bracehorse@HASKELL.edu>
Subject: Fall 2020 Fees

aya President Graham:

Please see the attached press inquiry from the Indian Leader.

Sincerely,
-Jared Nally
Editor of the Indian Leader

USA001384

# The Indian Leader
The oldest Native American Student Newspaper

July 8, 2020

Ronald Graham, EdD
President
Haskell Indian Nations University
155 Indian Ave,
Lawrence, KS 66046

Fall 2020 Fees

Dear President Graham:

I'm reaching out to you with questions regarding the Fall 2020 Fees update, which I just saw today, and which your office has not emailed students about yet.[1] One reason for the email is to get questions answered as to why Haskell Indian Nations University (HINU) and Southwestern Indian Polytechnic Institute (SIPI)—the only two Tribal Colleges and Universities overseen by the Bureau of Indian Education (BIE)—have had such different responses to fall fees.

SIPI sent out a memo that not only are fall fees waived for students, but they would also be purchasing hotspots and laptops for students needing these items to continue their education.[2] In contrast, HINU silently updated their fees the same day of SIPI's announcement which now charges $715 to HINU students required to live off campus which is an increase of 198% to off campus fees for HINU going online.[3,4]

Q1: Did HINU receive different guidance from the BIE, or can administration please tell us why they have responded by increased fees in contrast to SIPI eliminating fees?[5,6]

Q2: Previous breakdowns of campus fees did not include library usage fees, how does HINU justify adding $382.50 to the fees now—are these just for shipping books?[7]

Q3: Technology Usage Fees jumped from $50 to $332.50, what is the justification for these technology fees and where do they go?[8]

Q4: Why hasn't CARES Act funding gone towards reducing or eliminating fees like SIPI?

_____

[1] Pay Online Page. June 25, 2020. https://www.haskell.edu/bursar/pay-online/

[2] 2020 Fall trimester. SIPI Memo. June 25, 2020. https://4.files.edl.io/abb9/06/30/20/191047-c9f9c361-d7aa-4746-b33c-6f834c794930.pdf

[3] *supra* Note 1

[4] Spring Off Campus Fees of $240 - Online tuition of $715 = $-475 or 198% increase.

[5] *supra* Note 1

[6] *supra* Note 2

[7] *supra* Note 1

[8] *supra* Note 1

USA001385

# The Indian Leader

The oldest Native American Student Newspaper

Q5: Why aren't there Student Actives Fees to fund our Student Government Association, Student Paper, and other student organizations that currently operate or can operate online?

Q6: If we aren't needing to pay Resident Assistants and Curtis Hall Staff due to students not being on campus, why aren't their budgeted salaries being used to cover student fees?

Q7: What is the administration doing to acknowledge that their students may be under financial stress during this time, when the administration is also increasing the cost of off campus fees 198%?[9]

Q8: Will HINU also try and provide webcam equipped laptops and/or hotspots for students in need like SIPI has indicated they would do?[10]

Sincerely,

Jared Nally
Editor for The Indian Leader

Cc:    Clint Bowers, BIE Chief of Staff
        Brenda Racehorse, CFO
        Stephen Prue, Office of the President

---

[9] *supra* Note 4

[10] *supra* Note 2

USA001386

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:09:55 PM |
| **Subject:** | [EXTERNAL] FW: Followup NAJA Check |

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

**From:** Jeri Sledd <jsledd@HASKELL.edu>
**Sent:** Tuesday, September 1, 2020 3:13 PM
**To:** [ PII ]
**Cc:** Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Subject:** RE: Followup NAJA Check

I have not and I apologize. I will have this cut tomorrow and you can make arrangements with Althea to pick it up. I will notify you when it has been completed and in the Indian Leader mailbox.


Jeri

---

**From:** [ PII ]
**Sent:** Tuesday, September 01, 2020 11:28 AM
**To:** Jeri Sledd
**Cc:** Rhonda Levaldo
**Subject:** Followup NAJA Check

aya Jeri,

I'm reaching out since it's been two weeks since we were last in contact, and I have not received a check for NAJA in the mail. Please let me know if you have cut the new check and mailed it and when I should expect to receive it, or if that has not been completed, at this time I would prefer to schedule a time/means to pick up the check on campus. This could be done while checking and picking up any mail for Indian Leader with Althea.

Please follow up with me on the status of the check.

neewe,
-Jared Nally


On Aug 18, 2020, at 3:13 PM, Jeri Sledd <jsledd@haskell.edu> wrote:

USA001387

Jared,

I appreciate the apology. I will cut a new check and all I need is your mailing address and I will send it to you directly to mail out.

Jeri

**From:** <span>PII</span>
**Sent:** Tuesday, August 18, 2020 9:35 AM
**To:** Jeri Sledd
**Subject:** Re: IMPORTANT: Immediate Payment Needed for NAJA Awards

Good Morning Jeri,

Sorry it's taken a couple days to get back to you and apologize about the misunderstanding about the check for NAJA. I'm sorry I assumed the bank had not cut the check, I had not be cc'd on any responses to indicate that it had been taken care of.

I've been connecting with the other parties involved with the check, and unfortunately it remains unaccounted for. At this time, can I ask for that check to be voided/canceled and another one reissued — $430 to the Native American Journalists Association.

It was also my misunderstanding that the bank would be mailing all checks, not just the student checks as a social distancing measure. I moved back to Lawrence this weekend and could pick up the check from the bank if a time is scheduled, I could provide my mailing address if it needs to come to me that way, or our association is happy to compensate postage and a small processing fee if that's what's necessary for the bank to send the check directly to the recipient.

I would also like to request a bank statement for our account.

neewe,
-Jared Nally, Editor

On Aug 11, 2020, at 3:10 PM, Jeri Sledd <jsledd@haskell.edu> wrote:

All checks have been cut for the Indian Leader. It is not the Student Banks responsibility to mail out your financial obligations other than to the students.

I'm not in the office at this time, but I will check on the status of this check tomorrow.

In the future, please refrain from telling this office what its responsibilities are and when said items should be completed.

Thank you for your patience during this difficult time.

USA001388

Jeri

**From:** [PII]
**Sent:** Tuesday, August 11, 2020 2:35 PM
**To:** Jeri Sledd; Brenda Racehorse; jsledd@bie.edu
**Cc:** rebeccalandsberry@naja.com
**Subject:** IMPORTANT: Immediate Payment Needed for NAJA Awards

Jeri:

July 25th, an invoice to be paid to the Native American Journalists Association (NAJA) in the sum of $430 was sent to you by our treasurer Jamie Colvin and approved by our Advisor Rhonda LeValdo. As of today, NAJA has not received the payment.

I need immediate confirmation that you've received this email and confirmation that a check in the sum of $430 has been or is being sent to:

Native American Journalists Association
395 W Lindsey St.
Norman, OK 73019 US

I will be following up tomorrow if I do not hear from you. It is critical that this invoice be paid and that you complete your fiduciary responsibility to the Indian Leader.


- Jared Nally,
Editor, the Indian Leader

Attachments: NAJA Invoice

**From:** [PII]
**Sent:** Thursday, June 25, 2020 4:11 PM
**To:** jeri.sledd@bie.edu; Jeri Sledd
**Cc:** The Indian Leader; Jared Nally; Rhonda Levaldo
**Subject:** Indian Leader

Hesci,

Indian Leader has participated in the NAJA competition for this year. I wanted to send you the invoice from NAJA. The invoice itself will be attached to this email. I really appreciate this and I have CC'd Rhonda to this email so she may approve of this action. I was also wanting to know if you received the last email regarding the payroll for the Fourth issue? I would love to give an update to our staff and writers. I look forward to hearing from you and I appreciate your time.

Best,
Jamie Colvin, Treasurer

USA001389

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:09:46 PM |
| **Subject:** | [EXTERNAL] FW: Followup NAJA Check |

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

**From:** Jared Nally [ PII ]
**Sent:** Tuesday, September 1, 2020 11:28 AM
**To:** Jeri Sledd <jsledd@HASKELL.edu>
**Cc:** Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Subject:** Followup NAJA Check

aya Jeri,

I'm reaching out since it's been two weeks since we were last in contact, and I have not received a check for NAJA in the mail. Please let me know if you have cut the new check and mailed it and when I should expect to receive it, or if that has not been completed, at this time I would prefer to schedule a time/means to pick up the check on campus. This could be done while checking and picking up any mail for Indian Leader with Althea.

Please follow up with me on the status of the check.

neewe,
-Jared Nally


On Aug 18, 2020, at 3:13 PM, Jeri Sledd <jsledd@haskell.edu> wrote:


Jared,


I appreciate the apology. I will cut a new check and all I need is your mailing address and I will send it to you directly to mail out.


Jeri

**From:** Jared Nally [ PII m]
**Sent:** Tuesday, August 18, 2020 9:35 AM
**To:** Jeri Sledd
**Subject:** Re: IMPORTANT: Immediate Payment Needed for NAJA Awards

Good Morning Jeri,

Sorry it's taken a couple days to get back to you and apologize about the misunderstanding about the check for NAJA. I'm sorry I assumed the bank had not cut the check, I had not be cc'd on any responses to indicate that it had been taken care of.

I've been connecting with the other parties involved with the check, and unfortunately it remains unaccounted for. At this time, can I ask for that check to be voided/canceled and another one reissued — $430 to the Native American Journalists Association.

It was also my misunderstanding that the bank would be mailing all checks, not just the student checks as a social distancing measure. I moved back to Lawrence this weekend and could pick up the check from the bank if a time is scheduled, I could provide my mailing address if it needs to come to me that way, or our association is happy to compensate postage and a small processing fee if that's what's necessary for the bank to send the check directly to the recipient.

I would also like to request a bank statement for our account.

neewe,
-Jared Nally, Editor


On Aug 11, 2020, at 3:10 PM, Jeri Sledd <jsledd@haskell.edu> wrote:


All checks have been cut for the Indian Leader. It is not the Student Banks responsibility to mail out your financial obligations other than to the students.


I'm not in the office at this time, but I will check on the status of this check tomorrow.


In the future, please refrain from telling this office what its responsibilities are and when said items should be completed.


Thank you for your patience during this difficult time.


Jeri

---

**From:** Jared Nally [j⬚⬚⬚⬚⬚⬚⬚ PII ⬚⬚⬚⬚⬚⬚]
**Sent:** Tuesday, August 11, 2020 2:35 PM
**To:** Jeri Sledd; Brenda Racehorse; jsledd@bie.edu
**Cc:** rebeccalandsberry@naja.com
**Subject:** IMPORTANT: Immediate Payment Needed for NAJA Awards

Jeri:

July 25th, an invoice to be paid to the Native American Journalists Association (NAJA) in the sum of $430 was sent to you by our treasurer Jamie Colvin and approved by our Advisor Rhonda LeValdo. As of today, NAJA has not received the payment.

I need immediate confirmation that you've received this email and confirmation that a check in the sum of $430 has been or is being sent to:

Native American Journalists Association
395 W Lindsey St.
Norman, OK 73019 US

I will be following up tomorrow if I do not hear from you. It is critical that this invoice be paid and that you complete your fiduciary responsibility to the Indian Leader.


- Jared Nally,
Editor, the Indian Leader

Attachments: NAJA Invoice

**From:** Jamie Kay ⌐‾‾‾‾‾‾‾**PII**‾‾‾‾‾‾‾⌐
**Sent:** Thursday, June 25, 2020 4:11 PM
**To:** jeri.sledd@bie.edu; Jeri Sledd
**Cc:** The Indian Leader; Jared Nally; Rhonda Levaldo
**Subject:** Indian Leader

Hesci,

Indian Leader has participated in the NAJA competition for this year. I wanted to send you the invoice from NAJA. The invoice itself will be attached to this email. I really appreciate this and I have CC'd Rhonda to this email so she may approve of this action. I was also wanting to know if you received the last email regarding the payroll for the Fourth issue? I would love to give an update to our staff and writers. I look forward to hearing from you and I appreciate your time.

Best,
Jamie Colvin, Treasurer

USA001392

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:10:00 PM |
| **Subject:** | [EXTERNAL] FW: Followup NAJA Check |

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

**From:** Jeri Sledd <jsledd@HASKELL.edu>
**Sent:** Thursday, September 3, 2020 1:55 PM
**To:** Jared Nally <j[_____PII_____]>
**Cc:** Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Subject:** RE: Followup NAJA Check

This check was given to the post office today. You can contact Althea to arrange a pick up time.


Jeri

---

**From:** Jeri Sledd
**Sent:** Tuesday, September 01, 2020 3:13 PM
**To:** Jared Nally
**Cc:** Rhonda Levaldo
**Subject:** RE: Followup NAJA Check

I have not and I apologize. I will have this cut tomorrow and you can make arrangements with Althea to pick it up. I will notify you when it has been completed and in the Indian Leader mailbox.


Jeri

---

**From:** Jared Nally [_____PII_____]
**Sent:** Tuesday, September 01, 2020 11:28 AM
**To:** Jeri Sledd
**Cc:** Rhonda Levaldo
**Subject:** Followup NAJA Check

aya Jeri,

I'm reaching out since it's been two weeks since we were last in contact, and I have not received a check for NAJA in the mail. Please let me know if you have cut the new check and mailed it and when I should expect to receive it, or if that has not been completed, at this time I would prefer to schedule a time/means to pick up the check on campus. This could be done while checking and picking up any

USA001393

mail for Indian Leader with Althea.

Please follow up with me on the status of the check.

neewe,
-Jared Nally

On Aug 18, 2020, at 3:13 PM, Jeri Sledd <jsledd@haskell.edu> wrote:

Jared,

I appreciate the apology. I will cut a new check and all I need is your mailing address and I will send it to you directly to mail out.

Jeri

---

**From:** Jared Nally [PII]
**Sent:** Tuesday, August 18, 2020 9:35 AM
**To:** Jeri Sledd
**Subject:** Re: IMPORTANT: Immediate Payment Needed for NAJA Awards

Good Morning Jeri,

Sorry it's taken a couple days to get back to you and apologize about the misunderstanding about the check for NAJA. I'm sorry I assumed the bank had not cut the check, I had not be cc'd on any responses to indicate that it had been taken care of.

I've been connecting with the other parties involved with the check, and unfortunately it remains unaccounted for. At this time, can I ask for that check to be voided/canceled and another one reissued — $430 to the Native American Journalists Association.

It was also my misunderstanding that the bank would be mailing all checks, not just the student checks as a social distancing measure. I moved back to Lawrence this weekend and could pick up the check from the bank if a time is scheduled, I could provide my mailing address if it needs to come to me that way, or our association is happy to compensate postage and a small processing fee if that's what's necessary for the bank to send the check directly to the recipient.

I would also like to request a bank statement for our account.

neewe,
-Jared Nally, Editor

On Aug 11, 2020, at 3:10 PM, Jeri Sledd <jsledd@haskell.edu> wrote:

All checks have been cut for the Indian Leader. It is not the Student Banks responsibility to mail out your financial obligations other than to the students.

USA001394

I'm not in the office at this time, but I will check on the status of this check tomorrow.

In the future, please refrain from telling this office what its responsibilities are and when said items should be completed.

Thank you for your patience during this difficult time.

Jeri

---

**From:** Jared Nally [j⸍⸍⸍⸍⸍⸍⸍⸍ PII ⸍⸍⸍⸍⸍⸍⸍⸍]
**Sent:** Tuesday, August 11, 2020 2:35 PM
**To:** Jeri Sledd; Brenda Racehorse; jsledd@bie.edu
**Cc:** rebeccalandsberry@naja.com
**Subject:** IMPORTANT: Immediate Payment Needed for NAJA Awards

Jeri:

July 25th, an invoice to be paid to the Native American Journalists Association (NAJA) in the sum of $430 was sent to you by our treasurer Jamie Colvin and approved by our Advisor Rhonda LeValdo. As of today, NAJA has not received the payment.

I need immediate confirmation that you've received this email and confirmation that a check in the sum of $430 has been or is being sent to:

Native American Journalists Association
395 W Lindsey St.
Norman, OK 73019 US

I will be following up tomorrow if I do not hear from you. It is critical that this invoice be paid and that you complete your fiduciary responsibility to the Indian Leader.


- Jared Nally,
Editor, the Indian Leader

Attachments: NAJA Invoice

**From:** Jamie Kay⸍⸍⸍⸍⸍ PII ⸍⸍⸍⸍⸍
**Sent:** Thursday, June 25, 2020 4:11 PM
**To:** jeri.sledd@bie.edu; Jeri Sledd
**Cc:** The Indian Leader; Jared Nally; Rhonda Levaldo
**Subject:** Indian Leader

Hesci,

Indian Leader has participated in the NAJA competition for this year. I wanted to send you the invoice from NAJA. The invoice itself will be attached to this email. I really appreciate this and I have CC'd Rhonda to this email so she may approve of this action. I was also wanting to know if you received the last email regarding the payroll for the Fourth issue? I would love to give an update to our staff and

writers. I look forward to hearing from you and I appreciate your time.

Best,
Jamie Colvin, Treasurer

USA001396

| From: | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
|---|---|
| To: | Briggs, Connie K |
| Sent: | 6/20/2021 9:06:14 PM |
| Subject: | [EXTERNAL] FW: Haskell Indian Leader: payroll |

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

**From:** Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Sent:** Friday, June 5, 2020 12:48 PM
**To:** Jamie Kay <[PII]Jeri Sledd <jsledd@HASKELL.edu>; jeri.sledd@bie.edu
**Cc:** The Indian Leader <[PII]Jared Nally <jared.nally@HASKELL.edu>
**Subject:** RE: Haskell Indian Leader: payroll

I approve of the withdrawal request. Rhonda LeValdo

**From:** Jamie Kay [[PII]]
**Sent:** Friday, June 05, 2020 12:14 PM
**To:** Jeri Sledd; jeri.sledd@bie.edu
**Cc:** The Indian Leader; Jared Nally; Rhonda Levaldo
**Subject:** Haskell Indian Leader: payroll

Hello Jeri,

I have the following attached documents to this email for the payment of writers and staff of The Haskell Indian Leader as well as Osage Graphics on Volume 123 Issue 4. Please let me know if there is any additional information required and needed on your part. I have also CC'd Rhonda on this email so that she may give the approval of the withdrawal request. Looking forward to hearing from you soon.

Best,
Jamie Colvin, Treasurer

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:06:56 PM |
| **Subject:** | [EXTERNAL] FW: HINU 2020 Census Efforts |
| **Attachments:** | HINU 2020 Census Efforts.pdf |

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

**From:** The Indian Leader <                          PII                          >
**Sent:** Saturday, June 20, 2020 11:32 AM
**To:** Ronald Graham <rgraham@HASKELL.edu>; rgraham@bie.edu; ronald.graham@bie.edu
**Cc:** Ernest Wilson <ewilson@HASKELL.edu>; tonia.salvini@bie.edu; Tonia Salvini <tsalvini@HASKELL.edu>; Lenora Goombi <lgoombi@HASKELL.edu>
**Subject:** HINU 2020 Census Efforts

Dear President Graham:

Please see the attached letter from the Indian Leader.

Sincerely,

Jared Nally
Editor for The Indian Leader

USA001398

# The Indian Leader

The oldest Native American Student Newspaper

June 20, 2020

Ronald Graham, Ed.D
President
Haskell Indian Nations University
155 Indian Ave
Lawrence, KS 66046

**HINU 2020 Census Efforts**

Dear President Graham:

The Indian Leader has reached out to Haskell Indian Nations University (HINU) administration regarding the 2020 Census, with no responses or action taken towards getting students counted for the census.[1,2,3] Under your new leadership and with your involvement, the Indian Leader would like to see efforts to collect student census information.

I. HINU is responsible for reporting on-campus student census data.

Group housing for students living in residential dorms shall have their census information collected and reported by HINU as part of the Group Quarters Enumeration Project.[4] Students to be counted are those that would have been living in the dorms April 1, 2020 — students who were off campus April 1 as a result of COVID-19 pandemic response efforts are still to be counted if they, under normal circumstances, would have been living on campus on April 1, which is an estimated 500 students.[5,6]

II. HINU does not have sufficient information on file to report without student outreach.

Information collected by admissions and other HINU departments do not paint a full picture of student information to be reported to the United States Census Bureau. For example, HINU does not

---

[1] Email from the Indian Leader to Ernest Wilson and Tonia Salvini (Mar. 24, 2020) (on file with author).

[2] Email from the Indian Leader to Lenora Goombi (Mar. 25, 2020) (on file with author).

[3] Email from Jared Nally to Ernest Wilson and Tonia Salvini (Apr. 16, 2020) (on file with author).

[4] "Group Quarters Enumeration," https://2020census.gov/en/conducting-the-count/gq/gqe.html

[5] "Census Bureau Statement on Modifying 2020 Census Operations to Make Sure College Students are Counted" (Mar. 15, 2020), https://2020census.gov/en/news-events/press-releases/modifying-2020-operations.html

[6] Estimate made from fall 2019 enrollment numbers and HINU's website which says 80% of students live on campus. https://www.haskell.edu/registrar/enrollment-data/ & https://www.haskell.edu/admissions/why-haskell/

---

USA001399

# The Indian Leader

The oldest Native American Student Newspaper

collect racial data other than tribal affiliation.[7] If HINU reported all students as Native American, they would overlook those that are mixed race and would either self identity as more than one race, or identify singularly as another race other than Native American.

III. HINU failure to report would have significant impacts.

There would be significant impacts if HINU did not collect census information. There are potential legal implications since everyone is legally required to fill out the census, and as part of the Group Enumeration Project, that responsibility falls on HINU to report for on campus students.[8,9] There may be additional impacts in Lawrence's Native community if HINU does not report student census data. Indian Health Services (IHS) service populations are based on official census data.[10] Lawrence's current Native population is estimated by the US Census Bureau at around 2,500 — not reporting 500 students would significantly impact service populations estimates and potentially funding for IHS until the 2030 census.[11,12]

IV. Closing

Indian Leader has previously tried to engage with HINU administration to collect student census data which personally affects Indian Leader staff writers who are part of the student population to be reported by HINU.[13] Indian Leader, as a result of HINU ghosting Indian Leader emails, has since published an article to spread awareness on how students should be counted and outlining the responsibility HINU has to it's students.[14] This is our final attempt to engage with HINU administration to collect and report census data by the extended deadline. The Indian Leader will be covering this story again, and hopes that it will be on actions the HINU administration has taken to report student census data and not on the failure by HINU to do so. Please remain in contact with the the Indian Leader as you take actions towards reporting. The Indian Leader would like fulfill our role in informing students and the HINU community by sharing any public statements or releases by the administration which may inform students on how they can work with HINU to be counted during the 2020 census.

---

[7] Admissions Application, https://www.haskell.edu/downloads/admission/Admissions%20Application_proof2_7-18-13.pdf

[8] "Who is Required to Respond", https://2020census.gov/en/am-i-required.html

[9] *surpa* Note 4

[10] Overview of the Indian Health Services Program,  https://www.ihs.gov/publicinfo/publications/trends96/96trov.pdf

[11] US Census Bureau, "Quick Facts: Lawrence city, KS", https://www.census.gov/quickfacts/lawrencecitykansas

[12] *surpa* Note 6

[13] *surpa* Note 1, Note 2, and Note 3

[14] Indian Leader Article, "2020 Census" (Apr. 13, 2020), http://www.theindianleader.com/2020/04/13/2020-census/

USA001400

# The Indian Leader

The oldest Native American Student Newspaper

Thank you for your partnership and pride with working with the Indian Leader, the oldest Native American student newspaper, and one of HINU's oldest legacies.

Sincerely,

Jared Nally
Editor for The Indian Leader

Cc:     Steven Prue, Office of the President
        Tonia Salvini, Vice President of Student Services
        Ernest Wilson, Acting Supervisor, Student Housing
        Lenora Goombi, University Services Staff

USA001401

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:09:30 PM |
| **Subject:** | [EXTERNAL] FW: IMPORTANT: Immediate Payment Needed for NAJA Awards |

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

**From:** Jeri Sledd <jsledd@HASKELL.edu>
**Sent:** Tuesday, August 11, 2020 2:48 PM
**To:** Jared Nally <​[ PII ]​>; Brenda Racehorse <bracehorse@HASKELL.edu>
**Cc:** Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>
**Subject:** RE: IMPORTANT: Immediate Payment Needed for NAJA Awards

All checks have been cut for the Indian Leader. It is not the Student Banks responsibility to mail out your financial obligations other than to the students.

I'm not in the office at this time, but I will check on the status of this check tomorrow.

In the future, please refrain from telling this office what its responsibilities are and when said items should be completed.

Thank you for your patience during this difficult time.

Jeri

---

**From:** Jared Nally [[ PII ]]
**Sent:** Tuesday, August 11, 2020 2:35 PM
**To:** Jeri Sledd; Brenda Racehorse; jsledd@bie.edu
**Cc:** rebeccalandsberry@naja.com
**Subject:** IMPORTANT: Immediate Payment Needed for NAJA Awards

Jeri:

July 25th, an invoice to be paid to the Native American Journalists Association (NAJA) in the sum of $430 was sent to you by our treasurer Jamie Colvin and approved by our Advisor Rhonda LeValdo. As of today, NAJA has not received the payment.

I need immediate confirmation that you've received this email and confirmation that a check in the sum of $430 has been or is being sent to:

Native American Journalists Association
395 W Lindsey St.
Norman, OK 73019 US

I will be following up tomorrow if I do not hear from you. It is critical that this invoice be paid and that you complete your fiduciary responsibility to the Indian Leader.


- Jared Nally,
Editor, the Indian Leader

Attachments: NAJA Invoice

**From:** Jamie Kay [j⸻PII⸻]
**Sent:** Thursday, June 25, 2020 4:11 PM
**To:** jeri.sledd@bie.edu; Jeri Sledd
**Cc:** The Indian Leader; Jared Nally; Rhonda Levaldo
**Subject:** Indian Leader

Hesci,

Indian Leader has participated in the NAJA competition for this year. I wanted to send you the invoice from NAJA. The invoice itself will be attached to this email. I really appreciate this and I have CC'd Rhonda to this email so she may approve of this action. I was also wanting to know if you received the last email regarding the payroll for the Fourth issue? I would love to give an update to our staff and writers. I look forward to hearing from you and I appreciate your time.

Best,
Jamie Colvin, Treasurer

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:09:41 PM |
| **Subject:** | [EXTERNAL] FW: IMPORTANT: Immediate Payment Needed for NAJA Awards |

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

**From:** Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Sent:** Tuesday, August 11, 2020 3:01 PM
**To:** Jeri Sledd <jsledd@HASKELL.edu>; Jared Nally <j[ PII ]>; Brenda Racehorse <bracehorse@HASKELL.edu>
**Cc:** Steven Byington <sbyington@HASKELL.edu>
**Subject:** RE: IMPORTANT: Immediate Payment Needed for NAJA Awards

Jeri,
I am sorry, I was alerted by NAJA our bill had not yet been paid and I know this was alerted in July a second time, I emailed Jared to let him know the situation. I know it has been difficult to deal with our business transactions with the current situation. I did not know, and neither did Jared, how Jamie Colvin was taking care of the checks since she was on campus at the time. We were able to get in touch with her, and she did let us know she put the check in my box at work, which, I myself have not been on campus because I was quarantined. Sorry for the inconvenience. Rhonda

**From:** Jeri Sledd
**Sent:** Tuesday, August 11, 2020 2:47 PM
**To:** Jared Nally; Brenda Racehorse
**Cc:** Rhonda Levaldo; Steven Byington
**Subject:** RE: IMPORTANT: Immediate Payment Needed for NAJA Awards

All checks have been cut for the Indian Leader. It is not the Student Banks responsibility to mail out your financial obligations other than to the students.

I'm not in the office at this time, but I will check on the status of this check tomorrow.

In the future, please refrain from telling this office what its responsibilities are and when said items should be completed.

Thank you for your patience during this difficult time.

Jeri

USA001404

**From:** Jared Nally [ PII ]
**Sent:** Tuesday, August 11, 2020 2:35 PM
**To:** Jeri Sledd; Brenda Racehorse; jsledd@bie.edu
**Cc:** rebeccalandsberry@naja.com
**Subject:** IMPORTANT: Immediate Payment Needed for NAJA Awards

Jeri:

July 25th, an invoice to be paid to the Native American Journalists Association (NAJA) in the sum of $430 was sent to you by our treasurer Jamie Colvin and approved by our Advisor Rhonda LeValdo. As of today, NAJA has not received the payment.

I need immediate confirmation that you've received this email and confirmation that a check in the sum of $430 has been or is being sent to:

Native American Journalists Association
395 W Lindsey St.
Norman, OK 73019 US

I will be following up tomorrow if I do not hear from you. It is critical that this invoice be paid and that you complete your fiduciary responsibility to the Indian Leader.


- Jared Nally,
Editor, the Indian Leader

Attachments: NAJA Invoice

**From:** Jamie Kay [ PII ]
**Sent:** Thursday, June 25, 2020 4:11 PM
**To:** jeri.sledd@bie.edu; Jeri Sledd
**Cc:** The Indian Leader; Jared Nally; Rhonda Levaldo
**Subject:** Indian Leader

Hesci,

Indian Leader has participated in the NAJA competition for this year. I wanted to send you the invoice from NAJA. The invoice itself will be attached to this email. I really appreciate this and I have CC'd Rhonda to this email so she may approve of this action. I was also wanting to know if you received the last email regarding the payroll for the Fourth issue? I would love to give an update to our staff and writers. I look forward to hearing from you and I appreciate your time.

Best,
Jamie Colvin, Treasurer

---

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:05:09 PM |
| **Subject:** | [EXTERNAL] FW: Indian Leader |
| **Attachments:** | Payroll Mailing Addresses - Vol.123 Iss. 3.docx; Third ISSUE word count.xlsx |

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

**From:** Jamie Kay [PII]
**Sent:** Friday, May 22, 2020 12:43 PM
**To:** steve.byington@bie.edu
**Cc:** Jared Nally <jared.nally@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Jeri Sledd <jsledd@HASKELL.edu>
**Subject:** Fwd: Indian Leader


---------- Forwarded message ---------
From: **Jamie Kay** <[PII]>
Date: Wed, May 20, 2020 at 10:44 AM
Subject: Indian Leader
To: Brenda Racehorse <bracehorse@haskell.edu>


Hello Ms. Racehorse,

I am emailing you in regards to the latest payroll distributions for the Indian Leader's Volume 123 Issue 3. I have contacted Jerri in the student bank about these inquiries multiple times with the appropriate documents to fulfill the payout of the Indian Leader staff and writers. I am asking for your assistance at this time to administer these requests as the current treasurer for the Indian Leader so that our staff and writers of the Indian Leader are paid accordingly. The documents I have attached below is the payroll and the current mailing addresses for the payroll individuals for Volume 123 Issue 3.
If there is anything in addition to these documents that need to be provided I am happy to do so. I appreciate your consideration and patience in this matter.
Mvto for your time.

Best,
Jamie Colvin

USA001406

Mailing Addresses for the Indian Leader Payroll - Volume 123,  Issue 3

| | |
|---|---|
| Joseph Singh | **PII** |
| Kayla Bointy (Care of of Michael Redbear) | **PII** |
| Jamie Colvin | **PII** |
| Jared Nally | **PII** |
| Diamond Williams | **PII** |
| Connor MacDonald | **PII** |
| Marklin Morales | **PII** |
| Zachary Arquette | **PII** |
| Tyson Logg | **PII** |
| Hayley Wells | **PII** |

USA001408

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:02:46 PM |
| **Subject:** | [EXTERNAL] FW: Indian Leader Funds |

This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.

-----Original Message-----
From: The Indian Leader <indianleader10@gmail.com>
Sent: Tuesday, March 24, 2020 9:51 PM
To: Jeri Sledd <jsledd@HASKELL.edu>; Jim Rains <jrains@HASKELL.edu>
Cc: Rhonda Levaldo <rlevaldo@HASKELL.edu>
Subject: Indian Leader Funds

aya,

It is my understanding that club funds have been frozen by the bank during this time. It is my request that the Indian Leader seek an exemption from this freeze. Even during this pandemic, the Emergency Public Health Order for Douglas County under section vi list newspapers as essential businesses to operate during this time.

The Indian Leader has been operating to help inform the Haskell community during this pandemic. The Indian Leader still plans to continue it's 123rd Volume via telecomuting, digital issues, and would like a final graduation issue to be circulated with photos of graduates in May.

At this time our campus is dispersed and divided, and we feel the Indian Leader brings the sense of community we need — stories from students and not just about COVID-19. We request our funds to be unfrozen and would like to work with the student bank on what digital communication we can utilize to allow writers to be paid and how to pay for a final printing and mailing for the graduation issue.

We thank you for working with the oldest Native American student newspaper and adapting in times of need.

neewe,
-Jared Nally, Editor

USA001409

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:03:00 PM |
| **Subject:** | [EXTERNAL] FW: Indian Leader Funds |

This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.

-----Original Message-----
From: Jeri Sledd <jsledd@HASKELL.edu>
Sent: Wednesday, March 25, 2020 12:32 PM
To: The Indian Leader <indianleader10@gmail.com>; Jim Rains <jrains@HASKELL.edu>
Cc: Rhonda Levaldo <rlevaldo@HASKELL.edu>; brenda.racehorse@bie.edu
Subject: RE: Indian Leader Funds

The funds are not frozen. I am only on campus Thursday's and Friday's. I only ask that you email me the spreadsheet for your payroll and I will cut the checks as per usual. I will need mailing addresses for all checks to be mailed as we are not allowing any face to face contact with students at this time.

Thank you for your patience during this time.

Jeri Sledd

_____
From: The Indian Leader [indianleader10@gmail.com]
Sent: Tuesday, March 24, 2020 9:51 PM
To: Jeri Sledd; Jim Rains
Cc: Rhonda Levaldo
Subject: Indian Leader Funds

aya,

It is my understanding that club funds have been frozen by the bank during this time. It is my request that the Indian Leader seek an exemption from this freeze. Even during this pandemic, the Emergency Public Health Order for Douglas County under section vi list newspapers as essential businesses to operate during this time.

The Indian Leader has been operating to help inform the Haskell community during this pandemic. The Indian Leader still plans to continue it's 123rd Volume via telecomuting, digital issues, and would like a final graduation issue to be circulated with photos of graduates in May.

At this time our campus is dispersed and divided, and we feel the Indian Leader brings the sense of community we need - stories from students and not just about COVID-19. We request our funds to be unfrozen and would like to work with the student bank on what digital communication we can utilize to allow writers to be paid and how to pay for a final printing and mailing for the graduation issue.

We thank you for working with the oldest Native American student newspaper and adapting in times of need.

neewe,
-Jared Nally, Editor

USA001410

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:05:58 PM |
| **Subject:** | [EXTERNAL] FW: Indian Leader Payments |

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

**From:** Jamie Kay <[ PII ]>
**Sent:** Tuesday, May 26, 2020 9:53 AM
**To:** Jeri Sledd <jsledd@HASKELL.edu>
**Cc:** The Indian Leader <ir[ PII ]>; steve.byington@bie.edu; Brenda Racehorse <bracehorse@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Subject:** Re: Indian Leader Payments

Good morning,

I was unsure of this part of the process and I will go ahead and see that she is CCd in this email thread. Thank you for notifying me.

Best,
Jamie Colvin

On Tue, May 26, 2020 at 8:28 AM Jeri Sledd <jsledd@haskell.edu> wrote:

A withdrawal request will still need to be filled out, but if Rhonda will concur to this email, I will use this as her authorization to withdrawal these funds.

---

**From:** The Indian Leader [ PII ]
**Sent:** Monday, May 25, 2020 3:21 PM
**To:** steve.byington@bie.edu; Jeri Sledd; Brenda Racehorse
**Cc:** Jamie Kay; Rhonda Levaldo
**Subject:** Indian Leader Payments

aya ceeki,

I'm reaching out to you on behalf of the Indian Leader's treasurer, Jamie Colvin, who has been trying to communicate with the student bank to cut checks for student writers and photographers for the Indian Leader's third Issue this year. I had previously communicated with Jeri Sledd regarding payments prior to the issue being written to ensure we still had access to our funds. She informed me that:

> "The funds are not frozen. I am only on campus Thursday's and Friday's. I only ask that you email me the spreadsheet for your payroll and I will cut the checks as per usual. I will need mailing addresses for all checks to be mailed as we are not allowing any face to face contact with students at this time. The funds are not frozen. I am only on campus Thursday's and Friday's. I only ask that you email me the spreadsheet for your payroll and I will cut the checks as per usual. I will need mailing addresses for all checks to be mailed as we are not allowing any face to face contact with students at this time."

USA001411

According to our treasurer, all information needed was provided to Jeri Sledd via email the last week of April and she has since continued to try and touch base with the student bank to  get payments, which have not happened.

1) Please refer to emails between Jeri Sledd and Jamie Colvin to cut payments for Volume 123 Issue 3.

2) Please see attached invoice to have the student bank mail a payment to our printer Osage Graphics in the sum of $1,472.44.

3) Please cc i[_____PII_____]n on any future emails between the student bank and Jamie Colvin so we can monitor communication to ensure the above are accomplished.

4) Please get back to us by the end of business Thursday May 28th at the latest with any requests for additional information you may need to complete the above.

5) Please confirm that checks and payments have been cut by end of business of Friday May 29th.

We understand delays during initial transitions from COVID-19 responses, but this Friday will be over a month since Indian Leader's first request for funds to be sent. We appreciate your assistance this week.

neewe,
-Jared Nally, Editor

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:05:17 PM |
| **Subject:** | [EXTERNAL] FW: Indian Leader Payments |
| **Attachments:** | Statement1_from_OSAGE_GRAPHICS10172.pdf |

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

**From:** The Indian Leader <[ PII ]>
**Sent:** Monday, May 25, 2020 3:21 PM
**To:** steve.byington@bie.edu; Jeri Sledd <jsledd@HASKELL.edu>; Brenda Racehorse <bracehorse@HASKELL.edu>
**Cc:** Jamie Kay <[ PII ]>; Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Subject:** Indian Leader Payments

aya ceeki,

I'm reaching out to you on behalf of the Indian Leader's treasurer, Jamie Colvin, who has been trying to communicate with the student bank to cut checks for student writers and photographers for the Indian Leader's third Issue this year. I had previously communicated with Jeri Sledd regarding payments prior to the issue being written to ensure we still had access to our funds. She informed me that:

> "The funds are not frozen. I am only on campus Thursday's and Friday's. I only ask that you email me the spreadsheet for your payroll and I will cut the checks as per usual. I will need mailing addresses for all checks to be mailed as we are not allowing any face to face contact with students at this time. The funds are not frozen. I am only on campus Thursday's and Friday's. I only ask that you email me the spreadsheet for your payroll and I will cut the checks as per usual. I will need mailing addresses for all checks to be mailed as we are not allowing any face to face contact with students at this time."

According to our treasurer, all information needed was provided to Jeri Sledd via email the last week of April and she has since continued to try and touch base with the student bank to get payments, which have not happened.

1) Please refer to emails between Jeri Sledd and Jamie Colvin to cut payments for Volume 123 Issue 3.

2) Please see attached invoice to have the student bank mail a payment to our printer Osage Graphics in the sum of $1,472.44.

3) Please cc it [ PII ] on any future emails between the student bank and Jamie Colvin so we can monitor communication to ensure the above are accomplished.

4) Please get back to us by the end of business Thursday May 28th at the latest with any requests for additional information you may need to complete the above.

5) Please confirm that checks and payments have been cut by end of business of Friday May 29th.

We understand delays during initial transitions from COVID-19 responses, but this Friday will be over a month since Indian Leader's first request for funds to be sent. We appreciate your assistance this week.

USA001413

neewe,
-Jared Nally, Editor

USA001414

# Statement

223 W HALL
PO BOX 47
BURLINGAME, KANS. 66413

To:

HASKELL UNIVERSITY
ATT. RHONDA LEVALDO
155 Indian Ave.
Box 4999
Lawrence Ks. 66046

| Date |
|------|
| 5/25/2020 |

| Amount Due |
|------------|
| $1,472.44 |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 03/31/2020 | Balance forward | | 1,472.44 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 0.00 | 0.00 | 0.00 | 458.48 | 1,013.96 | $1,472.44 |

USA001415

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:05:44 PM |
| **Subject:** | [EXTERNAL] FW: Indian Leader Payments |

This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.

-----Original Message-----
From: Rhonda Levaldo <rlevaldo@HASKELL.edu>
Sent: Tuesday, May 26, 2020 9:56 AM
To: Jeri Sledd <jsledd@HASKELL.edu>; The Indian Leader <i[ PII ]>; steve.byington@bie.edu; Brenda Racehorse <bracehorse@HASKELL.edu>
Cc: Jamie Kay <j[ PII ]>
Subject: RE: Indian Leader Payments

I concur with the request. Thank you, Rhonda LeValdo _____
From: Jeri Sledd
Sent: Tuesday, May 26, 2020 8:30 AM
To: The Indian Leader; steve.byington@bie.edu; Brenda Racehorse
Cc: Jamie Kay; Rhonda Levaldo
Subject: RE: Indian Leader Payments

A withdrawal request will still need to be filled out, but if Rhonda will concur to this email, I will use this as her authorization to withdrawal these funds.

_____
From: The Indian Leader [[ PII ]]
Sent: Monday, May 25, 2020 3:21 PM
To: steve.byington@bie.edu; Jeri Sledd; Brenda Racehorse
Cc: Jamie Kay; Rhonda Levaldo
Subject: Indian Leader Payments

aya ceeki,

I'm reaching out to you on behalf of the Indian Leader's treasurer, Jamie Colvin, who has been trying to communicate with the student bank to cut checks for student writers and photographers for the Indian Leader's third Issue this year. I had previously communicated with Jeri Sledd regarding payments prior to the issue being written to ensure we still had access to our funds. She informed me that:

> "The funds are not frozen. I am only on campus Thursday's and Friday's. I only ask that you email me the spreadsheet for your payroll and I will cut the checks as per usual. I will need mailing addresses for all checks to be mailed as we are not allowing any face to face contact with students at this time. The funds are not frozen. I am only on campus Thursday's and Friday's. I only ask that you email me the spreadsheet for your payroll and I will cut the checks as per usual. I will need mailing addresses for all checks to be mailed as we are not allowing any face to face contact with students at this time."

According to our treasurer, all information needed was provided to Jeri Sledd via email the last week of April and she has since continued to try and touch base with the student bank to get payments, which have not happened.

1) Please refer to emails between Jeri Sledd and Jamie Colvin to cut payments for Volume 123 Issue 3.

2) Please see attached invoice to have the student bank mail a payment to our printer Osage Graphics in the sum of $1,472.44.

3) Please cc in[ PII ]n any future emails between the student bank and Jamie Colvin so we can monitor communication to ensure the above are accomplished.

4) Please get back to us by the end of business Thursday May 28th at the latest with any requests for additional information you may need to complete the above.

USA001416

5) Please confirm that checks and payments have been cut by end of business of Friday May 29th.

We understand delays during initial transitions from COVID-19 responses, but this Friday will be over a month since Indian Leader's first request for funds to be sent. We appreciate your assistance this week.

neewe,
-Jared Nally, Editor

USA001417

---

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:05:37 PM |
| **Subject:** | [EXTERNAL] FW: Indian Leader Payments |

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

**From:** Jeri Sledd <jsledd@HASKELL.edu>
**Sent:** Tuesday, May 26, 2020 8:31 AM
**To:** The Indian Leader <[ PII ] steve.byington@bie.edu; Brenda Racehorse <bracehorse@HASKELL.edu>
**Cc:** Jamie Kay <[ PII ]; Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Subject:** RE: Indian Leader Payments

A withdrawal request will still need to be filled out, but if Rhonda will concur to this email, I will use this as her authorization to withdrawal these funds.

---

**From:** The Indian Leader [ PII ]
**Sent:** Monday, May 25, 2020 3:21 PM
**To:** steve.byington@bie.edu; Jeri Sledd; Brenda Racehorse
**Cc:** Jamie Kay; Rhonda Levaldo
**Subject:** Indian Leader Payments

aya ceeki,

I'm reaching out to you on behalf of the Indian Leader's treasurer, Jamie Colvin, who has been trying to communicate with the student bank to cut checks for student writers and photographers for the Indian Leader's third Issue this year. I had previously communicated with Jeri Sledd regarding payments prior to the issue being written to ensure we still had access to our funds. She informed me that:

> "The funds are not frozen. I am only on campus Thursday's and Friday's. I only ask that you email me the spreadsheet for your payroll and I will cut the checks as per usual. I will need mailing addresses for all checks to be mailed as we are not allowing any face to face contact with students at this time. The funds are not frozen. I am only on campus Thursday's and Friday's. I only ask that you email me the spreadsheet for your payroll and I will cut the checks as per usual. I will need mailing addresses for all checks to be mailed as we are not allowing any face to face contact with students at this time."

According to our treasurer, all information needed was provided to Jeri Sledd via email the last week of April and she has since continued to try and touch base with the student bank to get payments, which have not happened.

1) Please refer to emails between Jeri Sledd and Jamie Colvin to cut payments for Volume 123 Issue 3.

2) Please see attached invoice to have the student bank mail a payment to our printer Osage Graphics in the sum of $1,472.44.

3) Please cc [ PII ] on any future emails between the student bank and Jamie Colvin so we can

USA001418

monitor communication to ensure the above are accomplished.

4) Please get back to us by the end of business Thursday May 28th at the latest with any requests for additional information you may need to complete the above.

5) Please confirm that checks and payments have been cut by end of business of Friday May 29th.

We understand delays during initial transitions from COVID-19 responses, but this Friday will be over a month since Indian Leader's first request for funds to be sent. We appreciate your assistance this week.

neewe,
-Jared Nally, Editor

USA001419

---

| From: | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
|---|---|
| To: | Briggs, Connie K |
| Sent: | 6/20/2021 9:11:02 PM |
| Subject: | [EXTERNAL] FW: Indian Leader Payroll and Financial Document Request |
| Attachments: | ILA 2020 statement0001.pdf |

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

**From:** Jeri Sledd <jsledd@HASKELL.edu>
**Sent:** Monday, January 11, 2021 2:09 PM
**To:** Jared Nally <jared.nally@HASKELL.edu>; jeri.sledd@bie.edu
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Re: Indian Leader Payroll and Financial Document Request

Jared,

I have received your request for checks to cut for the ILA staff. I will just need to have both you and Rhonda concur to the withdrawal of funds so that I can attach the email to a withdrawal slip in lieu of signatures.

I have also attached your 2020 statement of account. Please let me know if you have questions.

I am on campus daily now and I will read the plan of operations and forward them to the appropriate signers. Once it has been signed, I will forward you a copy.

Let me know if you need further assistance.

Jeri Sledd
Haskell Indian Nations University
785-749-8435
Student Bank

---

**From:** Jared Nally <jared.nally@HASKELL.edu>
**Sent:** Friday, January 8, 2021 6:44 PM
**To:** jeri.sledd@bie.edu <jeri.sledd@bie.edu>; Jeri Sledd <jsledd@HASKELL.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Indian Leader Payroll and Financial Document Request

aya Jeri,

I've attached the Indian Leader Association's pay roll to this email. Please let me know if I need to provide

anything else to have our writers and photographers paid for their work for the fall semester.

Several times this semester (September 3rd, September 10th, and October 19th) I've attempted to engage you and the student bank to receive balance statements of the Indian Leader Association's student bank account—I am attempting again to ask you to please provide all past statements for our account for last year, 2020. This is crucial information for the planning of Indian leader Association activities.

I would also like to affirm whether or not HINU approved and acknowledged the Indian Leader Association's Plan of Operations sent to you on September 3rd.

I appreciate your cooperation in assisting the Indian Leader Association in their financial operations.

-Jared Nally, Editor-In-Chief

Get Outlook for iOS

1/11/21 at 13:14:53.45

Page: 1

## Student Bank
## Vendor Ledgers
### For the Period From Jan 1, 2020 to Dec 31, 2020

Filter Criteria includes: 1) IDs: 23258. Report order is by ID.

| Vendor ID<br>Vendor | Date | Trans No | Type | Paid | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 23258 | 1/1/20 | Balance Fwd | | | | | 5,601.71 |
| INDIAN LEADER ASSOC | 2/6/20 | 053006 | CDJ | | 70.00 | | 5,531.71 |
| | 2/21/20 | 0417347 | CRJ | * | | 30.00 | 5,561.71 |
| | 2/24/20 | 68432 | CDJ | | 100.20 | | 5,461.51 |
| | 2/24/20 | 68433 | CDJ | | 145.00 | | 5,316.51 |
| | 2/24/20 | 68434 | CDJ | | 66.50 | | 5,250.01 |
| | 2/24/20 | 68435 | CDJ | | 343.20 | | 4,906.81 |
| | 2/24/20 | 68436 | CDJ | | 50.00 | | 4,856.81 |
| | 2/24/20 | 68437 | CDJ | | 55.00 | | 4,801.81 |
| | 2/24/20 | 68438 | CDJ | | 29.50 | | 4,772.31 |
| | 2/24/20 | 68439 | CDJ | | 21.10 | | 4,751.21 |
| | 2/24/20 | 68440 | CDJ | | 398.48 | | 4,352.73 |
| | 2/24/20 | T2JDSTRF224 | CRJ | | | 3,531.67 | 7,884.40 |
| | 2/26/20 | 053027 | CDJ | | 100.00 | | 7,784.40 |
| | 2/28/20 | 0417384 | CRJ | | | 26.47 | 7,810.87 |
| | 3/4/20 | 053033 | CDJ | | 80.00 | | 7,730.87 |
| | 3/5/20 | 68579 | CDJ | | 40.00 | | 7,690.87 |
| | 3/5/20 | 68580 | CDJ | | 192.70 | | 7,498.17 |
| | 3/5/20 | 68581 | CDJ | | 97.70 | | 7,400.47 |
| | 3/5/20 | 68582 | CDJ | | 154.50 | | 7,245.97 |
| | 3/5/20 | 68583 | CDJ | | 166.90 | | 7,079.07 |
| | 3/5/20 | 68584 | CDJ | | 95.60 | | 6,983.47 |
| | 3/5/20 | 68585 | CDJ | | 44.80 | | 6,938.67 |
| | 3/5/20 | 68586 | CDJ | | 63.70 | | 6,874.97 |
| | 3/10/20 | 0417418 | CRJ | | | 15.64 | 6,890.61 |
| | 5/26/20 | 68928 | CDJ | | 5.00 | | 6,885.61 |
| | 5/26/20 | 68929 | CDJ | | 54.40 | | 6,831.21 |
| | 5/26/20 | 68930 | CDJ | | 62.30 | | 6,768.91 |
| | 5/26/20 | 68931 | CDJ | | 192.10 | | 6,576.81 |
| | 5/26/20 | 68932 | CDJ | | 286.40 | | 6,290.41 |
| | 5/26/20 | 68933 | CDJ | | 50.00 | | 6,240.41 |
| | 5/26/20 | 68934 | CDJ | | 50.00 | | 6,190.41 |
| | 5/26/20 | 68935 | CDJ | | 27.10 | | 6,163.31 |
| | 5/26/20 | 68936 | CDJ | | 5.00 | | 6,158.31 |
| | 5/26/20 | 68937 | CDJ | | 95.30 | | 6,063.01 |
| | 5/26/20 | 68938 | CDJ | | 1,472.44 | | 4,590.57 |
| | 7/24/20 | 68982 | CDJ | | 112.50 | | 4,478.07 |
| | 7/24/20 | 68983 | CDJ | | 340.20 | | 4,137.87 |
| | 7/24/20 | 68984 | CDJ | | 137.10 | | 4,000.77 |
| | 7/24/20 | 68985 | CDJ | | 81.70 | | 3,919.07 |
| | 7/24/20 | 68986 | CDJ | | 32.20 | | 3,886.87 |
| | 7/24/20 | 68987 | CDJ | | 24.50 | | 3,862.37 |
| | 7/24/20 | 68988 | CDJ | | 57.00 | | 3,805.37 |
| | 7/24/20 | 68989 | CDJ | | 338.10 | | 3,467.27 |
| | 7/24/20 | 68990 | CDJ | | 66.00 | | 3,401.27 |
| | 7/24/20 | 68991 | CDJ | | 50.00 | | 3,351.27 |
| | 7/24/20 | 68992 | CDJ | | 50.00 | | 3,301.27 |
| | 7/24/20 | 68993 | CDJ | | 37.60 | | 3,263.67 |
| | 7/24/20 | 68994 | CDJ | | 37.30 | | 3,226.37 |
| | 7/24/20 | 68995 | CDJ | | 36.90 | | 3,189.47 |
| | 7/31/20 | 69004 | CDJ | | 430.00 | | 2,759.47 |
| | 8/7/20 | T2JDSTRF080 | CRJ | | | 4,526.00 | 7,285.47 |
| | 10/29/20 | T2JDSTRF102 | CRJ | | | 653.34 | 7,938.81 |
| **Report Total** | | | | | 6,446.02 | 8,783.12 | 7,938.81 |

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:11:08 PM |
| **Subject:** | [EXTERNAL] FW: Indian Leader Payroll and Financial Document Request |

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

**From:** Steven Byington <sbyington@HASKELL.edu>
**Sent:** Tuesday, January 12, 2021 2:24 PM
**To:** Jeri Sledd <jsledd@HASKELL.edu>; Jared Nally <jared.nally@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; jeri.sledd@bie.edu
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>; Byington, Steve K <steve.byington@BIE.EDU>
**Subject:** Re: Indian Leader Payroll and Financial Document Request

Please contact me and I can arrange a time for Mail Center pickup.

---

**From:** Jeri Sledd <jsledd@HASKELL.edu>
**Sent:** Tuesday, January 12, 2021 2:07 PM
**To:** Jared Nally <jared.nally@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; jeri.sledd@bie.edu <jeri.sledd@bie.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Re: Indian Leader Payroll and Financial Document Request

Your checks have been put in the Indian Leader po box. Please make arrangements with the Post Office to pick them up.

Jeri

---

**From:** Jared Nally <jared.nally@HASKELL.edu>
**Sent:** Monday, January 11, 2021 8:34 PM
**To:** Rhonda Levaldo <rlevaldo@HASKELL.edu>; Jeri Sledd <jsledd@HASKELL.edu>; jeri.sledd@bie.edu <jeri.sledd@bie.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Re: Indian Leader Payroll and Financial Document Request

I also concur for the withdrawal of funds for the payroll. Thank you, Jared Nally

Get Outlook for iOS

---

**From:** Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Sent:** Monday, January 11, 2021 2:33:00 PM
**To:** Jeri Sledd <jsledd@HASKELL.edu>; Jared Nally <jared.nally@HASKELL.edu>; jeri.sledd@bie.edu

USA001423

<jeri.sledd@bie.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** RE: Indian Leader Payroll and Financial Document Request

I concur for the withdrawal of funds for the payroll. Thanks, Rhonda LeValdo


**From:** Jeri Sledd <jsledd@HASKELL.edu>
**Sent:** Monday, January 11, 2021 2:09 PM
**To:** Jared Nally <jared.nally@HASKELL.edu>; jeri.sledd@bie.edu
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Re: Indian Leader Payroll and Financial Document Request

Jared,

I have received your request for checks to cut for the ILA staff. I will just need to have both you and Rhonda concur to the withdrawal of funds so that I can attach the email to a withdrawal slip in lieu of signatures.

I have also attached your 2020 statement of account. Please let me know if you have questions.

I am on campus daily now and I will read the plan of operations and forward them to the appropriate signers. Once it has been signed, I will forward you a copy.

Let me know if you need further assistance.

Jeri Sledd
Haskell Indian Nations University
785-749-8435
Student Bank

---

**From:** Jared Nally <jared.nally@HASKELL.edu>
**Sent:** Friday, January 8, 2021 6:44 PM
**To:** jeri.sledd@bie.edu <jeri.sledd@bie.edu>; Jeri Sledd <jsledd@HASKELL.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Indian Leader Payroll and Financial Document Request

aya Jeri,

I've attached the Indian Leader Association's pay roll to this email. Please let me know if I need to provide anything else to have our writers and photographers paid for their work for the fall semester.

Several times this semester (September 3rd, September 10th, and October 19th) I've attempted to engage you and the student bank to receive balance statements of the Indian Leader Association's student bank account—I am attempting again to ask you to please provide all past statements for our account for last year, 2020. This is crucial information for the planning of Indian leader Association activities.

I would also like to affirm whether or not HINU approved and acknowledged the Indian Leader Association's Plan of Operations sent to you on September 3rd.

I appreciate your cooperation in assisting the Indian Leader Association in their financial operations.

-Jared Nally, Editor-In-Chief

USA001424

Get Outlook for iOS

USA001425

**From:** Rhonda Levaldo <rlevaldo@HASKELL.edu>
**To:** Briggs, Connie K
**Sent:** 6/20/2021 9:11:16 PM
**Subject:** [EXTERNAL] FW: Indian Leader Payroll and Financial Document Request

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

**From:** Jared Nally <jared.nally@HASKELL.edu>
**Sent:** Tuesday, January 12, 2021 2:51 PM
**To:** Steven Byington <sbyington@HASKELL.edu>; Jeri Sledd <jsledd@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; jeri.sledd@bie.edu
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>; Byington, Steve K <steve.byington@BIE.EDU>
**Subject:** Re: Indian Leader Payroll and Financial Document Request

aya Steven Byington,

I just sent an email to  Althea, but if you can arrange a time for me to get to campus let me know. I've got a flexible schedule with my asynchronous classes so I'll let your schedule determine when works best.

neewe,
-Jared Nally

Get Outlook for iOS

---

**From:** Steven Byington <sbyington@HASKELL.edu>
**Sent:** Tuesday, January 12, 2021 2:24:11 PM
**To:** Jeri Sledd <jsledd@HASKELL.edu>; Jared Nally <jared.nally@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; jeri.sledd@bie.edu <jeri.sledd@bie.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>; Byington, Steve K <steve.byington@BIE.EDU>
**Subject:** Re: Indian Leader Payroll and Financial Document Request

Please contact me and I can arrange a time for Mail Center pickup.

---

**From:** Jeri Sledd <jsledd@HASKELL.edu>
**Sent:** Tuesday, January 12, 2021 2:07 PM
**To:** Jared Nally <jared.nally@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; jeri.sledd@bie.edu <jeri.sledd@bie.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Re: Indian Leader Payroll and Financial Document Request

Your checks have been put in the Indian Leader po box. Please make arrangements with the Post Office to pick them up.

USA001426

Jeri

**From:** Jared Nally <jared.nally@HASKELL.edu>
**Sent:** Monday, January 11, 2021 8:34 PM
**To:** Rhonda Levaldo <rlevaldo@HASKELL.edu>; Jeri Sledd <jsledd@HASKELL.edu>; jeri.sledd@bie.edu <jeri.sledd@bie.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Re: Indian Leader Payroll and Financial Document Request

I also concur for the withdrawal of funds for the payroll. Thank you, Jared Nally

Get Outlook for iOS

**From:** Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Sent:** Monday, January 11, 2021 2:33:00 PM
**To:** Jeri Sledd <jsledd@HASKELL.edu>; Jared Nally <jared.nally@HASKELL.edu>; jeri.sledd@bie.edu <jeri.sledd@bie.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** RE: Indian Leader Payroll and Financial Document Request

I concur for the withdrawal of funds for the payroll. Thanks, Rhonda LeValdo

**From:** Jeri Sledd <jsledd@HASKELL.edu>
**Sent:** Monday, January 11, 2021 2:09 PM
**To:** Jared Nally <jared.nally@HASKELL.edu>; jeri.sledd@bie.edu
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>
**Subject:** Re: Indian Leader Payroll and Financial Document Request

Jared,

I have received your request for checks to cut for the ILA staff. I will just need to have both you and Rhonda concur to the withdrawal of funds so that I can attach the email to a withdrawal slip in lieu of signatures.

I have also attached your 2020 statement of account. Please let me know if you have questions.

I am on campus daily now and I will read the plan of operations and forward them to the appropriate signers. Once it has been signed, I will forward you a copy.

Let me know if you need further assistance.

Jeri Sledd
Haskell Indian Nations University
785-749-8435
Student Bank

**From:** Jared Nally <jared.nally@HASKELL.edu>
**Sent:** Friday, January 8, 2021 6:44 PM
**To:** jeri.sledd@bie.edu <jeri.sledd@bie.edu>; Jeri Sledd <jsledd@HASKELL.edu>
**Cc:** Ronald Graham <rgraham@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Steven Byington <sbyington@HASKELL.edu>; Mona Franklin <mona.franklin@bie.edu>

USA001427

**Subject:** Indian Leader Payroll and Financial Document Request

aya Jeri,

I've attached the Indian Leader Association's pay roll to this email. Please let me know if I need to provide anything else to have our writers and photographers paid for their work for the fall semester.

Several times this semester (September 3rd, September 10th, and October 19th) I've attempted to engage you and the student bank to receive balance statements of the Indian Leader Association's student bank account—I am attempting again to ask you to please provide all past statements for our account for last year, 2020. This is crucial information for the planning of Indian leader Association activities.

I would also like to affirm whether or not HINU approved and acknowledged the Indian Leader Association's Plan of Operations sent to you on September 3rd.

I appreciate your cooperation in assisting the Indian Leader Association in their financial operations.

-Jared Nally, Editor-In-Chief

Get Outlook for iOS

USA001428

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:03:14 PM |
| **Subject:** | [EXTERNAL] FW: Indian Leader Questions |

This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.

-----Original Message-----
From: The Indian Leader <indianleader10@gmail.com>
Sent: Sunday, April 5, 2020 12:27 PM
To: tonia.salvini@bie.edu
Cc: Rhonda Levaldo <rlevaldo@HASKELL.edu>
Subject: Indian Leader Questions

aya Salvini,

The Indian Leader will continue putting a digital issue together to highlight student and faculty accomplishments as well as information during this time. I may have additional questions later, but to start two articles that are important to me, I have a few statistics to gather from HINU. I want to cover the great efforts HINU went through to get students home that is unprecedented and something other universities didn't do. I also want to humanize students remaining on campus due to backlash from public in not understanding student circumstances that didn't give them other options. The questions are as follows.

Q1: How many students were living on campus at the beginning of the semester.?

Q2: How many students are on campus now?

Q3: What are the final numbers for student travel assistance? How many flights, trains, etc.?

Q4: With the announcement of online summer classes, will students on campus be able to remain for summer courses paying on campus living fees?

Q5: What is the percent of enrolled students who live on campus or What is the total number of enrolled students and I can do the math with the answer from question 1?

neewe,
-Jared Nally

USA001429

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:10:07 PM |
| **Subject:** | [EXTERNAL] FW: Indian Leader Sanctioning Forms |

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

**From:** The Indian Leader < PII >
**Sent:** Thursday, September 10, 2020 10:06 AM
**To:** Jeri Sledd <jsledd@HASKELL.edu>; jsledd@bie.edu
**Cc:** Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Subject:** Indian Leader Sanctioning Forms

aya Jeri,

I emailed last week about the Indian Leader Association's sanctioning, and trying to get a signature card for the new officers.

Here is a link to our 2020-2021 Order of Operations and here is a link to our meeting minutes where we elected officers. Let me know if there is anything else we need to do to move forward with our sanctioning.

neewe,
-Jared Nally, Editor-In-Chief

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:04:07 PM |
| **Subject:** | [EXTERNAL] FW: Indian Leader Volume 123 Issue 3 |
| **Attachments:** | Vol123Iss3.pdf |

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

**From:** The Indian Leader <⌐         PII         ⌐
**Sent:** Wednesday, April 15, 2020 11:13 AM
**To:** Stephen Prue <stephen.prue@bie.edu>; Jim Rains <jrains@HASKELL.edu>
**Cc:** Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Subject:** Indian Leader Volume 123 Issue 3

aya Mr. Prue,

This is my third request for you to please send out a student email with the latest issue of the Indian Leader to students. The document is attached and I hope you'll give the Indian Leader the same consideration for distributing our information as you have with done with student government and healing week who you've distributed information since my first request.

-Jared Nally, Editor

USA001431

Case 2:21-cv-02113-JAR-TJJ Document 30 Filed 07/20/21 Page 303 of 346

# THE INDIAN LEADER

## HASKELL INDIAN NATIONS UNIVERSITY

Volume 123 - Issue 3     The oldest Native American student newspaper     April 13, 2020



VPUS Tonia Salvini addressing students. *Photo by Zachary Arquette*

## HINU Pandemic Response Summary

Jared Nally

March 12 — Haskell Indian Nations University students received their first of many directives from the university regarding their COVID-19 pandemic response. This email set into motion many questions and further university policies to act on the changing climate of the pandemic.

The email extended spring break an additional week providing the University time to create the infrastructure to continue courses through distance learning. This email originally intended to have student safety re-evaluated after several weeks, potentially resuming on-campus classes — this was later replaced with the message that distance learning would continue the remainder of the semester, that the summer semester would be online, and that fall semester

may potentially be held on campus.

Further information was given through the Vice President of Student Services who addressed students who were on campus for spring break directly. In her addresses, Salvini presented a message of student safety as a priority. Salvini wanted students to know that actions were informed through a continued partnership with the Douglas County Emergency Response Team. This information provided a safety-window for student travel that later public statements identified as of March 17, where until then, students could return to campus to get their belongings. This safety-window was coupled with a strong message that students who were home during spring break should remain at home, and that students should work with the university to create exit plans. These exit plans were created to make sure students had a safe environment to return to and to collect student's financial and personal needs for HINU to assist in the student's return. It is the

Indian Leader's current impression that HINU has been the only university to offer financial assistance in securing plane tickets, bus fares, lodging, and gas cards, among other travel aid for students. Salvini said, "The University is assisting financially with all the arrangements on all transpiration."

During this time, Danielle McKinney, who was coordinating transportation arrangements, had collected roughly 30 requests for aid at that time — 9 flights and 21 ground transportation. That number quickly rose after the 3 o'clock mandatory student meeting later that day. Additional funds were given by the Haskell Foundation and Student Government voted to donate their remaining $20,000 in student funds to help. HINU has not made itself available to comment on how student money was used, and how many students received travel aid. Students were able to request travel aid up-until Monday, March 16th.

Student "housekeeping" questions

were addressed. Students' belongings left on campus would be packed and recorded. Any illegal items would be turned over to authorities, and there would be no student write-ups with the exception of possession of weapons. Packed belongings would only be shipped to students graduating this semester and not returning in the fall.

Students were also instructed to update addresses and file electronic fund transfer requests with the student bank to assist with financial aid and student work payments. Students were also directed to update forwarding addresses with the post office and direct any additional questions to HINU's new information line phone number, 785-830-2770, and email, infoline@haskell.edu

*(Continued on page 2.)*

USA001432

# CAMPUS NEWS

April 13, 2020

## Jude Thin Elk

Jamie Colvin

The news of our very own hits tremendously for Haskell Indian Nations University's community, but directions towards healing and rejoicing need to be lionized. On March 16th, 2020 the HINU campus experienced and received word of what no one wishes to hear, our beloved relative and Haskell student Jude Thin Elk suddenly passed away on campus.

The catastrophe created an uproar and sadness sweeping through the HINU community with this devastating news. We can remember and never forget this time of sorrow but may bask in the wonderful memories of getting to know this young man.

As we know him, Jude was here at HINU to pursue his education. When being accepted into this university you are not only becoming a student, you are becoming part of the Haskell family. This cohort of a family will always have a place for every HINU student on their journey. Jude's determination towards self-growth and gaining knowledge as a student is not now and never will be overlooked. The Haskell family is proud to say he was here to better himself while proceeding on his educational path.

Jude also made friendships along the way. Many saw him as a person always smiling and laughing. Current student Trey Jimboy says Jude was someone he could always talk to and about anything. They met when Jimboy's roommate brought Jude over, uniting them together.

Jimboy goes on to explain his memories and best moments with Jude; one memory of Jimboy, his roommate and Jude just having good time together, enjoying each other's company while walking towards Curtis Hall. These memories that were shared with this beautiful soul will not be forgotten. Jimboy says "I just hope that other people got to see Jude for who he was before passing," and he wishes for everyone to remember, "that he was just a kind, relaxed person who always seemed to be laughing or smiling and not letting things get to him."

May Jude forever be rejoiced.

## When Home Isn't "Home"

Jared Nally

Haskell Indian Nations University recently came under fire after releasing a statement documenting an on-campus student's self-reported positive test result for COVID-19. The public wanted to know why these students weren't "home" when weeks earlier HINU provided both financial and personal support to get students back to their families. This also comes during Kansas' mandated stay-at-home orders. So what does "home" mean for these students, and why aren't they with their families?

First, to contextualize HINU's message, during the travel safety window students were required to create travel safety plans. Tonia Salvini, Vice President of University Services, told students that if going home wasn't an option that they should write that on their travel plans. HINU administration did not make themselves available to comment on how many students remained on campus, but the Indian Leader estimates that number to be less than 10% of enrolled students.

HINU's pandemic policies humanized its students in creating a process that was meaningful to the safety of each student, and for some, it wasn't being sent away. One student, 69 years old and in the vulnerable category for COVID-19 said, "Haskell is a good place to be right now." HINU is also home for others during this time for various reasons.

Though each of these students has their own personal reasons for remaining on campus, the public should understand that many break the mold of teenage college students who have families to return to. For some students, being evicted would mean being homeless, the Haskell community is the only family for some. And in others, their families may be toxic, containing abusive relationships and dangerous situations involving drugs and other safety risks. Student safety considerations don't just surround COVID-19.

For others, there were health concerns, either being immune-compromised or having a family member who is and travel exacerbating the potential of infection or return to hotspots. Health safety is also a concern for those coming from non-reservation communities. Without access to Indian Health Services, they would not have access to healthcare for existing health conditions or assistance in the event of a COVID-19 infection.

The COVID-19 pandemic is exposing all types of privilege. While students remaining on campus have great gratitude to HINU and it's faculty for allowing them to stay when many universities evicted all of their students, community members should realize there is a privilege in having a safe alternative to return to other than HINU.

*(Continued from cover page.)*

However, students were not evicted from the campus as many institutions had done. HINU noted that there would be a population of students on campus who had to make an informed decision on their safety and situation. Exit plans were a strategy to prioritize student safety, reduce the on-campus population, and reduce the risk of spreading COVID-19.

Additional isolation policies were put into place for students remaining on campus. Campus facilities adapted to the challenge of self-isolation. Students were moved to single occupancy rooms in two dorms, Winona and Blalock, and a one-in-one-out rule went into effect for picking up to-go meals from Curtis. Students were also required to sign an updated housing contract and sign medical releases in the event students are tested for COVID-19.

Throughout these policies, HINU has been criticized for its ability to communicate. Instructor Freda Gipp addressed her concerns to the administration, "We have students out in Indian Country hearing from their friends when they should be hearing from you all". Faculty was blindsided by questions from students and parents after students on campus shared information from a dorm hall meeting over social media. This information was not shared with the faculty and did not go out through public statements. Off-campus students shared their own frustrations. One student commented on social media that the campus should "communicate with all students rather than relying on word of mouth."

Acting university President Jim Rains, Ph.D. explained that the Bureau of Indian Education needed to approve of any documents before they are made public and said, "You can expect the information not to come out as quickly as you would like." Public documents HINU released are available following this article on www.theindianleader.com.

USA001433

## 2020 Census
Jared Nally

Many students have been displaced as a result of universities closing their campuses in efforts to slow the spread of COVID-19. This is all taking place right as the US Census Bureau is completing the 2020 census. It is important for students to know how they will be counted and what impact being counted has on their community.

The US Census Bureau wants Americans to know that though many lives have been impacted by the COVID-19 pandemic, it is important that everyone complete the census and understand their residence criteria. College students living off-campus should complete the census for their off-campus living arrangements. These students may fill out the census online at https://2020census.gov.

Students who live in student housing and living on campus on Census Day are counted with college/university student housing. However, due to the effects of COVID-19 shutting down campuses, the US Census Bureau has issued a statement that college students will still be counted as living on campus even if they were home on April 1st.

Parents of students filling out their own census should not include their children if they were living on a college campus. On-campus students do not need to complete a census; HINU will complete the census on the student's behalf as part of the Group Quarters Enumeration operation with the US Census Bureau.

It's important for census data to be reported accurately because census information affects community federal funding. It's vital that students are counted in the communities they are going to school in because they provide funding for roads, public transit, and health clinics according to the US Census Bureau. It is important then to make sure that HINU has updated contact information for students, so students may be contacted in case additional information is required to complete the census.

While HINU has not indicated their methodology for completing the census for students. There are two likely methods according to the US Census Bureau—a student housing representative will "complete one form listing all students, compiled using data from administrative records. The representative has the option to complete a version of this form online using a secure portal, or to have a census taker pick up a paper version " or the representative may "give each student a questionnaire and collect them after they are completed. Then, the census taker will return to pick them up from the representative." HINU and off-campus students have until August 14th to complete the census.

## The Haskell Glow-Up Coalition
Marklin Morales

The Experience of attending Haskell Indian Nations University (HINU) is comparable to no other. There are many factors that go into this experience. The unique academic, and social atmosphere make up a good portion, but there is also a great deal to be said about the surroundings.

The HINU campus, established in 1884, is rich in culture containing architecture designated as U.S. Historic National Landmarks. The experience one gains from being amongst these 12 nationally recognized buildings as well as the approximately 640 acres of land they occupy — including the HINU wetlands recognized as a National Natural Landmark — play just as important a role than any other in the overall experience.

This overall HINU experience, however, can be downgraded when the campus starts to show signs of wear and tear. Aging and maintenance are, of course, a factor for any campus and is managed wonderfully by HINU facilities. Unfortunately, there is only so much facilities can do amid their various duties to this magnificently active campus.

That is where the Haskell Glow-Up Coalition steps in. This organization, initiated by HINU instructor Tyler Kimbrell, aims to keep the overall HINU experience up to par by involving, who better than, HINU students and staff who utilize the campus day to day. The brilliance of this concept is the ability to respond to the observations of students and staff who might see the need for campus improvements that facilities might not due to their busy schedules.

The starting agenda for the Glow-Up Coalition has been based on staff and student run cleanup activities. One such recent cleanup activity has been in response to the naturally occurring fallen branches from the many robust trees throughout campus that signify HINU's extensive history. It was important that this clean up be done while the winter weather was still active so that the new foliage could properly grow. Other activity goals in response to HINU's prolific history have been to touch up, or glow up, the campus by maintaining building appearances, adding a community tree swing, and helping repaint structures in need.

Still in its infancy, the Haskell Glow-Up Coalition is a HINU community-based organization taking initiative to create and fulfill goals for the enrichment of campus life. The ideas being generated can only enhance our time together at HINU because this coalition is in essence by the students for the students. The possibilities are limitless when our knowledge is shared to build a better experience for the next generation to enjoy which is an integral part of Native tradition.



Glow-Up Coalition poses for picture. *Photo by Marklin Morales*

USA001434

# INDIAN COUNTRY

## Decolonizing Our Reaction to COVID-19

Kayla Bointy

This is a letter to my Haskell People and my people across Indian Country . Those who know the tight knit community Haskell Indian Nations University is made of, who have called 155 Indian Avenue home, we truly are a family. Some refer to Haskell as "The Rez" with affection, for others it is a safe haven.

Many of you feel we are in a current state of survival. Perhaps we are, perhaps we have always been. But perhaps this is a return to the Indigenous Community as it was intended to be, those pre-contact social structures that worked so well for Indigenous Peoples.

For example, in Plain's Culture a tribe survived and flourished by all members taking care of one another; from taking care of the children to tending to the elderly, making sure everyone was fed, and working together, the responsibility was shared by the collective. Each person or group had their task, yet it all went towards the benefit of the people. Each person had a purpose and value to the whole.

Applying that ideology into our situation now, the housing staff are doing more than their part in ensuring the safety of the students: those who are staying, those who are returning, and those who are moving. The elderly staff members are being protected. The HINU Administration is working to try and protect everyone.

Decolonizing our reaction to COVID-19 means we are choosing how to react to the present situation. HINU's Administration recognized and took the danger seriously, then acted. As staff and students do the same, rather than spreading panic and fear, let's educate ourselves and instill positivity.

Look out for one another: if you see someone without then share. The recent panic buying of supplies exemplifies the selfishness of the modern population. We do not behave in such a way traditionally; reciprocity, generosity and humility are statutes of Native societies. Act with the community in mind. Try not exposing yourself to potential danger thus endangering others.

Remaining respectful: despite heightened tensions, there is no reason to treat each other less than you would normally. In times such as this we should treat each other with more compassion. We are still human beings, do not allow fear to control your behavior.

Stay connected: despite social distancing, we can still build and strengthen our community. The live singing and dancing videos being shared on social media are making us all feel connected to one another which boosts morale. Check in on one another. Talk — if someone is scared try to reassure them.

Let's take this time to exercise and learn from our cultures, like taking time to craft. Teach or learn to bead or sew, celebrating our traditional ecological knowledge (TEK).

Make use of traditional medicines like, cedar teas & elder berries as well as the different uses for bear root, or liquorice root. Perhaps just drinking Navajo tea or ceyaka brings you comfort. Learning the how to, yet also knowing the cultural significance as well as how these affect your health are all important.

Despite Social Distancing we are still standing strong together. At a personal level, keeping yourself centered is important; if smudging is your go to, do that. Whatever it is to keep your peace and remain calm. Doing so will help keep others calm. Remember, we are the descendants of ancestors who survived generations of genocide and disease. We are strong. We are Haskell Strong.

---

## Lifting Spirits through Virtual Powwows

Jamie Colvin

Even though we may be miles apart, we are closer than ever. With the touch of our fingertips, people from around the world have access to interact and lately have been doing so even more. With the newest pandemic, COVID-19, stay-at-home orders and social distancing have been recommended from our cities, states, and countries to take action.

However, this has not stopped Indigenous peoples from Turtle Island from coming together. With the wonders of the 21st century, technology and social media, we have been doing that and more.

Indian country is filled with the love of tradition, customs, art, song, and dance. These things and much more are being showcased on the world wide web through the new Facebook group the Social Distance Powwow. This group was established on March 17, 2020 and is currently overflowing with more than 140,000 members and counting. Vogue says "...this healing act is more important than ever..." this group is celebrating and spreading positivity. The people are not falling into a path of sadness or worry but the opposite, being strong and resilient through these distant times.

This group is intended as an online powwow for dancers to share their footwork, artists to show their skills, singers to bust out their best leads and most of all healing for the people. The interactive Social Distance Powwow has accomplished much



**Social Distance Powwow**

in less than a month — dancing and singing specials being sponsored to t-shirts being made in commemoration of this joyous unity.

Navajo Times mentioned "its growth has been exponential, in a good way!" and the group mentions that this is a space for all to showcase

themselves and their talents gifted to each other. May this be an inspiration to keep our heads high and stay Indigenous strong for this distance physically keeping us apart from each other; it will never keep our spirits apart.

USA001435

# EVENTS

## Erdrich Visits Haskell

Hayley Wells

March 11 — There was a reason for Haskell Indian Nations University students to stay in Lawrence over spring break. Lawrence welcomed acclaimed Ojibwe author Louise Erdrich.

Erdrich graced HINU's Auditorium stage with a reading of her latest novel, The Night Watchman, which is based on her grandfather and his fight against Native dispossession. This incredible event was made possible through the collaboration of HINU, the Raven Bookstore, and Lawrence Public Library.

Erdrich has published over two dozen books, many of which are bestsellers and award winners. In 2015, Erdrich was awarded the Lifetime Achievement Award for the Writing of Fiction by the Library of Congress to honor her work. In addition to writing, she promotes learning and tradition at her bookstore, Birchbark Books, in Minnesota.

Erdrich's work is particularly impactful for HINU students, as she often writes based on personal experiences. As an author of poetry, short stories, and novels, she has brought life and attention to Native American literature throughout her career. From poetry, children's stories, or complex novels, there is something for every reader in Erdrich's canon.

Elementary education majors may be interested in her Birchbark House books in particular. This series of children's chapter books focus on an Ojibwe family and their experiences during the chaos of the 1800s. Fans of dystopian fiction should try Future


Louise Erdrich reading to an audience of 450. *Photo by Tyson Logg*

Home of the Living God, the story of an Ojibwe woman amid the chaos of a destroyed Earth. Readers of Erdrich's adult work should be aware; she does not shy away from difficult topics; Her 2012 National Book Award winner, The Round House, centers around the sexual assault of an Ojibwe woman.

---

## Shining Elk Productions Presents its Virtual talking Circle to Haskell Students Amid Isolation

Mark Morales

During these times amid the COVID-19 pandemic, the only certain thing we've had is uncertainty. Uncertainty of this virus and the endless influx of changing news reveals how much we rely on stability. From this uncertainty grows a need for something to remain constant and this need has been answered over the airwaves in the form of broadcasts through telecommunication platforms like Zoom or Skype.

Up until this pandemic, these platforms were mainly used for business meetings or webinars but during this time of isolation and quarantine, these platforms are being used as the main delivery method of entertainment and virtual community gatherings.

One such virtual gathering occurs at Haskell every Thursday evening from 9 to 11pm in the form of a talking circle that is providing much-needed consistency to our campus and its surrounding community. The Shining Elk Productions Virtual Talking Circle is the brainchild of Haskell Alumni Patricia Pena. Patricia says, "I came up with this idea to collaborate with artists mostly from the entertainment industry".

The Virtual Talking Circle is a mixture of Native American artists stemming from coastal based entertainment industries made possible by Pena's connections made during her years as a press credential holder at the Sundance Film Festival. Pena, along with DeLanna Studi (niece of actor Wes Studi) and Michelle Shining Elk bring together native entertainers such as Kalini Queypo, Princess Lucaj, and Sheri Foster Blake (who's extensive film credentials must be looked up due to the brevity of this article) for weekly conversations that are known to reach well beyond film industry discussions.

Pena notes that "When people have good intentions, others can feel and see it and that makes everything come together. Each week I ask an interesting person via Facebook Messenger and they are always up for the idea of people helping people".

Past guests have included Valente Rodriguez of the George Lopez show; Tiffany Smith, Anoa'I Executive Vice President of Global Inclusion at CBS; and many other contributors in Native film and entertainment. Another contributor is Theda Newbreast of the Blackfeet nation who leads the syndication in prayer before every discussion.

The final product is a collaboration made available to Haskell students via staff Tonia Salvini and Lori Hasselman as well as students Joseph Sing and myself. However, this collaboration is not limited to people interested in the entertainment industry. As Pena puts it, "Thursday is a collaboration of Native people who make themselves available because we all care about our tribal communities". For Native people, community has been a constant throughout history, leaving the doors open to all like-minded supporters of community-based projects. Bringing our community together through projects such as the Shining Elk Productions Virtual Talking Circle shows that during these times of uncertainty, some things will remain certain and one of them is the Native ability to consistently create ways to keep each other strong through communication.

USA001436

**6** THE INDIAN LEADER

# LIFESTYLE

April 13, 2020

## Indigenizing Face Masks

Jamie Colvin

When there is a will, there is a way. Multiple orders from across the U.S. have instructed individuals to wear face masks in conjunction with taking precautions to prevent the spread of COVID-19. In some cases, these orders will be followed through with penalties when not in compliance.

The city of Los Angeles has done just that with consideration of protecting its people. The Los Angeles Times mentions multiple scenarios when a fine or penalty would be engaged. For example, if a business will not provide or reimburse their employees for purchasing their own personal protective equipment, it would result in a fine or further, not complying with the order could result in a misdemeanor.

The city of Laredo is just a little over 150 miles south from San An-

tonio, Texas and sits on the Mexico border. Time says, "The penalty for violating the order is a Class C misdemeanor, punishable by a fine up to $1,000." This fine is for residents of Laredo who do not wear a face mask when going out into public or public buildings including transportation and pumping gas.

This brings an opportunity for the Indigenous community to use their creativity and include their style. Many have been gathering materials to follow these orders around the U.S. even if they are non-medical masks. Haskell student Kayla Bointy mentioned how she would utilize her Kookum scarves for going out in public. They bring a symbolic indigenized look. Indigenous people are having to find their balance in this modern world — let alone during this time — we strive to keep these traditions and customs alive.

Indigenous artists' creativity may come from within and demonstrates


Face masks made by Kayla Bointy. *Photo by Kayla Bointy.*

a sense of identity as indigenous people, maintaining our cultural identity of who we are as indigenous people, especially through the current pandemic. Haskell student Jared Nally expresses his views on indigenous artists' take on the face masks pieces that he has seen. Nally says, "I feel like seeing beaded masks on social media for me shows that great events we experience together, like COVID-19 pandemic, does not mean Indigenous erasure. These are symbols for me of Native Identity being present, resilient,

and crafting our own experiences."

Bointy comments on how there was a need to sew her own masks became of the necessity and gave her own preferred flair to her masks. She says, "Other native people who are beading and using Pendleton to make masks I think is awesome! It just shows the beauty and resilience of our people. It shows we can always adapt and make something ours."

---

## April Horoscopes

Joe Singh

**Aquarius**
(Jan 20 - Feb 18)
Make a homemade meal and take a bath. Doing the small and simple things will keep you grounded and content.

**Pisces**
(Feb 19 - Mar 20)
Life is happening in waves. Balance and perseverance are key. Great tasks await with greater rewards to follow.

**Aries**
(Mar 21 – Apr 19)
It is alright to let relationships go that don't serve you. This your life. Choose peace and happiness.

**Taurus**
(Apr 20 - May 20)
It seems the work is never done, but one day it will be. Do not give up or let up. So many are cheering you from the sidelines.

**Gemini**
(May 21 – June 20)
Adventure awaits! Go big or go home. Make your dreams come true and test yourself. You can do it!

**Cancer**
(June 21 – July 22)
A relationship is blossoming. Use this experience to grow and learn more about yourself. You deserve it.

**Leo**
(July 23 – Aug 22)
Your intensity could be intimidating to some, don't let this stop you.

Blaze trails and lead the way, no matter what anyone says.

**Virgo**
(Aug 23 – Sept 22)
We all know you don't believe in horoscopes, but the universe smiles upon you. Open your heart and be less critical of others. You are some of our greatest leaders if you don't get in your own way.

**Libra**
(Sept 23 – Oct 22)
Life may seem difficult right now, and it is. Growth hurts, but it is necessary to become stronger. Don't be afraid to ask for help.

**Scorpio**
(Oct 23 – Nov 21)
Enjoy the comfort of your life. The tests and trials to the next level are

on their way. Have no fear and look forward to new challenges and opportunities to grow.

**Sagittarius**
(Nov 22 – Dec 21)
Someone close to you needs help. Give it, but do not enable someone to not change. Know the difference between true love and co-dependence.

**Capricorn**
(Dec 22 – Jan 19)
When people are rude and negative, remember that that is only a reflection of them and nothing to do with you. Don't let someone hurt you because they are insecure and unhappy. Protect yourself. The ones who are worthy of your love are near.

USA001437

# ARTS & ENTERTAINMENT

Case 2:21-cv-02113-JAR-TJJ    Document 80    Filed 07/20/21    Page 309 of 346

## Follow @hinuarts

Jamie Colvin

The love for art is reaching new heights. Haskell Indian Nations University has a variety of art courses that are offered throughout the Fall and Spring semesters. Students are able and encouraged to participate based on the general education requirements in the Humanities and Arts section of a two-year degree checklist. Various courses go beyond this requirement — ceramics, drawing, and painting.

The finished products from these art courses are displayed on HINU's campus, but a new platform has the potential to showcase these art pieces. HINU's Antonio Martinez and David Tittterington, both art instructors, have decided these students' talents needed to be shared with more people.

An Instagram page was recently created by Martinez called hinuarts that includes "all things art" for HINU and already has an astonishing 635 followers. This page displays student art pieces themselves, guest indigenous artists that visit campus and HINU alumni art as well. This allows the opportunity to be interactive with current HINU art projects, speakers and students as well as indigenous art throughout the country.

Having the scope focused in on the art can let Instagram views get an inside look of what indigenous art can fully encompass. Some interesting posts illuminate the artists in action working on their pieces. Allowing social media to embark on this realm of HINU's indigenous art can really demonstrate a better understanding of what indigenous art truly signifies and represents. Art Instructor Titterington says, "Our students are so amazing, and their visions and voices are inspirational and benefit everyone."

The most recent posts on the Instagram page have been the current Spring 2020 semester students' unfinished art pieces. Because the university decided to transition into online classes, students were not able to fully complete their artwork. There will be additional upcoming posts that will display students' artwork as they are sent into Titterington. Even though the separation keeps students away from the studio, the productivity of the art is being accomplished. The art and ceramics room are at a stand-still, but once the new Fall 2020 semester comes

around, they will be filled with our hard-working students and their professor once again.



@hinuarts Instagram

## Socks and Sandals

Joe Singh

A familiar place we have never been
Classmates that become family and friends
Squirrels that hop to and fro
To classes and Curtis, we go
Laughter in the night echoes across the
grounds
In the witching hour there are only ghost
sounds
Long braided hair and basketball
We are trained and educated to stand tall
Children of the Creator and great Mother
If only we don't mess up at Brothers
Hand games and singing everyday
I am sad I have to go away
Make the grades and prove your worth
Getting ready to inherit the Earth
It can be easy to feel like lesser
We seek guidance from our ancestors
Find peace in the wetlands
Dance with a cute Lakota girl in the band-
stand
Night conversations and the unknown
Some of us do not have a home
The magic of Haskell brings us together
Making good memories that will last
forever
This is just beginning
Prepare to take life by the handles
I will leave Haskell grinning
As I remember all the socks and sandals



Artroom with unfinished paintings. *Photo by Jared Nally*

USA001438

**8** THE INDIAN LEADER

# SPORTS

April 13, 2020

## Cancelation of Spring Sports

Jared Nally

March 16 — Due to precautions to avoid the spread of COVID-19, spring semester athletics were canceled by the National Association of Intercollegiate Athletics (NAIA). For Haskell Indian Nations Uni-versity, this meant that its student-athletes would not finish their softball, outdoor track, or golf seasons. While the NAIA restricts student's eligibility to play a specific sport only 4 seasons, exceptions are being made for spring athletes. Other eligibility requirements will still be in effect. We look forward to seeing our athletes compete in future seasons.

## Fastpitch Dreams Spring Classic and Season Wrap-up

Jared Nally

Before the cancelation of spring sports, Haskell Indian Nations University's softball team traveled to North Myrtle Beach, South Carolina. Four conferences attended the event — the National Collegiate Athletic Association Division II, the National Collegiate Athletic Association Division III, the National Association of Intercollegiate Athletics, and the National Junior College Athletic Association — which pulled in 103 teams.

HINU paired up against 7 different teams at the Fast-pitch Dreams Spring Classic averaging 2 points a game with opponents averaging a 10 point victory over them. Due to postponements earlier in the season and a cancelation due to the COVID-19, the Fightin' Indians' season only consisted of 17 games and they ended their season with a 3-14 win loss record. We hope these girls are safe during this time and look forward to a new season. Onward Haskell!

## Recognizing Records

Jared Nally

Not only were sports seasons cut short, but banquets recognizing Haskell Indian Nation University's athletes were also canceled due to the COVID-19 pandemic. Haskell Athletics has been using it's social media platforms to show support for their athletes as well as shining a light on some of their achievements.

Janee Bates, senior, was recognized for two Coffin Sports Complex records, most points in a single game (39) and most assists in a single game (13). Her teammate Justine Butterfield joins her on the record board with most blocks in a single game (9). Haskell Athletics gave a shout out to Butterfield as "currently the only freshman to hold a statistic on [their] record board."

Men's basketball also had record-holders among their athletes. Senior Nakia Hendricks holds three records, most rebounds in a single game (23), most blocks in a season (41), and most blocks in a career (112). Bryon Elledge also a senior holds records in most assists in a season (119), highest assist average in a season (4.1), most assists in a career (365), and highest assist average in a career (3.4). Tristan Keah Tigh, senior, holds the complex's record for the highest scoring average in a career (13.3).

HINU volleyball saw record holders this year. Sophia Honahni, junior, now holds the record for highest digs per season (707) and highest digs per career (1681). Haskell Athletics notes that Honahni achieved this record over previous 4-year athletes and is still eligible for another season. Teammate Cailey Lujan, a senior, holds the record for the highest aces per career (117).

HINU remains proud of it's athletes despite being unable to compete this season. We look forward to new seasons and new records. Onward Haskell!



EARTH DOES NATIVE TIK TOK CHALLENGE
DRAWN BY JARED NALLY

## The Indian Leader Staff

**Editor**
Jared Nally

**Assistant Editor**
Connor MacDonald

**Secretary & Treasurer**
Jamie Colvin

**Distribution Manager**
Diamond Williams

**Staff Writers**
Makayla Sloan
Zachary Arquette
Joseph Singh
Kayla Bointy

**Staff Advisor**
Rhonda LeValdo

All articles recieved are subject to edit and refusal of publication. By submitting a article, you are giving us permission to publish and edit. You also acknowledge that you are the author and accept all responsibilities. Your full name, Haskell email, and contact information MUST accompany all summissions and are subject to verification.

Please contact us with any concerns, issues, or suggestions for The Indian Leader by eami or stop by our office on the main floor (gym level) of Tecumseh Hall.

indianleader10@gmail.com
The Indian Leader
155 Indian Ave. Box #4999
Lawrence, KS 66046

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:04:17 PM |
| **Subject:** | [EXTERNAL] FW: Indian Leader Volume 123 Issue 3 |

---

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

**From:** Jim Rains <jrains@HASKELL.edu>
**Sent:** Wednesday, April 15, 2020 12:32 PM
**To:** The Indian Leader <_____PII_____; Stephen Prue <stephen.prue@bie.edu>
**Cc:** Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Subject:** RE: Indian Leader Volume 123 Issue 3

Jared,
We forwarded your request to distribute the Indian Leader in PDF form to the BIE's Central Office. We have been advised against complying with your request for the following reasons:

- Although the Indian Leader is a student activity, it is not an official publication of Haskell Indian Nations University. All official University messaging must be submitted to BIE's Central Office for review prior to release.
- Historically, Haskell University does not play a role in distributing the Indian Leader; therefore, it is not advisable to do so at this time.
- Haskell's administration has no role in the writing, editing, supervision, or publication of the Indian Leader; therefore, it is not in a position to verify the accuracy of the information contained within it--and we cannot, as a University, assume responsibility for its content. Please refer to Ms. LeValdo's knowledgeable account of the history and legal standing of the Indian Leader as a student newspaper.

We regret that we cannot assist you with distribution, and we continue to wish you and your fellow students the very best in the continued success of your newspaper.

**Jim Rains, Ph.D.**

Acting President
Haskell Indian Nations University
155 Indian Avenue
Lawrence, KS 66046

Phone: (785) 749-8494

---

**From:** The Indian Leader [indianleader10@gmail.com]
**Sent:** Wednesday, April 15, 2020 11:13 AM
**To:** Stephen Prue; Jim Rains
**Cc:** Rhonda Levaldo
**Subject:** Indian Leader Volume 123 Issue 3


aya Mr. Prue,

This is my third request for you to please send out a student email with the latest issue of the Indian Leader to students. The document is attached and I hope you'll give the Indian Leader the same consideration for distributing our information as you have with done with student government and healing week who you've distributed information since my first request.

-Jared Nally, Editor

USA001441

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:03:47 PM |
| **Subject:** | [EXTERNAL] FW: Indian Leader Volume 123 Issue 3 |
| **Attachments:** | Vol123Iss3.pdf |

This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.

-----Original Message-----
From: The Indian Leader <⌐‾‾‾‾‾‾‾‾‾PII‾‾‾‾‾‾‾‾‾¬>
Sent: Wednesday, April 15, 2020 11:10 AM
To: Stephen Prue <stephen.prue@bie.edu>; Jim Rains <jrains@HASKELL.edu>
Cc: Rhonda Levaldo <rlevaldo@HASKELL.edu>
Subject: Indian Leader Volume 123 Issue 3

aya Mr. Prue,

This is my third request for you to please send out a student email with the latest issue of the Indian Leader to students. The document is attached and I hope you'll give the Indian Leader the same consideration for distributing our information as you have with done with student government and healing week who you've distributed information since my first request.

-Jared Nally, Editor

USA001442

Case 2:21-cv-02113-JAR-TJJ   Document 30   Filed 07/20/21   Page 314 of 346

# THE INDIAN LEADER
## HASKELL INDIAN NATIONS UNIVERSITY

Volume 123 - Issue 3     The oldest Native American student newspaper     April 13, 2020



VPUS Tonia Salvini addressing students. *Photo by Zachary Arquette*

## HINU Pandemic Response Summary
Jared Nally

March 12 — Haskell Indian Nations University students received their first of many directives from the university regarding their COVID-19 pandemic response. This email set into motion many questions and further university policies to act on the changing climate of the pandemic.

The email extended spring break an additional week providing the University time to create the infrastructure to continue courses through distance learning. This email originally intended to have student safety re-evaluated after several weeks, potentially resuming on-campus classes — this was later replaced with the message that distance learning would continue the remainder of the semester, that the summer semester would be online, and that fall semester

may potentially be held on campus.

Further information was given through the Vice President of Student Services who addressed students who were on campus for spring break directly. In her addresses, Salvini presented a message of student safety as a priority. Salvini wanted students to know that actions were informed through a continued partnership with the Douglas County Emergency Response Team. This information provided a safety-window for student travel that later public statements identified as of March 17, where until then, students could return to campus to get their belongings. This safety-window was coupled with a strong message that students who were home during spring break should remain at home, and that students should work with the university to create exit plans. These exit plans were created to make sure students had a safe environment to return to and to collect student's financial and personal needs for HINU to assist in the student's return. It is the

Indian Leader's current impression that HINU has been the only university to offer financial assistance in securing plane tickets, bus fares, lodging, and gas cards, among other travel aid for students. Salvini said, "The University is assisting financially with all the arrangements on all transpiration."

During this time, Danielle McKinney, who was coordinating transportation arrangements, had collected roughly 30 requests for aid at that time — 9 flights and 21 ground transportation. That number quickly rose after the 3 o'clock mandatory student meeting later that day. Additional funds were given by the Haskell Foundation and Student Government voted to donate their remaining $20,000 in student funds to help. HINU has not made itself available to comment on how student money was used, and how many students received travel aid. Students were able to request travel aid up-until Monday, March 16th.

Student "housekeeping" questions

were addressed. Students' belongings left on campus would be packed and recorded. Any illegal items would be turned over to authorities, and there would be no student write-ups with the exception of possession of weapons. Packed belongings would only be shipped to students graduating this semester and not returning in the fall.

Students were also instructed to update addresses and file electronic fund transfer requests with the student bank to assist with financial aid and student work payments. Students were also directed to update forwarding addresses with the post office and direct any additional questions to HINU's new information line phone number, 785-830-2770, and email, infoline@haskell.edu

*(Continued on page 2.)*

USA001443

**2** THE INDIAN LEADER

# CAMPUS NEWS

April 13, 2020

## Jude Thin Elk

Jamie Colvin

The news of our very own hits tremendously for Haskell Indian Nations University's community, but directions towards healing and rejoicing need to be lionized. On March 16th, 2020 the HINU campus experienced and received word of what no one wishes to hear, our beloved relative and Haskell student Jude Thin Elk suddenly passed away on campus.

The catastrophe created an uproar and sadness sweeping through the HINU community with this devastating news. We can remember and never forget this time of sorrow but may bask in the wonderful memories of getting to know this young man.

As we know him, Jude was here at HINU to pursue his education. When being accepted into this university you are not only becoming a student, you are becoming part of the Haskell family. This cohort of a family will always have a place for every HINU student on their journey. Jude's determination towards self-growth and gaining knowledge as a student is not now and never will be overlooked. The Haskell family is proud to say he was here to better himself while proceeding on his educational path.

Jude also made friendships along the way. Many saw him as a person always smiling and laughing. Current student Trey Jimboy says Jude was someone he could always talk to and about anything. They met when Jimboy's roommate brought Jude over, uniting them together.

Jimboy goes on to explain his memories and best moments with Jude; one memory of Jimboy, his roommate and Jude just having good time together, enjoying each other's company while walking towards Curtis Hall. These memories that were shared with this beautiful soul will not be forgotten. Jimboy says "I just hope that other people got to see Jude for who he was before passing," and he wishes for everyone to remember, "that he was just a kind, relaxed person who always seemed to be laughing or smiling and not letting things get to him."

May Jude forever be rejoiced.

---

## When Home Isn't "Home"

Jared Nally

Haskell Indian Nations University recently came under fire after releasing a statement documenting an on-campus student's self-reported positive test result for COVID-19. The public wanted to know why these students weren't "home" when weeks earlier HINU provided both financial and personal support to get students back to their families. This also comes during Kansas' mandated stay-at-home orders. So what does "home" mean for these students, and why aren't they with their families?

First, to contextualize HINU's message, during the travel safety window students were required to create travel safety plans. Tonia Salvini, Vice President of University Services, told students that if going home wasn't an option that they should write that on their travel plans. HINU administration did not make themselves available to comment on how many students remained on campus, but the Indian Leader estimates that number to be less than 10% of enrolled students.

HINU's pandemic policies humanized its students in creating a process that was meaningful to the safety of each student, and for some, it wasn't being sent away. One student, 69 years old and in the vulnerable category for COVID-19 said, "Haskell is a good place to be right now." HINU is also home for others during this time for various reasons.

Though each of these students has their own personal reasons for remaining on campus, the public should understand that many break the mold of teenage college students who have families to return to. For some students, being evicted would mean being homeless, the Haskell community is the only family for some. And in others, their families may be toxic, containing abusive relationships and dangerous situations involving drugs and other safety risks. Student safety considerations don't just surround COVID-19.

For others, there were health concerns, either being immune-compromised or having a family member who is and travel exacerbating the potential of infection or return to hotspots. Health safety is also a concern for those coming from non-reservation communities. Without access to Indian Health Services, they would not have access to healthcare for existing health conditions or assistance in the event of a COVID-19 infection.

The COVID-19 pandemic is exposing all types of privilege. While students remaining on campus have great gratitude to HINU and it's faculty for allowing them to stay when many universities evicted all of their students, community members should realize there is a privilege in having a safe alternative to return to other than HINU.

---

*(Continued from cover page.)*

However, students were not evicted from the campus as many institutions had done. HINU noted that there would be a population of students on campus who had to make an informed decision on their safety and situation. Exit plans were a strategy to prioritize student safety, reduce the on-campus population, and reduce the risk of spreading COVID-19.

Additional isolation policies were put into place for students remaining on campus. Campus facilities adapted to the challenge of self-isolation. Students were moved to single occupancy rooms in two dorms, Winona and Blalock, and a one-in-one-out rule went into effect for picking up to-go meals from Curtis. Students were also required to sign an updated housing contract and sign medical releases in the event students are tested for COVID-19.

Throughout these policies, HINU has been criticized for its ability to communicate. Instructor Freda Gipp addressed her concerns to the administration, "We have students out in Indian Country hearing from their friends when they should be hearing from you all". Faculty was blindsided by questions from students and parents after students on campus shared information from a dorm hall meeting over social media. This information was not shared with the faculty and did not go out through public statements. Off-campus students shared their own frustrations. One student commented on social media that the campus should "communicate with all students rather than relying on word of mouth."

Acting university President Jim Rains, Ph.D. explained that the Bureau of Indian Education needed to approve of any documents before they are made public and said, "You can expect the information not to come out as quickly as you would like." Public documents HINU released are available following this article on www.theindianleader.com.

USA001444

Case 2:21-cv-02113-JAR-TJJ   Document 80   Filed 07/20/21   Page 316 of 346

# 2020 Census
Jared Nally

Many students have been displaced as a result of universities closing their campuses in efforts to slow the spread of COVID-19. This is all taking place right as the US Census Bureau is completing the 2020 census. It is important for students to know how they will be counted and what impact being counted has on their community.

The US Census Bureau wants Americans to know that though many lives have been impacted by the COVID-19 pandemic, it is important that everyone complete the census and understand their residence criteria. College students living off-campus should complete the census for their off-campus living arrangements. These students may fill out the census online at https://2020census.gov.

Students who live in student housing and living on campus on Census Day are counted with college/university student housing. However, due to the effects of COVID-19 shutting down campuses, the US Census Bureau has issued a statement that college students will still be counted as living on campus even if they were home on April 1st.

Parents of students filling out their own census should not include their children if they were living on a college campus. On-campus students do not need to complete a census; HINU will complete the census on the student's behalf as part of the Group Quarters Enumeration operation with the US Census Bureau.

It's important for census data to be reported accurately because census information affects community federal funding. It's vital that students are counted in the communities they are going to school in because they provide funding for roads, public transit, and health clinics according to the US Census Bureau. It is im-

portant then to make sure that HINU has updated contact information for students, so students may be contacted in case additional information is required to complete the census.

While HINU has not indicated their methodology for completing the census for students. There are two likely methods according to the US Census Bureau—a student housing representative will "complete one form listing all students, compiled using data from administrative records. The representative has the option to complete a version of this form online using a secure portal, or to have a census taker pick up a paper version " or the representative may "give each student a questionnaire and collect them after they are completed. Then, the census taker will return to pick them up from the representative." HINU and off-campus students have until August 14th to complete the census.

# The Haskell Glow-Up Coalition
Marklin Morales

The Experience of attending Haskell Indian Nations University (HINU) is comparable to no other. There are many factors that go into this experience. The unique academic, and social atmosphere make up a good portion, but there is also a great deal to be said about the surroundings.

The HINU campus, established in 1884, is rich in culture containing architecture designated as U.S. Historic National Landmarks. The experience one gains from being amongst these 12 nationally recognized buildings as well as the approximately 640 acres of land they occupy — including the HINU wetlands recognized as a National Natural Landmark — play just as important a role than any other in the overall experience.

This overall HINU experience, however, can be downgraded when the campus starts to show signs of wear



Glow-Up Coalition poses for picture. *Photo by Marklin Morales*

and tear. Aging and maintenance are, of course, a factor for any campus and is managed wonderfully by HINU facilities. Unfortunately, there is only so much facilities can do amid their various duties to this magnificently active campus.

That is where the Haskell Glow-Up Coalition steps in. This organization, initiated by HINU instructor Tyler Kimbrell, aims to keep the overall HINU experience up to par by involving, who better than, HINU students and staff who utilize the campus day to day. The brilliance of this concept is the ability to respond to the observations of students and staff who might see the need for campus improvements that facilities might not due to their busy schedules.

The starting agenda for the Glow-Up Coalition has been based on staff and student run cleanup activities. One such recent cleanup activity has been in response to the naturally occurring fallen branches from the many robust trees throughout campus that signify HINU's extensive history. It was important that this clean up be done while the winter weather was still active so that the new foliage could properly grow. Other activity goals in response to HINU's prolific history have been to touch up, or glow up, the campus by maintaining building appearances, adding a community tree swing, and helping repaint structures in need.

Still in its infancy, the Haskell Glow-Up Coalition is a HINU community-based organization taking initiative to create and fulfill goals for the enrichment of campus life. The ideas being generated can only enhance our time together at HINU because this coalition is in essence by the students for the students. The possibilities are limitless when our knowledge is shared to build a better experience for the next generation to enjoy which is an integral part of Native tradition.

USA001445

# INDIAN COUNTRY

April 13, 2020

## Decolonizing Our Reaction to COVID-19

Kayla Bointy

This is a letter to my Haskell People and my people across Indian Country . Those who know the tight knit community Haskell Indian Nations University is made of, who have called 155 Indian Avenue home, we truly are a family. Some refer to Haskell as "The Rez" with affection, for others it is a safe haven.

Many of you feel we are in a current state of survival. Perhaps we are, perhaps we have always been. But perhaps this is a return to the Indigenous Community as it was intended to be, those pre-contact social structures that worked so well for Indigenous Peoples.

For example, in Plain's Culture a tribe survived and flourished by all members taking care of one another; from taking care of the children to tending to the elderly, making sure everyone was fed, and working together, the responsibility was shared by the collective. Each person or group had their task, yet it all went towards the benefit of the people. Each person had a purpose and value to the whole.

Applying that ideology into our situation now, the housing staff are doing more than their part in ensuring the safety of the students: those who are staying, those who are returning, and those who are moving. The elderly staff members are being protected. The HINU Administration is working to try and protect everyone.

Decolonizing our reaction to COVID-19 means we are choosing how to react to the present situation. HINU's Administration recognized and took the danger seriously, then acted. As staff and students do the same, rather than spreading panic and fear, let's educate ourselves and instill positivity.

Look out for one another: if you see someone without then share. The recent panic buying of supplies exemplifies the selfishness of the modern population. We do not behave in such a way traditionally; reciprocity, generosity and humility are statutes of Native societies. Act with the community in mind. Try not exposing yourself to potential danger thus endangering others.

Remaining respectful: despite heightened tensions, there is no reason to treat each other less than you would normally. In times such as this we should treat each other with more compassion. We are still human beings, do not allow fear to control your behavior.

Stay connected: despite social distancing, we can still build and strengthen our community. The live singing and dancing videos being shared on social media are making us all feel connected to one another which boosts morale. Check in on one another. Talk — if someone is scared try to reassure them.

Let's take this time to exercise and learn from our cultures, like taking time to craft. Teach or learn to bead or sew, celebrating our traditional ecological knowledge (TEK).

Make use of traditional medicines like, cedar teas & elder berries as well as the different uses for bear root, or liquorice root. Perhaps just drinking Navajo tea or ceyaka brings you comfort. Learning the how to, yet also knowing the cultural significance as well as how these affect your health are all important.

Despite Social Distancing we are still standing strong together. At a personal level, keeping yourself centered is important; if smudging is your go to, do that. Whatever it is to keep your peace and remain calm. Doing so will help keep others calm. Remember, we are the descendants of ancestors who survived generations of genocide and disease. We are strong. We are Haskell Strong.

---

## Lifting Spirits through Virtual Powwows

Jamie Colvin

Even though we may be miles apart, we are closer than ever. With the touch of our fingertips, people from around the world have access to interact and lately have been doing so even more. With the newest pandemic, COVID-19, stay-at-home orders and social distancing have been recommended from our cities, states, and countries to take action.

However, this has not stopped Indigenous peoples from Turtle Island from coming together. With the wonders of the 21st century, technology and social media, we have been doing that and more.

Indian country is filled with the love of tradition, customs, art, song, and dance. These things and much more are being showcased on the world wide web through the new Facebook group the Social Distance Powwow. This group was established on March 17, 2020 and is currently overflowing with more than 140,000 members and counting. Vogue says "...this healing act is more important than ever..." this group is celebrating and spreading positivity. The people are not falling into a path of sadness or worry but the opposite, being strong and resilient through these distant times.

This group is intended as an online powwow for dancers to share their footwork, artists to show their skills, singers to bust out their best leads and most of all healing for the people. The interactive Social Distance Powwow has accomplished much



**Social Distance Powwow**

in less than a month — dancing and singing specials being sponsored to t-shirts being made in commemoration of this joyous unity.

Navajo Times mentioned "its growth has been exponential, in a good way!" and the group mentions that this is a space for all to showcase

themselves and their talents gifted to each other. May this be an inspiration to keep our heads high and stay Indigenous strong for this distance physically keeping us apart from each other; it will never keep our spirits apart.

USA001446

# Erdrich Visits Haskell

Hayley Wells

March 11 — There was a reason for Haskell Indian Nations University students to stay in Lawrence over spring break. Lawrence welcomed acclaimed Ojibwe author Louise Erdrich.

Erdrich graced HINU's Auditorium stage with a reading of her latest novel, The Night Watchman, which is based on her grandfather and his fight against Native dispossession. This incredible event was made possible through the collaboration of HINU, the Raven Bookstore, and Lawrence Public Library.

Erdrich has published over two dozen books, many of which are bestsellers and award winners. In 2015, Erdrich was awarded the Lifetime

Achievement Award for the Writing of Fiction by the Library of Congress to honor her work. In addition to writing, she promotes learning and tradition at her bookstore, Birchbark Books, in Minnesota.

Erdrich's work is particularly impactful for HINU students, as she often writes based on personal experiences. As an author of poetry, short stories, and novels, she has brought life and attention to Native American literature throughout her career. From poetry, children's stories, or complex novels, there is something for every reader in Erdrich's canon.

Elementary education majors may be interested in her Birchbark House books in particular. This series of children's chapter books focus on an Ojibwe family and their experiences during the chaos of the 1800s. Fans of dystopian fiction should try Future



Louise Erdrich reading to an audience of 450. *Photo by Tyson Logg*

Home of the Living God, the story of an Ojibwe woman amid the chaos of a destroyed Earth. Readers of Erdrich's adult work should be aware; she does

not shy away from difficult topics; Her 2012 National Book Award winner, The Round House, centers around the sexual assault of an Ojibwe woman.

---

# Shining Elk Productions Presents its Virtual talking Circle to Haskell Students Amid Isolation

Mark Morales

During these times amid the COVID-19 pandemic, the only certain thing we've had is uncertainty. Uncertainty of this virus and the endless influx of changing news reveals how much we rely on stability. From this uncertainty grows a need for something to remain constant and this need has been answered over the airwaves in the form of broadcasts through telecommunication platforms like Zoom or Skype.

Up until this pandemic, these platforms were mainly used for business meetings or webinars but during this

time of isolation and quarantine, these platforms are being used as the main delivery method of entertainment and virtual community gatherings.

One such virtual gathering occurs at Haskell every Thursday evening from 9 to 11pm in the form of a talking circle that is providing much-needed consistency to our campus and its surrounding community. The Shining Elk Productions Virtual Talking Circle is the brainchild of Haskell Alumni Patricia Pena. Patricia says, "I came up with this idea to collaborate with artists mostly from the entertainment industry".

The Virtual Talking Circle is a mixture of Native American artists stemming from coastal based entertainment industries made possible by Pena's connections made during her years as a press credential holder at the Sundance Film Festival. Pena, along with DeLanna Studi (niece of actor Wes Studi) and Michelle Shining Elk bring together native enter-

tainers such as Kalini Queypo, Princess Lucaj, and Sheri Foster Blake (who's extensive film credentials must be looked up due to the brevity of this article) for weekly conversations that are known to reach well beyond film industry discussions.

Pena notes that "When people have good intentions, others can feel and see it and that makes everything come together. Each week I ask an interesting person via Facebook Messenger and they are always up for the idea of people helping people".

Past guests have included Valente Rodriguez of the George Lopez show; Tiffany Smith, Anoa'I Executive Vice President of Global Inclusion at CBS; and many other contributors in Native film and entertainment. Another contributor is Theda Newbreast of the Blackfeet nation who leads the syndication in prayer before every discussion.

The final product is a collabora-

tion made available to Haskell students via staff Tonia Salvini and Lori Hasselman as well as students Joseph Sing and myself. However, this collaboration is not limited to people interested in the entertainment industry. As Pena puts it, "Thursday is a collaboration of Native people who make themselves available because we all care about our tribal communities". For Native people, community has been a constant throughout history, leaving the doors open to all like-minded supporters of community-based projects. Bringing our community together through projects such as the Shining Elk Productions Virtual Talking Circle shows that during these times of uncertainty, some things will remain certain and one of them is the Native ability to consistently create ways to keep each other strong through communication.

USA001447

**6** THE INDIAN LEADER

# LIFESTYLE

April 13, 2020

## Indigenizing Face Masks

Jamie Colvin

When there is a will, there is a way. Multiple orders from across the U.S. have instructed individuals to wear face masks in conjunction with taking precautions to prevent the spread of COVID-19. In some cases, the orders will be followed through with penalties when not in compliance.

The city of Los Angeles has done just that with consideration of protecting its people. The Los Angeles Times mentions multiple scenarios when a fine or penalty would be engaged. For example, if a business will not provide or reimburse their employees for purchasing their own personal protective equipment, it would result in a fine or further, not complying with the order could result in a misdemeanor.

The city of Laredo is just a little over 150 miles south from San An-

tonio, Texas and sits on the Mexico border. Time says, "The penalty for violating the order is a Class C misdemeanor, punishable by a fine up to $1,000." This fine is for residents of Laredo who do not wear a face mask when going out into public or public buildings including transportation and pumping gas.

This brings an opportunity for the Indigenous community to use their creativity and include their style. Many have been gathering materials to follow these orders around the U.S. even if they are non-medical masks. Haskell student Kayla Bointy mentioned how she would utilize her Kookum scarves for going out in public. They bring a symbolic indigenized look. Indigenous people are having to find their balance in this modern world — let alone during this time — we strive to keep these traditions and customs alive.

Indigenous artists' creativity may come from within and demonstrates



Face masks made by Kayla Bointy. *Photo by Kayla Bointy.*

a sense of identity as indigenous people, maintaining our cultural identity of who we are as indigenous people, especially through the current pandemic. Haskell student Jared Nally expresses his views on indigenous artists' take on the face masks pieces that he has seen. Nally says, "I feel like seeing beaded masks on social media for me shows that great events we experience together, like COVID-19 pandemic, does not mean Indigenous erasure. These are symbols for me of Native Identity being present, resilient,

and crafting our own experiences."

Bointy comments on how there was a need to sew her own masks became of the necessity and gave her own preferred flair to her masks. She says, "Other native people who are beading and using Pendleton to make masks I think is awesome! It just shows the beauty and resilience of our people. It shows we can always adapt and make something ours."

---

## April Horoscopes

Joe Singh

**Aquarius**
(Jan 20 - Feb 18)
Make a homemade meal and take a bath. Doing the small and simple things will keep you grounded and content.

**Pisces**
(Feb 19 - Mar 20)
Life is happening in waves. Balance and perseverance are key. Great tasks await with greater rewards to follow.

**Aries**
(Mar 21 – Apr 19)
It is alright to let relationships go that don't serve you. This your life. Choose peace and happiness.

**Taurus**
(Apr 20 - May 20)
It seems the work is never done, but one day it will be. Do not give up or let up. So many are cheering you from the sidelines.

**Gemini**
(May 21 – June 20)
Adventure awaits! Go big or go home. Make your dreams come true and test yourself. You can do it!

**Cancer**
(June 21 – July 22)
A relationship is blossoming. Use this experience to grow and learn more about yourself. You deserve it.

**Leo**
(July 23 – Aug 22)
Your intensity could be intimidating to some, don't let this stop you.

Blaze trails and lead the way, no matter what anyone says.

**Virgo**
(Aug 23 – Sept 22)
We all know you don't believe in horoscopes, but the universe smiles upon you. Open your heart and be less critical of others. You are some of our greatest leaders if you don't get in your own way.

**Libra**
(Sept 23 – Oct 22)
Life may seem difficult right now, and it is. Growth hurts, but it is necessary to become stronger. Don't be afraid to ask for help.

**Scorpio**
(Oct 23 – Nov 21)
Enjoy the comfort of your life. The tests and trials to the next level are

on their way. Have no fear and look forward to new challenges and opportunities to grow.

**Sagittarius**
(Nov 22 – Dec 21)
Someone close to you needs help. Give it, but do not enable someone to not change. Know the difference between true love and co-dependence.

**Capricorn**
(Dec 22 – Jan 19)
When people are rude and negative, remember that that is only a reflection of them and nothing to do with you. Don't let someone hurt you because they are insecure and unhappy. Protect yourself. The ones who are worthy of your love are near.

Case 2:21-cv-02113-JAR-TJJ   Document 30   Filed 07/20/21   Page 320 of 346

## Follow @hinuarts

Jamie Colvin

The love for art is reaching new heights. Haskell Indian Nations University has a variety of art courses that are offered throughout the Fall and Spring semesters. Students are able and encouraged to participate based on the general education requirements in the Humanities and Arts section of a two-year degree checklist. Various courses go beyond this requirement — ceramics, drawing, and painting.

The finished products from these art courses are displayed on HINU's campus, but a new platform has the potential to showcase these art pieces. HINU's Antonio Martinez and David Tittterington, both art instructors, have decided these students' talents needed to be shared with more people.

An Instagram page was recently created by Martinez called hinuarts that includes "all things art" for HINU and already has an astonishing 635 followers. This page displays student art pieces themselves, guest indigenous artists that visit campus and HINU alumni art as well. This allows the opportunity to be interactive with current HINU art projects, speakers and students as well as indigenous art throughout the country.

Having the scope focused in on the art can let Instagram views get an inside look of what indigenous art can fully encompass. Some interesting posts illuminate the artists in action working on their pieces. Allowing social media to embark on this realm of HINU's indigenous art can really demonstrate a better understanding of what indigenous art truly signifies and represents. Art Instructor Tittterington says, "Our students are so amazing, and their visions and voices are inspirational and benefit everyone."

The most recent posts on the Instagram page have been the current Spring 2020 semester students' unfinished art pieces. Because the university decided to transition into online classes, students were not able to fully complete their artwork. There will be additional upcoming posts that will display students' artwork as they are sent into Tittterington. Even though the separation keeps students away from the studio, the productivity of the art is being accomplished. The art and ceramics room are at a stand-still, but once the new Fall 2020 semester comes

around, they will be filled with our hard-working students and their professor once again.



@hinuarts Instagram

## Socks and Sandals

Joe Singh

A familiar place we have never been
Classmates that become family and friends
Squirrels that hop to and fro
To classes and Curtis, we go
Laughter in the night echoes across the grounds
In the witching hour there are only ghost sounds
Long braided hair and basketball
We are trained and educated to stand tall
Children of the Creator and great Mother
If only we don't mess up at Brothers
Hand games and singing everyday
I am sad I have to go away
Make the grades and prove your worth
Getting ready to inherit the Earth
It can be easy to feel like lesser
We seek guidance from our ancestors
Find peace in the wetlands
Dance with a cute Lakota girl in the band-stand
Night conversations and the unknown
Some of us do not have a home
The magic of Haskell brings us together
Making good memories that will last forever
This is just beginning
Prepare to take life by the handles
I will leave Haskell grinning
As I remember all the socks and sandals



Artroom with unfinished paintings. *Photo by Jared Nally*

USA001449

**8** THE INDIAN LEADER

# SPORTS

April 13, 2020

## Cancelation of Spring Sports
Jared Nally

March 16 — Due to precautions to avoid the spread of COVID-19, spring semester athletics were canceled by the National Association of Intercollegiate Athletics (NAIA). For Haskell Indian Nations University, this meant that its student-athletes would not finish their softball, outdoor track, or golf seasons. While the NAIA restricts student's eligibility to play a specific sport only 4 seasons, exceptions are being made for spring athletes. Other eligibility requirements will still be in effect. We look forward to seeing our athletes compete in future seasons.

## Fastpitch Dreams Spring Classic and Season Wrap-up
Jared Nally

Before the cancelation of spring sports, Haskell Indian Nations University's softball team traveled to North Myrtle Beach, South Carolina. Four conferences attended the event — the National Collegiate Athletic Association Division II, the National Collegiate Athletic Association Division III, the National Association of Intercollegiate Athletics, and the National Junior College Athletic Association — which pulled in 103 teams.

HINU paired up against 7 different teams at the Fastpitch Dreams Spring Classic averaging 2 points a game with opponents averaging a 10 point victory over them. Due to postponements earlier in the season and a cancelation due to the COVID-19, the Fightin' Indians' season only consisted of 17 games and they ended their season with a 3-14 win loss record. We hope these girls are safe during this time and look forward to a new season. Onward Haskell!

## Recognizing Records
Jared Nally

Not only were sports seasons cut short, but banquets recognizing Haskell Indian Nation University's athletes were also canceled due to the COVID-19 pandemic. Haskell Athletics has been using it's social media platforms to show support for their athletes as well as shining a light on some of their achievements.

Janee Bates, senior, was recognized for two Coffin Sports Complex records, most points in a single game (39) and most assists in a single game (13). Her teammate Justine Butterfield joins her on the record board with most blocks in a single game (9). Haskell Athletics gave a shout out to Butterfield as "currently the only freshman to hold a statistic on [their] record board."

Men's basketball also had record-holders among their athletes. Senior Nakia Hendricks holds three records, most rebounds in a single game (23), most blocks in a season (41), and most blocks in a career (112). Bryon Elledge also a senior holds records in most assists in a season (119), highest assist average in a season (4.1), most assists in a career (365), and highest assist average in a career (3.4). Tristan Keah Tigh, senior, holds the complex's record for the highest scoring average in a career (13.3).

HINU volleyball saw record holders this year. Sophia Honahni, junior, now holds the record for highest digs per season (707) and highest digs per career (1681). Haskell Athletics notes that Honahni achieved this record over previous 4-year athletes and is still eligible for another season. Teammate Cailey Lujan, a senior, holds the record for the highest aces per career (117).

HINU remains proud of it's athletes despite being unable to compete this season. We look forward to new seasons and new records. Onward Haskell!



EARTH DOES NATIVE TIK TOK CHALLENGE
DRAWN BY JARED NALLY

### The Indian Leader Staff

**Editor**
Jared Nally

**Assistant Editor**
Connor MacDonald

**Secretary & Treasurer**
Jamie Colvin

**Distribution Manager**
Diamond Williams

**Staff Writers**
Makayla Sloan
Zachary Arquette
Joseph Singh
Kayla Bointy

**Staff Advisor**
Rhonda LeValdo

All articles recieved are subject to edit and refusal of publication. By submitting a article, you are giving us permission to publish and edit. You also acknowledge that you are the author and accept all responsibilities. Your full name, Haskell email, and contact information MUST accompany all summissions and are subject to verification.

Please contact us with any concerns, issues, or suggestions for The Indian Leader by eami or stop by our office on the main floor (gym level) of Tecumseh Hall.

indianleader10@gmail.com
The Indian Leader
155 Indian Ave. Box #4999
Lawrence, KS 66046

USA001450

---

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:03:29 PM |
| **Subject:** | [EXTERNAL] FW: Indian Leader Volume 123 Issue 3 |
| **Attachments:** | Vol123Iss3.pdf |

This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.

-----Original Message-----
From: The Indian Leader <[indianleader17@gmail.com]>
Sent: Tuesday, April 14, 2020 10:53 AM
To: Stephen Prue <stephen.prue@bie.edu>
Cc: Rhonda Levaldo <rlevaldo@HASKELL.edu>
Subject: Indian Leader Volume 123 Issue 3

aya Mr. Prue,

I apologize for emailing you again about this, but can you please send out our publication to students and faculty.

neewe,
-Jared Nally, Editor

USA001451

Case 2:21-cv-02113-JAR-TJJ   Document 30   Filed 07/20/21   Page 323 of 346

# THE INDIAN LEADER

## HASKELL INDIAN NATIONS UNIVERSITY

Volume 123 - Issue 3　　　　The oldest Native American student newspaper　　　　April 13, 2020



VPUS Tonia Salvini addressing students. *Photo by Zachary Arquette*

## HINU Pandemic Response Summary

Jared Nally

March 12 — Haskell Indian Nations University students received their first of many directives from the university regarding their COVID-19 pandemic response. This email set into motion many questions and further university policies to act on the changing climate of the pandemic.

The email extended spring break an additional week providing the University time to create the infrastructure to continue courses through distance learning. This email originally intended to have student safety re-evaluated after several weeks, potentially resuming on-campus classes — this was later replaced with the message that distance learning would continue the remainder of the semester, that the summer semester would be online, and that fall semester

may potentially be held on campus.

Further information was given through the Vice President of Student Services who addressed students who were on campus for spring break directly. In her addresses, Salvini presented a message of student safety as a priority. Salvini wanted students to know that actions were informed through a continued partnership with the Douglas County Emergency Response Team. This information provided a safety-window for student travel that later public statements identified as of March 17, where until then, students could return to campus to get their belongings. This safety-window was coupled with a strong message that students who were home during spring break should remain at home, and that students should work with the university to create exit plans. These exit plans were created to make sure students had a safe environment to return to and to collect student's financial and personal needs for HINU to assist in the student's return. It is the

Indian Leader's current impression that HINU has been the only university to offer financial assistance in securing plane tickets, bus fares, lodging, and gas cards, among other travel aid for students. Salvini said, "The University is assisting financially with all the arrangements on all transpiration."

During this time, Danielle McKinney, who was coordinating transportation arrangements, had collected roughly 30 requests for aid at that time — 9 flights and 21 ground transportation. That number quickly rose after the 3 o'clock mandatory student meeting later that day. Additional funds were given by the Haskell Foundation and Student Government voted to donate their remaining $20,000 in student funds to help. HINU has not made itself available to comment on how student money was used, and how many students received travel aid. Students were able to request travel aid up-until Monday, March 16th.

Student "housekeeping" questions

were addressed. Students' belongings left on campus would be packed and recorded. Any illegal items would be turned over to authorities, and there would be no student write-ups with the exception of possession of weapons. Packed belongings would only be shipped to students graduating this semester and not returning in the fall.

Students were also instructed to update addresses and file electronic fund transfer requests with the student bank to assist with financial aid and student work payments. Students were also directed to update forwarding addresses with the post office and direct any additional questions to HINU's new information line phone number, 785-830-2770, and email, infoline@haskell.edu

*(Continued on page 2.)*

USA001452

# CAMPUS NEWS

## Jude Thin Elk

Jamie Colvin

The news of our very own hits tremendously for Haskell Indian Nations University's community, but directions towards healing and rejoicing need to be lionized. On March 16th, 2020 the HINU campus experienced and received word of what no one wishes to hear, our beloved relative and Haskell student Jude Thin Elk suddenly passed away on campus.

The catastrophe created an uproar and sadness sweeping through the HINU community with this devastating news. We can remember and never forget this time of sorrow but may bask in the wonderful memories of getting to know this young man.

As we know him, Jude was here at HINU to pursue his education. When being accepted into this university you are not only becoming a student, you are becoming part of the Haskell family. This cohort of a family will always have a place for every HINU student on their journey. Jude's determination towards self-growth and gaining knowledge as a student is not now and never will be overlooked. The Haskell family is proud to say he was here to better himself while proceeding on his educational path.

Jude also made friendships along the way. Many saw him as a person always smiling and laughing. Current student Trey Jimboy says Jude was someone he could always talk to and about anything. They met when Jimboy's roommate brought Jude over, uniting them together.

Jimboy goes on to explain his memories and best moments with Jude; one memory of Jimboy, his roommate and Jude just having good time together, enjoying each other's company while walking towards Curtis Hall. These memories that were shared with this beautiful soul will not be forgotten. Jimboy says "I just hope that other people got to see Jude for who he was before passing," and he wishes for everyone to remember, "that he was just a kind, relaxed person who always seemed to be laughing or smiling and not letting things get to him."

May Jude forever be rejoiced.

## When Home Isn't "Home"

Jared Nally

Haskell Indian Nations University recently came under fire after releasing a statement documenting an on-campus student's self-reported positive test result for COVID-19. The public wanted to know why these students weren't "home" when weeks earlier HINU provided both financial and personal support to get students back to their families. This also comes during Kansas' mandated stay-at-home orders. So what does "home" mean for these students, and why aren't they with their families?

First, to contextualize HINU's message, during the travel safety window students were required to create travel safety plans. Tonia Salvini, Vice President of University Services, told students that if going home wasn't an option that they should write that on their travel plans. HINU administration did not make themselves available to comment on how many students remained on campus, but the Indian Leader estimates that number to be less than 10% of enrolled students.

HINU's pandemic policies humanized its students in creating a process that was meaningful to the safety of each student, and for some, it wasn't being sent away. One student, 69 years old and in the vulnerable category for COVID-19 said, "Haskell is a good place to be right now." HINU is also home for others during this time for various reasons.

Though each of these students has their own personal reasons for remaining on campus, the public should understand that many break the mold of teenage college students who have families to return to. For some students, being evicted would mean being homeless, the Haskell community is the only family for some. And in others, their families may be toxic, containing abusive relationships and dangerous situations involving drugs and other safety risks. Student safety considerations don't just surround COVID-19.

For others, there were health concerns, either being immune-compromised or having a family member who is and travel exacerbating the potential of infection or return to hotspots. Health safety is also a concern for those coming from non-reservation communities. Without access to Indian Health Services, they would not have access to healthcare for existing health conditions or assistance in the event of a COVID-19 infection.

The COVID-19 pandemic is exposing all types of privilege. While students remaining on campus have great gratitude to HINU and it's faculty for allowing them to stay when many universities evicted all of their students, community members should realize there is a privilege in having a safe alternative to return to other than HINU.

---

*(Continued from cover page.)*

However, students were not evicted from the campus as many institutions had done. HINU noted that there would be a population of students on campus who had to make an informed decision on their safety and situation. Exit plans were a strategy to prioritize student safety, reduce the on-campus population, and reduce the risk of spreading COVID-19.

Additional isolation policies were put into place for students remaining on campus. Campus facilities adapted to the challenge of self-isolation. Students were moved to single occupancy rooms in two dorms, Winona and Blalock, and a one-in-one-out rule went into effect for picking up to-go meals from Curtis. Students were also required to sign an updated housing contract and sign medical releases in the event students are tested for COVID-19.

Throughout these policies, HINU has been criticized for its ability to communicate. Instructor Freda Gipp addressed her concerns to the administration, "We have students out in Indian Country hearing from their friends when they should be hearing from you all". Faculty was blindsided by questions from students and parents after students on campus shared information from a dorm hall meeting over social media. This information was not shared with the faculty and did not go out through public statements. Off-campus students shared their own frustrations. One student commented on social media that the campus should "communicate with all students rather than relying on word of mouth."

Acting university President Jim Rains, Ph.D. explained that the Bureau of Indian Education needed to approve of any documents before they are made public and said, "You can expect the information not to come out as quickly as you would like." Public documents HINU released are available following this article on www.theindianleader.com.

USA001453

## 2020 Census
Jared Nally

Many students have been displaced as a result of universities closing their campuses in efforts to slow the spread of COVID-19. This is all taking place right as the US Census Bureau is completing the 2020 census. It is important for students to know how they will be counted and what impact being counted has on their community.

The US Census Bureau wants Americans to know that though many lives have been impacted by the COVID-19 pandemic, it is important that everyone complete the census and understand their residence criteria. College students living off-campus should complete the census for their off-campus living arrangements. These students may fill out the census online at https://2020census.gov.

Students who live in student housing and living on campus on Census Day are counted with college/ university student housing. However, due to the effects of COVID-19 shutting down campuses, the US Census Bureau has issued a statement that college students will still be counted as living on campus even if they were home on April 1st.

Parents of students filling out their own census should not include their children if they were living on a college campus. On-campus students do not need to complete a census; HINU will complete the census on the student's behalf as part of the Group Quarters Enumeration operation with the US Census Bureau.

It's important for census data to be reported accurately because census information affects community federal funding. It's vital that students are counted in the communities they are going to school in because they provide funding for roads, public transit, and health clinics according to the US Census Bureau. It is important then to make sure that HINU has updated contact information for students, so students may be contacted in case additional information is required to complete the census.

While HINU has not indicated their methodology for completing the census for students. There are two likely methods according to the US Census Bureau—a student housing representative will "complete one form listing all students, compiled using data from administrative records. The representative has the option to complete a version of this form online using a secure portal, or to have a census taker pick up a paper version " or the representative may "give each student a questionnaire and collect them after they are completed. Then, the census taker will return to pick them up from the representative." HINU and off-campus students have until August 14th to complete the census.

## The Haskell Glow-Up Coalition
Marklin Morales

The Experience of attending Haskell Indian Nations University (HINU) is comparable to no other. There are many factors that go into this experience. The unique academic, and social atmosphere make up a good portion, but there is also a great deal to be said about the surroundings.

The HINU campus, established in 1884, is rich in culture containing architecture designated as U.S. Historic National Landmarks. The experience one gains from being amongst these 12 nationally recognized buildings as well as the approximately 640 acres of land they occupy — including the HINU wetlands recognized as a National Natural Landmark — play just as important a role than any other in the overall experience.

This overall HINU experience, however, can be downgraded when the campus starts to show signs of wear


Glow-Up Coalition poses for picture. *Photo by Marklin Morales*

and tear. Aging and maintenance are, of course, a factor for any campus and is managed wonderfully by HINU facilities. Unfortunately, there is only so much facilities can do amid their various duties to this magnificently active campus.

That is where the Haskell Glow-Up Coalition steps in. This organization, initiated by HINU instructor Tyler Kimbrell, aims to keep the overall HINU experience up to par by involving, who better than, HINU students and staff who utilize the campus day to day. The brilliance of this concept is the ability to respond to the observations of students and staff who might see the need for campus improvements that facilities might not due to their busy schedules.

The starting agenda for the Glow-Up Coalition has been based on staff and student run cleanup activities. One such recent cleanup activity has been in response to the naturally occurring fallen branches from the many robust trees throughout campus that signify HINU's extensive history. It was important that this clean up be done while the winter weather was still active so that the new foliage could properly grow. Other activity goals in response to HINU's prolific history have been to touch up, or glow up, the campus by maintaining building appearances, adding a community tree swing, and helping repaint structures in need.

Still in its infancy, the Haskell Glow-Up Coalition is a HINU community-based organization taking initiative to create and fulfill goals for the enrichment of campus life. The ideas being generated can only enhance our time together at HINU because this coalition is in essence by the students for the students. The possibilities are limitless when our knowledge is shared to build a better experience for the next generation to enjoy which is an integral part of Native tradition.

# INDIAN COUNTRY

## Decolonizing Our Reaction to COVID-19

Kayla Bointy

This is a letter to my Haskell People and my people across Indian Country . Those who know the tight knit community Haskell Indian Nations University is made of, who have called 155 Indian Avenue home, we truly are a family. Some refer to Haskell as "The Rez" with affection, for others it is a safe haven.

Many of you feel we are in a current state of survival. Perhaps we are, perhaps we have always been. But perhaps this is a return to the Indigenous Community as it was intended to be, those pre-contact social structures that worked so well for Indigenous Peoples.

For example, in Plain's Culture a tribe survived and flourished by all members taking care of one another; from taking care of the children to tending to the elderly, making sure everyone was fed, and working together, the responsibility was shared by the collective. Each person or group had their task, yet it all went towards the benefit of the people. Each person had a purpose and value to the whole.

Applying that ideology into our situation now, the housing staff are doing more than their part in ensuring the safety of the students: those who are staying, those who are returning, and those who are moving. The elderly staff members are being protected. The HINU Administration is working to try and protect everyone.

Decolonizing our reaction to COVID-19 means we are choosing how to react to the present situation. HINU's Administration recognized and took the danger seriously, then acted. As staff and students do the same, rather than spreading panic and fear, let's educate ourselves and instill positivity.

Look out for one another: if you see someone without then share. The recent panic buying of supplies exemplifies the selfishness of the modern population. We do not behave in such a way traditionally; reciprocity, generosity and humility are statutes of Native societies. Act with the community in mind. Try not exposing yourself to potential danger thus endangering others.

Remaining respectful: despite heightened tensions, there is no reason to treat each other less than you would normally. In times such as this we should treat each other with more compassion. We are still human beings, do not allow fear to control your behavior.

Stay connected: despite social distancing, we can still build and strengthen our community. The live singing and dancing videos being shared on social media are making us all feel connected to one another which boosts morale. Check in on one another. Talk — if someone is scared try to reassure them.

Let's take this time to exercise and learn from our cultures, like taking time to craft. Teach or learn to bead or sew, celebrating our traditional ecological knowledge (TEK).

Make use of traditional medicines like, cedar teas & elder berries as well as the different uses for bear root, or liquorice root. Perhaps just drinking Navajo tea or ceyaka brings you comfort. Learning the how to, yet also knowing the cultural significance as well as how these affect your health are all important.

Despite Social Distancing we are still standing strong together. At a personal level, keeping yourself centered is important; if smudging is your go to, do that. Whatever it is to keep your peace and remain calm. Doing so will help keep others calm. Remember, we are the descendants of ancestors who survived generations of genocide and disease. We are strong. We are Haskell Strong.

## Lifting Spirits through Virtual Powwows

Jamie Colvin

Even though we may be miles apart, we are closer than ever. With the touch of our fingertips, people from around the world have access to interact and lately have been doing so even more. With the newest pandemic, COVID-19, stay-at-home orders and social distancing have been recommended from our cities, states, and countries to take action.

However, this has not stopped Indigenous peoples from Turtle Island from coming together. With the wonders of the 21st century, technology and social media, we have been doing that and more.

Indian country is filled with the love of tradition, customs, art, song, and dance. These things and much more are being showcased on the world wide web through the new Facebook group the Social Distance Powwow. This group was established on March 17, 2020 and is currently overflowing with more than 140,000 members and counting. Vogue says "...this healing act is more important than ever..." this group is celebrating and spreading positivity. The people are not falling into a path of sadness or worry but the opposite, being strong and resilient through these distant times.

This group is intended as an online powwow for dancers to share their footwork, artists to show their skills, singers to bust out their best leads and most of all healing for the people. The interactive Social Distance Powwow has accomplished much



**Social Distance Powwow**

in less than a month — dancing and singing specials being sponsored to t-shirts being made in commemoration of this joyous unity.

Navajo Times mentioned "its growth has been exponential, in a good way!" and the group mentions that this is a space for all to showcase themselves and their talents gifted to each other. May this be an inspiration to keep our heads high and stay Indigenous strong for this distance physically keeping us apart from each other; it will never keep our spirits apart.

USA001455

# EVENTS

## Erdrich Visits Haskell

Hayley Wells

March 11 — There was a reason for Haskell Indian Nations University students to stay in Lawrence over spring break. Lawrence welcomed acclaimed Ojibwe author Louise Erdrich.

Erdrich graced HINU's Auditorium stage with a reading of her latest novel, The Night Watchman, which is based on her grandfather and his fight against Native dispossession. This incredible event was made possible through the collaboration of HINU, the Raven Bookstore, and Lawrence Public Library.

Erdrich has published over two dozen books, many of which are bestsellers and award winners. In 2015, Erdrich was awarded the Lifetime Achievement Award for the Writing of Fiction by the Library of Congress to honor her work. In addition to writing, she promotes learning and tradition at her bookstore, Birchbark Books, in Minnesota.

Erdrich's work is particularly impactful for HINU students, as she often writes based on personal experiences. As an author of poetry, short stories, and novels, she has brought life and attention to Native American literature throughout her career. From poetry, children's stories, or complex novels, there is something for every reader in Erdrich's canon.

Elementary education majors may be interested in her Birchbark House books in particular. This series of children's chapter books focus on an Ojibwe family and their experiences during the chaos of the 1800s. Fans of dystopian fiction should try Future



Louise Erdrich reading to an audience of 450. *Photo by Tyson Logg*

Home of the Living God, the story of an Ojibwe woman amid the chaos of a destroyed Earth. Readers of Erdrich's adult work should be aware; she does not shy away from difficult topics; Her 2012 National Book Award winner, The Round House, centers around the sexual assault of an Ojibwe woman.

## Shining Elk Productions Presents its Virtual talking Circle to Haskell Students Amid Isolation

Mark Morales

During these times amid the COVID-19 pandemic, the only certain thing we've had is uncertainty. Uncertainty of this virus and the endless influx of changing news reveals how much we rely on stability. From this uncertainty grows a need for something to remain constant and this need has been answered over the airwaves in the form of broadcasts through telecommunication platforms like Zoom or Skype.

Up until this pandemic, these platforms were mainly used for business meetings or webinars but during this time of isolation and quarantine, these platforms are being used as the main delivery method of entertainment and virtual community gatherings.

One such virtual gathering occurs at Haskell every Thursday evening from 9 to 11pm in the form of a talking circle that is providing much-needed consistency to our campus and its surrounding community. The Shining Elk Productions Virtual Talking Circle is the brainchild of Haskell Alumni Patricia Pena. Patricia says, "I came up with this idea to collaborate with artists mostly from the entertainment industry".

The Virtual Talking Circle is a mixture of Native American artists stemming from coastal based entertainment industries made possible by Pena's connections made during her years as a press credential holder at the Sundance Film Festival. Pena, along with DeLanna Studi (niece of actor Wes Studi) and Michelle Shining Elk bring together native entertainers such as Kalini Queypo, Princess Lucaj, and Sheri Foster Blake (who's extensive film credentials must be looked up due to the brevity of this article) for weekly conversations that are known to reach well beyond film industry discussions.

Pena notes that "When people have good intentions, others can feel and see it and that makes everything come together. Each week I ask an interesting person via Facebook Messenger and they are always up for the idea of people helping people".

Past guests have included Valente Rodriguez of the George Lopez show; Tiffany Smith, Anoa'I Executive Vice President of Global Inclusion at CBS; and many other contributors in Native film and entertainment. Another contributor is Theda Newbreast of the Blackfeet nation who leads the syndication in prayer before every discussion.

The final product is a collaboration made available to Haskell students via staff Tonia Salvini and Lori Hasselman as well as students Joseph Sing and myself. However, this collaboration is not limited to people interested in the entertainment industry. As Pena puts it, "Thursday is a collaboration of Native people who make themselves available because we all care about our tribal communities". For Native people, community has been a constant throughout history, leaving the doors open to all like-minded supporters of community-based projects.   Bringing our community together through projects such as the Shining Elk Productions Virtual Talking Circle shows that during these times of uncertainty, some things will remain certain and one of them is the Native ability to consistently create ways to keep each other strong through communication.

USA001456

**6** THE INDIAN LEADER

# LIFESTYLE

April 13, 2020

## Indigenizing Face Masks

Jamie Colvin

When there is a will, there is a way. Multiple orders from across the U.S. have instructed individuals to wear face masks in conjunction with taking precautions to prevent the spread of COVID-19. In some cases, these orders will be followed through with penalties when not in compliance.

The city of Los Angeles has done just that with consideration of protecting its people. The Los Angeles Times mentions multiple scenarios when a fine or penalty would be engaged. For example, if a business will not provide or reimburse their employees for purchasing their own personal protective equipment, it would result in a fine or further, not complying with the order could result in a misdemeanor.

The city of Laredo is just a little over 150 miles south from San An-

tonio, Texas and sits on the Mexico border. Time says, "The penalty for violating the order is a Class C misdemeanor, punishable by a fine up to $1,000." This fine is for residents of Laredo who do not wear a face mask when going out into public or public buildings including transportation and pumping gas.

This brings an opportunity for the Indigenous community to use their creativity and include their style. Many have been gathering materials to follow these orders around the U.S. even if they are non-medical masks. Haskell student Kayla Bointy mentioned how she would utilize her Kookum scarves for going out in public. They bring a symbolic indigenized look. Indigenous people are having to find their balance in this modern world — let alone during this time — we strive to keep these traditions and customs alive.

Indigenous artists' creativity may come from within and demonstrates



Face masks made by Kayla Bointy. *Photo by Kayla Bointy.*

a sense of identity as indigenous people, maintaining our cultural identity of who we are as indigenous people, especially through the current pandemic. Haskell student Jared Nally expresses his views on indigenous artists' take on the face masks pieces that he has seen. Nally says, "I feel like seeing beaded masks on social media for me shows that great events we experience together, like COVID-19 pandemic, does not mean Indigenous erasure. These are symbols for me of Native Identity being present, resilient,

and crafting our own experiences."

Bointy comments on how there was a need to sew her own masks became of the necessity and gave her own preferred flair to her masks. She says, "Other native people who are beading and using Pendleton to make masks I think is awesome! It just shows the beauty and resilience of our people. It shows we can always adapt and make something ours."

---

## April Horoscopes

Joe Singh

**Aquarius**
(Jan 20 - Feb 18)
Make a homemade meal and take a bath. Doing the small and simple things will keep you grounded and content.

**Pisces**
(Feb 19 - Mar 20)
Life is happening in waves. Balance and perseverance are key. Great tasks await with greater rewards to follow.

**Aries**
(Mar 21 – Apr 19)
It is alright to let relationships go that don't serve you. This your life. Choose peace and happiness.

**Taurus**
(Apr 20 - May 20)
It seems the work is never done, but one day it will be. Do not give up or let up. So many are cheering you from the sidelines.

**Gemini**
(May 21 – June 20)
Adventure awaits! Go big or go home. Make your dreams come true and test yourself. You can do it!

**Cancer**
(June 21 – July 22)
A relationship is blossoming. Use this experience to grow and learn more about yourself. You deserve it.

**Leo**
(July 23 – Aug 22)
Your intensity could be intimidating to some, don't let this stop you.

Blaze trails and lead the way, no matter what anyone says.

**Virgo**
(Aug 23 – Sept 22)
We all know you don't believe in horoscopes, but the universe smiles upon you. Open your heart and be less critical of others. You are some of our greatest leaders if you don't get in your own way.

**Libra**
(Sept 23 – Oct 22)
Life may seem difficult right now, and it is. Growth hurts, but it is necessary to become stronger. Don't be afraid to ask for help.

**Scorpio**
(Oct 23 – Nov 21)
Enjoy the comfort of your life. The tests and trials to the next level are

on their way. Have no fear and look forward to new challenges and opportunities to grow.

**Sagittarius**
(Nov 22 – Dec 21)
Someone close to you needs help. Give it, but do not enable someone to not change. Know the difference between true love and co-dependence.

**Capricorn**
(Dec 22 – Jan 19)
When people are rude and negative, remember that that is only a reflection of them and nothing to do with you. Don't let someone hurt you because they are insecure and unhappy. Protect yourself. The ones who are worthy of your love are near.

USA001457

Case 2:21-cv-02113-JAR-TJJ   Document 80   Filed 07/20/21   Page 329 of 346

# Follow @hinuarts

Jamie Colvin

The love for art is reaching new heights. Haskell Indian Nations University has a variety of art courses that are offered throughout the Fall and Spring semesters. Students are able and encouraged to participate based on the general education requirements in the Humanities and Arts section of a two-year degree checklist. Various courses go beyond this requirement — ceramics, drawing, and painting.

The finished products from these art courses are displayed on HINU's campus, but a new platform has the potential to showcase these art pieces. HINU's Antonio Martinez and David Tittterington, both art instructors, have decided these students' talents needed to be shared with more people.

An Instagram page was recently created by Martinez called hinuarts that includes "all things art" for HINU and already has an astonishing 635 followers. This page displays student art pieces themselves, guest indigenous artists that visit campus and HINU alumni art as well. This allows the opportunity to be interactive with current HINU art projects, speakers and students as well as indigenous art throughout the country.

Having the scope focused in on the art can let Instagram views get an inside look of what indigenous art can fully encompass. Some interesting posts illuminate the artists in action working on their pieces. Allowing social media to embark on this realm of HINU's indigenous art can really demonstrate a better understanding of what indigenous art truly signifies and represents. Art Instructor Titterington says, "Our students are so amazing, and their visions and voices are inspirational and benefit everyone."

The most recent posts on the Instagram page have been the current Spring 2020 semester students' unfinished art pieces. Because the university decided to transition into online classes, students were not able to fully complete their artwork. There will be additional upcoming posts that will display students' artwork as they are sent into Titterington. Even though the separation keeps students away from the studio, the productivity of the art is being accomplished. The art and ceramics room are at a stand-still, but once the new Fall 2020 semester comes

around, they will be filled with our hard-working students and their professor once again.



@hinuarts Instagram

# Socks and Sandals

Joe Singh

A familiar place we have never been
Classmates that become family and friends
Squirrels that hop to and fro
To classes and Curtis, we go
Laughter in the night echoes across the grounds
In the witching hour there are only ghost sounds
Long braided hair and basketball
We are trained and educated to stand tall
Children of the Creator and great Mother
If only we don't mess up at Brothers
Hand games and singing everyday
I am sad I have to go away
Make the grades and prove your worth
Getting ready to inherit the Earth
It can be easy to feel like lesser
We seek guidance from our ancestors
Find peace in the wetlands
Dance with a cute Lakota girl in the band-stand
Night conversations and the unknown
Some of us do not have a home
The magic of Haskell brings us together
Making good memories that will last forever
This is just beginning
Prepare to take life by the handles
I will leave Haskell grinning
As I remember all the socks and sandals



Artroom with unfinished paintings. *Photo by Jared Nally*

USA001458

![SPORTS]

## Cancelation of Spring Sports
Jared Nally

March 16 — Due to precautions to avoid the spread of COVID-19, spring semester athletics were canceled by the National Association of Intercollegiate Athletics (NAIA). For Haskell Indian Nations University, this meant that its student-athletes would not finish their softball, outdoor track, or golf seasons. While the NAIA restricts student's eligibility to play a specific sport only 4 seasons, exceptions are being made for spring athletes. Other eligibility requirements will still be in effect. We look forward to seeing our athletes compete in future seasons.

## Fastpitch Dreams Spring Classic and Season Wrap-up
Jared Nally

Before the cancelation of spring sports, Haskell Indian Nations University's softball team traveled to North Myrtle Beach, South Carolina. Four conferences attended the event — the National Collegiate Athletic Association Division II, the National Collegiate Athletic Association Division III, the National Association of Intercollegiate Athletics, and the National Junior College Athletic Association — which pulled in 103 teams.

HINU paired up against 7 different teams at the Fastpitch Dreams Spring Classic averaging 2 points a game with opponents averaging a 10 point victory over them. Due to postponements earlier in the season and a cancelation due to the COVID-19, the Fightin' Indians' season only consisted of 17 games and they ended their season with a 3-14 win loss record. We hope these girls are safe during this time and look forward to a new season. Onward Haskell!

## Recognizing Records
Jared Nally

Not only were sports seasons cut short, but banquets recognizing Haskell Indian Nation University's athletes were also canceled due to the COVID-19 pandemic. Haskell Athletics has been using it's social media platforms to show support for their athletes as well as shining a light on some of their achievements.

Janee Bates, senior, was recognized for two Coffin Sports Complex records, most points in a single game (39) and most assists in a single game (13). Her teammate Justine Butterfield joins her on the record board with most blocks in a single game (9). Haskell Athletics gave a shout out to Butterfield as "currently the only freshman to hold a statistic on [their] record board."

Men's basketball also had record-holders among their athletes. Senior Nakia Hendricks holds three records, most rebounds in a single game (23), most blocks in a season (41), and most blocks in a career (112). Bryon Elledge also a senior holds records in most assists in a season (119), highest assist average in a season (4.1), most assists in a career (365), and highest assist average in a career (3.4). Tristan Keah Tigh, senior, holds the complex's record for the highest scoring average in a career (13.3).

HINU volleyball saw record holders this year. Sophia Honahni, junior, now holds the record for highest digs per season (707) and highest digs per career (1681). Haskell Athletics notes that Honahni achieved this record over previous 4-year athletes and is still eligible for another season. Teammate Cailey Lujan, a senior, holds the record for the highest aces per career (117).

HINU remains proud of it's athletes despite being unable to compete this season. We look forward to new seasons and new records. Onward Haskell!



**The Indian Leader Staff**

**Editor**
Jared Nally

**Assistant Editor**
Connor MacDonald

**Secretary & Treasurer**
Jamie Colvin

**Distribution Manager**
Diamond Williams

**Staff Writers**
Makayla Sloan
Zachary Arquette
Joseph Singh
Kayla Bointy

**Staff Advisor**
Rhonda LeValdo

All articles recieved are subject to edit and refusal of publication. By submitting a article, you are giving us permission to publish and edit. You also acknowledge that you are the author and accept all responsibilities. Your full name, Haskell email, and contact information MUST accompany all summissions and are subject to verification.

Please contact us with any concerns, issues, or suggestions for The Indian Leader by eami or stop by our office on the main floor (gym level) of Tecumseh Hall.

indianleader10@gmail.com
The Indian Leader
155 Indian Ave. Box #4999
Lawrence, KS 66046

USA001459

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:04:34 PM |
| **Subject:** | [EXTERNAL] FW: Indian Leader Volume 123 Issue 3 |

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

**From:** Jim Rains <jrains@HASKELL.edu>
**Sent:** Wednesday, April 15, 2020 3:06 PM
**To:** The Indian Leader <_____PII_____>
**Cc:** Stephen Prue <sprue@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>; Joshua Falleaf <jfalleaf@HASKELL.edu>
**Subject:** RE: Indian Leader Volume 123 Issue 3

Jared,
Rhonda LeValdo, faculty advisor to the Indian Leader, can provide you with the long, complicated history of Haskell's student publication. It's an important history, and it will explain the autonomy that the Indian Leader fought hard to retain at a time when an administration sought to suppress it. Since that time, Haskell's administration has respected the autonomy of the publication and has never attempted, rightfully so, to exercise supervisory control or censorship over the writing, editing, production, and management of the newspaper. Ms. LeValdo and I have had several conversations about this on a variety of occasions and she can clarify many of your questions. Please know that we sympathize with your challenges during this difficult time, and we continue to support your journalistic efforts -- and your independence. All official messaging from the University originates within the President's Office, and all official messaging is subject to approval from BIE's Central Office. We are compelled to abide by that directive. We believe that distributing the Indian Leader, inasmuch as we cannot verify the accuracy of the reporting and the facts that you report (which we would never attempt to do at any time), would be in violation of the guidance we have received for disseminating University information. We in no way oppose the distribution of the Indian Leader -- and we encourage you to continue to provide information to Haskell students and that you find alternative means for its circulation -- however, we cannot accommodate your request. I ask for your understanding in this matter.

**Jim Rains, Ph.D.**

Acting President
Haskell Indian Nations University
155 Indian Avenue
Lawrence, KS 66046

Phone: (785) 749-8494

---

**From:** The Indian Leader [indianleader10@gmail.com]
**Sent:** Wednesday, April 15, 2020 2:28 PM
**To:** Jim Rains
**Subject:** Re: Indian Leader Volume 123 Issue 3

aya Dr. Rains,

USA001460

Thank you for your response. Could you please clarify a few of your points.

1. If we are not an official publication of Haskell Indian Nations University then why was our PDF sent to the BIE's Central Office for review when that is only necessary for HINU statements? Is this done for other releases from other organizations, for example when Prue distributes pdf's from other campus clubs or non-haskell affiliated organizations — unsanctioned clubs like the language revitalization club and Fort Scott National Historic Site, if these organizations can have accesses to students sending unofficial publications through Prue, is it a censorship problem that ours is being singled out to not be forwarded?

2. If Haskell has not played a role in sending the Indian Leader out, how is that Prue sent an email out for Volume 123 Issue 2, our previous issue?

3. "Haskell's administration has no role in the writing, editing, supervision, or publication of any outside publication it's been forwarding from other organizations, why is this the concern for our publication? I'm not asking the University to assume responsibility for the content just like it does not assume the responsibility of events it forwards that are not campus sponsored events. I'm also aware of the legal history of the University with regards to censorship of the Indian Leader.

I would like the clarification on the above, but also would recommend that if it would assist in get to students getting a copy of the Indian Leader, the oldest Native American student newspaper and a pride to HINU, could there not be a disclaimer in the email forwarded to students that states this the following document has not been prepared by the University and is not an official statement? An additional request is to receive a student directory with names and emails since directory information is not protected by FERPA and would allow the Indian Leader to send out it's publication through our own email server.

I hope the additional clarity will help us work with and feel supported by our university

neewe,

.-Jared Nally, Editor

On Wed, Apr 15, 2020 at 12:31 PM Jim Rains <jrains@haskell.edu> wrote:
Jared,
We forwarded your request to distribute the Indian Leader in PDF form to the BIE's Central Office. We have been advised against complying with your request for the following reasons:

- Although the Indian Leader is a student activity, it is not an official publication of Haskell Indian Nations University. All official University messaging must be submitted to BIE's Central Office for review prior to release.
- Historically, Haskell University does not play a role in distributing the Indian Leader; therefore, it is not advisable to do so at this time.
- Haskell's administration has no role in the writing, editing, supervision, or publication of the Indian Leader; therefore, it is not in a position to verify the accuracy of the information contained within it--and we cannot, as a University, assume responsibility for its content. Please refer to Ms. LeValdo's knowledgeable account of the history and legal standing of the Indian Leader as a student newspaper.

We regret that we cannot assist you with distribution, and we continue to wish you and your fellow students the very best in the continued success of your newspaper.

USA001461

**Jim Rains, Ph.D.**

Acting President
Haskell Indian Nations University
155 Indian Avenue
Lawrence, KS 66046

Phone: (785) 749-8494

---

**From:** The Indian Leader [indianleader10@gmail.com]
**Sent:** Wednesday, April 15, 2020 11:13 AM
**To:** Stephen Prue; Jim Rains
**Cc:** Rhonda Levaldo
**Subject:** Indian Leader Volume 123 Issue 3

aya Mr. Prue,

This is my third request for you to please send out a student email with the latest issue of the Indian Leader to students. The document is attached and I hope you'll give the Indian Leader the same consideration for distributing our information as you have with done with student government and healing week who you've distributed information since my first request.

-Jared Nally, Editor

USA001462

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:07:43 PM |
| **Subject:** | [EXTERNAL] FW: Indian Leader |

---

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

**From:** Jeri Sledd <jsledd@HASKELL.edu>
**Sent:** Friday, June 26, 2020 11:37 AM
**To:** Rhonda Levaldo <rlevaldo@HASKELL.edu>; Jamie Kay <j[         PII         ]jeri.sledd@bie.edu
**Cc:** The Indian Leader <[         PII         ]>; Jared Nally <jared.nally@HASKELL.edu>
**Subject:** RE: Indian Leader

All,

I received the invoice and I will have it ready on Monday. Should I put it in somebody's po box on campus for pick up? Also, the last payroll email I received was at the end of May. If you sent another list, I unfortunately haven't seen it. If you send it again, I can process those checks as well.

Jeri

---

**From:** Rhonda Levaldo
**Sent:** Thursday, June 25, 2020 9:39 PM
**To:** Jamie Kay; jeri.sledd@bie.edu; Jeri Sledd
**Cc:** The Indian Leader; Jared Nally
**Subject:** RE: Indian Leader

Yes I approve of this to be paid to NAJA. Rhonda

---

**From:** Jamie Kay [         PII         ]
**Sent:** Thursday, June 25, 2020 4:11 PM
**To:** jeri.sledd@bie.edu; Jeri Sledd
**Cc:** The Indian Leader; Jared Nally; Rhonda Levaldo
**Subject:** Indian Leader

Hesci,

Indian Leader has participated in the NAJA competition for this year. I wanted to send you the invoice from NAJA. The invoice itself will be attached to this email. I really appreciate this and I have CC'd Rhonda to this email so she may approve of this action. I was also wanting to know if you received the

USA001463

last email regarding the payroll for the Fourth issue? I would love to give an update to our staff and writers. I look forward to hearing from you and I appreciate your time.

Best,
Jamie Colvin, Treasurer

USA001464

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:08:03 PM |
| **Subject:** | [EXTERNAL] FW: Recorded conversation |
| **Importance:** | High |

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

**From:** Carlene Morris <CMorris@HASKELL.edu>
**Sent:** Monday, July 13, 2020 1:51 PM
**To:** Jared Nally <jared.nally@HASKELL.edu>
**Cc:** [PII] Salvini, Tonia <tonia.salvini@bie.edu>; Prue, Stephen C <stephen.prue@BIE.EDU>; Jim Rains <jrains@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Subject:** Recorded conversation
**Importance:** High

Jared,
I am of the understanding you recorded our phone conversation the other day without my permission.  I also understand you posted it on Facebook, also without my permission.  I do not believe I said anything that was not true or accurate. However, I believe it is appropriate to ask the person you are speaking to if is it ok to record our conversation, which you did not.

I am sorry you felt you had to be deceitful to get the information.

Carlene Morris
Financial Aid Officer
Haskell Indian Nations University
785-830-2702
785-832-6617 (FAX)
cmorris@haskell.edu
Carlene.Morris@BIE.edu

Haskell  Mission
The mission of Haskell Indian Nations University is to build the leadership capacity of our students by serving as the leading institution of academic excellence, culture and intellectual prominence, and holistic education to address the needs of Indigenous communities.



NOTICE TO RECIPIENT: The information contained in this electronic mail message and all attachments are confidential, privileged and/or proprietary and are intended for the exclusive use of the addressee(s). If you are not an intended addressee of this message, your interception, copying, distribution, disclosure or other use of this message, any attachment or the information contained therein is strictly prohibited. If you received this message and were not an addressee, immediately notify the sender by e-mail. Destroy every electronic, paper and other copy of this message and all attachments and every digest or other summary of the information contained herein or any attachments.  All e-mail sent to this address will be received by the Haskell Indian Nations University e-mail system and is subject to archiving and review by someone other than the recipient.

USA001466

| | |
|---|---|
| **From:** | Rhonda Levaldo <rlevaldo@HASKELL.edu> |
| **To:** | Briggs, Connie K |
| **Sent:** | 6/20/2021 9:08:10 PM |
| **Subject:** | [EXTERNAL] FW: Recorded conversation |
| **Attachments:** | ATT64876.jpg |

---

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

---

**From:** Jared Nally <jared.nally@HASKELL.edu>
**Sent:** Tuesday, July 14, 2020 6:23 AM
**To:** Carlene Morris <CMorris@HASKELL.edu>
**Cc:** [ PII ]; Salvini, Tonia <tonia.salvini@bie.edu>; Prue, Stephen C
<stephen.prue@bie.edu>; Jim Rains <jrains@HASKELL.edu>; Rhonda Levaldo <rlevaldo@HASKELL.edu>
**Subject:** Re: Recorded conversation

Dear Carlene:

Thank you for reaching out to me with your concerns regarding actions I took to record my conversation with Financial Aid on June 10th. While I do acknowledge that your message reflects contempt for my actions, I want to be firm in asserting my right to record my conversations which does not require your permission.

Kan. Stat. Ann. § 21-6101(4) provides guidelines for my personal right in a single-party consent state which allows me, a participant in the conversation, to provide my own consent to surreptitiously record my conversation with Financial Aid.

As for your allegations of deceit, I ensure you I was candid when I mentioned I had personal interest in students loans for pursuing grad school in another country. My number one school choice was the University of Tromsø, in Tromsø, Norway; I emphasize "was" here because my grad school application for this December would require "Proof of Financial Ability" which is a sum of NOK 123,519 or $13,044 which I was hoping to establish through a student loan. This is a conversation I intended to have with you closer towards the fall semester, but it has been expedited after hearing rumors from students responding to fall semester fees that HINU didn't allow student loans.

Did I also use my personal conversation to also write an article for the student newspaper? Yes. It was a commentary piece which built on the relevant information you gave me that was timely and relevant to the context of what I was writing. It was also spurred by the additional realization that I could not expect help paying for rent with student loans for the apartment I just signed a lease for because HINU is no longer offering student housing — an extra $8, 622 for my yearly cost of living according to Financial Aid's online financial calculator.

I hope you do not take any of this personally, as this is now my response to working with HINU. I have taken this approach after receiving many comments from HINU employees aimed to discredit my reporting for the Indian Leader — Joshua Falleaf on April 17th, said I'm turning Indian Leader into a "Gossip Rag", President Ronald Graham May 24th, said I published incorrect information but won't say what, etc — following those, I've had multiple employees provide wrong information such as mandatory pickup of student belongings. It is for these

USA001467

reasons I've gone back to all the articles I've written to add links documenting emails, statements, and dialogues that provide the information I wrote the article with. At this time, I feel like I have to protect myself by collecting source information.

Thank you for reaching out which has allowed me to respond to some of your points, and hopefully bring understanding to your concerns.

neewe,
-Jared Nally


On Jul 13, 2020, at 1:51 PM, Carlene Morris <CMorris@haskell.edu> wrote:


Jared,
I am of the understanding you recorded our phone conversation the other day without my permission.  I also understand you posted it on Facebook, also without my permission.  I do not believe I said anything that was not true or accurate. However, I believe it is appropriate to ask the person you are speaking to if is it ok to record our conversation, which you did not.

I am sorry you felt you had to be deceitful to get the information.

Carlene Morris
Financial Aid Officer
Haskell Indian Nations University
785-830-2702
785-832-6617 (FAX)
cmorris@haskell.edu
Carlene.Morris@BIE.edu

Haskell  Mission
The mission of Haskell Indian Nations University is to build the leadership capacity of our students by serving as the leading institution of academic excellence, culture and intellectual prominence, and holistic education to address the needs of Indigenous communities.

<Picture (Device Independent Bitmap) 1.jpg>

NOTICE TO RECIPIENT: The information contained in this electronic mail message and all attachments are confidential, privileged and/or proprietary and are intended for the exclusive use of the addressee(s). If you are not an intended addressee of this message, your interception, copying, distribution, disclosure or other use of this message, any attachment or the information contained therein is strictly prohibited. If you received this message and were not an addressee, immediately notify the sender by e-mail. Destroy every electronic, paper and other copy of this message and all attachments and every digest or other summary of the information contained herein or any attachments.  All e-mail sent to this address will be received by the Haskell Indian Nations University e-mail system and is subject to archiving and review by someone other than the recipient.

| From: | Jeri Sledd |
|---|---|
| To: | The Indian Leader; Jim Rains |
| Cc: | Rhonda Levaldo; Racehorse, Brenda |
| Subject: | RE: Indian Leader Funds |
| Date: | Wednesday, March 25, 2020 1:32:58 PM |

The funds are not frozen. I am only on campus Thursday's and Friday's. I only ask that you email me the spreadsheet for your payroll and I will cut the checks as per usual. I will need mailing addresses for all checks to be mailed as we are not allowing any face to face contact with students at this time.

Thank you for your patience during this time.

Jeri Sledd

From: The Indian Leader
Sent: Tuesday, March 24, 2020 9:51 PM
To: Jeri Sledd; Jim Rains
Cc: Rhonda Levaldo
Subject: Indian Leader Funds

aya,

It is my understanding that club funds have been frozen by the bank during this time. It is my request that the Indian Leader seek an exemption from this freeze. Even during this pandemic, the Emergency Public Health Order for Douglas County under section vi list newspapers as essential businesses to operate during this time.

The Indian Leader has been operating to help inform the Haskell community during this pandemic. The Indian Leader still plans to continue it's 123rd Volume via telecomuting, digital issues, and would like a final graduation issue to be circulated with photos of graduates in May.

At this time our campus is dispersed and divided, and we feel the Indian Leader brings the sense of community we need — stories from students and not just about COVID-19. We request our funds to be unfrozen and would like to work with the student bank on what digital communication we can utilize to allow writers to be paid and how to pay for a final printing and mailing for the graduation issue.

We thank you for working with the oldest Native American student newspaper and adapting in times of need.

neewe,
-Jared Nally, Editor

USA001469

| | |
|---|---|
| **From:** | Byington, Steve |
| **To:** | Racehorse, Brenda; Sledd, Jeri |
| **Subject:** | Fw: Indian Leader |
| **Date:** | Friday, May 22, 2020 2:32:11 PM |
| **Attachments:** | Third ISSUE word count.xlsx |
| | Payroll Mailing Addresses - Vol.123 Iss. 3.docx |

This may have been sent to Haskell email.

**From:** Jamie Kay <jamiieekay@gmail.com>
**Sent:** Friday, May 22, 2020 12:43:17 PM
**To:** Byington, Steve
**Cc:** jared.nally@haskell.edu; rlevaldo@haskell.edu; jsledd@haskell.edu
**Subject:** Fwd: Indian Leader

---------- Forwarded message ---------
From: **Jamie Kay** <jamiieekay@gmail.com>
Date: Wed, May 20, 2020 at 10:44 AM
Subject: Indian Leader
To: Brenda Racehorse <bracehorse@haskell.edu>

Hello Ms. Racehorse,

I am emailing you in regards to the latest payroll distributions for the Indian Leader's Volume 123 Issue 3. I have contacted Jerri in the student bank about these inquiries multiple times with the appropriate documents to fulfill the payout of the Indian Leader staff and writers. I am asking for your assistance at this time to administer these requests as the current treasurer for the Indian Leader so that our staff and writers of the Indian Leader are paid accordingly. The documents I have attached below is the payroll and the current mailing addresses for the payroll individuals for Volume 123 Issue 3.
If there is anything in addition to these documents that need to be provided I am happy to do so. I appreciate your consideration and patience in this matter.
Mvto for your time.

Best,
Jamie Colvin

USA001470

**From:** Sledd, Jeri
**To:** Racehorse, Brenda
**Subject:** Re: Indian Leader
**Date:** Friday, May 22, 2020 5:30:46 PM

She was emailing my Haskell email and I haven't looked at that. I will be in Tuesday to cut these checks.

**From:** Racehorse, Brenda
**Sent:** Friday, May 22, 2020 2:17 PM
**To:** Sledd, Jeri
**Cc:** Byington, Steve
**Subject:** FW: Indian Leader

Hi Jeri,

Let me know when you are planning on getting this request done?  Also, I don't know when she requested this from you.  Thanks.

**From:** Byington, Steve
**Sent:** Friday, May 22, 2020 1:32 PM
**To:** Racehorse, Brenda <brenda.racehorse@BIE.EDU>; Sledd, Jeri <jeri.sledd@BIE.EDU>
**Subject:** Fw: Indian Leader

This may have been sent to Haskell email.

**From:** Jamie Kay <jamiieekay@gmail.com>
**Sent:** Friday, May 22, 2020 12:43:17 PM
**To:** Byington, Steve
**Cc:** jared.nally@haskell.edu; rlevaldo@haskell.edu; jsledd@haskell.edu
**Subject:** Fwd: Indian Leader

---------- Forwarded message ---------
From: **Jamie Kay** <jamiieekay@gmail.com>
Date: Wed, May 20, 2020 at 10:44 AM
Subject: Indian Leader
To: Brenda Racehorse <bracehorse@haskell.edu>

Hello Ms. Racehorse,

I am emailing you in regards to the latest payroll distributions for the Indian Leader's Volume 123 Issue 3. I have contacted Jerri in the student bank about these inquiries multiple times with the appropriate documents to fulfill the payout of the Indian Leader staff and writers. I am asking for your assistance at this time to administer these requests as the current treasurer for the Indian Leader so that our staff and writers of the Indian Leader are

USA001471

paid accordingly. The documents I have attached below is the payroll and the current mailing
addresses for the payroll individuals for Volume 123 Issue 3.
If there is anything in addition to these documents that need to be provided I am happy to do
so. I appreciate your consideration and patience in this matter.
Mvto for your time.

Best,
Jamie Colvin

USA001472

| From: | Byington, Steve |
|---|---|
| To: | Sledd, Jeri; Racehorse, Brenda |
| Subject: | Fw: Indian Leader Payments |
| Date: | Tuesday, May 26, 2020 9:15:14 AM |
| Attachments: | Statement1_from_OSAGE_GRAPHICS10172.pdf |
| | ATT00001.txt |

Sent to Haskell.edu.

From: The Indian Leader
Sent: Monday, May 25, 2020 3:21 PM
To: Byington, Steve; Jeri Sledd; bracehorse@haskell.edu
Cc: Jamie Kay; Rhonda LeValdo
Subject: Indian Leader Payments

aya ceeki,

I'm reaching out to you on behalf of the Indian Leader's treasurer, Jamie Colvin, who has been trying to communicate with the student bank to cut checks for student writers and photographers for the Indian Leader's third Issue this year. I had previously communicated with Jeri Sledd regarding payments prior to the issue being written to ensure we still had access to our funds. She informed me that:

> "The funds are not frozen. I am only on campus Thursday's and Friday's. I only ask that you email me the spreadsheet for your payroll and I will cut the checks as per usual. I will need mailing addresses for all checks to be mailed as we are not allowing any face to face contact with students at this time. The funds are not frozen. I am only on campus Thursday's and Friday's. I only ask that you email me the spreadsheet for your payroll and I will cut the checks as per usual. I will need mailing addresses for all checks to be mailed as we are not allowing any face to face contact with students at this time."

According to our treasurer, all information needed was provided to Jeri Sledd via email the last week of April and she has since continued to try and touch base with the student bank to get payments, which have not happened.

1) Please refer to emails between Jeri Sledd and Jamie Colvin to cut payments for Volume 123 Issue 3.

2) Please see attached invoice to have the student bank mail a payment to our printer Osage Graphics in the sum of $1,472.44.

3) Please cc indianleader10@gmail.com on any future emails between the student bank and Jamie Colvin so we can monitor communication to ensure the above are accomplished.

4) Please get back to us by the end of business Thursday May 28th at the latest with any requests for additional information you may need to complete the above.

5) Please confirm that checks and payments have been cut by end of business of Friday May 29th.

We understand delays during initial transitions from COVID-19 responses, but this Friday will be over a month since Indian Leader's first request for funds to be sent. We appreciate your assistance this week.

neewe,
-Jared Nally, Editor

| | |
|---|---|
| **From:** | Althea Eaton |
| **To:** | Steven Byington |
| **Cc:** | Sledd, Jeri; Racehorse, Brenda |
| **Subject:** | RE: |
| **Date:** | Wednesday, June 17, 2020 4:33:47 PM |

He picked up a check maybe Monday(?).. that was in white envelope.

I didn't get anything else from Jeri.

*Althea Eaton*

Mail Clerk/Collection Officer

Haskell Indian Nations University

155 Indian Ave

Lawrence, KS 66046

785-749-8449

aeaton@haskell.edu

**From:** Steven Byington

**Sent:** Tuesday, June 16, 2020 3:24 PM

**To:** Althea Eaton <aeaton@HASKELL.edu>

**Cc:** jeri.sledd@bie.edu; brenda.racehorse@bie.edu

**Subject:** FW:

Is there a check for Marklin Morales?  He says in his email below that the mail room is telling him he does not have a check.

**From:** Sledd, Jeri [jeri.sledd@BIE.EDU]

**Sent:** Tuesday, June 16, 2020 2:11 PM

**To:** Steven Byington

**Cc:** Racehorse, Brenda

**Subject:** RE:

Yes, the check  was for 95.30 and it was put in his po box on campus. He will just need to contact Althea.

Jeri

**From:** Steven Byington <sbyington@HASKELL.edu>

**Sent:** Friday, June 12, 2020 2:33 PM

**To:** Sledd, Jeri <jeri.sledd@BIE.EDU>

**Cc:** Racehorse, Brenda <brenda.racehorse@BIE.EDU>

**Subject:** FW:

Was Marklin Morales on the last list of Indian Leader checks?

**From:** Marklin Morales

**Sent:** Friday, June 12, 2020 10:48 AM

**To:** Steven Byington

USA001474

**Cc:** Brenda Racehorse
**Subject:**

Good morning, I am inquiring about a check from the Indian Leader that I never received from late Spring semester. The amount should have been close to $100 for two articles I wrote. Jared Nalley and Jamie Colvin should have access to the details and I am not sure where to further inquire about this matter as Jared and Jamie say they sent in all the information for payment and the mail room says they have received no checks for me. I also am registered for direct deposit through the school and have not noticed any deposits during this time frame. Please let me know how this can be resolved and what else you may need from me. Thank you for your time.