IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY-LEAVENWORTH DIVISION

| | |
|---|---|
| JARED NALLY, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> TAMARAH PFEIFFER, ET AL., <br><br> *Defendants*. | CIVIL ACTION NO.: 21-2113 <br><br> **JOINT MOTION TO STAY** |

Pursuant to Local Rule 7.1, the Parties respectfully submit this Joint Motion to Stay the above-captioned action for 30 days. In support of this motion, the Parties state as follows:

1. The Parties are engaged in settlement negotiations.

2. The Parties have a number of upcoming deadlines, including but not limited to:

    a. Plaintiffs' Response in Opposition to Federal Defendants' Motion to Dismiss Plaintiffs' First, Fourth, Fifth, Sixth, and Seventh Claims (ECF No. 34) (due August 27);

    b. Defendants' Reply in Support of Federal Defendants' Motion to Dismiss Plaintiffs' First, Fourth, Fifth, Sixth, and Seventh Claims (due September 10);

    c. Briefing under Local Rule 83.7.1(d) on review of an agency order triggered by filing of the Administrative Record (ECF Nos. 29–30); and

    d. Any motion to enter final judgment as to Defendant Graham under Fed. R. Civ. P. 54(b) certifying the Court's July 29, 2021, Memorandum and Order dismissing Plaintiffs' Third Claim (ECF No. 33) as ripe for review.

1

3. Staying this action for 30 days will allow the Parties to focus on settlement and will conserve judicial and party resources.

4. By September 20, the Parties will provide the Court with a status update on the settlement discussions and, if necessary, a joint proposal for a revised briefing schedule upon expiration of the stay.

5. Accordingly, the Parties respectfully request a 30-day stay of this action pending settlement negotiations.

Dated: August 19, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen Douglas Bonney* | */s/ Darpana M. Sheth* |
| STEPHEN DOUGLAS BONNEY | DARPANA M. SHETH |
| KS. Bar No. 12322 | NY Bar No. 4287918 |
| 5542 Crestwood Drive | KATLYN A. PATTON |
| Kansas City, MO 64110 | PA Bar No. 328353; OH Bar No. 097911 |
| (816) 363–3675 | Admitted *Pro Hac Vice* |
| sdbonney@outlook.com | FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION |
| | 510 Walnut Street, Suite 1250 |
| | Philadelphia, PA 19106 |
| | Tel: (215) 717-3473 |
| | Fax: (215) 717-3440 |
| | darpana.sheth@thefire.org |
| | katlyn.patton@thefire.org |

*Counsel for Plaintiffs Jared Nally and the Indian Leader Association*

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

s/ Terra D. Morehead
Terra D. Morehead
Assistant United States Attorney

2

        Ks. S. Ct. No. 12759
        500 State Ave., Suite 360
        Kansas City, KS 66101
        Tele: (913) 551-6730
        Fax: (913) 551-6541
        Email: terra.morehead@usdoj.gov

        s/ Christopher Allman
        CHRISTOPHER ALLMAN
        Assistant United States Attorney
        Ks. S. Ct. No. 14225
        500 State Avenue, Suite 360
        Kansas City, Kansas 66101
        Tele: (913) 551-6730
        Fax: (913) 551-6541
        Email: chris.allman@usdoj.gov

        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Stephen D. Bonney, hereby certify that on August 19, 2021, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's electronic filing system.

        */s/ Stephen Douglas Bonney*
        STEPHEN DOUGLAS BONNEY