IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JARED NALLY, ET AL., *Plaintiffs,* v. TAMARAH PFEIFFER, ET AL., *Defendants.* | CIVIL ACTION NO.: 21-2113-JAR |

## ORDER GRANTING JOINT MOTION TO STAY

Pending before this Court is the Parties' Joint Motion to Stay the above-captioned action for 30 days, filed August 19, 2021 (Doc. 38). Upon consideration of the motion, the papers submitted in support thereof, and finding good cause, the Court hereby ORDERS that the Parties' Joint Motion to Stay is **GRANTED**.

All deadlines in this matter are hereby stayed.  By September 20, 2021, the Parties shall file a joint status report, advising the Court of the status of settlement discussions and, if necessary, a joint proposal for a revised briefing schedule upon expiration of the stay.

DATED this   20th  day of August, 2021.

/s/ Julie A. Robinson
THE HONORABLE JULIE ROBINSON
Chief United States District Judge