# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JARED NALLY, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> TAMARAH PFEIFFER, ET AL., <br><br> *Defendants*. | **CIVIL ACTION NO.: 21-2113** <br><br> **STATUS REPORT AND JOINT MOTION TO EXTEND STAY** |

Pursuant to this Court's Order of August 20, 2021, and Local Rule 7.1, the Parties respectfully submit this Status Report and Joint Motion to Extend the Stay of the above-captioned action for 45 days. In support of this motion, the Parties state as follows:

1. On August 20, 2021 the Court granted the Parties' joint request for a 30-day stay to engage in settlement negotiations. Doc. 39.

2. On August 26, 2021 the Plaintiffs submitted a written settlement offer to all Defendants and the Parties met by phone to discuss the specific terms.

3. Dr. Ronald Graham has responded to Plaintiffs' offer.

4. The Federal Defendants are currently evaluating the offer which includes working through several layers of governmental review. The process has taken longer than expected given the need to prioritize a certiorari recommendation in another matter and two Office of the Solicitor, Division of Indian Affairs, attorneys being out on medical leave.

1

5. The Parties continue to be hopeful that they can amicably resolve their claims.

6. Staying this action for an additional 45 days will allow the Parties to focus on settlement and will conserve judicial and party resources.

7. The Parties request 45 days as it is anticipated that review within the chain of command at the Bureau of Indian Education will take additional time.

8. By November 4, the Parties will provide the Court with a status update on the settlement discussions and, if necessary, a joint proposal for a revised briefing schedule upon expiration of the stay.

9. Accordingly, the Parties respectfully request a 45-day stay of this action pending settlement negotiations.

Dated: September 20, 2021

    Respectfully submitted,

    DUSTON J. SLINKARD
    Acting United States Attorney
    District of Kansas

    *s/ Terra D. Morehead*
    Terra D. Morehead
    Assistant United States Attorney
    Ks. S. Ct. No. 12759
    500 State Ave., Suite 360
    Kansas City, KS 66101
    Tele: (913) 551-6730
    Fax: (913) 551-6541
    Email: terra.morehead@usdoj.gov

    s/ Christopher Allman
    CHRISTOPHER ALLMAN
    Assistant United States Attorney
    Ks. S. Ct. No. 14225

500 State Avenue, Suite 360
Kansas City, Kansas 66101
Tele: (913) 551-6730
Fax: (913) 551-6541
Email: chris.allman@usdoj.gov

Attorneys for Defendants

| /s/ Stephen Douglas Bonney | /s/ Darpana M. Sheth |
|---|---|
| STEPHEN DOUGLAS BONNEY<br>KS. Bar No. 12322<br>5542 Crestwood Drive<br>Kansas City, MO 64110<br>(816) 363–3675<br>sdbonney@outlook.com | DARPANA M. SHETH<br>NY Bar No. 4287918<br>KATLYN A. PATTON<br>PA Bar No. 328353; OH Bar No. 097911<br>Admitted *Pro Hac Vice*<br>FOUNDATION FOR INDIVIDUAL<br>  RIGHTS IN EDUCATION<br>510 Walnut Street, Suite 1250<br>Philadelphia, PA 19106<br>Tel: (215) 717-3473<br>Fax: (215) 717-3440<br>darpana.sheth@thefire.org<br>katlyn.patton@thefire.org<br><br>*Counsel for Plaintiffs Jared Nally and the Indian Leader Association* |

3

CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2021, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of filing to all CM/CMECF participants for this case.

                                                s/ Christopher Allman
                                                CHRISTOPHER ALLMAN
                                                Assistant United States Attorney