# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JARED NALLY, ET AL., *Plaintiffs*, v. TAMARAH PFEIFFER, ET AL., *Defendants*. | CIVIL ACTION NO.: 21-2113 **STATUS REPORT AND JOINT MOTION TO EXTEND STAY** |

Pursuant to this Court's Order of November 15, 2021, and Local Rule 7.1, the Parties respectfully submit this Status Report and Joint Motion to Extend the Stay of the above-captioned action for 35 days, up to and including January 7, 2022. In support of this motion, the Parties state as follows:

1. On August 20, 2021 the Court granted the Parties' joint request for a 30-day stay to engage in settlement negotiations. Doc. 39.

2. On September 21, 2021 the Court granted the Parties' joint request to extend the stay an additional 45 days so that the parties could continue settlement discussions. Doc. 41.

3. On November 4, 2021 the Court granted the Parties' joint request to extend the stay an additional 8 days so that the Federal Defendants could fully consider the Plaintiffs' proposal to request that the Parties mediate the remaining issues in the case with a Magistrate appointed by the Court. Doc. 42.

4. On November 15, 2021 the Court granted the Parties' joint request to extend the stay an additional 21 days in order to evaluate their settlement

1

positions given the United States Supreme Court's recent grant of *certiorari* in *Boule v. Egbert*, 998 F.3d 370, 389 (9th Cir. 2021) on the issue of "[w]hether a cause of action exists under *Bivens* for First Amendment retaliation claims." Doc. 45

5. During this time, the Parties have reached a settlement in principle regarding all claims, except for Plaintiffs' Third Claim asserting a First Amendment Retaliation Claim under *Bivens*.

6. Plaintiffs have drafted a Rule 54(b) Motion for a Final Judgment with respect to Count 3, the Bivens claim, which the Court dismissed with prejudice on July 29, 2021 (Doc. No. 33), and will submit it to the Court before the extension of the stay proposed by this Motion expires. The Defendants do not oppose this request.

7. A 35-day extension of the current stay would allow the Parties time to reduce their settlement in principle to writing, both in the form of a Consent Decree to be entered by the Court and a settlement agreement. This time period also accounts for the upcoming holidays when it is expected that decision makers may be out of the office.

8. By January 7, 2022 the Parties expect to submit a Stipulation of Dismissal, with prejudice, related to Counts 1, 2, and 4 through 7. Plaintiffs will likewise submit an unopposed Rule 54(b) Motion for a Final Judgment with respect to Count 3. Should the Parties fail to submit a Stipulation of Dismissal by January 7, 2022, they will submit a further Joint Status Report by that date.

9. Accordingly, the Parties respectfully request a 35-day stay of this action.

Dated: December 3, 2021

                                  Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

*s/ Terra D. Morehead*
Terra D. Morehead
Assistant United States Attorney
Ks. S. Ct. No. 12759
500 State Ave., Suite 360
Kansas City, KS 66101
Tele: (913) 551-6730
Fax: (913) 551-6541
Email: terra.morehead@usdoj.gov

s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
Ks. S. Ct. No. 14225
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Tele: (913) 551-6730
Fax: (913) 551-6541
Email: chris.allman@usdoj.gov

s/ Wendy A. Lynn
Wendy A. Lynn
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Kansas S. Ct. 23594
(913) 551-6737 (telephone)
(913) 551-6541(facsimile)
E-mail: Wendy.Lynn@usdoj.gov

Attorneys for Defendants

/s/ Stephen Douglas Bonney
STEPHEN DOUGLAS BONNEY
KS. Bar No. 12322
5542 Crestwood Drive
Kansas City, MO 64110
(816) 363–3675
sdbonney@outlook.com

/s/ Darpana M. Sheth
DARPANA M. SHETH
NY Bar No. 4287918
KATLYN A. PATTON
PA Bar No. 328353; OH Bar No. 097911
Admitted *Pro Hac Vice*
FOUNDATION FOR INDIVIDUAL
  RIGHTS IN EDUCATION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (215) 717-3440
darpana.sheth@thefire.org
katlyn.patton@thefire.org

*Counsel for Plaintiffs Jared Nally and the Indian Leader Association*

4

5

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of filing to all CM/CMECF participants for this case.

s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney