# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY-LEAVENWORTH DIVISION

| | |
|---|---|
| JARED NALLY, ET AL., *Plaintiffs*, v. TAMARAH PFEIFFER, ET AL., *Defendants*. | CIVIL ACTION NO.: 21-2113 STATUS REPORT AND JOINT MOTION TO STAY |

Pursuant to this Court's Order of December 6, 2021, and Local Rule 7.1, the Parties respectfully submit this Status Report regarding settlement and Joint Motion to Stay the above-captioned action for an additional 30 days. In support of this motion, the Parties state as follows:

1. Consistent with the Parties' Status Report and Joint Motion to Stay submitted December 3, 2021, the Parties have reached a settlement in principle regarding all claims, except for Plaintiffs' Third Claim asserting First Amendment retaliation under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971).

2. The Parties have exchanged drafts of settlement documents.

3. Due to exposure to COVID-19 and related quarantine, illnesses, and power outages caused by the snowstorm in the Washington, D.C. area this week, all of which disrupted childcare, Plaintiffs' counsel was delayed in transmitting a draft Consent Decree to Defendants' counsel until Tuesday, January 4.

4. Staying this action will allow counsel for Defendants sufficient time to review Plaintiffs' draft Consent Decree.

1

5.  In addition, as part of the settlement agreement between the Parties, Defendant Haskell will review and approve Plaintiff the Indian Leader Association's Plan of Operations. Because Haskell is currently on winter break, will not resume classes until Tuesday, January 18, and the Indian Leader Association will not meet to select new officers until after the term begins on January 18, it is not yet known which students will be signatories to the Plan of Operations. The Parties request an extension of the stay in this matter to allow time for the student members of the Indian Leader Association to meet and select their officers for the new semester beginning on January 18.

6.  Staying this action for an additional 30 days will allow for the preparation of a fully-executed Plan of Operations, which will be attached as Exhibit A to the Consent Decree. Review and approval of the Plan of Operations, which includes provisions related to the selection of a faculty adviser, is a material term of the Parties' agreement.

7.  By February 7, the Parties expect to submit a Stipulation of Dismissal, with prejudice, related to Counts 1, 2, and 4 through 7. Plaintiffs will likewise submit an unopposed Rule 54(b) Motion for a Final Judgment with respect to Count 3. Should the Parties fail to submit a Stipulation of Dismissal by February 7, 2022, they will submit a further Joint Status Report by that date.

8.  Accordingly, the Parties respectfully request a 30-day extension of the stay of this action to finalize settlement documents.

Dated: January 5, 2022

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

*s/ Terra D. Morehead*
Terra D. Morehead
Assistant United States Attorney
Ks. S. Ct. No. 12759
500 State Ave., Suite 360
Kansas City, KS 66101
Tele: (913) 551-6730
Fax: (913) 551-6541
Email: terra.morehead@usdoj.gov

s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
Ks. S. Ct. No. 14225
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Tele: (913) 551-6730
Fax: (913) 551-6541
Email: chris.allman@usdoj.gov

s/ Wendy A. Lynn
Wendy A. Lynn
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Kansas S. Ct. 23594
(913) 551-6737 (telephone)
(913) 551-6541(facsimile)
E-mail: Wendy.Lynn@usdoj.gov

Attorneys for Defendants

| | |
|---|---|
| /s/ Stephen Douglas Bonney | /s/ Darpana M. Sheth |
| STEPHEN DOUGLAS BONNEY | DARPANA M. SHETH |
| KS. Bar No. 12322 | NY Bar No. 4287918 |
| 5542 Crestwood Drive | KATLYN A. PATTON |
| Kansas City, MO 64110 | PA Bar No. 328353; OH Bar No. 097911 |
| (816) 363–3675 | Admitted *Pro Hac Vice* |
| sdbonney@outlook.com | FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION |
| | 510 Walnut Street, Suite 1250 |
| | Philadelphia, PA 19106 |
| | Tel: (215) 717-3473 |
| | Fax: (215) 717-3440 |
| | darpana.sheth@thefire.org |
| | katlyn.patton@thefire.org |
| | |
| | *Counsel for Plaintiffs Jared Nally and the Indian Leader Association* |

## CERTIFICATE OF SERVICE

I, Christopher Allman, hereby certify that on January 5, 2022, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's electronic filing system.

s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
