IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY-LEAVENWORTH DIVISION

| | |
|---|---|
| JARED NALLY, ET AL., *Plaintiffs*, v. TAMARAH PFEIFFER, ET AL., *Defendants*. | CIVIL ACTION NO.: 21-2113 |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED RULE 54(b) MOTION FOR ENTRY OF FINAL JUDGMENT

Pending before this Court is the Plaintiffs' Unopposed Rule 54(b) Motion for Entry of Final Judgment, filed February 7, 2022 (Doc. 50). Upon consideration of the motion, the papers submitted in support thereof, and finding that the Court's order of July 29, 2021, was a final judgment and that there is no just reason to delay certification, the Court hereby ORDERS that Plaintiffs' Unopposed Rule 54(b) Motion for Entry of Final Judgment is **GRANTED** and that this Court's July 29, 2021, Memorandum and Order dismissing Claim Three of Plaintiffs' Complaint is certified as a final judgment pursuant to Federal Rule of Civil Procedure Rule 54(b).

DATED this 8th day of February, 2022.

/s/ Julie A. Robinson
THE HONORABLE JULIE ROBINSON
United States District Judge