## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY-LEAVENWORTH DIVISION

| | |
|---|---|
| JARED NALLY, ET AL., | |
| *Plaintiffs,* | Civil Action No.: 21-2113-JAR-TJJ |
| v. | **NOTICE OF APPEAL** |
| TAMARAH PFEIFFER, ET AL., | |
| *Defendants.* | |

In accordance with Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiffs Jared Nally and the Indian Leader Association appeal to the United States Court of Appeals for the Tenth Circuit from this Court's order dismissing Plaintiffs' Third Claim against Defendant Ronald J. Graham in his individual capacity (ECF No. 33), which was certified as a final judgment under Federal Rule Civil Procedure 54(b) on February 8, 2022 (ECF No. 52).

Dated: March 07, 2022

Respectfully submitted,

/s/ Stephen Douglas Bonney

STEPHEN DOUGLAS BONNEY
KS. Bar No. 12322
5542 Crestwood Drive
Kansas City, MO 64110
(816) 363–3675
sdbonney@outlook.com

/s/ Darpana M. Sheth

DARPANA M. SHETH*
NY Bar No. 4287918
KATLYN A. PATTON*
PA Bar No. 328353; OH Bar No. 097911
FOUNDATION FOR INDIVIDUAL
  RIGHTS IN EDUCATION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717–3473
Fax: (215) 717–3440
darpana.sheth@thefire.org
katlyn.patton@thefire.org

\* Admitted *Pro Hac Vice*

*Counsel for Plaintiffs Jared Nally and the Indian Leader Association*

## CERTIFICATE OF SERVICE

I, Stephen Douglas Bonney, certify that on March 07, 2022, a true and correct copy of this Notice of Appeal was sent by the ECF electronic notification system to the following counsel of record:

Christopher Allman
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Tel: (913) 551–6730
Email: chris.allman@doj.gov

Terra D. Morehead
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Tel: (913) 551–6730
Email: terra.morehead@doj.gov

Wendy A. Lynn
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Tel: (913) 551–6737
Email: wendy.lynn@doj.gov

*Attorneys for Defendant*

/s/ Stephen Douglas Bonney
STEPHEN DOUGLAS BONNEY
Counsel for Plaintiffs