FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**April 5, 2022**

Christopher M. Wolpert
Clerk of Court

---

JARED NALLY, et al.,

    Plaintiffs - Appellants,

v.

RONALD J. GRAHAM, in his individual capacity as President of Haskell Indian Nations University,

    Defendant - Appellee,

and

TONY L. DEARMAN, Director of Bureau of Indian Education, et al.,

    Defendants.

No. 22-3049
(D.C. No. 2:21-CV-02113-JAR-TJJ)
(D. Kan.)

---

**ORDER**

---

This matter is before the court on the parties' *Joint Motion to Abate*, in which the parties: (1) jointly request that the court abate this appeal pending the Supreme Court's disposition of *Egbert v. Boule*, No. 21-147; and (2) represent that *Egbert* involves "the precise question presented by this appeal", namely, "[w]hether a cause of action exists under *Bivens* [*v. Six Unknown Named Agents of the Bureau of Narcotics*, 403 U.S. 388 (1971)] for First Amendment retaliation claims."

Upon consideration, the court:

A.  Grants the motion to abate pending the Supreme Court's disposition of *Egbert*; and

B.  Directs appellants to file a written status report within five business days after any developments that impact the abatement of this appeal.

Entered for the Court<br>
CHRISTOPHER M. WOLPERT, Clerk<br>
<br>
by: Lisa A. Lee<br>
    Counsel to the Clerk